AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| | | |
|---|---|---|
| PAMELA BUTLER | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:18-cv-01701-AGF |
| MALLINCKRODT LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Cotter Corporation (N.S.L.)                    .

Date:   04/14/2020

/s/ Jennifer R. Steeve
*Attorney's signature*

Jennifer R. Steeve, #308082CA
*Printed name and bar number*

RILEY SAFER HOLMES & CANCILA LLP
100 Spectrum Center Drive, Suite 440
Irvine, California 92618
*Address*

jsteeve@rshc-law.com
*E-mail address*

(949) 359-5500
*Telephone number*

(949) 359-5001
*FAX number*