UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA BUTLER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:18-cv-01701-AGF |
| | ) | |
| MALLINCKRODT LLC, et al., | ) | Lead Case |
| | ) | |
| Defendants. | ) | |

## ORDER

At the request of Defendant Cotter Corporation in its Opposition to *Butler* Plaintiffs' Motion to Sever (ECF No. 35),

**IT IS HEREBY ORDERED** that this matter is set for oral argument on **Tuesday, February 23, 2021 at 9:30 a.m.**, regarding the *Butler* Plaintiffs' Motion to Sever (ECF No. 34). The hearing will by take place by Zoom.   Hearing participants are directed to use the following Zoom log in information: Meeting ID: 161 444 0464; Password: 973200.   Members of the general public who wish to listen to the hearing are directed to call 1-669-254-5252; Meeting ID: 161 444 0464.   All participants are directed to add their name (right click and select Rename) to their profile upon entering the Zoom hearing. Non-case participants must remain muted throughout the entire proceedings. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

*[signature]*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 28th day of January, 2021.