# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

PAMELA BUTLER,

    *Plaintiff,*

v.

MALLINCKRODT LLC AND COTTER CORP.,

    *Defendants.*

Case No. 4:18-cv-01701-CDP

Lead Case

## ENTRY OF APPEARANCE

COMES NOW Poston E. Pritchett of the law firm of Shook, Hardy & Bacon L.L.P. and enters his appearance as additional counsel of record on behalf of Defendant Mallinckrodt LLC.

Dated:  May 14, 2021

Respectfully submitted,

SHOOK, HARDY & BACON L.L.P.

/s/ *Poston E. Pritchett*
SHOOK, HARDY & BACON LLP
Poston E. Pritchett, # 72303MO
2555 Grand Boulevard
Kansas City, MO  64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547
ppritchett@shb.com
ATTORNEY FOR DEFENDANT
MALLINCKRODT LLC

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 14, 2021, I electronically filed the above with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                                /s/ *Poston E. Pritchett*
                                                ATTORNEY FOR DEFENDANT
                                                MALLINCKRODT LLC