IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAMELA BUTLER, et al., | ) |
|                 *Plaintiffs,* | ) No. 4:18-CV-01701-AGF |
| v. | ) Lead Case |
| | ) |
| MALLINCKRODT, LLC, et al., | ) |
|                 *Defendants.* | ) |

**JOINT NOTICE REGARDING AUTOMATIC STAY IN MALLINCKRODT, LLC'S BANKRUPTCY**

Pursuant to the Court's order dated February 23, 2021 (ECF No. 39), Plaintiffs, Mallinckrodt, LLC ("Mallinckrodt"), and Defendant Cotter Corporation (N.S.L.) ("Cotter") in *Butler v. Mallinckrodt LLC*, No. 4:18-cv-01701-AGF; *Koterba v. Mallinckrodt LLC*, No. 4:18-cv-01702-AGF; *Hines v. Mallinckrodt LLC*, No. 4:18-cv- 01703-AGF; and *Walick v. Mallinckrodt LLC*, No. 4:18-cv-01704-AGF (collectively, the "Butler Litigation"), submit the following joint notice regarding the automatic stay in the bankruptcy court.

1. Today, June 23, 2021, the bankruptcy court entered an Agreed Order Modifying Automatic Stay to Permit Litigation Under Price-Anderson Act. The Agreed Order is attached as Exhibit A.

2. The Agreed Order modified the automatic stay to permit the Butler Litigation to proceed as against Mallinckrodt, as to Mallinckrodt's "liabilities that are subject to indemnification claims under its' (or its predecessors') various contracts with the U.S. Army Corps of Engineers, as assumed by the Atomic Energy Commission, a predecessor-in-interest to the Department of Energy, to support the production of refined uranium, including its

1

production, storage, and disposal of radioactive material, consisting of source, special nuclear, and/or byproduct material, in the greater St. Louis, Missouri area." Ex. A at 2.

3. In short, Plaintiffs' claims against Mallinckrodt for which the stay has been lifted may proceed in this Court.

|  |  |
|---|---|
| Dated: June 23, 2021 | Respectfully submitted, |
| /s/ Colin W. McClain | /s/ Brian O. Watson |
| Kenneth B. McClain #32430 | Edward Casmere, #64326MO |
| Jonathan M. Soper #61204 | Brian O. Watson, #68678MO |
| Colin W. McClain #64012 | Jennifer Steeve, #308082CA |
| 221 West Lexington, Suite 400 | Lauren E. Jaffe, #6316795IL |
| Independence, MO 64050 | RILEY SAFER HOLMES & CANCILA LLP |
| Telephone: (816) 836-5050 | 70 W. Madison St., Ste. 2900 |
| Facsimile: (816) 836-8966 | Chicago, Illinois 60602 |
| kbm@hfmlegal.com | (312) 471-8700 (main) |
| jms@hfmlegal.com | (312) 471-8701 (fax) |
| cwm@hfmlegal.com | ecasmere@rshc-law.com |
|  | bwatson@rshc-law.com |
| ATTORNEYS FOR PLAINTIFFS | jsteeve@rshc-law.com |
|  | ljaffe@rshc-law.com |
|  | ATTORNEYS FOR DEFENDANT |
|  | COTTER CORPORATION (N.S.L.) |

/s/ *David R. Erickson*
David R. Erickson, #31532MO
Steven D. Soden, #41917MO
Jason M. Zager, #59432MO
Anthony R. Martinez, #61791MO
SHOOK, HARDY & BACON LLP
2555 Grand Boulevard
Kansas City, Missouri 64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547
derickson@shb.com
ssoden@shb.com
jzager@shb.com
amartinez@shb.com

ATTORNEYS FOR DEFENDANT
MALLINCKRODT LLC

**CERTIFICATE OF SERVICE**

I certify that on June 23, 2021, these papers were filed through the Eastern District of Missouri Court's CM/ECF system, which will automatically serve an electronic copy upon all counsel of record.

Dated:  June 23, 2021 	Respectfully submitted,

/s/ Brian O.  Watson
Edward Casmere, #64326MO
Brian O.  Watson, #68678MO
Jennifer Steeve, #308082CA
Lauren E.  Jaffe, #6316795IL
RILEY SAFER HOLMES & CANCILA LLP
70 W.  Madison St., Ste.  2900
Chicago, Illinois 60602
(312) 471-8700 (main)
(312) 471-8701 (fax)
ecasmere@rshc-law.com
bwatson@rshc-law.com
jsteeve@rshc-law.com
ljaffe@rshc-law.com

ATTORNEYS FOR DEFENDANT
COTTER CORPORATION (N.S.L.)