UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA BUTLER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:18-cv-01701-AGF |
| | ) | |
| MALLINCKRODT LLC, et al., | ) | Lead Case |
| | ) | |
| Defendants. | ) | |

## <u>ORDER APPOINTING MEDIATOR</u>

**IT IS HEREBY ORDERED** that the Court appoints Randi Ellis as Mediator for the purpose of settlement in these consolidated cases.  The parties are ordered to meet and confer with each other to discuss settlement, in good faith, as well as to confer with the Mediator. Meetings with the Mediator shall be at the discretion of the Mediator, except that each month each party must meet jointly with the Mediator and individually as directed by the Mediator at least once.  Additional meetings may then be directed at the discretion of the Mediator, either in person or via video conference, telephone, or other means.

The Mediator shall have the power and authority to engage in ex parte communications with all parties, counsel, and the Court.  As needed, the Mediator shall report to the Court concerning any and all progress.

The parties shall equally share in the expense of the Mediator by Plaintiffs paying 50% of her fees and costs and Defendants paying 50% of her fees and costs.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 21st day of July, 2021