# Exhibit J



**Pohlman**USA®
Court Reporting and
Litigation Services

---

Dr. Howard Hu - Volume I

August 31, 2020

---

Marc Czapla and Jill Czapla v. Republic Services,
Inc., et al.

IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
STATE OF MISSOURI


MARC CZAPLA AND JILL          )
CZAPLA,                       )
                              )
          PLAINTIFFS,         )
                              )
          vs.                 )   Case No. 18SL-CC00803-01
                              )   Division 4
REPUBLIC SERVICES, INC.,      )
ET AL.,                       )
                              )
          DEFENDANTS.         )

_____


BRIDGETON LANDFILL, LLC,      )
                              )
          THIRD-PARTY         )
PLAINTIFF,                    )
                              )
          vs.                 )
                              )
COTTER CORPORATION, N.S.L,    )
                              )
          THIRD-PARTY         )
DEFENDANT.                    )




VIDEOTAPED REMOTE VIDEO CONFERENCING DEPOSITION OF DR.
HOWARD HU
TAKEN ON BEHALF OF THE DEFENDANTS
AUGUST 31, 2020



Angela M. Taylor, RPR, IL-CSR, MO-CCR
CSR No. 084.004538
CCR No. 1067

```
 1                    INDEX OF EXAMINATION

 2   QUESTIONS BY MR. BECK ...........................7

 3

 4                    INDEX OF EXHIBITS

 5   Exhibit 1,  DR. HU'S REPORT .......................8
     Exhibit 4,  MEDICAL RECORDS FROM BAYLOR COLLEGE OF
 6               MEDICINE AMBULATORY SERVICE ..........11
     Exhibit 5,  MEDICAL RECORDS FROM BAYLOR CLINIC SECTION
 7               OF ONCOLOGY/HEMATOLOGY ...............11
     Exhibit 6,  EXCERPTS OF MEDICAL RECORDS FROM MD ..11
 8               ANDERSON CANCER CENTER
     Exhibit 7,  MEDICAL RECORDS FROM TULANE UNIVERSITY
 9               HOSPITAL AND CLINIC ..................12
     Exhibit 8,  MEDICAL RECORDS FROM MISSOURI-COLUMBIA
10               HOSPITAL AND CLINIC ..................12
     Exhibit 9,  MEDICAL RECORDS FROM UT PHYSICIANS ...13
11   Exhibit 10, FAMILY CANCER HISTORY QUESTIONNAIRE ..16
     Exhibit 11, DR. HU'S NOTES .......................19
12   Exhibit 13, DEPOSITION OF MARC CZAPLA ON 7/24/20  16
     Exhibit 15, EXPOSURE ASSESSMENT BY CLARK AND .....17
13               ASSOCIATES 8/16/20

14

15           (Exhibits are attached to transcript.)

16

17

18

19

20

21

22

23

24

25
```

```
 1              IN THE CIRCUIT COURT OF ST. LOUIS COUNTY
                         STATE OF MISSOURI
 2

 3    MARC CZAPLA AND JILL          )
      CZAPLA,                       )
 4                                  )
                   PLAINTIFFS,      )
 5                                  )
                   vs.              ) Case No. 18SL-CC00803-01
 6                                  ) Division 4
      REPUBLIC SERVICES, INC.,      )
 7    ET AL.,                       )
                                    )
 8                 DEFENDANTS.      )

 9    _____

10    BRIDGETON LANDFILL, LLC,      )
                                    )
11                 THIRD-PARTY      )
      PLAINTIFF,                    )
12                                  )
                   vs.              )
13                                  )
      COTTER CORPORATION, N.S.L,    )
14                                  )
                   THIRD-PARTY      )
15    DEFENDANT.                    )

16

17

18              VIDEOTAPED VIDEO CONFERENCING REMOTE
      DEPOSITION OF DR. HOWARD HU, produced, sworn, and
19    examined on behalf of Defendants, AUGUST 31, 2020,
      between the hours of 11:21 in the forenoon and 2:55 in
20    the afternoon of that day, video conferencing and
      telephonically remotely, before Angela M. Taylor, RPR,
21    MO-CCR, IL-CSR.

22                      A P P E A R A N C E S

23    Attended Telephonically:  Mr. William G. Beck of
      Lathrop GPM LLP, 2345 Grand Boulevard Suite 2200,
24    Kansas City, MO 64108 represented Defendants.

25
```

1                    APPEARANCES (CONT'D)

2    Attended Telephonically:  Mr. Jonathan M. Soper of
     Humphrey, Farrington & McClain, P.C., 221 West
3    Lexington Suite 400, Independence, MO 64050
     represented Plaintiffs.
4
     Attended Telephonically:  Mr. Brian O'Connor Watson of
5    Riley Safer Holmes & Cancila, LLP, 70 West Madison
     Street Three First National Plaza Suite 2900, Chicago,
6    IL 60602 represented Third-Party Defendant Cotter
     Corporation (N.S.L.).
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          IT IS HEREBY STIPULATED AND AGREED by and

2    between counsel for the PLAINTIFFS and counsel for the

3    DEFENDANTS, that this deposition may be taken in

4    shorthand by Angela M. Taylor, a Registered

5    Professional Reporter, Certified Shorthand Reporter

6    and Certified Court Reporter, and afterwards

7    transcribed into typewriting, and the signature of the

8    witness is reserved by agreement of counsel and the

9    witness.

10

11                          0-0-0

12

13          VIDEOGRAPHER:  We are on the record.  This

14   is the videotaped deposition of Howard Hu.  Today's

15   date is August 31st, 2020, and the time is 11:21 a.m.

16   this is in the case of Marc Czapla and Jill Czapla

17   versus Republic Services Incorporated, et al.  Case

18   No. 18SL-CC0080301 pending In The Circuit Court of

19   St. Louis County, State of Missouri.

20          My name is Matthew Schnorf, the

21   videographer.  The court reporter is Angela Taylor.

22   We are both with Pohlman USA Court Reporting.

23          Counselors, will you please state your

24   appearance?

25          MR. SOPER:  Jonathan Soper for the

EXAMINATION BY MR. BECK

```
 1   plaintiffs.
 2              MR. BECK:  Bill Beck for the defendant.
 3              MR. WATSON:  Brian Watson on behalf of
 4   third-party defendant, Cotter.
 5              VIDEOGRAPHER:  And will the court reporter
 6   please swear in the witness?
 7                     DR. HOWARD HU,
 8   of lawful age, being produced, sworn and examined on
 9   the part of the Defendants, and after responding "Yes,
10   I do" to the oath administered by the court reporter,
11   deposes and says:
12
13              *  *  *  *  *  *  *  *  *  *  *
14
15                    [EXAMINATION]
16      QUESTIONS BY MR. BECK:
17      Q    Good morning, Dr. Hu.  My name is Bill Beck.
18   We met very briefly in Seattle about a year ago, but I
19   don't expect you to remember that.  I would appreciate
20   it if you would simply pronounce your last name so I
21   don't do it wrong.
22      A    Sure.  It's Hu, and can I just start off
23   apologizing now for the technical delay, but I had an
24   emergency dental procedure this morning.  So if I'm
25   slurring some of my words a little bit with a mouthful
```

EXAMINATION BY MR. BECK

1    **of Novocaine, just ask me to repeat it and I'll do the**

2    **best I can.**

3        Q    We will and thank you for that.

4             And what are you understanding to be the

5    correct pronunciation of the plaintiff's last name?

6        **A    Czapla, I believe.**

7        Q    Thank you.  Have you met Marc Czapla --

8        **A    No.**

9        Q    -- in person?

10       **A    No.**

11       Q    Have you spoken with him either by video or

12   over the phone?

13       **A    No.**

14       Q    I take it you would never have actually

15   conducted any sort of physical examination on Marc

16   Czapla?

17       **A    I could have, but I didn't.  I was not asked**

18   **to do so.**

19       Q    Did you order any tests to be performed on

20   Marc Czapla?

21       **A    No.**

22       Q    You have reviewed some medical records;

23   correct?

24       **A    Yes.**

25       Q    And I'm going to refer to my paralegal

EXAMINATION BY MR. BECK

Page 8

```
 1   Melissa Love as Melissa because that's what I call her
 2   all the time.  She's going to project the documents
 3   because I'm completely technically lacking.
 4            MR. BECK:  So Melissa, could you draw up
 5   Exhibit 1, please?
 6        Q    (By Mr. Beck) Dr. Hu, I understand you've
 7   been trained in how to use, unfortunately, our pandemic
 8   resource of Adobe Connect to be able to navigate in the
 9   document.  Do you know how to do that?
10        A    I don't believe I have control of the
11   navigation.  I think you guys would have to do that or
12   somebody would.
13        Q    All right.  Well, we'll get you to the right
14   page, and if you can't see something, let us know and
15   we'll try to figure that out.
16        A    Okay.
17        Q    In paragraph 1 of Exhibit 1, your report,
18   you start out by saying -- it's addressing Mr. Soper
19   first, correct?
20                 (Exhibit 1 was previously marked and
21                  now identified for the record.)
22        A    Correct.
23        Q    (By Mr. Beck) It says that you are writing in
24   response to his request for a medical evaluation of
25   Dr. -- Dr. Marc Czapla with respect to the potential
```

EXAMINATION BY MR. BECK

1   impacts of the exposures to radionuclides he may have

2   experienced in association with the Westlake Landfill

3   site on his subsequent development of cancer and any

4   other adverse health outcomes.  Have I read that

5   accurately?

6       **A    Yes.**

7       Q    And in order to provide that evaluation, you

8   have some medical records that you were provided by

9   Jonathan Soper as one item, correct?

10      **A    Correct.**

11      Q    You also asked that Mr. Czapla prepare and

12  provide to you a cancer history questionnaire so you

13  can see what his -- his cancer history would be?

14      **A    Yes.**

15      Q    As you reviewed the notes -- or I'm sorry,

16  as you reviewed the medical records that you were

17  provided, you actually took some notes yourself for

18  reference?

19      **A    Yes.**

20      Q    You were provided a dose calculation report

21  prepared by Dr. James Clark.  You were given that by

22  Mr. Soper, correct?

23      **A    Correct.**

24      Q    And you conducted some literature review and

25  provided some literature together with your report; is

EXAMINATION BY MR. BECK

 1    that right?

 2         A    Correct.

 3              MR. BECK:  And Melissa, if we could go over

 4    to page 2, in the last paragraph which then carries

 5    over to page 3.

 6         Q    (By Mr. Beck) I've skipped a portion, Dr. Hu,

 7    but I'll come back.

 8              You've got a section that starts out with

 9    the words this evaluation, in order to conduct this

10    expert medical evaluation, I reviewed and relied upon

11    the following documents and reports and then there's a

12    brief list; is that accurate?

13         A    Yes.

14         Q    The first item on the list is a series of

15    medical records, and of those medical records the

16    first one that you reviewed were from the Baylor

17    College of Medicine Ambulatory Service; is that right?

18         A    Correct.

19         Q    Melissa's going to pull up Exhibit 4 which

20    was one of the sets of medical records produced to us

21    by Mr. Soper as the ones you had reviewed.  I'd ask

22    you to just check Exhibit 4 and make sure that is --

23    that appears and so that we're -- we -- we have to

24    struggle with the means of taking your deposition

25    because of the pandemic, but does that appear to be

EXAMINATION BY MR. BECK

1  the set of Baylor College of Medical -- I'm sorry,

2  College of Medicine Ambulatory Service records that

3  you reviewed and relied on?

4              (Exhibit 4 was previously marked and

5              now identified for the record.)

6      **A     Yes.**

7      Q     (By Mr. Beck) Thank you.  I'm going to go

8  back and just read to you from Exhibit 1 in the same

9  bullet.  The next medical services provider records it

10  says you reviewed are Baylor Clinic Section of

11  oncology/hematology.  And I'll ask Melissa to put up

12  Exhibit 5, and, Dr. Hu, the question is do those appear

13  to be the records that you reviewed from that provider?

14              (Exhibit 5 was previously marked and

15              now identified for the record.)

16      **A     In general, yes.**

17      Q     (By Mr. Beck) Okay.  I'm going to assume

18  they're the accurate set because they were provided by

19  Mr. Soper.  The next set is excerpts of MD Anderson

20  Cancer Center medical records, and I'll ask Melissa to

21  put up Exhibit 6 and see if you can tell us if that's

22  what those appear to be, the ones that you reviewed and

23  relied on?

24              (Exhibit 6 was previously marked and

25              now identified for the record.)

EXAMINATION BY MR. BECK

```
 1       A    Yes.
 2       Q    (By Mr. Beck) Thank you.  The next is Tulane
 3   University Hospital and Clinic.  And I'll ask Melissa
 4   to project Exhibit 7, Dr. Hu, so can tell us do those
 5   appear to be the records of Tulane Hospital and Clinic
 6   for Mr. Czapla that you reviewed and relied upon?
 7                 (Exhibit 7 was previously marked and
 8                 now identified for the record.)
 9       A    Yes.
10       Q    (By Mr. Beck) The next one is University of
11   Missouri-Columbia Hospital and Clinic medical records,
12   and I'll ask Melissa to project Exhibit 8.  And the
13   question, Dr. Hu, is does Exhibit 8 appear to be the
14   records of University of Missouri-Columbia Hospital and
15   Clinic that you reviewed and relied upon regarding
16   Mr. Czapla?
17                 (Exhibit 8 was previously marked and
18                 now identified for the record.)
19       A    Can you -- can the -- yeah, can you scroll a
20   little more?  Keep going.  I think so.  It is a little
21   vague, but I think that's consistent with what I
22   reviewed.
23       Q    (By Mr. Beck) All right.  Thank you.  You did
24   provide or -- or informed Mr. Soper of which records
25   you had reviewed so that he could produce an accurate
```

EXAMINATION BY MR. BECK

1  set; is that right?

2      A    Yeah.  I mean, it's in the report.

3      Q    Sure.  And then the last of the medical

4  records, I got excerpts of UT Physicians' records, and

5  I'll ask Melissa to project Exhibit 9, and, Dr. Hu,

6  the question again is do these appear to be the

7  records of UT Physicians in Houston that you reviewed

8  and relied upon?

9            (Exhibit 9 was previously marked and

10           now identified for the record.)

11     A    Yes.

12     Q    (By Mr. Beck) And so far as you know, is that

13 all of the medical records of Mr. Czapla that you have

14 reviewed?

15     A    I believe so.

16     Q    Are there any med -- medical records for

17 Mr. Czapla that you have reviewed that cover his life

18 prior to -- let me say that a better way.

19          Dr. Hu, are there any medical records for

20 Mr. Czapla that you have reviewed that are dated

21 before 2006?

22     A    Not that I recall.

23     Q    And you know that the alleged exposure in

24 this case is said to have occurred between the years

25 of 1973 and 1978, do you not?

EXAMINATION BY MR. BECK

Page 14

```
 1         A    Correct.

 2         Q    Did you request any records that were more

 3    contemporaneous to the time frame 1973 to 1978?

 4         A    Not specifically.  I assumed that I was

 5    given the records that are relevant to this case.

 6         Q    But you didn't make any requests for any

 7    medical records, though, other than what counsel

 8    handed you?

 9         A    Correct.

10         Q    Now, going back to Exhibit 1.

11              MR. BECK:  Melissa, if you can go back to

12    that same list on page 2 carrying over to the top of

13    page 3 to the second bullet about the questionnaire.

14         Q    (By Mr. Beck) Dr. Hu, is it correct --

15         A    I'm sorry.

16         Q    I'm sorry?

17         A    I'm sorry.  I -- I need to correct myself.

18    I did ask counselor whether there's any records of

19    diagnostic x-rays taken prior to 2006.

20         Q    And why did you want to know that?

21         A    Just so I can understand what other

22    radiation exposure Mr. Czapla might have had.

23         Q    Is an x-ray ionizing radiation?

24         A    Yes.

25         Q    Would a CT scan be ionizing radiation?
```

EXAMINATION BY MR. BECK

```
 1      A    Yes.

 2      Q    Would an MRI be ionizing radiation?

 3      A    No.

 4      Q    Now, let's go back into Exhibit 1, please,

 5   if we could, on page 2 carrying over to the top of

 6   page 3.  The second bullet refers to a questionnaire.

 7           MR. BECK:  Melissa, do you have that

 8   projected?

 9           MS. LOVE:  Do you want the questionnaire,

10   Bill?

11           MR. BECK:  No.  I just want you to put up

12   Exhibit 1 note the bullet?

13           MS. LOVE:  Yes.

14           MR. BECK:  Thank you.

15      Q    (By Mr. Beck) Dr. Hu, the next thing that you

16   received and reviewed and relied on to write your

17   report Exhibit 1 is a questionnaire that was filled out

18   by Marc Czapla?

19      A    Correct.

20           MR. BECK:  And, Melissa, if you could

21   project Exhibit 10 so that we can have Dr. Hu identify

22   that questionnaire, if he can.  And let me know when

23   it's showing, please, because I can't see the screen.

24           MS. LOVE:  It's showing, Bill.

25           MR. BECK:  Thanks.
```

EXAMINATION BY MR. BECK

```
 1        Q    (By Mr. Beck) Dr. Hu, is Exhibit 10 the
 2   family cancer history questionnaire that you received
 3   from Marc Czapla and relied on to write your report?
 4             (Exhibit 10 was previously marked and
 5             now identified for the record.)
 6        A    I believe so.
 7        Q    (By Mr. Beck) Thank you.
 8             MR. BECK:  Going back to Exhibit 1, Melissa,
 9   to the third bullet.
10        Q    (By Mr. Beck) Dr. Hu, the third bullet in the
11   list of things that you reviewed and relied upon is a
12   transcript of Marc Czapla's deposition given June 24,
13   2020.  Do you see that bullet?
14        A    I do.
15             MR. BECK:  And, Melissa, if you could,
16   project Exhibit -- I believe it's 13, and let me know
17   when it's up.
18             MS. LOVE:  It's up.
19             MR. BECK:  Thank you.
20        Q    (By Mr. Beck) And, Dr. Hu, the report said
21   June 24th.  The deposition were projecting actually
22   says July 24, 2020, but with that correction, is
23   Exhibit 13 the deposition of Marc Czapla that you
24   reviewed and relied upon in writing your report?
25             (Exhibit 13 was previously marked and
```

EXAMINATION BY MR. BECK

1              now identified for the record.)

2      **A    I believe so.**

3      Q    (By Mr. Beck) Thank you.

4           MR. BECK:  Melissa, if you can go back to

5      the bullet list in Exhibit 1 now, please, the final

6      item.

7           MS. LOVE:  I'm there, Bill.

8           MR. BECK:  Thank you.

9      Q    (By Mr. Beck) Dr. Hu, could you look at

10     Exhibit 15 and see if that appears to be the exposure

11     assessment conducted by Clark and Associates

12     Environmental Consulting, Inc. and dated April 16,

13     2020, that you reviewed?

14           MR. SOPER:  August 16, Bill.

15           MR. BECK:  I'm sorry.  Thank you for that

16     correction.

17     Q    (By Mr. Beck) Is it -- Is that what it is

18     with that correction, Dr. Hu?

19                (Exhibit 15 was previously marked and

20                now identified for the record.)

21     **A    Yes.**

22     Q    (By Mr. Beck) And are those all of the items

23     that you were given about this case to review and rely

24     upon in preparing this report apart from your own

25     knowledge and literature review?

EXAMINATION BY MR. BECK

```
 1        A    Yes.

 2        Q    Did you at any time speak with Jill Czapla,

 3   the other plaintiff?

 4        A    No.

 5        Q    Did you at any time speak with Dr. James

 6   J.J. Clark who wrote Exhibit 15 with respect to this

 7   case?

 8        A    No.

 9        Q    Did you review the deposition recently given

10   by Dr. Clark concerning his own exposure assessment?

11        A    Yes.

12        Q    So that is another item that you reviewed at

13   his deposition testimony?

14        A    Yes.  It was actually after I finished my

15   report so it was very recently.

16        Q    All right.  And other than the deposition

17   testimony of James Clark, is there anything else that

18   would amend the list of items that you reviewed and

19   relied upon to prepare your own report?

20        A    No.

21             MR. BECK:  Now, if we could project Exhibit

22   11, please, Melissa.

23             MS. LOVE:  It's there, Bill.

24             MR. BECK:  Thank you.

25        Q    (By Mr. Beck) Dr. Hu, is this a set of notes
```

EXAMINATION BY MR. BECK

1    that you prepared as you reviewed the medical records

2    of Marc Czapla prior to writing your report?

3                    (Exhibit 11 was previously marked and

4                    now identified for the record.)

5        **A    Yes.**

6        Q    (By Mr. Beck) Thank you.

7             MR. BECK:  And if we can go back to Exhibit

8    1 and go to the same spot, should be top of page 3 by

9    now right after the fourth bullet.

10            MS. LOVE:  We're there, Bill.

11            MR. BECK:  Thank you.

12       Q    (By Mr. Beck) Dr. Hu, you then say in

13   addition, I relied upon the peer-reviewed scientific

14   literature that, in my opinion, is the most rigorous

15   and relevant to the issues inherent in this evaluation.

16   As appropriate, such evidence will be cited during the

17   course of this report.  Have I read that accurately?

18       **A    Yes.**

19       Q    And is that literature, in fact, cited

20   within the report generally within footnotes?

21       **A    Yes.**

22       Q    And did you provide copies of that

23   literature to Mr. Soper so that they can be produced

24   to this deposition together with your report?

25       **A    Yes.**

EXAMINATION BY MR. BECK

```
 1              MR. BECK:  Melissa, if I can ask you to
 2   project Exhibit 1 and go to page 4 at the top first
 3   partial paragraph.
 4              MS. LOVE:  We're there, Bill.
 5       Q    (By Mr. Beck) Dr. Hu, you refer in your
 6   report in this paragraph to an operation that Marc
 7   Czapla had; is that correct?
 8       A    Yes.
 9       Q    Was that the operation that occurred on
10   February 12, 2013?
11       A    I don't remember the date, but I can look at
12   my copy of the report that I have in my hand, so if
13   you don't mind --
14       Q    That would be fine.
15       A    Okay.
16       Q    And I do want you to feel free to consult
17   your report any time you need to to give good answers.
18       A    Okay.  Thank you.  Yes, the operation
19   occurred, as far as I know from review of medical
20   records, on February 12th, 2013.
21       Q    And so was a tumor found in one of
22   Mr. Czapla's kidneys and removed?
23       A    Yes.
24       Q    Did it appear to you from the operative
25   reports and other materials that the surgeon was able
```

EXAMINATION BY MR. BECK

 1    to attain these margins?

 2         A    Yes.

 3         Q    Was there also a biopsy taken from the other

 4    kidney in order to determine whether it had cancer

 5    cells present?

 6         A    **I'm not sure what was done to determine if**

 7    **it was cancer or not, but a biopsy was taken of the**

 8    **other kidney.**

 9         Q    And all -- a biopsy was taken of the

10    non-cancerous kidney, and one of the things that it

11    revealed was interstitial fibrosis; is that correct?

12         A    **Correct.**

13         Q    What is interstitial fibrosis?

14         A    **It's basically some scarring.**

15         Q    Is it a formation of fibrous tissue?

16         A    **Yes.**

17         Q    And what causes kidney scarring or this

18    interstitial fibrosis?

19         A    **Well, there's a whole long list of things,**

20    **but in the presence also of the calcification, I think**

21    **one of the questions is whether this might have been**

22    **related to an early kidney stone, but, you know,**

23    **there's a whole long list of things that can cause**

24    **that, infection, connective tissue disorders, et**

25    **cetera.**

EXAMINATION BY MR. BECK

```
 1        Q    If a patient were to regularly take
 2   substantial amounts of nonsteroidal anti-inflammatory
 3   drugs, could that cause interstitial fibrosis of the
 4   kidneys?
 5        A    Well, I'm not sure that anti-inflammatories
 6   do interfere with --
 7                   (The phone line cut out, and the court
 8                   reporter asked for clarification.)
 9        A    Yeah, let me just revise that.  So the
10   question was -- I'm sorry.  Can you repeat the
11   question, Counselor?
12        Q    (By Mr. Beck) Sure.  Can we have an acronym
13   for a nonsteroidal anti-inflammatory drug?  How do you
14   pronounce it?  NSAID?
15        A    NSAIDs.
16        Q    NSAID.  Can NSAIDs cause interstitial
17   fibrosis of the kidney?
18        A    I'm not sure.  I think I'd have to go back
19   to my literature sources to check on that.
20        Q    Can NSAIDs cause chronic kidney disease?
21        A    They can definitely cause some kidney
22   malfunction, whether it can actually result in chronic
23   renal failure is debatable.
24        Q    When you reviewed the medical record that
25   created your notes, do you recall, first of all, when
```

EXAMINATION BY MR. BECK

Page 23

1    that was?

2        A    When what was?

3        Q    When did you review the medical records and

4    create the notes I showed you that were marked as

5    Exhibit 11?

6        A    Some time in the last two or three weeks.

7        Q    Thank you.  When you reviewed the medical

8    records, did you look, among other things, for

9    evidence that Mr. Czapla was taking or had taken

10   frequent NSAIDs?

11       A    I do recall there was some evidence of that.

12       Q    And was that remarkable to you for any

13   reason?

14       A    Well, as far as I know, NSAIDs are not a

15   risk for renal cell carcinoma, so no.

16       Q    Radiation aside, what are some of the risks

17   for renal cell carcinoma?  Or let's say radioactivity.

18       A    Yeah.  Smoking is one.  There's a number of

19   familiar -- familial hereditary cancers that are

20   another risk factor.  There are some other conditions

21   that are associated with, although the causal

22   mechanistic pathway is unclear.  Things like obesity

23   and hypertension.

24       Q    What about diabetes?

25       A    Well, that's part of the metabolic syndrome

EXAMINATION BY MR. BECK

1    complex which has been associated with a somewhat

2    elevated risk in some studies along with obesity.

3        Q    Any other risk factors for renal cell

4    carcinoma, radioactivity aside, aside the ones you

5    listed that are relevant to this case?

6        A    There have been some chemicals that have

7    been associated with elevated risk of kidney cancer

8    like trichlorethylene.  And then, of course, even

9    without any of the known hereditary familial cancers

10   like Cowden syndrome, just having a family history of

11   kidney cancer is a risk factor.

12       Q    Did you look up the background incidence of

13   kidney cancer to come up with a value for that?

14       A    I have it somewhere.  I didn't quote it in

15   this report.  You're talking about the lifetime risk

16   of developing kidney cancer?

17       Q    Yes.

18       A    Yeah, I can't -- I come across that

19   statistic, but I can't remember right now.  Something

20   like one out of 42 or 45, something like that.

21       Q    One out of 42 or 45?

22       A    Yeah, I'm just speculating right now because

23   I can't remember the exact number.

24       Q    And if you wanted to look it up and confirm

25   it, where would you look?

EXAMINATION BY MR. BECK

1      **A     I would either look at any of my textbooks**
2   **by Harrison Principles of Internal Medicine or**
3   **American Cancer Society website or something like**
4   **that.**
5      Q     And among -- well, let -- let's go back to
6   one of the risk factors that you mentioned for renal
7   cell carcinoma and that is exposure to
8   trichlorethylene or TCE.  Is it correct that TCE has
9   been historically a frequently used solvent not only
10  for industrial applications but also by people working
11  in their garage?
12             MR. SOPER:  Objection.  Calls for
13  speculation.
14     Q     (By Mr. Beck) Am I correct, Dr. Hu?
15     **A     TCE has primarily been an industrial**
16  **solvent.  I couldn't tell you whether it was**
17  **frequently used as a consumer product by -- you know,**
18  **in non-industrial applications.**
19     Q     You haven't researched that, or you
20  researched it and don't remember, or you think I'm
21  wrong?
22     **A     I just don't recall.**
23     Q     If I tell you that TCE historically was the
24  most commonly used solvent in the 1970s in the United
25  States, would you know if that was accurate or

EXAMINATION BY MR. BECK

```
 1    inaccurate without doing research?

 2             MR. SOPER:   Foundation.

 3        A    Commonly used solvent in industry or for

 4    domestic use?

 5        Q    (By Mr. Beck) Domestic.  Household use.

 6        A    I think I would be skeptical of that.  I

 7    mean, alcohol and isopropyl alcohol probably was used

 8    much more frequently than trichlorethylene for

 9    domestic use.

10        Q    As a solvent?

11        A    Yes, as a solvent.  It's a solvent, yes.

12        Q    (By Mr. Beck) What do you know it is used --

13        A    The definition of a solvent is one that can

14    basically dissolve fats in particular, so yeah, the

15    alcohol family of compounds are considered solvents.

16        Q    That's great but let's go back to

17    trichloroethylene for a moment.  Do you know any of

18    the household uses for that?

19        A    You know, I imagine as a degreaser for

20    people working on their carburetor or something like

21    that, but I haven't reviewed that recently.

22        Q    Did you pose to Mr. Czapla some place the

23    inquiry of whether or not he used TCE or was around

24    when TCE was used in a home where he lived or say in

25    the garage?
```

EXAMINATION BY MR. BECK

1    **A    No, I did not.**

2    Q    Among the risk factors you gave me, can you

3    give me a ranking of which are the risk factors among

4    the smoking, hereditary, obesity, and I'm going to

5    say, slash, metabolic syndrome, slash, diabetes,

6    hypertension and TCE exposure?

7    **A    Give you a ranking in terms of --**

8    Q    Risk.  Which are associated with the most

9    cancers or -- and I'm going to be specific to renal

10   cell carcinoma.

11   **A    I can't do that today sitting in front of**

12   **you, no.**

13   Q    If you wanted to find out what the lifetime

14   excess cancer risk for a smoker or for someone with a

15   family history of kidney cancer or for a person who

16   has obesity, metabolic syndrome, and diabetes, or for

17   a person who is hypertensive and has been for a long

18   time, where would you look that up in order to attach

19   numerical significance to a risk factor?

20   **A    That's a tough one.  I think, you know, you**

21   **could review the literature, but I'm not sure those**

22   **statistics are readily available -- lifetime risk.  It**

23   **could be a lot of epidemiology studies that look at**

24   **risk, but given the period of observation that -- you**

25   **know, that was -- in which the epidemiologic study**

EXAMINATION BY MR. BECK

1    occurred, I'm not sure I can give you a ranking of

2    that nature in which all the risk factors you just

3    mentioned were studied in the same epidemiology study

4    and, therefore, comparable in terms of comparative

5    risk.

6        Q    Prior question.  This isn't a ranking

7    question.  This is if I wanted to put numbers to them

8    question, would I look at epidemiology studies and see

9    if I can get it there?

10       A    That would be the right place, yes, and even

11   as epidemiology studies -- you know, the data is as

12   good as what the exposure measures are for each of

13   these risks and for something like trichloroethylene,

14   it's difficult.

15       Q    Is that because it's so ubiquitous?

16       A    No, it's because most people couldn't really

17   tell you exactly how much they used or how much they

18   were exposed to, et cetera.

19       Q    And if you wanted to look up any of the

20   associating smoking with renal cell carcinoma, is

21   there any particular literature source that you start

22   with?

23       A    Yeah, there was -- you know, there's

24   abundant research.  Smoking and cancer, I think you'd

25   be looking at any of those longitudinal and cohort

EXAMINATION BY MR. BECK

1    studies to understand what the risk is.

2            And there might be some reviews or

3    metanalyses.  Those are the kinds of studies that

4    would give you a more consistent and overall

5    appreciation of what the associated risk might be.

6    Q    And a metanalysis is helpful because it

7    looks at more than one study and more than one

8    population.  It looks across studies to try to come to

9    conclusions based on essentially the whole body of

10   literature?

11   A    Correct.

12   Q    With respect to the relationship between

13   family history or hereditary and renal cell carcinoma,

14   if you wanted to try to come up with a way to quantify

15   that risk, where would you look?

16   A    In any of the reviews that are associated

17   with these familial cancers.  Oncologists have been

18   studying these syndromes for some time.

19   Q    And isn't it true that obesity is a risk

20   factor for renal cell carcinoma whether or not the

21   person has diabetes as well?

22   A    That has been seen in some epidemiology

23   studies, yes.

24   Q    With respect to hypertension, is chronic and

25   significant hypertension -- let me ask you a better

EXAMINATION BY MR. BECK

1   question.

2          With respect to hypertension, if you wanted

3   to determine the degree of association between

4   hypertension and renal cell carcinoma, would you,

5   again, look for epidemiology studies and especially

6   metanalyses?

7      **A    Yes.**

8      Q    And with respect to people who have a

9   metabolic syndrome and particularly diabetes, is there

10  a strong association between that and renal cell

11  carcinoma?

12     **A    Depends how you define strong.**

13     Q    I'll let you do it and then you can tell me

14  how you got there.

15     **A    I would say there's an association.  It's**

16  **been seen in some studies but not others and I'll just**

17  **leave it at that.**

18     Q    But it's your belief today, based on the

19  literature that you reviewed, that a person with

20  diabetes has a higher risk of renal cell carcinoma

21  than a person without diabetes, correct?

22     **A    I believe that has been seen in several**

23  **studies and it's probably true.**

24     Q    And if you wanted to try to quantify that

25  risk in order to compare it to some other risk, would

EXAMINATION BY MR. BECK

```
 1   you, again, look for epidemiology studies or
 2   metanalyses studies to see if they helped?
 3       A    Correct.
 4       Q    Now, let me go back to Exhibit 1, your
 5   report.
 6            MR. BECK:  And, Melissa, if you can project
 7   it on page 4 so that the bottom half of the page is
 8   capable of being viewed, please.
 9            MS. LOVE:  It's there, Bill.
10            MR. BECK:  Thank you.
11       Q    (By Mr. Beck) Dr. Hu, there's one other thing
12   I neglected to ask you, and that is in addition to the
13   transcript of the deposition of Marc Czapla that you
14   reviewed and described in your report, have you
15   reviewed a second day transcript of his deposition?
16       A    I don't know.
17       Q    Well, do you know of any transcript other
18   than the July 24th, 2020, transcript of a deposition
19   of Marc Czapla that you have read?
20       A    No.
21       Q    Has Mr. Soper or anyone else described to
22   you any testimony by Marc Czapla in a second day of
23   deposition?
24       A    Mr. Soper relayed to me when I asked about
25   the diagnostic x-rays that Mr. Czapla couldn't
```

EXAMINATION BY MR. BECK

Page 32

1    remember, you know, whether he had, for instance,

2    pediatric dental x-rays or not.  That's what I recall

3    of the conversation, and whether that showed up in his

4    secondary deposition, I don't -- I don't know.  I

5    don't recall.

6         Q    But you didn't have any discussion with Mr.

7    Soper specifically about a second day of deposition?

8         A    No.

9         Q    You assume, don't you, that Mr. Czapla had

10   pediatric x-rays of his teeth?

11        A    I think, yeah, that's common experience for

12   all children so I wouldn't be surprised.  I just -- I

13   just don't know.

14        Q    And if one were to desire to quantify the

15   millirem exposure for the lifetime excess cancer risk

16   from dental x-rays, where would one look for that?

17             MR. SOPER:  Object to form.  Incomplete

18   hypothetical.

19        A    I mean, there's all sorts of bodies that

20   have quantified the usual amount of radiation

21   associated with dental x-rays.  You go to ICRP,

22   American Dental Association, the Society for Radiology

23   Protection.  I'm sure they all have some aspect of

24   that.

25        Q    (By Mr. Beck) And, again, pediatric x-rays

EXAMINATION BY MR. BECK

1    like other x-rays are ionizing radiation?

2         A    **Yes.**

3         Q    And people typically make the decision

4    voluntarily to expose themselves to that radiation

5    because it's helpful to see if your teeth have

6    problems?

7         A    **Right, and typically, you know, pediatric**

8    **x-rays are also shielded so that other parts of the**

9    **body besides the mouth, like the kidneys, are not**

10   **exposed.**

11        Q    Right.  They put the -- the lead apron over

12   your body so that only your head gets zapped, right?

13        A    **That's right.**

14        Q    Are you one of the people who believe that

15   cell phone use causes exposure to radiation that

16   potentially can contribute to cancer?

17        A    **I don't have an opinion on that.**

18        Q    Have you ever testified either way on that

19   subject in any lawsuit?

20        A    **No.**

21        Q    Have you ever written a report on that

22   subject either way in any lawsuit?

23        A    **No.**

24        Q    Is the radiation emitted from a cell phone

25   held up to one's ear ionizing radiation?

EXAMINATION BY MR. BECK

```
 1        A    Can you repeat that question, again?
 2        Q    Sure.  Is the radiation emitted by a cell
 3   phone held up to one's ear during use ionizing
 4   radiation?
 5        A    One year of use did you say?
 6        Q    No, I didn't say that.  And I apologize.  Be
 7   sure and catch me if I say something and you're not
 8   sure you got it because --
 9        A    Yeah, I am.
10        Q    I'm sorry, I'm working from home like
11   everybody else in a place where the air conditioning
12   compressor is in the process of replacement.
13        A    Okay.
14        Q    And, therefore, I'm kept alive -- since it's
15   over 100 degrees, I'm being kept alive by a window
16   unit, and if it makes too much noise so forgive me and
17   I'll repeat anything.
18             That said, the question is:  When a person
19   uses a cell phone to talk, holds it up to the ear,
20   does that expose the person to ionizing radiation?
21        A    No, not that I'm aware of.
22        Q    Does it expose the person to nonionizing
23   radiation?
24        A    If it is, it's a very small amount.
25        Q    Sure.  So let's look in your report on page
```

EXAMINATION BY MR. BECK

1    4, bottom half.  There's a section of your report

2    titled, Estimates of Radiation Exposure Specific to

3    Marc Czapla; is that correct?

4         **A    Yes.**

5         Q    The first paragraph, I'm just going to read

6    it for the record.  It's not that long and I've got a

7    simple question about it.  It says, I have relied on

8    the August 16, 2020, exposure analysis expert report

9    on Marc and Jill Czapla, plaintiffs, produced by Clark

10   and Associates for estimate of radiation exposures by

11   Dr. Czapla in connection with the Westlake Landfill's

12   site.  As noted by the Clark report, based on its

13   review of the evidence, during 1973, approximately

14   8,700 tons of leached barium sulfate containing

15   approximately 7 tons of U308 were mixed with

16   approximately 39,000 tons of soil at the Latty Avenue

17   site.  The leached barium sulfate contained between

18   0.05 percent and 0.1 percent uranium as U308.  The

19   residue soil mixture was transported to the Westlake

20   Landfill and deposited on site.  The radioactive

21   material consists of primarily of uranium, U238, and

22   thorium, TH 230 and radium, RA 226.  The soil came

23   from decontamination efforts at the Cotter

24   Corporation's Latty Avenue plant in Hazelwood where

25   the material had been stored at the time that

EXAMINATION BY MR. BECK

1  Dr. Czapla was visiting the landfill, especially

2  during 1973, the radioactive materials would have been

3  near or on the surface of the landfill.

4        First of all, I tried, did I read that

5  accurately?

6      A    You did.

7      Q    And did that entire paragraph come from the

8  Clark report?  Is that the source of that information?

9      A    Yes.  I don't recall if it was verbatim, but

10  it was taken directly from his report.

11      Q    I want to go to the sentence that says at

12  the time that Dr. Czapla was visiting the landfill

13  especially during 1973, the radioactive materials

14  would have been near or on the surface of the

15  landfill.  My question is, what do you remember about

16  why Dr. Clark theorized that would especially be true

17  during 1973?

18      A    Well, I recall him taking the history that

19  that's the year that Marc Czapla began to play on

20  that -- at that site.

21      Q    Right.  But why would the materials be near

22  or on the surface of the landfill more in that year

23  than in any other?

24      A    Well, I don't recall the specifics, but you

25  know, after deposition, that's when, you know,

EXAMINATION BY MR. BECK

1    **you'll -- everything's fresh, and then there's erosion**

2    **and those factors that tend to especially over time**

3    **dilute whatever is on the surface.**

4        Q    Okay.  Anything else you remember about

5    Dr. Clark's theory that especially during 1973 the

6    radioactive materials would have been near or on the

7    surface of the landfill?

8            MR. SOPER:  Object to the form.

9        **A    Not -- not that I recall.**

10       Q    (By Mr. Beck) Thank you.  The next paragraph

11   states -- this is in your report Exhibit 1 states based

12   on testimony supplied by Dr. Czapla, he played at the

13   Bridgeton Landfill, in parentheses you say Westlake

14   Landfill, during the summers and weekends from 1973

15   through 1978, in parentheses you say age 8 through age

16   13.  According to Dr. Czapla, he and two friends would

17   visit the landfill several times per week and would

18   stay for several hours during each visit.  The boys

19   would play in the dirt, search through the trash, and

20   watch the bulldozers and trucks working on site.

21           Have I read that accurately?

22       **A    Yes.**

23       Q    If I refer to written question answers to

24   questions that are called interrogatories in a

25   lawsuit, do you know generally what that refers to?

EXAMINATION BY MR. BECK

Page 38

1       **A      Yes.**

2       Q       Did you review or were you given excerpts

3  from interrogatory answers prepared by counsel and

4  supplied by Marc Czapla?

5       **A      Not -- not that I recall.**

6       Q       Do you know if the wording of this paragraph

7  of your report matches the wording of one of the

8  interrogatory answers signed by Marc Czapla?

9       **A      I have no idea.**

10      Q       Am I correct, sir, that the years 1973

11  through 1978 are the only years in which you have any

12  information that Marc Czapla was exposed to

13  radioactive material at the landfill?

14      **A      That's what I recall.**

15      Q       Do you have any information about whether

16  Mr. Czapla -- I'm sorry, whether Marc Czapla or

17  Dr. Czapla -- let me -- let me straighten that out.

18              You refer to Dr. Czapla throughout your

19  report, correct?

20      **A      Yes.**

21      Q       He's not a medical doctor like you, but he's

22  a PhD so you call him Dr. Czapla, true?

23      **A      Correct.  Out of respect.**

24      Q       If I -- if I fail to, please don't take it

25  as a sign of disrespect.  Take it as a sign of I talk

EXAMINATION BY MR. BECK

1   about a plaintiff in a lawsuit by his name, and I

2   haven't met the gentleman.

3           So going back to your report, you say that

4   Dr. Czapla played at the landfill during summers and

5   weekends from when he was 8 until he was 13, and you

6   confirmed, I think, that there's no time before or

7   after that that you're aware of that he played at the

8   landfill?

9       **A    Not that I recall.**

10      Q    Now, for this material that was brought to

11  the landfill from the Latty Avenue property, we're

12  talking about some 47,700 tons of material, according

13  to your best information; is that correct?

14      **A    Right.**

15      Q    Do you know how long it took to truck that

16  material to the landfill?

17      **A    I don't know.**

18      Q    Do you know when in 1973, what month or

19  months, that material was trucked to the landfill?

20      **A    No.**

21      Q    Do you know whether or not Dr. Czapla claims

22  he was playing on the landfill at the very same time

23  as the trucks were bringing in that material and

24  dumping it on the ground?

25      **A    I don't know.**

EXAMINATION BY MR. BECK

```
 1      Q    Do you have any information about during
 2  what month in 1973 Dr. Czapla says he was playing on
 3  the landfill?
 4      A    No.
 5      Q    Going back to the paragraph describing when
 6  Dr. Czapla says he played in the landfill, is that
 7  paragraph based entirely on the July 24, 2020,
 8  deposition of Marc Czapla?
 9      A    I think it's actually based on the report
10  prepared by James Clark and Associates.
11      Q    All right.  Based on the information that
12  you've been provided, does Dr. Czapla claim he went to
13  the landfill even in the winter when the ground was
14  frozen and it was snowing in St. Louis County?
15      A    I don't know.
16      Q    Were there whole months or seasons of the
17  year during which Dr. Czapla was not present at the
18  landfill between 1973 and 1978?
19      A    I don't know.
20      Q    Based on his description about playing in
21  the dirt, searching through the trash, and watching
22  bulldozers and trucks working, do you have any
23  information based upon which you conclude that he did
24  so when the ground was frozen?
25      A    No.  I relied on the exposure assessment by
```

EXAMINATION BY MR. BECK

1    **Clark and Associates.**

2       Q    But you haven't independently evaluated

3    whether the number of days of exposure Dr. Clark uses

4    as the basis for his calculation is or is not an

5    accurate expression of Mr. Czapla's testimony?

6       **A    I do not have an opinion on that.**

7       Q    And what you've done is taken Dr. Clark's

8    numbers then and relied on them in toto so that if

9    he's got an error in them, it translates into your

10   adoption of his calculation?

11          MR. SOPER:   Object to form.

12      **A    Yes.**

13      Q    (By Mr. Beck) When in 1978 did Dr. Czapla

14   stop going to the landfill?

15      **A    I don't know exactly.**

16      Q    Why in 1978 did Dr. Czapla stop going to the

17   landfill?

18      **A    I recall reading in James Clark's reports**

19   **that he engaged in some other activity instead.**

20      Q    Was it racquetball?

21      **A    I think that was mentioned.**

22      Q    Was it the Bridgeton Municipal Athletics

23   Complex?

24      **A    That I don't recall.**

25      Q    During the period he says he went to the

EXAMINATION BY MR. BECK

1   landfill, do you have any understanding why Dr. Czapla

2   between the ages of 8 and 13 decided playing in the

3   dirt of the landfill was more fun than playing at

4   Bridgeton Municipal Athletic Complex which was closer

5   to his home?

6        **A     I have no information of that.**

7        Q     Do you know of any human being on earth able

8   to corroborate Marc Czapla's claim that he played at

9   the Westlake Landfill between 1973 and 1978?

10            MR. SOPER:  Object to form.

11       **A     No.**

12       Q     (By Mr. Beck) Have you seen any -- like a

13  contemporaneous record, a photograph, an affidavit of a

14  corroborating witness, or anything other than Marc

15  Czapla's testimony and Dr. Clark's adoption of it, that

16  says Marc Czapla's ever been to the Westlake Landfill?

17       **A     No.**

18       Q     And the same question with a slight

19  variation.  Have you seen any of that that

20  corroborates that Marc Czapla was at the Westlake

21  Landfill as often as he claims and for as long as he

22  claims between 1973 and 1978?

23       **A     No.**

24       Q     Did you make any requests to interview Marc

25  Czapla yourself to simply push back on that

EXAMINATION BY MR. BECK

Page 43

1  information and ask your own questions and come to an

2  independent conclusion of whether it sounded plausible

3  to you or not?

4  　　　　MR. SOPER:  Object to the form.

5  　　A   No.

6  　　Q   (By Mr. Beck) Have you seen patients, Dr. Hu?

7  　　A   I still do.

8  　　Q   When you see patients, you know, even in

9  this pandemic moment of telemedicine, do you talk to

10  them about their problems before diagnosing them?

11  　　A   Of course.

12  　　Q   I'd like to go to the next paragraph.  We're

13  now on page 5 of your report which is Exhibit 1.

14  Towards the top, do you see a paragraph that begins

15  using detailed information?

16  　　A   Yes.  Counselor, could I -- can we pause for

17  a moment?  I just -- I've noticed that for the last

18  couple of minutes, my image on the screen in front of

19  me has been frozen.  Does that matter?

20  　　Q   Sure.  It matters.  Let's go off the record

21  so we can solve that if we can, and we'll let the tech

22  support people who are so helpful try to solve that

23  for us.  I'm going to make some coffee while you do

24  that.  So let's go off the record.

25  　　　　VIDEOGRAPHER:  Going off the record at

EXAMINATION BY MR. BECK

1    12:21 p.m.

2              (A break was taken.)

3              VIDEOGRAPHER:  We are back on the record at

4    12:26 p.m.

5              MR. BECK:  And, Melissa, please make sure

6    you're projecting Exhibit 1 and showing page 5.

7              MS. LOVE:  I am, Bill.

8              MR. BECK:  Thank you.

9         Q    (By Mr. Beck) One second.  All right.

10   Dr. Hu, after we reset, are you ready to continue?

11        **A    Yes.**

12        Q    So on page 5 you give a summary description

13   of some information that was provided by James Clark

14   that you relied upon, and it's -- it starts in a

15   paragraph that says using detailed information.  Do

16   you see that?

17        **A    Yes.**

18        Q    Read along, using detailed information from

19   Dr. Czapla's interview on the timing, duration, and

20   activities when he visited the contaminated site and

21   methods outlined by the Agency for Toxic Substances

22   and Disease Registry, ATSDR, for assessing community

23   exposures to radiation, Clark and Associates proceeded

24   to calculate the portion of the dose in millirems,

25   mrem, that Dr. Czapla received from exposure to

EXAMINATION BY MR. BECK

1  radioisotopes deposited in Westlake Landfill,

2  expressed as, quote, reasonable maximum exposure

3  concentration, closed quote, in parentheses RME

4  values.  Have I read that accurately?

5       A    Yes.

6       Q    What do you understand ATSDR meant when they

7  referred to community exposures?

8       **A    I think they were trying to come up with a**

9  **way that they can communicate to communities what the**

10 **likely exposures were to whatever it is, toxic**

11 **chemicals or radiation under various circumstances,**

12 **that the community would understand and would be**

13 **concerned about.**

14      Q    Did you read a copy of the ATSDR report from

15 Dr. Clark worked in setting up his equation

16 through the toolbox, tool kit?

17      **A    I did at some point.  I think that was last**

18 **year but not recently.**

19      Q    You've done some work on a nearby

20 radioactive area called Coldwater Creek, have you not?

21      **A    Right.**

22      Q    Are you generally familiar with Coldwater

23 Creek?

24      **A    Yes.**

25      Q    And you read the ATSDR report on Coldwater

EXAMINATION BY MR. BECK

```
 1    Creek?
 2        A    Yes.
 3        Q    Doesn't that report specifically say that
 4    you can't use that report or its method to establish
 5    individual exposure for the causation of any
 6    individual disease?
 7             MR. WATSON:  Object to form and foundation.
 8        A    No.
 9             VIDEOGRAPHER:  Looks like we lost your
10    screen again.
11             THE WITNESS:  Geez.
12             VIDEOGRAPHER:  There we go.
13        Q    (By Mr. Beck) Thank you.  And the question,
14    which was objected to, but the question is doesn't the
15    ATSDR report for Coldwater Creek specifically say that
16    it can't be used to show individual exposures or the
17    causation of any individual disease?
18             MR. SOPER:  Same objections.
19        A    Yeah, I do recall that -- that statement
20    exists in the -- in the monograph, but as far as I
21    know, that still remains the best available
22    methodology to make these kind of estimates.
23        Q    (By Mr. Beck) Is it true that sometimes there
24    just isn't a sufficient available methodology to make
25    estimates of exposure to something potentially
```

EXAMINATION BY MR. BECK

1   hazardous?  There's just not enough information to do

2   it reliably?

3        A    That may be true in some circumstances, but

4   in this case, I think that Dr. Clark did the best he

5   could, and I relied on his exposure assessment.

6        Q    Thank you.  And do you have an understanding

7   of what this capitalized phrase reasonable maximum

8   exposure concentration means?

9        A    Yes.

10        Q    What do you understand it to mean?

11        A    This is a term that basically was created by

12   the Environmental Protection Agency regarding

13   Superfund which is a piece of legislation that governs

14   the disposition of hazardous waste sites all over the

15   country.  It is a way for the Environmental Protection

16   Agency to try to sum up all the various exposure

17   pathways and come up with an estimate of exposure, if

18   you will, that is on the higher end of exposure

19   estimates but within plausible range.  It's definitely

20   not a worst case scenario.  It's -- it's a summary

21   estimate of exposures.

22        Q    But there's something else that's not, and

23   that is it's not average, right?  It's intentionally

24   greater than average?

25        A    Exactly, yes.

EXAMINATION BY MR. BECK

1    Q    And the term reasonable maximum exposure or

2    the acronym R -- REM applies in two ways in a

3    Superfund risk assessment in that it refers to the

4    concentrations of the hazardous substance that you

5    assume someone was exposed to, and it also refers to

6    the assumption that you make about how frequently and

7    for how long that person was exposed.  Both of those

8    are calculated in the Superfund context based on REM

9    or reasonable maximum exposure, correct?

10   **A    I believe so.**

11   Q    Have you looked beyond Dr. Clark's report to

12   see how the exposure point concentrations or the

13   reasonable maximum exposure concentrations were

14   calculated for the Westlake Landfill?

15   **A    I'm not sure I understand what you mean by**

16   **look beyond this report.  Is that -- is that what you**

17   **said?**

18   Q    Well, let me ask it a different way.  That

19   was probably vague.  Have you done your own work to

20   calculate reasonable maximum exposure point

21   concentrations for the Westlake Landfill at any -- for

22   any point?

23   **A    No.**

24   Q    All right.  Let's go to the next

25   paragraph -- yeah, I'm still on page 5.  And read

EXAMINATION BY MR. BECK

1    along with me.  Does it say in your report, Exhibit 1,
2    the internal committed doses calculated for Dr. Czapla
3    that are specific to his kidneys ranged from 3.06 to
4    3.94 E plus 03 mrem or millirem, based on -- I'm
5    sorry, based upon the reasonable maximum exposure
6    concentration in quotes RME values.  These internal
7    committed dose estimates to the kidney were then used
8    to extrapolate excess risk of kidney cancer, which was
9    estimated to range from 1.5 to 2 out of 10,000.  Have
10   I read that accurately?
11        **A    Yes.**
12        Q    And let's start by unwinding the scientific
13   notation.  Does 3.06 to 3.94 E plus 03 -- 03 millirem
14   mean 3,060 to 3,940 millirem?
15        **A    Yes.**
16        Q    And based on your understanding of
17   Dr. Clark's calculations, are those lifetime dose
18   calculation?
19        **A    That's what internal committed doses mean.**
20        Q    Yeah, that's a good point.  Let's go back
21   and define, what is an internal committed dose.  As
22   you understand, its calculation by James Clark.
23        **A    Well, internal committed dose relates**
24   **specifically to radionuclides and what the basic**
25   **biological impact would be based on the types of**

EXAMINATION BY MR. BECK

1    **radionuclides, the waiting factor, and how that**

2    **translates in terms of equivalent dose to the**

3    **particular organ.**

4         Q    The exposure pathways, Dr. Hu, you

5    identified from Dr. Clark's report, were ingestion and

6    inhalation; is that correct?

7         **A    Yes.**

8         Q    And ingestion means that Dr. Czapla played

9    in dirt, some of it would get in the air and if his

10   mouth were open, get into his mouth and he might

11   swallow it?

12        **A    Correct.**

13        Q    And inhalation means that some of the dirt

14   could be suspended in the air or particles of it could

15   be suspended in the air while Dr. Czapla as a child

16   was breathing and he could inhale it; is that correct?

17        **A    Correct.  And also point out that ingestion**

18   **includes hand-to-mouth contact which tends to be**

19   **normal behavior for a child.**

20        Q    So a second ingestion pathway isn't just

21   opening your mouth and sucking in what's in the air.

22   It's also if you put your hand to your mouth and your

23   hands got dirt on it, you can some of the dirt in your

24   mouth; is that right?

25        **A    Correct.**

EXAMINATION BY MR. BECK

```
 1      Q     And then let's start with the ingestion
 2   pathway.  Once the dirt is in your mouth, how does it
 3   get to your kidney?
 4      A     Well, have to be swallowed and then absorbed
 5   in the gastrointestinal tract, and then it goes into
 6   circulation and gets excreted by the kidney.
 7      Q     Circulation through the blood?
 8      A     Yes.
 9      Q     And it would need to be circulated to the
10   kidney and not excreted from the kidney?
11      A     Yeah.  When it gets excreted through the
12   kidneys, it has to actually pass through kidney tissue
13   either by passive diffusion or active diffusion so
14   excretion by the kidneys automatically means that the
15   kidney cells are exposed.
16      Q     Got it.
17      A     Sometimes they'll get deposited in the
18   kidneys as well and then just linger there, and that's
19   true for, you know, many types of -- of substances and
20   it's, you know, true for these radionuclides as well.
21      Q     And Dr. Clark's calculations are intended to
22   pick up both the particle that stated residence in the
23   kidney, and the particle that passes through the
24   kidney and is excreted?
25      A     I believe so.
```

EXAMINATION BY MR. BECK

1      Q    Let's go to the inhaled particle.  The

2    inhaled particle.  Once it comes in through the nose

3    or in through the mouth, where does it go from there

4    and how does it get to the kidney?

5      **A    Well, an inhaled particle would be deposited**

6    **on the -- on the naso-tracheal surface or if the**

7    **particle size is below micron, it could get deposited**

8    **all the way down to the pulmonary alveoli.  Either way**

9    **there's an opportunity for absorption into the blood**

10   **stream and then circulation in the body, and, again,**

11   **some of it gets excreted through the kidneys.  On the**

12   **way, it exposes kidney tissue and some of it gets**

13   **deposited in the kidney tissue.**

14            **Then also I think as you might refer to**

15   **inhalation involves the mucociliary clearance of**

16   **particles that are deposited on the epithelium of the**

17   **respiratory tree that typically leads back to the**

18   **pharynx and then you swallow it, and then you have**

19   **another opportunity to absorb whatever it is that you**

20   **inhaled.  Now it's in the gastrointestinal track and**

21   **we already talked about that.**

22     Q    Now, other than the inhalation pathway and

23   the ingestion pathway, when you wrote your report,

24   were you aware of any other pathway of radioactive

25   exposure to the kidney that Dr. Czapla was

EXAMINATION BY MR. BECK

1    calculating?

2        A    You mean that Dr. Clark was calculating on

3    behalf --

4        Q    Thank you.

5        A    -- of Dr. Czapla?  Yep.

6        Q    Thank you.

7        A    Yes.

8        Q    Said that wrong.  I'll say it over.  When

9    you wrote your report, did you have awareness of any

10   exposure pathway besides ingestion and inhalation that

11   Dr. Clark calculated?

12       A    I think he might have taken into account

13   external radiation which would be small because the

14   kidneys are a retroperitoneal organ relatively buried

15   and not as vulnerable to exposure to radionuclides

16   because they're -- they're a deep tissue organ.

17       Q    So going back for a moment to this millirem

18   calculation by Dr. Clark, why does he express it as a

19   range rather than a single value?

20       A    I think part of the convention is -- is

21   accommodating for the fact that there's different

22   rates of absorption, particularly from the lungs, and

23   that accounts for the two different estimates, I

24   believe typically that are made in this kind of

25   situation.

EXAMINATION BY MR. BECK

Page 54

```
 1      Q    And as you understand Dr. Clark's
 2   calculation, does the radioactive exposure to the
 3   kidneys stop in 1978 or continue, thereafter, based on
 4   his calculation method?
 5      A    Well, I'm not exactly sure what he did --
 6   what assumptions he made, but we do know that
 7   radionuclides get deposited in the kidneys, so I would
 8   assume he would have accounted for that as well.  So
 9   it's not that the exposure would be done, cleared,
10   but, in fact, there's continuing exposure.
11      Q    And so your expectation is that the range of
12   3,050 to 3,940 millirems lifetime is a range that
13   would have occurred over a period of the 47 years
14   since 1973?
15      A    Perhaps, but I -- I don't recall or know as
16   I sit here today exactly what assumptions Dr. Clark
17   made.
18      Q    So you didn't check his work as -- as it
19   were.  You relied on him to do it right and adopted it
20   out without purporting to do a second review of the
21   same effort?
22      A    I -- you know, I read his document, but I --
23   I just can't remember, you know, those assumptions
24   what he made.
25      Q    So do you know whether Dr. Clark calculated
```

EXAMINATION BY MR. BECK

1    an annual internal committed dose to the kidneys or

2    Dr. Czapla for any particular year?

3        A    I think that might be in some of his tables

4    but I don't recall.  He has a long list of tables in

5    his supplement.

6        Q    Do you know whether there was any year in

7    which Dr. Clark calculated a dose in excess of 500

8    millirems in that year?

9             MR. SOPER:  To the kidneys, Bill?

10            MR. BECK:  Sure.

11       A    Yeah, I don't recall.

12       Q    (By Mr. Beck) What about for the body as a

13   whole?  Did Dr. Clark calculate as much as 500 millirem

14   exposure in any one year?

15       A    In any one year, I -- I don't recall that.

16       Q    Did Dr. Clark calculate either for the

17   kidneys or for the body as a whole exposure in excess

18   of 100 millirems in any one year?

19       A    I'd have to go through his report and

20   refresh my memory.  I don't recall.

21            MR. SOPER:  Bill, do you want him to look at

22   his report?

23       Q    (By Mr. Beck) Dr. -- Dr. Hu, if you want to

24   look at your report, take your time and feel free.  If

25   you want to dig out Dr. Clark's report and start going

EXAMINATION BY MR. BECK

1    through the hundreds of pages of tables, I don't think

2    we have time.  There's a limit on the deposition.

3         **A    Yeah.**

4         Q    I didn't see in your report that helps with

5    this.

6         **A    Yeah, I didn't address that at all.**

7         Q    So I want to talk about this excess risk of

8    kidney cancer.  That's in the second paragraph or

9    second sentence of the paragraph that we're looking

10   at.  You say these internal committed dose estimates

11   to the kidneys were then used to extrapolate excess

12   risk of kidney cancer which was estimated to range

13   from 1.5 to 2.0 out of 10,000.  Do you see that?

14        **A    Yes.**

15        Q    And that's a description of what you

16   understand Dr. Clark did in his report, correct?

17        **A    That's what he did in his report based on**

18   **tables that are available for -- for making those**

19   **kinds of extrapolations.**

20        Q    And that's the information that you relied

21   on in order to conduct your own evaluation in this

22   report with regard to the risk of kidney cancer,

23   correct?

24        **A    Yes.**

25        Q    Now, how much of kidney cancer is renal cell

EXAMINATION BY MR. BECK

1    carcinoma?

2        A    It's the great majority.  I believe it's

3    around 90 to 93 percent or so.  The rest is

4    transitional cell carcinoma and carcinoma of the renal

5    pelvis which is quite a bit rare.

6        Q    What about clear cell carcinoma?  Is that

7    more frequent than renal cell carcinoma?

8        A    Excuse me.  Clear cell carcinoma is just one

9    of -- one type of renal cell carcinoma.  The other

10   major one being papillary.

11       Q    So you view clear cell carcinoma as a subset

12   of renal cell carcinoma?

13       A    Yes.

14       Q    Okay.  Now, why does Dr. Clark provide the

15   risk as a range of 1.5 in 10,000 to 2 in 10,000?

16       A    I think that directly relates to the range

17   he gave for the estimate of the -- the specific doses

18   to the kidney, the internal committed doses that we

19   just talked about.

20       Q    You're saying the ratio of 1.5 to 2 is about

21   the same as the ratio of 3,060 to 3,940?

22       A    Correct.

23       Q    And so tell me if this is fair, the more

24   days of exposure, the more hours of exposure that

25   Dr. Clark accepted Marc Czapla as having playing at

EXAMINATION BY MR. BECK

Page 58

```
 1    the landfill, the higher Dr. Clark would calculate the

 2    millirem exposure and the excess kidney cancer; isn't

 3    that right?

 4         A    Yes.

 5         Q    It's a direct linear correlation, right?

 6         A    Is it linear?  Probably is.  Not -- I'm not

 7    exactly sure.

 8         Q    But you're saying you know it directly

 9    correlates not sure if it's a linear correlation or

10    some other shape?

11         A    Yeah.

12         Q    Okay.  When you --

13         A    Yes.

14         Q    -- use in your report the term excess risk

15    of kidney cancer, what you're saying is in excess of

16    the 1 out of 42 or 1 out of 45 background risk of

17    kidney cancer, correct?

18         A    Correct.

19         Q    Pardon me.  Did you happen to calculate for

20    comparison purposes how many that is out of 10,000?

21         A    You mean the 1 out of 42?

22         Q    Yes, sir.

23         A    I mean that would be pretty easy to

24    calculate, but the challenge here, of course, is that

25    this is not really a typical case of kidney cancer.
```

EXAMINATION BY MR. BECK

1    **This is someone who developed kidney cancer at the age**

2    **of 47 which is very young.**

3           **So what is the, you know, the chance of**

4    **somebody developing kidney cancer at that age.  I**

5    **think it's substantially lower than -- than 1 out of**

6    **42.**

7        Q    Not -- not that it's not relevant, but I

8    move to strike because that wasn't responsive.

9           So, Dr. Hu --

10          MR. SOPER:  Actually it was.

11          MR. BECK:  I'm -- I'm sure.

12       Q    (By Mr. Beck) Dr. Hu, are you able to

13   calculate whether it's 1 in 42 or 1 in 45 how many that

14   would be out of 10,000?

15       A    **Sure.  Are you asking me to do that right**

16   **now?**

17       Q    Yeah.  Let's use either one you want or both

18   of them, and just give me a range of how many

19   background kidney cancers one would expect among

20   10,000 people based on your understanding of it?

21       A    **About 238.**

22       Q    Now, do you suggest that -- well, strike

23   that.

24          That is a risk over a lifetime of having

25   kidney cancer, isn't it?

EXAMINATION BY MR. BECK

 1       **A**    **In the general population?**

 2       Q    Correct.

 3       **A**    **As estimated by using United States**

 4    **statistics?**

 5       Q    Sure.  And so for an average American,

 6    there's about 238 in 10,000 background risk of kidney

 7    cancer; is that correct?

 8       **A**    **Something like that, yeah.**

 9       Q    Now, have you seen that risk laid out across

10    ages to determine what the risk is of kidney cancer

11    occurring at a particular age or by a particular age?

12       **A**    **I have not seen that statistic.**

13       Q    And you haven't calculated it yourself?

14       **A**    **No.**

15       Q    Is it true that a lot of people --

16            MR. SOPER:  I'm sorry.  Dr. Hu, did you have

17    something?

18       **A**    **Yeah, sorry.  I mean, what I do know is that**

19    **the average age for developing kidney cancer is around**

20    **64 which means clearly that he's an outlier, you know,**

21    **having kidney cancer at such a young age, and the risk**

22    **for that has got to be substantially than the 1 out of**

23    **42.**

24       Q    (By Mr. Beck) But you haven't seen or

25    prepared any graphing or data distribution that allows

EXAMINATION BY MR. BECK

1    you to say how unlikely it is for a person to get

2    kidney cancer at the age of 47?

3         **A    I have not.**

4         Q    And isn't it true that even at the average

5    age of detection is 64, that may not be the average

6    age of occurring kidney cancer?  There could be a time

7    lag between occurrence and detection?

8         **A    Well, of course but, you know, his age was**

9    **47 when it was detected, and 64 is the age, I believe,**

10   **of detection as -- as quoted in terms of the average**

11   **age of a person getting kidney cancer.  So you're**

12   **comparing apples to apples there.**

13        Q    So let me ask you this.  If 64 is the

14   average, that means some people are 64, some people

15   are less than 64, and some people are more than 64,

16   and to say more about it than that we have to see a

17   data distribution?

18        **A    Yeah.**

19        Q    And you haven't seen it?

20        **A    No.**

21        Q    Now, I just want to go back to this risk

22   range for lifetime excess risk of kidney cancer

23   calculated by Clark based on claims of exposure by

24   Czapla at 1.5 to 2 out of 10,000.  In your report, you

25   describe degrees of risk including statistics that

EXAMINATION BY MR. BECK

1  show a negligible risk, statistics that show a minimal

2  risk, and statistics that show a very low risk.  Do

3  you recall that?

4      **A    Yes, I do.**

5      Q    And so if someone's lifetime excess cancer

6  risk is less than 1 in million, that would be in the

7  category you described as negligible?

8      **A    That's directly quoting the World Health**

9  **Organization's risk communication classification**

10  **system.**

11      Q    I hear you, but I'm directly quoting your

12  report, right, or at least --

13      **A    Yes.**

14      Q    -- paraphrasing it?

15      **A    Sure.**

16      Q    And in your report, you describe a 1 in

17  100,000 lifetime excess cancer risk to a particular

18  organ as minimal; is that correct?

19      **A    Right.**

20      Q    And in your report you describe a 1 in

21  10,000 risk -- lifetime excess cancer risk of kidney

22  cancer as a very low risk; is that correct?

23          MR. SOPER:  I -- I object to that.  I think

24  you mean less than that number, Bill, reading his

25  report.

EXAMINATION BY MR. BECK

Page 63

```
 1        Q    (By Mr. Beck) Let me rephrase the question to
 2   address the objection.
 3             Dr. Hu, isn't it correct in your report you
 4   describe risks less than 1 in 10,000 as being a very
 5   low lifetime excess kidney cancer risk, correct?
 6        A    Could I have the court advance the screen to
 7   that section of my report, please?
 8        Q    Hold on just a second.  I wasn't going to
 9   get there for a minute, but let's go there and hold on
10   just a sec.
11             MR. SOPER:  I think it's page 10.
12             MR. BECK:  Thank you.  It is.
13             MR. SOPER:  The bottom paragraph.
14        A    Okay.  Can you repeat the question, Counsel?
15        Q    (By Mr. Beck) Sure.  And so based on what you
16   say in your report, a lifetime excess cancer risk of
17   kidney cancer less than 1 in 10,000 would be what you
18   categorize as a very low risk based on the World Health
19   Organization criteria, correct?
20        A    Yes.
21        Q    And if Mr. Czapla overstated his exposure to
22   the Westlake Landfill between 1973 and 1978 by, say,
23   half of what he described, counting Dr. Clark's
24   calculation in half, then you would say that
25   Dr. Clark's calculation reflects a very low risk --
```

EXAMINATION BY MR. BECK

1  lifetime excess risk of kidney cancer; is that

2  correct?

3      A    I mean, that's a hypothetical, and, I mean,

4  I guess -- I guess I could agree with that.  I have to

5  see exactly how that happened.

6      Q    Well, and I -- I don't need to go further on

7  that.  So if Dr. Clark used accurate exposure

8  information from Marc Czapla -- Czapla and because of

9  inherent conservatism and overstatement of risk in the

10  methodology he used simply calculated a risk twice as

11  high as was real, then you would have regarded that

12  calculation -- and I'm going to strike that and start

13  all over.

14      A    Okay.

15          MS. LOVE:  Hey, Bill, it's Melissa.  Hang on

16  for a second.  I can't see Dr. Hu.  Can anybody else?

17      A    Yeah, I can't see myself either.  I'm having

18  this technical issue again.  Can we pause and I'll try

19  to do the fix that I did earlier with the

20  videographer?

21      Q    (By Mr. Beck) Let's do that and I'll use that

22  time to talk about this question entirely.

23          VIDEOGRAPHER:  Going off the record at

24  1:02 p.m.

25                  (A break was taken.)

EXAMINATION BY MR. BECK

1          VIDEOGRAPHER:  We are back on the record at
2   1:06 p.m.
3          MR. BECK:  Forgive the delay.  I used the
4   unplanned break for personal comfort.  We're back on?
5          VIDEOGRAPHER:  Yeah.  Sorry, Bill.  Do you
6   need more time?
7          MR. BECK:  No, I'm good.
8          VIDEOGRAPHER:  Okay.  Yeah, we're on the
9   record.
10      Q    (By Mr. Beck) Okay.  Dr. Hu, did Marc Czapla
11  ever smoke?
12      **A    As far as I know, no.**
13      Q    If you found out that Marc Czapla had been a
14  smoker at some time in his life, that would be news to
15  you?
16      **A    Correct.**
17      Q    Does Marc Czapla have any hereditary factors
18  or family history that has been described to you and
19  that would be a kidney cancer risk to your knowledge?
20      **A    No.**
21      Q    Based on a medical definition, Dr. Hu, was
22  Marc Czapla obese when his kidney cancer was
23  diagnosed?
24      **A    I believe so.**
25      Q    And do you have any information about

EXAMINATION BY MR. BECK

Page 66

```
 1   whether and for how long he would have been regarded
 2   medically as obese prior to 2006?
 3        A    I don't think so, no.
 4        Q    Have you been able to run any calculation or
 5   conduct an analysis in which you exclude obesity as a
 6   possible cause of Marc Czapla's kidney cancer?
 7        A    I don't think that was called for here.
 8        Q    But you haven't done it?
 9        A    No.  I mean, as far as I'm aware, the fact
10   that he has more than one risk factor for kidney
11   cancer does not undercut the contributing influence of
12   his radiation exposure so that was not necessary.
13        Q    We'll get back to that.  Have you done
14   anything, any calculation or analysis -- well, strike
15   that.
16             Marc Czapla has a history of hypertension;
17   is that correct?
18        A    Correct.
19        Q    How far back does that go?
20        A    At least until about 2006.
21        Q    And what about before you have record?
22        A    I don't have records of that so I don't
23   know.
24        Q    Is it possible that Marc Czapla has been
25   hypertensive since he was a young man?
```

EXAMINATION BY MR. BECK

```
 1        A    Sure.

 2        Q    Did you ask counsel or anyone to obtain

 3   information about how long Marc Czapla has been

 4   hypertensive?

 5        A    I don't recall.

 6        Q    Have you been provided any historical data

 7   concerning Marc Czapla's hypertension and how well his

 8   blood pressure has been controlled by medicine over

 9   time?

10        A    I don't recall seeing that information.

11        Q    Is Marc Czapla diabetic?

12        A    I believe he is.

13        Q    Do you know how long it has been diagnosed

14   that Marc Czapla is diabetic?

15        A    I have to go back to my notes to refresh my

16   memory on that.

17        Q    What's the earliest that you remember?

18        A    I remember that he was being diet-controlled

19   for some time.  His hemoglobin A1C's weren't terrible,

20   but then they started to get worse but I don't

21   remember the dates.

22        Q    Do you know whether or not Marc Czapla was

23   diabetic in his 20s?

24        A    I don't recall that.

25        Q    Within the 238 out of 10,000 Americans who
```

EXAMINATION BY MR. BECK

1  will get kidney cancer in their lifetime, are there

2  some of them for whom a doctor is simply unable to

3  define a cause?

4          MR. SOPER:  Object to form.

5      **A     I would agree with that.**

6      Q     (By Mr. Beck) So with regard to Marc Czapla's

7  exposure -- and, actually, let me give you the benefit

8  of your report rather than play memory quizzes with

9  you.

10         Let's go to page 6, first full paragraph.

11  You list one, two, three, four -- five radioisotopes.

12  Do you know whether uranium-238, uranium-236,

13  thorium-230, thorium-232 or radium-236 which of those

14  are the most significant in Dr. Clark's calculation of

15  risk that you relied upon?

16     **A     I don't recall.  Have to go back and look at**

17  **his report to ascertain that description.**

18         MR. SOPER:  And, Dr. Hu, it's not a memory

19  test.  You're free to refer to his report if you'd

20  like.

21         MR. BECK:  It actually is a memory test.  If

22  the doctor wants to refer to his own report, he's

23  welcome to.  If he wants to refer to a report from

24  someone else, I'll take that under advisement, but I

25  don't want to use up my seven hours doing research.

EXAMINATION BY MR. BECK

1          MR. SOPER:  Well, if you're asking him

2    questions about Dr. Clark's report, you should let him

3    review the report.

4          MR. BECK:  I'm asking if he has a memory

5    about Dr. Clark's report, which I am absolutely

6    entitled to ask and have answered.

7      **A    Sure.  I don't recall which specifics -- or**

8    **radioisotopes of these elements he was basing his**

9    **calculations on.**

10     Q    (By Mr. Beck) Is it correct that uranium-238,

11   uranium-236 and thorium-232, all three, have no

12   material contribution to Dr. Clark's risk calculation?

13     **A    I don't know and I would have to investigate**

14   **that further.**

15     Q    Do you know whether or not Dr. Clark in

16   assessing the risk of exposure to radium-236 used data

17   from some place close in time to the 1973 to '78 time

18   period?

19         MR. SOPER:  Object to form.

20     **A    I don't know the answer to that.**

21     Q    (By Mr. Beck) Do you know whether Dr. Clark

22   in calculating the risk of exposure by inhalation to

23   radium-226 of Mr. Czapla actually based his calculation

24   on a risk 1,000 years from now in the future?

25         MR. SOPER:  Object to form.  Misstates

EXAMINATION BY MR. BECK

1    Dr. Clark's report.

2         **A    I don't know the answer to that.**

3         Q    (By Mr. Beck) Do you know whether Dr. Clark

4    relied upon the final baseline risk assessment for the

5    Westlake site supplied to EPA, and, in particular, the

6    air modeling report attachment to that baseline

7    assessment in determining inhalation risk?

8         **A    Can you repeat the question, please?**

9         Q    Sure.  Let's read that one back if the court

10   reporter has it.

11                    (At this time the court reporter read

12                    back the previous question.)

13        **A    I don't know.  I don't recall.**

14        Q    (By Mr. Beck) Do you know what thorium

15   isotope is a daughter isotope of uranium-238?

16        **A    I'd have to go back and look at the -- the**

17   **series of isotopes to refresh my memory on that.**

18        Q    Do you know what radium isotope is the

19   daughter isotope of thorium-230?

20        **A    Same response.**

21        Q    Do you know what the process is called by

22   which over time thorium-230 becomes radium-226?

23        **A    Radioactive decay.**

24        Q    Do you know how long that takes for

25   thorium-230 to decay to radium-226?

EXAMINATION BY MR. BECK

1      **A     I'd have to go back and look at the decay**
2   **series statistics to refresh my memory on that.**
3      Q     Is thorium-230 a gamma unit?
4      **A     It's an alpha particle and I don't think**
5   **it -- again, I'm not sure.  I don't recall.**
6      Q     Does thorium-230 emit alpha particles?
7      **A     Yes.**
8      Q     Relative to radium-226, is thorium-230
9   regardless -- regarded as a very weak radioactive
10  substance?
11     **A     I don't recall.  I'd have to look at the**
12  **relevant charts to answer accurately.**
13     Q     Do you know that the degree of strength or
14  activity of a radionuclide can be expressed in a unit
15  of measure called picocuries per gram?
16     **A     Yes.**
17     Q     Do you know the highest reading in
18  picocuries per gram ever detected at the surface of
19  the Westlake Landfill was for thorium-230?
20     **A     I don't recall that number.**
21     Q     For comparison purposes, do you know what
22  the radioactivity of the thorium and thorotrast,
23  T-H-O-R-O-T-R-A-S-T, was?
24     **A     I'm sorry.  Repeat the question.**
25     Q     Do you know what the degree of radioactivity

EXAMINATION BY MR. BECK

1    in picocuries per gram was of the thorium in the

2    solution that was known as thorotrast that was used

3    for medical purposes in the United States?

4        **A    I don't know the answer to that.**

5        Q    Do you have any idea what the ratio is

6    between the average thorium concentration in

7    thorotrast or activity in thorotrast to the average

8    thorium activity at the surface of the Westlake

9    Landfill at its highest point?

10       **A    I don't know the answer to that.**

11       Q    Let me step away from theory for just a

12   moment.  To -- to set this up, though, in your report

13   you adopted the view that thorium risk is linear no

14   threshold; is that fair?

15       **A    I think that's true for all radiation at**

16   **this point.  That is the basic assumption.**

17       Q    And so my question's going to be what have

18   you done to research whether that assumption is

19   scientifically valid or not valid?  Have you reviewed

20   epidemiologic literature yourself, or have you simply

21   relied on what the WHO report says?

22       **A    I've relied on the expert opinion of reports**

23   **such as Deep Biological Effects of Ionizing Radiation**

24   **Committee.**

25       Q    Is that a WHO report?

EXAMINATION BY MR. BECK

 1      **A      I think DBEIR was commissioned by  --**
 2   **co-commissioned by, I guess --**
 3      Q     I can't hear you.   I'm sorry.
 4      **A      Yeah, I can't remember the exact pronounce**
 5   **of DBEIR commission, whether it's WHO or International**
 6   **Agency for Research on Cancer, but it is an**
 7   **international and well recognized authority on**
 8   **radiation health effects.**
 9      Q     And simple -- simple question.  You referred
10   to reports plural.  Are there any others besides that
11   one that you're relying on?
12      **A      That would be the main one.  The**
13   **Environmental Protection Agency, I believe, also**
14   **accepts the linear no threshold assumption for**
15   **radiation in cancer.**
16      Q     You mean for Superfund risk assessment
17   purposes?
18      **A      Yes.**
19      Q     Aren't Superfund risk assessments simply
20   screening estimates used by EPA to prioritize risk
21   relative to one and up in order to make remedy
22   decisions?
23      **A      Well, that's -- yeah, those are these exact**
24   **Superfund assessment documents, but in terms of EPA's**
25   **general policy on a dose risk assessment associated**

EXAMINATION BY MR. BECK

1   with radiation, I believe their assumption is the

2   linear no threshold relationship between radiation and

3   risk of cancer.

4        Q    Dr. Hu, did you hear my question or was it

5   dropped?

6        A    I think I heard your question.  I think you

7   were specifically saying is it -- you know -- is that

8   the -- well, anyway -- repeat the question and I'll

9   try to answer the best I can.

10       Q    Let me try again.  Aren't EPA risk

11  assessments simply risk screening exercises for the

12  purpose of comparing one risk to another or to some

13  line for the purpose of making remedy decisions?

14            MR. SOPER:  Asked and answered.

15       A    They are but they are also based on

16  assumptions that the EPA typically describes in

17  associated documents.

18       Q    (By Mr. Beck) Right.  And the associated

19  documents that matters where EPA describes its

20  assumptions is known as the risk assessment guidance

21  for Superfund or RAGS; is that correct?

22       A    That's one of them, yes.

23       Q    Have you reviewed the risk assessment

24  guidance for Superfunds in your work in this case?

25       A    Not specifically, no.

EXAMINATION BY MR. BECK

1      Q    What is I linear energy transfer radiation?

2      **A    Radiation that imparts a lot of energy in**

3  **its course as part of its effects on biological**

4  **tissue.**

5      Q    And just to define the term we've used

6  before, what is ionizing radiation?

7      **A    What is what?**

8      Q    Ionizing radiation.

9      **A    Ionizing radiation is radiation that energy**

10  **capable of causing ionization.**

11      Q    If we go over to page 7 of Exhibit 1, I'm in

12  your expert report still, and look for a paragraph

13  that begins in terms of radionuclides and residents

14  impacted.

15      **A    Okay.**

16      Q    Was -- was the word resident in that

17  sentence an -- an error?

18      **A    Yes.  I should have just said in terms**

19  **radionuclides and Dr. Czapla's exposure.**

20      Q    You're not calculating -- you're not

21  assessing risk in this report to any resident near the

22  Westlake Landfill, are you?

23      **A    No.**

24      Q    I'll -- I'll leave out of my question the

25  issue of whether Marc Czapla was trespassing or

EXAMINATION BY MR. BECK

1    invited, and let me just ask it this way -- and that's

2    if he was there.  Let me ask it this way, do you

3    understand that Marc Czapla's testimony is that he

4    visited rather than resided at the Westlake Landfill

5    site?

6              MR. SOPER:  Object to form and move to

7    strike the speech beforehand.

8        **A    That comports with what my understanding is.**

9        Q    (By Mr. Beck) What do you understand the

10   surface -- well, what do you understand the portion or

11   portions of the Westlake site to be where Mr. Czapla

12   claimed he played?

13       **A    I've seen photographs and some diagrams, but**

14   **I don't recall reviewing that any time recently so I**

15   **have no memory of that.**

16       Q    Let me ask it this way.  If I refer to a

17   part of a landfill as being closed and covered, do you

18   know what I mean by that?  Are we communicating if I

19   use that phrase?

20       **A    My basic assumption would be is that it was**

21   **fenced off and covered with something.**

22       Q    I didn't say anything about fencing.  I'm

23   just saying that as landfills progress, they use up

24   some of the land, finish putting in garbage, put on

25   the cover and move on.  If I refer to a landfill being

EXAMINATION BY MR. BECK

1    closed and covered and that's what I mean, will you

2    understand me?

3         **A    Okay.  I'll take that as an assumption.**

4         Q    Thank you.  And so my question is:  Do you

5    have any understanding whether Marc Czapla claims he

6    played between 1973 and 1978 in any of the landfill

7    that was not closed and covered?

8         **A    I don't recall whether that was addressed in**

9    **Dr. Clark's report.**

10        Q    And you don't recall whether that was

11   addressed in Marc Czapla's deposition that you read?

12        **A    I don't recall.**

13        Q    You don't recall whether that was addressed

14   in Marc Czapla's questionnaire that you provided him?

15        **A    The only questionnaire I gave him was**

16   **regarding family history of cancer, so no.**

17        Q    And you didn't follow up on that question to

18   get a better understanding of where he says he got

19   exposed?

20        **A    Well, as I said before, I relied on the**

21   **exposure assessment conducted by James Clark and**

22   **Associates.**

23        Q    Right, but you didn't follow up on that by

24   asking your own questions about that topic?

25        **A    No.**

EXAMINATION BY MR. BECK

```
 1        Q     And so do you know simply as a general fact
 2    that there are only certain discreet portions of the
 3    Westlake site that have been found to contain
 4    radioactive material?
 5        A     I don't know enough to have an opinion on
 6    that.
 7        Q     All right.  It's not an opinion question.
 8    You don't know if there are or not?
 9        A     I don't.
10        Q     Do you have any information about how many
11    acres of the Westlake Landfill site have been found to
12    contain radioactive materials?
13        A     Not that I recall.
14        Q     Do you have any information on when those
15    specific areas of the Westlake site were closed and
16    covered?
17        A     Not that I recall.  I mean, like I said, I
18    read the reports regarding this site, I believe, in
19    the past, but I can't recall them.  It's been quite
20    some time.
21        Q     Do you have any reason to think that -- that
22    the areas of the landfill where radioactive materials
23    were eventually found were actually used for more
24    landfilling after they were closed and covered?
25        A     I'm not aware of any information on that.
```

EXAMINATION BY MR. BECK

1      Q    Do you have any reason to think that it

2  would be bulldozers and trucks driving over an area of

3  a landfill that's closed and covered as opposed to

4  areas of the landfill that are open and operating to

5  dispose garbage?

6          MR. SOPER:  Objection.  Outside the scope.

7  Asked and answered.

8      **A    I don't have an opinion on it.**

9      Q    (By Mr. Beck) Not an opinion question.  It's

10 a fact question.  Do you have any information on that?

11     **A    No.**

12         MR. SOPER:  Object to form.

13     Q    (By Mr. Beck) Do you know whether or not the

14 areas of Westlake Landfill which were closed and

15 covered -- strike that.  I'm going to start over.

16         Dr. Hu, do you have any information on

17 whether the areas of Westlake Landfill for Mr. Czapla

18 claims to have played between 1973 and 1978 were

19 vegetated at any point during those years?

20     **A    I don't recall.**

21     Q    Do you have any information about whether

22 any portion of the area where Mr. Czapla claims to

23 have played was actually occupied by a building during

24 some of the years when he claims he played in the

25 dirt?

EXAMINATION BY MR. BECK

Page 80

 1      **A    I don't know.**

 2      Q    Have you seen any data with respect to

 3  radioactive material at the Westlake Landfill

 4  collected before 1976 or reported before -- before

 5  1977?

 6      **A    Can you repeat that question, please?**

 7      Q    Sure.  Have you seen any data concerning

 8  surface radioactive materials at the Westlake Landfill

 9  which were collected before 1976 or reported before

10  1977?

11      **A    I may have but I don't recall.**

12      Q    I haven't so if you think of one, will you

13  please tell me, please?

14      **A    Sure.**

15      Q    Thank you.  Do you know of anyone who came

16  out and checked the Westlake Landfill for radioactive

17  materials prior to May of 1976?

18      **A    I don't recall.**

19      Q    Now, I'd like to go in your report,

20  Exhibit 1, on page 7 to the first full paragraph which

21  is the one that contains that term resident that we

22  decided shouldn't be there.  Do you know which I'm

23  talking about?

24      **A    Yes.**

25      Q    In terms of radionuclides and residents, can

EXAMINATION BY MR. BECK

1    you see that?

2         **A    Yes.**

3         Q    So it says in terms of radionuclides and

4    residents impacted by the Westlake Landfill exposures,

5    the analysis conducted by Dr. Clark indicates that

6    Dr. Czapla was likely subject to radionuclide

7    exposures to a significant degree through inhalation

8    and ingestion and, in parentheses you say factor A,

9    and that the magnitude of the doses received

10   particularly in the past, likely exceeded background

11   levels to a significant degree, in parentheses you say

12   factor B.  Have I read that sentence -- that sentence

13   accurately?

14        **A    Yes.**

15        Q    And so when you say background levels, are

16   you referring to background levels of radioactivity in

17   surface soil?

18             MR. SOPER:  Well, I object to that.  You're

19   asking him about Dr. Clark's report, not letting him

20   look at Dr. Clark's report.

21             MR. BECK:  Okay.  Well, You're wasting time

22   and we'll deduct from your seven hour -- we'll add it

23   to your seven hours.

24        Q    (By Mr. Beck) Dr. Hu, can you answer the

25   question, please?

EXAMINATION BY MR. BECK

```
 1            MR. SOPER:  At what?  Add to your seven
 2   hours when he looked at his reliance material?
 3            MR. BECK:  That is a suggestive objection.
 4   Stop.
 5            MR. SOPER:  No.  These questions are
 6   improper when you're not letting him look at things.
 7            MR. BECK:  I didn't not let him look at
 8   things, but I'm not going to waste my seven hours for
 9   him to go back and reread Clark.  I'm asking a simple
10   question that asks what he can tell me and you don't
11   get to interrupt and tell him to go read things and
12   slow this down.
13            MR. SOPER:  I'm not telling him to read
14   anything.  I'm -- I'm saying he should be able to look
15   at the reliance material.
16            MR. BECK:  Just stop talking.
17            MR. SOPER:  I -- I will object.
18            MR. BECK:  Thank you.  You have.
19       Q   (By Mr. Beck) Dr. Hu, when you say in your
20   sentence of your report that certain radio ac --
21   radionuclide exposures exceeded background levels to a
22   significant degree, I'm trying to find out what you
23   mean in your words by the -- by the expression
24   background levels.  Does that refer to the background
25   radioactivity levels of normal surface soil?
```

EXAMINATION BY MR. BECK

1           MR. SOPER:  Same objections.

2      **A     I'm not sure I was quoting Dr. Clark's**

3   **report and have to go back to his report to refresh my**

4   **memory as to his definition of background levels.**

5      Q     (By Mr. Beck) Do you know, without going back

6   to do a reading, what Dr. Clark meant when he said that

7   Dr. Czapla was exposed to radionuclides by inhalation

8   and ingestion that exceeded background levels to a

9   significant degree?

10     **A     Like I said, I'd have to go back and see**

11  **whether he meant background levels as background in**

12  **so -- as you said, normal soil that is soil that's**

13  **not, you know, at a contaminated site or whether he**

14  **meant background levels soil that was, let's say, you**

15  **know, a mile away or half mile away from the -- the**

16  **contaminated site.  So it's several different ways you**

17  **could define background levels.  I'm not exactly sure**

18  **which definition he used.  I'd have to look at his**

19  **report to refresh my memory.**

20     Q     You didn't put that question to Dr. Clark?

21     **A     Not in this particular case, no.**

22     Q     You wrote your report.  You finished your

23  report on Friday, right?

24     **A     Yes.**

25     Q     And this is Monday?

EXAMINATION BY MR. BECK

1      **A**     **Yep.**

2      Q     So when you said in your report in the

3   sentence we just read exceeded background levels to a

4   significant degree, did you know what you meant by

5   background level?

6      **A**     **I was quoting Dr. Clark on that particular**

7   **point, and like I said, I can't remember exactly how**

8   **he defined background levels.**

9      Q     So let me ask you this.  Do you know that

10  all sorts of soil around the globe contain greater or

11  lesser degrees of radioactivity --

12     **A**     **Yes.**

13     Q     -- that it's everywhere?

14     **A**     **Yes.**

15     Q     And you've given me a couple of options for

16  what Dr. Clark might have meant.  One was background

17  soil -- values for radioactivity in soil everywhere or

18  background level in soil from a particular location

19  that might have been a half a mile or mile away.  Did

20  I get that right?

21     **A**     **Correct.**

22     Q     And are there any other candidates that

23  you're thinking of for what Dr. Clark meant by this

24  expression you quoted without quote marks in your

25  report of background level?

EXAMINATION BY MR. BECK

```
 1        A    No.
 2             MR. SOPER:  Objection.  Calls for
 3   speculation.
 4        Q    (By Mr. Beck) Dr. Hu, is there background
 5   ambient radioactivity in the world?
 6        A    Ambient is a general term referring to the
 7   environment.  It's actually typically used for
 8   airborne levels.  So is that what you mean by ambient
 9   or what?
10        Q    No.  No.  I mean, if a person walks around
11   the earth any place, they're going to be exposed to a
12   certain amount of radioactivity; is that correct?
13        A    Yes.
14        Q    And for your report or from general
15   knowledge, do you know what the background radioactive
16   exposure is in the United States or in this area
17   expressed as millirems per year?
18        A    I'd have to go back and look at some charts
19   to refresh my memory on that.
20        Q    If I say that the background radiation
21   exposure exceeds 600 millirems per year, do you know
22   if that's right or wrong?
23             MR. SOPER:  And I object to there not being
24   a time in that you're talking about, Bill.
25             MR. BECK:  It doesn't change a lot over
```

EXAMINATION BY MR. BECK

1    geologic history, Jon.

2              MR. SOPER:  Well, I object --

3         **A    That seems high --**

4              MR. SOPER:  -- foundation.

5         Q    (By Mr. Beck) Go ahead, Dr. Hu.

6         **A    It seems high to me and I think by**

7    **background in this situation, you're actually talking**

8    **about what a typical individual experiences which not**

9    **only includes background radiation from soil and food**

10   **and whatever but also radiological tests, et cetera,**

11   **et cetera.  So I'm -- I am -- I don't really know what**

12   **definition you're using for background, but if you**

13   **mean background just from soil, that I believe is a**

14   **high figure.**

15        Q    Right.  I'm not talking about that.  I'm

16   saying average person walking around they might have a

17   spouse, they might live in a brick house, they might

18   be subject to the cosmic rays that all of us

19   experience outside, but the background radiate --

20   radioactivity dose per year is on average in excess of

21   600 millirems, and the question is do you know if

22   that's right or wrong?

23             MR. SOPER:  Foundation.  Objection.

24        **A    That still seems high.  Yeah, that still**

25   **seems high because you did not mention typical**

EXAMINATION BY MR. BECK

1   **radiological procedures which I believe are included**

2   **in the usual estimates of so-called background by, you**

3   **know, standard radiology safety manuals.**

4        Q    (By Mr. Beck) And let me ask you, Dr. Hu, I

5   know you're -- you're experienced at giving

6   depositions, but a reminder is always good.  It's

7   important for Jonathan to get his objections on to the

8   record, and the court reporter can't do that if you're

9   both talking.  So if you hear him start to speak, if

10  you could just hold up and give your answer after John,

11  that will help us make a good record here.  Is that

12  okay?

13       **A    My apologies.**

14       Q    And I'm -- I'm not scolding.  I forget all

15  the time, and I've taken depositions for a while.

16            So as I read this sentence that we just read

17  on page 7 of your report and try to dissect a little

18  bit, do you see that after you say that the exposures

19  likely exceeded background levels to a significant

20  degree, you've got factor B.  Have I said that

21  accurately?

22       **A    Right.**

23       Q    And is factor B a Bradford Hill criterion or

24  something else?

25       **A    No, that's the fact that the -- the basic**

EXAMINATION BY MR. BECK

1   **estimate made by Dr. Clark who said he was exposed to**

2   **these radionuclides and likely absorbed into his body**

3   **which was sort of factor B --**

4        Q    Factor B?

5        **A    -- that's articulated in the paragraph**

6   **above.**

7        Q    Okay.  Got it.  I see it.  Thank you.  So

8   with respect to alpha particles, the same paragraph,

9   you say alpha particles are not -- quote, are not very

10  penetrating and can be stopped in the outer layers of

11  skin.  Have I read that correctly?

12       **A    Well, it's the alpha particle associated**

13  **radiation that is not very penetrating.  It's not the**

14  **alpha particles themselves.**

15       Q    Okay.  That's -- that's why you don't try to

16  estimate how much dirt Marc Czapla allegedly got onto

17  his body playing on the landfill day after day, and

18  months after months, year after year, but rather you

19  calculate what gets inside his body either through

20  ingestion or inhalation; is that right?

21       **A    Correct.**

22            MR. SOPER:  Object to form.

23       **A    Oh, sorry.**

24            MR. SOPER:  Hey, Bill, can we take another

25  quick break?  I just got texted a picture that a tree

EXAMINATION BY MR. BECK

1   limb fall off at my home so I need to make a phone

2   call about that real quick.

3           MR. BECK:  That's not a problem.

4           VIDEOGRAPHER:  Going off the record at

5   1:46 p.m.

6                (A break was taken.)

7           VIDEOGRAPHER:  We're back on the record at

8   1:56 p.m.

9       Q    (By Mr. Beck) Dr. Hu, after the break, are --

10  are you ready to go?

11      **A    Yep.  Although I'm getting hungry, so I**

12  **think we have another hour, though.**

13      Q    So just a housekeeping detail, did you know

14  that there was a deposition notice with an Exhibit A

15  that contained a list of things that we were asking to

16  be produced for your deposition?

17      **A    Yes.**

18      Q    And did you endeavor to produce those to Mr.

19  Soper so he can share them with us?

20      **A    I did.**

21      Q    The one category I saw in that Exhibit A

22  that I didn't see any of in the production was

23  invoices.  Have you rendered any invoices for your

24  work on the review of information, the report, for

25  this deposition up to this point?

EXAMINATION BY MR. BECK

1     **A     Not yet.**

2     Q     Approximately how much time do you think you

3     have into it up to now before today?

4     **A     Have to go through my records, but I'd say**

5     **maybe -- there were a lot of records but 20 -- 24**

6     **hours, something like that.**

7     Q     And for the time you spent reviewing

8     information preparing your report, what -- what are

9     you charging in this case?

10    **A     $600 an hour.**

11    Q     I'm sorry, I didn't hear you?

12    **A     $600 per hour.**

13    Q     And is there a different rate you plan to

14    try to charge for your deposition than that?

15    **A     Yes.  And I apologize if you didn't get the**

16    **rate sheet, but I charge $1,000 per hour deposition**

17    **time.**

18    Q     Let's go back in your report, please, which

19    is Exhibit 1 back to page 7 and back to this paragraph

20    which starts with the words in terms of radionuclides

21    and residents, and I want to get about two-thirds of

22    the way down that paragraph and ask you to look at a

23    sentence that says once they enter the body such alpha

24    emitting radionuclides.  Do you see where that is?

25    **A     Yes.**

EXAMINATION BY MR. BECK

1      Q     And you state, quote, once they enter the

2  body such alpha emitting radionuclides could be

3  expected to increase a risk of causing cancer, since

4  as noted earlier, the evaluations of all internally

5  deposited radionuclides that emit either alpha or beta

6  particles were declared by the International Agency

7  for Research on Cancer to be carcinogenic, in

8  parentheses, i.e. group 1 carcinogens, closed

9  parentheses, based on data in human and in

10  experimental studies.  Have I read that accurately?

11      **A     Yes.**

12      Q     And are you relating the conclusion of IARC

13  on that, or are you expressing your own conclusion,

14  too?

15      **A     That's the conclusion of IARC.**

16      Q     (By Mr. Beck) And IARC is the -- is that

17  correct?

18      **A     Yes, IARC is the International Agency for**

19  **Research on Cancer.**

20      Q     Thank you.  Now, did you in performing your

21  research in this case look for epidemiologic or case

22  studies associating specifically the thorium-230 with

23  an increased incidence of kidney cancer?

24      **A     I look for studies of thorium in particular**

25  **including thorium-230 and the -- and the incidence of**

EXAMINATION BY MR. BECK

1    renal cancer, yes.

2        Q    And other than thorotrast studies, did you

3    find any particular studies that you concluded

4    associated thorium exposure through inhalation or

5    ingestion with an increase incidence of kidney cancer?

6        A    Not really.  I mean, the -- the problem is

7    that it's very difficult studies that select --

8    selectly identify thorium as the exposure.  There are

9    studies that have, you know, workers exposed to a -- a

10   mixture of radionuclides but that doesn't really allow

11   you to focus specifically on thorium.  So the

12   thorotrast studies, for better or for worse, represent

13   perhaps the only rigorous and available body of

14   literature to focus specifically on thorium in human

15   beings.

16       Q    Understood.  So thorotrast was a liquid

17   colloidal suspension containing thorium particles that

18   a person would drink in order to provide contrast for

19   medical imaging; is that right?

20       A    That's correct.

21       Q    And so people heard the phrase barium enema

22   as sort of that, you -- you -- you drink something

23   radioactive and it shows up on an image?

24       A    More or less, yes.

25       Q    Did you do any research to find out the dose

EXAMINATION BY MR. BECK

1    an average patient would receive drinking this thorium

2    suspension before an imaging to determine just how

3    much of a dose this person is ingesting?

4        **A    I've seen those figures but I can't recall**

5    **them there.**

6        Q    Did you make any effort to compare that dose

7    to the dose Clark calculates that he says was either

8    ingested or was inhaled or was absorbed by being near

9    something radioactive, all of those combined?  Did you

10   do any of those comparison between the thorium and the

11   thorotrast study and the thorium that Clark says

12   exposed Dr. Czapla in this case?

13       **A    No, I didn't feel that was necessary.  Since**

14   **this is a general causation question, I was using that**

15   **literature to address.**

16       Q    So you have a background in epidemiology in

17   addition to being a medical doctor; is that true?

18       **A    I have a doctoral degree in epidemiology.**

19       Q    And there's a phrase that is sometimes used

20   among toxicologists and epidemiologists.  It's

21   colloquialism but it's the dose is the poison.  You've

22   heard that phrase?

23       **A    Of course.**

24       Q    Are there some things that lower doses are

25   not harmful to a human at all but at higher doses can

EXAMINATION BY MR. BECK

1    be harmful to a human?

2        A    Yes.

3        Q    Are there features of the way that the body

4    reacts to -- I'm going to strike that.

5            Sometimes can you drink something that is

6    not particularly good for you, but the body takes care

7    of it and it never causes you any harm at all?

8            MR. SOPER:  Object to form.

9        **A    That's a pretty broad generalization, but I**

10   **would say that's probably true.**

11       Q    (By Mr. Beck) And what are some of the

12   processes in the body that help prevent harm from

13   occurring as a result of that?

14       **A    Well, first, here's the question of whether**

15   **the harmful substances absorbed at all.  Some things**

16   **are passively absorbed.  Others require distinct**

17   **molecular mechanisms that is transporter proteins**

18   **to -- to bring in the harmful substance into the body.**

19   **Then once the so-called harmful substance is in the**

20   **body, there are mechanisms to try to excrete it.**

21   **Liver has an entire reticuloendothelial system to try**

22   **to isolate harmful things and throw it into bile, and**

23   **you'll excrete it and your excrement.  The kidney will**

24   **try to excrete substances.  Unfortunately, it often**

25   **means that the kidneys exposed to quite a bit of**

EXAMINATION BY MR. BECK

1    whatever the harmful substance is.

2              And then it concentrates in the urine which

3    then makes the exposure even higher to the kidney and

4    the collecting ducts and the rest of the urinary

5    execratory system, and then, you know, liver has a

6    detoxification mechanism to try to molecularly

7    transform the harmful substance and to a less harmful

8    substance or a substance that's more polar and -- and

9    able to be absorbed in water, therefore, excreted by

10   the kidneys, then the body has, you know, various

11   barriers.

12             There's the blood-brain barrier that is an

13   extra layer of protection to try to protect the brain

14   from things circulating in the body that might be

15   harmful to the central nervous system and so forth.

16        Q    Did you read any studies that more on the

17   question of cancer risk from exposure to radionuclides

18   that you did not include in your report and materials

19   supplied to Mr. Soper?  I'm talking about in your work

20   on this case.

21        A    That was pretty vague question.  Can you try

22   to --

23        Q    Sure.  In working -- sure.  In working on

24   this case --

25        A    Yes.

EXAMINATION BY MR. BECK

Page 96

```
 1        Q    -- did you review some studies bearing on
 2   radioactivity and kidney cancer that you did not cite
 3   in your report and give to Mr. Soper?
 4        A    Yes.
 5        Q    And can you remember any of them that you
 6   read but didn't use?
 7        A    I think there was at least one thorotrast
 8   study which did not remark on whether kidney cancer
 9   was elevated or not or did not find increased renal
10   kidney cancer, and I don't remember which of the
11   thorotrast studies that are out there that was but
12   I've read those.
13        Q    Are you familiar with what are sometimes
14   called the atomic bomb blast survivor study?
15        A    Yes.
16        Q    Did you review any of those for your work on
17   this case?
18        A    No, because the atomic bomb survivors were
19   mostly exposed to gamma radiation, and we're trying to
20   specifically look at this question of radionuclides so
21   I'm not sure that I found that relevant.  Certainly
22   radi -- Radiation Effects Research Foundation which is
23   the foundation that specifically created to examine
24   the cancer experience after the atomic bombs looked at
25   all that.  I believe that's included in part of the
```

EXAMINATION BY MR. BECK

1    **foundation's work and part of what was examined by**

2    **agencies like IARC to determine that ionizing**

3    **radiation in general causes kidney cancer.**

4         Q    Are you familiar with what are sometimes

5    described as the nuclear plant worker studies to

6    assess the effects of long term low dose exposure to

7    people and whether or not that exposure is related to

8    particular cancers?

9         **A    Yes.**

10        Q    Did you review any of those in your work on

11   this case?

12        **A    I thought -- I saw some of them, but, again,**

13   **these are industries where there's exposure to**

14   **multiple different radionuclides, so it's -- I think**

15   **it's hard to disentangle whatever might be happening**

16   **with, you know, other radionuclides or other forms of**

17   **radiation exposure so I didn't feel that those were as**

18   **involved.**

19        Q    So just to this -- this -- this may feel

20   repetitive, but I'm trying to set in the transcript a

21   reference that will make the next question work.  And

22   that is you relied on Dr. Clark's calculations, and

23   your understanding is that Dr. Clark relied on Marc

24   Czapla's description of how often he went to the

25   landfill or said he went to the landfill and how long

EXAMINATION BY MR. BECK

1   he says he stayed; is that all true?

2        **A    That's among the things that he relied upon,**

3   **yes.**

4        Q    Did you write anything in this report about

5   the phenomenon referred to as we recall bias?

6        **A    I did not.**

7        Q    Are you familiar generally with the

8   phenomenon of recall bias?

9        **A    Yes.**

10       Q    Have you written any scholarly writings that

11  address the phenomenon of recall bias?

12       **A    I mean, Counselor, I've published over 300**

13  **research reports.  I don't think I discussed recall**

14  **bias as a methodology, but I may have discussed recall**

15  **bias or the potential for recall bias in setting of a**

16  **particular epidemiology study.  I just don't remember.**

17       Q    You can't -- you can't steer me in the

18  direction of one other than saying read all 300, you

19  may find it?

20       **A    Right.  Not a question that I've considered,**

21  **and I can't think of anything right off the top of my**

22  **head.**

23       Q    Do you try to stay up on the literature as

24  it comes out when it's specific to the phenomenon of

25  recall bias?

EXAMINATION BY MR. BECK

1        **A     Well, I mean, I think, you know, there's**
2   **zillions of articles published every year in**
3   **epidemiology and epidemiologic methods, but I believe**
4   **I -- you know, I understand what recall bias is.  And**
5   **when we conduct research we try to understand the**
6   **potential for that and take that into account either**
7   **in design study or the interpretation of the results.**
8        Q    Have you read the study that was published
9   with regard to assessing the phenomenon of recall bias
10  in the specific context of brain cancer patients who
11  were asked about their cell phone usage and then their
12  answers were compared to the records of their actual
13  cell phone usage?
14       **A    I don't recall reading that study.**
15       Q    Do -- do you have any recollection of just
16  how much they overstated just from hearing about it?
17  Anything -- any recollection of how much they
18  overstated their cell phone usage as compared to the
19  actual records?
20       **A    No.**
21            MR. SOPER:  Lacks foundation.  Calls for
22  speculation.
23       Q    (By Mr. Beck) Dr. Hu?
24       **A    No, I don't.**
25       Q    Do you agree professionally that recall bias

EXAMINATION BY MR. BECK

1    is real or can be real?

2         A    Yes.

3         Q    And have you made any assessment in this

4    case up to now of whether recall bias is a significant

5    uncertainty that should be taken into account in

6    assessing Dr. Clark's calculations and their

7    importance?

8         A    I have not.

9         Q    Is one of the factors that you considered in

10   your report a factor of plausibility?

11        A    Yes.

12        Q    And as you used it, what did you mean with

13   reference to plausibility?

14        A    Plausibility refers to there being a

15   mechanism by which a punitive risk factor could

16   actually cause the effecting question.  So, for

17   instance, it has been shown that cigarette smoking

18   causes lung cancer.  Well, cigarette smokers typically

19   have yellow fingers and because they're smoking and

20   nicotine or whatever tar residue gets on their

21   fingers, and one of the examples we talk in class is,

22   well, can yellow fingers cause lung cancer and there

23   is an association?

24             You study people who have yellow fingers --

25   chronically have yellow fingers versus people who

EXAMINATION BY MR. BECK

1    don't have yellow fingers, they'll have an elevated

2    risk of cancer so there's a causal relationship, and

3    the answer is obviously is it's not -- it's not yellow

4    fingers.  It's the fact that it's a proxy for someone

5    being a smoker because there is no biological

6    mechanism by which typically having yellow fingers can

7    give you lung cancer.

8           So in this case, you know, trying to

9    understand the carcinogenic potential of thorium and

10   radium is understanding that these are the

11   radionuclides, there are alpha emitters, they can get

12   in the body.  The studies clearly shows that it can be

13   distributed through the body into the kidney, excreted

14   in the kidney.

15          They can -- they can actually translocate

16   and be deposited in the kidney, and those are all

17   scientific realties, if you will, that underpin a

18   mechanistic pathway by which, yes, it is plausible

19   that these radionuclides can cause kidney cancer.

20      Q    Thank you for your answer.  You didn't

21   conduct an assessment in this case of the plausibility

22   of Marc Czapla's story, correct?

23      A    No.  No.

24          MR. SOPER:  Object to form.

25      A    Not my role in this case.

EXAMINATION BY MR. BECK

1    Q    (By Mr. Beck) So with respect to the

2  discussion that you just had of the factor of

3  plausibility, let's go back to your report on page 8.

4         MR. BECK:  Melissa, when that's up, let me

5  know, please.

6         MS. LOVE:  We're there, Bill.

7         MR. BECK:  Thank you.

8    Q    (By Mr. Beck) Dr. Hu, can you look at the

9  paragraph in which you say, thus, the direct exposure

10  of kidney tissue to thorium associated and radium

11  associated carcinogenic alpha particles fulfills the

12  criterion of plausibility.  First, have I read that

13  accurately?

14   **A    Yes.**

15   Q    And you capitalize plausibility just to

16  signify that that's one of the criteria that you're

17  looking at?

18   **A    Correct.**

19   Q    And then immediately after that you say

20  second, although it is acknowledged that relatively

21  little data exists on the health effects of thorium in

22  either humans or animals based on inhalation, oral, or

23  dermal exposure, information can be drawn from the

24  prospective epidemiologic study conducted on subjects

25  who received intravenous thorotrast.  Have I read that

EXAMINATION BY MR. BECK

Page 103

1  accurately?

2       **A      Well, you said information.  The word I used**
3  **was actually inference.**

4       Q    Thank you.  Let me reread it.  Second,
5  although it is acknowledged that relatively little
6  data exits on health effects of thorium in either
7  humans or animals based on inhalation, oral, or dermal
8  exposure, inference can be drawn from the prospective
9  epidemiologic studies conducted on subjects who
10 received intravenous thorotrast.  Now did I get it
11 right?

12      **A      Yes.**

13      Q    Thank you.  And so just to define terms,
14 what is a prospective epidemiologic study?

15      **A      It's a study in which the subjects are**
16 **followed over time beginning when the -- when the**
17 **study period is initiated, and the -- the exposure is**
18 **documented and the health effects then occur later in**
19 **time which allows you to appreciate that there's a**
20 **sequence.  There's the exposure occurs at one time and**
21 **a health effect occurs later.**

22      Q    And so will -- will you give me a thorotrast
23 study refers to a high concentration of thorium that
24 is directly ingested into the human body?

25      **A      Yes, I would agree with that.**

EXAMINATION BY MR. BECK

1      Q      And in that same paragraph you describe a

2   study of Swedish patient -- patient and you say,

3   quote, in this regard in a study of 432 Swedish

4   patient -- patients exposed to radioactive thorotrast,

5   a significantly elevated risk of kidney cancer was

6   observed.  In this population, seven cases of kidney

7   cancer were observed yielding a standard incidence --

8   carries over the next page -- ratio of 3.4, 95 -- in

9   parentheses you say 95 percent confidence interval,

10   1.4 to 7.0.  So I want to talk about that study.

11   First, did I read that accurately?

12      **A      Yes.**

13      Q      And in that study, was there any information

14   about the thorium concentration of the thorotrast to

15   which the 432 Swedes had been exposed of whom seven

16   contracted kidney cancer in their lifetimes?

17      **A      I'm sure there was some information about**

18   **the -- about the dosing, but I don't recall what it**

19   **was.**

20      Q      And then the reference to a standard

21   incidence ratio, is that just the number of cases

22   divided by the number of study patients?

23      **A      That's correct.  And standardized to the age**

24   **distribution of both the patients and the reverent**

25   **population.**

EXAMINATION BY MR. BECK

1      Q    And with those seven -- okay.  So in the

2  parenthetical, you refer to a 95 percent confidence

3  interval of 1.4 to 7.0.  Is that percent -- is the 1.4

4  a percent 7.0 percent --

5      **A    No.  It's just -- it's a ratio.  It's the --**

6  **it's the -- basically as what's been referred to as**

7  **the incidence ratio, standardized incidence ratio.  So**

8  **the point estimate is 3.4, and the 95 percent**

9  **confidence interval which is defined as the interval**

10  **in which the true so-called incidence ratio likely**

11  **occurs with 95 percent probability is between 1.4 and**

12  **7.0.**

13      Q    Let me try --

14      **A    The central estimate.**

15      Q    The 3.4 is the percentage of the patients

16  who had kidney cancer; is that right?

17      **A    No.  No.  No.  It's the ratio of the number**

18  **of people who developed the cancer versus the number**

19  **that would have been expected if the kidney cancer**

20  **rates that occur in the general population were**

21  **applied to these however many 432 Swedish patients.**

22      Q    So that the expected percentage was

23  3.4 percent; is that right?

24      **A    No.  The expected ratio --**

25      Q    I'll withdraw the question.

EXAMINATION BY MR. BECK

```
 1      A    -- be 1 --

 2      Q    I'll withdraw the question.

 3      A    -- 1.0, in other words, the ratio of the

 4   observed --

 5      Q    I'll withdraw the question in response to

 6   your chuckling.

 7           So is the 3.4 the expected numbers -- number

 8   of kidney cancers in the 432 patients --

 9      A    No.  No.

10      Q    -- without thorotrast?

11      A    No.  The expected number is probably

12   somewhere around 2.  I didn't list it right here.  The

13   3.4 is simply the ratio of observed cases over the

14   number of expected cases.

15      Q    Right.

16      A    So it's a -- it's not a percentage.

17      Q    Understood.  So you're saying the standard

18   incidence ratio is the ratio between 7 and the

19   background kidney cancer risk?

20      A    Well, the 95 percent confidence interval --

21      Q    Right, I'm not --

22      A    -- true standardized incidence ratio is

23   somewhere between 1.4 and 7.0.

24      Q    Right.  But when you wrote the word -- when

25   you wrote the word standard incidence ratio of 3.4,
```

EXAMINATION BY MR. BECK

1  that 3.4 is 7 divided by the expected number of cases

2  based on background kidney cancers, true?

3       **A    Based on background kid -- kidney cancer**

4  **rates applied to the 432 Swedish patients and**

5  **standardized for age.**

6       Q    Thank you.  Now, there's a second study

7  described right after that in the same paragraph

8  referring to radium and 899 patients who were treated

9  with radium for ankylosing spondylitis; is that

10  correct?

11      **A    Yes.**

12      Q    Among other conditions?

13      **A    Yes.**

14      Q    So my question's going to be how important

15  was radium in Dr. Clark's calculations if you can tell

16  me without going to read it?

17      **A    I'm not sure.  You know, I think he was**

18  **looking at the sum of radionuclides, but I can't**

19  **remember how radium might have played into or what --**

20  **what proportion radium might have played into his**

21  **calculations.**

22      Q    And when you say that the 899 patients in

23  that second study were treated with radium, what does

24  that mean?

25      **A    I believe they were injected with radium as**

EXAMINATION BY MR. BECK

1    part of the treatment protocol for these conditions.

2        Q    And how did that radium isotope compare to

3    the radium isotope Dr. Clark estimated, primary one?

4        A    I don't recall.  I'd have to take a look at

5    the paper and Dr. Clark's paper and try to -- to try

6    to answer that question accurately.

7        Q    And how did -- how does the radioactivity,

8    an amount of the radium that was injected in those 899

9    patients, compare to the radioactivity as the radium

10   that Dr. Clark assessed as having been inhaled for or

11   ingested if you remember?

12       A    I'm sure it's higher, but I couldn't

13   quantify how much higher.

14       Q    Don't you need to know that comparison in

15   order to determine whether that study supports

16   strength of association and specificity or not?

17       A    Well, again, this is a general causation

18   question.  Does this exposure cause cancer or not or

19   this particular type of cancer?  The toxicology animal

20   studies, for instance, are done all the time using

21   doses much higher than are countered in humans just to

22   see whether a substance can cause the effect of

23   interest.  Then the rest of it relates to, you know,

24   the specific cases and other considerations, but as a

25   general causation matter, I think these are perfectly

EXAMINATION BY MR. BECK

1    usable studies for this -- for this question

2    particularly since as we discussed earlier, there is

3    no threshold below which radiation is not known to be

4    a carcinogenic risk.

5        Q    You're saying according to the studies that

6    you cite, there is an assumption that there is no

7    threshold below which exposure to radiation is a

8    cancer risk, correct?

9        A    I don't think the studies themselves make

10   any assumption.  They simply report the epidemiologic

11   data as they see it.  I think in interpreting those

12   studies and their relevance, I think it's important to

13   appreciate that radiation associated cancers are not

14   known to have a threshold below which there's no risk.

15   So, you know, thorium injected or radium injected

16   doesn't cause any type of cancer in the world.

17   They -- causes some cancers and to understand what

18   those cancers are that are significantly associated

19   with these exposures helps advance our state of

20   knowledge of general causation.  Can these

21   radionuclides cause cancer X, Y, or Z?

22       Q    And I think I understand what you're saying

23   about general causation, but let me put it another

24   way.  Are you aware of any study that says that

25   exposure to thorium or radium or both in the activity

EXAMINATION BY MR. BECK

1     levels projected or estimated by Dr. Clark did cause

2     kidney cancer in a person?

3              MR. SOPER:  Form and foundation.

4         **A     May I answer?**

5         Q     (By Mr. Beck) Yes, please.  You can answer

6     them all.

7         **A     Yeah, sure.  I mean, no studies exist simply**

8     **because there is no exposure scenario like that that**

9     **could be practically studied.  You know, a cohort of**

10    **people with really low exposures, then you have to**

11    **follow tens of thousands in order to have a**

12    **statistical power to even see such a, you know,**

13    **necessary, you know, increase in an epidemiologic**

14    **study.  So it's, you know -- no, those studies don't**

15    **exist.**

16        Q     I hear you but didn't the two studies that

17    you cite in this paragraph, the thorotrast ingestion

18    study and the radium injection study, both lack

19    statistical power because the sample sizes were so

20    low?

21        **A     Well, they somewhat do which is why it was**

22    **quite impressive that they saw these kinds of**

23    **increases in cancer even though the expected numbers**

24    **of cancer were relatively low.**

25        Q     And let me ask you this.  Can you identify

EXAMINATION BY MR. BECK

1    any studies which on an epidemiologic basis find a

2    statistically significant increase in kidney cancer

3    occurrence at the levels of radiation -- I'm sorry of

4    thorium and radium exposure calculated by Dr. Clark or

5    lower?

6            MR. SOPER:  Form and foundation.  You can

7    answer.

8        A    Yeah, I'm not aware of any studies that even

9    examine that particular question.

10       Q    (By Mr. Beck) Thank you.  So is this there --

11   since you're just on general causation and it's part of

12   your report, all you're trying to find out is is there

13   some epidemiology out there that says to me, you,

14   Dr. Hu, that exposure to some level of thorium and some

15   level of radium can specifically contribute to an

16   increased incidence of kidney cancer.  Is that all

17   you're able to state?

18       A    It's more or less correct.

19       Q    Now, let's turn to the section of your

20   report on page 9 in which you discuss specific

21   causation for renal cell carcinoma in Dr. Czapla.  Do

22   you see that section?

23       A    Yes.

24       Q    I'm interested in the second sentence after

25   you set up the question and that is there is nothing

EXAMINATION BY MR. BECK

1    specific about cancer, its clinical presentation or

2    its pathology, when it develops in an individual that

3    definitely proves its cause.  Have I read that

4    accurately?

5        **A    I think I said the word definitively which**

6    **is slightly different.**

7        Q    Thank you.  Let me restate it.  Do you say

8    in your report here on page 9, there is nothing

9    specific about cancer, e.g., its clinical presentation

10   or its pathology when it develops in an individual,

11   that definitely prove -- I'm sorry, I got that wrong

12   again -- that definitively proves its cause.  With

13   that correction, am I right?

14       **A    That's what I wrote.  That's what I wrote.**

15       Q    And that's -- correct?

16       **A    I'm sorry?**

17       Q    That's what you believe?

18       **A    Well, I guess, you know, now that we're**

19   **talking about it, the -- the possible exception is**

20   **mesothelioma which is an aggressive form of cancer of**

21   **the lining of the lungs for which almost all cases**

22   **that have been reported have been related to asbestos**

23   **exposure.**

24       Q    All right.

25       **A    There's a little bit of concern about some**

EXAMINATION BY MR. BECK

1    **other, you know, pleural irritating exposures, but I**

2    **would say mesothelioma is the one possible exception**

3    **to that statement.**

4        Q    Okay.  So except for mesothelioma, there's

5    nothing about cancer when it develops in an individual

6    that definitively proves it caused neither clinical

7    presentation or pathology, correct?

8        **A    Correct.  Well, now that I think about it --**

9    **I'm sorry -- uh oh -- hold on.  Okay.  So, yes, there**

10   **are some forms of cancer in which there are cytogenic**

11   **tests which can identify what can be thought of as a**

12   **genetic cause of cancer so I guess I should**

13   **acknowledge that.**

14       Q    So let's get back to this case.  There's

15   nothing specific about Marc Czapla's cancer, his

16   clinical presentation, or its pathology that de --

17   that definitely proves its cause, correct?

18       **A    Right.**

19       Q    And there are also no tests that have been

20   developed that can identify cause in that way,

21   correct?

22       **A    Correct.**

23       Q    Is it fair to say that there are some

24   questions of cancer where to a person of faith, the

25   only person who can answer the question why did this

EXAMINATION BY MR. BECK

```
 1    happen is the person to whom one prays?

 2              MR. SOPER:  Object to form.

 3       A    Is the person one -- what?

 4       Q    (By Mr. Beck) I'm sorry, you didn't -- if you

 5    didn't --

 6       A    Would you repeat the question?

 7              MR. SOPER:  I don't think he heard you.

 8              MR. BECK:  Yeah, let me try again, Jonathan.

 9       A    Okay.

10       Q    (By Mr. Beck) Thank you.  Dr. Hu, are there

11    some cancers where no human can explain why they have

12    it?

13       A    Sure.

14       Q    And where medicine, and toxicology, and

15    epidemiology, and medical tests, and oncologists, and

16    all of those folks just can't answer the question why

17    this cancer happened that -- that can be true, right?

18       A    Yes.

19       Q    Now, I'd like to go to the next paragraph

20    and I'm particularly interested in this.  You say

21    methods have been developed aimed at quantitatively

22    estimating the contribution to the causation of an

23    individual's disease by an individual's exposure to an

24    associated risk factors -- I'm sorry, risk factor

25    single word -- they involve estimating probabilities
```

EXAMINATION BY MR. BECK

1    of causation and calculating measures such as the

2    attributable fraction of risk associated with being a

3    member of the exposed population.  Could you explain,

4    please, what that means as far as I read?

5        A    Well, I just want to signal that I'm aware

6    that there are processes for trying to determine

7    so-called probability of causation.  They typically

8    relate to federal efforts to understand the

9    compensability of cancer on occasionally other

10   outcomes in folks who are exposed to various things,

11   and, you know, I wanted to acknowledge that those are

12   out there, but, in fact, I don't think they're

13   applicable to this case.

14       Q    I hear you.  So, for example, if workers by

15   reason of their work on behalf of the government were

16   exposed to a specific radioactive exposures, there are

17   some worker compensation programs that have a

18   structure set up for estimating the likelihood that

19   the exposure at work cause their cancer?

20       A    Yes, something akin to that is what these

21   programs try to do.

22       Q    And how does that work?  How does that

23   assessment of the likelihood of causation or the

24   probability of causation occur in those compensation

25   schemes?

EXAMINATION BY MR. BECK

1       A    Well, it's typically some sort of

2   calculation that's amounted that compares to

3   probability of developing the outcome any way in

4   relation to the probability of developing the outcome

5   plus the exposure related probability as well.  Those

6   are some of the typical ways of getting at it.  As far

7   as I know, there's also quite a bit of literature in

8   the legal and regulatory peer-reviewed scientific

9   literature that, you know, takes these schemes and

10  they're targeted towards federal employees to task and

11  shows that, in fact, that's a gross over

12  simplification of how to actually get at this issue

13  of -- of, you know, attributable risk probability of

14  causation.  Regardless, you know, in my opinion, is

15  just not an occasion which these are applicable.

16      Q    So have there been occasions when you as an

17  evaluator have used this concept of attributable risk

18  to compare the increment of risk from an exposure to

19  the risk a person already had without the exposure?

20      A    Yeah.  No, I have not served as a -- either

21  an occupational physician or any of the expert review

22  panels that have attempted to -- to apply these kinds

23  of probability causation instruments in these

24  situations.

25      Q    Are you saying you've never done that kind

EXAMINATION BY MR. BECK

Page 117

```
 1    of analysis in any case?  I'm not referring to just
 2    compensation cases for federal employees.  I'm saying
 3    have you never done a comparison of estimated risk due
 4    to an exposure as compared to the background risk an
 5    unexposed person would have had any way?
 6         A    I may have done that in some of the asbestos
 7    litigation cases.  I don't -- I don't actually know.
 8         Q    And was that when you were acting in the
 9    capacity of an expert witness?
10         A    I think it might have been capacity of
11    writing reports.  I don't recall being deposed on that
12    particular issue ever.
13         Q    I hear you but you were acting in the
14    capacity of an expert evaluator?
15         A    Yes.
16         Q    And in expressing the opinions that you
17    expressed in federal court, you express all of them to
18    a reasonable medical and scientific certainty,
19    correct?
20         A    Yes.
21         Q    And so at the risk of being accused of
22    oversimplification, isn't it true that the increment
23    of risk that Dr. Clark calculates for Marc Czapla from
24    his alleged exposure to the Westlake Landfill is less
25    than 1 percent of an average person's lifetime risk of
```

EXAMINATION BY MR. BECK

 1   kidney cancer?

 2           MR. SOPER:  Object to form.  Foundation.

 3      **A    Yes.  That is true, but it's -- again, it's**

 4   **based on using data that are based on average people.**

 5   **It doesn't actually take into account this person's**

 6   **age of onset, and as Dr. Clark says himself actually**

 7   **in the testimony he gave in deposition he believes the**

 8   **true exposure to be substantially higher.**

 9      Q    (By Mr. Beck) And you're talking about what

10   he claimed in deposition --

11      **A    Yes.**

12      Q    -- not in his report?

13           And you don't know what conversations

14   Dr. Clark may have had with producing counsel off the

15   record during that deposition?

16           MR. SOPER:  Object to form.  Foundation.

17   That's an improper question.

18      Q    (By Mr. Beck) If any?

19      **A    No.**

20      Q    If he had any, you don't know it?

21      **A    I don't know.**

22           MR. SOPER:  Same objection.

23      Q    (By Mr. Beck) And, Dr. Hu, just to help us

24   make that comparison, though, in the terms that you

25   think are more appropriate, you didn't conduct an

EXAMINATION BY MR. BECK

1   analysis of the risk of contracting kidney cancer by

2   age 47 in a person to compare to the risk calculated by

3   Dr. Clark with respect to Marc Czapla, correct?

4   Correct, you did not?

5        A    No.

6        Q    All right.  Let me get out of your report

7   and back into my notes so I can ask my next question.

8   Give me a second, please.

9             MR. SOPER:  Bill, just so we're on the same

10  page, we're coming up to our break for the day.

11            MR. BECK:  That's fine.  We're breaking for

12  your convenience and I'm happy to do it.  I just --

13  we'll -- we'll all get a count from the videographer

14  or reporter after the deposition how much of our time

15  we used on the record.

16            MR. SOPER:  Okay.  That's fine.  Just --

17  just want you to be aware that 1:00 Pacific time we'll

18  be -- we'll be breaking.

19       A    Yeah.  I thank you for that.

20       Q    (By Mr. Beck) And in order to do that, let

21  me -- actually ask my next question.  I'm still on the

22  bottom of page 9 and then carrying over to the top of

23  page 10 of when your report Dr. Hu.  You state,

24  however, as with most cases of cancer induced by

25  federal regula -- making precise such estimates is not

EXAMINATION BY MR. BECK

1    possible, and then you express certain uncertainty.

2    Have I read that accurately?

3         **A    Yes.**

4              MR. SOPER:  Object to form.

5         Q    (By Mr. Beck) And on the top of page 10, one

6    of the uncertainties that you identified is limited

7    knowledge of the shape of the dose response curve

8    relating exposures to thorium and radium and renal cell

9    carcinoma; is that true?

10        **A    Correct.**

11        Q    And that's -- that's an important

12   uncertainty in this case, isn't it?

13        **A    It is an uncertainty.**

14        Q    And when you refer to the shape of the dose

15   response curve, you make the assumption in your report

16   that exposure to thorium and radium causes a linear

17   increase in kidney cancer risk with no threshold below

18   which there's no added risk, right?

19        **A    That is an assumption based on the same**

20   **assumption being made authoritative bodies like as we**

21   **said before the bile -- the BIER committee --**

22        Q    I hear you.

23        **A    -- the International Agency for Research on**

24   **Cancer, et cetera.**

25        Q    Thank you.  But going to on what you said on

EXAMINATION BY MR. BECK

1    page 10, you acknowledge that we don't know the actual

2    shape of the dose response curve relating exposures to

3    thorium and radium with renal cell carcinoma.  That's

4    one of the uncertainties in this case, correct?

5        **A    Correct.  I mean, shape could be linear, but**

6    **you don't know what the slope is.  I mean, that's**

7    **another, you know, aspect of it.  It's unclear.**

8        Q    You don't know the slope and you don't know

9    whether or not there's really a threshold because

10   nobody's got a study that answers that question so

11   far, correct?

12           MR. SOPER:  Object to the form.  Misstates

13   testimony.

14       **A    Well, as I said before, there's basically**

15   **the scientific experts believe there is no threshold**

16   **that -- that -- well, you know, the slope calculations**

17   **still in question.**

18       Q    (By Mr. Beck) Are you saying scientific

19   experts believe there's no threshold or assume there's

20   no threshold?

21       **A    It's a little bit of both.  I mean, the**

22   **epidemiology that tries to assess whether there's a**

23   **threshold, and as far as I know is not been able to**

24   **find one, and that's, you know, part of it because**

25   **it's a limitation of epidemiology.  You need a**

EXAMINATION BY MR. BECK

```
 1    fantastically large sample size in order to explore,

 2    you know, whether there's a threshold below a certain

 3    amount of radiation.  So it's -- it's just not

 4    possible to do wherever.  They look for one, they

 5    haven't found it.

 6        Q    And that's why the threshold question

 7    remains uncertain today, right?

 8             MR. SOPER:  Misstates testimony.

 9        Q    (By Mr. Beck) Isn't that true, sir?

10        A    I guess you could say some uncertainty about

11    it.

12        Q    And then I want to go to the last part of

13    that sentence, one of the uncertainties you describe

14    is -- I'm going to quote -- the -- the precise

15    quantitative amounts of Dr. Czapla's exposure to

16    thorium, radium, and other radionuclides.  Have I read

17    that accurately?

18        A    Yes.

19        Q    And that's an uncertainty?

20        A    Yes.  I mean, you know --

21        Q    And -- and that's uncertain because it

22    depends on two things.  One, it depends on Marc

23    Czapla's description of the frequency and duration of

24    his exposure being accurate, and second it depends on

25    the estimate by Dr. Clark actually described --
```

EXAMINATION BY MR. BECK

1  describing reality as opposed to assumption; is that

2  fair?

3          MR. SOPER:  Object to form.

4      **A     That's fair enough.**

5          MR. BECK:  If it's okay with you and

6  Jonathan, I'll go ahead and break at this point just

7  because it's a good stopping point, and we're close

8  enough to 1:00 o'clock Pacific to be almost there, and

9  we'll just pick up tomorrow morning at 9:00.

10          MR. SOPER:  Bill, he does have a hard cutoff

11  at 2:45 Pacific time tomorrow.

12          MR. BECK:  I hear you.

13          MR. SOPER:  I don't want to produce him for

14  a third day.  So you tell me if you think 9:00 to 2:45

15  is going to give us enough time.  If not, you might

16  want to start a little bit earlier.  I think it will

17  but --

18          MR. BECK:  How about starting at 8:00

19  Pacific instead of 9:00 Pacific.  Is that okay with

20  you, Dr. Hu?

21          THE WITNESS:  Hold on.  Let me check my

22  schedule.

23          MR. BECK:  Thank you.

24          VIDEOGRAPHER:  Do we want this on the

25  record, or do we want to go off to record?

EXAMINATION BY MR. BECK

```
 1              MR. BECK:  No, let's leave it on the record
 2    for now.
 3              VIDEOGRAPHER:  Okay.
 4              MR. SOPER:  I mean, Bill, even if we start
 5    at -- at 9:00 that's, what, five hours and 45 minutes?
 6    How much time have we done today on the record?
 7              MR. BECK:  I don't think we have that
 8    calculation yet, but let's give ourselves some comfort
 9    zone.  I don't want to come back a third day.
10              VIDEOGRAPHER:  This is the videographer.
11    We -- we're getting close to three hours and 20
12    minutes of -- of on-the-record time.
13              MR. SOPER:  I think that's plenty of time if
14    we start at 9:00 tomorrow.  I mean, that's -- That's
15    five hours and 45 minutes so that's over nine hours, I
16    think, total if we go all day with no breaks so --
17              MR. BECK:  Yeah.  I was just trying to give
18    a little extra room in case you had any questions,
19    Jonathan.
20              THE WITNESS:  You know, I can start at 8:00.
21              MR. BECK:  Thank you.  Let's start at 8:00,
22    and then hopefully we'll finish much earlier than we
23    planned to.  Okay with you, Brian?
24              MR. WATSON:  That works.
25              MR. BECK:  All right.  We can go off the
```

EXAMINATION BY MR. BECK

1    record.  Thank you very much.  Talk to you all in the

2    morning.

3              VIDEOGRAPHER:  Going off the record at

4    2:55 p.m.

5                   (Whereupon signature was reserved, and

6                   the deponent was excused.)

7                   (The exhibits were retained by the

8                   court reporter.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1          COMES NOW THE WITNESS, DR. HOWARD HU, and
having read the foregoing transcript of the deposition
2  taken on the 31st day of AUGUST, 2020, acknowledges by
signature hereto that it is a true and accurate
3  transcript of the testimony given on the date
hereinabove mentioned.

4

5          _____
[DR. HOWARD HU]

6

7          Subscribed to before me this _____ day
of _____, 2020.

8

9

10         _____
[Notary Public]

11

12

13  My commission expires:  _____.

14

15

16

17  (DR. HOWARD HU VIDEO CONFERENCE AND TELEPHONIC
VIDEOTAPED DEPOSITION)

18  MARC CZAPLA AND JILL CZAPLA vs. REPUBLIC SERVICES,
INC., ET AL.

19  Reporter:  Angela M. Taylor, RPR, MO-CCR, IL-CSR
Date Taken:  AUGUST 31, 2020.

20

21

22

23

24

25

1                    REPORTER CERTIFICATE

2

3

4

5           I, Angela M. Taylor, RPR, MO-CCR, IL-CSR, do
   hereby certify that there came before me at video
   conferencing and telephonically remotely,
6

7                    DR. HOWARD HU,

8   who was by me first duly sworn; that the witness was
   carefully examined, that said examination was reported
9   by myself, translated and proofread using
   computer-aided transcription, and the above transcript
10  of proceedings is a true and accurate transcript of my
   notes as taken at the time of the examination of this
11  witness.

12          I further certify that I am neither attorney
   nor counsel for nor related nor employed by any of the
13  parties to the action in which this examination is
   taken; further, that I am not a relative or employee
14  of any attorney or counsel employed by the parties
   hereto or financially interested in this action.
15
            Dated this 8th day of SEPTEMBER, 2020.
16

17

18       _____

    ANGELA M. TAYLOR, RPR, MO-CCR, IL-CSR
19

20

21

22

23

24

25

**A**

a.m 5:15
A1C's 67:19
able 8:8 20:25
42:7 59:12 66:4
82:14 95:9
111:17 121:23
absolutely 69:5
absorb 52:19
absorbed 51:4
88:2 93:8 94:15
94:16 95:9
absorption 52:9
53:22
abundant 28:24
ac 82:20
accepted 57:25
accepts 73:14
accommodating
53:21
account 53:12
99:6 100:5 118:5
accounted 54:8
accounts 53:23
accurate 10:12
11:18 12:25
25:25 41:5 64:7
122:24 126:2
127:10
accurately 9:5
19:17 36:5 37:21
45:4 49:10 71:12
81:13 87:21
91:10 102:13
103:1 104:11
108:6 112:4
120:2 122:17
accused 117:21
acknowledge
113:13 115:11
121:1
acknowledged
102:20 103:5
acknowledges
126:2
acres 78:11
acronym 22:12
48:2
acting 117:8,13
action 127:13,14
active 51:13
activities 44:20
activity 41:19
71:14 72:7,8
109:25
actual 99:12,19
121:1
add 81:22 82:1

added 120:18
addition 19:13
31:12 93:17
address 56:6 63:2
93:15 98:11
addressed 77:8
77:11,13
addressing 8:18
administered 6:10
Adobe 8:8
adopted 54:19
72:13
adoption 41:10
42:15
advance 63:6
109:19
adverse 9:4
advisement 68:24
affidavit 42:13
afternoon 3:20
age 6:8 37:15,15
59:1,4 60:11,11
60:19,21 61:2,5
61:6,8,9,11
104:23 107:5
118:6 119:2
agencies 97:2
Agency 44:21
47:12,16 73:6,13
91:6,18 120:23
ages 42:2 60:10
aggressive
112:20
ago 6:18
agree 64:4 68:5
99:25 103:25
AGREED 5:1
agreement 5:8
ahead 86:5 123:6
aimed 114:21
air 34:11 50:9,14
50:15,21 70:6
airborne 85:8
akin 115:20
al 1:7 3:7 5:17
126:18
alcohol 26:7,7,15
alive 34:14,15
alleged 13:23
117:24
allegedly 88:16
allow 92:10
allows 60:25
103:19
alpha 71:4,6 88:8
88:9,12,14 90:23
91:2,5 101:11
102:11

alveoli 52:8
ambient 85:5,6,8
Ambulatory 2:6
10:17 11:2
amend 18:18
American 25:3
32:22 60:5
Americans 67:25
amount 32:20
34:24 85:12
108:8 122:3
amounted 116:2
amounts 22:2
122:15
analysis 35:8 66:5
66:14 81:5 117:1
119:1
Anderson 2:8
11:19
Angela 1:23 3:20
5:4,21 126:19
127:4,18
animal 108:19
animals 102:22
103:7
ankylosing 107:9
annual 55:1
answer 69:20 70:2
71:12 72:4,10
74:9 81:24 87:10
101:3,20 108:6
110:4,5 111:7
113:25 114:16
answered 69:6
74:14 79:7
answers 20:17
37:23 38:3,8
99:12 121:10
anti-inflammato...
22:5
anti-inflammato...
22:2,13
anybody 64:16
anyway 74:8
apart 17:24
apologies 87:13
apologize 34:6
90:15
apologizing 6:23
appear 10:25
11:12,22 12:5,13
13:6 20:24
appearance 5:24
APPEARANCES
4:1
appears 10:23
17:10
apples 61:12,12

applicable 115:13
116:15
applications
25:10,18
applied 105:21
107:4
applies 48:2
apply 116:22
appreciate 6:19
103:19 109:13
appreciation 29:5
appropriate 19:16
118:25
approximately
35:13,15,16 90:2
April 17:12
apron 33:11
area 45:20 79:2,22
85:16
areas 78:15,22
79:4,14,17
articles 99:2
articulated 88:5
asbestos 112:22
117:6
ascertain 68:17
aside 23:16 24:4,4
asked 7:17 9:11
22:8 31:24 74:14
79:7 99:11
asking 59:15 69:1
69:4 77:24 81:19
82:9 89:15
asks 82:10
aspect 32:23
121:7
assess 97:6
121:22
assessed 108:10
assessing 44:22
69:16 75:21 99:9
100:6
assessment 2:12
17:11 18:10
40:25 47:5 48:3
70:4,7 73:16,24
73:25 74:20,23
77:21 100:3
101:21 115:23
assessments
73:19 74:11
associated 23:21
24:1,7 27:8 29:5
29:16 32:21
73:25 74:17,18
88:12 92:4
102:10,11
109:13,18

114:24 115:2
Associates 2:13
17:11 35:10
40:10 41:1 44:23
77:22
associating 28:20
91:22
association 9:2
30:3,10,15 32:22
100:23 108:16
assume 11:17
32:9 48:5 54:8
121:19
assumed 14:4
assumption 48:6
72:16,18 73:14
74:1 76:20 77:3
109:6,10 120:15
120:19,20 123:1
assumptions 54:6
54:16,23 74:16
74:20
Athletic 42:4
Athletics 41:22
atomic 96:14,18
96:24
ATSDR 44:22 45:6
45:14,25 46:15
attach 27:18
attached 2:15
attachment 70:6
attain 21:1
attempted 116:22
Attended 3:23 4:2
4:4
attorney 127:12
127:14
attributable 115:2
116:13,17
August 1:20 3:19
5:15 17:14 35:8
126:2,19
authoritative
120:20
authority 73:7
automatically
51:14
available 27:22
46:21,24 56:18
92:13
Avenue 35:16,24
39:11
average 47:23,24
60:5,19 61:4,5
61:10,14 72:6,7
86:16,20 93:1
117:25 118:4
aware 34:21 39:7

52:24 66:9 78:25
109:24 111:8
115:5 119:17
**awareness** 53:9

**B**

**B** 81:12 87:20,23
88:3,4
**back** 10:7 11:8
14:10,11 15:4
16:8 17:4 19:7
22:18 25:5 26:16
31:4 39:3 40:5
42:25 44:3 49:20
52:17 53:17
61:21 65:1,4
66:13,19 67:15
68:16 70:9,12,16
71:1 82:9 83:3,5
83:10 85:18 89:7
90:18,19,19
102:3 113:14
119:7 124:9
**background**
24:12 58:16
59:19 60:6 81:10
81:15,16 82:21
82:24,24 83:4,8
83:11,11,14,17
84:3,5,8,16,18
84:25 85:4,15,20
86:7,9,12,13,19
87:2,19 93:16
106:19 107:2,3
117:4
**barium** 35:14,17
92:21
**barrier** 95:12
**barriers** 95:11
**based** 29:9 30:18
35:12 37:11 40:7
40:9,11,20,23
48:8 49:4,5,16
49:25 54:3 56:17
59:20 61:23
63:15,18 65:21
69:23 74:15 91:9
102:22 103:7
107:2,3 118:4,4
120:19
**baseline** 70:4,6
**basic** 49:24 72:16
76:20 87:25
**basically** 21:14
26:14 47:11
105:6 121:14
**basing** 69:8
**basis** 41:4 111:1

**Baylor** 2:5,6 10:16
11:1,10
**bearing** 96:1
**Beck** 2:2 3:23 6:2
6:2,16,17 8:4,6
8:23 10:3,6 11:7
11:17 12:2,10,23
13:12 14:11,14
15:7,11,14,15,20
15:25 16:1,7,8
16:10,15,19,20
17:3,4,8,9,15,17
17:22 18:21,24
18:25 19:6,7,11
19:12 20:1,5
22:12 25:14 26:5
26:12 31:6,10,11
32:25 37:10
41:13 42:12 43:6
44:5,8,9 46:13
46:23 55:10,12
55:23 59:11,12
60:24 63:1,12,15
64:21 65:3,7,10
68:6,21 69:4,10
69:21 70:3,14
74:18 76:9 79:9
79:13 81:21,24
82:3,7,16,18,19
83:5 85:4,25
86:5 87:4 89:3,9
91:16 94:11
99:23 102:1,4,7
102:8 110:5
111:10 114:4,8
114:10 118:9,18
118:23 119:11
119:20 120:5
121:18 122:9
123:5,12,18,23
124:1,7,17,21,25
**began** 36:19
**beginning** 103:16
**begins** 43:14
75:13
**behalf** 1:20 3:19
6:3 53:3 115:15
**behavior** 50:19
**beings** 92:15
**belief** 30:18
**believe** 7:6 8:10
13:15 16:6,16
17:2 30:22 33:14
48:10 51:25
53:24 57:2 61:9
65:24 67:12
73:13 74:1 78:18
86:13 87:1 96:25

99:3 107:25
112:17 121:15
121:19
**believes** 118:7
**benefit** 68:7
**best** 7:2 39:13
46:21 47:4 74:9
77:18 92:12
**beta** 91:5
**better** 13:18 29:25
77:18 92:12
**beyond** 48:11,16
**bias** 98:5,8,11,14
98:15,15,25 99:4
99:9,25 100:4
**BIER** 120:21
**bile** 94:22 120:21
**Bill** 6:2,17 15:10
15:24 17:7,14
18:23 19:10 20:4
31:9 44:7 55:9
55:21 62:24
64:15 65:5 85:24
88:24 102:6
119:9 123:10
124:4
**biological** 49:25
72:23 75:3 101:5
**biopsy** 21:3,7,9
**bit** 6:25 57:5 87:18
94:25 112:25
116:7 121:21
123:16
**blast** 96:14
**blood** 51:7 52:9
67:8
**blood-brain** 95:12
**bodies** 32:19
120:20
**body** 29:9 33:9,12
52:10 55:12,17
88:2,17,19 90:23
91:2 92:13 94:3
94:6,12,18,20
95:10,14 101:12
101:13 103:24
**bomb** 96:14,18
**bombs** 96:24
**bottom** 31:7 35:1
63:13 119:22
**Boulevard** 3:23
**boys** 37:18
**Bradford** 87:23
**brain** 95:13 99:10
**break** 44:2 64:25
65:4 88:25 89:6
89:9 119:10
123:6
**breaking** 119:11

119:18
**breaks** 124:16
**breathing** 50:16
**Brian** 4:4 6:3
124:23
**brick** 86:17
**Bridgeton** 1:10
3:10 37:13 41:22
42:4
**brief** 10:12
**briefly** 6:18
**bring** 94:18
**bringing** 39:23
**broad** 94:9
**brought** 39:10
**building** 79:23
**bulldozers** 37:20
40:22 79:2
**bullet** 11:9 14:13
15:6,12 16:9,10
16:13 17:5 19:9
**buried** 53:14

**C**

**C** 3:22
**calcification**
21:20
**calculate** 44:24
48:20 55:13,16
58:1,19,24 59:13
88:19
**calculated** 48:8
48:14 49:2 53:11
54:25 55:7 60:13
61:23 64:10
111:4 119:2
**calculates** 93:7
117:23
**calculating** 53:1,2
69:22 75:20
115:1
**calculation** 9:20
41:4,10 49:18,22
53:18 54:2,4
63:24,25 64:12
66:4,14 68:14
69:12,23 116:2
124:8
**calculations**
49:17 51:21 69:9
97:22 100:6
107:15,21
121:16
**call** 8:1 38:22 89:2
**called** 37:24 45:20
66:7 70:21 71:15
96:14
**Calls** 25:12 85:2

99:21
**cancer** 2:8,11 9:3
9:12,13 11:20
16:2 21:4,7 24:7
24:11,13,16 25:3
27:14,15 28:24
32:15 33:16 49:8
56:8,12,22,25
58:2,15,17,25
59:1,4,25 60:7
60:10,19,21 61:2
61:6,11,22 62:5
62:17,21,22 63:5
63:16,17 64:1
65:19,22 66:6,11
68:1 73:6,15
74:3 77:16 91:3
91:7,19,23 92:1
92:5 95:17 96:2
96:8,10,24 97:3
99:10 100:18,22
101:2,7,19 104:5
104:7,16 105:16
105:18,19
106:19 107:3
108:18,19 109:8
109:16,21 110:2
110:23,24 111:2
111:16 112:1,9
112:20 113:5,10
113:12,15,24
114:17 115:9,19
118:1 119:1,24
120:17,24
**cancers** 23:19
24:9 27:9 29:17
59:19 97:8 106:8
107:2 109:13,17
109:18 114:11
**Cancila** 4:5
**candidates** 84:22
**capable** 31:8
75:10
**capacity** 117:9,10
117:14
**capitalize** 102:15
**capitalized** 47:7
**carburetor** 26:20
**carcinogenic** 91:7
101:9 102:11
109:4
**carcinogens** 91:8
**carcinoma** 23:15
23:17 24:4 25:7
27:10 28:20
29:13,20 30:4,11
30:20 57:1,4,4,6
57:7,8,9,11,12

111:21 120:9
121:3
**care** 94:6
**carefully** 127:8
**carries** 10:4 104:8
**carrying** 14:12
15:5 119:22
**case** 1:5 3:5 5:16
5:17 13:24 14:5
17:23 18:7 24:5
47:4,20 58:25
74:24 83:21 90:9
91:21,21 93:12
95:20,24 96:17
97:11 100:4
101:8,21,25
113:14 115:13
117:1 120:12
121:4 124:18
**cases** 104:6,21
106:13,14 107:1
108:24 112:21
117:2,7 119:24
**catch** 34:7
**categorize** 63:18
**category** 62:7
89:21
**causal** 23:21
101:2
**causation** 46:5,17
93:14 108:17,25
109:20,23
111:11,21
114:22 115:1,7
115:23,24
116:14,23
**cause** 21:23 22:3
22:16,20,21 66:6
68:3 100:16,22
101:19 108:18
108:22 109:16
109:21 110:1
112:3,12 113:12
113:17,20
115:19
**caused** 113:6
**causes** 21:17
33:15 94:7 97:3
100:18 109:17
120:16
**causing** 75:10
91:3
**CCR** 1:24
**cell** 23:15,17 24:3
25:7 27:10 28:20
29:13,20 30:4,10
30:20 33:15,24
34:2,19 56:25

57:4,6,7,8,9,11
57:12 99:11,13
99:18 111:21
120:8 121:3
**cells** 21:5 51:15
**Center** 2:8 11:20
**central** 95:15
105:14
**certain** 78:2 82:20
85:12 120:1
122:2
**Certainly** 96:21
**certainty** 117:18
**CERTIFICATE**
127:1
**Certified** 5:5,6
**certify** 127:5,12
**cetera** 21:25
28:18 86:10,11
120:24
**challenge** 58:24
**chance** 59:3
**change** 85:25
**charge** 90:14,16
**charging** 90:9
**charts** 71:12
85:18
**check** 10:22 22:19
54:18 123:21
**checked** 80:16
**chemicals** 24:6
45:11
**Chicago** 4:5
**child** 50:15,19
**children** 32:12
**chronic** 22:20,22
29:24
**chronically**
100:25
**chuckling** 106:6
**cigarette** 100:17
100:18
**Circuit** 1:1 3:1
5:18
**circulated** 51:9
**circulating** 95:14
**circulation** 51:6,7
52:10
**circumstances**
45:11 47:3
**cite** 96:2 109:6
110:17
**cited** 19:16,19
**City** 3:24
**claim** 40:12 42:8
**claimed** 76:12
118:10
**claims** 39:21

42:21,22 61:23
77:5 79:18,22,24
**clarification** 22:8
**Clark** 2:12 9:21
17:11 18:6,10,17
35:9,12 36:8,16
40:10 41:1,3
44:13,23 45:15
47:4 49:22 53:2
53:11,18 54:16
54:25 55:7,13,16
56:16 57:14,25
58:1 61:23 64:7
69:15,21 70:3
77:21 81:5 82:9
83:6,20 84:6,16
84:23 88:1 93:7
93:11 97:23
108:3,10 110:1
111:4 117:23
118:6,14 119:3
122:25
**Clark's** 37:5 41:7
41:18 42:15
48:11 49:17 50:5
51:21 54:1 55:25
63:23,25 68:14
69:2,5,12 70:1
77:9 81:19,20
83:2 97:22 100:6
107:15 108:5
**class** 100:21
**classification**
62:9
**clear** 57:6,8,11
**clearance** 52:15
**cleared** 54:9
**clearly** 60:20
101:12
**Clinic** 2:6,9,10
11:10 12:3,5,11
12:15
**clinical** 112:1,9
113:6,16
**close** 69:17 123:7
124:11
**closed** 45:3 76:17
77:1,7 78:15,24
79:3,14 91:8
**closer** 42:4
**co-commission...**
73:2
**coffee** 43:23
**cohort** 28:25
110:9
**Coldwater** 45:20
45:22,25 46:15
**collected** 80:4,9

**collecting** 95:4
**College** 2:5 10:17
11:1,2
**colloidal** 92:17
**colloquialism**
93:21
**combined** 93:9
**come** 10:7 24:13
24:18 29:8,14
36:7 43:1 45:8
47:17 124:9
**comes** 52:2 98:24
126:1
**comfort** 65:4
124:8
**coming** 119:10
**commission** 73:5
126:13
**commissioned**
73:1
**committed** 49:2,7
49:19,21,23 55:1
56:10 57:18
**committee** 72:24
120:21
**common** 32:11
**commonly** 25:24
26:3
**communicate**
45:9
**communicating**
76:18
**communication**
62:9
**communities** 45:9
**community** 44:22
45:7,12
**comparable** 28:4
**comparative** 28:4
**compare** 30:25
93:6 108:2,9
116:18 119:2
**compared** 99:12
99:18 117:4
**compares** 116:2
**comparing** 61:12
74:12
**comparison** 58:20
71:21 93:10
108:14 117:3
118:24
**compensability**
115:9
**compensation**
115:17,24 117:2
**completely** 8:3
**complex** 24:1
41:23 42:4

**comports** 76:8
**compounds**
26:15
**compressor**
34:12
**computer-aided**
127:9
**concentrates** 95:2
**concentration**
45:3 47:8 49:6
72:6 103:23
104:14
**concentrations**
48:4,12,13,21
**concept** 116:17
**concern** 112:25
**concerned** 45:13
**concerning** 18:10
67:7 80:7
**conclude** 40:23
**concluded** 92:3
**conclusion** 43:2
91:12,13,15
**conclusions** 29:9
**conditioning**
34:11
**conditions** 23:20
107:12 108:1
**conduct** 10:9
56:21 66:5 99:5
101:21 118:25
**conducted** 7:15
9:24 17:11 77:21
81:5 102:24
103:9
**CONFERENCE**
126:17
**conferencing**
1:19 3:18,20
127:5
**confidence** 104:9
105:2,9 106:20
**confirm** 24:24
**confirmed** 39:6
**Connect** 8:8
**connection** 35:11
**connective** 21:24
**conservatism**
64:9
**considerations**
108:24
**considered** 26:15
98:20 100:9
**consistent** 12:21
29:4
**consists** 35:21
**consult** 20:16
**Consulting** 17:12

consumer 25:17
CONT'D 4:1
contact 50:18
contain 78:3,12
  84:10
contained 35:17
  89:15
containing 35:14
  92:17
contains 80:21
contaminated
  44:20 83:13,16
contemporaneo...
  14:3 42:13
context 48:8
  99:10
continue 44:10
  54:3
continuing 54:10
contracted 104:16
contracting 119:1
contrast 92:18
contribute 33:16
  111:15
contributing
  66:11
contribution
  69:12 114:22
control 8:10
controlled 67:8
convenience
  119:12
convention 53:20
conversation
  32:3
conversations
  118:13
copies 19:22
copy 20:12 45:14
Corporation 1:13
  3:13 4:6
Corporation's
  35:24
correct 7:5,23
  8:19,22 9:9,10
  9:22,23 10:2,18
  14:1,9,14,17
  15:19 20:7 21:11
  21:12 25:8,14
  29:11 30:21 31:3
  35:3 38:10,19,23
  39:13 48:9 50:6
  50:12,16,17,25
  56:16,23 57:22
  58:17,18 60:2,7
  62:18,22 63:3,5
  63:19 64:2 65:16
  66:17,18 69:10

74:21 84:21
85:12 88:21
91:17 92:20
101:22 102:18
104:23 107:10
109:8 111:18
112:15 113:7,8
113:17,21,22
117:19 119:3,4
120:10 121:4,5
121:11
correction 16:22
  17:16,18 112:13
correctly 88:11
correlates 58:9
correlation 58:5,9
corroborate 42:8
corroborates
  42:20
corroborating
  42:14
cosmic 86:18
Cotter 1:13 3:13
  4:6 6:4 35:23
counsel 5:2,2,8
  14:7 38:3 63:14
  67:2 118:14
  127:12,14
counselor 14:18
  22:11 43:16
  98:12
Counselors 5:23
count 119:13
countered 108:21
counting 63:23
country 47:15
County 1:1 3:1
  5:19 40:14
couple 43:18
  84:15
course 19:17 24:8
  43:11 58:24 61:8
  75:3 93:23
court 1:1 3:1 5:6
  5:18,21,22 6:5
  6:10 22:7 63:6
  70:9,11 87:8
  117:17 125:8
cover 13:17 76:25
covered 76:17,21
  77:1,7 78:16,24
  79:3,15
Cowden 24:10
create 23:4
created 22:25
  47:11 96:23
Creek 45:20,23
  46:1,15

criteria 63:19
  102:16
criterion 87:23
  102:12
CSR 1:23
CT 14:25
curve 120:7,15
  121:2
cut 22:7
cutoff 123:10
cytogenic 113:10
Czapla 1:3,3 2:12
  3:3,3 5:16,16 7:6
  7:7,16,20 8:25
  9:11 12:6,16
  13:13,17,20
  14:22 15:18 16:3
  16:23 18:2 19:2
  20:7 23:9 26:22
  31:13,19,22,25
  32:9 35:3,9,11
  36:1,12,19 37:12
  37:16 38:4,8,12
  38:16,16,17,18
  38:22 39:4,21
  40:2,6,8,12,17
  41:13,16 42:1,20
  42:25 44:25 49:2
  50:8,15 52:25
  53:5 55:2 57:25
  61:24 63:21 64:8
  64:8 65:10,13,17
  65:22 66:16,24
  67:3,11,14,22
  69:23 75:25
  76:11 77:5 79:17
  79:22 81:6 83:7
  88:16 93:12
  111:21 117:23
  119:3 126:18,18
Czapla's 16:12
  20:22 41:5 42:8
  42:15,16 44:19
  66:6 67:7 68:6
  75:19 76:3 77:11
  77:14 97:24
  101:22 113:15
  122:15,23

**D**

data 28:11 60:25
  61:17 67:6 69:16
  80:2,7 91:9
  102:21 103:6
  109:11 118:4
date 5:15 20:11
  126:3,19
dated 13:20 17:12

127:15
dates 67:21
daughter 70:15,19
day 3:20 31:15,22
  32:7 88:17,17
  119:10 123:14
  124:9,16 126:2,7
  127:15
days 41:3 57:24
DBEIR 73:1,5
de 113:16
debatable 22:23
decay 70:23,25
  71:1
decided 42:2
  80:22
decision 33:3
decisions 73:22
  74:13
declared 91:6
decontamination
  35:23
deduct 81:22
deep 53:16 72:23
defendant 1:15
  3:15 4:6 6:2,4
Defendants 1:8
  1:20 3:8,19,24
  5:3 6:9
define 30:12
  49:21 68:3 75:5
  83:17 103:13
defined 84:8
  105:9
definitely 22:21
  47:19 112:3,11
  113:17
definition 26:13
  65:21 83:4,18
  86:12
definitively 112:5
  112:12 113:6
degreaser 26:19
degree 30:3 71:13
  71:25 81:7,11
  82:22 83:9 84:4
  87:20 93:18
degrees 34:15
  61:25 84:11
delay 6:23 65:3
dental 6:24 32:2
  32:16,21,22
depends 30:12
  122:22,22,24
deponent 125:6
deposed 117:11
deposes 6:11
deposited 35:20

45:1 51:17 52:5
52:7,13,16 54:7
91:5 101:16
deposition 1:19
  2:12 3:18 5:3,14
  10:24 16:12,21
  16:23 18:9,13,16
  19:24 31:13,15
  31:18,23 32:4,7
  36:25 40:8 56:2
  77:11 89:14,16
  89:25 90:14,16
  118:7,10,15
  119:14 126:1,17
depositions 87:6
  87:15
dermal 102:23
  103:7
describe 61:25
  62:16,20,63 63:4
  104:1 122:13
described 31:14
  31:21 62:7 63:23
  65:18 97:5 107:7
  122:25
describes 74:16
  74:19
describing 40:5
  123:1
description 40:20
  44:12 56:15
  68:17 97:24
  122:23
design 99:7
desire 32:14
detail 89:13
detailed 43:15
  44:15,18
detected 61:9
  71:18
detection 61:5,7
  61:10
determine 21:4,6
  30:3 60:10 93:2
  97:2 108:15
  115:6
determining 70:7
detoxification
  95:6
developed 59:1
  105:18 113:20
  114:21
developing 24:16
  59:4 60:19 116:3
  116:4
development 9:3
develops 112:2
  112:10 113:5

**diabetes** 23:24
27:5,16 29:21
30:9,20,21
**diabetic** 67:11,14
67:23
**diagnosed** 65:23
67:13
**diagnosing** 43:10
**diagnostic** 14:19
31:25
**diagrams** 76:13
**diet-controlled**
67:18
**different** 48:18
53:21,23 83:16
90:13 97:14
112:6
**difficult** 28:14
92:7
**diffusion** 51:13,13
**dig** 55:25
**dilute** 37:3
**direct** 58:5 102:9
**direction** 98:18
**directly** 36:10
57:16 58:8 62:8
62:11 103:24
**dirt** 37:19 40:21
42:3 50:9,13,23
50:23 51:2 79:25
88:16
**discreet** 78:2
**discuss** 111:20
**discussed** 98:13
98:14 109:2
**discussion** 32:6
102:2
**disease** 22:20
44:22 46:6,17
114:23
**disentangle** 97:15
**disorders** 21:24
**dispose** 79:5
**disposition** 47:14
**disrespect** 38:25
**dissect** 87:17
**dissolve** 26:14
**distinct** 94:16
**distributed**
101:13
**distribution** 60:25
61:17 104:24
**divided** 104:22
107:1
**Division** 1:6 3:6
**doctor** 38:21 68:2
68:22 93:17
**doctoral** 93:18

**document** 8:9
54:22
**documented**
103:18
**documents** 8:2
10:11 73:24
74:17,19
**doing** 26:1 68:25
**domestic** 26:4,5,9
**dose** 9:20 44:24
49:7,17,21,23
50:2 55:1,7
56:10 73:25
86:20 92:25 93:3
93:6,7,21 97:6
120:7,14 121:2
**doses** 49:2,19
57:17,18 81:9
93:24,25 108:21
**dosing** 104:18
**Dr** 1:19 2:5,11
3:18 6:7,17 8:6
8:25,25 9:21
10:6 11:12 12:4
12:13 13:5,19
14:14 15:15,21
16:1,10,20 17:9
17:18 18:5,10,25
19:12 20:5 25:14
31:11 35:11 36:1
36:12,16 37:5,12
37:16 38:17,18
38:22 39:4,21
40:2,6,12,17
41:3,7,13,16
42:1,15 43:6
44:10,19,25
45:15 47:4 48:11
49:2,17 50:4,5,8
50:15 51:21
52:25 53:2,5,11
53:18 54:1,16,25
55:2,7,13,16,23
55:23,25 56:16
57:14,25 58:1
59:9,12 60:16
63:3,23,25 64:7
64:16 65:10,21
68:14,18 69:2,5
69:12,15,21 70:1
70:3 74:4 75:19
77:9 79:16 81:5
81:6,19,20,24
82:19 83:2,6,7
83:20 84:6,16,23
85:4 86:5 87:4
88:1 89:9 93:12
97:22,23 99:23

100:6 102:8
107:15 108:3,5
108:10 110:1
111:4,14,21
114:10 117:23
118:6,14,23
119:3,23 122:15
122:25 123:20
126:1,5,17 127:7
**draw** 8:4
**drawn** 102:23
103:8
**drink** 92:18,22
94:5
**drinking** 93:1
**driving** 79:2
**dropped** 74:5
**drug** 22:13
**drugs** 22:3
**ducts** 95:4
**due** 117:3
**duly** 127:8
**dumping** 39:24
**duration** 44:19
122:23

—————

**E**

**E** 3:22,22 49:4,13
**e.g** 112:9
**ear** 33:25 34:3,19
**earlier** 64:19 91:4
109:2 123:16
124:22
**earliest** 67:17
**early** 21:22
**earth** 42:7 85:11
**easy** 58:23
**effect** 103:21
108:22
**effecting** 100:16
**effects** 72:23 73:8
75:3 96:22 97:6
102:21 103:6,18
**effort** 54:21 93:6
**efforts** 35:23
115:8
**either** 7:11 25:1
33:18,22 51:13
52:8 55:16 59:17
64:17 88:19 91:5
93:7 99:6 102:22
103:6 116:20
**elements** 69:8
**elevated** 24:2,7
96:9 101:1 104:5
**emergency** 6:24
**emit** 71:6 91:5
**emitted** 33:24

34:2
**emitters** 101:11
**emitting** 90:24
91:2
**employed** 127:12
127:14
**employee** 127:13
**employees**
116:10 117:2
**endeavor** 89:18
**enema** 92:21
**energy** 75:1,2,9
**engaged** 41:19
**enter** 90:23 91:1
**entire** 36:7 94:21
**entirely** 40:7
64:22
**entitled** 69:6
**environment** 85:7
**Environmental**
17:12 47:12,15
73:13
**EPA** 70:5 73:20
74:10,16,19
**EPA's** 73:24
**epidemiologic**
27:25 72:20
91:21 99:3
102:24 103:9,14
109:10 110:13
111:1
**epidemiologists**
93:20
**epidemiology**
27:23 28:3,8,11
29:22 30:5 31:1
93:16,18 98:16
99:3 111:13
114:15 121:22
121:25
**epithelium** 52:16
**equation** 45:15
**equivalent** 50:2
**erosion** 37:1
**error** 41:9 75:17
**especially** 30:5
36:1,13,16 37:2
37:5
**essentially** 29:9
**establish** 46:4
**estimate** 35:10
47:17,21 57:17
88:1,16 105:8,14
122:25
**estimated** 49:9
56:12 60:3 108:3
110:1 117:3
**estimates** 35:2

46:22,25 47:19
49:7 53:23 56:10
73:20 87:2
119:25
**estimating** 114:22
114:25 115:18
**et** 1:7 3:7 5:17
21:24 28:18
86:10,11 120:24
126:18
**evaluated** 41:2
**evaluation** 8:24
9:7 10:9,10
19:15 56:21
**evaluations** 91:4
**evaluator** 116:17
117:14
**eventually** 78:23
**everybody** 34:11
**everything's** 37:1
**evidence** 19:16
23:9,11 35:13
**exact** 24:23 73:4
73:23
**exactly** 28:17
41:15 47:25 54:5
54:16 58:7 64:5
83:17 84:7
**examination** 2:1
6:15 7:15 127:8
127:10,13
**examine** 96:23
111:9
**examined** 3:19
6:8 97:1 127:8
**example** 115:14
**examples** 100:21
**exceeded** 81:10
82:21 83:8 84:3
87:19
**exceeds** 85:21
**exception** 112:19
113:2
**excerpts** 2:7
11:19 13:4 38:2
**excess** 27:14
32:15 49:8 55:7
55:17 56:7,11
58:2,14,15 61:22
62:5,17,21 63:5
63:16 64:1 86:20
**exclude** 66:5
**excrement** 94:23
**excrete** 94:20,23
94:24
**excreted** 51:6,10
51:11,24 52:11
95:9 101:13

**excretion** 51:14
**Excuse** 57:8
**excused** 125:6
**execratory** 95:5
**exercises** 74:11
**Exhibit** 2:5,5,6,7,8
2:9,10,11,11,12
2:12 8:5,17,20
10:19,22 11:4,8
11:12,14,21,24
12:4,7,12,13,17
13:5,9 14:10
15:4,12,17,21
16:1,4,8,16,23
16:25 17:5,10,19
18:6,21 19:3,7
20:2 23:5 31:4
37:11 43:13 44:6
49:1 75:11 80:20
89:14,21 90:19
**exhibits** 2:4,15
125:7
**exist** 110:7,15
**exists** 46:20
102:21
**exits** 103:6
**expect** 6:19 59:19
**expectation** 54:11
**expected** 91:3
105:19,22,24
106:7,11,14
107:1 110:23
**experience** 32:11
86:19 96:24
**experienced** 9:2
87:5
**experiences** 86:8
**experimental**
91:10
**expert** 10:10 35:8
72:22 75:12
116:21 117:9,14
**experts** 121:15,19
**expires** 126:13
**explain** 114:11
115:3
**explore** 122:1
**expose** 33:4 34:20
34:22
**exposed** 28:18
33:10 38:12 48:5
48:7 51:15 77:19
83:7 85:11 88:1
92:9 93:12 94:25
96:19 104:4,15
115:3,10,16
**exposes** 52:12
**exposure** 2:12

13:23 14:22
17:10 18:10 25:7
27:6 28:12 32:15
33:15 35:2,8
40:25 41:3 44:25
45:2 46:5,25
47:5,8,16,17,18
48:1,9,12,13,20
49:5 50:4 52:25
53:10,15 54:2,9
54:10 55:14,17
57:24,24 58:2
61:23 63:21 64:7
66:12 68:7 69:16
69:22 75:19
77:21 85:16,21
92:4,8 95:3,17
97:6,7,13,17
102:9,23 103:8
103:17,20
108:18 109:7,25
110:8 111:4,14
112:23 114:23
115:19 116:5,18
116:19 117:4,24
118:8 120:16
122:15,24
**exposures** 9:1
35:10 44:23 45:7
45:10 46:16
47:21 81:4,7
82:21 87:18
109:19 110:10
113:1 115:16
120:8 121:2
**express** 53:18
117:17 120:1
**expressed** 45:2
71:14 85:17
117:17
**expressing** 91:13
117:16
**expression** 41:5
82:23 84:24
**external** 53:13
**extra** 95:13
124:18
**extrapolate** 49:8
56:11
**extrapolations**
56:19

**F**

**fact** 19:19 53:21
54:10 66:9 78:1
79:10 87:25
101:4 115:12
116:11

**factor** 23:20 24:11
27:19 29:20 50:1
66:10 81:8,12
87:20,23 88:3,4
100:10,15 102:2
114:24
**factors** 24:3 25:6
27:2,3 28:2 37:2
65:17 100:9
114:24
**fail** 38:24
**failure** 22:23
**fair** 57:23 72:14
113:23 123:2,4
**faith** 113:24
**fall** 89:1
**familial** 23:19 24:9
29:17
**familiar** 23:19
45:22 96:13 97:4
98:7
**family** 2:11 16:2
24:10 26:15
27:15 29:13
65:18 77:16
**fantastically**
122:1
**far** 13:12 20:19
23:14 46:20
65:12 66:9,19
115:4 116:6
121:11,23
**Farrington** 4:2
**fats** 26:14
**features** 94:3
**February** 20:10,20
119:25
**federal** 115:8
116:10 117:2,17
119:25
**feel** 20:16 55:24
93:13 97:17,19
**fenced** 76:21
**fencing** 76:22
**fibrosis** 21:11,13
21:18 22:3,17
**fibrous** 21:10
**figure** 8:15 86:14
**figures** 93:4
**filled** 15:17
**final** 17:5 70:4
**financially** 127:14
**find** 27:13 82:22
92:3,25 96:9
98:19 111:1,12
121:24
**fine** 20:14 119:11
119:16
**fingers** 100:19,21

100:22,24,25
101:1,4,6
**finish** 76:24
124:22
**finished** 18:14
83:22
**first** 4:5 8:19
10:14,16 20:2
22:25 35:5 36:4
68:10 80:20
94:14 102:12
104:11 127:8
**five** 68:11 124:5
124:15
**fix** 64:19
**focus** 92:11,14
**folks** 114:16
115:10
**follow** 77:17,23
110:11
**followed** 103:16
**following** 10:11
**food** 86:9
**footnotes** 19:20
**foregoing** 126:1
**forenoon** 3:19
**forget** 87:14
**forgive** 34:16 65:3
**form** 32:17 37:8
41:11 42:10 43:4
46:7 68:4 69:19
69:25 76:6 79:12
88:22 94:8
101:24 110:3
111:6 112:20
114:2 118:2,16
120:4 121:12
123:3
**formation** 21:15
**forms** 97:16
113:10
**forth** 95:15
**found** 20:21 65:13
78:3,11,23 96:21
122:5
**foundation** 26:2
46:7 86:4,23
96:22,23 99:21
110:3 111:6
118:2,16
**foundation's** 97:1
**four** 68:11
**fourth** 19:9
**fraction** 115:2
**frame** 14:3
**free** 20:16 55:24
68:19
**frequency** 122:23

**frequent** 23:10
57:7
**frequently** 25:9,17
26:8 48:6
**fresh** 37:1
**Friday** 83:23
**friends** 37:16
**front** 27:11 43:18
43:19
**frozen** 40:14,24
43:19
**fulfills** 102:11
**full** 68:10 80:20
**fun** 42:3
**further** 64:6 69:14
127:12,13
**future** 69:24

**G**

**G** 3:23
**gamma** 71:3
96:19
**garage** 25:11
26:25
**garbage** 76:24
79:5
**gastrointestinal**
51:5 52:20
**Geez** 46:11
**general** 11:16
60:1 73:25 78:1
85:6,14 93:14
97:3 105:20
108:17,25
109:20,23
111:11
**generalization**
94:9
**generally** 19:20
37:25 45:22 98:7
**genetic** 113:12
**gentleman** 39:2
**geologic** 86:1
**getting** 61:11
89:11 116:6
124:11
**give** 20:17 27:3,7
28:1 29:4 44:12
59:18 68:7 87:10
96:3 101:7
103:22 119:8
123:15 124:8,17
**given** 9:21 14:5
16:12 17:23 18:9
27:24 38:2 84:15
126:3
**giving** 87:5
**globe** 84:10
**go** 10:3 11:7 14:11

15:4 17:4 19:7,8
20:2 22:18 25:5
26:16 31:4 32:21
36:11 43:12,20
43:24 46:12
48:24 49:20 52:1
52:3 55:19 61:21
63:9 64:6 66:19
67:15 68:10,16
70:16 71:1 75:11
80:19 82:9,11
83:3,10 85:18
86:5 89:10 90:4
90:18 102:3
114:19 122:12
123:6,25 124:16
124:25
**goes** 51:5
**going** 7:25 8:2
10:19 11:7,17
12:20 14:10 16:8
27:4,9 35:5 39:3
40:5 41:14,16
43:23,25 53:17
55:25 63:8 64:12
64:23 72:17
79:15 82:8 83:5
85:11 89:4 94:4
107:14,16
120:25 122:14
123:15 125:3
**good** 6:17 20:17
28:12 49:20 65:7
87:6,11 94:6
123:7
**government**
115:15
**governs** 47:13
**GPM** 3:23
**gram** 71:15,18
72:1
**Grand** 3:23
**graphing** 60:25
**great** 26:16 57:2
**greater** 47:24
84:10
**gross** 116:11
**ground** 39:24
40:13,24
**group** 91:8
**guess** 64:4,4 73:2
112:18 113:12
122:10
**guidance** 74:20
74:24
**guys** 8:11

**H**

**half** 31:7 35:1
63:23,24 83:15
84:19
**hand** 20:12 50:22
**hand-to-mouth**
50:18
**handed** 14:8
**hands** 50:23
**Hang** 64:15
**happen** 58:19
114:1
**happened** 64:5
114:17
**happening** 97:15
**happy** 119:12
**hard** 97:15 123:10
**harm** 94:7,12
**harmful** 93:25
94:1,15,18,19,22
95:1,7,7,15
**Harrison** 25:2
**hazardous** 47:1
47:14 48:4
**Hazelwood** 35:24
**head** 33:12 98:22
**health** 9:4 62:8
63:18 73:8
102:21 103:6,18
103:21
**hear** 62:11 73:3
74:4 87:9 90:11
110:16 115:14
117:13 120:22
123:12
**heard** 74:6 92:21
93:22 114:7
**hearing** 99:11
**held** 33:25 34:3
**help** 87:11 94:12
118:23
**helped** 31:2
**helpful** 29:6 33:5
43:22
**helps** 56:4 109:19
**hemoglobin**
67:19
**hereditary** 23:19
24:9 27:4 29:13
65:17
**hereinabove**
126:3
**hereto** 126:2
127:14
**Hey** 64:15 88:24
**high** 64:11 86:3,6
86:14,24,25
103:23
**higher** 30:20

47:18 58:1 93:25
95:3 108:12,13
108:21 118:8
**highest** 71:17
72:9
**Hill** 87:23
**historical** 67:6
**historically** 25:9
25:23
**history** 2:11 9:12
9:13 16:2 24:10
27:15 29:13
36:18 65:18
66:16 77:16 86:1
**hold** 63:8,9 87:10
113:9 123:21
**holds** 34:19
**Holmes** 4:5
**home** 26:24 34:10
42:5 89:1
**hopefully** 124:22
**Hospital** 2:9,10
12:3,5,11,14
**hour** 81:22 89:12
90:10,12,16
**hours** 3:19 37:18
57:24 68:25
81:23 82:2,8
90:6 124:5,11,15
124:15
**house** 86:17
**household** 26:5
26:18
**housekeeping**
89:13
**Houston** 13:7
**Howard** 1:19 3:18
5:14 6:7 126:1,5
126:17 127:7
**Hu** 1:19 3:18 5:14
6:7,17,22 8:6
10:6 11:12 12:4
12:13 13:5,19
14:14 15:15,21
16:1,10,20 17:9
17:18 18:25
19:12 20:5 25:14
31:11 43:6 44:10
50:4 55:23 59:9
59:12 60:16 63:3
64:16 65:10,21
68:18 74:4 79:16
81:24 82:19 85:4
86:5 87:4 89:9
99:23 102:8
111:14 114:10
118:23 119:23
123:20 126:1,5

126:17 127:7
**HU'S** 2:5,11
**human** 42:7 91:9
92:14 93:25 94:1
103:24 114:11
**humans** 102:22
103:7 108:21
**Humphrey** 4:2
**hundreds** 56:1
**hungry** 89:11
**hypertension**
23:23 27:6 29:24
29:25 30:2,4
66:16 67:7
**hypertensive**
27:17 66:25 67:4
**hypothetical**
32:18 64:3

**I**

**i.e** 91:8
**IARC** 91:12,15,16
91:18 97:2
**ICRP** 32:21
**idea** 38:9 72:5
**identified** 8:21
11:5,15,25 12:8
12:18 13:10 16:5
17:1,20 19:4
50:5 120:6
**identify** 15:21
92:8 110:25
113:11,20
**IL** 4:6
**IL-CSR** 1:23 3:21
126:19 127:4,18
**image** 43:18 92:23
**imagine** 26:19
**imaging** 92:19
93:2
**immediately**
102:19
**impact** 49:25
**impacted** 75:14
81:4
**impacts** 9:1
**imparts** 75:2
**importance** 100:7
**important** 87:7
107:14 109:12
120:11
**impressive**
110:22
**improper** 82:6
118:17
**inaccurate** 26:1
**incidence** 24:12
91:23,25 92:5

104:7,21 105:7,7
105:10 106:18
106:22,25
111:16
**include** 95:18
**included** 87:1
96:25
**includes** 50:18
86:9
**including** 61:25
91:25
**Incomplete** 32:17
**Incorporated** 5:17
**increase** 91:3
92:5 110:13
111:2 120:17
**increased** 91:23
96:9 111:16
**increases** 110:23
**increment** 116:18
117:22
**Independence** 4:3
**independent** 43:2
**independently**
41:2
**INDEX** 2:1,4
**indicates** 81:5
**individual** 46:5,6
46:16,17 86:8
112:2,10 113:5
**individual's**
114:23,23
**induced** 119:24
**industrial** 25:10
25:15
**industries** 97:13
**industry** 26:3
**infection** 21:24
**inference** 103:3,8
**influence** 66:11
**information** 36:8
38:12,15 39:13
40:1,11,23 42:6
43:1,15 44:13,15
44:18 47:1 56:20
64:8 65:25 67:3
67:10 78:10,14
78:25 79:10,16
79:21 89:24 90:8
102:23 103:2
104:13,17
**informed** 12:24
**ingested** 93:8
103:24 108:11
**ingesting** 93:3
**ingestion** 50:5,8
50:17,20 51:1
52:23 53:10 81:8

83:8 88:20 92:5
110:17
**inhalation** 50:6,13
52:15,22 53:10
69:22 70:7 81:7
83:7 88:20 92:4
102:22 103:7
**inhale** 50:16
**inhaled** 52:1,2,5
52:20 93:8
108:10
**inherent** 19:15
64:9
**initiated** 103:17
**injected** 107:25
108:8 109:15,15
**injection** 110:18
**inquiry** 26:23
**inside** 88:19
**instance** 32:1
100:17 108:20
**instruments**
116:21
**intended** 51:21
**intentionally**
47:23
**interest** 108:23
**interested** 111:24
114:20 127:14
**interfere** 22:6
**internal** 25:2 49:2
49:6,19,21,23
55:1 56:10 57:18
**internally** 91:4
**international** 73:5
73:7 91:6,18
120:23
**interpretation**
99:7
**interpreting**
109:11
**interrogatories**
37:24
**interrogatory** 38:3
38:8
**interrupt** 82:11
**interstitial** 21:11
21:13,18 22:3,16
**interval** 104:9
105:3,9,9 106:20
**interview** 42:24
44:19
**intravenous**
102:25 103:10
**investigate** 69:13
**invited** 76:1
**invoices** 89:23,23
**involve** 114:25

**involved** 97:18
**involves** 52:15
**ionization** 75:10
**ionizing** 14:23,25
15:2 33:1,25
34:3,20 72:23
75:6,8,9 97:2
**irritating** 113:1
**isolate** 94:22
**isopropyl** 26:7
**isotope** 70:15,15
70:18,19 108:2,3
**isotopes** 70:17
**issue** 64:18 75:25
116:12 117:12
**issues** 19:15
**item** 9:9 10:14
17:6 18:12
**items** 17:22 18:18

———————————
**J**

**J.J** 18:6
**James** 9:21 18:5
18:17 40:10
41:18 44:13
49:22 77:21
**Jill** 1:3 3:3 5:16
18:2 35:9 126:18
**John** 87:10
**Jon** 86:1
**Jonathan** 4:2 5:25
9:9 87:7 114:8
123:6 124:19
**July** 16:22 31:18
40:7
**June** 16:12,21

———————————
**K**

**Kansas** 3:24
**Keep** 12:20
**kept** 34:14,15
**kid** 107:3
**kidney** 21:4,8,10
21:17,22 22:17
22:20,21 24:7,11
24:13,16 27:15
49:7,8 51:3,6,10
51:10,12,15,23
51:24 52:4,12,13
52:25 56:8,12,22
56:25 57:18 58:2
58:15,17,25 59:1
59:4,19,25 60:6
60:10,19,21 61:2
61:6,11,22 62:21
63:5,17 64:1
65:19,22 66:6,10
68:1 91:23 92:5

94:23 95:3 96:2
96:8,10 97:3
101:13,14,16,19
102:10 104:5,6
104:16 105:16
105:19 106:8,19
107:2,3 110:2
111:2,16 118:1
119:1 120:17
**kidneys** 20:22
22:4 33:9 49:3
51:12,14,18
52:11 53:14 54:3
54:7 55:1,9,17
56:11 94:25
95:10
**kind** 46:22 53:24
116:25
**kinds** 29:3 56:19
110:22 116:22
**kit** 45:16
**know** 8:9,14 13:12
13:23 14:20
15:22 16:16
20:19 21:22
23:14 25:17,25
26:12,17,19
27:20,25 28:11
28:23 31:16,17
32:1,4,13 33:7
36:25,25 37:25
38:6 39:15,17,18
39:21,25 40:15
40:19 41:15 42:7
43:8 46:21 51:19
51:20 54:6,15,22
54:23,25 55:6
58:8 59:3 60:18
60:20 61:8 65:12
66:23 67:13,22
68:12 69:13,15
69:20,21 70:2,3
70:13,14,18,21
70:24 71:13,17
71:21,25 72:4,10
74:7 76:18 78:1
78:5,8 79:13
80:1,15,22 83:5
83:13,15 84:4,9
85:15,21 86:11
86:21 87:3,5
89:13 92:9 95:5
95:10 97:16 99:1
99:4 101:8 102:5
107:17 108:14
108:23 109:15
110:9,12,13,14
112:18 113:1

115:11 116:7,9
116:13,14 117:7
118:13,20,21
121:1,6,7,8,8,16
121:23,24 122:2
122:20 124:20
**knowledge** 17:25
65:19 85:15
109:20 120:7
**known** 24:9 72:2
74:20 109:3,14

———————————
**L**

**lack** 110:18
**lacking** 8:3
**Lacks** 99:21
**lag** 61:7
**laid** 60:9
**land** 76:24
**landfill** 1:10 3:10
9:2 35:20 36:1,3
36:12,15,22 37:7
37:13,14,17
38:13 39:4,8,11
39:16,19,22 40:3
40:6,13,18 41:14
41:17 42:1,3,9
42:16,21 45:1
48:14,21 58:1
63:22 71:19 72:9
75:22 76:4,17,25
77:6 78:11,22
79:3,4,14,17
80:3,8,16 81:4
88:17 97:25,25
117:24
**Landfill's** 35:11
**landfilling** 78:24
**landfills** 76:23
**large** 122:1
**Lathrop** 3:23
**Latty** 35:16,24
39:11
**lawful** 6:8
**lawsuit** 33:19,22
37:25 39:1
**layer** 95:13
**layers** 88:10
**leached** 35:14,17
**lead** 33:11
**leads** 52:17
**leave** 30:17 75:24
124:1
**legal** 116:8
**legislation** 47:13
**lesser** 84:11
**let's** 15:4 23:17
25:5 26:16 34:25

43:20,24 48:24
49:12,20 51:1
52:1 59:17 63:9
64:21 68:10 70:9
83:14 90:18
102:3 111:19
113:14 124:1,8
124:21
**letting** 81:19 82:6
**level** 84:5,18,25
111:14,15
**levels** 81:11,15,16
82:21,24,25 83:4
83:8,11,14,17
84:3,8 85:8
87:19 110:1
111:3
**Lexington** 4:3
**life** 13:17 65:14
**lifetime** 24:15
27:13,22 32:15
49:17 54:12
59:24 61:22 62:5
62:17,21 63:5,16
64:1 68:1 117:25
**lifetimes** 104:16
**likelihood** 115:18
115:23
**limb** 89:1
**limit** 56:2
**limitation** 121:25
**limited** 120:6
**line** 22:7 74:13
**linear** 58:5,6,9
72:13 73:14 74:2
75:1 120:16
121:5
**linger** 51:18
**lining** 112:21
**liquid** 92:16
**list** 10:12,14 14:12
16:11 17:5 18:18
21:19,23 55:4
68:11 89:15
106:12
**listed** 24:5
**literature** 9:24,25
17:25 19:14,19
19:23 22:19
27:21 28:21
29:10 30:19
72:20 92:14
93:15 98:23
116:7,9
**litigation** 117:7
**little** 6:25 12:20,20
87:17 102:21
103:5 112:25

121:21 123:16
124:18
**live** 86:17
**lived** 26:24
**liver** 94:21 95:5
**LLC** 1:10 3:10
**LLP** 3:23 4:5
**location** 84:18
**long** 21:19,23
27:17 35:6 39:15
42:21 48:7 55:4
66:1 67:3,13
70:24 97:6,25
**longitudinal**
28:25
**look** 17:9 20:11
23:8 24:12,24,25
25:1 27:18,23
28:8,19 29:15
30:5 31:1 32:16
34:25 48:16
55:21,24 68:16
70:16 71:1,11
75:12 81:20 82:6
82:7,14 83:18
85:18 90:22
91:21,24 96:20
102:8 108:4
122:4
**looked** 48:11 82:2
96:24
**looking** 28:25
56:9 102:17
107:18
**looks** 29:7,8 46:9
**lost** 46:9
**lot** 27:23 60:15
75:2 85:25 90:5
**Louis** 1:1 3:1 5:19
40:14
**Love** 8:21 15:9,13
15:24 16:18 17:7
18:23 19:10 20:4
31:9 44:7 64:15
102:6
**low** 62:2,22 63:5
63:18,25 97:6
110:10,20,24
**lower** 59:5 93:24
111:5
**lung** 100:18,22
101:7
**lungs** 53:22
112:21

**M**

**M** 1:23 3:20 4:2
5:4 126:19 127:4

127:18
**Madison** 4:5
**magnitude** 81:9
**main** 73:12
**major** 57:10
**majority** 57:2
**making** 56:18
74:13 119:25
**malfunction**
22:22
**man** 66:25
**manuals** 87:3
**Marc** 1:3 2:12 3:3
5:16 7:7,15,20
8:25 15:18 16:3
16:12,23 19:2
20:6 31:13,19,22
35:3,9 36:19
38:4,8,12,16
40:8 42:8,14,16
42:20,24 57:25
64:8 65:10,13,17
65:22 66:6,16,24
67:3,7,11,14,22
68:6 75:25 76:3
77:5,11,14 88:16
97:23 101:22
113:15 117:23
119:3 122:22
126:18
**margins** 21:1
**marked** 8:20 11:4
11:14,24 12:7,17
13:9 16:4,25
17:19 19:3 23:4
**marks** 84:24
**matches** 38:7
**material** 35:21,25
38:13 39:10,12
39:16,19,23
69:12 78:4 80:3
82:2,15
**materials** 20:25
36:2,13,21 37:6
78:12,22 80:8,17
95:18
**matter** 43:19
108:25
**matters** 43:20
74:19
**Matthew** 5:20
**maximum** 45:2
47:7 48:1,9,13
48:20 49:5
**McClain** 4:2
**MD** 2:7 11:19
**mean** 13:2 26:7
32:19 47:10

48:15 49:14,19
53:2 58:21,23
60:18 62:24 64:3
64:3 66:9 73:16
76:18 77:1 78:17
82:23 85:8,10
86:13 92:6 98:12
99:1 100:12
107:24 110:7
121:5,6,21
122:20 124:4,14
**means** 10:24 47:8
50:8,13 51:14
60:20 61:14
94:25 115:4
**meant** 45:6 83:6
83:11,14 84:4,16
84:23
**measure** 71:15
**measures** 28:12
115:1
**mechanism** 95:6
100:15 101:6
**mechanisms**
94:17,20
**mechanistic**
23:22 101:18
**med** 13:16
**medical** 2:5,6,7,8
2:9,10 7:22 8:24
9:8,16 10:10,15
10:15,20 11:1,9
11:20 12:11 13:3
13:13,16,19 14:7
19:1 20:19 22:24
23:3,7 38:21
65:21 72:3 92:19
93:17 114:15
117:18
**medically** 66:2
**medicine** 2:6
10:17 11:2 25:2
67:8 114:14
**Melissa** 8:1,1,4
10:3 11:11,20
12:3,12 13:5
14:11 15:7,20
16:8,15 17:4
18:22 20:1 31:6
44:5 64:15 102:4
**Melissa's** 10:19
**member** 115:3
**memory** 55:20
67:16 68:8,18,21
69:4 70:17 71:2
76:15 83:4,19
85:19
**mention** 86:25

**mentioned** 25:6
28:3 41:21 126:3
**mesothelioma**
112:20 113:2,4
**met** 6:18 7:7 39:2
**metabolic** 23:25
27:5,16 30:9
**metanalyses** 29:3
30:6 31:2
**metanalysis** 29:6
**method** 46:4 54:4
**methodology**
46:22,24 64:10
98:14
**methods** 44:21
99:3 114:21
**micron** 52:7
**mile** 83:15,15
84:19,19
**million** 62:6
**millirem** 32:15
49:4,13,14 53:17
55:13 58:2
**millirems** 44:24
54:12 55:8,18
85:17,21 86:21
**mind** 20:13
**minimal** 62:1,18
**minute** 63:9
**minutes** 43:18
124:5,12,15
**Missouri** 1:1 3:1
5:19
**Missouri-Colu...**
2:9 12:11,14
**Misstates** 69:25
121:12 122:8
**mixed** 35:15
**mixture** 35:19
92:10
**MO** 3:24 4:3
**MO-CCR** 1:23
3:21 126:19
127:4,18
**modeling** 70:6
**molecular** 94:17
**molecularly** 95:6
**moment** 26:17
43:9,17 53:17
72:12
**Monday** 83:25
**monograph** 46:20
**month** 39:18 40:2
**months** 39:19
40:16 88:18,18
**morning** 6:17,24
123:9 125:2
**mouth** 33:9 50:10

50:10,21,22,24
51:2 52:3
**mouthful** 6:25
**move** 59:8 76:6,25
**mrem** 44:25 49:4
**MRI** 15:2
**mucociliary** 52:15
**multiple** 97:14
**Municipal** 41:22
42:4

**N**

**N** 3:22
**N.S.L** 1:13 3:13
4:6
**name** 5:20 6:17,20
7:5 39:1
**naso-tracheal**
52:6
**National** 4:5
**nature** 28:2
**navigate** 8:8
**navigation** 8:11
**near** 36:3,14,21
37:6 75:21 93:8
**nearby** 45:19
**necessary** 66:12
93:13 110:13
**need** 14:17 20:17
51:9 64:6 65:6
89:1 108:14
121:25
**neglected** 31:12
**negligible** 62:1,7
**neither** 113:6
127:12
**nervous** 95:15
**never** 7:14 94:7
116:25 117:3
**news** 65:14
**nicotine** 100:20
**nine** 124:15
**nobody's** 121:10
**noise** 34:16
**non-cancerous**
21:10
**non-industrial**
25:18
**nonionizing** 34:22
**nonsteroidal** 22:2
22:13
**normal** 50:19
82:25 83:12
**nose** 52:2
**Notary** 126:10
**notation** 49:13
**note** 15:12
**noted** 35:12 91:4

**notes** 2:11 9:15 9:17 18:25 22:25 23:4 67:15 119:7 127:10
**notice** 89:14
**noticed** 43:17
**Novocaine** 7:1
**NSAID** 22:14,16
**NSAIDs** 22:15,16 22:20 23:10,14
**nuclear** 97:5
**number** 23:18 24:23 41:3 62:24 71:20 104:21,22 105:17,18 106:7 106:11,14 107:1
**numbers** 28:7 41:8 106:7 110:23
**numerical** 27:19

**O**

**o'clock** 123:8
**O'Connor** 4:4
**oath** 6:10
**obese** 65:22 66:2
**obesity** 23:22 24:2 27:4,16 29:19 66:5
**object** 32:17 37:8 41:11 42:10 43:4 46:7 62:23 68:4 69:19,25 76:6 79:12 81:18 82:17 85:23 86:2 88:22 94:8 101:24 114:2 118:2,16 120:4 121:12 123:3
**objected** 46:14
**objection** 25:12 63:2 79:6 82:3 85:2 86:23 118:22
**objections** 46:18 83:1 87:7
**observation** 27:24
**observed** 104:6,7 106:4,13
**obtain** 67:2
**obviously** 101:3
**occasion** 116:15
**occasionally** 115:9
**occasions** 116:16
**occupational** 116:21

**occupied** 79:23
**occur** 103:18 105:20 115:24
**occurred** 13:24 20:9,19 28:1 54:13
**occurrence** 61:7 111:3
**occurring** 60:11 61:6 94:13
**occurs** 103:20,21 105:11
**oh** 88:23 113:9
**okay** 8:16 11:17 20:15,18 34:13 37:4 57:14 58:12 63:14 64:14 65:8 65:10 75:15 77:3 81:21 87:12 88:7 88:15 105:1 113:4,9 114:9 119:16 123:5,19 124:3,23
**on-the-record** 124:12
**once** 51:2 52:2 90:23 91:1 94:19
**oncologists** 29:17 114:15
**oncology/hema...** 2:7 11:11
**one's** 33:25 34:3
**ones** 10:21 11:22 24:4
**onset** 118:6
**open** 50:10 79:4
**opening** 50:21
**operating** 79:4
**operation** 20:6,9 20:18
**operative** 20:24
**opinion** 19:14 33:17 41:6 72:22 78:5,7 79:8,9 116:14
**opinions** 117:16
**opportunity** 52:9 52:19
**opposed** 79:3 123:1
**options** 84:15
**oral** 102:22 103:7
**order** 7:19 9:7 10:9 21:4 27:18 30:25 56:21 73:21 92:18 108:15 110:11 119:20 122:1

**organ** 50:3 53:14 53:16 62:18
**Organization** 63:19
**Organization's** 62:9
**outcome** 116:3,4
**outcomes** 9:4 115:10
**outer** 88:10
**outlier** 60:20
**outlined** 44:21
**outside** 79:6 86:19
**overall** 29:4
**oversimplificati...** 117:22
**overstated** 63:21 99:16,18
**overstatement** 64:9

**P**

**P** 3:22,22
**P.C** 4:2
**p.m** 44:1,4 64:24 65:2 89:5,8 125:4
**Pacific** 119:17 123:8,11,19,19
**page** 8:14 10:4,5 14:12,13 15:5,6 19:8 20:2 31:7,7 34:25 43:13 44:6 44:12 48:25 63:11 68:10 75:11 80:20 87:17 90:19 102:3 104:8 111:20 112:8 119:10,22,23 120:5 121:1
**pages** 56:1
**pandemic** 8:7 10:25 43:9
**panels** 116:22
**paper** 108:5,5
**papillary** 57:10
**paragraph** 8:17 10:4 20:3,6 35:5 36:7 37:10 38:6 40:5,7 43:12,14 44:15 48:25 56:8 56:9 63:13 68:10 75:12 80:20 88:5 88:8 90:19,22 102:9 104:1 107:7 110:17

114:19
**paralegal** 7:25
**paraphrasing** 62:14
**Pardon** 58:19
**parentheses** 37:13,15 45:3 81:8,11 91:8,9 104:9
**parenthetical** 105:2
**part** 6:9 23:25 53:20 75:3 76:17 96:25 97:1 108:1 111:11 121:24 122:12
**partial** 20:3
**particle** 51:22,23 52:1,2,5,7 71:4 88:12
**particles** 50:14 52:16 71:6 88:8 88:9,14 91:6 92:17 102:11
**particular** 26:14 28:21 50:3 55:2 60:11,11 62:17 70:5 83:21 84:6 84:18 91:24 92:3 97:8 98:16 108:19 111:9 117:12
**particularly** 30:9 53:22 81:10 94:6 109:2 114:20
**parties** 127:13,14
**parts** 33:8
**pass** 51:12
**passes** 51:23
**passive** 51:13
**passively** 94:16
**pathology** 112:2 112:10 113:7,16
**pathway** 23:22 50:20 51:2 52:22 52:23,24 53:10 101:18
**pathways** 47:17 50:4
**patient** 22:1 93:1 104:2,2,4
**patients** 43:6,8 99:10 104:4,22 104:24 105:15 105:21 106:8 107:4,8,22 108:9
**pause** 43:16 64:18
**pediatric** 32:2,10

32:25 33:7
**peer-reviewed** 19:13 116:8
**pelvis** 57:5
**pending** 5:18
**penetrating** 88:10 88:13
**people** 25:10 26:20 28:16 30:8 33:3,14 43:22 59:20 60:15 61:14,14,15 92:21 97:7 100:24,25 105:18 110:10 118:4
**percent** 35:18,18 57:3 104:9 105:2 105:3,4,4,8,11 105:23 106:20 117:25
**percentage** 105:15,22 106:16
**perfectly** 108:25
**performed** 7:19
**performing** 91:20
**period** 27:24 41:25 54:13 69:18 103:17
**person** 7:9 27:15 27:17 29:21 30:19,21 34:18 34:20,22 48:7 61:1,11 85:10 86:16 92:18 93:3 110:2 113:24,25 114:1,3 116:19 117:5 119:2
**person's** 117:25 118:5
**personal** 65:4
**pharynx** 52:18
**PhD** 38:22
**phenomenon** 98:5,8,11,24 99:9
**phone** 7:12 22:7 33:15,24 34:3,19 89:1 99:11,13,18
**photograph** 42:13
**photographs** 76:13
**phrase** 47:7 76:19 92:21 93:19,22
**physical** 7:15
**physician** 116:21
**Physicians** 2:10

13:7
**Physicians'** 13:4
**pick** 51:22 123:9
**picocuries** 71:15
71:18 72:1
**picture** 88:25
**piece** 47:13
**place** 26:22 28:10
34:11 69:17
85:11
**plaintiff** 1:11 3:11
18:3 39:1
**plaintiff's** 7:5
**plaintiffs** 1:4 3:4
4:3 5:2 6:1 35:9
**plan** 90:13
**planned** 124:23
**plant** 35:24 97:5
**plausibility**
100:10,13,14
101:21 102:3,12
102:15
**plausible** 43:2
47:19 101:18
**play** 36:19 37:19
68:8
**played** 37:12 39:4
39:7 40:6 42:8
50:8 76:12 77:6
79:18,23,24
107:19,20
**playing** 39:22
40:2,20 42:2,3
57:25 88:17
**Plaza** 4:5
**please** 5:23 6:6
8:5 15:4,23 17:5
18:22 31:8 38:24
44:5 63:7 70:8
80:6,13,13 81:25
90:18 102:5
110:5 115:4
119:8
**plenty** 124:13
**pleural** 113:1
**plural** 73:10
**plus** 49:4,13 116:5
**Pohlman** 5:22
**point** 45:17 48:12
48:20,22 49:20
50:17 72:9,16
79:19 84:7 89:25
105:8 123:6,7
**poison** 93:21
**polar** 95:8
**policy** 73:25
**population** 29:8
60:1 104:6,25

105:20 115:3
**portion** 10:6 44:24
76:10 79:22
**portions** 76:11
78:2
**pose** 26:22
**possible** 66:6,24
112:19 113:2
120:1 122:4
**potential** 8:25
98:15 99:6 101:9
**potentially** 33:16
46:25
**power** 110:12,19
**practically** 110:9
**prays** 114:1
**precise** 119:25
122:14
**prepare** 9:11
18:19
**prepared** 9:21
19:1 38:3 40:10
60:25
**preparing** 17:24
90:8
**presence** 21:20
**present** 21:5
40:17
**presentation**
112:1,9 113:7,16
**pressure** 67:8
**pretty** 58:23 94:9
95:21
**prevent** 94:12
**previous** 70:12
**previously** 8:20
11:4,14,24 12:7
12:17 13:9 16:4
16:25 17:19 19:3
**primarily** 25:15
35:21
**primary** 108:3
**Principles** 25:2
**prior** 13:18 14:19
19:2 28:6 66:2
80:17
**prioritize** 73:20
**probabilities**
114:25
**probability** 105:11
115:7,24 116:3,4
116:5,13,23
**probably** 26:7
30:23 48:19 58:6
94:10 106:11
**problem** 89:3 92:6
**problems** 33:6
43:10

**procedure** 6:24
**procedures** 87:1
**proceeded** 44:23
**proceedings**
127:10
**process** 34:12
70:21
**processes** 94:12
115:6
**produce** 12:25
89:18 123:13
**produced** 3:18 6:8
10:20 19:23 35:9
89:16
**producing** 118:14
**product** 25:17
**production** 89:22
**Professional** 5:5
**professionally**
99:25
**programs** 115:17
115:21
**progress** 76:23
**project** 8:2 12:4
12:12 13:5 15:21
16:16 18:21 20:2
31:6
**projected** 15:8
110:1
**projecting** 16:21
44:6
**pronounce** 6:20
22:14 73:4
**pronunciation** 7:5
**proofread** 127:9
**property** 39:11
**proportion** 107:20
**prospective**
102:24 103:8,14
**protect** 95:13
**protection** 32:23
47:12,15 73:13
95:13
**proteins** 94:17
**protocol** 108:1
**prove** 112:11
**proves** 112:3,12
113:6,17
**provide** 9:7,12
12:24 19:22
57:14 92:18
**provided** 9:8,17
9:20,25 11:18
40:12 44:13 67:6
77:14
**provider** 11:9,13
**proxy** 101:4
**Public** 126:10

**published** 98:12
99:2,8
**pull** 10:19
**pulmonary** 52:8
**punitive** 100:15
**purporting** 54:20
**purpose** 74:12,13
**purposes** 58:20
71:21 72:3 73:17
**push** 42:25
**put** 11:11,21
15:11 28:7 33:11
50:22 76:24
83:20 109:23
**putting** 76:24

**Q**

**quantified** 32:20
**quantify** 29:14
30:24 32:14
108:13
**quantitative**
122:15
**quantitatively**
114:21
**question** 11:12
12:13 13:6 22:10
22:11 28:6,7,8
30:1 34:1,18
35:7 36:15 37:23
42:18 46:13,14
63:1,14 64:22
70:8,12 71:24
73:9 74:4,6,8
75:24 77:4,17
78:7 79:9,10
80:6 81:25 82:10
83:20 86:21
93:14 94:14
95:17,21 96:20
97:21 98:20
100:16 105:25
106:2,5 108:6,18
109:1 111:9,25
113:25 114:6,16
118:17 119:7,21
121:10,17 122:6
**question's** 72:17
107:14
**questionnaire**
2:11 9:12 14:13
15:6,9,17,22
16:2 77:14,15
**questions** 2:2
6:16 21:21 37:24
43:1 69:2 77:24
82:5 113:24
124:18

**quick** 88:25 89:2
**quite** 57:5 78:19
94:25 110:22
116:7
**quizzes** 68:8
**quote** 24:14 45:2
45:3 84:24 88:9
91:1 104:3
122:14
**quoted** 61:10
84:24
**quotes** 49:6
**quoting** 62:8,11
83:2 84:6

**R**

**R** 3:22 48:2
**RA** 35:22
**racquetball** 41:20
**radi** 96:22
**radiate** 86:19
**radiation** 14:22,23
14:25 15:2 23:16
32:20 33:1,4,15
33:24,25 34:2,4
34:20,23 35:2,10
44:23 45:11
53:13 66:12
72:15,23 73:8,15
74:1,2 75:1,2,6,8
75:9,9 85:20
86:9 88:13 96:19
96:22 97:3,17
109:3,7,13 111:3
122:3
**radio** 82:20
**radioactive** 35:20
36:2,13 37:6
38:13 45:20
52:24 54:2 70:23
71:9 78:4,12,22
80:3,8,16 85:15
92:23 93:9 104:4
115:16
**radioactivity**
23:17 24:4 71:22
71:25 81:16
82:25 84:11,17
85:5,12 86:20
96:2 108:7,9
**radioisotopes**
45:1 68:11 69:8
**radiological** 86:10
87:1
**radiology** 32:22
87:3
**radionuclide**
71:14 81:6 82:21

**radionuclides** 9:1
49:24 50:1 51:20
53:15 54:7 75:13
75:19 80:25 81:3
83:7 88:2 90:20
90:24 91:2,5
92:10 95:17
96:20 97:14,16
101:11,19
107:18 109:21
122:16
**radium** 35:22
70:18 101:10
102:10 107:8,9
107:15,19,20,23
107:25 108:2,3,8
108:9 109:15,25
110:18 111:4,15
120:8,16 121:3
122:16
**radium-226** 69:23
70:22,25 71:8
**radium-236** 68:13
69:16
**RAGS** 74:21
**range** 47:19 49:9
53:19 54:11,12
56:12 57:15,16
59:18 61:22
**ranged** 49:3
**ranking** 27:3,7
28:1,6
**rare** 57:5
**rate** 90:13,16
**rates** 53:22
105:20 107:4
**ratio** 57:20,21
72:5 104:8,21
105:5,7,7,10,17
105:24 106:3,13
106:18,18,22,25
**rays** 86:18
**reacts** 94:4
**read** 9:4 11:8
19:17 31:19 35:5
36:4 37:21 44:18
45:4,14,25 48:25
49:10 54:22 70:9
70:11 77:11
78:18 81:12
82:11,13 84:3
87:16,16 88:11
91:10 95:16 96:6
96:12 98:18 99:8
102:12,25
104:11 107:16
112:3 115:4
120:2 122:16

126:1
**readily** 27:22
**reading** 41:18
62:24 71:17 83:6
99:14
**ready** 44:10 89:10
**real** 64:11 89:2
100:1,1
**reality** 123:1
**really** 28:16 58:25
86:11 92:6,10
110:10 121:9
**realties** 101:17
**reason** 23:13
78:21 79:1
115:15
**reasonable** 45:2
47:7 48:1,9,13
48:20 49:5
117:18
**recall** 13:22 22:25
23:11 25:22 32:2
32:5 36:9,18,24
37:9 38:5,14
39:9 41:18,24
46:19 54:15 55:4
55:11,15,20 62:3
67:5,10,24 68:16
69:7 70:13 71:5
71:11,20 76:14
77:8,10,12,13
78:13,17,19
79:20 80:11,18
93:4 98:5,8,11
98:13,14,15,25
99:4,9,14,25
100:4 104:18
108:4 117:11
**receive** 93:1
**received** 15:16
16:2 44:25 81:9
102:25 103:10
**recognized** 73:7
**recollection** 99:15
99:17
**record** 5:13 8:21
11:5,15,25 12:8
12:18 13:10 16:5
17:1,20 19:4
22:24 35:6 42:13
43:20,24,25 44:3
64:23 65:1,9
66:21 87:8,11
89:4,7 118:15
119:15 123:25
123:25 124:1,6
125:1,3
**records** 2:5,6,7,8

2:9,10 7:22 9:8
9:16 10:15,15,20
11:2,9,13,20
12:5,11,14,24
13:4,4,7,13,16
13:19 14:2,5,7
14:18 19:1 20:20
23:3,8 66:22
90:4,5 99:12,19
**refer** 7:25 20:5
37:23 38:18
52:14 68:19,22
68:23 76:16,25
82:24 105:2
120:14
**reference** 9:18
97:21 100:13
104:20
**referred** 45:7 73:9
98:5 105:6
**referring** 81:16
85:6 107:8 117:1
**refers** 15:6 37:25
48:3,5 100:14
103:23
**reflects** 63:25
**refresh** 55:20
67:15 70:17 71:2
83:3,19 85:19
**regard** 56:22 68:6
99:9 104:3
**regarded** 64:11
66:1 71:9
**regarding** 12:15
47:12 77:16
78:18
**regardless** 71:9
116:14
**Registered** 5:4
**Registry** 44:22
**regula** 119:25
**regularly** 22:1
**regulatory** 116:8
**relate** 115:8
**related** 21:22 97:7
112:22 116:5
127:12
**relates** 49:23
57:16 108:23
**relating** 91:12
120:8 121:2
**relation** 116:4
**relationship** 29:12
74:2 101:2
**relative** 71:8
73:21 127:13
**relatively** 53:14
102:20 103:5

110:24
**relayed** 31:24
**relevance** 109:12
**relevant** 14:5
19:15 24:5 59:7
71:12 96:21
**reliably** 47:2
**reliance** 82:2,15
**relied** 10:10 11:3
11:23 12:6,15
13:8 15:16 16:3
16:11,24 18:19
19:13 35:7 40:25
41:8 44:14 47:5
54:19 56:20
68:15 70:4 72:21
72:22 77:20
97:22,23 98:2
**rely** 17:23
**relying** 73:11
**REM** 48:2,8
**remains** 46:21
122:7
**remark** 96:8
**remarkable** 23:12
**remedy** 73:21
74:13
**remember** 6:19
20:11 24:19,23
25:20 32:1 36:15
37:4 54:23 67:17
67:18,21 73:4
84:7 96:5,10
98:16 107:19
108:11
**reminder** 87:6
**REMOTE** 1:19
3:18
**remotely** 3:20
127:5
**removed** 20:22
**renal** 22:23 23:15
23:17 24:3 25:6
27:9 28:20 29:13
29:20 30:4,10,20
56:25 57:4,7,9
57:12 92:1 96:9
111:21 120:8
121:3
**rendered** 89:23
**repeat** 7:1 22:10
34:1,17 63:14
70:8 71:24 74:8
80:6 114:6
**repetitive** 97:20
**rephrase** 63:1
**replacement**
34:12

**report** 2:5 8:17
9:20,25 13:2
15:17 16:3,20,24
17:24 18:15,19
19:2,17,20,24
20:6,12,17 24:15
31:5,14 33:21
34:25 35:1,8,12
36:8,10 37:11
38:7,19 39:3
40:9 43:13 45:14
45:25 46:3,4,15
48:11,16 49:1
50:5 52:23 53:9
55:19,22,24,25
56:4,16,17,22
58:14 61:24
62:12,16,20,25
63:3,7,16 68:8
68:17,19,22,23
69:2,3,5 70:1,6
72:12,21,25
75:12,21 77:9
80:19 81:19,20
82:20 83:3,3,19
83:22,23 84:2,25
85:14 87:17
89:24 90:8,18
95:18 96:3 98:4
100:10 102:3
109:10 111:12
111:20 112:8
118:12 119:6,23
120:15
**reported** 80:4,9
112:22 127:8
**reporter** 5:5,5,6
5:21 6:5,10 22:8
70:10,11 87:8
119:14 125:8
126:19 127:1
**Reporting** 5:22
**reports** 10:11
20:25 41:18
72:22 73:10
78:18 98:13
117:11
**represent** 92:12
**represented** 3:24
4:3,6
**Republic** 1:6 3:6
5:17 126:18
**request** 8:24 14:2
**requests** 14:6
42:24
**require** 94:16
**reread** 82:9 103:4
**research** 26:1

28:24 68:25
72:18 73:6 91:7
91:19,21 92:25
96:22 98:13 99:5
120:23
researched 25:19
25:20
reserved 5:8
125:5
reset 44:10
resided 76:4
residence 51:22
resident 75:16,21
80:21
residents 75:13
80:25 81:4 90:21
residue 35:19
100:20
resource 8:8
respect 8:25 18:6
29:12,24 30:2,8
38:23 80:2 88:8
102:1 119:3
respiratory 52:17
responding 6:9
response 8:24
70:20 106:5
120:7,15 121:2
responsive 59:8
rest 57:3 95:4
108:23
restate 112:7
result 22:22 94:13
results 99:7
retained 125:7
reticuloendothe...
94:21
retroperitoneal
53:14
revealed 21:11
reverent 104:24
review 9:24 17:23
17:25 18:9 20:19
23:3 27:21 35:13
38:2 54:20 69:3
89:24 96:1,16
97:10 116:21
reviewed 7:22
9:15,16 10:10,16
10:21 11:3,10,13
11:22 12:6,15,22
12:25 13:7,14,17
13:20 15:16
16:11,24 17:13
18:12,18 19:1
22:24 23:7 26:21
30:19 31:14,15
72:19 74:23

reviewing 76:14
90:7
reviews 29:2,16
revise 22:9
right 8:13,13 10:1
10:17 12:23 13:1
18:16 19:9 24:19
24:22 28:10 33:7
33:11,12,13
36:21 39:14
40:11 44:9 45:21
47:23 48:24
50:24 54:19 58:3
58:5 59:15 62:12
62:19 74:18
77:23 78:7 83:23
84:20 85:22
86:15,22 87:22
88:20 92:19
98:20,21 103:11
105:16,23
106:12,15,21,24
107:7 112:13,24
113:18 114:17
119:6 120:18
122:7 124:25
rigorous 19:14
92:13
Riley 4:5
risk 23:15,20 24:2
24:3,7,11,15
25:6 27:2,3,8,14
27:19,22,24 28:2
28:5 29:1,5,15
29:19 30:20,25
30:25 32:15 48:3
49:8 56:7,12,22
57:15 58:14,16
59:24 60:6,9,10
60:21 61:21,22
61:25 62:1,2,2,6
62:9,17,21,21,22
63:5,16,18,25
64:1,9,10 65:19
66:10 68:15
69:12,16,22,24
70:4,7 72:13
73:16,19,20,25
74:3,10,11,12,20
74:23 75:21 91:3
95:17 100:15
101:2 104:5
106:19 109:4,8
109:14 114:24
114:24 115:2
116:13,17,18,19
117:3,4,21,23,25
119:1,2 120:17

120:18
risks 23:16 28:13
63:4
RME 45:3 49:6
role 101:25
room 124:18
RPR 1:23 3:20
126:19 127:4,18
run 66:4

_____
S
S 3:22
Safer 4:5
safety 87:3
sample 110:19
122:1
saw 89:21 97:12
110:22
saying 8:18 57:20
58:8,15 74:7
76:23 82:14
86:16 98:18
106:17 109:5,22
116:25 117:2
121:18
says 6:11 8:23
11:10 16:22 35:7
36:11 40:2,6
41:25 42:16
44:15 72:21
77:18 81:3 90:23
93:7,11 98:1
109:24 111:13
118:6
scan 14:25
scarring 21:14,17
scenario 47:20
110:8
schedule 123:22
schemes 115:25
116:9
Schnorf 5:20
scholarly 98:10
scientific 19:13
49:12 101:17
116:8 117:18
121:15,18
scientifically
72:19
scolding 87:14
scope 79:6
screen 15:23
43:18 46:10 63:6
screening 73:20
74:11
scroll 12:19
search 37:19
searching 40:21

seasons 40:16
Seattle 6:18
sec 63:10
second 14:13
15:6 31:15,22
32:7 44:9 50:20
54:20 56:8,9
63:8 64:16
102:20 103:4
107:6,23 111:24
119:8 122:24
secondary 32:4
section 2:6 10:8
11:10 35:1 63:7
111:19,22
see 8:14 9:13
11:21 15:23
16:13 17:10 28:8
31:2 33:5 43:8
43:14 44:16
48:12 56:4,13
61:16 64:5,16,17
81:1 83:10 87:18
88:7 89:22 90:24
108:22 109:11
110:12 111:22
seeing 67:10
seen 29:22 30:16
30:22 42:12,19
43:6 60:9,12,24
61:19 76:13 80:2
80:7 93:4
select 92:7
selectly 92:8
sentence 36:11
56:9 75:17 81:12
81:12 82:20 84:3
87:16 90:23
111:24 122:13
SEPTEMBER
127:15
sequence 103:20
series 10:14 70:17
71:2
served 116:20
Service 2:6 10:17
11:2
services 1:6 3:6
5:17 11:9 126:18
set 11:1,18,19
13:1 18:25 72:12
97:20 111:25
115:18
sets 10:20
setting 45:15
98:15
seven 68:25 81:22
81:23 82:1,8

104:6,15 105:1
shape 58:10 120:7
120:14 121:2,5
share 89:19
sheet 90:16
shielded 33:8
shorthand 5:4,5
show 46:16 62:1,1
62:2
showed 23:4 32:3
showing 15:23,24
44:6
shown 100:17
shows 92:23
101:12 116:11
sign 38:25,25
signal 115:5
signature 5:7
125:5 126:2
signed 38:8
significance
27:19
significant 29:25
68:14 81:7,11
82:22 83:9 84:4
87:19 100:4
111:2
significantly
104:5 109:18
signify 102:16
simple 35:7 73:9,9
82:9
simplification
116:12
simply 6:20 42:25
64:10 68:2 72:20
73:19 74:11 78:1
106:13 109:10
110:7
single 53:19
114:25
sir 38:10 58:22
122:9
sit 54:16
site 9:3 35:12,17
35:20 36:20
37:20 44:20 70:5
76:5,11 78:3,11
78:15,18 83:13
83:16
sites 47:14
sitting 27:11
situation 53:25
86:7
situations 116:24
size 52:7 122:1
sizes 110:19
skeptical 26:6

skin 88:11
skipped 10:6
slash 27:5,5
slight 42:18
slightly 112:6
slope 121:6,8,16
slow 82:12
slurring 6:25
small 34:24 53:13
smoke 65:11
smoker 27:14
  65:14 101:5
smokers 100:18
smoking 23:18
  27:4 28:20,24
  100:17,19
snowing 40:14
so-called 87:2
  94:19 105:10
  115:7
Society 25:3
  32:22
soil 35:16,19,22
  81:17 82:25
  83:12,12,14
  84:10,17,17,18
  86:9,13
solution 72:2
solve 43:21,22
solvent 25:9,16
  25:24 26:3,10,11
  26:11,13
solvents 26:15
somebody 8:12
  59:4
someone's 62:5
somewhat 24:1
  110:21
Soper 4:2 5:25,25
  8:18 9:9,22
  10:21 11:19
  12:24 17:14
  19:23 25:12 26:2
  31:21,24 32:7,17
  37:8 41:11 42:10
  43:4 46:18 55:9
  55:21 59:10
  60:16 62:23
  63:11,13 68:4,18
  69:1,19,25 74:14
  76:6 79:6,12
  81:18 82:1,5,13
  82:17 83:1 85:2
  85:23 86:2,4,23
  88:22,24 89:19
  94:8 95:19 96:3
  99:21 101:24
  110:3 111:6

114:2,7 118:2,16
  118:22 119:9,16
  120:4 121:12
  122:8 123:3,10
  123:13 124:4,13
sorry 9:15 11:1
  14:15,16,17
  17:15 22:10
  34:10 38:16 49:5
  60:16,18 65:5
  71:24 73:3 88:23
  90:11 111:3
  112:11,16 113:9
  114:4,24
sort 7:15 88:3
  92:22 116:1
sorts 32:19 84:10
sounded 43:2
source 28:21 36:8
sources 22:19
speak 18:2,5 87:9
specific 27:9 35:2
  49:3 57:17 78:15
  98:24 99:10
  108:24 111:20
  112:1,9 113:15
  115:16
specifically 14:4
  32:7 46:3,15
  49:24 74:7,25
  91:22 92:11,14
  96:20,23 111:15
specificity 108:16
specifics 36:24
  69:7
speculating 24:22
speculation 25:13
  85:3 99:22
speech 76:7
spent 90:7
spoken 7:11
spondylitis 107:9
spot 19:8
spouse 86:17
St 1:1 3:1 5:19
  40:14
standard 87:3
  104:7,20 106:17
  106:25
standardized
  104:23 105:7
  106:22 107:5
start 6:22 8:18
  28:21 49:12 51:1
  55:25 64:12
  79:15 87:9
  123:16 124:4,14
  124:20,21

started 67:20
starting 123:18
starts 10:8 44:14
  90:20
state 1:1 3:1 5:19
  5:23 91:1 109:19
  111:17 119:23
stated 51:22
statement 46:19
  113:3
states 25:25 37:11
  37:11 60:3 72:3
  85:16
statistic 24:19
  60:12
statistical 110:12
  110:19
statistically 111:2
statistics 27:22
  60:4 61:25 62:1
  62:2 71:2
stay 37:18 98:23
stayed 98:1
steer 98:17
step 72:11
STIPULATED 5:1
stone 21:22
stop 41:14,16
  54:3 82:4,16
stopped 88:10
stopping 123:7
stored 35:25
story 101:22
straighten 38:17
stream 52:10
Street 4:5
strength 71:13
  108:16
strike 59:8,22
  64:12 66:14 76:7
  79:15 94:4
strong 30:10,12
structure 115:18
struggle 10:24
studied 28:3
  110:9
studies 24:2
  27:23 28:8,11
  29:1,3,8,23 30:5
  30:16,23 31:1,2
  91:10,22,24 92:2
  92:3,7,9,12
  95:16 96:1,11
  97:5 101:12
  103:9 108:20
  109:1,5,9,12
  110:7,14,16
  111:1,8

study 27:25 28:3
  29:7 93:11 96:8
  96:14 98:16 99:7
  99:8,14 100:24
  102:24 103:14
  103:15,17,23
  104:2,3,10,13,22
  107:6,23 108:15
  109:24 110:14
  110:18,18
  121:10
studying 29:18
subject 33:19,22
  81:6 86:18
subjects 102:24
  103:9,15
Subscribed 126:7
subsequent 9:3
subset 57:11
substance 48:4
  71:10 94:18,19
  95:1,7,8,8
  108:22
substances 44:21
  51:19 94:15,24
substantial 22:2
substantially 59:5
  60:22 118:8
sucking 50:21
sufficient 46:24
suggest 59:22
suggestive 82:3
Suite 3:23 4:3,5
sulfate 35:14,17
sum 47:16 107:18
summary 44:12
  47:20
summers 37:14
  39:4
Superfund 47:13
  48:3,8 73:16,19
  73:24 74:21
Superfunds 74:24
supplement 55:5
supplied 37:12
  38:4 70:5 95:19
support 43:22
supports 108:15
sure 6:22 10:22
  13:3 21:6 22:5
  22:12,18 27:21
  28:1 32:23 34:2
  34:7,8,25 43:20
  44:5 48:15 54:5
  55:10 58:7,9
  59:11,15 60:5
  62:15 63:15 67:1
  69:7 70:9 71:5

80:7,14 83:2,17
  95:23,23 96:21
  104:17 107:17
  108:12 110:7
  114:13
surface 36:3,14
  36:22 37:3,7
  52:6 71:18 72:8
  76:10 80:8 81:17
  82:25
surgeon 20:25
surprised 32:12
survivor 96:14
survivors 96:18
suspended 50:14
  50:15
suspension 92:17
  93:2
swallow 50:11
  52:18
swallowed 51:4
swear 6:6
Swedes 104:15
Swedish 104:2,3
  105:21 107:4
sworn 3:18 6:8
  127:8
syndrome 23:25
  24:10 27:5,16
  30:9
syndromes 29:18
system 62:10
  94:21 95:5,15

                T
T-H-O-R-O-T-R-...
  71:23
tables 55:3,4 56:1
  56:18
take 7:14 22:1
  38:24,25 55:24
  68:24 77:3 88:24
  99:6 108:4 118:5
taken 1:20 5:3
  14:19 21:3,7,9
  23:9 36:10 41:7
  44:2 53:12 64:25
  87:15 89:6 100:5
  126:2,19 127:10
  127:13
takes 70:24 94:6
  116:9
talk 34:19 38:25
  43:9 56:7 64:22
  100:21 104:10
  125:1
talked 52:21 57:19
talking 24:15

39:12 80:23
82:16 85:24 86:7
86:15 87:9 95:19
112:19 118:9
**tar** 100:20
**targeted** 116:10
**task** 116:10
**Taylor** 1:23 3:20
5:4,21 126:19
127:4,18
**TCE** 25:8,8,15,23
26:23,24 27:6
**tech** 43:21
**technical** 6:23
64:18
**technically** 8:3
**teeth** 32:10 33:5
**telemedicine** 43:9
**TELEPHONIC**
126:17
**telephonically**
3:20,23 4:2,4
127:5
**tell** 11:21 12:4
25:16,23 28:17
30:13 57:23
80:13 82:10,11
107:15 123:14
**telling** 82:13
**tend** 37:2
**tends** 50:18
**tens** 110:11
**term** 47:11 48:1
58:14 75:5 80:21
85:6 97:6
**terms** 27:7 28:4
50:2 61:10 73:24
75:13,18 80:25
81:3 90:20
103:13 118:24
**terrible** 67:19
**test** 68:19,21
**testified** 33:18
**testimony** 18:13
18:17 31:22
37:12 41:5 42:15
76:3 118:7
121:13 122:8
126:3
**tests** 7:19 86:10
113:11,19
114:15
**textbooks** 25:1
**texted** 88:25
**TH** 35:22
**thank** 7:3,7 11:7
12:2,23 15:14
16:7,19 17:3,8

17:15 18:24 19:6
19:11 20:18 23:7
31:10 37:10 44:8
46:13 47:6 53:4
53:6 63:12 77:4
80:15 82:18 88:7
91:20 101:20
102:7 103:4,13
107:6 111:10
112:7 114:10
119:19 120:25
123:23 124:21
125:1
**Thanks** 15:25
**theorized** 36:16
**theory** 37:5 72:11
**thing** 15:15 31:11
**things** 16:11
21:10,19,23 23:8
23:22 82:6,8,11
89:15 93:24
94:15,22 95:14
98:2 115:10
122:22
**think** 8:11 12:20
12:21 21:20
22:18 25:20 26:6
27:20 28:24
32:11 39:6 40:9
41:21 45:8,17
47:4 52:14 53:12
53:20 55:3 56:1
57:16 59:5 62:23
63:11 66:3,7
71:4 72:15 73:1
74:6,6 78:21
79:1 80:12 86:6
89:12 90:2 96:7
97:14 98:13,21
99:1 107:17
108:25 109:9,11
109:12,22 112:5
113:8 114:7
115:12 117:10
118:25 123:14
123:16 124:7,13
124:16
**thinking** 84:23
**third** 16:9,10
123:14 124:9
**third-party** 1:11
1:14 3:11,14 4:6
6:4
**thorium** 35:22
70:14 71:22 72:1
72:6,8,13 91:24
92:4,8,11,14,17
93:1,10,11 101:9

102:10,21 103:6
103:23 104:14
109:15,25 111:4
111:14 120:8,16
121:3 122:16
**thorium-230**
68:13 70:19,22
70:25 71:3,6,8
71:19 91:22,25
**thorium-232**
68:13 69:11
**thorotrast** 71:22
72:2,7,7 92:2,12
92:16 93:11 96:7
96:11 102:25
103:10,22 104:4
104:14 106:10
110:17
**thought** 97:12
113:11
**thousands** 110:11
**three** 4:5 23:6
68:11 69:11
124:11
**threshold** 72:14
73:14 74:2 109:3
109:7,14 120:17
121:9,15,19,20
121:23 122:2,6
**throw** 94:22
**time** 5:15 8:2 14:3
18:2,5 20:17
23:6 27:18 29:18
35:25 36:12 37:2
39:6,22 55:24
56:2 61:6 64:22
65:6,14 67:9,19
69:17,17 70:11
70:22 76:14
78:20 81:21
85:24 87:15 90:2
90:7,17 103:16
103:19,20
108:20 119:14
119:17 123:11
123:15 124:6,12
124:13 127:10
**times** 37:17
**timing** 44:19
**tissue** 21:15,24
51:12 52:12,13
53:16 75:4
102:10
**titled** 35:2
**today** 27:11 30:18
54:16 90:3 122:7
124:6
**Today's** 5:14

**tomorrow** 123:9
123:11 124:14
**tons** 35:14,15,16
39:12
**tool** 45:16
**toolbox** 45:16
**top** 14:12 15:5
19:8 20:2 43:14
98:21 119:22
120:5
**topic** 77:24
**total** 124:16
**toto** 41:8
**tough** 27:20
**toxic** 44:21 45:10
**toxicologists**
93:20
**toxicology** 108:19
114:14
**track** 52:20
**tract** 51:5
**trained** 8:7
**transcribed** 5:7
**transcript** 2:15
16:12 31:13,15
31:17,18 97:20
126:1,3 127:9,10
**transcription**
127:9
**transfer** 75:1
**transform** 95:7
**transitional** 57:4
**translated** 127:9
**translates** 41:9
50:2
**translocate**
101:15
**transported** 35:19
**transporter** 94:17
**trash** 37:19 40:21
**treated** 107:8,23
**treatment** 108:1
**tree** 52:17 88:25
**trespassing** 75:25
**trichlorethylene**
24:8 25:8 26:8
**trichloroethylene**
26:17 28:13
**tried** 36:4
**tries** 121:22
**truck** 39:15
**trucked** 39:19
**trucks** 37:20
39:23 40:22 79:2
**true** 29:19 30:23
36:16 38:22
46:23 47:3 51:19
51:20 60:15 61:4

72:15 93:17
94:10 98:1
105:10 106:22
107:2 114:17
117:22 118:3,8
120:9 122:9
126:2 127:10
**try** 8:15 29:8,14
30:24 43:22
47:16 64:18 74:9
74:10 87:17
88:15 90:14
94:20,21,24 95:6
95:13,21 98:23
99:5 105:13
108:5,5 114:8
115:21
**trying** 45:8 82:22
96:19 97:20
101:8 111:12
115:6 124:17
**Tulane** 2:8 12:2,5
**tumor** 20:21
**turn** 111:19
**twice** 64:10
**two** 23:6 37:16
48:2 53:23 68:11
110:16 122:22
**two-thirds** 90:21
**type** 57:9 108:19
109:16
**types** 49:25 51:19
**typewriting** 5:7
**typical** 58:25 86:8
86:25 116:6
**typically** 33:3,7
52:17 53:24
74:16 85:7
100:18 101:6
115:7 116:1

---

**U**

**U238** 35:21
**U308** 35:15,18
**ubiquitous** 28:15
**uh** 113:9
**unable** 68:2
**uncertain** 122:7
122:21
**uncertainties**
120:6 121:4
122:13
**uncertainty** 100:5
120:1,12,13
122:10,19
**unclear** 23:22
121:7
**undercut** 66:11

underpin 101:17
understand 8:6
  14:21 29:1 45:6
  45:12 47:10
  48:15 49:22 54:1
  56:16 76:3,9,10
  77:2 99:4,5
  101:9 109:17,22
  115:8
understanding
  7:4 42:1 47:6
  49:16 59:20 76:8
  77:5,18 97:23
  101:10
Understood 92:16
  106:17
unexposed 117:5
unfortunately 8:7
  94:24
unit 34:16 71:3,14
United 25:24 60:3
  72:3 85:16
University 2:8
  12:3,10,14
unplanned 65:4
unwinding 49:12
uranium 35:18,21
uranium-236
  68:12 69:11
uranium-238
  68:12 69:10
  70:15
urinary 95:4
urine 95:2
USA 5:22
usable 109:1
usage 99:11,13,18
use 8:7 26:4,5,9
  33:15 34:3,5
  46:4 58:14 59:17
  64:21 68:25
  76:19,23 96:6
uses 26:18 34:19
  41:3
usual 32:20 87:2
UT 2:10 13:4,7

V

vague 12:21 48:19
  95:21
valid 72:19,19
value 24:13 53:19
values 45:4 49:6
  84:17
variation 42:14
various 45:11
  47:16 95:10
  115:10

vegetated 79:19
verbatim 36:9
versus 5:17
  100:25 105:18
video 1:19 3:18,20
  7:11 126:17
  127:5
videographer
  5:13,21 6:5
  43:25 44:3 46:9
  46:12 64:20,23
  65:1,5,8 89:4,7
  119:13 123:24
  124:3,10,10
  125:3
videotaped 1:19
  3:18 5:14 126:17
view 57:11 72:13
viewed 31:8
visit 37:17,18
visited 44:20 76:4
visiting 36:1,12
voluntarily 33:4
vs 1:5,12 3:5,12
  126:18
vulnerable 53:15

W

waiting 50:1
walking 86:16
walks 85:10
want 14:20 15:9
  15:11 20:16
  36:11 55:21,23
  55:25 56:7 59:17
  61:21 68:25
  90:21 104:10
  115:5 119:17
  122:12 123:13
  123:16,24,25
  124:9
wanted 24:24
  27:13 28:7,19
  29:14 30:2,24
  115:11
wants 68:22,23
wasn't 59:8 63:8
waste 47:14 82:8
wasting 81:21
watch 37:20
watching 40:21
water 95:9
Watson 4:4 6:3,3
  46:7 124:24
way 13:18 29:14
  33:18,22 45:9
  47:15 48:18 52:8
  52:8,12 76:1,2

76:16 90:22 94:3
  109:24 113:20
  116:3 117:5
ways 48:2 83:16
  116:6
we'll 8:13,15
  43:21 66:13
  81:22,22 119:13
  119:13,17,18
  123:9 124:22
we're 10:23 19:10
  20:4 39:11 43:12
  56:9 65:4,8 89:7
  96:19 102:6
  112:18 119:9,10
  119:11 123:7
  124:11
we've 75:5
weak 71:9
website 25:3
week 37:17
weekends 37:14
  39:5
weeks 23:6
welcome 68:23
went 40:12 41:25
  97:24,25
weren't 67:19
West 4:2,5
Westlake 9:2
  35:11,19 37:13
  42:9,16,20 45:1
  48:14,21 63:22
  70:5 71:19 72:8
  75:22 76:4,11
  78:3,11,15 79:14
  79:17 80:3,8,16
  81:4 117:24
William 3:23
window 34:15
winter 40:13
withdraw 105:25
  106:2,5
witness 5:8,9 6:6
  42:14 46:11
  117:9 123:21
  124:20 126:1
  127:8,11
word 75:16 103:2
  106:24,25 112:5
  114:25
wording 38:6,7
words 6:25 10:9
  82:23 90:20
  106:3
work 45:19 48:19
  54:18 74:24
  89:24 95:19

96:16 97:1,10,21
  115:15,19,22
worked 45:15
worker 97:5
  115:17
workers 92:9
  115:14
working 25:10
  26:20 34:10
  37:20 40:22
  95:23,23
works 124:24
world 62:8 63:18
  85:5 109:16
worse 67:20 92:12
worst 47:20
wouldn't 32:12
write 15:16 16:3
  98:4
writing 8:23 16:24
  19:2 117:11
writings 98:10
written 33:21
  37:23 98:10
wrong 6:21 25:21
  53:8 85:22 86:22
  112:11
wrote 18:6 52:23
  53:9 83:22
  106:24,25
  112:14,14

X

X 109:21
x-ray 14:23
x-rays 19:14
  31:25 32:2,10,16
  32:21,25 33:1,8

Y

Y 109:21
yeah 12:19 13:2
  22:9 23:18 24:18
  24:22 26:14
  28:23 32:11 34:9
  46:19 48:25
  49:20 51:11
  55:11 56:3,6
  58:11 59:17 60:8
  60:18 61:18
  64:17 65:5,8
  73:4,23 86:24
  110:7 111:8
  114:8 116:20
  119:19 124:17
year 6:18 34:5
  36:19,22 40:17
  45:18 55:2,6,8

55:14,15,18
  85:17,21 86:20
  88:18,18 99:2
years 13:24 38:10
  38:11 54:13
  69:24 79:19,24
yellow 100:19,22
  100:24,25 101:1
  101:3,6
Yep 53:5 84:1
  89:11
yielding 104:7
young 59:2 60:21
  66:25

Z

Z 109:21
zapped 33:12
zillions 99:2
zone 124:9

0

0-0-0 5:11
0.05 35:18
0.1 35:18
03 49:4,13,13
084.004538 1:23

1

1 2:5 8:5,17,17,20
  11:8 14:10 15:4
  15:12,17 16:8
  17:5 19:8 20:2
  31:4 37:11 43:13
  44:6 49:1 58:16
  58:16,21 59:5,13
  59:13 60:22 62:6
  62:16,20 63:4,17
  75:11 80:20
  90:19 91:8 106:1
  117:25
1,000 69:24 90:16
1.0 106:3
1.4 104:10 105:3,3
  105:11 106:23
1.5 49:9 56:13
  57:15,20 61:24
1:00 119:17 123:8
1:02 64:24
1:06 65:2
1:46 89:5
1:56 89:8
10 2:11 15:21 16:1
  16:4 63:11
  119:23 120:5
  121:1
10,000 49:9 56:13
  57:15,15 58:20

**59**:14,20 60:6
61:24 62:21 63:4
63:17 67:25
**100** 34:15 55:18
**100,000** 62:17
**1067** 1:24
**11** 2:6,7,7,11
18:22 19:3 23:5
**11:21** 3:19 5:15
**12** 2:9,10 20:10
**12:21** 44:1
**12:26** 44:4
**12th** 20:20
**13** 2:10,12 16:16
16:23,25 37:16
39:5 42:2
**15** 2:12 17:10,19
18:6
**16** 2:11,12 17:12
17:14 35:8
**17** 2:12
**18SL-CC00803-01**
1:5 3:5
**18SL-CC0080301**
5:18
**19** 2:11
**1970s** 25:24
**1973** 13:25 14:3
35:13 36:2,13,17
37:5,14 38:10
39:18 40:2,18
42:9,22 54:14
63:22 69:17 77:6
79:18
**1976** 80:4,9,17
**1977** 80:5,10
**1978** 13:25 14:3
37:15 38:11
40:18 41:13,16
42:9,22 54:3
63:22 77:6 79:18

___ **2** ___
**2** 10:4 14:12 15:5
49:9 57:15,20
61:24 106:12
**2.0** 56:13
**2:45** 123:11,14
**2:55** 3:19 125:4
**20** 90:5 124:11
**2006** 13:21 14:19
66:2,20
**2013** 20:10,20
**2020** 1:20 3:19
5:15 16:13,22
17:13 31:18 35:8
40:7 126:2,7,19
127:15

**20s** 67:23
**2200** 3:23
**221** 4:2
**226** 35:22
**230** 35:22
**2345** 3:23
**238** 59:21 60:6
67:25
**24** 16:12,22 40:7
90:5
**24th** 16:21 31:18
**2900** 4:5

___ **3** ___
**3** 10:5 14:13 15:6
19:8
**3,050** 54:12
**3,060** 49:14 57:21
**3,940** 49:14 54:12
57:21
**3.06** 49:3,13
**3.4** 104:8 105:8,15
105:23 106:7,13
106:25 107:1
**3.94** 49:4,13
**300** 98:12,18
**31** 1:20 3:19
126:19
**31st** 5:15 126:2
**39,000** 35:16

___ **4** ___
**4** 1:6 2:5 3:6 10:19
10:22 11:4 20:2
31:7 35:1
**400** 4:3
**42** 24:20,21 58:16
58:21 59:6,13
60:23
**432** 104:3,15
105:21 106:8
107:4
**45** 24:20,21 58:16
59:13 124:5,15
**47** 54:13 59:2 61:2
61:9 119:2
**47,700** 39:12

___ **5** ___
**5** 2:6 11:12,14
43:13 44:6,12
48:25
**500** 55:7,13

___ **6** ___
**6** 2:7 11:21,24
68:10
**600** 85:21 86:21

**90**:10,12
**60602** 4:6
**64** 60:20 61:5,9,13
61:14,15,15
**64050** 4:3
**64108** 3:24

___ **7** ___
**7** 2:2,8 12:4,7
35:15 75:11
80:20 87:17
90:19 106:18
107:1
**7.0** 104:10 105:3,4
105:12 106:23
**7/24/20** 2:12
**70** 4:5
**78** 69:17

___ **8** ___
**8** 2:5,9 12:12,13
12:17 37:15 39:5
42:2 102:3
**8,700** 35:14
**8/16/20** 2:13
**8:00** 123:18
124:20,21
**899** 107:8,22
108:8
**8th** 127:15

___ **9** ___
**9** 2:10 13:5,9
111:20 112:8
119:22
**9:00** 123:9,14,19
124:5,14
**90** 57:3
**93** 57:3
**95** 104:8,9 105:2,8
105:11 106:20