# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| PAMELA BUTLER, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 4:18-cv-01701-AGF |
| | ) |
| MALLINCKRODT LLC, et al., | ) Lead Case |
| | ) |
| Defendants. | ) |

## JOINT NOTICE REGARDING INDIVIDUAL DISCOVERY

Pursuant to item no. 4 of the Court's Case Management Order No. 3 dated July 21, 2021 (Doc. #45), the parties provide this Joint Notice Regarding Individual Discovery.

**Agreement to delay individual discovery until the resolution of common issues.**

Case Management Order No. 3, item no. 4, ordered the parties to submit a "joint notice listing all outstanding individual discovery and a schedule for completing such discovery or, if the parties agree, a joint statement indicating that the parties wish to delay such individual discovery until after the resolution of common issues."

The parties have agreed to delay individual discovery until after the resolution of common issues.

Dated: September 20, 2021

Respectfully submitted,

/s/ Jonathan Soper
    Kenneth B. McClain #32430
    kbm@hfmlegal.com
    Jonathan M. Soper #61204
    jms@hfmlegal.com
    Colin W. McClain #64012
    cwm@hfmlegal.com
    221 W. Lexington, Suite 400
    P.O. Box 900
    Independence, Missouri 64050
    (816) 836-5050
    (816) 836-8966 FAX

ATTORNEYS FOR PLAINTIFFS

/s/  David R. Erickson
    SHOOK, HARDY & BACON LLP
    David R. Erickson, # 31532MO
    Steven D. Soden, # 41917MO
    Anthony R. Martinez, # 61791MO
    2555 Grand Boulevard
    Kansas City, MO  64108-2613
    Telephone: 816.474.6550
    Facsimile: 816.421.5547
    derickson@shb.com
    ssoden@shb.com
    amartinez@shb.com

ATTORNEYS FOR DEFENDANT
MALLINCKRODT LLC

/s/  Brian O. Watson
    Brian O. Watson, #68678MO
    Jennifer Steeve, #308082CA
    Lauren E. Jaffe, #6316795IL
    RILEY SAFER HOLMES & CANCILA LLP
    70 W. Madison St., Ste. 2900
    Chicago, Illinois 60602
    (312) 471-8700 (main)
    (312) 471-8701 (fax)
    ecasmere@rshc-law.com
    bwatson@rshc-law.com
    jsteeve@rshc-law.com
    ljaffe@rshc-law.com

ATTORNEYS FOR DEFENDANT
COTTER CORP. (N.S.L.)

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 20th day of September 2021, I electronically filed the above with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

*/s/ Brian O. Watson*