UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| PAMELA BUTLER, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 4:18-cv-01701-AGF |
| | ) | |
| MALLINCKRODT LLC, et al., | ) | Lead Case |
| | ) | |
| Defendants. | ) | |

**CASE MANAGEMENT ORDER NO. 4 REGARDING**
***BUTLER v. MALLINCKRODT LLC*, NO. 4:18-CV-01701-AGF, ET AL.**

In accordance with the parties' Joint Notice Regarding Individual Discovery (ECF No. 66), in which the parties state that they have agreed to delay individual discovery until after the resolution of common issues,

**IT IS HEREBY ORDERED** that the following amended schedule shall apply in these cases:

1. *Daubert* motions with respect to common issues have already been filed, and the deadline to file responses has been extended. Responses are currently due no later than **September 29, 2021**, and any reply shall be filed within **14 days** of any response (and no later than **October 13, 2021**). *Daubert* motions and responses thereto may be up to 25 pages in length.

2. Any motions for summary judgment or motions for judgment on the pleadings with respect to common issues must be filed within **21 days** of the ruling on the last *Daubert* motion, if not filed sooner. Responses shall be filed within **28 days** of any motions, and any reply shall be filed within **14 days** of any response.

3. After the Court rules on dispositive motions on common issues, it will transfer any remaining cases back to the original judge(s) for individual discovery; *Daubert* and dispositive motions on individual issues, including damages; and/or for

trial.

Except as modified herein, the previous Case Management Order entered by the Court shall remain in effect.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 24th day of September, 2021.