# EXHIBIT B



**Pohlman**USA®
Court Reporting and
Litigation Services

---

James T. Wells, Ph.D.

October 17, 2019

---

Pamela Butler, et al.

vs.

Mallinckrodt, Inc., et al.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF MISSOURI

EASTERN DIVISION

```
------------------------x
                        )
PAMELA BUTLER, et al.   ) No. 4:12-CV-00361-AGF
                        ) Lead Case
            Plaintiffs, )
                        )
     v.                 )
                        )
MALLINCKRODT, INC.,     )
et al.,                 )
                        )
            Defendants. )
                        )
------------------------x
```

VIDEOTAPED DEPOSITION OF JAMES T. WELLS, Ph.D.

LOS ANGELES, CALIFORNIA

THURSDAY, OCTOBER 17, 2019

9:05 A.M.

Job No.: 213918

Pages: 1 - 343

Reported by: Leslie A. Todd, CSR #5129 and RPR

```
 1      Deposition of JAMES T. WELLS, Ph.D., held

 2   at the offices of:

 3

 4

 5            MORGAN, LEWIS & BOCKIUS, LLP

 6            300 South Grand Avenue

 7            22nd Floor

 8            Los Angeles, California 90071

 9

10

11

12

13

14      Pursuant to notice, before Leslie Anne Todd,

15   Court Reporter No. 5129 in and for the State of

16   California, who officiated in administering the

17   oath to the witness.

18

19

20

21

22

23

24

25
```

```
 1                    A P P E A R A N C E S

 2

 3   ON BEHALF OF PLAINTIFFS:

 4        KENNETH B. McCLAIN, ESQUIRE

 5        HUMPHREY, FARRINGTON & McCLAIN, P.C.

 6        221 West Lexington

 7        Suite 400

 8        Independence, Missouri 64051

 9        (816) 836-5050

10

11   ON BEHALF OF THE DEFENDANT MALLINCKRODT, INC.:

12        JASON M. ZAGER, ESQUIRE

13        STEVEN D. SODEN, ESQUIRE

14        SHOOK, HARDY & BACON LLP

15        2555 Grand Boulevard

16        Kansas City, Missouri 64108-2613

17        (816) 474-6550

18

19   ON BEHALF OF DEFENDANT COTTER CORPORATION:

20        JOHN McGAHREN, ESQUIRE

21        MORGAN, LEWIS & BOCKIUS

22        502 Carnegie Center

23        Princeton, New Jersey 08540-6241

24        (609) 919-6641

25
```

1            A P P E A R A N C E S (Continued)

2

3    ALSO PRESENT:

4         ARTHUR S. ROOD, MS

5            (Risk Assessment Corporation)

6         PETER KALISCH, Videographer

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    C O N T E N T S

 2   EXAMINATION OF JAMES T. WELLS, Ph.D.        PAGE

 3       By Mr. Zager                            9

 4       By Mr. McGahren                         226

 5

 6

 7                  E X H I B I T S

 8               (Attached to transcript)

 9   WELLS DEPOSITION EXHIBITS                   PAGE

10   No. 1    Amended Notice of Videotaped

11            Deposition                         10

12   No. 2    Expert Report of James T. Wells,

13            PhD, PG in the matter of McClurg,

14            et al. V. Mallinckrodt, Inc.,

15            et al., March 31, 2019             14

16   No. 3    File of documents brought to the

17            deposition by the witness          53

18   No. 4    Data Capture Document Discovery and

19            Review, ORAU Team, Dose

20            Reconstruction Project for NIOSH   86

21   No. 5    Letter re Source Material License,

22            Bates COTTER00000655 to 00000657   102

23   No. 6    Technical Services Division

24            Backfit, Bates COTTER00000708 to

25            00000710                           105
```

```
 1                    E X H I B I T S (Continued)

 2                   (Attached to transcript)

 3   WELLS DEPOSITION EXHIBITS                     PAGE

 4   No. 7     Uranium Contamination at Airport

 5             Storage Area by Paul B. Klevin,

 6             November 1, 1948                    162

 7   No. 8     Data Capture Document Discovery and

 8             Review, RIASP Medora, Bates

 9             RAC028251 to 028256                 177

10   No. 9     Table 1. Materials Stored at

11             St. Louis Airport Storage Site      180

12   No. 10    Data Capture Document Discovery,

13             8-6-04, Bates MLCT_TParty_0000506

14             to 0000519                          194

15   No. 11    Federal Register, Volume 25,

16             Number 174, September 7, 1960       196

17   No. 12    Data Capture Document Discovery and

18             Review, ORAU Team, Dose

19             Reconstruction Project for NIOSH,

20             1/11/05                             209

21   No. 13    Supplemental Expert Report of

22             James T. Wells, PhD, PG, in the

23             Matter of McClurg, et al. v.

24             Mallinckrodt, Inc., et al.,

25             August 1, 2019                      221
```

```
 1                    E X H I B I T S (Continued)

 2                   (Attached to transcript)

 3   WELLS DEPOSITION EXHIBITS                    PAGE

 4   No. 14   United States Atomic Energy

 5            Commission to Cotter Corporation,

 6            12-4-70                             255

 7   No. 15   April 7, 2018 report:

 8            Reconstruction of Plaintiff Doses

 9            Associated with Residues Stored

10            at the St. Louis Airport Storage

11            Site and the Hazelwood Interim

12            Storage Site and Critique of

13            Opinions of Dr. Cheremisinoff,

14            Ms. Sears and Dr. Clark           305

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                 P R O C E E D I N G S

 2                 --------------------

 3              THE VIDEOGRAPHER:  We are on the record.

 4    This is the videotaped deposition of Dr. James

 5    Wells.  Today's date is October 17, 2019, and the

 6    time is 9:05 a.m.

 7                 This is the case of Pamela Butler,

 8    et al., versus Mallinckrodt, Inc., et al.  The

 9    case number is 4:12-CV-00361-AGF pending in the

10    United States District Court for the Eastern

11    District of Missouri, Eastern Division.  This

12    deposition is being held at Morgan, Lewis and

13    Bockius, LLP, at 300 South Grand Avenue, 22nd

14    Floor, Los Angeles, California 90071.

15                 My name is Peter Kalisch, the

16    videographer, associated with Pohlman USA Court

17    Reporting, located at 10 South Broadway,

18    Suite 1400, St. Louis, Missouri.  The court

19    reporter is Leslie Todd, also with Pohlman USA

20    Court Reporting.

21                 Counsel, will you please state your

22    appearances.

23              MR. McCLAIN:  On behalf of the

24    plaintiffs, Ken McClain.

25              MR. ZAGER:  Jason Zager on behalf of
```

1   Mallinckrodt, Inc.

2           MR. SODEN:  Steve Soden on behalf of

3   Mallinckrodt.

4           MR. McGAHREN:  John McGahren on behalf

5   of Cotter Corporation.

6           THE VIDEOGRAPHER:  Will the court

7   reporter swear in the witness, please.

8               JAMES T. WELLS, Ph.D.,

9       and having been first duly sworn,

10      was examined and testified as follows:

11                  EXAMINATION

12  BY MR. ZAGER:

13      Q    Sir, would you please state your name

14  for the record.

15      **A    My names is James Wells.**

16      Q    And you are a Ph.D., correct?

17      **A    Correct.**

18      Q    Dr. Wells, you understand that you've

19  been retained as an expert for the plaintiffs in

20  this case?

21      **A    I understand that, yes.**

22      Q    And are you here to testify regarding

23  your two expert reports that you have authored in

24  this particular case?

25      **A    Yes.**

```
 1        Q    Okay.  I understand you've given some
 2   depositions before; is that correct?
 3        A    I have.
 4        Q    Given that you're experienced in this
 5   process, I'll kind of dispense with the normal
 6   ground rules that we talk about with witnesses.
 7   The one thing that I would just remind you is if
 8   at any point in time I ask a question that you
 9   don't understand or if I use a term that you don't
10   understand, will you please let me know?
11        A    Yes, I will.
12        Q    Do you understand that if I ask a
13   question or if one of the other attorneys ask a
14   question and you provide an answer, that someone
15   reviewing the transcript, whether it's the jury or
16   the judge, is going to believe that you understood
17   the question and provided a responsive answer?
18        A    Okay.  I understand that.
19             (Exhibit No. 1 was marked for
20             identification.)
21   BY MR. ZAGER:
22        Q    Sir, I'm going to hand you what I've
23   marked as Exhibit 1.  Go ahead and take a look at
24   that and tell me if you recognize that document.
25        A    Yes, I do recognize this document.
```

1          Q     What do you recognize Exhibit 1 to be?

2          **A     I recognize this to be the notice for**

3     **this deposition.**

4          Q     If you turn to the last page of

5     Exhibit 1, there's Exhibit A that asks for you to

6     bring certain documents with you to the

7     deposition.

8                Do you see that?

9          **A     I do.**

10         Q     Have you reviewed the Exhibit A to

11    Exhibit 1?

12         **A     I have.**

13         Q     Have you brought the documents with you

14    today that are requested here?

15         **A     Well, I believe that certain technical**

16    **documents have already been provided.  So I did**

17    **bring some documents with me today that I -- I**

18    **think you have not received thus far.**

19         Q     Okay.  The technical documents you're

20    referring to, were those all produced in

21    discovery, to your understanding?

22         **A     To my understanding, yes.**

23         Q     Are the technical documents that were

24    produced in discovery all identified in your

25    reports in your footnotes?

```
 1          A     Yes, they are.

 2          Q     You did not bring those with you today,

 3    fair?

 4          A     That's correct, I didn't.

 5          Q     The documents that you brought with you

 6    today, I believe first you brought your invoices,

 7    correct?

 8          A     Correct.

 9          Q     All right.  We'll talk about those in a

10    little bit more detail later.

11                You also brought a copy of, I believe,

12    your signed confidentiality agreement?

13          A     That's right.

14          Q     You brought a copy of a contract, I

15    believe, between you and Mr. McClain's firm,

16    although I think you said it wasn't signed yet,

17    fair?

18                MR. McCLAIN:  Well, that copy is not

19    signed, but I was saying that I don't know whether

20    there is a signed copy, but --

21                MR. ZAGER:  Okay.

22                THE WITNESS:  The copy I brought wasn't

23    signed.  I couldn't find a signed copy.  I

24    actually think there is one, but I couldn't find

25    it as I was gathering these documents yesterday.
```

```
1              MR. McCLAIN:  I don't know whether there
2   is or not.  I was just --
3              THE WITNESS:  That's fair.
4              MR. McCLAIN:  -- giving a bad joke
5   for -- from an expert's point of view.
6   BY MR. ZAGER:
7       Q    Did you, I believe, also bring two
8   copies -- or a copy of each of your reports, fair?
9       A    I did.
10      Q    Okay.  Did you bring any other documents
11  with you here today?
12      A    No, I didn't.
13      Q    Did you make any notes while you were
14  working on this case?
15      A    To some degree I made notes in that --
16  that as I was beginning to write my report, I --
17  the way I usually write a report is I'll develop
18  sort of like a written outline, and then I fill in
19  that outline.  So there are -- there -- along the
20  way, the draft of the report started out kind of
21  as a skeletal outline and then continued until it
22  was the complete report.
23      Q    Did you make any handwritten notes while
24  you were working on this case?
25      A    I don't think so.
```

```
 1        Q     You mentioned the technical documents.
 2   Did you print out any of the technical documents?
 3        A     Yes, I did print out some of the
 4   technical documents.
 5        Q     Did you make any handwritten notes or
 6   highlights in the margins on the technical
 7   documents that you printed out?
 8        A     I don't believe so.
 9        Q     Okay.  So other than the technical
10   documents which we've already discussed, you
11   believe that you brought everything that you have
12   that's responsive to Exhibit A to the Exhibit 1,
13   your deposition notice, fair?
14        A     I believe that's fair.  Just -- I'll
15   just note item number 12 is my current resume, and
16   that's attached to the first of my reports.
17        Q     Okay.  All right.  We may come back to
18   that at some point, but you can set that aside for
19   now.
20        A     Okay.
21        Q     You told us that your CV is actually
22   attached to your first report, correct?
23        A     Yes.
24              (Exhibit No. 2 was marked for
25              identification.)
```

```
 1    BY MR. ZAGER:

 2         Q    I'm going to hand you what I marked as

 3    Exhibit 2.

 4              Go ahead and take a look at that.

 5         A    (Peruses document.)

 6         Q    Do you recognize Exhibit 2?

 7         A    I do recognize this.

 8         Q    What is Exhibit 2?

 9         A    Exhibit 2 is a copy of my first expert

10    report in this case dated March 31st, 2019.

11         Q    Okay.  Does Exhibit 2 contain a copy of

12    your CV, as you mentioned?

13         A    Yes, it does.

14         Q    Let's go ahead and turn to that.  I

15    believe it's Appendix A to Exhibit 2.

16         A    Yes.

17         Q    First, is there anything that needs to

18    be updated to this CV since it was provided with

19    your March 31st, 2019, report?

20         A    (Peruses document.)

21              The only thing that I see that I should

22    tell you about is I -- I actually did participate

23    in another deposition, actually just last week,

24    and that's obviously not listed here.

25         Q    Okay.  What was the case that you gave
```

```
 1   the deposition in last week?

 2       A    Well, I call it the Wedron, Illinois

 3   case.  I'm not sure what the official title is.

 4       Q    What type of case is the Wedron,

 5   Illinois case?

 6       A    It's a contamination case.  It's a --

 7   it's a case of soil and groundwater contamination

 8   that spread on -- onto and under people's homes.

 9       Q    The Wedron, Illinois case, does it

10   relate to any alleged contamination with

11   radioactive materials or radionuclides?

12       A    No, it doesn't.

13       Q    Okay.  Other than adding the deposition

14   from the Wedron, Illinois case, is there anything

15   else that needs to be updated about your CV or

16   your testimony list?

17       A    I don't believe so.

18       Q    Okay.  I know it's in the -- in the CV,

19   but why don't you just go ahead and give me your

20   educational background, a thumbnail sketch.

21       A    Okay.  Well, I have a bachelor's in

22   earth sciences from Dartmouth College way back in

23   1981.  And then my master's in geology and my

24   Ph.D. in geology are from the University of

25   Washington, and I finished up my graduate studies
```

1    in 1990.

2         Q    Your graduate studies were a Ph.D.?

3         A    Master's and Ph.D.

4         Q    You have a master's and Ph.D. and then

5    you --

6              I'm sorry, you have a master's in

7    geology, correct?

8         A    Correct.

9         Q    And you also have a Ph.D. in geology?

10        A    Correct.

11        Q    What coursework have you taken related

12   to radiation, if any?

13        A    I haven't taken any coursework

14   specifically related to radiation.

15        Q    Have you taken any courses in health

16   physics?

17        A    No.

18        Q    Have you taken any courses specific to

19   radiation safety?

20        A    No, I haven't.

21        Q    Okay.  If you were to meet me at a

22   cocktail party, for instance, how would you

23   describe your line of work or your expertise?

24        A    I would describe myself as an

25   environmental geologist, and I would describe

1    myself as an expert in contaminant fate and

2    transport.

3         Q    What is contaminant fate and transport?

4         A    Contaminant fate and transport broadly

5    is the study of how contaminants released to the

6    environment migrate, how they might spread from a

7    point of release out into the environment, into

8    groundwater, into soil, into surface water,

9    sediments, things like that.

10        Q    In your work are there particular

11   contaminants that you normally work with?

12        A    In my work we -- we really address any

13   contaminants that, you know, clients have a

14   problem with.  I'm not, per se, a chemist but,

15   rather, an environmental geologist.  So I'm -- I'm

16   the guy that's on the fate and transport side of

17   things.

18        Q    When you work on a fate and transport

19   case like you just described, what does -- what do

20   you typically do?  What are your duties?

21        A    Well, it really all depends on the needs

22   of -- of our clients.  But very broadly, my work

23   involves -- outside of litigation support,

24   involves evaluating and characterizing a site, so

25   trying to understand the nature and extent of

1    contamination at a site.  Oftentimes it's

2    important to try to understand whether or not

3    contamination has spread off some particular

4    property where it might have originated.

5              And then we advise clients on how to

6    comply with the relevant regulations.  And if

7    cleanup is necessary, we evaluate mediation

8    technologies and strategies that might be

9    appropriate for cleaning up the site.

10        Q    Do you perform any dose reconstruction?

11        A    No, I don't.

12        Q    Okay.  That would be the purview of a

13   toxicologist or some other expertise?

14        A    I would agree with that.

15        Q    Okay.  You note on your CV your

16   professional societies that you're a member of.

17   Are you a member of any professional societies

18   that are specific to either radiation measurement

19   or radiation safety?

20        A    No, I'm not.

21        Q    Are you a member of the American Board

22   of Health Physics?

23        A    No.

24        Q    What about the Health Physics Society?

25        A    No, I'm not.

```
 1        Q     You note that you're a licensed
 2   geologist in the state of California?
 3        A     Correct.
 4        Q     Do you have any other licenses that you
 5   believe are pertinent to this case?
 6        A     No, I don't.
 7        Q     Okay.  You currently work for
 8   L. Everett & Associates?
 9        A     That's correct.
10        Q     How long have you been with L. Everett &
11   Associates?
12        A     Well, I -- I helped form that company
13   with my senior partner, Dr. Lorne Everett, about
14   nine years ago.
15        Q     Okay.  So approximately 2010?
16        A     Correct.
17        Q     I'm sure this is probably going to touch
18   on what you've already told us, but what kind of
19   work does L. Everett & Associates perform?
20        A     The very kind of work I -- I discussed
21   earlier.  We work on sites that have
22   contamination, either in soil or groundwater or
23   surface water.  We conduct site characterization
24   activities to try to understand and better define
25   the nature and extent of contamination.  We'll
```

1    oftentimes work toward trying to understand the

2    source of contamination, because sometimes it's

3    not so obvious and sometimes there might be

4    multiple sources or multiple releases.

5              And then we try to guide our clients

6    through the regulatory process, so we interact

7    with regulatory authorities, either at the federal

8    or state or local level.  That oftentimes involves

9    meetings and writing reports.  And then if a site

10   is found to require cleanup, if the levels of

11   contamination are too high to be protective of

12   human health or the environment, we'll also engage

13   in remedial planning.

14        Q    You mentioned that you do some

15   litigation work and you do non-litigation work.

16   Is that fair?

17        A    That's fair.

18        Q    Is there a breakdown in your work at

19   L. Everett & Associates between those?  I mean, do

20   you do 20 percent one and 80 percent the other, or

21   what would be the ratio between those?

22        A    I don't really have that in my mind in a

23   quantitative way, but I would say that probably

24   these days about 40 percent of my work is spent on

25   projects where I've been designated as an expert.

1        Q    An expert witness in litigation.

2        **A    Right.**

3        Q    Okay.  So you believe the -- currently

4    as you sit here today in October of 2019, the bulk

5    of your work is litigation work.

6        **A    Well, 60 percent is other kind of work,**

7    **so I wouldn't say the bulk is, but, you know,**

8    **40 percent is a fair amount.**

9        Q    Okay.  You mentioned in your report that

10   when -- that you used the methodology in this

11   particular case that you use in your

12   non-litigation work.  Do you recall saying that?

13       **A    Yes.**

14       Q    Explain to me what methodology you use

15   in your non-litigation work that you then apply to

16   this case.

17       **A    Well, one of the things I was looking at**

18   **here is concentrations of contaminants in -- in**

19   **the air, in particulates in -- in the air.  And as**

20   **an example of that somewhat similar kind of**

21   **methodology, I'm working on a project -- it's a**

22   **non-litigation project in Southern California here**

23   **that's called Chemetco.  Chemetco is a secondary**

24   **lead smelter.  And that's one of the principal**

25   **issues that I'm working on right now, is trying to**

1    understand the legacy of airborne emissions, in

2    that case lead, that extended offsite and possibly

3    into commercial and residential neighborhoods.

4        Q    In the Chemetco case, did you perform

5    any type of testing?

6        A    A lot of testing has been done.  I

7    didn't personally perform it.

8        Q    In the Chemetco case, did you take the

9    testing results that had been performed by others

10   and assess that data?

11       A    I did.

12       Q    Okay.  Did you use that data to

13   determine what the -- the concentrations were in

14   the area of interest?

15       A    Yeah, a term of art we sometimes use

16   in -- in that arena is exposure point

17   concentrations, or average concentrations, or

18   things like that.

19       Q    How do you determine the exposure point

20   concentration and the average concentration?

21       A    Well, it all depends on the medium and

22   it all depends on the site.  There are really --

23   you know, if we could start very generically,

24   there are really two ways to do that, regardless

25   of the medium.  Maybe it could be airborne

1    particulates; maybe it could be groundwater.

2              One is measuring, collecting data, and

3    just, you know, finding out.  There are -- there

4    are all sorts of protocols that fall into play

5    there, and you have to make sure that you have an

6    adequate sampling plan.

7              And then the other broad category of

8    methodology is modeling.

9        Q    Do you then take the data that you get

10   either from your sampling or your modeling and

11   plot that in an area?

12       A    Oftentimes -- yeah, oftentimes we use

13   maps.  One of the things that we do with some

14   frequency is pretty sophisticated three-

15   dimensional depictions of data, because these are

16   always three-dimensional problems.

17       Q    I'm assuming when you plot that data or

18   you use your three-dimensional data plot that

19   you're talking about, then there's going to be

20   some variations of the concentrations.  Is that

21   fair?

22       A    I just want to clarify, we're really

23   just talking about almost like a hypothetical --

24       Q    Yes.

25       A    -- a generic site.

1    Q    Well, we're talking about your

2  methodology generally.  Is that fair?

3      **A    Okay.  Sure, mm-hmm.**

4    Q    Okay.  So when you take this, either

5  your sampling or modeling data, you essentially

6  plot that out, and there's going to be variations

7  in the amount of a particular substance of

8  interest in your area; is that correct?

9      **A    That will almost always be the case.**

10    Q    You then said that you take the average

11  from that; is that correct?

12      **A    Sometimes.  Sometimes we look at**

13  **averages.  Sometimes we look at this statistical**

14  **concept that's oftentimes called the 95 percent**

15  **upper confidence limit of the mean.  Sometimes we**

16  **actually look at maximums.**

17          **You know, EPA has this policy that when**

18  **you're looking at the possibility of -- of human**

19  **interaction with contamination, that one thing**

20  **you're looking for in this kind of**

21  **characterization is reasonable maximum exposure**

22  **levels, RME.**

23    Q    Okay.  Is the reasonable maximum

24  exposure limit, is that the same as the 95 percent

25  upper confidence limit?

1        **A     You know, it really depends on the**
2   **dataset, but I would -- I would assert that most**
3   **of the time, no.  Most of the time it's not the**
4   **same.**
5        Q   Okay.  Going back to your non-litigation
6   work then, do you normally develop the plan to
7   determine what needs to be done at a given area or
8   site in order to remediate it?
9            MR. McCLAIN:  Object to the form of the
10  question.  It's vague and ambiguous.
11  BY MR. ZAGER:
12       Q   You can answer.
13       **A   Yeah, I -- I'm just pausing because of**
14  **the "normally" part.  We oftentimes do exactly**
15  **that.  Sometimes we'll be brought in on a project**
16  **that's already well underway, and some of that**
17  **work might have already been done.  We might**
18  **review the work.  We might provide advice about**
19  **refining the work or -- or improving the plans.**
20  **So it -- it can vary, but that certainly is part**
21  **of my practice.**
22       Q   Okay.  As any part of your practice, do
23  you go to active radioactive waste sites and
24  evaluate their practices and their compliance with
25  the regulations?

```
 1                    MR. McCLAIN:  Has he done that?  Does he

 2    do that daily?  I mean, what's the -- your

 3    question is unclear.

 4    BY MR. ZAGER:

 5         Q    You can answer.

 6         A    That's not something I've done in my

 7    practice.

 8         Q    Okay.  You said that you helped start

 9    L. Everett & Associates in approximately 2010.

10    Where were you at before that?

11         A    Before that, I was with an environmental

12    engineering and consulting firm called Haley &

13    Aldrich.

14         Q    How long were you with Haley & Aldrich?

15         A    I was with Haley & Aldrich for about

16    eight years, although there was a gap in the

17    middle of about a year.

18         Q    Okay.  So you would have started there

19    approximately in what, 2000, 2001?

20         A    That's about right.

21         Q    Okay.  Where did you go during the year

22    that you were not with Haley & Aldrich?

23         A    I went to a company called Shaw

24    Environmental, which is also an environmental

25    consulting and engineering firm.
```

```
 1        Q    When you were at Haley & Aldrich, was
 2   your practice generally the same as what it is
 3   today?
 4        A    Yes, it was generally the same as it is
 5   today.  During that period of my practice, I was
 6   doing less litigation support.
 7        Q    Okay.  It was more on the characterizing
 8   sites and developing or evaluating cleanup plans?
 9        A    Right.
10        Q    All right.  When you were with Shaw
11   Environmental, essentially the same duties?
12        A    Same duties.
13        Q    Okay.  Where were you at before Shaw --
14   I'm sorry, where were you at before Haley &
15   Aldrich.
16        A    Before Haley & Aldrich, it was another
17   environmental consulting firm, engineering firm,
18   called Metcalf & Eddy.
19        Q    What kind of work did you do at
20   Metcalf & Eddy?
21        A    Site investigations, remediation
22   evaluations, site cleanups for contaminated sites.
23        Q    Same type of work as you've been doing.
24        A    Correct.
25        Q    All right.  Have you worked anywhere
```

1   else since you have completed your undergraduate

2   degree where you were performing tasks other than

3   the type of work that you now do at L. Everett &

4   Associates?

5        **A    No -- not for money, no.**

6        Q    Okay.  What did you do for not money?

7        **A    Well, how about gardening.**

8        Q    Okay.

9        **A    No, I've been in this field ever**

10   **since -- ever since I got out of graduate school.**

11        Q    Have you ever worked for any federal

12   agencies?

13        **A    Well, we've worked on behalf of -- of**

14   **federal agencies.  I -- I've -- in other words,**

15   **I've secured contracts with EPA.  But I've never**

16   **been an employee.**

17        Q    Okay.  What kind of work have you done

18   on behalf of the EPA?

19        **A    I was retained by EPA under a program**

20   **that they have that provides technical support to**

21   **communities that are impacted or potentially**

22   **impacted by Superfund sites, such that those**

23   **communities can have access to independent**

24   **technical advice and interpretations.**

25        Q    I believe I saw that in your report.

1    You're referring to the, I believe, Exide matter?

2        **A      Well, that's a little different,**

3    **actually.  I mean, it's the same kind of work, but**

4    **that's with the State.**

5        Q      Okay.  What particular Superfund sites

6    have you worked on as a technical advisor

7    providing support to the community?

8        **A      That has predominantly been work at the**

9    **Montrose and Del Amo Superfund sites.**

10       Q      That's two separate ones?

11       **A      They're two separate ones that,**

12   **unfortunately, are side by side.**

13       Q      Okay.  What are the alleged contaminants

14   in the Montrose and Del Amo Superfund sites?

15       **A      They are a wide spectrum of**

16   **contaminants.  There are chlorinated solvents,**

17   **such as TCE and chlorobenzene.  There are kind of**

18   **specialty chemicals related to Montrose's former**

19   **production of DDT, like a compound called PCBA.**

20   **There are petroleum hydrocarbons that include**

21   **things like benzene.  There are metals.**

22       Q      Are any of the contaminants at issue in

23   the Montrose or the Del Amo Superfund sites

24   radioactive materials?

25       **A      Those aren't -- those aren't considered**

1  **constituents of concern at those sites.**

2      Q    Okay.  Have you ever been a technical

3  advisor on behalf of the EPA to a community that

4  was allegedly dealing with exposure to radioactive

5  material?

6      **A    No.**

7      Q    Have you ever worked as a radiation

8  safety officer anywhere?

9      **A    No, I haven't.**

10     Q    Have you ever worked at a facility that

11 had a license for radioactive material?

12     **A    No, I've never worked in a facility like**

13 **that.**

14     Q    Are you familiar with the acronym GoCo?

15     **A    No, I'm not.**

16     Q    You also list in your CV some different

17 lectures and presentations that you've given; is

18 that correct?

19     **A    Let's see -- I'm not sure --**

20     Q    Publications and papers.

21     **A    I'm not sure if I have lectures here.**

22     Q    Okay.  Well, let's look -- I guess your

23 publication and papers, is that up to date?

24     **A    Yes, it is.**

25     Q    Are there any of your publications or

```
 1   papers that you believe are relevant to the issues
 2   in this case?
 3        A    Well, there -- there -- some of these
 4   papers do overlap, because even though they're
 5   dealing with other chemicals, other compounds,
 6   they address questions of contaminant fate and
 7   transport.
 8        Q    Are any of your publications or papers
 9   specific to radioactive waste or radionuclides?
10        A    No, they're not.
11        Q    Are any of your publications and papers
12   specific to radiation safety practices?
13        A    No.
14        Q    You said that you don't have lectures on
15   here.  Have you given some lectures or some
16   presentations?
17        A    I have, yes.
18        Q    Okay.  Have any of your lectures or
19   presentations dealt with the issues in this case
20   other than generally fate and transport?
21        A    Well, that's my area of expertise is
22   fate and transport.  I'm not sure how to answer
23   that.  For example, this spring I gave a lecture
24   down in San Diego that was mostly about Exide and
25   particulate emissions and deposition, and
```

1    subsequent impacts onto residential soil.

2           So those are -- those are things that

3    are -- you know, that are relevant to the kind of

4    work I did in this case.

5       Q    In the Exide matter, you said that

6    you're working on behalf of the State?

7       A    I've been retained by the State, but --

8    and so in a sense, yes, I'm working on behalf of

9    the State, but my role is to serve as the

10   technical advisor to a community advisory group.

11      Q    Okay.  In the Exide matter, are any of

12   the contaminants of concern radioactive?

13      A    No.

14      Q    What projects have you worked on that

15   have had a contaminant of concern that was a

16   radioactive material?

17      A    Let's see.  Going chronologically, if we

18   go way back to my time in graduate school, I

19   actually served as a grad student representative

20   on a science board to the State of Washington that

21   was evaluating the work -- environmental work

22   being conducted at the Hanford Reservation.  So

23   that wasn't paid work, but I served on that board.

24          Several years ago my company worked on a

25   site in Long Island called Hicksville, which is

1 also a FUSRAP site.  That involved radioactive

2 materials.

3   I, along with Dr. Everett, provided some

4 consulting at Idaho National Engineering Lab.

5 That was in the 1990s.

6   And I've worked on some radon sites

7 where the issue was radon levels in indoor air

8 that may be not protective of human health.

9  Q Okay.  So you mentioned your work on the

10 Hanford project.  You mentioned Hicksville.  You

11 mentioned the Idaho National Lab.  And you also

12 mentioned just some various radon sites involving

13 indoor air levels.

14   I believe you also have listed here on

15 your CV a Gallagher & Kennedy matter.  Is that one

16 of the one -- one of the ones you just talked

17 about, or is that in addition?

18  A Oh, yeah.  That's a site out in -- thank

19 you for reminding me.  That's a site out in Santa

20 Clarita.  There were kind of a basket of different

21 contaminants, including radioactive materials, at

22 that site.

23  Q Did you reconfigure your CV for this

24 case in any way?

25  A I -- I did reformat my CV such that

1    those two project examples were at the top.

2         Q    Okay.  So, in other words, if I were to

3    look at your CV from another case that did not

4    involve radiation, the formal Sylvania site -- I'm

5    sorry, former Sylvania site, Gallagher & Kennedy

6    matter, and your student work at the University of

7    Washington would not be the first three that

8    appear, correct?

9         A    They might not be.

10        Q    Okay.  Other than just moving the order

11   around of your matters, did you make any changes

12   to the descriptions of those matters?

13        A    With regard to an earlier CV?

14        Q    Yes.

15        A    I'm pretty sure an -- my earlier

16   versions of the CV didn't even have the advisory

17   group listed.

18        Q    Okay.

19        A    So that would have been an addition.

20        Q    Okay.  Did you make any other changes

21   from previous CVs specific to this case?

22        A    I may have.  I can't recall.

23        Q    Okay.  In your Gallagher & Kennedy

24   matter, do you normally even mention radioactive

25   materials on other CVs?

```
 1        A    I -- I really can't recall.  I may have
 2   added that.
 3        Q    Okay.  All right.  Let's go back and
 4   let's talk about your work on the Hanford project.
 5   You said that you were a grad student rep on a
 6   panel or board for the University of Washington.
 7             What really was your duties or scope of
 8   work in that unpaid position?
 9        A    Well, that was on behalf of the State of
10   Washington, and there were --
11             MR. McCLAIN:  Oh, I'm in -- I'm in the
12   frame?  Well, that improves it, doesn't it?
13   BY MR. ZAGER:
14        Q    You can answer.  Go ahead.
15        A    There were faculty and graduate students
16   from a variety of disciplines, and we would
17   address questions that -- that the State had about
18   the work that was being done at Hanford, technical
19   questions.
20        Q    What aspect of the -- of the technical
21   case or the technical evaluation did you work on?
22        A    Well, that was a long time ago, but one
23   aspect in particular that I recall working on was
24   a question of vadose zone transport.  The question
25   really was how long would it take for various
```

1    radioactive materials that might be dissolved in

2    soil moisture that might be -- have been deposited

3    as soil or sludges, how long would it take for

4    that material to impact the underlying

5    groundwater.

6           Q    As part of the Han- -- your work on the

7    Hanford project, did you do any evaluation of

8    their safety practices while that was an active

9    site?

10          A    No.

11          Q    You mentioned your work at the

12   Hicksville FUSRAP.  Just generally describe for me

13   what your duties or activities were with respect

14   to the Hicksville or formal -- former Sylvania

15   site.

16          A    Well, our -- in particular, we were

17   evaluating the nature and extent of contamination

18   with an eye toward understanding what kind of

19   exposure employees might have experienced after

20   the site had been redeveloped.

21          Q    So, in other words, after the

22   remediation effort, people that were working on

23   site, what would be their dose, if any?

24          A    I don't want to go so far as to say

25   dose, because, you know, being a fate and

1    **transport guy and a geologist, I -- I don't really**

2    **do doses.  But, yeah, in what way might employees**

3    **have been exposed to different kinds of**

4    **contaminants.**

5         Q    Okay.  The Hicksville FUSRAP project

6    that you worked on, did you do any evaluation of

7    their radiation safety practices while they were

8    working with radioactive material at that site?

9         **A    No.**

10        Q    Okay.  What was the radioactive material

11   that they used at Hicksville?

12        **A    It was uranium.**

13        Q    What was Sylvania's role with respect to

14   the uranium?  Were they using that doing something

15   for the government?  Was it a commercial purpose?

16        **A    My understand is -- my understanding is**

17   **Sylvania or a predecessor company that -- that**

18   **Sylvania ended up owning was preparing radioactive**

19   **sources for civilian reactors.**

20        Q    Do you know if the material that was

21   being used at the Hicksville site was licensed by

22   any federal agency?

23        **A    Yes, I believe it was licensed by the**

24   **AEC.**

25        Q    Did you perform any evaluation of the

 1   license for that material or their compliance with

 2   the license requirements?

 3        **A     We certainly were -- I was aware of --**

 4   **of that, but that really wasn't a focus of my**

 5   **work.**

 6        Q    Okay.  Did your work involve in any way

 7   evaluating the license and compliance with the

 8   license or the regulations?

 9        **A     No, it didn't.**

10        Q    Okay.  You mentioned the Idaho National

11   Engineering Lab.  What -- what was your project

12   there?

13        **A     That project was also a project where we**

14   **were advising the lab on monitoring techniques,**

15   **groundwater and soil moisture monitoring**

16   **methodologies.**

17        Q    Was that so that the Idaho National Lab

18   could go out and then use the information you

19   provided them in their work out in the field?

20        **A     That's correct.**

21        Q    In other words, the Idaho National Lab

22   wasn't using on their own property radionuclides

23   or anything like that?

24        **A     I really don't -- I really couldn't say**

25   **whether they were or not.**

1      Q    All right.  But you were helping the

2  Idaho National Engineering Lab staff develop

3  monitoring techniques.

4      **A    That's correct.**

5      Q    You didn't -- you weren't working with

6  any of the federal regulations related to

7  radiation safety at that point, fair?

8      **A    Well, we were -- we were looking at**

9  **regulations that were related to ensuring**

10 **protection of groundwater.**

11     Q    What regulations were you working with

12 in that capacity?

13     **A    My recollection is those -- those really**

14 **would have been CERCLA-like regulations.**

15     Q    Okay.  In other words, EPA regulations.

16     **A    Right.**

17     Q    They were not regulations issued by the

18 Atomic Energy Commission or the Nuclear Regulatory

19 Commission, fair?

20     **A    Not to my knowledge.**

21     Q    Okay.  Then you mentioned radon sites

22 that you've worked on.  I'm assuming that's just

23 sites where there were indoor levels of radi -- or

24 radon caused by just natural radon in the soil?

25     **A    Natural radon in the soil and the rocks,**

1   **yes.**

2        Q    Okay.  Then you also mentioned this

3   Gallagher & Kennedy matter in Santa Clarita.

4   That's California, correct?

5        **A    Right.**

6        Q    All right.  What's your role in that

7   project?

8        **A    We were -- so that was a litigation**

9   **support project, and we were actually tasked with**

10  **developing a cleanup plan.  It's a big site.  It's**

11  **almost a thousand-acre site, and it had been**

12  **utilized by defense contractors for many, many**

13  **years.  And this particular case related to**

14  **condemnation proceedings.  But one of the things**

15  **that was necessary was to try to understand how**

16  **impaired the site was to, as I understand it,**

17  **arrive at a fair value for the property.**

18       Q    In the Santa Clarita matter then, were

19  you working on behalf of the property owner?

20       **A    Yes.**

21       Q    Okay.  On behalf of the property owner,

22  then did you develop a plan for cleanup that was

23  less expensive than what the -- the government

24  entity that was trying to condemn the property

25  recommended?

```
 1          A      In so many words, yes.

 2          Q      Okay.  What was the radioactive material

 3     at issue in Santa Clarita?

 4          A      That was principally depleted uranium.

 5          Q      So it was not licensed material in any

 6     way?

 7          A      To my knowledge, it was not licensed

 8     material.

 9          Q      You certainly didn't evaluate any type

10     of compliance with AEC or NRC regulations in that

11     matter; is that fair?

12          A      No.

13          Q      No, it's not fair, or, no, you did

14     not --

15          A      No -- no, we did not.

16          Q      Okay.  Is most of your litigation

17     work -- well, strike that.

18                 How would you characterize most of your

19     litigation work?  What types of cases are they?

20          A      Most of them are cases involving

21     contamination.

22          Q      Are they mostly CERCLA cases?

23          A      I wouldn't say they're mostly CERCLA

24     cases.

25          Q      Are they also nuisance cases?
```

1       **A     Well, they're -- they're state cases**

2  **that I know wouldn't be CERCLA cases.**

3       Q     Okay.  So, in other words, there may be

4  a state version of CERCLA, correct?

5       **A     That's correct.**

6       Q     All right.  So normally you're involved

7  in cases where there's some type of contamination,

8  and the dispute is over who's going to be

9  responsible for -- well, first, characterizing, is

10  there enough contamination that needs to be

11  cleaned up; and then, secondly, who's going to be

12  financially responsible for cleaning it up.  Is

13  that fair?

14       **A     That's certainly a big part of -- of my**

15  **litigation work.  Another piece of that or -- is**

16  **cases that involve contamination where there are**

17  **allegations that people have become exposed to it**

18  **and -- and what kind of damages -- I'm not a**

19  **damages guy -- but, you know, what kind of damages**

20  **might have been caused to people or their**

21  **property.**

22       Q     Okay.  Looking at your testimony list

23  that's in your CV, can you tell me which of your

24  cases that you testified in relate to exposure

25  cases, meaning where people are claiming some type

```
1   of a health effect from exposure to a contaminant?

2       A    I'm not sure if I could do that

3   personally -- I mean, perfectly.

4       Q    Okay.

5       A    Because so much of that kind of comes

6   after the work I do with the fate and transport

7   analysis.  But I think I could take a crack at

8   that.

9            The third one down, Greenfield MHP --

10  that actually stands for mobile home park --

11  that's a case that involves, among other things,

12  allegations that folks became exposed to

13  contamination.

14           That was the question, right, exposure?

15      Q    Yes.

16      A    Yeah.  The next one down is Wyatt,

17  et al., versus ABB.  That also had a complaint

18  about people being exposed to contamination.

19           Same thing with the next one, Kirk

20  versus Schaeffler.

21           MR. McCLAIN:  An oldie but goodie.

22           THE WITNESS:  That's correct.

23           Moving down a little bit to the fourth

24  one from the bottom, 2011, Johnson versus Prime

25  Tanning, that's one that involved a potential of
```

1    people being exposed to contamination.

2              MR. McCLAIN:   Tanning beds or leather?

3              THE WITNESS:   Leather tanning.   Let me

4    see.

5              MR. McCLAIN:   You can tell I'm getting

6    bored.   Let's take a break in a minute.

7              MR. ZAGER:   Okay.   Let's just -- let's

8    finish this, and then we can --

9              MR. McCLAIN:   How much longer are we

10   going on?   Are you going to go through every one

11   of them?

12             MR. ZAGER:   Just -- we're on the second

13   page.

14             MR. McCLAIN:   I know.   I know.

15             THE WITNESS:   2010, Acevedo versus

16   California Spray Chemical Company.

17             Let's see.   The DePascale versus

18   Sylvania was one that involved allegations of

19   exposure.

20             Let's see.   The next one did as well,

21   that's Clark versus City of Santa Rosa.

22             There was another one, Acevedo versus

23   California Spray.   There are actually two trials

24   in that one.

25             There was a component of exposure in the

1    Santa Clarita case that's listed there as 2005.

2              And I think that's it.

3    BY MR. ZAGER:

4         Q    Okay.  Did any of those cases that you

5    just identified as exposure cases where you've

6    given either deposition or trial testimony involve

7    exposure to radioactive material or radionuclides?

8         **A    Well, the Sylvania case did.**

9         Q    Okay.

10        **A    The Santa Clarita case involved some**

11   **radioactive materials, but the whole idea was to**

12   **clean that up before the site was redeveloped and**

13   **folks might be exposed.**

14             MR. ZAGER:  All right.  We can take a

15   break.

16             THE VIDEOGRAPHER:  Going off the record.

17   The time is 9:56 a.m.

18             (Recess.)

19             THE VIDEOGRAPHER:  Going on the record.

20   The time is 10:03 a.m.

21   BY MR. ZAGER:

22        Q    You mentioned you worked for the Idaho

23   National Engineering Laboratory developing

24   monitoring technology or helping them develop

25   monitoring technology.  Was that for VOCs or was

1   that for radioactive materials?

2       **A    That was for VOCs and radioactive**

3   **materials, actually.  It was -- it was really**

4   **about monitoring soil moisture that could have**

5   **been contaminated with anything.**

6       Q    Okay.  Going back to your litigation

7   work, what percentage of your work is typically on

8   behalf of plaintiffs as opposed to defendants?

9       **A    That's another thing I don't have**

10  **quantitatively in my mind, but we -- I'm more**

11  **often -- I'm more often working for plaintiffs'**

12  **attorneys, I believe.**

13      Q    Okay.  Is it -- is it also true then in

14  your exposure cases, which we just identified in

15  your testimony list, that you more often than not

16  work for plaintiffs' attorneys?

17      **A    I would say that that's -- I don't work**

18  **exclusively for plaintiff attorneys in exposure**

19  **cases.  You know, we take cases as they come.  But**

20  **in terms of a qualitative assessment, I would say**

21  **more often plaintiffs' attorneys.**

22      Q    Of the exposure cases that you

23  identified on your testimony list, is there any of

24  those that you can identify specifically where you

25  were on the defense side?

```
 1        A    Let's look.  (Peruses document.)
 2             Well, one that I would see that would
 3     fall under that category is Santa Clarita.
 4        Q    Okay.  Because you were on the property
 5     owners' side of that case?
 6        A    Correct.
 7        Q    Okay.  Have you had some other cases for
 8     Mr. McClain's law firm?
 9        A    Yes.
10        Q    How many cases have you had for
11     Mr. McClain's law firm?
12        A    I think just one other.
13        Q    Is that the Schaeffler case that he
14     mentioned?
15        A    Correct.
16        Q    Okay.  Are you currently working with
17     Mr. McClain's law firm on another case besides
18     this one?
19        A    Well, yes, West Lake Landfill.
20        Q    Okay.  Other than cases where you've
21     worked on behalf of Mr. McClain's law firm, has
22     L. Everett & Associates worked on additional cases
23     with Mr. McClain's law firm?
24        A    I can't think of any others.
25        Q    Do you know if your testimony or your
```

```
 1    opinions have ever been challenged under a court
 2    ruling called Daubert?
 3         A    I might not know that.  I -- I know
 4    there was a dispute like that in a state case.
 5         Q    Do you know if -- was your opinions --
 6    strike that.
 7              Were your opinions limited or excluded
 8    in any way in that state case?
 9         A    I don't believe so.
10         Q    Do you know what the name of that case
11    was?
12         A    Let's see.  That's that 2015 case,
13    Hawkins.
14         Q    In your report you refer to 10 CFR -- I
15    believe it's 20.106, a federal regulation; is that
16    correct?
17         A    Correct.
18         Q    Other than this current case, the Butler
19    case, have you ever in your career analyzed
20    compliance with 10 CFR 20.106?
21         A    No, I don't believe I have.
22         Q    So this is the first time you've
23    encountered that regulation, fair?
24         A    I've encountered that regulation, but
25    it's the -- it's the first time I've done this
```

1    **kind of work relevant to that regulation.**

2        Q    Okay.   In any other cases that were, you

3    know, litigation or non-litigation projects that

4    you've worked on, have you ever been called on to

5    analyze whether or not a company complied with the

6    federal radiation safety standards?

7        **A    No, I haven't.**

8        Q    What is your understanding of the nature

9    of this lawsuit?

10            For instance, we talked about you work

11   on CERCLA cases or the state variant of CERCLA.

12   What is your understanding of what the actual

13   cause of action is in this case?

14       **A    I may not have a good understanding of**

15   **that, but -- but my -- my broad understanding is**

16   **that there are plaintiffs who allege that they**

17   **have been exposed to contamination from these**

18   **sites, SLAPS site and the HISS site, that have**

19   **migrated offsite into Coldwater Creek and -- and**

20   **into the surrounding soils.**

21       Q    If I were to tell you that the cause of

22   action in this case is one that sounds under the

23   Price-Anderson Act, which is a federal law, are

24   you familiar with the Price-Anderson Act?

25            MR. McCLAIN:   Object to the form of the

```
 1   question.
 2             THE WITNESS:  I'm not familiar with
 3   that, no.
 4   BY MR. ZAGER:
 5        Q    Do you know what the standard of care is
 6   that applies in a Price-Anderson Act case?
 7        A    Well, I know what the standard of care
 8   is for the handling of -- of hazardous materials,
 9   but not specifically Price-Anderson.
10        Q    When you say you know what the standard
11   of care is for the handling of hazardous
12   materials, is that specific to radioactive
13   materials?
14        A    That includes radioactive materials.
15        Q    And what -- what do you believe is the
16   standard of care that would apply to the handling
17   of hazardous materials, including radioactive
18   material?
19        A    Well, there are different standards of
20   care that -- that might come into play depending
21   on the type of the site.  But for radioactive
22   materials, sort of the underlying concept is that
23   the general public -- exposure to the general
24   public should be kept as low as reasonably
25   achievable.
```

 1          Q    Are you aware that -- well, strike that.

 2               That's also known as the ALARA principle

 3     or ALARA factor?

 4          **A    That's right.**

 5          Q    Okay.  Are you aware that under

 6     Price-Anderson Act cases that the ALARA principle

 7     is not the standard of care?

 8               MR. McCLAIN:  Object to the form of the

 9     question.

10               THE WITNESS:  No, I'm not aware of that.

11     BY MR. ZAGER:

12          Q    Okay.  Have you read any of the legal

13     opinions interpreting the Price-Anderson Act?

14          **A    No.**

15          Q    All right.  Let's talk a little bit now

16     about your work on this case.

17               When were you first retained?

18          **A    I was retained at the very beginning of**

19     **March of this year.**

20          Q    So March of 2019?

21          **A    Correct.**

22          Q    Let me go ahead and see the file that

23     you brought.

24               MR. ZAGER:  Ken, do you mind if we just

25     mark this collectively as a file?

```
 1              MR. McCLAIN:  No, go ahead.  He brought
 2    them for you.
 3              MR. ZAGER:  I appreciate that.
 4              (Exhibit No. 3 was marked for
 5              identification.)
 6    BY MR. ZAGER:
 7       Q    All right.  I'm going to hand you what I
 8    marked as Exhibit 3.  I think we talked about this
 9    a little bit earlier, but just go ahead and tell
10    us what is contained in Exhibit 3, which you
11    brought here representing that it was your file.
12       A    Well, just to clarify, this is materials
13    in my file that I believed you folks didn't
14    already have.
15       Q    Okay.
16       A    I have copies of each of my reports.  I
17    have a set of invoices for this case.  And we
18    already talked about this retention letter that's
19    dated March 7th.  And I also have a
20    confidentiality agreement.
21       Q    Okay.  I believe, at least according to
22    the -- the copy that -- the unsigned copy of the
23    contract that's in Exhibit 3, were you retained by
24    Mr. Soper of Mr. McClain's firm?
25       A    Correct.
```

1    Q    What were you asked to do in this

2  particular case?

3    **A    In this particular case, I was asked to**

4  **look at the existing or available data about the**

5  **St. Louis airport site -- and by "data," I mean**

6  **environmental data -- and the Latty Avenue site,**

7  **also, you know, called the HISS site, and see if**

8  **I could determine concentrations in air and water**

9  **of radionuclides, and compare them to the effluent**

10  **limitations in the federal code, 10 CFR**

11  **Section 20.**

12    Q    Has your scope of work changed at all

13  since that initial retention back in March of

14  2019, last six months ago, seven months ago?

15    **A    It's changed a little bit with the --**

16  **with the publication of my supplemental expert**

17  **report, where I was also asked to evaluate a**

18  **couple of things, including standard of care, and**

19  **to at least discuss the contaminant fate and**

20  **transport pathway of sediments in Coldwater Creek.**

21    Q    Okay.  So between the two reports that

22  you've written in this case, the first one being

23  March 31st, 2019, and the second one being

24  August 1st, 2019, you stated all your opinions

25  that you intend to offer in this case, at least

1  that you have up to this point in time, correct?

2  **A    Up to this time.  I reserve the right to**

3  **amend these opinions or offer new ones if**

4  **additional information becomes available, but this**

5  **is all I expect at this point.**

6  Q    Okay.  As we sit here on October 17th,

7  2019, is there any additional work that you have

8  planned?

9  **A    No.**

10  Q    Other than yourself has anybody else

11  worked directly with you on this matter?

12  **A    I would have to take a peek at the -- at**

13  **the invoices, but I -- I do believe that my**

14  **colleague, Jorge Matos, has assisted me in**

15  **evaluating the historical data.**

16  Q    What is Mr. Matos' background?  Is he a

17  Ph.D. as well?

18  **A    He's not a Ph.D., but he's a civil**

19  **engineer.**

20  Q    Can you hand me the invoices from

21  Exhibit 3.

22  **A    Yeah.**

23  Q    It looks like you've issued five

24  invoices in this matter:  April 7th, 2019; May --

25  I'm sorry, April -- strike that.

1               You've issued five invoices, the first

2    being March 8, 2019; the second being April 5th,

3    2019; the third being --

4               (Interruption by intercom.)

5               MR. ZAGER:  Let's go off the record.

6               THE VIDEOGRAPHER:  Going off the record.

7    The time is 10:17.

8               (Pause in the proceedings.)

9               THE VIDEOGRAPHER:  Going on the record.

10   The time is 10:19 a.m.

11   BY MR. ZAGER:

12       Q    Okay.  Dr. Wells, according to the

13   invoices that you just handed me, you've issued --

14   your firm has issued five invoices for this case;

15   is that correct?

16       **A    I -- I wouldn't really know, but that**

17   **sounds about right.  That's right.**

18       Q    Okay.  It appears that the last one was

19   issued October 4th, 2019, so about two weeks ago.

20   Do you know if there's any additional invoices

21   that have been issued since that time?

22       **A    No, there haven't.**

23       Q    Okay.  I see on your invoices you

24   charged a communication fee of $0.04.  What is

25   that?

1          A     It's actually 4 percent.

2          Q     4 percent.

3          A     Yeah.  That's -- that's a surcharge that

4     we add to cover the cost of shipping and

5     photocopying and phone calls, and, you know,

6     things of that sort so that we don't have to

7     bother ourselves or our clients with itemizing

8     those things.

9          Q     So at least for all of the time that was

10    billed to this matter up to October 4th, 2019, it

11    should all be contained in these invoices that I

12    have in my hand?

13         A     That's correct.

14         Q     Okay.  And it appears that you kind of

15    either generally write that you are working on

16    your expert report, data analysis and document

17    review.

18               I mean, is that generally the type of

19    descriptions you use, correct?

20         A     Correct.

21         Q     All right.  Mr. Matos assisted you with

22    reviewing some of the historical documents,

23    correct?

24         A     That's correct.

25         Q     Your rate, according to your expert

```
 1   report, is 275 an hour for reviewing data and

 2   preparing the report?

 3       A     That's correct.

 4       Q     All right.  Then you charge $500 for

 5   deposition and trial testimony?

 6       A     Correct.

 7       Q     Okay.  I'm not going to ask you to do

 8   the math, but do you know approximately how many

 9   hours you put into this case?

10       A     I would throw out a rough estimate of

11   maybe a hundred hours.

12       Q     Okay.  That would be you personally?

13       A     Yes.

14       Q     Have you met with any of the plaintiffs

15   in this case?

16       A     No, I haven't.

17       Q     Do you know how many plaintiffs there

18   are in this case?

19       A     No.

20       Q     Have you reviewed any of the plaintiffs'

21   medical records?

22       A     No.

23       Q     Have you reviewed any of the plaintiffs'

24   address histories or any information about their

25   activities in and around SLAPS, Latty Avenue or
```

1    what they call the vicinity properties?

2        **A    I -- I'm aware of some of that**

3    **information, but I -- I haven't focused on it in**

4    **any detail.**

5        Q    What information have you seen about the

6    individual plaintiffs and their address histories

7    and activities in and around SLAPS and Latty

8    Avenue?

9        **A    I've seen I think three of Dr. Clark's**

10   **reports, and I reviewed those briefly, and I**

11   **believe that he discusses that kind of history of**

12   **the plaintiffs' activities and, you know,**

13   **residences and locations.**

14       Q    What was your purpose for reviewing

15   Dr. Clark's reports?

16       **A    Really just curiosity.  I mean, this --**

17   **this is one of those cases where my work doesn't**

18   **directly feed into that of Dr. Clark, at least in**

19   **a -- in a big way.  And one of the things I wanted**

20   **to do, I spoke with Mr. Soper about this, is I was**

21   **interested in understanding how Dr. Clark was**

22   **looking at exposure point concentrations.**

23       Q    You didn't perform any type of peer

24   review of Dr. Clark's report, did you?

25       **A    No, I did not.**

1      Q    With respect to his methodology for

2  determining exposure point concentrations, did you

3  evaluate how he did that work?

4      **A    I came to understand in a broad sense**

5  **how he did that work.**

6      Q    Do you have any criticisms of that work?

7      **A    No, I don't.**

8      Q    Okay.  Is it different than what you

9  normally do?

10     **A    It -- it really follows along the -- the**

11  **sort of description I gave earlier, my**

12  **understanding of -- of what he's done with regard**

13  **to the exposure point concentration.  I mean, he**

14  **does a lot more in the toxicology realm that's,**

15  **you know, not my area of expertise, so I don't**

16  **have any opinions about that.**

17     Q    For -- for evaluating the exposure

18  concentrations, do you know if he used the average

19  or the 95 percent upper limit, upper confidence

20  limit?

21     **A    I -- I believe that he did.  I believe**

22  **that he used for different areas of the -- this**

23  **impacted area, he used soil and stream water**

24  **sediment data, and I believe that he used the**

25  **95 percent upper confidence limit as -- as kind**

1   of a taking off point for exposure point

2   concentrations.

3        Q    Do you believe it was appropriate for

4   him to use the 95 percent upper confidence limit

5   for evaluating potential exposures?

6        A    You know, I haven't been asked to look

7   into that, and I don't specifically have an

8   opinion.  But the -- the general protocol is that

9   if there's enough data to accurately estimate the

10  95 percent UCL, that it's an appropriate measure.

11       Q    Okay.  Do you believe there's enough

12  data here to use the 95 percent upper confidence

13  limit?

14       A    I -- I really haven't made that

15  evaluation, but I think it's very likely that

16  there is.

17       Q    Okay.  Have you performed any of your

18  own testing in this case?

19       A    No, I haven't.

20       Q    You mentioned that you looked at

21  historical information and you talked about

22  technical reports that you believed was exchanged

23  in discovery in this case.  Explain to me how you

24  were given access to those materials.

25       A    Some of them I secured myself from

1    various government websites.  And then I was given

2    access to Humphrey Farrington's online document

3    database for this case.  So others I reviewed

4    and/or downloaded from there.

5         Q    Let's talk first about the -- the

6    government websites that you went to.  Can you

7    identify what those websites are?

8         A    The Army Corps of Engineers has a

9    website for FUSRAP sites.  And then this area is

10   also designated a Superfund site, and EPA has some

11   documents online as well.

12        Q    Did you do any research regarding these

13   sites on the Nuclear Regulatory Commission's

14   website or any of the historical documents that

15   are available from the AEC?

16        A    No, I didn't.

17        Q    Okay.  The documents that you had access

18   to through the Humphrey Farrington McClain

19   website, those were online, some type of online

20   document review program?

21        A    Correct.

22        Q    How many documents were housed on that?

23        A    I -- I really have no idea.

24        Q    Can you give me an estimate or an order

25   of magnitude how many documents there were?

1        **A     You know, I -- I'm just kind of an**

2   **informal user of that -- of that document**

3   **database.  I would go on and search for a document**

4   **that -- that I knew about that I wanted to find.**

5   **So I really don't know how many documents are on**

6   **that database.**

7        Q    You said that you would search for a

8   document that you knew was out there.  How would

9   you know that it was out there?

10       **A     When -- when somebody like me is getting**

11  **up to speed on a case, usually you start with a**

12  **couple documents, typically they're more recent**

13  **documents, and they make citations and references**

14  **to other documents, and it kind of snowballs from**

15  **there.**

16       Q    So you would look at, for instance, a

17  FUSRAP document that would talk about a historical

18  document, and then you would go to the Humphrey

19  Farrington McClain online database and you would

20  pull the document that you were looking for.

21       **A     That's correct.  Or -- or the FUSRAP**

22  **site if -- if it was available.**

23       Q    Other than the documents that you went

24  to the Humphrey Farrington McClain database and

25  pulled down because you knew they existed, was

1   there any other documents that you looked at on

2   that database?

3       **A      No.  It's -- the interface is such**

4   **that -- that you have to do a search before a**

5   **document is served up to you.**

6       Q      Did you do just word searches as opposed

7   to something where you were specifically going to

8   pull the document of -- of concern?

9       **A      Not -- I don't recall ever doing that.**

10  **I would -- I would usually do a search for a**

11  **document title or an author or a date, or some**

12  **combination thereof.**

13      Q      So you -- your search parameters were

14  typically a document title, a date or an author,

15  or some combination of those.

16      **A      That's correct.**

17      Q      Okay.  Was there any limit placed on the

18  amount of time that you could spend looking at

19  these documents?

20      **A      No.**

21      Q      Other than the government websites that

22  we talked about related to the FUSRAP and EPA, and

23  the documents that you pulled down that you were

24  looking for from the Humphrey Farrington McClain

25  database, is there any other documents that you've

 1    looked at in this case?

 2             MR. McCLAIN:  Object to the form of the

 3    question.  It's overly broad.

 4             THE WITNESS:  There's a little bit of

 5    overlap in the documents for this case compared to

 6    the documents for the West Lake Landfill case.

 7    Not a lot, but I -- I just want to throw that out

 8    there as a possible exception to the parameters

 9    you just specified.

10    BY MR. ZAGER:

11        Q    Okay.  Can you identify specifically the

12    documents that you thought were overlap?

13        **A    Well, there -- there are some documents**

14    **that describe the transfer of leached barium**

15    **sulfate waste from the Latty Avenue site to the**

16    **West Lake Landfill that, just as I sit here, I**

17    **think I probably already had because of my work on**

18    **the West Lake Landfill.**

19        Q    Okay.  Taking out the government

20    websites that you went to, did you go to any

21    government warehouses where documents are stored

22    such as the national -- National Archives or

23    anything like that?

24        **A    You mean physically go to those places,**

25    **no.**

1          Q     Did you go to any electronic database

2     for the National Archives to pull down documents?

3          **A     No.**

4          Q     You have a line in your report that you

5     refer to or that you've used that you relied upon

6     reference texts commonly accepted and held

7     reliable by experts in the field of environmental

8     science, hydrogeology, and contaminant fate and

9     transport, as well as generally accepted

10    principles in those fields.

11               You didn't bring any texts with you

12    today; is that correct?

13         **A     That's correct, I didn't.**

14         Q     What texts are you referring to in the

15    report that fall into that category, if any?

16         **A     You know, as I sit here today, I'm not**

17    **sure I cited any -- any academic texts.  What I'm**

18    **really referring to there is that my knowledge of**

19    **contaminant fate and transport is informed in part**

20    **by my reading of academic texts.**

21               **But I think -- I think you might be**

22    **right, as I -- as I sit here and think about it,**

23    **I'm not sure that I cited a specific, for example,**

24    **textbook.**

25         Q     Is it fair to say if you relied on a

1  document or some material for forming your

2  opinions in this case, they would be cited in the

3  footnotes either in your March 31st, 2019, report

4  or in your August 1st, 2019, report?

5       **A    Other than the reliance that comes with,**

6  **you know, background knowledge of an entire**

7  **career, that's what I intended to do was to cite**

8  **the documents that were contributing to the basis**

9  **of my opinions.**

10      Q    As part of your work on this case, did

11  you look at any treatises or what you consider

12  reliable materials regarding the standard of care

13  applicable to an operator of a radiation waste

14  site back in the 1950s and 1960s?

15      **A    Other than the federal code itself, no.**

16      Q    Did you look at any reliable authorities

17  related to federal radiation protection standards?

18      **A    No.**

19      Q    Have you ever seen the actual complaint

20  that was filed in this case?

21      **A    No, I don't believe I have.**

22      Q    Did you review any depositions that have

23  been given in this case or in any related cases?

24      **A    I'm just pausing because I want to take**

25  **a quick look at my supplemental report.**

```
 1                MR. McCLAIN:  Is it getting warm in
 2   here?
 3                (A discussion was held off the record.)
 4                THE WITNESS:  (Peruses document.)
 5                No, I didn't -- didn't review any
 6   depositions.
 7   BY MR. ZAGER:
 8        Q    Okay.  You told me earlier that you
 9   reviewed three of Dr. Clark's reports, correct?
10        A    Correct.
11        Q    So it's your understanding he wrote a
12   separate report for each plaintiff in this case?
13        A    That's my understanding.
14        Q    Have you spoken to Dr. Clark about this
15   matter?
16        A    I have spoken with Dr. Clark.
17        Q    When did you talk with Dr. Clark?
18        A    That would have been early on in my
19   retention, so it -- I would have spoken with
20   Dr. Clark in -- sometime in March.
21        Q    What was the substance or the purpose of
22   talking with Dr. Clark?
23        A    Well, really, I was trying to make sure
24   I understood the scope of my assignment.  And one
25   way to do that is to speak with the other experts
```

1    and find out what they're doing.

2         Q    Okay.  Based on your conversation with

3    Mr. Clark, what did you understand your sign --

4    your assignment to be?

5         A    Well, I think we already talked about

6    that.  At first, I understood my assignment to be

7    to evaluate the available data about environmental

8    conditions at the site and the concentrations of

9    contaminants and different environmental media to

10   see if I could estimate fence line concentrations

11   in air and water, and compare those against the

12   effluent limitations that are published in

13   Section 20 of 10 CFR.

14        Q    Okay.  Have you only spoken to Mr. Clark

15   the one -- I'm sorry, Dr. Clark the one time?

16        A    I've spoken to Dr. Clark other times but

17   on other matters.

18        Q    Okay.  When you spoke to Dr. Clark about

19   this case, did he appear to know what he was

20   talking about?

21        A    Well, he had been involved in this case

22   long before I did.  So, yeah, he definitely seemed

23   like he knew what he was talking about.

24        Q    Okay.  Have you spoken with Dr. Hu?

25        A    No.

```
 1          Q     Do you know who Dr. Hu is?
 2          A     No, I don't.
 3          Q     Have you -- I'm sure I know the answer
 4    to this then, but have you reviewed any of
 5    Dr. Hu's reports?
 6          A     No.
 7          Q     Okay.  So you spoke to Dr. Clark, and
 8    you've looked at three of his reports.
 9                Have you seen or spoken to any other
10    expert on behalf of the plaintiffs in this case?
11          A     No.
12          Q     Looking at your report, it appears that
13    at some point in time you had a copy of RAC or
14    RAC's report from -- for this matter; is that
15    fair?
16          A     That's correct.
17          Q     Did you have the complete report or just
18    sections of it?
19          A     I had the complete report, although I
20    will say my copy didn't include all the
21    appendices.
22          Q     Did you read through the entire report?
23          A     I didn't read every word.  It's a pretty
24    lengthy report, but I -- I read -- I scanned
25    through the entire report and read certain parts
```

1    more carefully.

2         Q    Do you have any criticism of any of

3    what -- what you read in the RAC report?

4         A    Well, that could go on a while.  You

5    know, I wasn't asked to do that.  I wasn't asked

6    to try to, you know, prepare a rebuttal report.

7              As you know from -- from my reports,

8    I -- I actually use some of the work in Dr. Till's

9    report, the RAC report.  I don't agree with every

10   single thing that's in that report, but for my

11   purposes, I found that some of his work was

12   sufficient and -- and adequate for my purposes.

13        Q    Can you identify anything specific that

14   you disagree with from Dr. Till or the RAC report?

15        A    Well, once again, I -- you know, I

16   haven't been asked to come up with an exhaustive

17   list, and that -- that might take a while to leaf

18   through all those pages.

19              But one thing that comes to mind, which

20   I don't necessarily agree with, is Dr. Till's

21   assignment of grain size distribution of waste

22   that had been stored at the SLAPS side and the

23   Latty Avenue site.

24        Q    What specifically do you disagree with

25   about their opinions regarding grain size

1    distribution?

2        A    Well, I'll acknowledge he -- he says it

3    right in his report, and I'll -- I'll acknowledge

4    that he wasn't able to find any contemporaneous

5    physical measurements of the grain size

6    distribution of the waste.  And I looked and I

7    wasn't able to find any either.

8             And so what he does, if I can paraphrase

9    I think correctly, is his team went out and found

10   some data from uranium mine tailings and expressed

11   the opinion that that was a comparable material

12   that could be used as a proxy for the grain size

13   distribution.  And grain size distribution is

14   important because it's a big parameter in the

15   modeling of dust basically.

16            What he ended up with was a material

17   that was predominantly sand size grains, which is

18   pretty coarse material.  And I think I might have

19   had some information that perhaps Dr. Till didn't

20   have, because through my work at West Lake

21   Landfill, I actually had a little bit of

22   information about the lithologic characteristics

23   of -- of at least that waste that ended up in the

24   landfill, and it was described as silt and silty

25   sand, which would be finer grained in general than

1   **the grain size distribution that was employed by**

2   **Dr. Till.**

3           **So I agree that there's some uncertainty**

4   **with that set of values, but my general opinion is**

5   **that he might have used values that were skewed**

6   **toward the coarser grained and, therefore, less**

7   **mobile side.**

8       Q    Okay.  With respect to your reports in

9   this particular case, the Butler matter, did any

10  of your work involve characterizing or the need to

11  characterize the grain size distribution?

12      **A    Well, indirectly it does.  Yeah.**

13      Q    Explain to me how.

14      **A    Okay.  The -- the concentration of**

15  **particulates in air at the fence line depends on a**

16  **bunch of things, but one of the things it depends**

17  **on is the grain size distribution of the source**

18  **material.**

19      Q    Was that a particular parameter that you

20  inputted to your calculations that are stated in

21  your report?

22      **A    I used the results of calculations that**

23  **Dr. Till employed, so I actually used his grain**

24  **size --**

25      Q    Okay.

1        **A      -- distribution.**

2        Q     The material -- well, strike that.

3              The information you had from the West

4     Lake Landfill that you believe characterized the

5     material more on the order of silt and sand, what

6     documents were those?

7        **A      Those are the -- the site investigation**

8     **reports.  There are actually a couple of them.**

9     **But they include lithologic logs that -- you know,**

10    **there's drilling that was done into the landfill,**

11    **and then there are lithologic descriptions of the**

12    **various layers that are encountered.**

13       Q     Who's the author of those?  Is that the

14    EPA or is that some other entity?

15       **A      The author of those reports -- I mean,**

16    **they're summarized in EPA documents, but the**

17    **author of those reports were the potentially**

18    **responsible parties' consultants.  I think EMS is**

19    **the principal author of those reports.**

20       Q     You said that they were -- they were

21    actually doing core drillings out there and

22    pulling the material up, correct?

23       **A      Correct.**

24       Q     But you believed that what they

25    characterized as silty, sandy size material was

1    actually material that had -- had come from Latty

2    Avenue?

3        A    Yeah, because they -- they had described

4    -- they were able to differentiate a lot of the --

5    the layers of RIM, radiologically impacted

6    materials.  It had different characteristics than

7    the waste, than the conventional municipal waste.

8        Q    The materials that were stored at SLAPS

9    had various names or number -- kind of

10   alphanumeric designations.

11            The material that was silt and sand, do

12   you know what type of material that was supposed

13   to be based on its alphanumeric designation?

14       A    From the West Lake Landfill?

15       Q    Yeah.

16       A    Well, that's the leached barium sulfate

17   waste.

18       Q    Okay.  But you -- as you sit here, you

19   don't know the alphanumeric designation for that?

20       A    No, I don't.

21       Q    Other than this grain size distribution

22   issue we just talked about, was there anything

23   else that you recall disagreeing with when you

24   reviewed the RAC report?

25       A    Well, once again, that really wasn't my

1    purpose.  If I were asked to do that, I could -- I

2    could, you know, study it with that purpose in

3    mind.

4            But that was -- for my purposes, there's

5    a lot in that report such as dosage

6    reconstructions.  That's, you know, out -- out of

7    my wheelhouse.  So I can't speak to that at all.

8            But for the purposes that I had here,

9    the grain size issue was I think the -- the

10   dominant issue that I had identified.

11       Q    Okay.  Earlier we were talking about how

12   you would go about looking at the documents on the

13   database, and you mentioned that Mr. Matos helped

14   you out, correct?

15       A    Correct.

16       Q    What was the source of the documents

17   that Mr. Matos looked at?  Were they just on

18   the -- the law firm's database or did he look at

19   other documents?

20       A    Well, our -- our system is that we

21   maintain electronic project files on our own

22   server.  So he didn't have access to the law

23   firm's database.  He would have been reviewing

24   documents that I had already deposited into our

25   own server.

```
 1        Q    So you would go to the law firm's
 2   database, pull down a document that you were
 3   looking for, put it on some type of an internal
 4   server, and then Mr. Matos may review that to help
 5   you out?
 6        A    Correct, although I may very well have
 7   downloaded that document from other places that we
 8   talked about earlier, but that's generally the way
 9   it went.
10        Q    The documents on the internal server
11   then either could be the government documents that
12   you pulled from government websites or documents
13   you pulled from the law firm's database.
14        A    Correct.
15        Q    Okay.  Did Mr. Matos create any type of
16   work product in this case?
17        A    No.
18             MR. McCLAIN:  Object to the form of the
19   question.
20   BY MR. ZAGER:
21        Q    Did you go to any of the sites in this
22   particular case?
23        A    I have not.
24        Q    Did plaintiffs' counsel ask you to make
25   any assumptions or to assume any facts to be true,
```

1   any particular facts?

2       **A     No, uh-uh, there's -- there's nothing**

3   **like that.   I mean, in -- in our work we generally**

4   **assume that the technical data that we have**

5   **available to us is accurate.   But there were no**

6   **special instructions from counsel.**

7       Q     Okay.   We've already talked about how

8   you spoke with Mr. -- or, I'm sorry, Dr. Clark on

9   one occasion specifically related to this matter.

10          Did you contact anybody else, anybody in

11  any government agencies, any colleagues that you

12  rely on, anything like that?

13      **A     Other than Mr. Matos, that's it.**

14      Q     Do you know who Dr. John Frazier is?

15      **A     No, I don't.**

16      Q     You didn't review any reports or

17  deposition testimony of Dr. Frazier?

18      **A     I don't think so.**

19      Q     Other than just reviewing your reports,

20  did you do anything else to get ready for the

21  deposition today?

22      **A     I did review some of the documents that**

23  **I cited in the reports.**

24      Q     Which documents did you review that you

25  cited in your reports in preparation for the depo

1    today?

2         **A    The documents that I've reviewed -- what**

3    **you're really asking is just in the last couple of**

4    **days?**

5         Q    Yeah --

6         **A    I did review parts of the RAC report.**

7    **That's Dr. Till's report.  And I reviewed the set**

8    **of EPA memos that aren't specifically about**

9    **this -- this case, but they're from 1997 to about**

10   **2000 that talk about determining cleanup standards**

11   **for CERCLA sites that contain radioactive**

12   **contamination.**

13        Q    Why did you look at those documents?

14        **A    I looked at those documents to -- to**

15   **just make sure I was fresh on kind of the**

16   **evolution of cleanup standards.**

17        Q    Are you familiar with the ICRP?  Do you

18   know what that is?

19        **A    Yes, I am.**

20        Q    What's the ICRP?

21        **A    I'm sorry, I -- I can't think of the**

22   **acronym.**

23        Q    Okay.  Do you -- can you generally

24   explain to me what you think their role is or what

25   type of organization it is.

1          **A      It's an international organization about**

2     **radiation safety.**

3          Q     As part of your work on this case, did

4     you look at any ICRP reports or documents?

5          **A      No.**

6          Q     Okay.  And it's the International

7     Commission on Radiation Protection.

8              There's also a group called the NCRP,

9     the National Commission on Radiation Protection.

10    Did you look at any of their materials?

11         **A      No, I didn't.**

12             MR. ZAGER:  We'll take another quick

13    restroom break.  This is a decent transition

14    point.

15             THE VIDEOGRAPHER:  Going off the record.

16    The time is 10:52 a.m.

17             (Recess.)

18             THE VIDEOGRAPHER:  Going on the record.

19    The time is 11:00.

20    BY MR. ZAGER:

21         Q     All right, Dr. Wells, you've looked at a

22    lot of materials, both discovery materials as well

23    as documents, that you identified on government

24    websites, correct?

25         **A      I -- I'm just pausing because I'm not**

1    sure I understand what the distinction is.  I'm

2    not sure what discovery materials exactly means.

3         Q    Fair.  Sure.

4              Earlier when we were talking about

5    documents that you reviewed, you called them

6    technical documents or historical documents, and I

7    asked you if those were documents that you

8    understood had been exchanged between the parties

9    in discovery in this case, correct?

10        A    I see, yes.

11        Q    Okay.  Essentially they would be the

12   documents that you had access to from the -- the

13   law firm's database.

14        A    I understand.

15        Q    Okay.  And this is really just kind of a

16   general background question.

17             You looked at thousands of pages of

18   documents from the government websites.  Is that

19   fair?

20        A    That's probably fair, yes.

21        Q    You looked at numerous pages of

22   documents that you pulled down, specific documents

23   you were looking for from the law firm's website,

24   correct?

25        A    Correct.

1        Q    All right.  So you have a general

2   understanding of, you know, the locations that

3   we're going to be talking about and other issues

4   in the case.  Is that fair?

5        **A    That's correct.**

6        Q    Certainly to get up to speed in this

7   case, you had to look at background materials.

8        **A    Right.**

9        Q    Would you agree with me that the

10  radioactive material that was both processed by

11  Mallinckrodt at its downtown site as well as the

12  material that was ultimately stored at SLAPS

13  before being sold and transported elsewhere was

14  all owned by the United States government?

15       **A    I don't have an opinion about ownership.**

16       Q    And just to be clear, I'm not asking for

17  an opinion.  This is really just to get an

18  understanding of the factual background.

19            Do you know who owned that material?

20       **A    No, I don't know who owned the material.**

21       Q    Have you seen any document in all of

22  those documents that you've seen that suggested

23  that Mallinckrodt owned that material, whether it

24  was the material that they used to process at the

25  downtown site or the material that they -- or

1    strike that.  Strike that.

2              Have you seen any documents showing that

3    Mallinckrodt owned the material that was either

4    processed at the St. Louis downtown site or that

5    was ultimately warehoused at the SLAPS site?

6        **A     I am aware that -- that the ownership**

7    **question might be complicated.  For example, I**

8    **recall reading that -- that for at least some of**

9    **these materials, the uranium remained the property**

10   **of the -- the U.S. government.  I -- I really just**

11   **don't know about the ownership of the material as**

12   **a whole.**

13       Q    That's a fair point.  My question is a

14   little bit different, though.

15              With respect to Mallinckrodt

16   specifically, have you seen any document that

17   suggests that Mallinckrodt owned the material that

18   was either processed at the St. Louis downtown

19   site or that was warehoused at SLAPS?

20       **A     I haven't seen any documents like that.**

21       Q    Okay.  When I use the term "SLAPS," do

22   you understand what that is?

23       **A     Yes, I do.**

24       Q    And what is SLAPS?

25       **A     That's the St. Louis Airport Site.**

```
 1        Q    Okay.  You would agree with me that
 2   Mallinckrodt never owned the St. Louis Airport
 3   Site or SLAPS.
 4        A    I -- I understand that Mallinckrodt
 5   operated the site for a while, but I -- I don't
 6   believe they ever owned it.
 7        Q    Okay.  What is your understanding about
 8   the relationship between Mallinckrodt and the
 9   United States government with respect to this
10   material and the site that we're going to be
11   talking about, SLAPS?
12        A    Can you clarify that?  Because that --
13   that seems like kind of a broad question.  I'm not
14   sure I understand it.
15        Q    Sure.  You understand that Mallinckrodt
16   is not a federal agency, correct?
17        A    Correct.
18        Q    In other words, it's not a branch of the
19   Atomic Energy Commission -- or it wasn't a branch
20   of the Atomic Energy Commission.
21        A    No, my understanding is it's a private
22   company.
23        Q    Okay.  Do you have an understanding as
24   to what the relationship was between Mallinckrodt
25   Chemical Works, the private company, and the
```

1    United States government for this material, and

2    SLAPS specifically?

3        **A    I'm not an expert on -- on the ownership**

4    **or -- or relationship there, but my understanding**

5    **is that Mallinckrodt was working on behalf of the**

6    **U.S. government.**

7        Q    Okay.  I'll represent to you that

8    Mallinckrodt was a government contractor.  Have

9    you looked at any of the contracts between

10   Mallinckrodt and the United States government

11   relative to either the material or SLAPS?

12       **A    No, I haven't.**

13       Q    Do you know when the U.S. government

14   first obtained the right to use SLAPS or -- or

15   operate SLAPS?

16       **A    I -- it was approximately in 1948, I**

17   **think.**

18       Q    Okay.  If I told you it was actually

19   1946 --

20       **A    Oh.**

21       Q    -- would you have any reason to disagree

22   with that?

23       **A    I have no reason to disagree.**

24       Q    Okay.  Were you aware that in 1947 the

25   U.S. government actually obtained title, meaning

1   ownership, of the SLAPS property?

2      **A    I wouldn't have known the exact date,**

3   **but I understand that they did obtain title.**

4      Q    Okay.  Do you know if at any point in

5   time the United States government sold the

6   property or divested its interest in the property?

7           And by "property," I'm talking about

8   SLAPS.

9      **A    I know that there was -- there was talk**

10  **about returning the property to the city, but I**

11  **don't understand that that ever happened.  So I --**

12  **I don't really have any information about -- about**

13  **whether they transferred the property.**

14     Q    Okay.  Do you know what ultimately

15  happened with respect to the government's

16  ownership interest in the material that was stored

17  at SLAPS?  In other words, do they -- do they

18  still have it?  Did they sell it?  What happened

19  to that material?

20     **A    Well, I know what happened to the**

21  **material, but I -- I don't have knowledge about**

22  **the specific ownership status.**

23          **(Exhibit No. 4 was marked for**

24          **identification.)**

25  BY MR. ZAGER:

1        Q    I'm going to hand you what I marked as

2   Exhibit 4.

3             Go ahead and take a look at that, and

4   tell me if you recognize that document.

5        **A    (Peruses document.)**

6             **I don't believe I've reviewed this**

7   **document before.**

8        Q    Okay.  Let's go ahead and take a look at

9   the third page of Exhibit 4.  This is a letter

10  from Mr. Belcher at the U.S. Atomic Energy

11  Commission; is that correct?

12       **A    It appears to be, yes.**

13       Q    And he's writing it to somebody at

14  Continental Mining and Milling Company?

15       **A    Right.**

16       Q    Okay.  And if we go down in the body of

17  it, he's talking about the sale -- I'm sorry --

18  basically a contract modification to a sale of the

19  property.

20            Is that your understanding?

21       **A    Well, so this is a fairly lengthy**

22  **document, and I haven't --**

23       Q    I understand.

24       **A    -- seen this before.**

25            **I don't think this is about a sale of**

1    **the property.  I think this is a sale of the**

2    **material.**

3         Q    Thank you.  You're actually right.  If I

4    said "property," I misspoke.  I meant material.

5              Let's go to -- and it's actually a

6    little bit in reverse order.  Let's go to the next

7    page entitled "Supplement to Bill of Sale."

8              Do you see that document?

9         **A    I do.**

10        Q    Okay.  And you would agree with me just

11   by looking at the "whereas" clause at the top that

12   this is a supplement to a bill of sale between the

13   United States of America, acting through the

14   United States Atomic Energy Commission, and

15   conveying property to Continental Mining and

16   Milling Company.

17        **A    I'm not an expert on contracts, but**

18   **that's what the words say.**

19        Q    Okay.  If you go down to the -- the

20   third paragraph where it says, "Now, therefore."

21   Do you see that?

22        **A    Yes, I do.**

23        Q    Okay.  Starting after the -- the amount

24   of money, it says:  "The government hereby

25   bargains, sells and conveys to the purchaser

1    approximately 3500 tons of C-liner slag stored on

2    the east end of a government-owned site located at

3    50 Round Road, Robinson, Missouri, as shown," and

4    it references a document.

5             Did I read that correctly?

6        **A    Yes.**

7        Q    Okay.  That's consistent with your

8    understanding that SLAPS was owned by the -- the

9    federal government, correct?

10       **A    That the property was owned by the**

11   **federal government.  Yes.**

12       Q    All right.  And according to this, the

13   C-liner slag that's being sold, is that some of

14   the material that is at issue in this case?

15       **A    Yes.**

16       Q    There's no mention of Mallinckrodt in --

17   regarding the sale between the U.S. government and

18   Continental Mining and Milling that you see, is

19   there?

20       **A    Well, once again, this is a lengthy**

21   **document that I haven't read, but on -- on the**

22   **page we're looking at, I don't see any mention.**

23       Q    Okay.  Let's go -- they don't have page

24   numbers -- it's about halfway in, it says "Bill of

25   Sale" at the top.  Do you see that?

 1        **A     I'm not there yet.**

 2        Q     Okay.

 3        **A     Just give me a second.**

 4        Q     I'll hold it up so you can see it.

 5        **A     Okay.  Yes, I'm with you.**

 6        Q     This --

 7              MR. McCLAIN:  All he's doing now is

 8   reading documents that you're handing him for the

 9   first time.  I object to this procedure.  It's not

10   part of his report or it's not --

11              MR. ZAGER:  Okay.

12              MR. McCLAIN:  -- part of the opinion

13   that he's offering in this case.

14              MR. ZAGER:  Okay.

15              MR. McCLAIN:  You can make this in your

16   motion, whatever it's going to be, based on these

17   documents without his input because he doesn't

18   really have any.

19              MR. ZAGER:  Understood.

20   BY MR. ZAGER:

21        Q     Under the bill -- this particular bill

22   of sale is again between the United States of

23   America, by and through the United States Atomic

24   Energy Commission, and the purchaser then is

25   Continental Mining and Milling; is that correct?

1          **A      Well, once again, I'm -- you know, I'm a**
2    **geologist.  I'm not an expert on contracts.  But**
3    **that's what the words say.**
4          Q    Okay.  Then down below we see a
5    description of material and the approximate
6    quantities.  Do you see that?
7          **A      I do.**
8          Q    Okay.  Again, you've looked at documents
9    referencing what materials were at SLAPS, correct?
10         **A      Correct.**
11         Q    Does this appear to be the type of
12   material that was at SLAPS, and the quantity
13   specifically?
14              MR. McCLAIN:  Object to -- well, how
15   would he know that?  I mean, what -- what is it
16   that you want him to do, that you're asking his
17   expertise to read this document to you that's in
18   English?
19              MR. ZAGER:  Okay.
20              MR. McCLAIN:  I don't understand this
21   process, and it's wasting what I thought was --
22   you wanted to know his opinions, and all you're
23   doing is having him read documents that are not
24   part of his opinion.
25              MR. ZAGER:  Well --

```
 1              MR. McCLAIN:  And it's not --

 2              MR. ZAGER:  Counsel, you can object to

 3    the form, but I --

 4              MR. McCLAIN:  I do.

 5              MR. ZAGER:  I will ask my questions, and

 6    we will see where it goes.

 7    BY MR. ZAGER:

 8         Q    Go ahead, you can answer.

 9         A    I'm sorry, can you repeat the question

10    again?

11         Q    Sure.  I'm just saying looking at that

12    description of the property, does that appear to

13    be the same radioactive material that was stored

14    at SLAPS and then ultimately transferred away from

15    SLAPS?

16         A    I'll say not quite, because I know that

17    there were material that was stored at SLAPS that

18    was transported to other places.  But this appears

19    to be the list of materials that were transported

20    to the Latty Avenue site.

21         Q    Okay.  So, in other words, if we look at

22    that 1966 time frame and the materials that would

23    have been at SLAPS, this is consistent with the

24    type of material that was moved from SLAPS to

25    Latty Avenue, correct?
```

```
 1        A     That's my understanding of the nature of
 2    the material that was moved from the one site to
 3    the other.
 4        Q    Okay.  Where we started was I asked you
 5    if you knew of -- or if you had seen any documents
 6    that suggested that Mallinckrodt owned the
 7    material that was stored at SLAPS.
 8              Do you recall that question?
 9        A    Yes.
10              MR. McCLAIN:  Object to the form of the
11    question.
12    BY MR. ZAGER:
13        Q    Okay.  Based on what we just looked at,
14    and I understand it's -- it's a multipage document
15    you're seeing it for the first time -- this would
16    at least be consistent with the U.S. government
17    owning the property because it's actually the one
18    that sold it, fair?
19              MR. McCLAIN:  Object to the form of the
20    question.  I don't know that --
21    BY MR. ZAGER:
22        Q    You can go ahead.
23              MR. McCLAIN:  I don't think it's
24    appropriate for you to be offering an opinion on
25    something you've just seen.  If you feel
```

1    comfortable offering an opinion about it, go

2    ahead, but I -- I don't know what this procedure

3    is that we're employing here.

4          MR. ZAGER:  Counsel, object to the form.

5    Your witness can answer.  He's an expert.

6          MR. McCLAIN:  I haven't objected to the

7    form, but I -- no, he's not an expert on contracts

8    and who owns what.  That's not what he's employed

9    for.

10   BY MR. ZAGER:

11         Q    Go ahead, you can answer the question.

12         **A    Well, first of all, I'll, I think,**

13   **correct you again, because you asked me about the**

14   **property, and -- and this isn't about land.**

15         Q    Right.

16         **A    But, you know, I've -- kind of a broken**

17   **record, but I'm not an expert on contracts.  I**

18   **don't have an opinion about ownership of -- of**

19   **material, per se.  So I -- I really can't make an**

20   **opinion about the meaning of this document.**

21         Q    Okay.  So it's your testimony you're --

22   you're not an expert on contracts, fair?

23         **A    Fair.**

24         Q    You're not offering any opinions

25   regarding ownership of the material, fair?

1      **A    Correct.**

2      Q    Okay.  Let's go ahead and take a look at

3  Exhibit 2, which is your report.  And specifically

4  on page 21, you have a footnote 45.

5          Do you see that?

6      **A    I do see that.**

7      Q    Okay.  You write in your footnote 45:

8  "I understand that Mallinckrodt did not officially

9  operate SLAPS until 1953, but it was always

10  Mallinckrodt's waste being stored at the site,

11  being transported directly from Mallinckrodt's

12  downtown facility."

13          Did I read that correctly?

14      **A    You did.**

15      Q    Okay.  You would agree with me that you

16  don't have any basis to say that Mallinckrodt

17  owned this material, so it wasn't their waste,

18  fair?

19          MR. McCLAIN:  Object to the form of the

20  question.

21          THE WITNESS:  What I mean by this

22  statement is that the -- that the waste is -- was

23  originated from Mallinckrodt's operation downtown.

24  That's what I mean by that statement.

25  BY MR. ZAGER:

1        Q    Can you identify for me any federal law

2    that would make Mallinckrodt responsible for

3    government-owned waste that was being stored at a

4    government-owned and operated facility, even when

5    it was not under contract, meaning Mallinckrodt

6    was not under contract, to operate the SLAPS site?

7              MR. McCLAIN:  Objection.  There's four

8    legal questions involved in answering that

9    question.  He is not a legal expert, and so he's

10   not offering an opinion --

11             MR. ZAGER:  He's offering legal

12   opinions.

13             MR. McCLAIN:  It's not a legal opinion.

14   It's a -- it's -- he's told you what that

15   statement is based -- based upon.  It's not a

16   legal conclusion that he's reached, but, rather, a

17   common sense conclusion.  You and I will fight

18   about what the legalities are.

19             MR. ZAGER:  Right.

20             MR. McCLAIN:  Okay.  He's not -- he's

21   not going to be offering any opinions to support

22   that -- that point of view.

23             MR. ZAGER:  Okay.  Nevertheless, I'm

24   going to ask my question and establish my record.

25   Please contain it to objection of form so we can

1    all get done with this.

2    BY MR. ZAGER:

3        Q    Can you identify any federal law that

4    would make Mallinckrodt responsible for

5    government-owned waste at a government-owned site

6    that Mallinckrodt was not under contract to

7    manage?

8        **A    It's not my intention to offer a legal**

9    **opinion.  I'm -- I'm a geologist, not a lawyer.**

10            **It is my understanding that not only**

11   **owners but also operators of facilities can have**

12   **responsibility for environmental issues.  So**

13   **the -- I do have some knowledge through my**

14   **professional experience that not only owners can**

15   **be held responsible for environmental liabilities.**

16       Q    Can you identify for me, though, a

17   federal law that would specifically -- that would

18   make Mallinckrodt responsible for this material

19   prior to 1953?

20       **A    No, I can't.**

21       Q    Can you identify for me any federal

22   regulation or federal radiation safety standard

23   that would make Mallinckrodt responsible for the

24   waste material owned by the government at a

25   government-operated site?

1       **A      No, I don't have an opinion about that.**

2       Q      Okay.  You mentioned -- with respect to

3  your statement that you are aware that there's

4  laws that would require people other than the

5  owner to be responsible for the waste, does that

6  arise under CERCLA?  Is that what you're talking

7  about?

8       **A      That's what I was thinking of, yes.**

9       Q      You mentioned that in footnote 45:  "I

10 understand that Mallinckrodt did not officially

11 operate SLAPS until 1953."

12             Do you know how it was that Mallinckrodt

13 came to operate at the SLAPS site in 1953?

14      **A      I'm not sure what that question means,**

15 **"how it was."**

16      Q      Okay.  I'll represent to you that

17 Mallinckrodt contracted with the federal

18 government as of July 20th, 1953, to operate at

19 SLAPS.

20             I believe you told me you haven't seen

21 that contract or any other contract, fair?

22      **A      Fair.**

23      Q      Are you aware of any contract that

24 existed prior to July 20th of 1953 that required

25 Mallinckrodt to operate or manage any aspect of

 1    SLAPS?

 2        **A    Prior to 1953.  No, I'm not aware of**

 3    **anything like that.**

 4        Q    Would you agree with me that in 19 --

 5    strike that.

 6            Would you agree with me that prior to

 7    1954, that the federal government had a monopoly

 8    on all nuclear energy and nuclear materials?

 9            MR. McCLAIN:  Object to the form of the

10    question.  Calls for a legal opinion.

11    BY MR. ZAGER:

12        Q    You can answer.

13        **A    In my mind, that also calls for sort of**

14    **an economic opinion, and I -- I'm not an economic**

15    **expert.  So I really -- my answer to that is I**

16    **don't know.**

17        Q    Okay.  With respect to the operation of

18    SLAPS by Mallinckrodt starting on July 20th or on

19    or about July 20th, 1953, have you performed any

20    analysis as to what Mallinckrodt's duties or

21    responsibilities were?

22        **A    My understanding is that their -- their**

23    **duties were to manage that waste repository.**

24        Q    Have you analyzed what their duties were

25    with respect to management of the -- the site?  In

1   other words, specifically what they were supposed

2   to do, not supposed to do, or anything like that.

3        **A    In terms of reviewing any contracts that**

4   **might exist with the government, no.**

5        Q    Or what about any other authoritative

6   documents, regulations, standards, anything like

7   that?

8        **A    I haven't reviewed any documents**

9   **specifically about Mallinckrodt's operations**

10  **there, no, and their duties.**

11       Q    Okay.  Are you aware or have you

12  analyzed whether the Atomic Energy Commission

13  requested Mallinckrodt perform any specific types

14  of maintenance at SLAPS while it was responsible

15  for its operation?

16       **A    You know, I don't have any details as to**

17  **what kind of maintenance requests might have been**

18  **made, but it's my understanding that that would**

19  **have been under their purview to provide**

20  **maintenance to -- to, you know, keep up the**

21  **facility, to prevent materials from migrating**

22  **offsite, to maintain the fence line, things like**

23  **that.**

24       Q    Okay.  Where does that understanding

25  come from?

1      **A     It comes from my -- my reading of the**

2   **historical documentation about the SLAPS site as**

3   **is summarized in different reports, like Army**

4   **Corps of Engineers, you know, reports that have**

5   **historical summaries of the site.**

6      Q     Okay.  I'll represent to you that their

7   obligation was to perform maintenance work at the

8   site as the Commission requested.

9          Is it fair to say you don't have any

10  specific information about what the AEC requested

11  be done?

12         MR. McCLAIN:  Object to -- object to the

13  preface, and let him answer the second half of

14  that question.

15  BY MR. ZAGER:

16     Q     You can answer.

17     **A     I don't have -- I don't have any**

18  **information about specific requests that would**

19  **have -- would have passed between the government**

20  **and Mallinckrodt.**

21     Q     Okay.  Did the Atomic Energy Commission

22  provide Mallinckrodt with any equipment for them

23  to use for maintaining the property that you're

24  aware of?

25     **A     I don't know.**

Page 102

```
 1        Q    Okay.  Do you know at what point the
 2   material housed at SLAPS became licensed?
 3        A    I don't specifically know that, no.
 4        Q    Okay.  I believe that you stated in your
 5   report that -- strike that.
 6             You state that Mallinckrodt -- on
 7   page 12 of your report, you state:  "Mallinckrodt
 8   managed the SLAPS site from 1953 to 1966."  Is
 9   that correct?
10        A    That's what it says, yes.
11        Q    Okay.
12             MR. McGAHREN:  I'm sorry, what page was
13   that?
14             MR. ZAGER:  Page 12.
15   BY MR. ZAGER:
16        Q    Do you know if there was a license
17   issued for the material housed at SLAPS at any
18   point in time prior to 1966?
19        A    Well, I know it was licensed upon
20   transport to the Latty Avenue site, but, no, I --
21   I don't know about before.
22        Q    Okay.
23             (Exhibit No. 5 was marked for
24             identification.)
25   BY MR. ZAGER:
```

```
 1          Q    I'm going to hand you what I marked as
 2    Exhibit 5.  Go ahead and take a minute, look at
 3    that and tell me if you recognize that document.
 4               MR. McGAHREN:  This is 5?
 5               MR. ZAGER:  Five.
 6               THE WITNESS:  (Peruses document.)
 7               Okay.  I have reviewed this document.
 8    BY MR. ZAGER:
 9          Q    Just to be fair, what you're saying is
10    you reviewed what I've handed you, correct?
11          A    I've reviewed what you handed me.  I
12    haven't seen this document before.
13          Q    You've never seen this document before?
14          A    No.
15          Q    Did you look at any of the licenses for
16    the radioactive material that's at issue in this
17    case?
18          A    No, I didn't.
19          Q    Okay.  Well, if you look at the last
20    page of Exhibit 5, there's a date down there, and
21    it's -- it's not very legible, but it looks like
22    December something of 1963.  Do you see that?
23          A    I -- I can't really read it, but I see
24    what you're talking about.
25          Q    Okay.  Assuming that this license,
```

1    Exhibit 5, was -- was issued in that December 1963

2    time frame to Contemporary Metals Corporation, do

3    you have any understanding as to what or how that

4    would have affected responsibility for complying

5    with radiation safety standards for the material

6    housed at SLAPS?

7              MR. McCLAIN:  Object to the form of the

8    question.  It's a legal conclusion.

9              THE WITNESS:  No, I -- I really don't

10   have an understanding of -- of how this license

11   would have -- would affect their obligations.

12   BY MR. ZAGER:

13      Q    Okay.  Is it your understanding that

14   after a license is issued to a licensee for

15   radioactive materials, that they're required to

16   comply with the 10 CFR Part 20 federal

17   regulations?

18      **A    Yes.**

19      Q    Okay.  With respect to your statement on

20   page 12 of your report about Mallinckrodt being --

21   or Mallinckrodt managing the SLAPS site from 1953

22   to early 1966, is it possible that that actually

23   terminated in 1963 with the license that was

24   issued to Continental Metals Corporation?

25              MR. McCLAIN:  Object to the form of the

1    question.  Calls for a legal conclusion.

2              THE WITNESS:  That's not my

3    understanding of -- of what happened.  My

4    understanding is Continental Metals didn't take

5    possession or transfer that waste until 1966.

6              (Exhibit No. 6 was marked for

7              identification.)

8    BY MR. ZAGER:

9         Q    Okay.  Next I will hand you what I've

10   marked as Exhibit 6.  Go ahead and take a look at

11   that.

12        **A    (Peruses document.)  Okay.**

13        Q    Have you ever seen Exhibit 6 prior to

14   today?

15        **A    No, I haven't.**

16             MR. McCLAIN:  Object to the form of the

17   question.  He doesn't add anything to these

18   documents.  You can use them however you can use

19   them without his input.  Why are we wasting time

20   having him on documents that he's not going to

21   testify about, that -- that in areas that he's not

22   an expert in.  I don't understand why you're doing

23   this, and it's abusive at this point.

24             MR. ZAGER:  Counsel, just object to the

25   form.  I understand it's not what you would do,

1    but I am entitled to take my deposition.

2              MR. McCLAIN:  It's not -- it's not only

3    what I would do, but it's abusive in that -- in

4    that you're just having him read documents that he

5    doesn't know anything about on legal issues, which

6    you're entitled to raise, I'm not questioning

7    that, but not through him.

8              MR. ZAGER:  Okay.  That's -- and your

9    objection is noted for the record.

10   BY MR. ZAGER:

11       Q    And just to be clear, do you feel I'm

12   abusing you?  I mean I have not raised my voice.

13             MR. McCLAIN:  I'm not talking about you.

14   You're being very polite, and I'm not suggesting

15   you're not.  But it's an abuse of the way to go

16   about it.  Maybe you don't have anything that you

17   really want to ask him.

18             MR. ZAGER:  I do.

19             MR. McCLAIN:  But, you know, he doesn't

20   know anything about this.

21   BY MR. ZAGER:

22       Q    Okay.  Have you had a chance to look at

23   Exhibit 6?

24       **A    I have.**

25       Q    Okay.  This is a source material license

```
 1    issued February 14th, 1966, correct?

 2             MR. McCLAIN:  No, you don't know

 3    anything about it, do you?

 4             THE WITNESS:  I mean I can read the date

 5    on it.  I don't -- I --

 6    BY MR. ZAGER:

 7        Q    Okay.  Well, let me -- let me back up,

 8    because it's an incorrect statement that you

 9    haven't offered any opinions.

10             You've stated that Mallinckrodt managed

11    the SLAPS site from 1953 to 1966, correct?

12        A    That's correct.

13        Q    What is your understanding for what

14    happened in early 1966 that terminated

15    Mallinckrodt's operation of SLAPS?

16        A    My understanding is that the remaining

17    waste materials that were still being stored at

18    SLAPS began to be transferred and ultimately were

19    entirely transferred with, of course, the

20    exception of residuals in the soil to Latty

21    Avenue.

22        Q    Okay.  Is it your understanding that

23    another reason why Mallinckrodt's involvement at

24    SLAPS stopped in early 1966 is that the material

25    became licensed to another company?  Hence,
```

 1   Exhibit 6.

 2        A    I can answer the last part of that

 3   question.   It's my understanding that the material

 4   did become licensed to another company.   I don't

 5   have any particular knowledge nor opinion about

 6   all the reasons Mallinckrodt might have ceased

 7   operating SLAPS.

 8        Q    Okay.   So we've talked about the

 9   statement of your opinion that Mallinckrodt

10   stopped -- Mallinckrodt stopped operating the site

11   in early 1966.   Your understanding that this

12   material was sold and then eventually moved to

13   Latty Avenue, correct?

14        A    Correct.

15        Q    Do you have an understanding as to what

16   then happened with the SLAPS site after

17   Mallinckrodt was no longer working there or

18   operating it in early 1966?

19        A    Well --

20             MR. McCLAIN:   Object to the form of the

21   question.   It's overly broad and vague.

22   BY MR. ZAGER:

23        Q    You can answer.

24        A    I'll -- I'll answer the part that --

25   that I can answer.

1              It's my understanding that starting soon

2      thereafter, various agencies of the federal

3      government began testing environmental testing of

4      the site itself, of drainage ditches, of offsite

5      soil, and things like that.

6         Q    You're familiar with the term

7      "decommissioning"?

8         A    Yes.

9         Q    Was there ever actually a

10     decommissioning of the SLAPS site that you're

11     aware of?

12        A    I -- I don't know.

13        Q    Okay.  You certainly haven't seen any

14     contract or statement that Mallinckrodt was

15     responsible for remediating the site,

16     decommissioning the site or taking any action

17     after it was done in early 1966, fair?

18             MR. McCLAIN:  Object to the form of the

19     question, unless he's looked.

20             THE WITNESS:  I -- in the course of my

21     review of the documents, I haven't seen any

22     indications of that one way or the other.

23     BY MR. ZAGER:

24        Q    Okay.  You note in your report that the

25     case management order -- and this is your first

1    report from March 31st, 2019 -- that the case

2    management order required you to determine whether

3    there were releases of radiation in excess of the

4    effluent limitations found in applicable federal

5    regulations, 10 CFR Section 20.106(a), Appendix B.

6              Is that your understanding of what you

7    were at least initially tasked with doing?

8        **A    That's a big part of what I was tasked**

9    **to do.  I was also asked to just get up to speed**

10   **on the environmental condition and environmental**

11   **history of the site.**

12       Q    Okay.  Explain to me what 10 CFR

13   20.106(a) is.

14       **A    It's the -- it's the portion of the**

15   **federal code that talks about protection of the --**

16   **of people against radiation exposure.**

17       Q    Would you agree with me that it's a

18   quantitative standard?

19             MR. McCLAIN:  Object to the form of the

20   question.

21             THE WITNESS:  I would agree with you

22   that it's, in part, a quantitative standard.  I

23   would also, you know, note that the standard, you

24   know, evolves over time.  So I would -- I would

25   say that it's partially a quantitative standard

1    and it's partially a qualitative standard.

2    BY MR. ZAGER:

3         Q    It's my understanding from your report

4    that the version of 10 CFR 20.106(a) that you

5    applied in this case was the 1960 edition; is that

6    correct?

7         **A    Correct.**

8         Q    Did you look at any other editions other

9    than 1960?

10        **A    I did.**

11        Q    What other editions did you look at?

12        **A    I looked at the current edition, and I**

13   **looked at an edition from the early 1990s.**

14        Q    Okay.  You stated that it's partly

15   quantitative and partly qualitative.  What part of

16   it is qualitative?

17        **A    The part that's qualitative is the --**

18   **the part of that code that describes in text what**

19   **the objective is.  We already talked a little bit**

20   **about as low as reasonably, you know, achievable.**

21   **So the objective of Section 20 is that licensed**

22   **operations will maintain their facilities in a way**

23   **that exposure to the public is kept as low as --**

24   **as practical.  They then go on to try to quantify**

25   **what that means in things that are measurable.**

1          **But I think it's important to understand**

2     **the -- the -- sort of the basis or the rationale**

3     **or the goal that the federal government describes**

4     **in words.**

5          Q     Could a licensee be cited if they

6     complied with the quantitative requirements of

7     10 CFR Part 20.106, but arguably didn't comply

8     with the ALARA portion of it?

9               MR. McCLAIN:  I'm sorry, can I hear the

10    question back?

11              MR. ZAGER:  I can just re- -- I'll state

12    it again.

13    BY MR. ZAGER:

14         Q     Could a licensee be cited for complying

15    with the quantitative portion of 20.106 if they

16    arguably did not comply with the as low as

17    reasonably -- whatever it -- what is ALARA?

18         **A     As low as reasonably achievable.**

19         Q     Okay.  Thank you.

20              MR. McCLAIN:  Objection.  Calls for a

21    legal conclusion.

22    BY MR. ZAGER:

23         Q     Could a licensee be cited for complying

24    with the quantitative portion of 20.106(a) if they

25    arguably did not comply with the

1    as-low-as-reasonably-achievable principle?

2        **A    I don't have an opinion about whether or**

3    **not a licensee could be cited, because I think**

4    **that is a legal call, but I think it's possible**

5    **that activities could not meet that standard even**

6    **though they are meeting the quantitative standards**

7    **that are designated in Appendix B, Table 2.**

8        Q    Are you aware of any instance when the

9    Atomic Energy Commission or the Nuclear Regulatory

10   Commission cited a licensee that was in compliance

11   with the quantitative standards, but they

12   allegedly did not comply with the ALARA component?

13       **A    I'm aware of situations where, you know,**

14   **contamination spread offsite due to a situation**

15   **like that, but I -- I am not aware of any specific**

16   **citations.**

17       Q    When you say you're aware of those types

18   of situations, were they specific to radionuclides

19   and controlled by the Atomic Energy Commission or

20   the Nuclear Regulatory Commission?

21       **A    Sure.  I mean, I think that one example**

22   **of this situation would be, you know, the**

23   **contamination along haul roads.**

24       Q    Do you believe there was a citation

25   issued?

1      **A      No, I don't believe there was a citation**

2      **issued.   I don't believe the quantitative**

3      **standards even cover that scenario, but I think**

4      **that falls into the category of really not meeting**

5      **this -- this text, you know, descriptive standard**

6      **of not as low as reasonably achievable.   Certainly**

7      **it would have been achievable not to spill**

8      **material off trucks.**

9           Q    But again, you're not aware of any

10     citations being issued under that concept that you

11     just described?

12          **A    I am not.**

13          Q    Okay.  Under 20.106, a licensee is

14     allowed to release radioactive material from their

15     cite.  Fair?

16               MR. McCLAIN:  Object to the form of the

17     question.

18               THE WITNESS:  That's a true statement.

19     I mean, that -- that's kind of an example of

20     something I deal with all the time, which is this

21     kind of this question of how clean is clean.

22     BY MR. ZAGER:

23          Q    Right.  So, in other words, under

24     20.106, a licensee can release material from the

25     site as long as it does not exceed the -- the

1    limits stated in 20.106, specifically Appendix B,

2    fair?

3                MR. McCLAIN:  Object to the form of the

4    question.

5                THE WITNESS:  But here's where this

6    descriptive standard comes in.  A licensee isn't

7    expected to -- to purposely or cavalierly release

8    radioactive materials to the environment.

9    There's -- there's a standard there where -- that

10   the quantitative standards are set in such a way

11   as they're attempting to balance reasonable

12   inadvertent releases against the -- the value of

13   whatever activity is happening there.

14   BY MR. ZAGER:

15        Q    Okay.  My question is really more

16   straightforward than that.

17        **A    Okay.**

18        Q    Under 20.106(a), a licensee that is

19   fully compliant with their federal regulatory

20   requirement can still release material from their

21   site, fair?

22        **A    The standards are -- are quite low, but,**

23   **yes, that -- that is allowable.**

24        Q    Okay.  You state in your report that

25   you are required to look at 10 CFR 20.106(a),

```
 1    Appendix B, for this case, but are you aware or
 2    are you of the opinion that any other federal
 3    radiation regulations or standards of care apply
 4    to Mallinckrodt in this case?
 5         A    I haven't been asked to look at that,
 6    and I don't have an opinion about that.
 7         Q    Okay.  Would you agree with me that
 8    Mallinckrodt is not a licensee?
 9              MR. McCLAIN:  Object to the form of the
10    question.  These are just legal -- one legal
11    question after another.
12              MR. ZAGER:  They're related to his
13    report.
14              MR. McCLAIN:  Not really.
15              MR. ZAGER:  Okay.
16              MR. McCLAIN:  Not really, they're not.
17              MR. ZAGER:  Okay.
18              THE WITNESS:  I might not --
19              MR. McCLAIN:  They're dicta, if you
20    would, and -- and made in passing and -- and using
21    common terms.
22              MR. ZAGER:  Okay.
23              MR. McCLAIN:  Not legal terms.  And now
24    you want to cross-examine him on his legal opinion
25    on all of this stuff.  I just don't understand
```

 1    what you're doing.

 2            MR. ZAGER:  Okay.

 3    BY MR. ZAGER:

 4        Q    You can answer the question.

 5        **A    I might not know the answer to that, but**

 6    **it -- it's my understanding that for the SLAPS**

 7    **site, I'm not aware that Mallinckrodt was a**

 8    **licensee.**

 9        Q    Okay.  Are you aware of any federal

10    radiation safety standards or regulations that

11    would apply to government contractors?

12        **A    That's a pretty broad question.  I mean,**

13    **I think you're edging into sort of a -- a legal**

14    **arena.  I mean, I -- I've heard of this thing**

15    **about the government contractor exemption, but in**

16    **general, government contractors in my experience**

17    **are required to comply with the prevailing**

18    **environmental standards.**

19        Q    Are you familiar with the AEC manual

20    chapters that were issued back in the '50s and

21    '60s?

22        **A    Not deeply familiar with them, no.**

23        Q    Have you ever looked at them?

24        **A    I have looked at them.**

25        Q    Which -- did you know which chapters you

1    looked at -- well, strike that.

2              Did you look at it for this case?

3         A    No, I -- I've just looked at them in the

4    past.

5         Q    Okay.  Did you review any AEC bulletins

6    for this case?

7         A    No.

8         Q    I may have asked this, and if I did, I

9    apologize.  But did you have any of your

10   colleagues or any other experts peer review your

11   report in this case?

12        A    Only Mr. Matos reviewed part of this,

13   really just for editorial purposes.  We kind of

14   have a policy that written documents don't go out

15   unless another colleague has looked them over, but

16   it was really editorial.

17        Q    Okay.  He was the only person that

18   reviewed it?

19        A    Yes.

20        Q    Do you know if Dr. Clark has reviewed

21   it?

22        A    I -- I don't think I would know that.

23        Q    Okay.  All right.  Do you have a copy of

24   Exhibit 2 in front of you?

25        A    That's my --

```
 1          Q     Your report.

 2          A     -- original report?

 3          Q     Yes.

 4          A     Yes, I do.

 5          Q     On page 3 of your report, you have a

 6     Summary of Opinions, and you actually bold what

 7     your opinions are; is that correct?

 8          A     That's right.

 9          Q     So your first opinion is:  "The SLAPS

10     and Latty Avenue sites were contaminated with

11     radiological materials and metals, and the

12     contamination persisted even after the waste piles

13     were removed."  Is that correct?

14          A     Correct.

15                MR. McCLAIN:  I just want to note that

16     this is -- we're three hours into this deposition,

17     and this is the first question related to his

18     opinions in the case.  Just so I have note of it

19     on the record.

20                MR. ZAGER:  That's fine.

21     BY MR. ZAGER:

22          Q     You note on page 6, which is where you

23     discuss opinion 1, that the on-site structures at

24     SLAPS were razed and demolition debris was buried

25     on the property; is that correct?
```

1          **A     That's what it says, and that's my**

2     **understanding of -- of what happened there.**

3          Q     Okay.  Now, you talk in here -- let's go

4     to like page 7, for instance.

5          **A     Okay.**

6          Q     You talk a lot about the -- the FUSRAP

7     documents and U.S. Army Corps of Engineer

8     materials.  Why did you think those were important

9     to cite in this case?

10          **A     I thought those were important to cite**

11     **because it -- it gives a context of -- of the**

12     **nature and extent of contamination and what sort**

13     **of activities were done to address it.**

14          Q     You reviewed all of these reports that

15     you cite, for instance, the Army Corps of Engineer

16     reports and things like that, related to the

17     FUSRAP program?

18          **A     Yes, I did.  I can't say that I read**

19     **every single page, but, yes, I -- I reviewed these**

20     **reports.**

21          Q     All right.  And explain to us again what

22     -- what FUSRAP is and what their purpose was with

23     respect to these properties.

24          **A     So FUSRAP is a federal environmental**

25     **program.  Formerly Utilized Sites Remedial Action**

 1    Program, I think is what it stands for.  And

 2    it's -- it's a program that was implemented first

 3    in I think 1974, and the whole idea was to

 4    evaluate and, if needed, clean up sites around the

 5    country that were related to the Manhattan

 6    Project, and that -- that might have legacy

 7    contamination from -- from that work.

 8         Q    In any of the Army Corps of Engineer or

 9    FUSRAP documents that you reviewed, did any of

10    them apply the 10 CFR Part 20 regulations?

11         A    You're specifically asking about Army

12    Corps of Engineers.

13         Q    Yeah, or any of the FUSRAP documents.

14         A    I'm thinking through.  I -- I can't say

15    for certain that they never did, but I did not

16    come across that, and the reason I believe for

17    that is that the FUSRAP program generally follows

18    the CERCLA process.

19         Q    Okay.  In other words, because they

20    followed the CERCLA process, they were not

21    evaluating whether or not there was compliance

22    with the 10 CFR Part 20 regulations back in the

23    '40s, '50s and '60s, fair?

24         A    I -- I don't --

25              MR. McCLAIN:  Object to the form of the

1   question.

2   BY MR. ZAGER:

3        Q    Go ahead.

4        **A    I don't think that -- that the Army**

5   **Corps of Engineers ever did that.  I think their**

6   **perspective was, It's our job to clean up this**

7   **site.  Let's -- let's get going.**

8        Q    Okay.  In any of the Army Corps of

9   Engineers or FUSRAP documents that you cite in

10  your report, were they critical of Mallinckrodt's

11  operation back in -- from '53 to approximately

12  1966?

13            MR. McCLAIN:  Object to the form of the

14  question.

15            THE WITNESS:  Not that I can recall.

16  You know, it -- I -- my job is to write reports

17  like that, and I guess I would add the caveat that

18  that's not usually what we do.  We don't, you

19  know, usually add a critique of former activities

20  when we're looking at how to characterize or clean

21  up a site.  So I would say no, but I would say I

22  wouldn't have expected to.

23  BY MR. ZAGER:

24       Q    Okay.  In other words, the Army Corps of

25  Engineers' and the FUSRAP's purpose was different

1    than evaluating regulatory compliance back a

2    couple of decades earlier, correct?

3         **A    That's true.**

4         Q    Okay.  In other words, they're going out

5    looking to see what contamination there is in the

6    area, and then they're going to set cleanup

7    levels, correct?

8         **A    I mean, there's a whole long process.**

9    **That's not all they do.  But that -- that is their**

10   **obligation as I'm sure they interpret it under**

11   **FUSRAP.**

12        Q    The cleanup levels that they set are not

13   based on 10 CFR Part 20, correct?

14        **A    You know, there's -- there's a lot of**

15   **interplay between those standards and the**

16   **standards that ended up getting applied out there.**

17   **They don't specifically cite, to -- to my**

18   **recollection, Section 20 of 10 CFR, no.  They cite**

19   **other things.**

20             **But if you really dig deep and -- and**

21   **try to understand where those cleanup standards**

22   **came from, they -- they're actually interrelated.**

23        Q    Okay.  But the cleanup levels are

24   actually much lower.  They're going in to actually

25   clean something up with the hopes that then the

 1    site can be unrestricted use, fair?

 2        **A    I don't know that I would say they're**

 3    **much lower.  I mean, they're really measuring**

 4    **different things, aren't they?  I mean, they're --**

 5    **you know, the Table 2 values are effluent**

 6    **limitations.  That's the Table 2 in Section 20.**

 7    **Those really were never meant to be cleanup**

 8    **standards.  They were meant to be proxies for the**

 9    **threat of exposure.**

10        Q    They're release standards, correct?

11        **A    That's right.**

12        Q    Then your second opinion is that --

13    strike that.  Let me back up.

14            With respect to your first opinion

15    regarding that there's -- there's contamination in

16    the area -- again, we've already talked about

17    under the 10 CFR Part 20 regulations.  When

18    Mallinckrodt was operating the site, the SLAPS

19    site, they were allowed to release material,

20    correct?

21            MR. McCLAIN:  Object to the form of the

22    question.

23            THE WITNESS:  There were specific

24    limitations, and there were also descriptive

25    limitations on -- on the magnitude of those

1   releases, but I would argue that, yes, there --

2   that a certain degree of release was allowable.

3   BY MR. ZAGER:

4        Q    So Mallinckrodt back '53 to 1966 was

5   allowed to release material, and then the

6   government, through the Army Corps of Engineer,

7   came in a decade or two later and evaluated the

8   contamination in the area.

9             MR. McCLAIN:  Object --

10  BY MR. ZAGER:

11       Q    Is that the general setup?

12            MR. McCLAIN:  Object to the form of the

13  question.  It calls for a legal conclusion.

14  BY MR. ZAGER:

15       Q    You can answer.

16            MR. McCLAIN:  Not being cited for

17  release is different than being allowed to

18  release.

19            MR. ZAGER:  Counsel, don't coach the

20  witness.  Come on.

21  BY MR. ZAGER:

22       Q    You can answer.

23            MR. McCLAIN:  Well, there's a

24  difference.

25            MR. ZAGER:  There's not a difference

 1    between coaching the witness.  You can object to

 2    the form, but --

 3              MR. McCLAIN:  Well, there -- there's a

 4    difference in your question.

 5    BY MR. ZAGER:

 6         Q    Do you even remember what the question

 7    was after all that?

 8         **A    Let's try it again.**

 9         Q    Okay.  The general setup here was that

10    back in 1953 to 1966, when Mallinckrodt --

11    Mallinckrodt was operating the SLAPS site, under

12    the regulations that you're applying, they were

13    allowed to release material as long as they didn't

14    exceed the limits, fair?

15              MR. McCLAIN:  Object to the form of the

16    question.

17              THE WITNESS:  That's correct, with the

18    caveat that we've already talked also about these

19    descriptive limits that I think also apply.

20    BY MR. ZAGER:

21         Q    Right.  The FUSRAP program that we're

22    talking about is the federal government, through

23    the Army Corps of Engineers, coming back to these

24    sites, like SLAPS, decades later, evaluating

25    whether or not there's contamination, and then

1   deciding if they want to clean it up and to what

2   extent.

3           Is that the general process that we're

4   talking about here?

5       **A    I -- I know I'm being nitpicky, but I**

6   **don't think I would describe that process as**

7   **whether or not they want to clean it up but**

8   **whether or not they need to clean it up.  But**

9   **that's -- cleaning up these sites was what FUSRAP**

10  **was and still is all about.**

11      Q    Okay.  Then your -- your second opinion

12  is:  "Contamination, including radiologic

13  materials and metals, has escaped from the SLAPS

14  and Latty Avenue sites and impacting neighboring

15  properties by a number of migration pathways."

16          Is that correct?

17      **A    That's correct.**

18      Q    Okay.  And with respect to that, you

19  talk about runoff and surface water, correct?

20      **A    Right.**

21      Q    And then also the contaminants in the

22  surface water?

23      **A    Correct.**

24      Q    You talk about air dispersements of

25  windblown dust and radon, correct?

```
 1          A     Right.

 2          Q     And then we also have groundwater flow,

 3     correct?

 4          A     Right.

 5          Q     All of those collectively, as they leave

 6     the site, would be what's known as effluents?

 7          A     There's different terms that are -- that

 8     are used by different agencies, but we can --

 9     sure, we can call them effluents.

10          Q     Under the standard of care that you're

11     applying in this case, specifically 10 CFR

12     20.106(a) from 1960, the runoff of the surface

13     water and the air dispersements as well as

14     contaminants in both of those and the groundwater

15     would all be characterized as effluents; is that

16     correct?

17          A     Yes.

18          Q     You also mention the spillage on the

19     haul roads.

20          A     Can I back up?  I'm sorry.

21          Q     Sure.

22          A     I didn't want to get ahead of ourselves.

23                As I point out in the report, there --

24     there isn't an effluent guideline for contaminated

25     sediments.  So that's something that's important
```

1  in this case that's just not quantitatively

2  addressed in the Appendix B tables.

3      Q    Right.  The sediments are carried -- or

4  potentially could be carried offsite with the

5  water, correct?

6      A    Correct.

7      Q    Given that these sediments are mixed in

8  with the water, aren't they part of the water

9  effluent limitations?

10     A    I don't think so.  I -- I think the

11 water effluent limitations are meant to describe

12 dissolved contaminants in water, not particulate

13 contaminants.

14     Q    What is your basis for saying that the

15 water effluent limitations are supposed to include

16 dissolved sediment but not solidified sediment?

17     A    Well, it's not really dissolved

18 sediment.  It's dissolved compounds.

19     Q    Okay.

20     A    My basis for that is there's nothing in

21 the regulatory language that talks about including

22 particulates, and it's standard practice to filter

23 sediments out of surface water or groundwater

24 before we send them to the lab.

25              So in the absence of any kind of

1    specific guidance, in my business we usually

2    assume that if people are talking about water

3    standards, say like drinking water standards,

4    you're talking about dissolved standards.

5         Q    Is there anything in 20 CFR -- strike

6    that.

7              Is there anything in 10 CFR 20.106(a)

8    that says that when you're talking about water

9    effluent that you're supposed to filter out

10   sediment?

11        A    It's silent about that, to my knowledge.

12        Q    So it certainly doesn't say to -- to

13   strain it out.

14        A    No, but that would be standard practice.

15        Q    I understand you may be -- that may be

16   standard practice in what you're doing today.

17   With respect to back in 1960, when these

18   regulations were put in place, do you have

19   information as to what the standard of care was

20   then?

21        A    Well, I don't have information as to

22   what was explicitly in the minds of the folks

23   who -- you know, who constructed Table 2.  But my

24   understanding is that really throughout the

25   history of -- of environmental testing in the

1    **States, when we talk about water concentrations,**

2    **we're talking about dissolved concentrations.**

3         Q    Okay.  But there's nothing specific to

4    how that would apply to 10 CFR 20.106(a),

5    specifically the 1960 version, fair?

6         **A    To my knowledge, it's silent on that.**

7    **So that's an assumption I'm making based on my**

8    **professional experience.**

9         Q    Okay.  You also mention with respect to

10   opinion 2 the spillage on the haul roads.  Do

11   you -- do you see that?

12        **A    Let's see.**

13        Q    And, actually, it's probably on page 3

14   where you summarize it.

15        **A    (Peruses document.)**

16        **I -- I agree with you, I think it's in**

17   **here, but I -- I'm not seeing it right now.**

18        Q    Well, where I'm looking at is on page 3.

19        **A    Okay.**

20        Q    The last full paragraph -- it's actually

21   the last couple of words, "resuspension from

22   roads."

23        **A    Oh, okay.**

24        Q    I'm assuming that's talking about

25   spillage.

1        **A      Okay.  Yes.**

2        Q    Okay.  Have you analyzed Mallinckrodt's

3   responsibility, if any, for material that was on

4   the roads?

5        **A    I haven't specifically analyzed**

6   **Mallinckrodt's responsibility for that.**

7        Q    Are you aware or can you quantify any

8   material that was allegedly spilled on the roads

9   from Mallinckrodt, Mallinckrodt doing the actual

10   trucking?

11        **A    Well, there are analyses where -- where**

12   **folks have tried to kind of sort out what the haul**

13   **routes were from Mallinckrodt to SLAPS as opposed**

14   **to from SLAPS to Latty Avenue.  So there has been**

15   **some analysis, and I'm aware of that analysis on**

16   **that distinction, but I'm not aware of any**

17   **analysis, and I haven't performed it, as to**

18   **whether or not there might be any commingling.**

19        Q    Okay.  With respect to the transport on

20   the roads, whether it's from downtown to SLAPS --

21   well, strike that.

22             With respect to the travel from downtown

23   to SLAPS of the material, do you know to what

24   extent Mallinckrodt was doing that transport, as

25   opposed to other contractors for the government?

1      **A    It's my understanding that Mallinckrodt**

2  **was transporting this material.  Whether or not**

3  **there might have been other contractors, I -- I**

4  **haven't seen any references to that.**

5      Q    Okay.  With respect to any material that

6  was allegedly spilled by Mallinckrodt on the haul

7  roads, are you able -- do you have sufficient data

8  to calculate whether or not it was in excess of

9  the release limitations stated in 10 CFR Part

10  20 -- 10 CFR 20.106(a)?

11          MR. McCLAIN:  Object to the form of the

12  question.  That's an incorrect standard to the

13  wrong activity.

14          Are we -- are we going to stop at lunch

15  for some point?  Or what -- what's your plan?

16          MR. ZAGER:  It's up to you.  I don't

17  care.

18          MR. McCLAIN:  Huh?

19          MR. ZAGER:  I don't care.

20          MR. McCLAIN:  I mean how many -- you've

21  got hours to go, right?

22          MR. ZAGER:  At least probably two, yeah.

23          MR. McCLAIN:  So I don't know, Jim, what

24  you want to do.

25          THE WITNESS:  I would like to take a

1    lunch break at -- at some natural breaking point.

2              MR. McCLAIN:  Okay.

3              MR. ZAGER:  Okay.  Let's -- let's finish

4    this question up.

5              THE WITNESS:  Okay.

6              I think that's an example of -- of a

7    situation that isn't -- isn't fully covered by the

8    quantitative standards in Section 20, 10 CFR.  And

9    so that's a situation where I would look to the

10   descriptive standard of as low as reasonably

11   achievable.  And I would suggest that it certainly

12   would have been achievable, you know, to not spill

13   some of this stuff as they were hauling the waste

14   from one place to another.

15   BY MR. ZAGER:

16        Q    So you believe it would be achievable in

17   transport to have zero waste spill?

18             MR. McCLAIN:  Yeah.

19             THE WITNESS:  Virtually -- virtually

20   zero waste spill, I think that would be

21   achievable.  I mean, I think we -- we actually

22   achieve that these days.

23   BY MR. ZAGER:

24        Q    Okay.  Out -- well, these days in 2019,

25   is that what you're saying?

1          **A      Well, sure.   Yeah.**

2          Q     Okay.  Have you analyzed the technology

3     that was available back in '53 to -- or '46 to

4     '53, '55?

5          **A      Well, you know --**

6               MR. McCLAIN:  A canvas cover?

7     BY MR. ZAGER:

8          Q     You can answer.

9          **A      This isn't really high-tech technology,**

10    **and I'm not a trucker, but I think it's -- even in**

11    **the '50s and the '60s, it would have been readily**

12    **possible to transport stuff like dirt in trucks**

13    **and spill virtually none of it.**

14              **Would -- would a couple -- you know,**

15    **would possibly some particles escape during**

16    **loading and unloading, yeah, sure.  But along the**

17    **trucking route, I think that would be possible.**

18         Q     But specific to Mallinckrodt and any

19    transportation activities it was involved in, you

20    haven't analyzed the quantity of any material that

21    was lost.  Is that fair?

22         **A      That's fair, I'm not aware that anyone**

23    **has done that.  I mean, there's been a lot of work**

24    **looking at the nature and extent of contamination**

25    **that -- that was released that way, and the**

1    concentration levels.  But in terms of

2    back-calculating some kind of mass or amount, I'm

3    not sure that could be done.

4        Q    Okay.  You also write on page 10 of your

5    report, it's down at the bottom, it says:  "Of

6    particular note, researchers have concluded that

7    an important exposure pathway at this site is

8    transport and redistribution of contaminated

9    sediments down Coldwater Creek and its flood

10   plane, especially during flood events which had

11   the potential to deposit contaminated sediments

12   directly into the yards of residential properties

13   that abut the creek."

14            Did I read that correctly?

15       A    Yes.

16       Q    Okay.  And then you've got a couple of

17   cites there.

18            Specifically, what do -- what do those

19   reports talk about that supports that proposition,

20   because you didn't quote that?

21       A    I'm not sure what you mean I didn't

22   quote that.  I don't know what that means.

23       Q    I mean I don't see quote marks.  In

24   other words, that that's kind of you paraphrasing.

25       A    Oh.  Yeah, it is me paraphrasing.

1           Well, I mean, there have been studies,

2    you know, all the way back actually to the '60s

3    regarding releases by way of surface water

4    sediments.  I think Oak Ridge National Lab sent a

5    crew out there '67 or '68, and they looked at the

6    ditches in -- in and -- on and adjacent to the

7    SLAPS site.

8           Subsequently, Army Corps of Engineers in

9    the '90s and 2000s did a very significant amount

10   of investigation along the waterway, and what they

11   found were elevated levels of radioactive

12   materials in the sediments along Coldwater Creek.

13   Q    All right.  When you say "elevated

14   levels" -- strike that.

15          Was it elevated levels of radionuclides?

16   What was your word?

17   A    I think I said "radioactive materials."

18   Q    Okay.  When you say that they found

19   elevated levels of radioactive materials, you're

20   talking about elevated above natural background,

21   correct?

22          MR. McCLAIN:  Object to the form of the

23   question.

24          THE WITNESS:  We could talk about that,

25   but we could also talk about them being elevated

```
 1   above the Army Corps of Engineers' cleanup

 2   standards, at least in places.

 3   BY MR. ZAGER:

 4       Q    Okay.  The studies that you just

 5   referred to that looked at sediment in this --

 6   these transport sediments, did any of them compare

 7   it or evaluate it against the radiation safety

 8   standards, specifically 10 CFR 20.106?

 9       A    No.  And I -- I don't believe that would

10   have been applicable for the work they were doing.

11       Q    Why wouldn't it be applicable to what

12   they were doing?

13       A    Well, what they were really looking at

14   is the aftermath of -- of the sort of releases

15   that we've been talking about, you know,

16   throughout the morning, as opposed to discharges

17   or effluent concentrations at the time.

18       Q    Okay.  You also note on page 11 of your

19   report, you have this inset quote about

20   "Concentrations of thorium-230 in the sediment

21   range from 0.2 to 1400 picocuries per gram."

22           Do you see that?

23       A    I do see that.

24       Q    You then write:  "Sediment with elevated

25   levels of radioactive material is intermittently
```

Page 139

```
 1   located in creek bins where natural settling would

 2   occur."

 3              Did I read that correctly?

 4        A     Yes.

 5        Q     Okay.  So, in other words, they're

 6   finding the -- the radioactive materials,

 7   specifically the thorium-230, U-238 and Ra-226,

 8   but it's in areas where they would expect to find

 9   it if it's flowing down the river where it

10   naturally would settle, fair?

11        A     Sure, but also they're finding it up in

12   what we would consider to be the flood planes.  So

13   there -- there are a couple of different dynamics

14   that come into play when you have sediment

15   transport down a river, but in terms of it being

16   where we would expect it, in terms of things like

17   fluvial geomorphology, I -- I generally agree with

18   that.

19        Q     Okay.  And then they note that the

20   contamination levels are highest near SLAPS and

21   HISS, but they decrease greatly downstream,

22   correct?

23        A     This is a quotation from the Army Corps

24   of Engineers, and that's stated correctly.

25        Q     Down in the next sentence you say:
```

1    "Mallinckrodt and Cotter would have been aware of

2    these issues because AEC had observed and reported

3    uncontrolled releases of contaminated sediment at

4    least by 1948."

5           Did I read that correctly?

6      **A    Yes.**

7      Q    Okay.  When you say "aware of these

8    issues," what are you talking about?

9      **A    I'm talking about -- about waste from**

10   **the waste piles washing into the ditches that**

11   **reached the creek from SLAPS and Latty Avenue.**

12     Q    Okay.  First, let's back up a second.

13          You do agree still that while

14   Mallinckrodt was operating the site, releases from

15   the site were permitted as long as they did not

16   exceed 20.106, correct?

17          MR. McCLAIN:  I -- I object to the form

18   of the question as to "permitted."

19   BY MR. ZAGER:

20     Q    You can answer.

21     **A    Well, I'm -- I'm a broken record here,**

22   **but there's also a descriptive standard of ALARA,**

23   **and I've also mentioned before that sediments are**

24   **really not covered quantitatively in Appendix B,**

25   **Table 2.  So this is -- this is something that did**

1    not at the time have a quantitative standard in my

2    opinion.

3         Q    Okay.  But again, your opinion is -- is

4    not based specifically on what's stated in 20.106,

5    correct?

6              MR. McCLAIN:  Object to the form of the

7    question.

8              THE WITNESS:  Well, it is based on that,

9    because Section 20 of 10 CFR does articulate the

10   intention of all of these rules, and the intention

11   is ALARA.

12   BY MR. ZAGER:

13        Q    Well, but then it then provides specific

14   tables stating the limits on the annual average

15   release rates, correct?

16        A    That's right, for certain media, but not

17   all media.  The -- you know, one way to look at

18   this is the writers of this code, I'm not in their

19   minds, but they perhaps wisely recognized that

20   they couldn't foresee every single scenario by

21   which radiological material might get released

22   into the environment or offsite from a facility,

23   so they include this descriptive narrative.  I

24   think it should be applied to these sorts of

25   releases that aren't covered quantitatively.

1      Q    That's assuming -- or that's based on

2    your assumption that the water effluent limitation

3    doesn't include sediment contained in the water,

4    fair?

5      **A    Well, it's based on more than that, but**

6    **that is -- that is an assumption that I've made**

7    **also.**

8      Q    So if I'm an Atomic Energy Commission

9    inspector back in 1960, and I go out and I grab a

10   water sample and we take it back to the lab, are

11   you saying that I would have strained out any

12   sediment that was collected in that material?

13           MR. McCLAIN:  Object to the form of the

14   question.

15           THE WITNESS:  Generally that's -- that's

16   what we do when we collect water samples, unless

17   you're specifically choosing not to for some

18   reason.

19   BY MR. ZAGER:

20     Q    But my question is very specific to the

21   Atomic Energy Commission inspectors back in 1960.

22           Do you have any evidence to suggest that

23   if they go out and collect that water sample, that

24   they strain the sediment out and then just test

25   what's in the water?

```
 1        A    I reviewed those -- those inspection

 2   reports, and they just don't go into that kind of

 3   detail about the protocols that they used.  But

 4   based on my professional experience, that's what

 5   water sampling means.

 6        Q    Okay.  Have you performed water sampling

 7   for compliance with 20.106?

 8        A    No, I haven't.

 9        Q    The reports that you reviewed by the

10   Atomic Energy Commission on their water sampling,

11   did they say anything about straining out

12   sediment?

13        A    They -- they don't speak to their

14   protocols at all.

15        Q    All right.  But you certainly wouldn't

16   expect them to say that they didn't do something,

17   would you?

18             MR. McCLAIN:  That they didn't do

19   something?

20             MR. ZAGER:  Right.

21             MR. McCLAIN:  What?

22   BY MR. ZAGER:

23        Q    They wouldn't say, We didn't strain out

24   the sediment.  You wouldn't expect to see that in

25   a report, would you?
```

 1                MR. McCLAIN:  Objection.  Calls for

 2     speculation.

 3                THE WITNESS:  You know, that reminds me

 4     of a mentor I had once who told me in writing

 5     reports don't -- you know, don't tell people what

 6     you didn't do; tell them what you did do.

 7                But, you know, they just don't -- they

 8     just don't provide their -- their protocol.

 9     BY MR. ZAGER:

10          Q    Okay.  But following --

11          A    However, if I could add, upon -- upon

12     finding elevated levels of radionuclides in the

13     sediment of the ditches, they -- they did take

14     measures to stop offsite transport or minimize

15     offsite transport by re-engineering the ditches

16     and putting in a settling pond.  So they did see

17     that as a problem.

18          Q    When did they put in the settling pond?

19          A    I'm not exactly sure when that was.

20          Q    Was it while the Atomic Energy

21     Commission was still operating the site as its own

22     entity?

23          A    I'm going to have to look up the date.

24     The date is just not --

25          Q    Okay.

```
 1        A      -- not coming to mind.

 2        Q      Going back to this statement, though,

 3   about Mallinckrodt and Cotter would have been

 4   aware of this issue because AEC had observed and

 5   reported uncontrolled releases of contaminated

 6   sediment at least by 1958, you're talking about a

 7   1948 Atomic Energy Commission document; is that

 8   correct?

 9        A      That's correct.

10        Q      Do you know if anybody from Mallinckrodt

11   ever received that 1948 document?

12        A      I don't have any information about that

13   one way or another.

14        Q      You agree with me, though, it was an AEC

15   document written by an AEC employee, correct?

16        A      It was.

17        Q      Further down in that same paragraph, you

18   state, after talking about this 1948 AEC document:

19   "But what is clear from my initial review,

20   including the inspection reports, is that there

21   were serious violations of regulations at both

22   sites."

23               Did I read that correctly?

24        A      Yes.

25        Q      Okay.  First off, the inspection reports
```

1    that you're talking about, what inspection reports

2    did you review?

3        A    Well, what I'm talking about here are

4    the -- are a couple of things, including, for

5    example, this 1948 report about uranium

6    contamination at the airport storage site.  Then

7    there are inspection reports from the '60s at the

8    Latty Avenue site.

9        Q    Okay.  So those are the reports you're

10   talking about there, correct?

11       A    Correct.

12       Q    You then state:  "There were serious

13   violations of regulations at both sites."

14            We don't need to jump ahead if -- if

15   it's covered later in the report, but the

16   serious regulations that you're talking -- well,

17   identify the serious regulations you're talking

18   about.  Strike that.  I jumbled that question.

19            Identify the serious violations of

20   regulations that you're talking about on page 11.

21       A    The violation of regulations that I'm

22   talking about there are that these sites were not

23   operated in such a way as to keep releases of

24   radiological materials from the facility as low as

25   is reasonably achievable.

1      Q    So you're applying the ALARA principle

2   there.

3      **A    Now, later on we learn that the**

4   **contamination as a result of -- of these**

5   **discharges led to contaminated soil and**

6   **contaminated sediments that exceeded cleanup**

7   **standards, but I acknowledge that in the '40s and**

8   **'50s, those standards probably hadn't been**

9   **promulgated.**

10     Q    Okay.  You're certainly not suggesting

11  that Mallinckrodt should be held liable or

12  responsible for activities from 1953 to early 1966

13  based on cleanup standards that were put in place

14  years later, including probably two decades later,

15  are you?

16          MR. McCLAIN:  Objection.  Calls for a

17  legal conclusion.

18          MR. ZAGER:  It's his opinion.  He said

19  it.

20  BY MR. ZAGER:

21     Q    Go ahead.

22          MR. McCLAIN:  No, his -- his opinion

23  about what needs to be cleaned up or what -- what

24  needs to be cleaned up aren't based upon whether

25  or not or when the statute came into effect.

```
 1              MR. ZAGER:  Okay.

 2   BY MR. ZAGER:

 3        Q    You can -- let me rephrase the question.

 4              You've written a report and you're

 5   talking about violations of regulations, correct?

 6        A    Yes.

 7        Q    All right.  The regulations that you're

 8   alleging were violated and that you're going --

 9   you're going to testify to in this trial, do they

10   include the cleanup standards that were put in

11   place years later?

12        A    No, I look at that as a consequence

13   of -- of activities that were in violation of the

14   regulations that were in place at the time.

15        Q    Okay.  And we've already talked about

16   the fact that Mallinckrodt was a contractor to the

17   Atomic Energy Commission, correct?

18        A    That's correct.  I -- I've mentioned

19   that I don't have an awareness of the nature of

20   the contracts, but we did talk about that.

21        Q    Right.  Have you evaluated the oversight

22   by the Atomic Energy Commission of Mallinckrodt

23   during that time period at SLAPS from 1953 to

24   1966?

25        A    No.
```

```
 1        Q     Okay.  Were you aware that the Atomic

 2   Energy Commission had an actual office in

 3   St. Louis?

 4        A     Yes, I am.

 5        Q     And it was actually in Mallinckrodt's

 6   facilities or on Mallinckrodt's facilities in the

 7   downtown site.

 8        A     I don't really have knowledge of where

 9   it was, but I believe you.

10        Q     All right.  You mentioned earlier that

11   you looked at inspection reports, and those were

12   inspection reports completed by inspectors from

13   the Atomic Energy Commission going out and looking

14   specifically at the sites, correct?

15        A     That's correct.

16        Q     In your report you identify notices of

17   noncompliance issued by the AEC; is that correct?

18   You refer to several of them.

19        A     Yes.

20        Q     Okay.  Did you ever identify a notice of

21   noncompliance issued by the Atomic Energy

22   Commission to Mallinckrodt?

23        A     No.

24        Q     You've mentioned the ALARA principle

25   several times.  Did you ever identify any writing
```

1    or citation from the Atomic Energy Commission

2    stating that Mallinckrodt was in violation or not

3    following the ALARA principle?

4        **A    I haven't seen anything like that in the**

5    **historical documentation.**

6        Q    Then on page 11, you state --

7            MR. McCLAIN:  Jim, when do you want to

8    have lunch?  Because this is just going to keep

9    going on until you say stop.

10            THE WITNESS:  What time is it getting to

11   be?

12            MR. ZAGER:  It's 12:25.  If you want to

13   stop, we can stop.  Are you ready for a lunch

14   break?

15            THE WITNESS:  Yeah, I'm ready for a

16   lunch break.

17            MR. ZAGER:  Okay.  What do you guys want

18   to do?

19            MR. McCLAIN:  How would we know?

20            THE VIDEOGRAPHER:  Going off the record.

21   The time is 12:25 p.m.

22            (Lunch recess.)

23            THE VIDEOGRAPHER:  Going on the record.

24   The time is 1:15 p.m.

25   BY MR. ZAGER:

```
 1          Q    Dr. Wells, before the break, we started
 2     looking at page 11 of your report, which has been
 3     marked as Exhibit 2, your original report.  Let's
 4     go ahead and take a look at the bottom of page 11.
 5               Are you there?
 6          A    Yes, I am.
 7          Q    Okay.  The last full sentence says:  "To
 8     my knowledge, there's never been a serious
 9     investigation in whether Mallin-" -- I'm sorry,
10     "whether AEC, Mallinckrodt, and/or Cotter allowed
11     other entities to remove waste from SLAPS or Latty
12     Avenue for use as fill in construction projects."
13               Did I read that correctly?
14          A    Yes.
15          Q    And, actually, right above that, you
16     refer to this January 20, 1989, letter to the
17     St. Louis Airport Authority.  Correct?
18          A    Correct.
19          Q    I just want to be clear, are you
20     offering any opinions in this case that
21     Mallinckrodt allowed waste to be taken from SLAPS
22     and used as fill material in construction
23     projects?
24          A    No.  What I'm really doing here is to --
25     to point out that that's another migration pathway
```

1   that we've observed at different kinds of sites,

2   like uranium mine tailing sites.  And as I say

3   here, you know, we really -- there doesn't appear

4   to be any information about whether that happened

5   or to what degree.

6        Q    I don't want to belabor the point if

7   you're not directing that at Mallinckrodt.

8             Is it fair to say that at this point in

9   time you don't have any evidence that Mallinckrodt

10  did anything inappropriate with the waste

11  materials at SLAPS as far as allowing them to be

12  taken offsite and used as fill material?

13       A    I think the way I'd answer that is I --

14  I don't have any information about that one way or

15  the other.

16       Q    Okay.  Let's go then to the next page,

17  Exhibit 12 of your report, specifically opinion 3,

18  which states:  "Past offsite effluent

19  concentrations, air, water and sediment can be

20  estimated at the boundaries of SLAPS and Latty

21  Avenue using existing data and modeling."

22            Did I read that correctly?

23       A    Correct.

24       Q    Okay.  First, you mentioned modeling

25  there.  Did you perform any modeling?

1        **A       I performed some calculations, but I**
2   **don't think I would call it modeling.**
3        Q    Okay.  The calculations you're talking
4   about are referred to in your report?
5        **A    They are indeed.**
6        Q    Okay.  Did you rely on any modeling that
7   was done by others?
8        **A    Yes, I did.**
9        Q    What modeling did you rely on that was
10  done by others?
11       **A    I relied on modeling that was done**
12  **actually by Dr. Till and his team in the 2018 RAC**
13  **report.**
14       Q    Okay.  How did you use the modeling that
15  was done by Dr. Till in the 2018 RAC report?
16       **A    Well, like, for example, for the Latty**
17  **Avenue site, Dr. Till did an analysis of airborne**
18  **flux of contaminants due to the waste drying**
19  **operation.  And he didn't -- he had his own**
20  **purposes.  He didn't calculate these effluent**
21  **limitations or effluent concentrations at the**
22  **fence line.**
23            **So I was able to use his modeling to**
24  **derive some additional information that would be**
25  **relevant to my report.**

1       Q    All right.  That was specific to Latty

2  Avenue?

3       **A    Right.**

4       Q    Did you use Dr. Till's modeling from his

5  2018 report for anything related to SLAPS?

6       **A    Let me just review this work.  (Peruses**

7  **document.)**

8            **No, I really didn't use any modeling**

9  **results from Dr. Till's work on the SLAPS site.**

10      Q    Okay.  In the, I guess, second full

11 paragraph that starts with "Briefly," you write:

12 "Briefly, it is my opinion that effluent

13 limitations for water may not have been exceeded,

14 but effluent limitations for air were exceeded at

15 both SLAPS and Latty Avenue."

16           Did I read that correctly?

17      **A    Yes.**

18      Q    All right.  Let's break that in -- into

19 two parts.

20           First, where it says, "it is my opinion

21 that effluent limitations for water may not have

22 been exceeded," is that still your position?

23      **A    That is still my position.  I think I**

24 **would -- if I was rewriting this, which I don't**

25 **intend to do, I would -- I would say it a little**

1    differently, which is we don't have enough

2    information to determine that.  But -- so another

3    way to put it would be the available evidence,

4    which is pretty incomplete, doesn't show effluent

5    limitation exceedances for water.

6         Q    Okay.  You and I talked earlier about

7    your position that the sediment content of water

8    discharged offsite is not part of the limit for

9    the water effluent releases, correct?

10         A    That's my interpretation.

11         Q    Do you have any data or measurements of

12    the sediment that was allegedly released at the

13    fence line from SLAPS?

14         A    Well, there -- there is some data on

15    that.  I mean, going back to the 1948 AEC report,

16    they measured contaminant levels in what they

17    called mud.  But then later on in the late '60s,

18    there were studies that were done by Oak Ridge

19    National Laboratory or its contractors that also

20    looked into sediment concentrations.

21              And then subsequently, U.S. Army Corps

22    of Engineers under the FUSRAP program collected a

23    lot of data, not only near the fence line but also

24    down gradient.

25         Q    Okay.  The 1948 testing was done by the

1    Army -- I'm sorry, that was done by the Atomic

2    Energy Commission, correct?

3        **A    I think that's correct.**

4        Q    Assuming that Mallinckrodt's operations

5    at SLAPS did not start until they were under

6    contract on July 20th, 1953, then the releases

7    reported in the 1948 report would have occurred

8    before Mallinckrodt was managing SLAPS, correct?

9        **A    I believe that is correct.**

10       Q    Okay.  You mentioned some testing in the

11   1960s that was done by Oak Ridge.  Do you know

12   when that was done?

13       **A    Let's see.  (Peruses document.)**

14           **I'm not seeing the report cited here.  I**

15   **think it is cited, but there is -- there was a**

16   **report about a characterization of ditches, and so**

17   **I don't have the exact date.**

18       Q    Then you also talked about the Army

19   Corps of Engineer data.  That would have been

20   collected as part of the FUSRAP program, correct?

21       **A    Correct.**

22       Q    For any of that data other than -- well,

23   let's exclude the -- the 1948 because we know that

24   that was earlier.

25           But the Oak Ridge laboratory testing or

1   the Army Corps of Engineer FUSRAP testing, does

2   any of that allow you to determine or quantify

3   releases in a given year or a given 12-month

4   period?

5       **A    I haven't been asked to do that.  As I**

6   **sit here, I don't want to say that that's not**

7   **possible because I -- I might be able to think**

8   **about that and think of -- try to think of a way**

9   **of reconstructing that kind of detailed**

10  **information.  But as I sit right here, I -- I just**

11  **think there's not enough time series data to be**

12  **able to be that precise.**

13      Q    Okay.  Then with respect to the second

14  part of that sentence where it talks about

15  effluent limitations for air were exceeded at both

16  SLAPS and Latty Avenue, looking specifically at

17  SLAPS, I believe you're going to talk about

18  releases of radon-222 and thorium-230; is that

19  correct?

20      **A    Well, it's the -- my opinion that it's**

21  **radium-230 that did exceed the effluent guideline.**

22          **I have some tabulations here of multiple**

23  **elements, radionuclides.  It's all derived**

24  **actually from a uranium measurement.**

25      Q    Rather than get bogged down on this

1    sentence, I'm just asking --

2          **A    Yeah.**

3          Q    -- the specific opinions that you have

4    about effluent limitations for air being exceeded

5    at SLAPS, those are then addressed in more detail

6    in your report, fair?

7          **A    Yes, they are.**

8          Q    Okay.  Let's go to page 13 of your

9    report.  In the first full paragraph you write:

10   "I am not aware of any comprehensive surface water

11   sampling from either the SLAPS site or Latty

12   Avenue prior to removal of the waste piles."

13              Did I read that correctly?

14         **A    Yes.**

15         Q    All right.  What surface water sampling

16   have you seen from SLAPS prior to the -- the waste

17   piles being removed?

18         **A    There's surface water sampling, again**

19   **conducted in 1948, and then there are annual**

20   **monitoring reports that include sampling of water**

21   **and air through the '60s.  I haven't seen every**

22   **single one, but I think that there are annual**

23   **reports that were produced regarding the SLAPS**

24   **site.**

25         Q    Okay.  So when you say that you haven't

1   seen comprehensive surface -- for surface water

2   sampling, what do you believe you have not seen?

3              MR. McCLAIN:  Objection.

4              THE WITNESS:  Well, what I haven't seen

5   is the kind of sampling that Army Corps of

6   Engineers, you know, broadly conducted much later.

7   So because surface water, like many environmental

8   media, is super variable in terms of its ability

9   to transport contamination, you -- one needs a

10  fairly robust sampling program or monitoring

11  program in order to fully characterize the nature

12  of a release or a potential release.

13             So we have some scattered data, but, you

14  know, it -- as -- as I answered your last question

15  or -- or a few questions ago, it's really not

16  enough to get a good handle of what the

17  concentrations were in a given year, when the

18  waste piles were still there, what were they like

19  during the rainy season as opposed to the dry

20  season, things like that.

21  BY MR. ZAGER:

22       Q    Okay.  So you just simply don't have

23  enough -- you haven't seen enough data, although

24  there is some testing data, fair?

25       **A    There is some testing data, and we also**

1    **know from after the fact that there's, you know,**

2    **contamination down Coldwater Creek.  So that tells**

3    **us a little something about the mass flux, but**

4    **I -- I would generally agree with your question.**

5         Q    Okay.  In your review of materials in

6    this case, did you find anything where the Atomic

7    Energy Commission was critical of the level or

8    quantity of testing that Mallinckrodt was

9    performing of the water or of the air?

10        **A    I didn't see any documentation of that**

11   **sort.**

12        Q    Okay.  You -- you mention in that same

13   paragraph later, and you're talking about some

14   testing that was done in 1948, that the -- the

15   measurement corresponds to 7,000, I guess it would

16   be, micrograms per liter, which vastly exceeds the

17   current drinking water standard for uranium of

18   30 micrograms per liter.  Is that correct?

19        **A    Correct.**

20        Q    All right.  You're certainly not saying

21   that the current drinking water standard applied

22   to anything that Mallinckrodt did back from '53 to

23   '66, are you?

24             MR. McCLAIN:  Object to the form of the

25   question.

1            THE WITNESS:  That's not what I'm really

2    saying here.  What I'm saying here is that of the

3    sparse data that we do have, that there are

4    indications that there was a lot of contamination,

5    you know, flowing down that creek, at least at

6    times, and we don't have enough information to

7    fully reconstruct that mass flux.

8    BY MR. ZAGER:

9        Q    You mentioned that the measurement

10   corresponds to 7,000 micrograms per liter.  What

11   was the standard at that time?

12       **A    To my knowledge, there would not have**

13   **been a drinking water standard for uranium at that**

14   **time, at least not nationwide.**

15       Q    What was the standard under the 1960

16   10 CFR 20.106 standard?

17       **A    Well, that's where it starts to get a**

18   **little complicated.  There -- there isn't a**

19   **standard as expressed in these units.  See, these**

20   **are mass units, and the standards in 10 CFR**

21   **Section 20 are in activity units of individual**

22   **radionuclides, and so there -- there actually is**

23   **not a standard for just total uranium measured as**

24   **a mass, as a concentration.**

25       Q    Did you take the 7,000 micrograms per

1    liter that was reported in the AEC testing from

2    1948 and break that out for any particular

3    radionuclides so that you could compare it to the

4    20.106 release limits?

5         **A     No, I didn't do that.**

6              **(Exhibit No. 7 was marked for**

7              **identification.)**

8    BY MR. ZAGER:

9         Q    I'm going to hand you what I marked as

10   Exhibit 7.

11             Just go ahead and take a look at that,

12   and tell me if you recognize that document.

13        **A     (Peruses document.)**

14             **Yeah, this looks like the 1948 sampling**

15   **document that we've been talking about.**

16        Q    That's dated November 1st, 1948?

17        **A     That's correct.**

18        Q    Okay.  Down at the bottom of the cover

19   page, is it marked "Confidential"?

20        **A     It is.**

21        Q    Is there any suggestion on here that

22   this report was sent to -- strike that.

23             Is there any type of carbon copy or

24   anything like that that lists Mallinckrodt as

25   being a recipient of this report?

 1                MR. McCLAIN:  Objection to the document.

 2    It's its own best evidence.

 3                THE WITNESS:  There is actually no

 4    recipients at all that are, you know, listed on

 5    this report.

 6                MR. McGAHREN:  What number is this one?

 7                MR. ZAGER:  It's No. 7.

 8                MR. McGAHREN:  Thank you.

 9    BY MR. ZAGER:

10        Q    Let's go to the second page of

11    Exhibit 7.

12                Down below the numbers or the numbered

13    paragraphs, it says:  "However, no final

14    conclusion should be drawn from these samples."

15                Did I read that correctly?

16        **A    I'm sorry, I'm looking on the second**

17    **page.  Maybe you're looking at the page that's**

18    **labeled number 2, because I -- I don't see that.**

19        Q    Can I see your -- yeah, there you go.

20    Right underneath -- you see 1 and 2?

21        **A    Oh, yes.  Okay, I'm with you.**

22        Q    Do you know why the government was

23    saying that no final conclusion should be drawn

24    from these samples?

25        **A    No, I -- I don't know why they would**

1    **have said that.**

2         Q    In other words, this would show that

3    they were releases into the creek in 1940 -- 1948

4    or prior, correct?

5         **A    Correct.**

6         Q    Do you know if the government continued

7    to do additional testing after this report that

8    you relied on?

9         **A    I'm trying to think back through the --**

10   **the documentation.  You know, they -- they say**

11   **here on this very same page that more samples**

12   **should be taken under different weather**

13   **conditions.  I didn't see any evidence that that**

14   **was done.**

15        Q    Do you know if they made any changes to

16   the site based on this testing or subsequent

17   testing of water samples?

18        **A    Well, as -- as we talked about earlier,**

19   **I know that at some point in the history of the**

20   **site, they did install a sedimentation basin.**

21        Q    I believe you told us earlier that this

22   particular report doesn't say one way or the other

23   how they tested the water or whether or not they

24   removed any type of sediment; is that correct?

25        **A    I don't believe it does.**

```
 1         Q    Okay.  You can set that aside.

 2              MR. McCLAIN:  Or the fact that it was

 3    tested under unusual conditions.  It does say

 4    that.

 5              I don't understand why they tried to

 6    sample during a flood.

 7    BY MR. ZAGER:

 8         Q    All right.  Let's go down to the bottom

 9    of page 13 of your report.

10         A    Okay.

11         Q    There you talk about some testing that

12    was done and some data that was collected after

13    the waste piles were removed, correct?

14         A    At the bottom of page 13.

15         Q    Where -- where you reference your

16    Table 1.

17         A    I -- I know I talk about some samples

18    that were taken after the waste piles were

19    removed, but I don't see it on page 13.

20              Oh, at the very bottom.  Yeah.

21         Q    It says:  "Thus, in my opinion, the data

22    included on Table 1 is reasonably representative

23    of water concentrations from both sides that

24    prevailed after the waste piles were removed but

25    before the FUSRAP remedial actions had been
```

1    complete."

2            Did I read that correctly?

3       **A    Yes.  Thank you.**

4       Q    Then in Table 1, just generally explain

5    to me what it is you included in that table.

6       **A    Table 1 provides a summary of the**

7    **effluent limitations as published in Section 20 of**

8    **10 CFR.  And it does some unit conversions.**

9            **And then on the right-hand side, that's**

10   **a tabulation of the -- some of the sampling data**

11   **that I was able to find that had been collected**

12   **after the waste piles had been removed.**

13      Q    Okay.  So in the middle three columns,

14   we have effluent limitations for water.  The one

15   on the far right-hand side is picocuries per --

16      **A    Liter.**

17      Q    -- liter.  Oops, liter.

18           Then to the right of that, you have

19   actual measurement data?

20      **A    Correct.**

21           **And then the -- the letter footnotes**

22   **under the column "Source," that's where I tried to**

23   **show where that measured data came from.**

24      Q    Is it fair to say that Table 1 then

25   would be showing the average annual concentrations

1    of material that was running offsite after 1966

2    when the site -- when the material was removed

3    from SLAPS?

4              MR. McGAHREN:  Objection.  Form.

5              THE WITNESS:  I don't want to go so far

6    as to say that it's representative of an average.

7    I just don't think we have enough information

8    about that.  I -- I used the term "reasonably

9    representative."

10             And I'm not trying to be wishy-washy,

11   but what we're trying to do here is reconstruct an

12   environment that frankly wasn't very well

13   documented.  So I'm going to stick with that

14   terminology that it's "reasonably representative."

15   I don't want to give a sense that there's some

16   kind of statistical precision that I'm offering

17   up.

18   BY MR. ZAGER:

19        Q    Okay.  But it is the average of the data

20   that you have for each annual period.  Fair?

21        **A    No, these -- these are discrete**

22   **monitoring results.**

23        Q    Okay.  So these are individual

24   measurements that you're then just comparing to

25   the 10 CFR release limit?

1        **A      That's right.  And I will say that in**
2   **some of these reports, there were multiple samples**
3   **that were reported, and in those cases, I actually**
4   **reported the maximum concentration that -- that**
5   **was tabulated.**
6        Q      Okay.  So after the -- the waste was
7   removed in approximately 1966, I think we're in
8   agreement that Mallinckrodt was no longer
9   operating the site at that time, correct?
10       **A      That's my understanding is that they**
11  **stopped operating in about 1966.**
12       Q      And Table 1 shows that after that point
13  in time when Mallinckrodt was no longer operating
14  the site, there was still some release of
15  material from -- to the extent these apply to
16  SLAPS, there was release of material from SLAPS.
17       **A      The -- the answer is yes.**
18       Q      And I believe what you told us was for
19  the period of time when the waste materials were
20  still being warehoused at SLAPS, we just don't
21  have enough data to be able to calculate any type
22  of a annual average or release for purposes of
23  comparing that to the 10 CFR water effluent
24  limitations, fair?
25       **A      That's not exactly the way I would put**

1    it.

2        Q    Okay.  Go ahead and put it in your own

3    words.

4        A    Okay.

5        Q    I believe we talked about this -- this

6    earlier.  I thought that's what you said before,

7    but certainly explain it in your own words.

8        A    Okay.  Well, I just want to make a

9    couple points, and that is that the effluent

10   limitations in Section 20, 10 CFR, they're not

11   average annual concentrations.  So those are --

12   those are just discrete, you know, concentration

13   limitations or activity limitations.

14              I didn't try to reconstruct any kind of

15   annual concentration timeline.  There's a little

16   bit of data from the SLAPS site from the period in

17   which the waste piles were present.  That little

18   bit of data does not indicate an exceedance.  So

19   my -- I'm not sure exactly what my language is in

20   here, but my language is that I don't have

21   evidence that there were exceedances of these

22   water limitations during that period of time.

23       Q    Okay.  Let's step back.  I want to ask

24   you something about 20.106.  Is it your

25   understanding that Appendix B that has the

1  effluent limitations for water and air, that that

2  is not supposed to be an annual average release

3  rate; that you could actually violate 20.106 by

4  just a single test that exceeds the release limit?

5       **A    That's my understanding.**

6       Q    All right.  Let's take a look at

7  page 14, your section on radon releases from

8  SLAPS.

9            You have some measurement data there in

10 the first paragraph; is that correct?

11      **A    That's correct.**

12      Q    Looking at your footnote, it appears

13 that all of the radon measurement data would have

14 been from 1948, correct?

15      **A    I'm -- I'm just pausing because that --**

16 **that's what I'm citing here.  I can't say sitting**

17 **here whether there are other radon measurements at**

18 **different times, because certainly there would**

19 **have been.**

20      Q    But if we look at that paragraph titled

21 "Radon Releases from SLAPS," you cite two

22 footnotes, 34 and 35; is that correct?

23      **A    That is correct.**

24      Q    Okay.  And then the first items that are

25 listed there are -- were the 1948 AEC radon

```
 1   samples taken in the airport area; is that

 2   correct?

 3        A    Correct.

 4        Q    We've already talked about how

 5   Mallinckrodt's contract for SLAPS started in

 6   July 20th, 1953.  Obviously, the 1948 testing

 7   preceded that, correct?

 8        A    Correct.

 9        Q    Other than the 1948 testing data, do you

10   have any other testing data or measurements for

11   radon releases from SLAPS?

12        A    So that's not something that -- that I

13   was asked to do.  There are additional radon

14   measurements.  I haven't tabulated them.  It's --

15   that's not part of my opinion here.

16             You know, my original mandate was to

17   evaluate the available data and -- and compare

18   that against the 10 CFR Section 20 effluent

19   limitations.  So I -- it just isn't something

20   that's part of this report.

21        Q    Okay.  As far as this report, Exhibit 2,

22   is concerned, then the only radon measurement data

23   that you have for SLAPS is the 1948 report?

24        A    That's the only data that I'm relying on

25   for this opinion that the effluent limitation was
```

Page 172

1    exceeded.

2         Q    Okay.  So then the effluent limitation

3    would have been exceeded in 1948, correct?

4         A    Correct.

5         Q    Can you identify any year after 1948 for

6    which there would have been an effluent limitation

7    exceeded for radon at SLAPS?

8         A    Well, it's my opinion that as long as

9    the waste material remained on the site, these

10   measurements would have been representative of the

11   sorts of radon emissions that were occurring

12   across that entire time.

13        Q    Okay.  We'll get to that, but let me

14   back up first to -- let's talk first about

15   measurements.

16             Do you have any measurement data after

17   1948 for radon releases from SLAPS?

18        A    Well, once again, I -- it wasn't, you

19   know, within my scope of work to compile that --

20   that data, so it's not cited in this report.

21        Q    Okay.  I appreciate that.  I think

22   that's -- that's a fair response.  You only do

23   what you're asked to do.

24             But, nonetheless, given that you've

25   looked at the material, there's this opinion in

1    here.

2         **A     Yes.**

3         Q     I just want to know is there any other

4    testing data that I need to be talking to you

5    about, after 1948?

6         **A     You know, there is additional testing**

7    **data that I'm aware of.  We could pull it out and**

8    **talk about it, but this is the basis for this, you**

9    **know, fairly constrained opinion.**

10        Q     Okay.  The basis for this fairly

11   constrained opinion is the 1948 testing.

12        **A     And my opinion that that's**

13   **representative of the kinds of radon emissions**

14   **that would have continued as long as the waste**

15   **piles were there.**

16        Q     What radionuclides at SLAPS were capable

17   of producing radon?  And specifically, we're

18   talking about radon-222, correct?

19        **A     We are.**

20        **Well, it's -- you know, radium-226 is**

21   **the radionuclide that forms radon-222.**

22        Q     Do you know what material -- and again,

23   we've talked about how the material out there was

24   classified using largely alphanumeric

25   designations.

```
 1              What material by alphanumeric

 2    designation had radium-226 in it?

 3         A    You know, I don't have the precise

 4    concentrations or activity levels in my head, but

 5    all the materials contained some degree of

 6    radium-226 and -- and its parent product

 7    thorium-230.

 8         Q    Okay.

 9         A    They did have different -- different

10    mixes.

11         Q    With respect to your position that

12    the -- the wastes were, I believe you state,

13    "broadly representative" -- strike that.

14              With respect to your position that the

15    1948 testing or measurements are broadly

16    representative of emissions from SLAPS up

17    through 1966, did you perform any type of

18    calculations based on the individual makeup of the

19    material?

20         A    No, I didn't.  This is -- this is one

21    part of my report where I was relying on

22    measurements and not on calculations.

23         Q    Okay.  You write in your report on

24    page 14:  "Although material progressively

25    removed" -- strike that.
```

1             "Although material was progressively

2    removed from the site starting in the 1950s, a

3    large volume of waste remained at SLAPS until it

4    was transferred to HISS in 1966."

5             Did I read that correctly?

6        **A    Yes.**

7        Q    Are you aware of any material that was

8    removed from SLAPS from the time of the 1948

9    testing that you reference in your report up until

10   July 20th, 1953, that would have reduced radon

11   emissions from SLAPS?

12       **A    Well, I don't -- I don't remember the**

13   **exact date, but, you know, one of the emission**

14   **sources was the drummed waste that was called the**

15   **K-65 waste.  And I am aware that -- that some or**

16   **all of that waste was removed back to the downtown**

17   **site, and then apparently the -- the drums were**

18   **returned back to SLAPS.**

19       Q    Where did the actually K -- where did

20   the actual K-65 material go?

21       **A    I don't know.**

22       Q    Do you know what the radionuclide

23   content was of the K-65 material?

24       **A    I mean, I -- I broadly know that it**

25   **was -- it was very high, relatively speaking, in**

1    **radium-226 and some other radionuclides.**

2          Q    So to put this in perspective, the K-65

3    was heavily -- or had a high content of

4    radium-226, correct?

5          **A    Right.**

6          Q    The direct daughter product in the decay

7    series from radium-226 is radon-222, correct?

8          **A    Correct.**

9          Q    You said that you understand that the

10   K-65 material was moved to the downtown site at

11   some point, and then you don't know where it went,

12   correct?

13         **A    Right.**

14         Q    The removal of the K-65 from SLAPS would

15   have reduced the production of radon at SLAPS,

16   correct?

17         **A    It would have reduced the production of**

18   **radon at SLAPS.  It wouldn't necessarily have**

19   **reduced the concentrations in air at the fence**

20   **line.**

21         Q    Why is that?

22         **A    Well, because all the other waste**

23   **materials were -- were still there, and this -- I**

24   **mean, sure, there would be some possibly**

25   **unmeasurable change, but the other waste**

1    materials, which occupied a much larger area and

2    also were uncontained, also were producing

3    radon-222.

4         Q    But you can't quantity the amount of

5    radon-222 being produced by the non-K-65

6    materials, fair?

7         A    I can't -- I can't specify precisely

8    what the difference would be.

9              (Exhibit No. 8 was marked for

10             identification.)

11   BY MR. ZAGER:

12        Q    I'm going to hand you what I marked as

13   Exhibit 8.

14             Take a look at Exhibit 8 and tell me if

15   you recognize that document.

16        A    I do recognize this document.  This is a

17   1948 document about radon samples at the airport

18   site.

19        Q    Okay.  But this is the actual testing

20   information that you relied on with respect to

21   your opinion that there were exceedances of the

22   federal regulatory limit for radon at SLAPS,

23   correct?

24        A    That is correct.

25        Q    Okay.  Let's take a look at the second

1    page of the document, which is actually the -- the

2    letter.  Do you see that?

3         **A    Yes, I do.**

4         Q    Okay.  This is on letterhead from the

5    United States government, correct?

6         **A    Correct.**

7         Q    The first full paragraph there says:  "A

8    survey was made at the airport area in order to

9    determine the concentration of radon in the air,

10   the source of this contamination being the K-65 in

11   and around the storage shed."

12            Did I read that correctly?

13        **A    Yes.**

14        Q    Okay.  Let's go then to, I guess it

15   would be, the third page of Exhibit 8.

16            That's a table that lists their

17   readings, correct?

18        **A    Let's see.  Yes, it is.**

19        Q    Okay.  These are the -- this is the data

20   that you cite in your report, correct?

21        **A    It -- the value of 210 picocuries per**

22   **liter is -- is cited here, yeah.  That's the**

23   **source.**

24        Q    And so if we look up above, we see that

25   they took measurements at passageway number 1

1   shed, passageway number 2 shed, passageway

2   number 3 shed; is that correct?

3         **A    Correct.**

4         Q    The percent of tolerance for those

5   measurements was very high, including one of them

6   that was 2,380 percent or times the tolerance.

7         **A    Correct.**

8         Q    Those are in the shed area.  Fair?

9         **A    That's fair.**

10         Q    All right.  Is it your understanding

11   that the K-65 was actually stored in the shed?

12         **A    That's my understanding, it was stored**

13   **in or maybe around a shed.**

14         Q    Okay.

15         **A    Yeah.**

16         Q    Then the -- the number that you cite in

17   your report for the 210 percent of tolerance says

18   200 feet north of passageway number 2.  Is that

19   correct?

20         **A    Right.**

21         Q    Do you know where that was located

22   actually on the property?

23         **A    You know, I can't -- I can't think of**

24   **exactly which report further cites this data**

25   **because I don't think -- oh, yeah, this does have**

1    **a little map.  So we can see this on the map.**

2    **This is sample R -- 10-R51.  And R51 is shown here**

3    **on sort of the north side of the site.**

4              **(Counsel conferring.)**

5    BY MR. ZAGER:

6         Q    Doctor, I'm going to hand you a

7    highlighter.  Could you just mark where you

8    believe that sample was collected from on the map

9    that's contained in Exhibit 8.

10        **A    Yeah, let me just make sure I gave you**

11   **the right number.**

12             MR. SODEN:  I'm not sure they'll want

13   colored.  You'd probably better use a pen.

14             THE WITNESS:  (Witness complies.)  Okay.

15   BY MR. ZAGER:

16        Q    Can I see -- can I see what you marked?

17        **A    Yeah.**

18        Q    Okay.  So according to the description,

19   then that would be approximately 200 feet away

20   from the sheds where the K-65 was stored, correct?

21        **A    I think that's about right.**

22        Q    Okay.

23             (Exhibit No. 9 was marked for

24             identification.)

25   BY MR. ZAGER:

```
 1          Q     Next I'm going to hand you what I marked
 2   as Exhibit 9.
 3                Have you ever seen this document?
 4          A     I'm not sure.  Can you tell me what this
 5   table is from?  It seems to be an excerpt from a
 6   report.
 7          Q     I don't recall.
 8          A     I don't -- you know, there are a lot of
 9   big voluminous documents, so I don't want to say
10   I've never seen this, but I -- it doesn't look
11   familiar to me.
12          Q     Okay.  If you look at the second line
13   down in the table, it says:  "K-60" -- "K-65
14   Radium-bearing residue."
15                Did I read that correctly?
16          A     Right.
17          Q     Okay.  And then if we go over and you
18   look at -- I guess at the top, it's got, you know,
19   "April 1959," "June 1960," "November 1965."
20                The tonnage for each of those years for
21   the K-65 radium-bearing residue is zero across the
22   board, correct?
23          A     That's what it says, yes.
24          Q     Okay.  Then if we look over to the right
25   column, it says "Disposition," correct?
```

```
 1        A    Right.

 2        Q    Then if you go down to radium -- I'm

 3   sorry, the K-65 radium-bearing residue, it says

 4   '48 and '49, and then number 7, which corresponds

 5   at the bottom to Lake Ontario, New York storage

 6   site.

 7             Is that correct?

 8        A    That's what it says.

 9        Q    Okay.  Do you have any reason to

10   disagree that the K-65 that was stored at SLAPS

11   was removed to the Lake Ontario, New York storage

12   site in 1948 and 1949?

13        A    Well, once again, I -- I testified

14   earlier I didn't know its ultimate disposition.

15   But, yeah, I -- I do agree that the record shows

16   that this material -- which, by the way, was

17   stored in drums, closed drums -- was removed from

18   the SLAPS site.

19        Q    Closed drums or disintegrating drums?

20        A    Well, that's a good point.  Yeah, they

21   were reported as -- as being damaged.

22        Q    Okay.  Given that we have testing from

23   1948 that states that they are looking at the

24   radon being produced by the K-65, and we know --

25   or this document tells us that the K-65 material
```

1  was moved offsite in 1948 and '49, would you agree

2  with me that that testing data in 1948 is not

3  representative of what would have occurred in '50

4  through '66?

5       A    I don't completely agree with that, no.

6  I mean, certainly in 1948, the report we're

7  talking about, there were radon samples that

8  were -- or analyses that were taken right in the

9  shed and, you know, right around the drums.

10  Clearly that's indicative of emissions from the

11  K-65 material.

12          But this -- this sample that I'm talking

13  about was on the property line, and so there would

14  have been, you know, turbulent flow and a mixture

15  of radon from all the sources on the site.

16       Q    Okay.  What was the prevailing wind

17  direction at SLAPS?

18       A    I don't know the prevailing wind

19  direction.

20       Q    Do you know what portion of the

21  radium-226 material that was on site -- strike

22  that.

23          Can you state to me to a reasonable

24  degree of scientific certainty the amount of any

25  radon-222 release from SLAPS for the period of

1    time, say, from 1950 up to 1966?

2        A    Well, just as for the -- our discussion

3    of water, I don't believe that we have enough

4    information to reconstruct something like an

5    annual flux.

6            But I stick by my contention that this

7    measurement made at the fence line or near the

8    fence line in 1948 is indicative -- I use the term

9    "broadly representative" -- of emissions

10   through 1966 when the remainder of the waste was

11   removed.

12       Q    Even though you don't know what portion

13   of the remaining material contained radium-226?

14       A    Well, it all contained radium-226.

15       Q    You don't know the percentage of the --

16   of the material on site after the K-65 left, you

17   don't know what percentage of that was radium-226?

18       A    We can easily look that up.  I mean,

19   that -- that kind of information is known, but

20   I -- as we sit here now, no, I don't.

21       Q    And you didn't put that in your report,

22   fair?

23       A    There's a little bit of -- of that

24   because we talk a little bit about the mean

25   concentrations in some of the residues, but I

1    **don't talk about the K-65.**

2         Q    You relied on certain information from

3    the RAC report, but you did not rely on their

4    calculation of radon flux at years after 1948.

5    Correct?

6         **A    Yeah, that's -- that's correct, because**

7    **what they came up with was a flux, as I recall,**

8    **and I was really -- because of my assignment, I**

9    **was really looking for an activity concentration.**

10        Q    Just to be clear then, is it your

11   opinion -- are you -- do you intend to offer the

12   opinion that from 1950 to 1966 that -- that there

13   were exceedances of the 10 CFR 20.160(a)

14   limitation on releases of radon-222?

15        **A    At the SLAPS site?**

16        Q    Yeah.

17        **A    If asked, I would -- I would say, yes,**

18   **that is my opinion.**

19        Q    The basis for that is the 1948 testing

20   and your belief that there was other radium-226

21   material on site.

22        **A    That's correct.**

23        Q    Could you take RAC's flux calculations

24   and calculate out the activity concentration so

25   that you could compare that to the 20.106

1    standard?

2         **A     One -- yeah, one could probably do that.**

3    **Yeah, I -- I -- I did not do that.  I would need**

4    **to take a closer look at their calculation, which**

5    **I didn't study in detail, for SLAPS.  But it's my**

6    **expectation that one could do that.  There would**

7    **be a degree of uncertainty, as I talk about in my**

8    **report and we've talked about here, but I think**

9    **that could probably be done.**

10        Q    Okay.  Let's go ahead and take a look at

11   page 15 of your report.  There you have a section

12   entitled "Air Releases from SLAPS."

13             And on there and on the next page, you

14   have some tables and information that you pulled

15   together.  Why don't you just go ahead and

16   generally explain to me how it is that you went

17   about calculating or evaluating air releases from

18   SLAPS for these opinions.

19        **A     Okay.  That's a fair question.**

20             **This analysis is based on a measurement**

21   **of total uranium in air taken in 1960.  And in so**

22   **many words, what I do in this report is show how**

23   **from that measurement it's possible to develop**

24   **reasonable estimates of the effluent**

25   **concentrations of other radionuclides at the**

1    fence line.

2         Q    Okay.  So on page 15, you have a -- a

3    chart there, and if I understand correctly, you

4    took two tables from RAC's 2018 report and

5    combined them into one.  Fair?

6         A    That's -- yeah, that's basically

7    correct.  There's -- there's nothing in this table

8    that I calculated myself.  This is just a kind of

9    a reference table showing the weighted average

10   activities of the different radionuclides.

11        Q    Is it fair to say that -- to kind of sum

12   up this table, what you have here is, if we had a

13   pie chart, you're figuring out -- well, strike

14   that.

15             If we had a pie chart, what RAC did was

16   kind of figure out what slices of -- of the total

17   pie would be individual radionuclides?

18        A    It's actually kind of the other way

19   around.  We had information on the -- on the

20   composition of these different wastes, which were

21   stored more or less separately.

22             And what RAC has done here is they've

23   taken that information, along with information

24   about the amount, about how much of each of these

25   things there was at the site, and they've

1  **calculated, in essence, an average across all the**

2  **wastes.**

3      Q    Okay.  So let's go to page 16 of your

4  report.  Then you -- you take some total uranium

5  measurement data from the 1960 annual testing

6  report; is that correct?

7      **A    Correct.**

8      Q    Okay.  You write:  "Four samples were

9  collected near the SLAPS property line, and the

10  highest concentration of uranium detected reported

11  as 4.5 times 10 to the negative 14" -- that would

12  be microcuries?

13      **A    It is.  It's -- it's a funny unit,**

14  **microcuries per cubic centimeter.**

15      Q    Okay.  So there -- there was sampling

16  data, and you took the highest measurement that

17  they had in that data, and then you performed some

18  calculations based on that, correct?

19      **A    That's right.**

20      Q    Earlier I think you told us that under

21  10 CFR 20.106(a), and specifically Appendix B that

22  has the effluent limitations, that it's your

23  belief that those limitations apply to the maximum

24  release, correct?

25      **A    Well, they apply to any release.**

1    They're -- they're not meant to be some kind of

2    annual average.  I think before we were talking

3    about an annual average --

4        Q    Correct.

5        A    -- and it's my -- it's my belief that

6    that's not what they're referring to.

7        Q    Maybe I was clumsy.

8             So when you apply the limits that are

9    stated in 20.106, Appendix B, if you have a

10   maximum concentration measurement that exceeds

11   that, then that's a violation in your opinion.

12   It's not an average.

13       A    That's correct.

14       Q    Okay.  So based on that understanding,

15   you took -- from these four samples that you

16   report collected in the 1960 offsite testing, you

17   took the highest measurement, and then you figured

18   out what the activity would be from the various

19   nuclides that make up that measurement.

20       A    Yeah, that's what I did.

21       Q    Okay.  It specifically looks like you

22   looked at uranium-238, uranium-235 -- strike that.

23   That's not right.

24             The total U is made up of the three

25   types of uranium, correct?

1          **A     That's right.  It's kind of a two-step**

2   **process.  So the first thing I did was estimate**

3   **the -- kind of the speciation of the uranium**

4   **species.**

5          Q    Okay.  So you take this 4.5 times 10 to

6   the negative 14.  Walk me through what you do from

7   there so I can understand it.

8          **A     So the table that's listed on page 16 --**

9          Q    Mm-hmm.

10         **A     -- that's the first step of this process**

11  **where we speciate across the three dominant**

12  **uranium isotopes.  And really all I did here is**

13  **I -- I made an assumption that the uranium in the**

14  **waste on this site is present in its natural**

15  **isotopic abundances.  So that's what's shown on, I**

16  **guess that would be, the second column.  That's**

17  **just out of the literature.  I think you could**

18  **look at Dr. Till's report and find the very same**

19  **numbers in there.**

20         Q    That's the specific activity?

21         **A     No, it's not the specific activity.**

22  **It's the mass fraction in nature.**

23         Q    Okay.  Okay.

24         **A     So if you just crack open a rock, this**

25  **is -- this is how the uranium species would**

1    differentiate.

2         Q    Okay.

3         A    Then I did use the specific activity of

4    each of those isotopes to create an activity

5    ratio.  So this total uranium measurement was in

6    units of activity.  The activity ratio is what

7    allows me to kind of allocate that total amount,

8    the 4.5 times 10 to the minus 14, across these

9    three uranium isotopes.

10        Q    Okay.

11        A    So that's an assumption that I think is

12   reasonable that the uranium on the site is present

13   in approximately its natural isotopic abundance.

14        Q    Okay.  And then -- so you said it was

15   two steps.  So that sounds like step 1.

16             And then you are going to start breaking

17   it out into individual radionuclides, which I

18   think takes us to Table 2, correct, at the back of

19   your report?

20        A    Ones that are other than uranium.

21        Q    Right.

22        A    Yeah.  Yeah, that's correct.

23        Q    Okay.  So explain Table 2, "Effluent in

24   Air for SLAPS," to me.

25        A    Isn't it obvious?  I know I'm not

1    supposed to tell jokes.

2              So you recall we were talking about the

3    table that I included on page 15 that provides the

4    weighted average of the activities of the

5    important radionuclides in all the wastes that

6    were present at the site.

7              So this is -- this is kind of the key

8    here.  What I -- once I had an estimate of the

9    activity of uranium-238 that I was able to derive

10   from that measurement that was actually total

11   uranium, so it had to be corrected for

12   uranium-238, then the activity of all the other

13   radionuclides is a constant ratio with respect to

14   uranium-238.

15             So I could basically calculate -- as an

16   example, you'll see the very first line -- well,

17   let's do the second line, thorium-230.  If you

18   scroll across to the column that is labeled "As a

19   percent of U-238."  If we look at the weighted

20   activity fractions of the materials from the SLAPS

21   site, you can do the simple math that the activity

22   of thorium-230 is 1,013 percent of the activity of

23   uranium-238.

24        Q    Okay.

25        A    And then there's one last thing, not to

1    belabor the point.  There's an assumption here

2    that's typically made for studies of dust and

3    contaminants in air, that the contaminants in

4    those airborne particulates are present in the

5    same abundances and ratios as the source.  Because

6    the -- that weighted activity information is about

7    the waste piles.

8         Q    Okay.  So the result then is, if we go

9    to Table 2, the far right column labeled

10   "Picocuries perimeter cubed," that tells you the

11   amount of that radionuclide in the measurement

12   that was taken back in 1960, correct?

13        A    To -- yeah, to a degree of reasonable,

14   you know, scientific certainty, that's my opinion.

15        Q    And to be clear, that's -- that starts

16   with that maximum measurement of 4.5 times 10 to

17   the negative 14?

18        A    That was the maximum measurement for

19   that reporting period.

20        Q    Okay.  So then we compare the right

21   column, "Picocuries to the meter cubed," to the

22   far right column in -- in the second grouping,

23   "Effluent Limitations for Air," correct?

24        A    That's correct.

25        Q    All right.  That one in parentheses,

1    "Picocuries to the meter cubed," that is the

2    limit -- the effluent limit in air from 10 CFR

3    20.106(a), Appendix B.  Fair?

4        **A    Yeah, that's right.  Those three columns**

5    **aren't really new data.  I'm just converting to**

6    **consistent units.**

7        Q    Okay.  So the reason why you have the

8    "thorium-230 soluble" highlighted is because,

9    based on this process that you just did, it's your

10   opinion that the thorium-230 release exceeded the

11   limit for soluble 230, fair?

12       **A    Correct.**

13       Q    Okay.  If we look at the rest of these

14   radionuclides, because they're not shaded, they

15   did not exceed the 10 CFR 20.106 effluent

16   limitation, fair?

17       **A    That was my finding for this particular**

18   **dataset.**

19       Q    Okay.

20            (Exhibit No. 10 was marked for

21            identification.)

22   BY MR. ZAGER:

23       Q    I'm going to hand you what I marked as

24   Exhibit 10.

25            What is Exhibit 10?

1       **A       Exhibit 10 is titled "Environmental**

2  **Monitoring Report Part 2, Year 1960" from**

3  **Mallinckrodt.**

4       Q    Okay.  This is the testing data that you

5  relied on for the calculations that we just

6  discussed and that are memorialized in Table 2 of

7  your report, correct?

8       **A    That's correct.**

9       Q    Okay.  If you go down to the -- the

10  Bates-labeled page MLCT_TParty 515.

11      **A    515.**

12      Q    Right.

13      **A    Okay.**

14      Q    That was the actual data -- the --

15  strike that.

16          On Bates label page 515, that contains

17  the actual data that you used, correct?

18      **A    That's correct.**

19      Q    Okay.  We talked earlier about some

20  water testing data.  That's actually reported

21  right above for the airport site, correct?

22      **A    Yes, it is.**

23      Q    Okay.  If we look at this Bates label

24  page 515, we see that 4.5 high concentration

25  measurement, but they also provided the average,

1    correct?

2         **A    They do.**

3         Q    All right.  It looks like the average is

4    about 65 percent less?

5         **A    The average is 1.6 for that particular**

6    **site, north of site, and I think they mention here**

7    **that they collected six samples.**

8         Q    Okay.  As opposed to the four.

9              You did not use the average measurement

10   in your calculations that we just talked about,

11   fair?

12        **A    That's right, I didn't.**

13             **(Exhibit No. 11 was marked for**

14             **identification.)**

15   BY MR. ZAGER:

16        Q    All right.  Let me hand you next what I

17   have marked as Exhibit 11.

18             We have been talking a lot about 10 CFR

19   20.106.  That's contained in Exhibit 11; is that

20   correct?

21        **A    Let's see.  It does appear to be, yeah.**

22        Q    Okay.  Is -- let's go ahead and go to, I

23   guess, page -- there's actually page numbers up --

24        **A    Okay.**

25        Q    -- on some of the right corners.  Go to

```
 1   8599.
 2        A    Okay.  All right.
 3        Q    This contains the specific page that
 4   we've been talking about, which is section --
 5   or this page contains the specific section we've
 6   been talking about extensively, which is
 7   Section 20.106, correct?
 8        A    That's correct.
 9        Q    Okay.  If you go down, you see (a)
10   there, and if you go down to the bottom, it says:
11   "For purposes of this paragraph, concentrations
12   may be averaged over periods not greater than one
13   year."
14             Did I read that correctly?
15        A    Yes.
16        Q    Okay.  I believe we've talked about it
17   now extensively, you did not use averages when you
18   were calculating out whether or not there was an
19   alleged exceedance of thorium-230 soluble.  Is
20   that fair?
21        A    That's correct.
22        Q    Is there any reason why you did not use
23   the average based on what's stated there in the
24   standard?
25        A    Well, first of all, that -- that
```

1    standard says that averages over a year may be

2    used.  It doesn't say it must be used.  I didn't

3    think that we had enough information -- we talked

4    a little bit earlier at the very beginning of the

5    day about using averages and 95 percent, you know,

6    UCLs.

7              In -- in general, if you're going to try

8    to use an average concentration, there has to be a

9    robust enough body of data to provide a reliable

10   estimate of the average, and I just -- it's my

11   opinion that we just don't have that for these

12   time periods and for these media.

13        Q    So there -- there were six measurements

14   for that particular location as opposed to the

15   four that you reported, correct?

16        A    Well, the -- the reference to four

17   locations has to do with the --

18        Q    Right.

19        A    -- four different locations, not the

20   number of measurements at each location.

21        Q    Okay.  Fair enough.

22              But for the measurement location that

23   you used 4.5, which was the maximum measurement,

24   there were actually a total of six measurements

25   done at that point, correct?

1          **A     That's the way I interpret that table,**

2     **yeah.**

3          Q     Okay.  Does 20.106 state a certain

4     number of measurements that you have to have in

5     order to be able to average it under the standard?

6          **A     No, I don't believe it does.  And I -- I**

7     **think the way I would answer that is, if an**

8     **average can be reliably calculated, it's**

9     **permissible, but it's not required.**

10          Q     Okay.  But who gets decide -- to decide

11     whether or not to use the average as opposed to

12     the one-time measurement maximum?

13          **A     Well, I mean that's kind of an interplay**

14     **between the license holder and -- and the**

15     **regulator.  And in my case, for this purpose of**

16     **trying to reconstruct some information from after**

17     **the fact, I made that call.**

18          Q     Okay.  Are you aware of the Atomic

19     Energy Commission ever stating that six

20     measurements was not sufficient to use for an

21     average?

22          **A     I don't -- I'm not aware that they speak**

23     **to that.**

24          Q     Okay.  And again, in the report provided

25     by Mallinckrodt for its 1960, they actually did

1   provide an average, though, correct?  And there's

2   a column for it and there's a number in there.

3       **A    Yeah, I -- I'll submit to you that it's**

4   **a little unclear what those -- what those values**

5   **need -- mean.  But that would be my interpretation**

6   **that that's the average across the six samples**

7   **that were collected.**

8           **But, you know, the text of -- well,**

9   **there really isn't any text to this report.  It**

10  **doesn't specifically say that's what that is, but**

11  **it does -- it is described or labeled on the**

12  **column as average.**

13      Q    Okay.  If there were a total of six

14  tests and 4.5 was the highest, then that would

15  mean the other five tests were all lower than 4.5,

16  correct?

17      **A    Yes.**

18      Q    All right.  The other thing that you do

19  in your opinion that there was an exceedance of

20  the thorium-230 effluent limitation is you used

21  the measurement for soluble, correct -- or the

22  limit for soluble, correct?

23      **A    Correct.**

24      Q    What is the limit for insoluble?  Is it

25  more or less than the soluble limit?

1    **A    It tends to be more than the soluble**

2    **limit.**

3         Q    Is that for every radionuclide?

4    **A    I -- I haven't looked through the entire**

5    **table, but -- but it certainly is a -- seems to be**

6    **the pattern.**

7         Q    I should have probably had it while you

8    were there, but if -- well, let's go ahead and go

9    Appendix B of 20.106.

10   **A    Okay.  I'm with you.**

11        Q    Okay.  So the -- the standard that you

12   used or the -- the limit that you used for soluble

13   thorium-230, according to Table 2, column 1, which

14   is the air for unrestricted sites, is -- is it 8

15   times 10 to the negative 14?

16   **A    I'm sorry, which --**

17        Q    Well, I'll tell you what --

18   **A    -- compound are we looking at?**

19        Q    What was the limitation that you used

20   for soluble thorium-230?

21   **A    The limitation I used was 8 times 10 to**

22   **the minus 14 microcuries per milliliter.**

23        Q    Then the effluent limitation for

24   insoluble thorium-230 is 3 times 10 to the

25   negative 13 microcuries per milliliter, correct?

1          **A      Boy, I'm not trying to be difficult, but**

2     **I -- I can't read that.**

3          Q     Okay.  Well, I want you to assume that

4     the limit for soluble -- strike that.

5               I want you to assume that the limit in

6     1960 for insoluble thorium-230 was 3 times 10 to

7     the negative 13 microcuries per milliliter.  Okay?

8          **A      3 times 10 to the minus 13.**

9          Q     Yeah.  And if you want a piece of paper

10    or anything like that to -- to write that down or

11    anything, we can certainly do that.

12         **A      Okay.**

13         Q     Between the soluble limit and the

14    insoluble limit that I just provided you, which

15    would allow a larger release of material?

16         **A      The insoluble effluent limitation would**

17    **allow a larger release of material.**

18         Q     Okay.  In fact, it would allow a larger

19    release of material by an order of magnitude,

20    correct?

21         **A      Approximately an order of magnitude,**

22    **yes.**

23         Q     Okay.  In your report, though, you use

24    the soluble thorium-230.  Why did you use that --

25    that limit as opposed to the insoluble limit that

```
 1    allowed more release?

 2         A    Well, there were a couple of reasons I

 3    did that.  I did look into that, and I wanted to

 4    be sure that I was using the right value.  And I

 5    talk about that in the report that -- let's see.

 6    (Peruses document.)

 7         Q    If it helps you, I think you are

 8    probably looking for page 12.

 9         A    That's right.

10              There's a 1979 survey that was done by

11    DOE where they referred to the soluble effluent

12    limits as a comparative guide.  And then I also --

13    I also applied, you know, kind of a precautionary

14    principle, that we -- we didn't really have

15    detailed quantitative information about whether

16    these materials were best classified as soluble or

17    insoluble.  So in order to be conservative, more

18    protective of human health and the environment, I

19    made an assumption that they should be classified

20    as soluble.

21         Q    Okay.  We can agree, though, that the

22    issue in this case -- this isn't a cleanup case,

23    correct?

24         A    That's correct.

25         Q    The FUSRAP program has already done
```

1    remediation out there, correct?

2        **A    I mean, they have done remediation.  You**

3    **know, I haven't made any kind of --**

4        Q    Okay.

5        **A    -- efforts to evaluate the completeness**

6    **of it, but I get that.**

7        Q    I understand that.

8            But, nevertheless, what you're doing in

9    this case is a retrospective evaluation for

10   Mallinckrodt's activities back in the 1950s and

11   '60s to determine whether or not they violated the

12   federal regulations, correct?

13           MR. McCLAIN:  Object to the form of the

14   question.  That's not the standard.

15           THE WITNESS:  Well, I -- I stand by the

16   way I describe my work in my report and these

17   opinions, but what I was looking at is

18   reconstructing effluent concentrations at or near

19   the fence lines.

20   BY MR. ZAGER:

21       Q    Okay.  Let's come at it from this angle

22   then.  So you mentioned the DOE 1979 report.

23   We'll come back to that.

24           What chemical form was the thorium-230

25   in at SLAPS?

```
 1          A     You mean like what mineralogical form

 2    was it in?

 3          Q     Yeah, what chemical -- chemical form

 4    would it be in?  Yep.

 5          A     Well, the chemical form is thorium-230.

 6    In terms of what sort of mineralogical form it

 7    is -- it was in, I don't know.

 8          Q     Okay.  What mineralogical or chemical

 9    forms of thorium-230 would be soluble?

10          A     Well, so this is a different kind of

11    solubility that we're talking about.  This is --

12    what we're really talking about here is whether or

13    not these materials remain in particulate form if

14    they get into your body and -- and are excreted

15    fairly rapidly, or whether or not some of that

16    material in a sense dissolves.

17          Q     Right.  But if we were to go to a book

18    on thorium-230, it would list out the different

19    chemical forms of it and talk about solubility.

20                I'm just -- which of those forms would

21    be soluble in water, for instance?

22          A     Well, broadly, salts are more soluble in

23    water, and things like silicates are less soluble

24    in water.

25          Q     Okay.  But with respect to thorium-230,
```

1   I mean can you -- can you tell me any chemical

2   form of thorium-230 that is soluble in water?

3       **A     So this is just kind of a matter of**

4   **degree.  I mean, all of these things are soluble**

5   **in water to -- to some degree, and the reason you**

6   **have a radium standard in drinking water is**

7   **because it's a little bit soluble, but soluble**

8   **enough that it can cause a problem.  Same thing**

9   **with uranium.**

10      **So, frankly, all these things are, on**

11  **the grand scheme of things compared to something**

12  **like table salt, are pretty sparingly soluble.**

13      Q    Is there any chemical form of 230 that

14  is insoluble in water?

15      **A     Now, once again, no.  There -- there's**

16  **always some degree of solubility from a mineral**

17  **into water that can be lesser or greater.**

18      Q    For instance, have you heard of thorium

19  dicarbonate?

20      **A     I've heard of it.**

21      Q    Is it soluble in water or not?

22      **A     Well, it -- it's a mineral that's -- I**

23  **would call it sparingly soluble.  I mean, it's --**

24  **it's the kind of thing where if you were to crush**

25  **up that mineral and put it in water, yes, a little**

1    **bit of that compound would dissolve into water.**

2         Q    Okay.  Thorium dioxide, is that soluble

3    in water?

4         **A    Once again, these -- thorium dioxide, I**

5    **don't know the exact solubility.  We can easily**

6    **look it up.  But these things are --**

7              MR. McCLAIN:  Well, then just take time

8    and look it up.  Don't guess.  This is not a --

9              THE WITNESS:  Okay.

10             MR. McCLAIN:  This is not a --

11   BY MR. ZAGER:

12        Q    Maybe we can -- maybe we can cut it off

13   at the pass here a little bit.  You don't know

14   what the chemical form was of the thorium-230 out

15   at the SLAPS site, fair?

16        **A    I don't know the mineralogical form.**

17        Q    Okay.  With respect to its solubility of

18   whatever this unknown chemical form was of the

19   thorium-230 at the SLAPS site, you haven't done

20   any testing or analysis into that, have you?

21        **A    I haven't done any testing.  I -- I made**

22   **an assumption that these materials are, while**

23   **sparingly soluble in water, they are capable of**

24   **dissolving in water.  I'm not a physiologist.**

25   **I -- I don't want to talk about, you know, what**

1      happens in the body, but things are even more

2      soluble in, you know, stomach acids.

3           Q    Did you -- okay.  When you talk about

4      solubility -- strike that.

5                When you talk with solubility under

6      these standards, we're talking about whether or

7      not it's soluble in the human body.  Is that fair?

8           A    I believe that's correct.

9           Q    Okay.  Did you look up any ICRP guidance

10     documents to see what they recommend as far as

11     whether to characterize thorium-230 that's in the

12     environment as soluble or insoluble?

13          A    No, I didn't.

14          Q    Do you know what a dose coefficient is?

15     I understand you don't do dose work, but you

16     understand what a dose coefficient is?

17          A    I do, yeah, as a layperson.

18          Q    Did you look up any ICRP guidance

19     documents on dose coefficients related to

20     thorium-230 to see how they characterize it to

21     let -- to let you know whether or not it should be

22     characterized as soluble or insoluble?

23          A    No.

24          Q    You mentioned the DOE report in 1979.

25     Did they do any type of chemical analysis to say,

1    yes, this thorium-230 was soluble as opposed to

2    insoluble?

3         **A    I don't think so.**

4         Q    Do you know what their basis was for

5    saying that it was -- or characterizing it as

6    soluble?

7         **A    The --**

8              MR. McGAHREN:  Objection to form.

9              THE WITNESS:  I don't know -- I don't

10   know the basis for their conclusion of that sort.

11             MR. ZAGER:  Okay.

12             (Exhibit No. 12 was marked for

13             identification.)

14   BY MR. ZAGER:

15        Q    I'm going to hand you what I marked as

16   Exhibit 12.

17             MR. McGAHREN:  This is 12?

18             MR. ZAGER:  Yep.

19   BY MR. ZAGER:

20        Q    Have you had a chance to take a look at

21   that real quickly?

22        **A    (Peruses document.)  Yes, I have.**

23        Q    Okay.  What is Exhibit 12?

24        **A    So Exhibit 12 appears to be the -- a**

25   **copy of the 1979 radiological survey of the former**

1    **AEC St. Louis Airport Storage Site.**

2        Q    Okay.  With respect to your paragraph on

3    page 12 of your report where you talk about the

4    issue of solubility versus insolubility of the

5    thorium-230, in footnote 31 you cite "DOE 1979

6    Radiological Survey of the St. Louis Airport

7    Site."  Is that correct?

8        **A    That's correct.**

9        Q    Specifically you cite Table 19, right?

10       **A    Right.**

11       Q    Okay.  Is that Exhibit 12?

12       **A    That's the report, yeah.**

13       Q    Okay.  Let's go ahead and turn to --

14   it's page 58, based on the page number at the top.

15       **A    Okay.**

16       Q    Okay.  You refer to Table 19.  Let's go

17   to page 60 of Exhibit 12.

18       **A    Okay.**

19       Q    Okay.  And down below, the bottom line

20   on that table says:  "10 CFR 20 guideline," and if

21   we go to thorium-230, they use the picocurie per

22   limit -- or picocurie per liter limit of 2,000; is

23   that correct?

24       **A    That's right.**

25       Q    Okay.  And if you go back to, I guess it

1   would be, page 58, you see Table 17, correct?

2         **A     Right.**

3         Q     Okay.  There the bottom line says:

4   "10 CFR guideline," and you go over and there's a

5   "thorium-230" column, correct?

6         **A     Yes.**

7         Q     Okay.  And down at the bottom, that says

8   "80," and then they give an "S" for soluble,

9   correct?

10        **A     Correct.**

11        Q     All right.  And if we look at some of

12  the -- strike that.

13              So then if you go down to the number B,

14  it says:  "More restrictive guide is given.

15  Soluble" -- or "S equals soluble, I equals

16  insoluble."  Correct?

17        **A     Correct.**

18        Q     Okay.  So they're just using the most

19  conservative limit, correct?

20        **A     That's correct, and that's -- that's**

21  **consistent with what I decided to do.**

22        Q     Okay.  Actually, let's go a little bit

23  -- go back in the document, Exhibit 12, to

24  page 17.

25        **A     17?**

```
1        Q    Yep.

2        A    Okay.

3        Q    Down in the middle of the page, there's

4   a heading that says "Concentrations of Long-Lived

5   Radionuclides in Air."  Is that correct?

6        A    Correct.

7        Q    Okay.  And then if you go to the last

8   sentence in that paragraph, it says:  "Also shown

9   in Table 17 are the more restrictive concentration

10  guides from 10 CFR, Appendix B, for airborne

11  radionuclides."  Correct?

12       A    Let's see.  We're right in the middle of

13  the page.

14       Q    Yeah, last -- last sentence.

15       A    Yes.

16       Q    Yep.  Okay.  So they didn't do any type

17  of testing of the thorium-230 out there, fair?  At

18  least not for solubility.

19       A    That -- that's right.  They did testing

20  for -- for thorium-230 but not for solubility,

21  as -- as far as I can tell.

22       Q    But their general principle there was

23  just for any of these radionuclides we're testing,

24  whether we use the limit for soluble or insoluble,

25  we're going to err on the side of caution and use
```

1    the most restrictive.

2         **A    That's the way I -- I read this, and**

3    **that's -- that's consistent with the methodology I**

4    **used.**

5         Q    Would you agree with me that based on

6    your calculations that we talked about and that

7    are memorialized in Table 2 of your report, if we

8    apply the standard for insoluble thorium-230,

9    there is not a violation, is there?

10            MR. McCLAIN:  Object to the form of the

11   question, assumes facts not in evidence.

12            THE WITNESS:  Well, I can't do the exact

13   math in my head, but the answer would be that

14   that's correct, that wouldn't be a violation.

15            I don't think that's the appropriate way

16   to do it, but if we were hypothetically to look at

17   only the insoluble limitations, then at least for

18   this set of calculations, there would not be.

19   BY MR. ZAGER:

20        Q    Okay.  I just want to make sure I'm

21   clear.  For SLAPS with respect to Mallinckrodt,

22   the alleged exceedances of the radiation safety

23   regulations found in 10 CFR Part 20 that you've

24   identified are the radon-222 and the thorium-230;

25   is that correct?

1        **A      That's correct.**

2        Q    You didn't identify any other

3   exceedances of the limits in 20.106 with respect

4   to SLAPS, correct?

5        **A      That's correct, although I will also say**

6   **I didn't analyze every bit of data.  I haven't**

7   **been asked to do that, but there's -- there is --**

8   **as sparse as it is, there is other data, so I**

9   **haven't done an exhaustive analysis of that.**

10       Q    Okay.  And that's fine.

11            But as far as we sit here, based on your

12   two reports and -- with the date of

13   October 19th -- October 17th, 2019, the effluent

14   exceedances that you allege or you opine occurred

15   were the radon-222 and the thorium-230, correct?

16       **A      Those are the quantitative effluent**

17   **limitations that I've identified.**

18            MR. ZAGER:  All right.  Let's --

19   let's -- I'll try to do this fairly quickly.  Do

20   you want a break?  Are you good?  Do you want to

21   take a --

22            THE WITNESS:  What time are we getting

23   to be?

24            MR. McGAHREN:  It's getting to be 3:00.

25            MR. ZAGER:  It's 2:48.

1          THE WITNESS:  I don't need a break right

2     now, but in the next 10 or 15 minutes maybe.

3          MR. ZAGER:  There you go.  Okay.

4     BY MR. ZAGER:

5          Q    You have a section in your report called

6     "Notes on Allocation"; is that correct?

7          **A    Yes.**

8          Q    And it starts on page 19 of your report?

9          **A    Yes.**

10         Q    Great.  You apply in this section what

11    are called the Gore factors; is that correct?

12         **A    That's correct.**

13         Q    Okay.  Are you under the impression that

14    the Gore factors are applicable in a Price-

15    Anderson Act case?

16         MR. McCLAIN:  Object to the form of the

17    question that this is a Price-Anderson Act case.

18    Nobody but this judge thinks so.

19         MR. McGAHREN:  Objection to the

20    objection.

21         MR. ZAGER:  I'll join in the objection

22    to the objection.

23    BY MR. ZAGER:

24         Q    But go ahead.

25         **A    Can I object?**

1    Q    Yeah.

2    A    Well, I don't have an opinion about its

3  relevance with respect to Price-Anderson cases.  I

4  do have an opinion that Gore factors are broadly

5  relevant in cases where one is trying to conduct

6  some type of allocation of contamination.

7    Q    Okay.  Are you aware of the Gore factors

8  ever being used in a personal injury case like

9  this?

10    A    I -- I don't know if I would know that.

11  But in my own anecdotal experience, I -- I

12  can't -- I can't think of having done it myself in

13  a personal injury case.  I've done it before on

14  conventional, you know, sites.

15    Q    Okay.  On page, I guess it's 19, you've

16  got a reference there that under the scheduling

17  order, you were asked for organ doses attributable

18  to Cotter's operations at Latty Avenue and

19  Mallinckrodt's operations at SLAPS.  Is that

20  correct?

21          MR. McGAHREN:  What page?  I'm sorry.

22          MR. ZAGER:  It's at the bottom of

23  page 19.  It's the first sentence under "Notes of

24  Allocation."

25          THE WITNESS:  I'm -- I'm just trying to

1    be a stickler here.

2    BY MR. ZAGER:

3         Q    Good.

4         **A    I wasn't asked about that.**

5         Q    Frankly, that's where you -- that's

6    where I was going.  You didn't calculate any type

7    of organ dose, correct?

8         **A    No.**

9         Q    All right.  So, in other words, your

10   allocation is not based on any type of dose to any

11   individual plaintiff or any hypothetical person,

12   is it?

13        **A    I'll -- I'll let it speak for itself,**

14   **but it really isn't talking about people.**

15        Q    Okay.  The Gore factors that you -- have

16   you only seen the Gore factors used in CERCLA

17   cases?

18        **A    Let me think about that.**

19        Q    Or a state CERCLA case, state version

20   CERCLA.

21        **A    I'm not sure if that's true.  I mean**

22   **when -- whenever there's a dispute about multiple**

23   **responsible parties having to divvy up cleanup**

24   **responsibilities or -- or some other consequences**

25   **of contamination, I've seen Gore factors used.**  So

1    I don't think sitting here that I've only seen it

2    limited to CERCLA cases.  This is a CERCLA case,

3    but --

4         Q    You think this is a CERCLA case?

5         A    Well, the -- the north St. Louis sites

6    are a Superfund site.

7         Q    I just want to be clear, though, this

8    particular case for which you're giving your

9    deposition, you understand it's not a CERCLA case.

10        A    Oh, I -- I don't really know that, and I

11   don't think that's relevant to my opinions.

12        Q    Okay.  With respect to -- this is on

13   page 20 of your report.  With respect to these

14   Notes on Allocation, you appear to be using the

15   time period for Mallinckrodt from 1946 to '66,

16   correct?

17        A    That's correct.

18        Q    You're not -- I think we established

19   earlier, though, that you're not offering the

20   opinion that Mallinckrodt is responsible for that

21   period from 1946 to 1953, when they actually

22   became under contract for SLAPS.

23        A    Well, let me clarify what I was asked to

24   do here.  I was asked to evaluate a potential

25   allocation scheme under the assumption that any

1  **party that was active or operating at a site could**

2  **be considered fully responsible.  So that was kind**

3  **of an -- an assumption that I was asked to**

4  **incorporate into this allocation note.**

5      Q    But you didn't allocate any

6  responsibility to the Atomic Energy Commission

7  that operated SLAPS from 1946 to July 20th, 1953.

8      **A    That's right.  I was -- I was asked not**

9  **to evaluate allocations for folks that aren't**

10  **party to this case.**

11      Q    Okay.  So you agree that they would have

12  contributed to offsite releases, but you didn't

13  allocate fault to it, fair?

14          MR. McCLAIN:  Object to the form of the

15  question.

16          THE WITNESS:  My only problem with that

17  question is "fault" -- the word "fault."  I don't

18  think I used that word in my report.  But, no,

19  I -- I didn't explicitly allocate any

20  responsibility to -- to that agency.

21  BY MR. ZAGER:

22      Q    You also didn't for Continental Mining

23  or Continental Metals or, frankly, the -- the

24  Airport Authority, correct?

25      **A    That's correct.**

```
 1        Q    Do you have any evidence that any of the

 2   plaintiffs in this case were exposed to radon from

 3   this site?

 4        A    I haven't done any kind of analysis with

 5   respect to the actual plaintiffs.  So I -- it's

 6   just out of my wheelhouse.

 7        Q    Okay.  The same would be true for the

 8   thorium-230?

 9        A    The -- the only reason I'm pausing is

10   because, even though it's obvious those -- those

11   aren't opinions that I have, I have some knowledge

12   of the kind of levels that are found downstream

13   and things like that.  So I -- I don't expect

14   anyone would ever ask me that, and I would

15   probably answer this way, which is I'm not a

16   toxicologist; I don't have an opinion about that.

17        Q    Okay.  With respect to your, I guess,

18   chart on page 22, where you talk about pre-1966,

19   1966 to 1973, and post-1973, are those allocations

20   there where you have 100 percent to SLAPS, zero to

21   HISS; 90 percent to SLAPS, 10 percent to HISS; and

22   then 90 percent to SLAPS, 10 percent for HISS --

23   all that's respectively -- are those based on any

24   type of calculations of the concentrations that

25   were released at any particular time?
```

1          **A     No.   This is based on -- on operational**

2    **time.   This is based on time.**

3          Q     And it's not broken out by all

4    potentially responsible parties, including the

5    AEC, Continental Mining, Continental Metals, or

6    the Airport Authority, correct?

7          **A     Yeah, that wasn't -- that wasn't my**

8    **charge here.   I was asked to look at allocation**

9    **for the parties that are subject to this case.**

10         Q     Okay.  All right.

11               (Exhibit No. 13 was marked for

12               identification.)

13   BY MR. ZAGER:

14         Q     Next I'm going to hand you what I marked

15   as Exhibit 13.

16               Go ahead and take a look at that, and

17   tell me if you recognize that document.

18         **A     Yes, I do.   This is my supplemental**

19   **expert report.**

20         Q     Okay.  The opinions in your supplemental

21   report -- just to try to speed this up a little

22   bit, the supplemental opinion number 1.  Do you

23   see that?

24         **A     I do.**

25         Q     All right.  That's directed at Cotter,

```
 1   not Mallinckrodt; is that fair?

 2              MR. McGAHREN:  Object.

 3              THE WITNESS:  That's correct.

 4   BY MR. ZAGER:

 5      Q    The -- the second, I guess it's,

 6   full sentence under supplemental opinion 1 says:

 7   "Since completion of my expert report, I have

 8   learned that in 1970 the Division of Air Pollution

 9   Control of the St. Louis County Health Department

10   found the drying operation to be in violation of

11   county regulations."

12              Is that correct?

13      A    Correct.

14      Q    Okay.  Did you, in reviewing those

15   St. Louis County Health Department records, find

16   any criticisms by the County of Mallinckrodt's

17   operation at SLAPS?

18      A    I didn't do a complete search of all

19   their records, but I didn't -- did not come across

20   that, no.

21      Q    Okay.  Let's go then to supplemental

22   opinion number 2.

23              With the objection of -- for Cotter's

24   counsel, that also is directed at Cotter, not

25   Mallinckrodt, correct?
```

     1          **A      That's correct.**

     2          Q      Okay.  Let's go then to supplemental

     3     opinion number 3:  "Defendants' possession, use

     4     and/or transfer of waste at SLAPS and Latty Avenue

     5     caused excessive radiation to be released in the

     6     form of contaminated sediments into Coldwater

     7     Creek and tributary ditches."

     8               Did I read that correctly?

     9          **A      Yes.**

    10          Q      Okay.  We've already talked about your

    11     opinion -- or you expressed some statements about

    12     the ALARA principle, correct?

    13          **A      Correct.**

    14          Q      We've talked about 10 CFR 20.106 and the

    15     effluent limitations and your opinions about

    16     exceedances of that for radon and thorium-230

    17     using the soluble limit, correct?

    18          **A      At the SLAPS site, right.  Correct.**

    19          Q      Is there anything new in this

    20     supplemental opinion related to Mallinckrodt

    21     beyond those issues that we just discussed?

    22          **A      I wouldn't say there's anything new**

    23     **here.  Because my initial report, I -- I was**

    24     **focusing on the -- the judge's order, I -- there's**

    25     **some language in my original report that talks**

1    about contaminated sediments and -- you know, and

2    Coldwater Creek, but there's not a -- an official

3    opinion.  And so this is just a way of creating an

4    official opinion about impacts to Coldwater Creek.

5        Q    Okay.  Your official opinion about

6    Coldwater Creek is that you believe that there was

7    sediment in the creek, correct, from -- from the

8    SLAPS site?

9        A    Contaminated sediments in the creek,

10   that's correct.

11       Q    For any given year from July of 1953 to

12   February 14th of 1966, have you been able to

13   quantify any releases of sediment from SLAPS?

14       A    You know, we've talked about this before

15   with other media.  I just don't think there's

16   enough data that -- that was collected such that

17   you could quantify those releases.

18            I do believe that the releases were

19   occurring, but I don't think I or -- I don't think

20   with the data that we have available that we could

21   quantify that in an annual way.

22       Q    Okay.  Your two reports and your

23   opinions related to Mallinckrodt are limited to

24   SLAPS, correct?  In other words, you didn't form

25   any opinions about any other site or facility

1   operated or owned by Mallinckrodt.

2        **A    That's correct.  We -- we talked a**

3   **little bit about the haul roads.  There's some --**

4   **there's some verbiage in my report about the haul**

5   **roads, and I stand by that, but that would be it.**

6        Q    Okay.  Going back to the sediment issue,

7   the sediment in Coldwater Creek, you haven't been

8   able to quantify or identify any releases by

9   party; in other words, by Mallinckrodt or the

10  Atomic Energy Commission or by potentially

11  releases that occurred when the St. Louis Airport

12  Authority was responsible for that site.  Is that

13  fair?

14       **A    It's not quite fair to say that I**

15  **haven't been able to do that.  I -- I didn't try**

16  **to do that.**

17       Q    Okay.  There's also some references, I

18  think you talked about mud in the ditches.  That's

19  not actually in Coldwater Creek, correct?  And

20  that would be retained in the ditch itself.

21       **A    Well, it was sampled from the ditch, but**

22  **those ditches are tributaries to the creek, so**

23  **there -- some of that sediment is on its way to**

24  **the creek.**

25       Q    But some of it would stay retained in

1    the ditch as well.

2           **A    Some of it would.**

3           Q    It would then be cleaned up by FUSRAP?

4           **A    Hopefully.**

5           MR. ZAGER:  I may have a few follow-ups,

6    but in the interest of time, I'm going to pass the

7    witness to Mr. McGahren.

8           Thank you very much.

9           THE WITNESS:  Thank you.

10          MR. McGAHREN:  Take a break.

11          THE VIDEOGRAPHER:  Going off the record.

12   The time is 3:03 p.m.

13          (Recess.)

14          THE VIDEOGRAPHER:  Going on the record.

15   The time is 3:10 p.m.

16                   EXAMINATION

17   BY MR. McGAHREN:

18         Q    Dr. Wells, my name is John McGahren.

19   I'm with Morgan, Lewis & Bockius, and I represent

20   Cotter Corporation.

21          Are you familiar with Cotter

22   Corporation?

23          **A    Yes.**

24         Q    And you recognize you're still under

25   oath here?

1         **A      Yes.**

2         Q      I'd like you to open up Exhibit 2, your

3    resume again.

4         **A      Okay.  I'm with you.**

5         Q      You identified the former Sylvania site

6    in Hicksville, New York, correct?

7         **A      Correct.**

8         Q      And there you represent -- you identify

9    representative project experience at the former

10   Sylvania site, correct?

11            THE REPORTER:  I'm sorry, I couldn't

12   hear you.

13   BY MR. McGAHREN:

14        Q      I said, there you recognize -- or you

15   represent project experience on the former

16   Sylvania site, correct?

17        **A      Correct.**

18        Q      Okay.  This was an actual project that

19   you conducted at the Sylvania site?

20        **A      This was actually a litigation support**

21   **project, so I was assessing the site investigation**

22   **remediation work conducted by others.**

23        Q      Okay.  And on your list of depositions

24   and trial testimony, 2009, DePascale, do you see

25   that in your CV?

```
 1        A    Yes.

 2        Q    Is that the same thing?

 3        A    Yes, it is.

 4        Q    So basically your -- your experience

 5   with respect to the Sylvania site is you were an

 6   expert in litigation; is that correct?

 7        A    That's correct.

 8        Q    Did you actually testify at trial?

 9        A    Yes.

10        Q    You did.  Did Dr. Everett -- excuse

11   me -- is Mr. Everett a doctor?  Does he have a

12   Ph.D.?

13        A    He is, yeah.  He has -- I think he has a

14   couple of them.

15        Q    Did Dr. Everett also testify?

16        A    He did, yes.

17        Q    He did.  Okay.  Did you submit a joint

18   report?

19        A    I believe that's correct, yeah.

20        Q    Okay.  And on what subject did you

21   testify?

22        A    I testified -- my role was principally

23   look- -- describing the nature and extent of

24   contamination that remained after the site had

25   been redeveloped, and the degree to which workers
```

1   in that redeveloped facility might be exposed

2   to -- to contaminants by the mechanism of vapor

3   intrusion principally.

4       Q    Okay.  So your experience on that site

5   had nothing to do with radionuclides, correct?

6       A    Well, there were radionuclides at the

7   site.  We took a careful look at that, but we --

8   we realized that for this time frame we were

9   looking at that that was not likely a driving

10  force of chemical exposure.

11      Q    You testified that your role was to look

12  at vapor intrusion; is that correct?

13      A    That's correct, among other things.  The

14  other thing that I did a lot of work on was just

15  evaluating the nature and extent of contamination

16  at the site.

17      Q    Is vapor intrusion an issue with respect

18  to radionuclides?  Are they volatile?

19      A    They're -- well, radon is, but the way

20  we generally think about vapor intrusion, we

21  generally think about the VOCs or volatile organic

22  chemicals.

23      Q    And in your report and testimony, you

24  were looking at volatile organic chemicals,

25  correct?

1      **A      For the vapor intrusion assessment,**

2   **that's correct.**

3      Q      Which was your sole role in it, correct?

4      **A      No, my other role was to evaluate the**

5   **nature and extent of contamination, including**

6   **radionuclides, in the subsurface that persisted in**

7   **this property in the redeveloped state.**

8      Q      Did you detail your evaluation of the

9   nature and extent of radionuclides in your expert

10  report in that case?

11     **A      We took a close look at that, but I -- I**

12  **don't think there's a really detailed discussion**

13  **of that in the expert report, no.**

14     Q      The Gallagher & Kennedy litigation

15  support work, again, that was not project work.

16  That was litigation related, correct?

17     **A      That's correct.  I've subsequently done**

18  **a little project work out there, but the -- the**

19  **case that we're talking about was litigation**

20  **support.**

21     Q      What's the name of that site?

22     **A      It's called Whittaker-Bermite.**

23     Q      Okay.  Is it in Santa Clarita,

24  California?

25     **A      Yes.**

1        Q     Okay.  And the radioactive compound

2   there was depleted uranium?

3        **A     Yes.**

4        Q     What is depleted uranium?

5        **A     Depleted uranium is -- is uranium that's**

6   **not excessively radioactive, and it's used in --**

7   **as I understand it, in military operations for**

8   **things like armor plating on tanks.**

9        Q     Okay.  I'm asking you specifically why

10  they call it depleted uranium.

11       **A     Oh.  Well, I don't know the details of**

12  **the chemical processing, but it's depleted of**

13  **highly radioactive isotopes.**

14       Q     Which isotopes?

15       **A     I'm not sure specifically.**

16       Q     Okay.  So you're here testifying in a

17  case involving radiation exposures, and you don't

18  know what depleted uranium is; is that correct?

19       **A     Well, depleted uranium isn't a compound**

20  **of concern at -- at this site.  And as I said**

21  **before, I'm -- I'm an expert in contaminant fate**

22  **and transport.  I'm not a nuclear chemist.  But I**

23  **am an expert in the mechanisms by which**

24  **contamination of any chemical type is transported**

25  **and distributed in the environment.**

1      Q    And yet you're opining on subjects like

2  solubility of radio- -- radioactive isotopes like

3  thorium-230, correct?

4           MR. McCLAIN:  Only because he was asked.

5  BY MR. McGAHREN:

6      Q    Do you really have expertise concerning

7  solubility of thorium-230?

8           MR. McCLAIN:  Object to the form of the

9  question.  It's not for him to determine his

10  expertise.

11          THE WITNESS:  Well, I have enough

12  expertise to make the call that that was the

13  appropriate parameter to utilize in Table 2 of

14  10 CFR Section 20.  So, you know, this -- making

15  that call is not about quantifying the solubility

16  of a compound.  It's interpreting a regulation and

17  applying it to the real world.

18  BY MR. McGAHREN:

19     Q    Talking about the Whittaker-Bermite

20  site, you've identified radioactive materials

21  there.  What percentage of the cleanup costs were

22  involved in radioactive materials that you

23  evaluated?

24     A    I don't have an exact number on that,

25  but it would probably be something on the order of

1    **10 percent for screening of the site and then**

2    **removal.**

3        Q    Wasn't the Whittaker-Bermite site

4    primarily a perchlorate site?

5        **A    Well, that was the most glamorous**

6    **contaminant because it had migrated a couple of**

7    **miles and had impacted a couple of water supply**

8    **wells for Santa Clarita.  But there were really a**

9    **multitude of contaminants at that site, including**

10   **volatile organic compounds.  There was a very**

11   **large amount of soil vapor extraction that was**

12   **conducted, and that wasn't about perchlorate.**

13   **There were metals and there was depleted uranium.**

14   **There was also unexploded ordnance.**

15       Q    Did the cleanup costs at the

16   Whittaker-Bermite site exceed $250 million, to

17   your -- to your knowledge?

18       **A    I don't know what the final cleanup cost**

19   **was.**

20       Q    But you believe roughly 10 percent of

21   that or at least 25 million was expended on

22   cleanup of depleted uranium; is that correct?

23       **A    I don't know what the total cost was.**

24   **I -- I can tell you about our -- our cost**

25   **estimates, and that's an approximate -- that's an**

1    **approximate evaluation or assessment of the**

2    **depleted uranium part.  But I don't -- you know,**

3    **it's -- the cleanup has gone on for many, many**

4    **years, and I don't know what the total cost was.**

5         Q    Were there any NRC licenses involved in

6    the Whittaker-Bermite site?

7         A    Not that I know of.

8         Q    Any AEC licenses?

9         A    Not that I know of.

10        Q    Was any processing of nuclear material

11   conducted at that site?

12        **A    There was fabrication of -- of elements**

13   **of missiles and tanks and things like that that**

14   **included depleted uranium.  I don't know if I'd**

15   **call that processing.  I think I'd call it**

16   **fabrication.  There was also testing of weapons.**

17        Q    And to your knowledge, was the depleted

18   uranium processed in any manner at that site or

19   just tested in -- in ammunition?

20        **A    To my knowledge, it was -- it was**

21   **fabricated and tested.**

22        Q    And then your other experience on sites

23   involving nuclear facilities was Hanford when you

24   were a graduate student?

25        **A    Correct.**

```
 1        Q    What were -- who were the other members
 2   of that board?  Were there people that actually
 3   graduated from graduate school?
 4        A    Most of the members of the board were
 5   faculty members, and then there were a handful of
 6   graduate students.
 7        Q    And what was the role of the graduate
 8   students?  Was it a learning experience for them
 9   or were they actually advising the State of
10   Washington?
11        A    We were collectively advising the State
12   of Washington.  I think, as is often the case with
13   graduate students, our role was to do a lot of the
14   work that the faculty members had -- you know, had
15   asked of us.
16        Q    And the other experience you described
17   was with respect to a facility in Idaho, correct?
18        A    Correct.
19        Q    And what exactly did you do there that
20   had anything to do with nuclear materials or
21   processing of nuclear materials?
22        A    Well, what we were helping out INEL with
23   was devising and implementing vadose zone
24   monitoring strategies for -- for waste facilities.
25        Q    For volatile organic compounds again?
```

1          **A     No, for -- for anything, including**
2    **radionuclides.  Really what we're testing is --**
3    **what we're talking about there is monitoring the**
4    **chemistry and the flow of water above the water**
5    **table.**
6          Q     Where in your resume specifically is
7    that identified?
8          **A     I don't think that's in my resume.  You**
9    **know, this -- this resume just has representative**
10   **project experience.  It doesn't have every single**
11   **project.**
12         Q     Which company were you working for when
13   you did this work?
14         **A     I was working for Metcalf & Eddy at that**
15   **time.**
16         Q     Any other experience on nuclear
17   manufacturing sites or facilities that held
18   licenses from either the AEC or the --
19               THE REPORTER:  I'm sorry, I couldn't --
20   BY MR. McGAHREN:
21         Q     -- licenses from either the AEC or the
22   NRC?
23         **A     No.**
24         Q     Now, you've relied on a report in
25   forming your opinions prepared by Risk Assessment

1    Corporation, correct?

2        **A    I -- I relied on some of the**

3    **calculations that they made in that report, yes.**

4        Q    Who is Risk Assessment Corporation?

5        **A    Well, it's a -- it's a company -- I**

6    **think the senior author on that report is**

7    **Dr. Till.  It's a -- it's a company that provides**

8    **environmental consulting, and in particular, risk**

9    **evaluations.**

10       Q    Do you know Dr. Till?

11       **A    No, I don't.**

12       Q    Are you familiar with his qualifications

13   and experience?

14       **A    I -- I've looked at his resume.**

15       Q    So that's all you -- you read the

16   report?

17       **A    I have.**

18       Q    Okay.  Why did you choose that source to

19   base your calculations on?

20       **A    I chose that source because it -- it**

21   **contained some analyses and calculations that were**

22   **useful in conducting my analysis of -- of trying**

23   **to find a way to estimate concentrations in air**

24   **and water along the fence line of these**

25   **facilities.  So it was information that was useful**

1    in formulating my own opinions.

2        Q    Was that a peer-reviewed report that was

3    published in some scientific journal or treatise?

4        A    To my knowledge, that is essentially an

5    expert report in either this case or a related

6    case.

7        Q    Do you know if Dr. Till and his team

8    represent any of the litigants in this case?

9        A    I don't precisely know who -- who they

10   might represent.

11       Q    In the case that they wrote that report

12   for, did they represent Mallinckrodt?

13       A    I mean, we can -- we can look that up.

14   I'm sure they say, but I -- I don't specifically

15   know.

16       Q    You don't think that's important to

17   know?

18       A    Well, I think it's important to look at

19   the credentials of -- of the author, to look at

20   their methodology, which I did, and I -- I found

21   it to be useful.

22       Q    Now, you conducted an allocation in your

23   expert report in this case, correct?

24       A    Correct.

25       Q    And who was that allocation between,

1   which parties?

2       **A      That allocation -- well, the -- it's**

3   **between for the SLAPS site and the HISS site, and**

4   **I'm associating releases from those sites with**

5   **Cotter for HISS or Latty Avenue and Mallinckrodt**

6   **for SLAPS.**

7             MR. McGAHREN:  I'm sorry.  Could you

8   read back that answer?

9             (Whereupon, the requested record

10            was read.)

11  BY MR. McGAHREN:

12      Q    Okay.  So basically is it fair to say

13  that you've used Mallinckrodt's expert to base

14  your calculations on with respect to releases from

15  the Latty Avenue site, correct?

16      **A      I -- well, once again, I don't**

17  **explicitly know who Dr. Till was working for.  But**

18  **it is true that I relied on his work for my**

19  **assessment of air emissions from the waste drying**

20  **operation at the Latty Avenue site.**

21      Q    Do you know if Dr. Till was being paid

22  by Mallinckrodt?

23      **A      I -- I don't know who was paying**

24  **Dr. Till.**

25      Q    Do you know if he -- strike that.

1            Do you know how much Dr. Till and his

2    team were paid to prepare their report by

3    Mallinckrodt?

4            MR. McCLAIN:  He says he doesn't know

5    that Mallinckrodt paid him, so how could he know

6    how much Mallinckrodt paid him?

7            MR. McGAHREN:  You can answer.

8            MR. McCLAIN:  So, I mean, the same

9    answer.

10   BY MR. McGAHREN:

11       Q    You can answer my question.

12           MR. McCLAIN:  He doesn't know.

13           THE WITNESS:  I -- I don't know who paid

14   Dr. Till, and I don't know how much.

15   BY MR. McGAHREN:

16       Q    Okay.  Do you consider that to be good

17   scientific practice to rely upon a biased expert's

18   report in preparing your calculations?

19           MR. McCLAIN:  Well, how does he know

20   he's -- he's biased?

21           MR. ZAGER:  Object to the form.

22           THE WITNESS:  I didn't find his report

23   to be biased.  We spoke a little bit earlier that

24   I don't agree with every single assumption and --

25   and analysis in that report, but I -- I didn't

1    find that report to be biased, at least the parts

2    that I relied upon that I looked at in great

3    detail.

4    BY MR. McGAHREN:

5         Q    Is it fair to say, though, that that is

6    not a peer-reviewed report that was published in

7    any scientific journal --

8              MR. McCLAIN:  Stipulated.

9    BY MR. McGAHREN:

10        Q    -- paper or treatise?

11             MR. ZAGER:  Object to the form,

12   compound.

13             MR. McCLAIN:  It's stipulated.

14             I -- don't worry about answering it.

15   I've already stipulated it's not peer-reviewed.

16   BY MR. McGAHREN:

17        Q    You can answer the question, sir.

18             MR. McCLAIN:  Why if I've stipulated to

19   it?  It's not in dispute.

20             MR. McGAHREN:  Because I want his

21   answers.

22             THE WITNESS:  To my knowledge, that

23   report was not published in a peer-reviewed

24   journal.

25   BY MR. McGAHREN:

```
 1        Q     Did Dr. Till author that report by
 2   himself?

 3        A     No, he describes a team that assisted
 4   him.

 5        Q     Do you know any members of the team?

 6        A     No, I don't.

 7        Q     Do you know their qualifications and
 8   experience?

 9        A     No.

10        Q     Did they do modeling in that report?

11        A     They did some modeling in that report,
12   yes.

13        Q     What type of modeling?

14        A     Well, they did a variety of modeling.
15   They did some modeling on resuspension of
16   sediments that would have been released along the
17   haul routes.

18        Q     Did you -- sorry, finish your answer.

19        A     Yeah.  They did modeling of the
20   emissions from the drying operation at the Latty
21   Avenue site.  And then I know they did a bunch of
22   exposure modeling, which is not my area of
23   expertise.

24        Q     And you may have been asked this
25   question earlier, but I don't recall your answer.
```

1   Are there parts of that report that you can

2   identify specifically now that you disagree with?

3        A    Well, at the -- at the risk of repeating

4   myself, we talked earlier about his assumption

5   about the grain size distribution of the waste

6   materials.  And I don't want to go so far as to

7   say I disagree with it, but I think I possess some

8   information that he might not have had that would

9   have allowed one to refine that estimate of grain

10  size distributions.  The end result of doing so,

11  which would have been to make some corrections to

12  the grain size distribution that he used in his

13  report toward the finer grain sediments, it

14  actually would have increased his modeling results

15  for airborne transport and deposition.

16          So, that's one of the uncertainties in

17  this analysis that kind of works in -- in the

18  direction of underestimating the results.

19       Q    And you testified earlier your basis for

20  that was data from the West Lake site; is that

21  correct?

22       A    Correct.

23       Q    Okay.  Was material that was at the West

24  Lake site dried by Cotter at Latty Avenue?

25       A    No.

1        Q    Okay.

2        **A    Not to my knowledge.**

3        Q    So the information you relied upon was

4    for material that was never run through the dryer,

5    correct?

6        **A    That's correct, it wasn't run through**

7    **the dryer.  But let me just -- let me just say, I**

8    **didn't rely on that for my own calculations.  I**

9    **actually used the coarser grain estimates that**

10   **Dr. Till tabulated.**

11       Q    You just testified a few moments ago

12   that you have information to refine Dr. Till's

13   estimate.  What is that information?

14       **A    That information is descriptions in**

15   **boring logs from the West Lake Landfill site**

16   **investigation.**

17       Q    But again, that's material that was

18   never run through the dryer, correct?

19       **A    That's material that wasn't run through**

20   **the dryer, that's correct.**

21       Q    So it would have no bearing on emissions

22   from the dryer and your fence line calculations at

23   Latty Avenue, correct?

24       **A    Well, it has a bearing on -- on the**

25   **material properties of waste coming out of**

1    Mallinckrodt.  So we -- we don't have specific

2    information about each waste type and as to

3    whether or not they had different physical

4    characteristics, so we're making an estimate of

5    the average grain size distribution of all the

6    wastes.

7         Q    Who -- when you say the word "we," who

8    are you referring to?

9         A    Well, Dr. Till did that, and I did the

10   same.

11        Q    So you're -- when you say "we," you mean

12   yourself and Dr. Till?

13        A    I mean, we -- we both arrived at that

14   conclusion independently.

15        Q    Okay.  What did you look at to try and

16   investigate the properties of the materials when

17   they were sitting on SLAPS?

18        A    Well, I looked at the totality of the

19   historical reports about operations at the site

20   and -- and descriptions of the waste material.

21        Q    So you -- can you identify specifically

22   reports?  Are they only the reports that are

23   annotated in your initial and supplemental expert

24   reports?

25        A    Yes.

1        Q     You didn't look at anything else.

2        **A     No, nothing that I relied on.**

3        Q     Now, you used the term "grain size" when

4   you were describing the material, correctly --

5   correct?

6        **A     I did use that term, yes.**

7        Q     You don't use the term "particle size,"

8   do you?

9        **A     You mean ever?**

10       Q     In your testimony today, you've used the

11  word "grain size," correct?

12       **A     That's correct, because what we were**

13  **talking about earlier is the grain size**

14  **distribution of the source material.**

15       Q     Mm-hmm.

16       **A     When we talk about airborne deposition**

17  **and transport, then we talk about particle size.**

18  **It's really -- we're talking about the same thing,**

19  **but there's a slight difference in the**

20  **terminology.**

21       Q     Are you an air modeler?

22       **A     Air modeling is -- is in my expertise.**

23  **I'm not the guy that sits down and runs the model.**

24       Q     How is it in your expertise?

25       **A     It's an analytical scientific tool that**

Page 247

1    I use in the course of my professional practice.

2         Q    What about, have you run AERMOD?

3         A    I don't personally run AERMOD, but

4    I've -- I've directed the use of AERMOD, and I've

5    worked on a number of projects where AERMOD is

6    employed.

7         Q    When you say you've directed the use of

8    AERMOD, in what sense have you directed it?

9    Identifying source terms?

10        A    Yeah, working usually with a team,

11   including, you know, a nuts and bolts modeler, to

12   define what we might call the conceptual site

13   model:  What -- what actually is it that we're

14   trying to model here and how best to implement

15   that within the numerical model.

16        Q    But you actually hand that work off to

17   an air modeler, an expert air modeler, correct?

18        A    In the projects that I direct, I direct

19   how the model is to be constructed, what the input

20   parameters are, oftentimes with input from team

21   members, and then I leave it to a modeler to

22   actually construct and run the model.

23             MR. McGAHREN:  Could you read back that

24   answer, please?

25             (Whereupon, the requested record

```
 1                was read.)
 2   BY MR. McGAHREN:
 3        Q    What input parameters are you referring
 4   to specifically?
 5        A    Well, I mean, it depends on -- on the
 6   case, but let's -- let's take, for example, the
 7   Chemetco case that we talked about a little bit
 8   earlier.  What we would do there is we would build
 9   in a source term for a stack emission, and we
10   would have information not only about the mass
11   emissions rate but also information about particle
12   sizes.
13        Q    Are you a chemical engineer?
14        A    No, I'm not.
15        Q    Do you have expertise in chemical
16   engineering?
17        A    No, I'm a -- I'm an environmental
18   geologist.
19        Q    Do you have expertise in reverse
20   engineering of chemical process?
21        A    No, I don't.
22        Q    Do you believe Mallinckrodt was running
23   a chemical process downtown which resulted in
24   these waste materials?
25                MR. ZAGER:  Object to the form.
```

1            THE WITNESS:  I -- I don't really have,

2    you know, an opinion about that.  That's outside

3    my area of expertise.

4    BY MR. McGAHREN:

5        Q    So you have no expertise with respect to

6    the process that generated these wastes that were

7    put at SLAPS, correct?

8        **A    That's correct.  I -- you know, I have**

9    **certain knowledge of -- of what Mallinckrodt was**

10   **doing, but I'm not a chemical engineer and I don't**

11   **have expertise in that area.**

12       Q    Okay.  Do you know if Dr. Till is a

13   chemical engineer?

14       **A    We can double-check his resume, but I**

15   **believe he is.**

16       Q    Are you familiar with whether or not he

17   has expertise in reverse engineering chemical

18   processes?

19       **A    I wouldn't have any knowledge of that.**

20       Q    Okay.  Do you know if any member of his

21   team is a chemical engineer?

22       **A    I -- I would suggest to you that for at**

23   **least my part of this work, that's not necessary**

24   **to have a chemical engineering background, but**

25   **I -- I really don't know the background of his**

1    team members.

2         Q    You've identified grain size as an

3    important parameter, correct?

4         A    Correct.

5         Q    So how do you arrive at grain size?  You

6    just use Dr. Till's numbers?

7         A    Well, what -- what -- I looked for grain

8    size analysis.  I mean, it's not that hard to

9    measure, grain size analysis for a solid.  So I

10   looked for grain size analyses.  I didn't find any

11   in the technical records.

12             It turns out, as I read Dr. Till's

13   report, he -- he did too.  He looked for actual

14   grain size measurements, and by my reading of his

15   report, he didn't find that either.  So what he

16   decided to do was to go to the literature and find

17   grain size analyses from uranium mine tailings,

18   and utilized that measured data as reasonably

19   representative of the grain size distribution of

20   the waste material at SLAPS and Latty Avenue.

21        Q    What are uranium mine tailings?

22        A    Uranium mine tailings are the waste

23   product from the processing of uranium ore.

24        Q    Have you had -- ever had experience with

25   a uranium mill and processing of uranium ore?

1          **A      I've never worked at a uranium mill, no.**

2          Q     My question was have you had any

3     experience with that?

4          **A      I'm not sure what the difference is.**

5     **I've not worked at uranium mill sites.**

6          Q     Well, people could have experience with

7     respect to uranium mills but not worked there.  So

8     you have no experience with uranium mills,

9     correct?

10          MR. McCLAIN:  Object to the form of the

11     question.  It's vague and ambiguous.

12          THE WITNESS:  I -- I've got a fair

13     amount of experience at mine sites and -- and

14     tailing sites, but not uranium mill sites.

15     BY MR. McGAHREN:

16          Q     What's your experience with mine sites

17     and tailing sites?  Is it all outlined in your CV?

18          **A      I'm not sure if it's all outlined in my**

19     **CV.  One project that I'm working on right now**

20     **that I've -- I've worked on for a few years is**

21     **evaluating environmental impacts of a proposed**

22     **mine and tailings facility in Arizona.**

23          Q     Which one is that?

24          **A      It's the proposed Resolution Copper**

25     **mine.**

```
 1        Q    In Arizona?

 2        A    Correct.

 3        Q    Would you characterize the material that

 4   came out of Mallinckrodt's downtown processes as

 5   uranium mill tailings?

 6             MR. ZAGER:  Object to the form and

 7   foundation.

 8             THE WITNESS:  They're not specifically

 9   uranium mill tailings, but they're waste materials

10   from the processing of uranium ores.

11   BY MR. McGAHREN:

12        Q    But they're not uranium mill tailings,

13   correct?

14        A    I'm -- I'm not sure that that's a term

15   of art, but I -- I wouldn't have called them

16   uranium mill tailings.

17        Q    Do you know why Dr. Till chose uranium

18   mill tailings for his particle size analysis?

19        A    He concluded, and I -- I also concluded,

20   that that's a reasonable proxy for waste materials

21   from mineral processing.

22        Q    Now, you're saying "he."  Are you sure

23   that Dr. Till specifically opined on that in his

24   report; is that correct?

25        A    Oh, as opposed to a team member --
```

1        Q     Correct.

2        **A     -- of his?  I'm assuming that the work**

3  **in that report is Dr. Till's -- that Dr. Till**

4  **is -- is standing behind the conclusions and the**

5  **analysis in that report.**

6        Q     And what does that mean?

7        **A     That means that I'm -- I'm assuming that**

8  **Dr. Till's responsible for the findings in that**

9  **report.**

10       Q     Why are you assuming that?

11       **A     Because he's the senior author.**

12       Q     But he may not be an expert with respect

13  to any particular topic in that report, correct?

14       **A     I would -- I would suggest that within**

15  **the realm of the legal definition of "expert,"**

16  **that that's not up to me.**

17       Q     Well, I'm not asking you for a legal

18  opinion on an expert.  You relied on Dr. Till,

19  correct?

20       **A     I relied on some of the calculations and**

21  **data compilation that Dr. Till reported.**

22       Q     But you don't know which part of this

23  report is Dr. Till's work product versus some

24  other member of the team, correct?

25       **A     Well, once again, I'm making an**

1    assumption, which I think is reasonable, that --

2    that this represents Dr. Till's opinions.  I

3    recognize that he had other people helping him,

4    but it's my assumption that this is Dr. Till's

5    analysis that he stands behind.

6         Q    And the entire team was working for

7    Mallinckrodt in preparing this report, correct?

8         A    Well, I think we talked about this

9    before.  I don't specifically know who all

10   Dr. Till was working for.

11        Q    Do you know why they modeled the Latty

12   Avenue dryer?

13        A    Well, I know what kind of results they

14   were trying to get.  They were -- they were --

15   they were looking for mass release rates.  So as

16   to why they decided to do that, I don't know.

17             What I looked at was the methodology

18   that they used, and I found it to be sound.

19        Q    Which aspects of the report did you find

20   to be sound?

21        A    Well, what we were just talking about

22   now is Dr. Till's analysis of emission rates from

23   the Latty Avenue drying operation.

24             MR. McGAHREN:  What's the next exhibit

25   number?

```
 1                    THE REPORTER:  14.
 2   BY MR. McGAHREN:
 3        Q    Okay.  Dr. Wells, I'm marking a document
 4   for identification as Exhibit 14.
 5                    (Exhibit No. 14 was marked for
 6                    identification.)
 7   BY MR. McGAHREN:
 8        Q    I'm going to hand you this document.
 9             And hand one to your counsel.
10             Now, you testified that you didn't agree
11   with Dr. Till with respect to the particle size
12   analysis, correct?
13        A    No, that's not exactly what I testified
14   to.  I said I thought I had some additional
15   information that would be relevant to that.  I
16   believed that his use of the particle size
17   distribution was reasonable under the
18   circumstances that we didn't have direct
19   measurements.
20        Q    But you testified earlier that he used
21   more of a percentage of sand; is that correct?
22        A    That's correct.
23        Q    Sand size particles.
24        A    That's correct.
25        Q    And you disagreed with that.
```

1          **A    I don't actually disagree with it.  I --**

2    **I look at it this way:  I look at that as a**

3    **conservative estimate, because if you were to run**

4    **these calculations using a grain size distribution**

5    **that included more finer grained sediments, you**

6    **would -- you would actually get higher**

7    **concentrations in the air.**

8               **So I looked at it as a conservative**

9    **assumption, one that could be refined in the**

10   **future should we actually turn up some actual**

11   **measurements of grain size distributions, but that**

12   **under the circumstance is a reasonable assumption**

13   **to make.**

14        Q    You relied on this particular document

15   that I've marked as Exhibit 14, correct?

16             Have you seen that document before?

17        **A    Yes, I have.**

18        Q    Okay.  And you relied on that document,

19   correct?

20        **A    Yes.**

21        Q    Can I refer you to page 5 of the

22   document.  This is an NR -- excuse me, an AEC

23   inspection report, correct?

24        **A    This is the report that's dated**

25   **November 17th, 1970, and it is an inspection**

1    report.

2          Q    Okay.  So these are observations of AEC

3    inspectors that were made while the material was

4    on the Latty Avenue site, correct?

5          **A    That's my understanding of this report,**

6    **yes.**

7          Q    And -- and let me refer you to page 5.

8          **A    Okay.**

9          Q    Procedure -- under Procedures,

10   No. 23, if you go down to about five lines up, the

11   AEC inspectors write:  "The approximately particle

12   size of the newly dried material appears to be

13   somewhat like sand or cinders."

14              Do you have any reason to disagree with

15   that?

16         **A    I don't have any reason to disagree**

17   **that -- you know, that that's the observation**

18   **of -- of the inspector who, to my knowledge, was,**

19   **you know, not a geologist or -- or a soil**

20   **scientist.**

21              **I see that -- I saw that citation.**

22   **There is sand in this material.  There are sand**

23   **size grains in this material.  So from that**

24   **perspective, I look at that as -- as a qualitative**

25   **observation.  What we were talking about earlier**

1    is the, really, the relative abundance of sand

2    size particles versus other sizes.

3         Q    But you didn't conduct any independent

4    analysis with respect to particle size, correct?

5              MR. McCLAIN:  Independent analysis?  I

6    object to form of the question.

7    BY MR. McGAHREN:

8         Q    Independent analysis of Dr. Till and his

9    team.

10        A    The -- the independent analysis I

11   undertook was to look for myself in the historical

12   record for actual measurements that one could use,

13   and I -- I didn't find any.  To my knowledge,

14   there -- they weren't taken.

15        Q    You did review records about who moved

16   the material from SLAPS to Latty Avenue, correct?

17        A    Yes.

18        Q    Was that Cotter?

19        A    To my knowledge, that was not Cotter.

20        Q    Was Cotter the licensee with respect to

21   that material when it was moved?

22        A    When it was moved, no, it's -- it's my

23   understanding they were not the licensee.

24        Q    Okay.  So is it fair to say that Cotter

25   had nothing to do with any releases that occurred

```
 1   at SLAPS or when that material was being

 2   transported -- loaded and transported from SLAPS

 3   to Latty Avenue?

 4              MR. McCLAIN:  Object to the form of the

 5   question, calls for a legal conclusion.

 6              THE WITNESS:  I think that does call for

 7   a legal conclusion.  You'll see in my allocation

 8   scheme, I -- I in fact do not allocate

 9   responsibility for releases to Cotter for the

10   period of time when the wastes were solely on

11   SLAPS.

12   BY MR. McGAHREN:

13        Q    And is that because you found no

14   involvement by Cotter?

15        A    I didn't look for any involvement of

16   Cotter, but I didn't -- I'm not aware of any on

17   the SLAPS site.

18        Q    You didn't find any, correct?

19        A    Correct.

20        Q    Whether you looked or not, you don't

21   have anything, correct?

22              MR. McCLAIN:  Hold on.  Object to the

23   form of the question.  If he didn't look for it,

24   he wouldn't have anything.

25              THE WITNESS:  Well, I guess it kind of
```

1    depends on what involvement means.  I mean at some

2    level there's involvement because the -- the

3    material was originally at SLAPS, and Cotter was

4    involved with processing and handling of that very

5    same material.  But I'm -- I don't believe that

6    Cotter operated SLAPS or operated at SLAPS.

7    BY MR. McGAHREN:

8         Q    Do you have any information to suggest

9    that any Cotter or -- any representative of Cotter

10   or contractor of Cotter was ever on SLAPS?

11        **A    I don't think I would know that.  I**

12   **don't have any information about that.**

13        Q    But there was an initial license

14   represented today from 1963, correct?

15        **A    Correct.**

16        Q    And which company was that?

17        **A    I think this was Continental Mining and**

18   **Milling.**

19        Q    Did you consider them in your

20   allocation?

21        **A    I did not.**

22        Q    Why not?

23        **A    Well, because what I was requested to do**

24   **is, is provide an allocation scheme for the two**

25   **different sites and to assume that the parties**

1    involved, since they were operating on -- on these

2    respective sites, that they could be responsible

3    for all of those releases.  So that was kind of an

4    assumption that I was asked to make going into

5    this analysis.

6         Q    So counsel directed you to do that,

7    correct?

8         A    That was -- that was an assumption that

9    counsel asked me to make.

10        Q    So my -- the answer to the prior

11   question is "yes," correct?

12        A    That's correct.

13        Q    Do you think that's fair?

14             MR. McCLAIN:  Object to the form of the

15   question.

16             THE WITNESS:  Well, I'm not -- I'm not

17   an expert on fairness.  I also know from, you

18   know, more than 25 years of experience that a lot

19   of these environmental rules aren't fair.  So I

20   didn't -- I don't have an opinion about fairness.

21   BY MR. McGAHREN:

22        Q    What are the Gore factors called?

23        A    What are they called?

24        Q    Yes.

25        A    I call them the Gore factors.

```
 1        Q     What are they, though, in the context of
 2   the CERCLA statute?
 3        A     Well, they're -- as I say in my report,
 4   they're -- they're actually not contained in the
 5   CERCLA statutes.
 6        Q     They're contained in the legislative
 7   history, correct?
 8        A     That's correct.  That's my understanding
 9   of that.
10        Q     And they were suggested by a
11   representative of Al Gore at the time, correct?
12        A     That's correct.
13        Q     And they were considered to be included
14   in the statute as equitable factors, correct?
15        A     I really don't know about the
16   legislative history.  What I -- what I know is
17   that subsequently folks in my profession have come
18   to use the Gore factors as a tool for trying to
19   allocate responsibility at contaminated sites.
20        Q     And you only relied on one, correct, the
21   first one?
22        A     That's right.
23        Q     The degree of involvement of the party,
24   correct?
25        A     Well, yeah, that's correct.
```

```
 1        Q     Okay.  And in your analysis using

 2   equitable factors suggested by former

 3   Representative Gore, you did --

 4              MR. McCLAIN:  Former Vice President.

 5              MR. McGAHREN:  I'm referring to what he

 6   was at the time.  He was also a former

 7   Representative.

 8              MR. McCLAIN:  And he was elected

 9   President, but that's beside the point.

10   BY MR. McGAHREN:

11        Q     Well, let me -- let me ask the question

12   again.

13              You -- you did not consider the degree

14   of involvement of parties who also handled these

15   materials and caused releases.  Correct?

16        A     Well, no, I -- I believe I did

17   incorporate degree of involvement.  The -- the

18   amount of time that the waste piles were present

19   on each site is -- as I state in my report, is a

20   proxy for degree of involvement.

21        Q     Did you consider the degree of

22   involvement of the United States Atomic Energy

23   Commission?

24        A     No, I didn't.

25        Q     Did you consider the degree of
```

1   involvement of the Army Corps of Engineers

2   Manhattan District?

3       **A      No.  I was asked to make an assumption**

4   **that the parties in this case, Mallinckrodt and**

5   **Cotter, were or could be considered responsible**

6   **for the entire allocation from the respective**

7   **sites.**

8       Q    And do CERCLA allocations that utilize

9   Gore factors consider orphan parties?

10      **A    They can.  I mean, you know, I think, as**

11  **you probably know, there -- there isn't exactly**

12  **strict regulatory guidance on how to apply the**

13  **Gore factors.  So really, I look at the Gore**

14  **factors and -- and other forms of allocation as**

15  **tools that you can use and apply to different**

16  **sites, taking into consideration what kind of**

17  **information is -- is achievable and what kind of**

18  **information is -- is lost.**

19      Q    But there were other parties who were

20  involved with these materials for whom you didn't

21  consider their degree of -- of involvement,

22  correct?

23      **A     I understand that.  I was not asked to**

24  **evaluate their degree of allocation or**

25  **involvement.**

1          Q     You testified earlier about the fact

2     that you don't know how samples were analyzed for

3     concentrations of radionuclides in water in 1948,

4     correct?

5          **A     I think what we were specifically**

6     **talking about is filtering out of sediments.**

7          Q     In your experience, when did filtration

8     of water samples become an issue?

9          **A     Well, this predates my experience, but**

10    **my understanding of the field is that as long**

11    **as -- as soon as folks came to understand that**

12    **there could be contamination partitioned into both**

13    **water and/or sediments, that filtration became an**

14    **issue, and that the -- the general standard**

15    **protocol when you're collecting a water sample is**

16    **to collect only the water.**

17              **As a matter of fact, I mean this is**

18    **modern times, but we even have guidelines for**

19    **monitoring wells that even before they're**

20    **filtered, they shouldn't be too sediment laden.**

21         Q     Now, the standard protocols that you

22    just testified about, whose standard protocols are

23    they?  EP -- EPA's?

24         **A     That's correct.**

25         Q     Okay.  When was EPA -- when did EPA come

1    into existence?

2         **A    Oh, gosh.  Well, EPA came into existence**

3    **in about 1970.**

4         Q    I believe it was 1972, but --

5         **A    Okay.**

6         Q    -- roughly around the same time.

7         **A    Yeah.**

8         Q    So EPA's protocols didn't even exist

9    back when these samples were being analyzed,

10   correct?

11        **A    That's correct.  But it's my**

12   **understanding that as long as environmental**

13   **samples of water have been taken, there's been an**

14   **understanding that that's two different things:**

15   **Collecting an unfiltered particle laden sample**

16   **versus a sample that contains only water that is**

17   **either filtered or comes from, say, a water body**

18   **like the ocean that probably doesn't have any**

19   **sediment laden in it.**

20        Q    But sitting here today, you don't know

21   whether the samples that you testified about

22   earlier from 1948 and 1960 were filtered or

23   unfiltered samples, correct?

24        **A    That's right.  And I -- and I, you know,**

25   **discuss that as -- as an unfortunate uncertainty.**

1    Q    You referred to ALARA a number of times

2  in your testimony today, correct?

3    **A    Yes.**

4    Q    When did that acronym come into being?

5    **A    I don't know exactly when it came into**

6  **being, but it's incorporated into the federal code**

7  **by 1960.**

8    Q    Which federal code?

9    **A    You'll find language like -- speaking**

10  **about ALARA in 10 CFR Section 20.**

11    Q    In what year?

12    **A    I believe as early as 1960.**

13    Q    The word "ALARA" appears in 10 CFR

14  Part 20 in 1960; is that correct?

15    **A    Well, I can't say for sure that they use**

16  **that acronym, but that term is used.  It's used as**

17  **a description of kind of the -- the basis or the**

18  **desire of the subsequent quantitative effluent**

19  **limitations.**

20    Q    Sitting here today, though, you can't

21  tell me when that term was coined in federal

22  regulations and where it appeared, correct?

23    **A    That's right, I don't know exactly when**

24  **it appeared.**

25    Q    You can't even tell me which agency

1  coined it, can you?

2      **A    No, I can't.**

3      Q    Now, you testified earlier about the

4  fact that you used a single data point max

5  concentration in your calculations, correct?

6      **A    Which calculations are we discussing?**

7      Q    I believe there were calculations that

8  you were referring to with respect to uranium data

9  at SLAPS.

10     **A    Yes, I believe that's correct.**

11     Q    You would agree, though, that the

12 regulations that existed at the time allowed

13 licensees to use annual averages, correct?

14     **A    Once again, I -- I agree that that's**

15 **what the language says, that averages of no**

16 **greater than a year may be used.**

17     Q    Environmental data tends to be variable,

18 correct?

19     **A    Yes, it does.**

20     Q    Okay.  Don't average concentrations

21 factor that in?

22     **A    That's one of the things -- one of the**

23 **reasons we use averaging.  But once again, there**

24 **has to be enough data -- we call that,**

25 **statistically speaking, a sample -- to be actually**

1    representative of the population.  And by

2    population, we mean the -- the sort of

3    impossible-to-achieve analysis of every single

4    moment.  So there has to be a big enough dataset

5    in order to calculate a mean.

6         Q    Says who?

7         A    Well, that's just statistical practice.

8         Q    Well, I'm not talking about statistical

9    practice.  I'm talking about the regulations in

10   10 CFR Part 20.  Do you see that anywhere in those

11   regulations?

12        A    No, I don't, but, you know, the term

13   "average" is intrinsically statistical.

14        Q    So if I have -- Mallinckrodt had six

15   samples that you were looking at earlier, correct?

16        A    That's correct.

17        Q    The regulations would explicitly allow

18   Mallinckrodt to use the average of those six

19   samples, correct?

20             MR. McCLAIN:  Object to the form of the

21   question.

22             THE WITNESS:  I don't really have an

23   opinion about that.  I mean, it does allow the use

24   of averages.  I would contend that that's not

25   enough data to be representative of an average,

1    but other people might have different opinions.

2    BY MR. McGAHREN:

3         Q    Can't you have an average of two

4    numbers?

5         A    Well, you've got to think about what the

6    purpose of an average is.  The purpose of an

7    average is to say something meaningful about the

8    real world, about -- about the truth.  And if you

9    have a variable -- if you have a variable thing

10   that you're trying to measure -- we just talked

11   about how a lot of this environmental data is

12   quite variable.  If you have a lot of variability

13   in your dataset, you need a lot of data in order

14   to collect a reliable average that's reasonably

15   representative of the truth.

16             So, let's take an example.  If we go to

17   Alaska, and I measure the temperature on

18   December 3rd and then again on December 5th, and

19   take the average, that's not going to be a very

20   representative average annual temperature in

21   Alaska, because I missed the summer.  What you

22   would need is a measurement every day or at least

23   every week in order to have a reasonable average

24   estimate for a dataset that's highly variable.

25        Q    Do you know if the current -- under the

1    current NRC regulations, licensees are allowed to

2    use average data?

3        **A    I believe that language is still in**

4    **there, yes.**

5        Q    Where is it, do you know?

6        **A    I think it's still in 10 CFR Section 20.**

7        Q    You're certain it was in 1960, though,

8    correct?

9            MR. McCLAIN:  Object to the form of the

10   question.  He said he thought.

11   BY MR. McGAHREN:

12       Q    Let me -- let me rephrase the question.

13   Is it your testimony that the 1960 regulations

14   allowed annual averages in calculating effluent

15   exceedances?  Yes or no?

16           MR. McCLAIN:  Well, he doesn't have to

17   answer it yes or no.  It can be "I don't remember"

18   or it can be "I'd have to look."  He doesn't have

19   to answer "yes" or "no."

20           MR. McGAHREN:  Nice job coaching, Ken.

21           MR. McCLAIN:  Well, I mean, it gets

22   tiresome when you give directions to witnesses

23   that don't have to be followed.

24           THE WITNESS:  Well, it's not really my

25   testimony, but I -- I do understand that that

Page 272

1  language was in the code in 1960.

2  BY MR. McGAHREN:

3       Q    But you disagree with it?

4       **A    No, I don't disagree with it.  It -- it**

5  **says averages may be utilized.**

6            **So there's two points to that.  One is**

7  **averages don't have to be utilized.  And the**

8  **second one is, I read into the reference to an**

9  **average that the average needs to be reliable, so**

10  **there needs to be enough data to reliably collect**

11  **an average or calculate an average.**

12       Q    You didn't look at metals in terms of

13  doing any calculations or analyses other than

14  metals that happen to be radionuclides in this

15  particular report that you prepared?

16       **A    I did look at metals.  They're not**

17  **described in this report because I was asked to**

18  **provide opinions that were specifically relevant**

19  **to the judge's scheduling order, and that -- that**

20  **wasn't talking about metals.**

21       Q    Do you have opinions with respect to

22  exposures of any of these four plaintiffs to

23  metals other than radionuclides?

24       **A    I actually don't render opinions about,**

25  **you know, exposures.  So the answer is no.**

```
 1        Q    Okay, let me rephrase the question.  I'm
 2   glad you clarified that.
 3             Do you provide any calculations or do
 4   you quantify in any way metals concentrations in
 5   air or other media in your report?
 6        A    Other than the radionuclides that we've
 7   talked about --
 8        Q    Correct.
 9        A    -- the answer is no.
10        Q    Okay.  Do you have opinions about that
11   at this time?
12        A    I don't have any formal opinions.  I
13   mean, it's possible that I could be asked about
14   the fate and transport of metals.  I have studied
15   the historical record about metals at these sites.
16   I know that they've been -- a handful of metals
17   have been named as constituents of concern.
18             I also recognize that they are generally
19   not the -- considered to be the risk or cleanup
20   drivers.  So I don't have any --
21             MR. McGAHREN:  I'd like to strike
22   that -- move to strike that answer as
23   nonresponsive.
24   BY MR. McGAHREN:
25        Q    I asked you if there were any
```

1   calculations or did you in any way quantify

2   concentrations of metals other than radionuclides

3   in your reports.

4       **A    No, I didn't.**

5       Q    Your second opinion, at page 10 of

6   Exhibit 2, reads:  "Contamination, including

7   radiologic materials and metals, has escaped from

8   the landfill."

9           What landfill are you referring to?  Are

10  you referring to the buried demolition material on

11  SLAPS?

12          MR. ZAGER:  Object to the form.

13          THE WITNESS:  Gosh, I -- I've never

14  noticed that before, and I just have to

15  acknowledge that that's -- that's a typo.  What I

16  meant there is the waste piles.

17  BY MR. McGAHREN:

18      Q    Were you hired for the West Lake case

19  first or for these four McClurg plaintiffs first?

20      **A    I was retained for the West Lake case**

21  **first.**

22      Q    Okay.  So is this possibly a relic from

23  your West Lake report?

24      **A    I'm afraid it might be, and I apologize**

25  **for that.  That's not what I meant to say.**

```
 1        Q    Okay.  I just wanted to be clear what
 2   you were referring to.  So there your testimony is
 3   you're referring to the waste piles?
 4        A    Correct.
 5        Q    And you're referring to waste piles at
 6   SLAPS and Latty Avenue; is that correct?
 7        A    In opinion 2?
 8        Q    Yes.
 9        A    Yes.
10        Q    Did you quantify any concentrations of
11   radionuclides in media other than air?
12             MR. McCLAIN:  Can I have that question
13   back?
14             (Whereupon, the requested record
15             was read.)
16             THE WITNESS:  I have a table that
17   quantifies some concentrations in water, so I -- I
18   did some quantitation of concentrations in water.
19   BY MR. McGAHREN:
20        Q    Can you point me to that table?
21        A    Yeah.
22        Q    Is it in Exhibit 2?
23        A    Yes.  Let's see.  It's Table 1.
24        Q    Table 1.  What you were testifying about
25   earlier.
```

1          **A      Yes.**

2          Q      Okay.  Is that the only place you did

3     any kind of quantification of radionuclides in the

4     media other than air?

5          **A      There is a discussion in the text that**

6     **we talked about earlier about the uranium**

7     **measurement, the total uranium measurement in**

8     **water.  I don't think I'd call that quantifying**

9     **because I'm just reporting, you know, data**

10    **collected by others.  So with -- if we add that**

11    **discussion in the text, then that's it.**

12         Q      Let's refer you to Table 1, the

13    thorium-230 which you describe as soluble.  And

14    over on the right side, you report the max

15    concentration reported in near offsite surface

16    water, picocuries per liter source.

17              The source refers to the source of the

18    information; is that correct?

19         **A      Correct.  That's really a separate**

20    **column.**

21         Q      Okay.  Now looking at the thorium-230

22    row, your max concentration is "non-detect,"

23    correct?

24         **A      That's correct.**

25         Q      So there were no detections of thorium

1  that you were able to find in surface water,

2  correct?

3       A    Of thorium-230, that's -- that's

4  correct.

5       Q    Do you know where the max U-238 sample

6  was collected?

7       A    I don't -- I don't recall specifically

8  where it was collected, but it was close to but

9  downstream of the SLAPS site.

10      Q    So is it fair to say that these max

11  numbers for U-238 and radium-226 pertain to SLAPS

12  and not Latty Avenue?

13      A    I didn't make that kind of evaluation,

14  so I -- I really don't have an opinion like that

15  in this report.

16      Q    Does the water flow -- Coldwater Creek

17  water flow from SLAPS toward Latty Avenue?

18      A    It does.

19      Q    So Latty Avenue is downstream?

20      A    It is.

21      Q    And your sources say for U-238, you

22  identify source D, which is DOE radiological

23  survey at a St. Louis Airport site, and you were

24  presented with that report today in your

25  testimony, correct?

1        A     Correct.

2        Q     That doesn't pertain to Latty Avenue,

3   correct?

4        A     The 1979 survey?

5        Q     Correct.

6        A     No, it doesn't.

7        Q     It's for SLAPS, right?

8        A     Right.

9        Q     Okay.  And the same thing for your

10  radium-226 max sample, that's a Bechtel report for

11  the SLAPS site, correct?

12       A     That's correct.

13       Q     So that number doesn't pertain to Latty

14  Avenue, correct?

15       A     Well, that number is -- certainly that

16  concentration was -- that sample was collected

17  closer to the SLAPS site.

18       Q     Upstream of the Latty Avenue site,

19  correct?

20       A     I believe it was.

21       Q     Can I refer you to page 3 of your

22  report.

23       A     Yeah.

24       Q     In the Summary of Opinions, you say:

25  "Previous studies in modeling predictions have

1  shown the transport by windblown dust, transport

2  of radon gas and air, surface water sediments,

3  sediment transport.  And groundwater flow are all

4  proven pathways for contamination to escape into

5  the environment."

6            To what studies are you referring?

7      **A    I am referring to really the totality of**

8  **studies that have been conducted, starting all the**

9  **way back in 1948, the work that was done on behalf**

10 **of Oak Ridge in the '60s, and then the work that**

11 **was also done and documented in Army Corps of**

12 **Engineer reports, in more recent era under the**

13 **FUSRAP program.**

14     Q    Including ones that aren't identified in

15 your report?

16     **A    No.**

17     Q    So only the ones that are identified in

18 your report.

19     **A    I'm pretty sure that the documents that**

20 **I rely upon for these opinions are cited in the**

21 **report.**

22     Q    Which of these path- -- pathways have

23 you confirmed in your report?

24     **A    Well, first of all, I'll say that that**

25 **wasn't my objective necessarily to confirm all**

1    these pathways, but I have confirmed discharges

2    to -- to surface water, to surface water

3    sediments, and discharges by airborne particulate

4    transport, and transport of radon gas.  I think

5    that's about it.

6         Q    Have you -- strike that.

7              For which properties and plaintiffs at

8    issue in this matter do you believe these pathways

9    are complete?

10        A    I believe these pathways -- well, by

11   complete, I think what we're talking about is

12   offsite impacts.  Is that what we're talking about

13   by complete pathways?

14        Q    Or exposure to the plaintiffs.

15        A    I don't -- I don't have opinions about

16   exposure to the plaintiffs.

17        Q    Well, I'm not asking about the level of

18   exposure.  I'm talking about the pathway of

19   exposure.  Do you have opinions on that?

20        A    I have -- I mean, I -- I'm not trying to

21   be difficult, but I just want to be really clear.

22              You know, you won't see in this report

23   what we might call exposure point concentrations

24   that would be used in -- in a risk evaluation.

25   What -- what I'm really looking at is the nature

```
 1    of historical discharges across the property line.

 2    So I really haven't quantified exposure point

 3    concentrations.

 4         Q    Okay.  The only thing that you have

 5    quantified then are effluent concentrations for

 6    air at the property line; is that correct?

 7         A    I've also quantified --

 8         Q    No, that's -- you're not answering my

 9    question, sir.  I'm not asking also.

10              I'm asking, is the only thing you

11    quantified exposure concentrations at the fence

12    line in air?

13         A    No.

14         Q    No.  You tell me then.

15         A    Okay.  I've also quantified based on

16    available data surface water discharge

17    concentrations.

18         Q    And that was Table 1.

19         A    And that was Table 1.

20         Q    But you haven't done for that Latty

21    Avenue, correct?

22         A    That's correct, I haven't done that --

23    well, I actually haven't done that in -- in a way

24    that would specifically identify Latty Avenue

25    versus SLAPS.
```

1      Q    You don't have any data or analysing --

2   analysis in your report to quantify impacts on the

3   plaintiffs' properties; is that correct?

4      **A    That's correct.**

5      Q    Do you know when Cotter became an AEC

6   licensee?

7      **A    I -- I don't know the exact date, but it**

8   **was late 1960s, I think.**

9      Q    Do you know if Cotter operated the dryer

10  before 1970?

11     **A    I don't believe that Cotter was --**

12  **Cotter employees were directly operating the dryer**

13  **before 1970.**

14     Q    Did Cotter have any on-site involvement

15  before 1970?  Do you have any information on that?

16     **A    What I have information on -- I don't**

17  **have any information on -- on their on-site**

18  **activities.  I know that they were involved from**

19  **the beginning because they were receiving the**

20  **waste.**

21     Q    What do you mean they were involved from

22  the beginning?  Were they involved in 1963?

23     **A    No, they were involved from 1966, when**

24  **it was anticipated that they would be receiving**

25  **these wastes for reprocessing.**

1      Q     What information do you have that

2  suggests that they were anticipated to receive

3  this material in 1966?

4      **A     I -- I recall reading that in one of the**

5  **historical summaries.**

6      Q     Do you know if the 1963 license

7  contemplated a processing plant by the licensee?

8      **A     Well, let's look at it.  I -- you know,**

9  **I --**

10     Q     We have the --

11     **A     I said earlier that I -- I didn't review**

12 **the licenses.**

13     Q     You don't think that was important?  You

14 didn't review the licenses, but you're opining on

15 standard of care with respect to the licenses; is

16 that correct?

17     **A     I'm opining on standard of care with**

18 **respect to the handling of hazardous materials.**

19     Q     But isn't the license the governing

20 document for the handling of the materials during

21 these operations?

22     **A     Well, the -- the license ensures that**

23 **any standard of care that would be found in 10 CFR**

24 **Section 20 would apply.  But, you know, these**

25 **licenses are -- are very brief.  They don't --**

1    they don't spell out complete standard of care.

2         Q    Do you have the 1963 license in front of

3    you?

4         A    Let's see.   (Peruses document.)

5              Okay, I do.

6         Q    Which exhibit --

7         A    It's Exhibit 5.

8         Q    Exhibit 5.   Thank you.

9              And who was the licensee in Exhibit 5?

10        A    The licensee is Contemporary Metals

11   Corporation.

12        Q    And did you have -- do you have

13   information that suggests there was any

14   relationship or connection between Contemporary

15   Metals Corporation and Cotter?

16        A    I don't have any specific information

17   about what their relationship might be.  I know

18   that Cotter was the recipient of most of the

19   material from Latty Avenue, but I don't know the

20   nature of their relationships.

21        Q    Okay.  Could you describe for me the

22   licensing process that AEC utilized at the time

23   frame when this license was applied for?

24        A    No, I can't really.

25        Q    Do you know if it involved an

 1    application?

 2         **A    Yes, it did involve an application.**

 3         Q    Did you review the application for the

 4    '63 license?

 5         **A    No, I didn't.**

 6         Q    Did you review the application for any

 7    of the subsequent licenses for material at Latty

 8    Avenue?

 9         **A    No.**

10         Q    Do you know if those applications

11    provided procedures and health and safety

12    parameters to the AEC?

13         **A    I -- I didn't review them, so I don't**

14    **know what their contents are.**

15         Q    So let me just understand this.

16              You are opining on the standard of care,

17    but you don't know the AEC licensing process, you

18    didn't review the applications that were submitted

19    to AEC, and you didn't even review the licenses,

20    correct?

21         **A    That's correct.**

22         Q    All right.  Who was the next licensee

23    after this 1963 license?

24         **A    Well, I -- I know the -- the**

25    **predecessors to Cotter changed names or there were**

1    **different companies, but I don't recall the names.**

2         Q    Do you use that "predecessor" word in

3    some sentence if there's an affiliation between

4    Cotter and any of these prior licensees?

5         **A    I'm -- I'm just talking about temporal,**

6    **you know, sequencing.**

7         Q    Okay.  So there's no legal significance

8    to that word there.  You're just using it in a

9    temporal sense, correct?

10        **A    I am.**

11        Q    Okay.  You don't know who the other

12   licensees were?

13        **A    I don't recall their names as I sit**

14   **here.**

15        Q    Did you evaluate any documentation

16   concerning their operation of Latty Avenue?

17        **A    Well, I know that -- that these**

18   **companies prior to Cotter assuming the license**

19   **were involved with the operation of Latty Avenue.**

20   **So from the context of reviewing inspection**

21   **reports and reviewing historical information about**

22   **the operation, that would fall into that category.**

23        Q    I'm not sure I understand your -- your

24   answer.

25             MR. McGAHREN:  Can you read back that

1    answer?  Read the question and the answer, please.

2              (Whereupon, the requested record

3              was read.)

4    BY MR. McGAHREN:

5        Q    Did you find anything in your review

6    that connected any of these prior licensees to

7    Cotter?

8        **A    I don't have any knowledge of -- of**

9    **contractual arrangements, but it's my**

10   **understanding that Cotter was the receiver of**

11   **these wastes as they were being shipped out of**

12   **Latty Avenue, even before Cotter took over the**

13   **operation of Latty Avenue.**

14       Q    When were the first materials shipped

15   out of Latty Avenue?

16       **A    I might not recall exactly, but it would**

17   **have been approximately, as I recall the**

18   **documentation, 1968.**

19       Q    And do you know the entity that was

20   shipping that material?

21       **A    No, I don't.**

22       Q    Do you know if they were a licensee?

23       **A    Well, I believe they were.**

24       Q    Do you know if they were inspected by

25   the Atomic Energy Commission?

1        **A    Well, we have some -- we have some**

2   **documentation of some inspections, so it's my**

3   **belief that they were on occasion inspected by**

4   **AEC.**

5        Q    Can I refer you to page 11 of your

6   report.

7        **A    Yeah.**

8        Q    In the middle of -- at page 11, you say:

9   "Mallinckrodt would have been aware of this issue

10  because AEC had observed and reported uncontrolled

11  releases of contaminated sediment at least by

12  1948."

13          What are you referring to specifically

14  that Cotter would have been aware of?

15          MR. ZAGER:  Object to form.  You just

16  mentioned Mallinckrodt there.

17          MR. McGAHREN:  I read the sentence.  My

18  question did not use the word "Mallinckrodt."

19          THE WITNESS:  I -- I think it did.

20          MR. McGAHREN:  Read back the question.

21  BY MR. McGAHREN:

22       Q    I'm pointing you to a sentence you wrote

23  which uses the word "Mallinckrodt."

24       **A    I -- I think you didn't read that**

25  **exactly correctly.**

1          Q    Well, let me rephrase the question.

2          **A    Okay.**

3          Q    Do you see the sentence I'm referring

4     to?  It says --

5          **A    I do.**

6          Q    -- "Mallinckrodt and Cotter would have

7     been aware of this issue."

8          **A    Yes.**

9          Q    What are you referring to that Cotter

10    would have been aware of?

11         **A    What I'm referring to is contamination**

12    **in creek sediments.**

13         Q    Because of this 1948 report?

14         **A    That's an example of -- of knowledge of**

15    **this situation of offsite transport of**

16    **contaminants.**

17         Q    Can we pull out that 1948 report?  I

18    believe it's Exhibit 7.

19              That's the only report you reference to

20    support your statement that Cotter would have been

21    aware of it, correct?

22         **A    That's the only report that I'm**

23    **referencing, yeah.**

24         Q    Okay.  And that report was drafted by

25    the Atomic Energy Commission?

1        A      That's correct.

2        Q      Okay.  Take a look at the front -- the

3   first page of Exhibit 7.  Do you see at the

4   bottom?

5        A      Yes.

6        Q      What does it say?

7        A      It says "Confidential."

8        Q      "Confidential."  Do you know -- it says

9   in the middle here, "Declassified."  Do you see

10  that?

11       A      I do.

12       Q      It was a classified document.  How --

13  how can you be certain Cotter could have known

14  anything about this document?

15       A      Well, I don't have direct knowledge that

16  Cotter would have known about this specific

17  document, but it's kind of -- it's kind of common

18  sense, I mean when -- when we see evidence that

19  material is escaping from these sites -- for

20  example, at the SLAPS site we have this evidence

21  reported in 1948.  We have later evidence showing

22  that steps were actually taken to prevent sediment

23  from escaping that site.  When at the Cotter site,

24  we have situations where, you know, waste material

25  is -- is just visually observed to be sloughing

1    **under fences and things like that, that there's a**

2    **common sense element that folks would have**

3    **recognized that contaminated material was**

4    **escaping.**

5         Q    And what exactly did Cotter do here?  To

6    your knowledge.  Did they remove material from the

7    site?

8         **A    Well, Cotter at first received materials**

9    **from the site.**

10        Q    For what purpose?

11        **A    For the purpose of reprocessing.**

12        Q    So they were looking to recover material

13   from these wastes, correct?

14        **A    That's my understanding, in Canon City,**

15   **Colorado.**

16        Q    Essentially they were recycling the

17   materials, correct?

18        **A    That's one way to talk about it.  They**

19   **were -- they were "reclaiming" is a -- is a**

20   **term --**

21             MR. McCLAIN:  Trying to make money.

22             THE WITNESS:  -- that we often use.

23   Yeah, they were --

24             MR. McCLAIN:  They were trying to make

25   money.

```
 1              THE WITNESS:  They were -- they were
 2   extracting value out of these wastes because they
 3   still contained, you know, pretty sizable levels
 4   of uranium.
 5              And then starting about 1970, they
 6   operated the site.
 7              MR. McGAHREN:  I -- I didn't want to
 8   interrupt your answer there.
 9              But, Ken, that was probably the worse
10   example of coaching that I've ever witnessed in
11   30 years as a lawyer.  Please don't do that again.
12   Thank you.
13   BY MR. McGAHREN:
14        Q    So --
15              MR. McCLAIN:  Suggesting that they were
16   trying to make money is coaching him?  Isn't that
17   true?  It's absolutely true.  All the evidence in
18   the case are contracts back and forth about how
19   much money Cotter was going to make reprocessing
20   this information.  I don't think I was coaching
21   him at all.  It's just stating a fact that's not
22   in dispute.
23              MR. McGAHREN:  The witness was in the
24   middle of answering my question.
25              MR. McCLAIN:  And he did.
```

```
 1              MR. McGAHREN:  It was inappropriate.
 2   BY MR. McGAHREN:
 3       Q    Do you have any knowledge of the
 4   contractual arrangements between Cotter and any
 5   other licensee of the Latty Avenue site?
 6       A    I think we covered that before.  I don't
 7   have any knowledge of the contractual arrangements
 8   between the parties.
 9       Q    So you didn't consider that in forming
10   your opinions?
11       A    No.
12       Q    Okay.  You refer on page 11 of your
13   report to "a troubling record of contaminated soil
14   apparent -- apparently being used to build a ramp
15   into a parking garage at the St. Louis Airport."
16              Do you see that?
17       A    Yes.
18       Q    Are you referring to Cotter there?
19       A    I'm not really referring to anyone.  To
20   my knowledge -- specifically.  To my knowledge,
21   there isn't any record of an investigation as to
22   how this event came about.  So I'm not allocating
23   any blame or responsibility.  I'm just pointing
24   out that this is the kind of thing that can happen
25   when you look at uranium mine tailing sites.  It's
```

       1    something that's -- that's found at uranium mine

       2    tailing sites.

       3            So I'm not incorporating that into any

       4    kind of allocation.  I'm just citing it as an

       5    example whereby it appears that some of this

       6    material was used in a construction project.

       7    Q    From the airport site, correct?

       8    A    I don't know where it's from.

       9    Q    Well, doesn't this refer, the reference

      10    at footnote 29, "Letter to St. Louis Airport

      11    Authority"?

      12    A    Well, the parking garage is at the

      13    airport site, but as to where the fill material

      14    came from, I -- I'm not aware that anyone tracked

      15    that down.

      16    Q    Did you evaluate the operations of the

      17    airport itself in decommissioning the St. Louis

      18    Airport Site?

      19    A    No, I didn't.

      20    Q    You didn't.  Do you consider that

      21    relevant to your opinions?

      22    A    For the assignment that was presented to

      23    me, that was not relevant.

      24    Q    Why not?

      25    A    Well, for the purposes of allocation, I

1    **think I've already mentioned this, that I was**

2    **asked to evaluate the allocation for offsite**

3    **releases from the various sites, assuming that**

4    **Cotter and Mallinckrodt having operated it at**

5    **their respective sites could be considered**

6    **responsible for all of the releases from those**

7    **respective sites.**

8         Q    Can your report be used to evaluate

9    concentrations experienced by the plaintiffs in

10   this case?

11             MR. McCLAIN:  Object to the form of the

12   question.  By whom?

13             THE WITNESS:  I think we already talked

14   about that too.  Can it be used?  It -- it

15   probably could be used to evaluate the

16   concentrations that were experienced by the

17   plaintiffs.  I didn't do that, and to my

18   knowledge, Dr. Clark didn't either.

19   BY MR. McGAHREN:

20        Q    Did Dr. Clark do his own independent

21   assessment of exposure concentrations?

22        **A    Yes.**

23        Q    Did you review that?

24        **A    I did review his reports, yes.**

25        Q    Did you reach any opinions based on his

```
 1    reports?

 2         A    Can you clarify that?  I'm not sure what

 3    you mean.  Are you asking about the opinions that

 4    are stated in my report having flowed from

 5    Dr. Clark's or is it something broader?

 6         Q    I'm -- I'm talking about, you know,

 7    information from Dr. Clark's report or opinions

 8    from his report, have they caused you to form any

 9    new opinions?

10         A    No, they -- they reinforced my opinions

11    that -- that there's offsite contamination that --

12    you know, that was caused by releases from the

13    SLAPS site and the Latty Avenue site.

14              I discussed earlier that I did review

15    three of Dr. Clark's reports.  I came to

16    understand the methodology that he used for

17    arriving at those exposure point concentrations,

18    and I believe that that was an appropriate and

19    reasonable approach that he took.

20         Q    Do you consider yourself an expert with

21    respect to AEC regulations?

22         A    I don't specifically consider myself an

23    expert with respect to AEC regulations, but I do

24    consider myself an expert in interpreting

25    environmental regulations and applying those
```

1    regulations on behalf of clients at sites.

2         Q    What's your experience with AEC

3    regulations?

4         A    Well, this is the -- this is I think the

5    first project where I've applied AEC effluent

6    limitation regulations.

7         Q    First ever, correct?

8         A    Correct.

9         Q    How about NRC regulations, are you an

10   expert with respect to NRC regulations?

11        A    Once again, I'm not -- I'm not proposing

12   that I'm a specific expert on NRC regulations, but

13   through my 25-plus years of -- of work, I do

14   consider myself an expert at interpreting federal

15   and state environmental regulations, and helping

16   clients understand and comply with them.

17        Q    In your report, you opine that it's the

18   1960 AEC regulations, 10 CFR Part 20, that apply

19   to Cotter's operation at Latty Avenue; is that

20   correct?

21        A    Correct.

22        Q    How did you reach that conclusion?

23        A    Well, what we looked for was the

24   earliest -- the earliest version of the

25   regulations that would apply during the '60s.

```
 1        Q    Why would you look at the earliest?

 2   Wouldn't you look at the regulations that were in

 3   effect at the time the operations occurred?

 4        A    Well, I think they were in effect.

 5        Q    So it's your opinion and testimony that

 6   it was the 1960 regulations that applied to

 7   Cotter's operations at Latty Avenue, correct?

 8        A    Well, specifically in terms of these

 9   effluent limitations, yes.

10        Q    And not some subsequent regs, correct?

11        A    That's correct.

12        Q    Is that an opinion you reached on your

13   own?

14        A    That's an opinion -- that's really an

15   assumption that I was given from counsel.

16        Q    Do you know what part of the CFR

17   NRC regulations are contained in?

18        A    No, I don't.

19        Q    How about EPA regulations, do you know

20   what part of the CFR they're contained in?

21        A    Those are generally contained in -- or

22   they are contained in 40 CFR.

23        Q    So you're familiar with the EPA regs but

24   not the NRC regs?

25             MR. McCLAIN:  Object to the form of the
```

```
 1   question.

 2   BY MR. McGAHREN:

 3        Q    Correct?

 4             MR. McCLAIN:  Object to the form of the

 5   question.

 6   BY MR. McGAHREN:

 7        Q    You can answer.

 8        A    I'm more familiar with the EPA

 9   regulations, that's true.

10        Q    Other than the 1948 AEC sampling report

11   and exhibits that you were shown earlier today in

12   your testimony, did you evaluate any offsite water

13   sampling done by Cotter or its consultants?

14        A    I don't believe so.

15        Q    How did you determine what to review?

16        A    Well, I was first given and then my --

17   you know, then found on my own a -- a handful of

18   documents, such as more recent Army Corps of

19   Engineer reports.  I reviewed early on the RAC

20   report, and those reports make references to

21   earlier documents.

22             So I kind of followed a chain of

23   becoming aware of the existence of certain

24   documents and then tracking them down.

25        Q    But you didn't review any specific
```

1   documents concerning Cotter's sampling of water;

2   is that correct?

3        **A    I don't recall any -- any data of**

4   **Cotter's sampling of water.**

5        Q    You didn't review any, correct?

6        **A    I -- you know, as I sit here, you know,**

7   **there's thousands and thousands of pages.  I**

8   **don't -- I don't recall any data like that.**

9        Q    If there was data like that, would it be

10  relevant to your opinion?

11       **A    Well, I'm a data guy.  I -- you know, I**

12  **welcome getting more data, and -- and if there was**

13  **additional data that -- that would allow me or**

14  **suggest to me that I should refine an opinion, I**

15  **would be happy to do that.**

16           **You know, I'll point out that for the**

17  **purposes of -- of this report, I was looking at**

18  **comparing the concentrations that were known or**

19  **calculated with the effluent limitations, and what**

20  **I found was that I didn't have information that**

21  **the water effluent limitations were exceeded.**

22           **So, from -- from that perspective, I,**

23  **you know, made a conclusion, acknowledged that**

24  **there's a limitation in the data that's available,**

25  **and I moved on.**

```
 1          Q     Did you make an effort to summarize all

 2   available water sampling data from Coldwater Creek

 3   prior to removal of the piles?

 4          A     I was -- I was interested in finding all

 5   data from water sampling prior to removing the

 6   waste piles.  I can't say for certain that I found

 7   all that data.  I used the data that was available

 8   to me to formulate these opinions.

 9          Q     And what data was available to you?

10          A     The data that's cited in the references

11   in my report.

12          Q     And where did you get that data?

13          A     Well, once again, I retrieved a lot of

14   those reports myself from FUSRAP website, from the

15   EPA website, and then other data and reports I

16   retrieved from Humphrey Farrington's document

17   repository.

18          Q     Do you have an index of what's on

19   Humphrey Farrington's document repository that you

20   reviewed?

21          A     I'm not aware of any index.

22          Q     Can I refer you to page 9 of your

23   report.

24          A     I'm with you.

25          Q     Okay.  On page 9, you state that:
```

1    "Levels of contamination, principally thorium-230

2    similar to those on the piles, were found in both

3    areas."

4              Are you referring to the northern and

5    eastern vicinity areas or properties?

6        A    I'm just trying to find that sentence.

7    Oh, I see.

8              Well, this is the -- in reference to --

9    wait a minute.  This is in reference to a study on

10   the Latty Avenue site.

11       Q    But that statement, "Levels of

12   contamination," you're referring to the northern

13   and eastern vicinity properties; is that correct?

14       A    I'm sorry, repeat the question.

15       Q    The sentence that I read that says:

16   "Levels of contamination, principal thor- --

17   principally thorium-230, similar to those on the

18   pile, were found in both areas," you're referring

19   to the northern and eastern vicinity properties;

20   is that right?

21       A    Correct.  Correct.

22       Q    Did you review -- attempt to track back

23   in time the genesis of the soluble versus

24   insoluble effluent limits?

25       A    No, I -- I really didn't do that.

```
 1                    MR. McCLAIN:  You guys have to leave in
 2    a half hour, don't you?
 3                    MR. McGAHREN:  We'll get them out of
 4    here, don't worry.
 5                    THE WITNESS:  I don't want to gum
 6    things up, but I'd appreciate taking a short break
 7    when --
 8                    MR. McGAHREN:  Let's take --
 9                    THE WITNESS:  -- there's a good stopping
10    point.
11                    MR. McGAHREN:  Let's take a break now.
12    That's fine.  I don't have that much more.
13                    THE WITNESS:  Okay.
14                    THE VIDEOGRAPHER:  Going off the record.
15    The time is 4:55 p.m.
16                    (Recess.)
17                    THE VIDEOGRAPHER:  Going on the record.
18    The time is 5:01 p.m.
19                    MR. McGAHREN:  We're back on?
20                    THE VIDEOGRAPHER:  Yes.
21    BY MR. McGAHREN:
22        Q    Dr. Clark, can you describe your
23    methodology for calculating air releases and
24    emissions of the fence line at Latty Avenue?
25        A    Yeah.
```

1              It's Dr. Wells.

2        Q    Pardon me.  It's late in the day.

3        A    It is.

4        Q    Dr. Wells.  Sorry.  I got Clark on my

5   mind.

6        A    Good.  Your question was describe the

7   methodology for estimating air emissions at Latty

8   Avenue?

9        Q    And effluent concentrations.

10       A    And effluent concentrations, yes.

11            So that's discussed in my report

12  starting on page 17, and I specifically looked at

13  emissions related to the waste drying operation.

14            And this is one of those examples where

15  Dr. Till's team had done some calculations that I

16  was able to, first of all, review and determine

17  that their methodology was reliable, and then use

18  to calculate or estimate the effluent

19  concentrations at the fence line.

20       Q    So you didn't do the underlying

21  calculations performed by Dr. Till and his team

22  that you relied on, correct?

23       A    I -- I did a number of calculations, but

24  I did not -- I did not redo Dr. Till's

25  calculations.

1      Q    You testified earlier that your copy of

2  Dr. Till's report did not have the appendices,

3  correct?

4      **A    At least it didn't have all the**

5  **appendices, I believe.**

6      Q    Well, we've marked your report for

7  identification -- or, excuse me, we have not

8  marked Dr. Till's report.  Let's do that.

9           (Exhibit No. 15 was marked for

10          identification.)

11  BY MR. McGAHREN:

12      Q    So I've marked the report for

13  identification as Exhibit 16 -- 15.

14          Is that the report you utilized?

15      **A    Yes, it certainly looks like it.**

16      Q    Okay.  And where did you get a copy of

17  that report?

18      **A    I got a copy of that report from**

19  **counsel.**

20      Q    And do you know if that was -- report

21  was obtained by counsel off of the court's docket?

22      **A    I really don't have any knowledge of**

23  **how -- how Humphrey Farrington came to have this.**

24      Q    Well, looking at that report that I've

25  marked for identification as Exhibit 6 -- 15,

1    excuse me, did you have anything beyond what's in

2    that exhibit?

3        **A    Well, the version you just gave me is**

4    **like 300 pages long, so I -- you know, I certainly**

5    **can't go through and verify that it's exactly the**

6    **same, but I mean, I can certainly verify that it's**

7    **the same report that I used.**

8        Q    Is it the same thickness roughly as the

9    document you recall reviewing?

10       **A    I honestly never printed this report**

11   **out.**

12       Q    Okay.  Let's go to the table of contents

13   of Exhibit 15.

14       **A    Sure.**

15            MR. ZAGER:  15 or 16?

16            MR. McGAHREN:  15.  I said 16, but

17   it's 15.

18   BY MR. McGAHREN:

19       Q    Do you see the appendices there

20   identified in the table of contents?

21       **A    Yes, I do.**

22       Q    Which of those appendices did you

23   review?

24       **A    Well, my version of the report must have**

25   **Appendix A because I -- I did review background**

1    information, you know, the background and

2    qualifications of -- of Dr. Till, but I believe

3    that I -- my version did not have any of the other

4    appendices.

5         Q    So you thought you had Exhibit A?

6         A    A --

7         Q    Appendix A.

8         A    Appendix A, yes.

9         Q    Okay.  So you, sitting here today,

10   definitely recall reviewing Appendix A; is that

11   correct?

12        A    I definitively recall reviewing

13   Dr. Till's experience and qualifications.  And I

14   see here that that's -- his curriculum vitae is

15   listed in Appendix A, so I'm -- I'm pretty certain

16   that that's where I reviewed his qualifications.

17        Q    Pretty certain but not certain.  You

18   might have got it off the internet or something?

19        A    Well, there's also information about --

20   about his qualifications in Section 1.  But, no, I

21   know I didn't get it off the internet, so I'm

22   pretty sure that I had a copy of Appendix A.

23        Q    Did you have any of the information

24   concerning the models that were run by Dr. Till

25   and his team?

1          **A      Yes.**

2          Q      What information was that?

3          **A      It's the information that's discussed in**

4  **some detail in the body of this report.**

5          Q      So you had the information that's in the

6  body of the report?

7          **A      Yes.**

8          Q      Okay.  So you -- you utilized this

9  report in calculating your air emissions at Latty

10 Avenue and your effluent guidelines.

11               Can you identify specifically what --

12 what you used?

13         **A      Yes.  I'll show you Table 3 of my report**

14 **is the calculations that I conducted for**

15 **calculating or estimating the effluent**

16 **concentrations of individual radionuclides from**

17 **the drying operation.**

18         Q      Okay.  And where in Dr. Till's report

19 were these numbers derived from?

20         **A      I can show you that.  Let me find my**

21 **specific reference.**

22         Q      And I'd also like you to show me in your

23 report where you identify it.

24         **A      Okay.  (Peruses document.)**

25               **Okay.  So if you'll go to page 17 of my**

1    report, I discuss citing both Table 4-33 and

2    Table 4-34.

3         Q    Okay.  Let's go to 4-33.

4         A    Yeah.

5         Q    What did you use from Table 4-33?

6         A    I used the -- the compilations provided

7    here of PM10 releases from the dryer operation

8    that's separated out by quarter and by waste type,

9    in particular, the Congo raffinate versus the

10   Colorado raffinate.

11        Q    Okay.  So looking at Table 4-33, in the

12   left column, it says "Year-end quarter," correct?

13        A    Correct.

14        Q    And you have quarters there from the

15   third quarter of 1967 going down through the

16   fourth quarter of 1968, Total Campaign, 1.  You

17   have a subtotal there.

18        A    Right.

19        Q    Correct?

20             Who was operating the dryer during those

21   quarters?

22        A    I don't specifically know who was

23   operating the dryer during those quarters.

24        Q    Did you use information from those

25   quarters to form your opinions regarding effluent

```
 1   limits while Cotter was operating?

 2        A    Well, what I've done here is I've used

 3   this data to estimate effluent limits for each of

 4   these quarters.  I haven't allocated or made an

 5   opinion about who was operating at each of those

 6   times.

 7        Q    Okay.  And where in your table do you

 8   identify the exceedances in your report?

 9        A    The exceedances are shaded in the bottom

10   part of Table 3.

11        Q    Okay.  So you've identified exceedances

12   in what's -- seems to be labeled as B of the

13   Table 3 in your report?

14        A    Correct.

15        Q    Which says "Concentrations released,"

16   and it lists "Radionuclides" underneath that,

17   correct?

18        A    That's correct.

19        Q    Okay.  And with respect to -- which

20   radionuclides did you identify exceedances?

21        A    I identified principally thorium-230,

22   but there are also estimated exceedances of

23   protactinium-231.

24        Q    Okay.  And when did those exceedances of

25   protactinium-231 occur?
```

1      **A**     **According to my calculations, in the**

2  **second and third quarters of 1968.**

3      Q     Okay.  In your report you refer to

4  10.25 tons on page 17.

5      **A**     **Yes.**

6      Q     How did you utilize that figure?

7      **A**     **In terms of the calculations that are --**

8  **that are found in Table 3?**

9      Q     Correct.

10     **A**     **I used that as -- as really kind of a**

11 **baseline.  So that -- that's an analysis that**

12 **Dr. Till made, and I used that really as the**

13 **total, the total amount of material that was**

14 **released.  It's really no different than the data**

15 **that's tabulated in Table 4.33.  So -- the data in**

16 **Table 4.33 is -- is accurately reproduced at the**

17 **top, along the top couple of rows of my Table 3.**

18 **That's really where the mass or the tonnage comes**

19 **in.**

20     Q     Did you use the 10 -- 10.25 figure in

21 your calculations?

22     **A**     **Not specifically.  I mean, that's --**

23 **that's just the total of these values that are**

24 **summed up in Table 4-33.**

25     Q     What type of assumptions did your

 1    calculations make?

 2            MR. McCLAIN:  What type of assumptions?

 3    That's a pretty broad question.

 4            MR. McGAHREN:  I'm trying to discover

 5    what assumptions he made.

 6            MR. McCLAIN:  I understand, but I'm just

 7    saying that the question as stated is pretty broad

 8    without much direction.

 9            Is there specific -- are there specific

10    things you want to know?

11    BY MR. McGAHREN:

12        Q    Can you answer the question, sir?

13        **A    I can.**

14            **One of the assumptions we've already**

15    **talked about, the assumption that the grain size**

16    **distribution that was measured for uranium mine**

17    **tailings would be appropriate and reasonable to**

18    **use in this case.**

19            **Another assumption that I've made in**

20    **these calculations is that the emission factors**

21    **for mineral processing are appropriate for this**

22    **kind of operation.  That's an assumption that**

23    **Dr. Till made, and I considered that assumption**

24    **and I concurred that that was reasonable.**

25            **All of these things are -- you know, all**

1    these operations are different.  A gravel site is

2    going to be different from a waste drying site.

3    But there are emission factors and equations that

4    are used for calculating air emissions, and that's

5    an assumption I made, that those factors were

6    appropriate for this operation.

7         Q    But you didn't attempt to run AERMOD to

8    actually take Dr. Till's information and do your

9    independent calculations -- do any independent

10   calculations?

11        A    There are some independent calculations

12   here.  And this isn't really AERMOD that Dr. Till

13   was using.  These are equations from EPA guidance.

14   But I did review Dr. Till's approach, I agreed

15   that it was a reasonable approach, and I did use

16   his results.

17        Q    Did you assume the size of the site?

18        A    I guess you could call that an

19   assumption.  I mean I -- I incorporated the size

20   of the site into my calculations.

21        Q    How big a site did you incorporate into

22   your calculations?

23        A    That's tabulated here.

24        Q    Show me where.

25        A    Okay.  If you go to page 18 of my

1   report, I described the size of the Latty Avenue

2   site as 10.46 acres.

3        Q    Did you assume that the site was

4   206 meters in length?

5        A    Well, I assumed that that was a

6   reasonable modeling length.  The -- the standard

7   protocol is to take the square root of the size.

8        Q    Did you assume it had a certain height?

9        A    For my own calculations, I assumed that

10   the air mass that I was evaluating had a thickness

11   of 10 meters.

12        Q    Did you assume any instant distribution

13   of contamination through this box that you

14   created?

15        A    I assumed a uniform distribution.

16        Q    Instantly, correct?

17        A    Instantly?

18        Q    Yes.

19        A    Well, continuously.  I mean, we can look

20   at that as an average really, but for the purposes

21   of these calculations, I -- I assumed uniform

22   mixing.

23        Q    Would you describe this as a box model?

24        A    Sure.  I would describe this as a box

25   model.

1          Q     Does the site actually have that shape?

2               MR. McCLAIN:  Come on.

3               THE WITNESS:  Well, it has those -- it

4    has those dimensions.  I mean it is 10.46 acres,

5    or was.  So it's not -- it's not precisely a box;

6    you know, a four-sided box.  But it's a reasonable

7    assumption for calculating the volume of air

8    that's blowing over the site, and that's what I

9    was using these dimensions for.

10   BY MR. McGAHREN:

11         Q     Did you make any assumptions concerning

12   temperature?

13         **A     There's -- there's no explicit**

14   **assumptions about temperature in my calculations.**

15         Q     Did you perform any validation on your

16   box model?

17         **A     Well, I mean, I would be -- I would have**

18   **been happy to do that, but this is a situation**

19   **oftentimes when we're stuck with doing modeling,**

20   **what we're trying to do is fill in data gaps,**

21   **either temporal or spatial data gaps.  So we -- we**

22   **don't have a lot of measurements from the time**

23   **that the dryer was operating of particulate**

24   **concentrations at the fence line.  As a matter of**

25   **fact, I'm not aware of any.**

1              So I would be pleased to be able to do

2      some validation, but I couldn't find any data to

3      validate against.

4          Q    Why didn't you use a Gaussian plume

5      model?

6          A    Well, what I was trying to do is -- is

7      come up with a reasonably achievable estimate of

8      these effluent limitations.  There are, you know,

9      lots of ways that this could have been done.  A

10     Gaussian plume model would have been much more

11     complex, but -- and I thought about doing, you

12     know, different types of approaches.  But what I

13     decided was that given the uncertainties with

14     regard to the paucity of data, that more complex

15     modeling or calculation efforts might seem more

16     precise, but they really wouldn't be more

17     accurate.

18         Q    But your calculations were based on a

19     Gaussian plume model run by Dr. Till, correct, or

20     his team?

21         A    Well, it was -- it was based on a series

22     of calculations that were estimating emissions

23     from a mineral processing facility.

24         Q    Can you identify any other project

25     involving a regulatory agency where you used this

1    methodology for evaluating compliance?

2        **A    Yeah, I've used comparable**

3    **methodologies.  One example is I've faced the**

4    **challenge in the past of needing to calculate the**

5    **mass of contamination in some -- some area, say,**

6    **groundwater contamination in a plume or a soil**

7    **contamination at a site, and we use very similar**

8    **calculations like this where we're trying to get a**

9    **reasonable estimate considering the limitations**

10   **that we have on the data.**

11       Q    How about for a hot, high velocity point

12   source, have you ever used it for that purpose?

13       **A    No, I haven't.**

14       Q    Have you ever heard of anyone using it

15   for that purpose?

16       **A    Well, I'm not sure the -- the actual**

17   **source is relevant, because what I'm doing here**

18   **is, is I'm converting the results of a more**

19   **complex analysis into the concentration units that**

20   **we needed to compare against the effluent**

21   **limitations.**

22            **So if I think of Exide lead, we actually**

23   **did something kind of similar to that, but I don't**

24   **know if that falls into your category of a hot**

25   **point source, but although there are fugitive**

1    emissions, these were, you know, emissions out of

2    a stack, and they were high temperature emissions.

3              And one of the things that -- that I did

4    as part of my assignment for Exide is try to

5    understand, given the amount of emissions, the

6    amount of lead in emissions that we know or could

7    estimate had occurred over the operational life,

8    what sort of mass, how many tons, how many

9    kilograms of lead could there be or even should

10   there be out in the neighborhood where

11   contaminated soils were found.

12             So it's a different kind of box, but

13   it's still a box model.

14        Q    So you applied this box model at the

15   Exide site in California; is that correct?

16        A    Yes.  I mean, it's not the exact same

17   model because we were looking for a different

18   endpoint.

19        Q    And you submitted this analysis to a

20   regulatory agency?

21        A    No, it's not submitted to a regulatory

22   agency.  It's -- it's something I -- that I worked

23   on on behalf of the Technical Advisory Committee.

24   It's something that we discussed at advisory

25   meetings and public meetings, but it's not in a

1   report.

2      Q    Okay.  But my question pertained to

3   submissions to regulatory agencies for purposes of

4   determining compliance.  Did you not understand

5   that?

6           MR. McCLAIN:  You know, John, the way

7   you say things, it's kind of insulting sometimes.

8           MR. McGAHREN:  No, I'm just trying to

9   make sure he understands my question.

10          MR. McCLAIN:  When you say, Didn't you

11  understand that? it's condescending and it's rude.

12  We've been here a long time, and we don't need

13  that kind of comment this late in the day.

14  BY MR. McGAHREN:

15     Q    I apologize if you feel that I was rude

16  to you, sir.  That wasn't my intent.  I want to

17  make sure that you understand my question.

18          My question is very specifically

19  tailored toward whether or not you've done this

20  type of analysis and submitted it to a regulatory

21  agency for purposes of establishing compliance.

22     **A    I've done this kind of analysis for**

23  **different purposes at sites that were regulated by**

24  **various agencies, but not for the purposes of**

25  **compliance.**

1          Q     And that's the purpose of your analysis

2     here, correct?

3          **A     Well, the way I would look at it is the**

4     **purpose of -- of this analysis is to arrive at an**

5     **estimate of concentrations.  And then from there,**

6     **there's a second step, which is, is this in**

7     **compliance or is it not?**

8               **So my purpose was to take the**

9     **information that we have available, as sparse as**

10    **it is, and -- and arrive at a scientifically**

11    **reasonable estimate of these effluent**

12    **concentrations.**

13         Q     Did you perform your analysis for any

14    radionuclides other than radon, thorium-230 and

15    protactinium-241?

16         **A     Yes.  I performed this analysis for the**

17    **whole list of radionuclides that are tabulated on**

18    **Table 3.**

19         Q     Okay.  But the ones I mentioned are the

20    ones where you opine that they exceeded the

21    relevant effluent limitation for air at Latty

22    Avenue, correct?

23         **A     Can you read your list again?**

24         Q     My list included radon, thorium-230, and

25    protactinium-241.

```
 1        A    Oh.  That's correct.

 2             MR. McCLAIN:  Now, John, you expressed

 3   concern that if we went beyond 5:30, that you

 4   would not be offering your best testimony.  Are

 5   you all right?

 6             MR. McGAHREN:  I'm almost done, Ken.

 7             THE WITNESS:  I would love to get out --

 8   out of here by about 6:00, but I'm doing fine.

 9             MR. McGAHREN:  We'll definitely be out

10   of here, unless these folks have more questions,

11   by 6:00.

12   BY MR. McGAHREN:

13        Q    How far apart are the SLAPS and the

14   Latty Avenue site?

15        A    I don't know the exact distance, but

16   they're maybe two miles apart.

17        Q    Could you pull up your supplemental

18   report, Dr. Wells.  I think it's marked for

19   identification already as Exhibit 13.

20        A    Oh, here it is.

21        Q    Can I refer you to page -- Section 2.  I

22   don't think it's paginated.

23        A    Yes, I'm with you.

24        Q    You say there -- in the first paragraph,

25   about six lines down:  "Some of the material was
```

1   then dried and shipped to Cotter Corporation's ore

2   processing milling in Canon City, Colorado."

3          Do you see that?

4      **A    Yes.**

5      Q    Do you know -- did you look at, by mass,

6   the volume of materials that were shipped to Canon

7   City?  Or the percentage of materials shipped to

8   Canon City?

9      **A    No, I -- I didn't specifically know**

10  **that.  I mean -- I mean, my understanding is that**

11  **all of the waste materials that were stored at**

12  **Latty Avenue site, except the leached barium**

13  **sulfate, were transported to Cotter's facility.**

14     Q    Let me refer you to supplemental opinion

15  number 1 on -- it's not on a page.  It's just says

16  "Supplemental Opinion 1."

17     **A    Sorry about that.  I'm not sure why it's**

18  **not paginated.**

19     Q    You refer there to the Division of Air

20  Pollution Control of the St. Louis County Health

21  Department.  Do you see that?

22     **A    Yes.**

23     Q    Now, I thought you testified earlier,

24  but I wasn't clear just because I didn't hear the

25  answer, did you review their files?

1        **A      No.  I reviewed this -- well, a**

2    **description of this violation.**

3        Q    Okay.  So you reviewed historic

4    correspondence; is that correct?

5        **A    That's correct, in the form of a**

6    **bimonthly monitoring report that was submitted in,**

7    **I think it was 1970, to Cotter.**

8        Q    Okay.  When this letter was sent to

9    Cotter, do you know how long it took Cotter to

10   respond to the St. Louis County Health Department?

11       **A    Well, I know that they were asked to**

12   **respond within five days.  I -- I don't think I**

13   **have any information as to whether they met that**

14   **tight deadline, but I know that the RETA letter**

15   **from 1970 does specify that they responded**

16   **promptly.**

17       Q    Within the five-day time frame, correct?

18       **A    I don't think it says that, but --**

19   **but -- so I don't know specifically know if they**

20   **responded within five days.**

21       Q    Okay.  You say the November 1970 report

22   is the only bimonthly report from RETA that's been

23   uncovered during discovery for this case; is that

24   correct?

25       **A    Well, that's the only bimonthly report**

1      that I'm aware of.

2          Q     It's the only one you reviewed?

3          A     Correct.

4          Q     Okay.  So you don't know if there are

5      others or not; is that correct?

6          A     That's really what I'm trying to say

7      here in this report.

8          Q     You say the facility received a notice

9      of noncompliance from AEC in 1968.  Do you see

10     that?

11         A     Yes.

12         Q     Are you referring to inspection reports

13     that were written by AE -- AEC inspectors?

14         A     In that case, yes, that's a 1968

15     inspection report that I'm referring to.

16         Q     Okay.  Are you familiar with the AEC's

17     enforcement process?

18         A     Not in any detail, no.

19         Q     Are you familiar with it at all?

20         A     Well, I'm -- I'm familiar that they used

21     inspections.  You know, that they use inspections

22     to -- to evaluate sites, they identify problems,

23     and then they, among other things, look to see

24     upon their next inspection if those problems have

25     been corrected.

 1       Q    Can you describe for me the steps that

 2  the AEC took for citing a licensee for a

 3  violation?

 4       **A    I haven't seen any documentation about**

 5  **what steps, if any, they took after -- after**

 6  **citing these noncompliance events.**

 7       Q    And you don't have any professional

 8  experience with respect to that process?

 9       **A    I just don't have an opinion about that**

10  **process.**

11       Q    Well, you described the facility

12  receiving a notice of noncompliance.

13       **A    Correct.**

14       Q    What do you -- what do you mean when you

15  say a "notice of noncompliance"?

16       **A    Well, what I mean by that is there's --**

17  **there's language in this inspection report that**

18  **says that the facility is not in compliance.**

19       Q    Did they send the inspection report to

20  the licensee, do you know?

21       **A    I would assume so.  But I know I'm not**

22  **meant to assume, so the answer is I don't know.**

23       Q    You say further down:  "The facility

24  also received notices of noncompliance from the

25  Atomic Energy Commission in 1966 and '67."

1          Do you see that?

2     **A    Yes.**

3     Q    Are you referring to the same thing, an

4    inspection report that you reviewed?

5     **A    Those are inspection reports, yes.**

6     Q    Okay.  Who was operating the facility in

7    1966?

8     **A    I don't specifically know.**

9     Q    Do you know who the licensee was?

10    **A    Well, we -- we have this license**

11   **information.  So I -- I believe the licensee would**

12   **have been Contemporary Metals.**

13    Q    But your opinion is that Cotter

14   committed multiple violations related to hazardous

15   material management, and you're using '66 and '67

16   inspection reports to support your opinion,

17   correct?

18    **A    Correct.**

19    Q    Why is that?

20    **A    Well, because I'm guided by an**

21   **assumption that Cotter is or may be held**

22   **responsible for activities at the site during the**

23   **operational period of the Latty Avenue site.**

24   **That's -- that's an assumption that I'm using in**

25   **this report.**

1          Q    What is the basis for that assumption?

2          **A    The basis for that assumption is that --**

3     **really the similar basis to my allocation scheme.**

4     **I was -- I was asked to assume that operators at a**

5     **site could be held responsible for all releases**

6     **or -- or violations over the operational period of**

7     **that site.**

8          Q    And, again, what is the basis for that

9     assumption?  Is it something that counsel told you

10    or --

11         **A    Yes.**

12         Q    Okay.  Can I refer you to your third

13    supplemental opinion.

14         **A    Yes.**

15         Q    On the second page of that opinion,

16    which I -- I don't have a page number, but it

17    starts at the top, it says "Scheduling Order."

18              Do you see that?

19         **A    Okay.  Yeah.**

20         Q    It's the second to last page of the

21    supplemental report.  Two lines down, it says:

22    "It is my opinion that releases of contaminated

23    soil and sediment into Coldwater Creek and its

24    tributary ditches meet the definition of the

25    'release of excessive radiation' as defined in

1    10 CFR Section 20."

2         What is the basis for that opinion?

3    **A    The basis for that opinion is that these**

4    **releases were in excess of -- resulted in**

5    **contamination that was in excess of background,**

6    **and also was the result of releases that were**

7    **really not in compliance with the regulatory**

8    **requirement to keep releases as low as reasonably**

9    **achievable.**

10    Q    Is there anywhere in the regulations

11    that pertained at the time Cotter was operating

12    the facility that talk about releases in excess of

13    background?

14    **A    Not that I'm aware of.**

15    Q    So this is just purely your opinion.  It

16    has nothing to do with the regulations, correct?

17    **A    This is my opinion of -- of the**

18    **definition of "excessive radiation."**

19    Q    So any release above background is a

20    violation of the regulations in your opinion; is

21    that correct?

22    **A    Well, any release above background that**

23    **also exceeds effluent limitations or that exceeds**

24    **the narrative description of -- of release**

25    **requirements; this, you know, as low as reasonably**

1   achievable.

2           So there -- there are a couple of steps

3   there.  Not any molecule that leaves a site is

4   necessarily a violation.  I -- I acknowledge that.

5       Q    With respect to Cotter's operation of

6   the Latty Avenue facility from 1970 on, did you

7   identify any such -- any evidence or documents or

8   information evidencing releases that you define as

9   "excessive radiation"?

10      A    I would define the releases of

11  thorium-230 in air as meeting that definition of

12  "excessive radiation," because it exceeds the

13  effluent limitation in accordance with my

14  calculations.

15      Q    Any others?

16      A    Those are all that I would be aware of.

17      Q    Okay.  And those releases are based on

18  your box model calculation, which is also premised

19  on Dr. Till's team's work and calculations,

20  correct?

21      A    That's correct.  And it's my opinion

22  that that's a reasonable approach for making such

23  a calculation.

24      Q    And again, you -- you cite in your

25  supplemental opinion number 3:  "Mallinckrodt and

1    Cotter would have been aware of this issue because

2    AEC had observed and reported uncontrolled

3    releases of contaminated sediment at least by

4    1948."

5              Is that based upon your opinion that

6    Cotter reviewed the 1980 -- '48 report?

7        **A    No, I don't have a specific opinion**

8    **about whether or not they reviewed that specific**

9    **report.  But I do have an opinion that they should**

10   **have been or would have been aware of offsite**

11   **releases that resulted in contamination into the**

12   **creek.**

13       Q    They were aware -- your opinion is that

14   they were aware of releases by prior operators of

15   Latty Avenue?  Is that your opinion?

16       **A    No, that's not specifically my opinion,**

17   **but that -- that the operational practices from**

18   **each of these sites resulted in contamination**

19   **extending off the property, and that both entities**

20   **should have been aware of that.**

21       Q    Do you know if there was contamination

22   extending off of the Latty Avenue property before

23   Cotter stepped foot on the site?

24       **A    Yes, I believe there was.  Well, I don't**

25   **know exactly when Cotter stepped foot on the site,**

1    so I -- I guess I really should correct my answer.

2    I -- I don't know the answer to that question.

3         Q    Okay.  Bear with me a second.  I don't

4    think I have anything else at this time.

5              Oh, let me refer you to page 21 of your

6    report.

7         A    Okay.  I'm on page 21.

8         Q    The first full paragraph begins "In some

9    cases."  If you go down about six lines where

10   you're talking about allocation, it says, over on

11   the right side of that sixth line, "... apply in

12   the Coldwater Creek because the very same

13   materials were stored at each site, although they

14   were stored at each site at different times."

15             Is that correct?  Or do you want to

16   modify your testimony -- or your opinion?  Excuse

17   me.

18        A    No, that's -- that's correct.  The same

19   materials -- I mean the materials that ended up at

20   Latty Avenue came from SLAPS.  So it's the very

21   same materials.

22        Q    Okay.  So that's the sentence you're

23   referring to?

24        A    Yes.

25        Q    You're not saying that there weren't

1   additional materials at SLAPS, correct?

2       **A      I'm not saying that.**

3       Q      So, like, for example, the K-65 waste,

4   you're not saying that was at Latty Avenue, are

5   you?

6       **A      I'm not saying the K-65 waste was at**

7   **Latty Avenue.  I'm not prepared to make that same**

8   **distinction about the drums.  I know that the**

9   **drums that were stored -- at least many of the**

10  **drums that were used to store the K-65 waste**

11  **were returned back to the SLAPS site.**

12          **I also know that Latty Avenue had a drum**

13  **storage site.  I haven't seen any specific**

14  **description of where those drums came from or --**

15  **or what was in them, but -- and it's not really,**

16  **you know, related to my specific opinions, but it**

17  **seems to me that that's -- from the knowledge that**

18  **I have about this site, that's an unknown.**

19      Q      Didn't you see a bill of sale today that

20  you were shown by counsel for Mallinckrodt that

21  identified how many drums were transferred to

22  Latty Avenue?

23      **A      Yeah, but it doesn't -- I mean, it talks**

24  **about drums, but it doesn't say what was in the**

25  **drums.**

Page 333

```
 1        Q    Do you have any idea the number of drums
 2   that were stored at SLAPS?
 3        A    Oh, many, many drums.
 4        Q    In excess of 50,000?
 5             MR. ZAGER:  Object to form and
 6   foundation.
 7             THE WITNESS:  Well, it was certainly
 8   thousands.
 9   BY MR. McGAHREN:
10        Q    Okay.  Do you -- is it your opinion that
11   the -- those drums were ever stored at Latty
12   Avenue?
13        A    Well, certainly not all of those drums
14   were stored at Latty Avenue, but there were drums
15   that were stored at Latty Avenue.  There were
16   measurements from the drum storage site that
17   showed quite high levels of gamma radiation.
18             So all I'm saying is, from my
19   reconstruction of the history of these sites, what
20   happened to the empty drums is -- is something
21   that I, sitting here today, am not clear on.
22        Q    Can I refer you to page 20 of your
23   report.
24        A    Yeah.
25             MR. McCLAIN:  You guys had better go.
```

1   BY MR. McGAHREN:

2        Q    The last sentence of the first full

3   paragraph says:  "In this case, however, when the

4   drying operations were active at Latty Avenue, a

5   substantial amount of contaminated dust was

6   mobilized, some of which would have been deposited

7   on the ball fields.  I believe it's reasonable to

8   apportion 10 percent of the total contaminant load

9   found on the ball fields after 1966 to Latty and

10  90 percent to SLAPS."

11           What's the basis for that estimate?

12       **A    Well, this is -- this is clearly a**

13  **semi-quantitative estimate.**

14       Q    Otherwise, known as a lag.

15       **A    No, I think it's better than that.**

16           **You know, what -- what one does here,**

17  **and what I'm trying to do here, is arrive at a**

18  **reasonable allocation scheme based on the**

19  **information we have.  There are -- there are a lot**

20  **of data gaps, and yet you still need an answer.**

21           **And so my -- I would freely acknowledge**

22  **that there's uncertainty in that particular**

23  **assumption or conclusion.  But my -- my basic**

24  **premise is, due to its proximity, surely most of**

25  **the contamination that's found at the ball field**

1    came from SLAPS.

2              But given that we know that there were

3    offsite releases into the air, given we know that

4    once contaminants get into the air, they are

5    transported with the wind, and given the fact that

6    wind directions are variable, that some

7    contamination from Latty Avenue, in my opinion,

8    ended up on the ball fields, although much less

9    than -- than what would have been derived from

10   SLAPS.

11       Q    But you don't know how far apart the

12   sites are, do you?

13            MR. McCLAIN:  He's already given you his

14   estimate.

15            THE WITNESS:  Yeah, they're -- they're

16   approximately two miles apart.

17   BY MR. McGAHREN:

18       Q    Are you sure about that?

19       A    Yeah.

20       Q    Okay.  And do you know the prevailing

21   wind directions between --

22            MR. McCLAIN:  Come on.

23   BY MR. McGAHREN:

24       Q    -- Latty Avenue and SLAPS?

25            MR. McGAHREN:  No, Ken, it's not "come

1    on."

2              THE WITNESS:  No, I -- I don't know the

3    prevailing wind direction.

4    BY MR. McGAHREN:

5         Q    Do you think that's an important factor?

6         A    Well, if one was trying to do a more

7    detailed analysis, if you had the data that --

8    that would be necessary to do a more detailed

9    analysis, then, sure, the wind directions and the

10   variability of wind directions would come into

11   play.

12             I would submit that for some of these

13   estimates that we're -- that I'm coming up with

14   that folks in this case are looking at, there's

15   kind of a false sense of security if you try to

16   use highly complex modeling, like AERMOD, for an

17   analysis like this where a lot of the input

18   parameters aren't available.

19        Q    But there's no calculations in your

20   report that support that apportionment for the

21   ball field, are there?

22        A    It's -- it's not an apportionment

23   that -- that relies on calculations.

24        Q    Okay.  And one more question, on

25   page 17.

1      **A      Yes.**

2      Q     It talks about air releases from Latty

3   Avenue.  The second line down, it says:  "To

4   reduce shipping costs, operators at Latty Avenue

5   decided to remove moisture from the waste."

6           Where did you get that information from,

7   "to reduce shipping costs"?

8      **A      That's described in -- in the AEC**

9   **inspection report, and I think that's -- I -- it's**

10  **my understanding that that -- that is the reason**

11  **that drying was done.**

12     Q     So it's in an inspection report in --

13  that you've identified in your annotations.

14     **A      I believe so.**

15     Q     Okay.  No other source of that?

16     **A      Other than it making sense, you know,**

17  **other than I can't think of any other reason that**

18  **they would have done that.**

19     Q     Are you familiar with the Department of

20  Transportation regulations for shipment of

21  radionuclides?

22     **A      Well, I know that they shipped a lot of**

23  **radionuclides from that site without drying.  So I**

24  **don't believe that that was a prohibition based on**

25  **transportation restrictions.**

1          Q     That wasn't my question.

2                MR. McGAHREN:  You can strike that --

3    move to strike that answer as nonresponsive.

4                I have no further questions at this

5    time.

6                MR. ZAGER:  I don't have anything

7    further.

8                MR. McCLAIN:  Thank you.

9                MR. McGAHREN:  Thank you very much,

10   Dr. Wells.

11               MR. ZAGER:  Are you going to read and

12   sign, I'm assuming?

13               MR. McCLAIN:  Yes.

14               MR. McGAHREN:  Thank you, Ken.

15               MR. McCLAIN:  You're welcome.

16               (A discussion was held off the record.)

17               THE VIDEOGRAPHER:  Going off the record.

18   The time is 5:54 p.m.

19               (Conclusion of video record.)

20               THE REPORTER:  John, would you like a

21   copy of the transcript?

22               MR. McGAHREN:  Yes, I want the full,

23   mini.

24               THE REPORTER:  And how about the

25   exhibits?

1          MR. McCLAIN:  Yes, the exhibits too.

2          MR. ZAGER:  We'll take the same.

3          MR. McCLAIN:  And we will too.

4          MR. McGAHREN:  And we'll take the video

5   synced.

6          MR. McCLAIN:  We don't need the video.

7          (Whereupon, the deposition of

8          JAMES T. WELLS, Ph.D. was concluded

9          at 5:55 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1        CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

 2          The undersigned Certified Shorthand Reporter

 3     does hereby certify:

 4          That the foregoing proceeding was taken before

 5     me at the time and place therein set forth, at

 6     which time the witness was duly sworn; That the

 7     testimony of the witness and all objections made

 8     at the time of the examination were recorded

 9     stenographically by me and were thereafter

10     transcribed, said transcript being a true and

11     correct copy of my shorthand notes thereof; That

12     the dismantling of the original transcript will

13     void the reporter's certificate.

14          In witness thereof, I have subscribed my name

15     this date:  October 25, 2019.

16

17                        Leslie A. Todd

18                   LESLIE A. TODD, CSR, RPR

19                   Certificate No. 5129

20

21     (The foregoing certification of

22     this transcript does not apply to any

23     reproduction of the same by any means,

24     unless under the direct control and/or

25     supervision of the certifying reporter.)
```

```
 1              INSTRUCTIONS TO WITNESS

 2        Please read your deposition over carefully and

 3   make any necessary corrections.  You should state

 4   the reason in the appropriate space on the errata

 5   sheet for any corrections that are made.

 6        After doing so, please sign the errata sheet

 7   and date it.

 8        You are signing same subject to the changes

 9   you have noted on the errata sheet, which will be

10   attached to your deposition.  It is imperative

11   that you return the original errata sheet to the

12   deposing attorney within thirty (30) days of

13   receipt of the deposition transcript by you.  If

14   you fail to do so, the deposition transcript may

15   be deemed to be accurate and may be used in court.

16

17

18

19

20

21

22

23

24

25
```

```
1                       - - - - - -

2                     E R R A T A

3                       - - - - - -

4     PAGE LINE CHANGE

5     ____ ____ _____

6     REASON: _____

7     ____ ____ _____

8     REASON: _____

9     ____ ____ _____

10    REASON: _____

11    ____ ____ _____

12    REASON: _____

13    ____ ____ _____

14    REASON: _____

15    ____ ____ _____

16    REASON: _____

17    ____ ____ _____

18    REASON: _____

19    ____ ____ _____

20    REASON: _____

21    ____ ____ _____

22    REASON: _____

23    ____ ____ _____

24    REASON: _____

25
```

```
 1                ACKNOWLEDGMENT OF DEPONENT

 2       I,_____, do hereby

 3    certify that I have read the foregoing pages, and

 4    that the same is a correct transcription of the

 5    answers given by me to the questions therein

 6    propounded, except for the corrections or changes

 7    in form or substance, if any, noted in the

 8    attached Errata Sheet.

 9

10    _____

11    JAMES T. WELLS, Ph.D.                DATE

12

13

14    Subscribed and sworn to

15    before me this

16    _____day of_____,20___.

17    My commission expires:_____

18    _____

19    Notary Public

20

21

22

23

24

25
```

**A**

a.m 1:17 8:6 46:17
46:20 56:10
80:16
ABB 44:17
ability 159:8
able 72:4,7 75:4
133:7 153:23
157:7,12 166:11
168:21 192:9
199:5 224:12
225:8,15 277:1
304:16 316:1
absence 129:25
absolutely 292:17
abundance
191:13 258:1
abundances
190:15 193:5
abuse 106:15
abusing 106:12
abusive 105:23
106:3
abut 136:13
academic 66:17
66:20
accepted 66:6,9
access 29:23
61:24 62:2,17
76:22 81:12
accurate 78:5
316:17 341:15
accurately 61:9
311:16
Acevedo 45:15,22
achievable 51:25
111:20 112:18
114:6,7 134:11
134:12,16,21
146:25 264:17
316:7 328:9
329:1
achieve 134:22
acids 208:2
acknowledge
72:2,3 147:7
274:15 329:4
334:21
acknowledged
300:23
ACKNOWLEDG...
343:1
acres 314:2 315:4
acronym 31:14
79:22 267:4,16
Act 50:23,24 51:6
52:6,13 215:15
215:17

acting 88:13
action 50:13,22
109:16 120:25
actions 165:25
active 26:23 37:8
219:1 334:4
activities 20:24
37:13 58:25
59:7,12 113:5
120:13 122:19
135:19 147:12
148:13 187:10
192:4 204:10
282:18 326:22
activity 115:13
133:13 161:21
169:13 174:4
185:9,24 189:18
190:20,21 191:3
191:4,6,6 192:9
192:12,20,21,22
193:6
actual 50:12
67:19 132:9
149:2 166:19
175:20 177:19
195:14,17 220:5
227:18 250:13
256:10 258:12
317:16
add 57:4 105:17
122:17,19
144:11 276:10
added 36:2
adding 16:13
addition 34:17
35:19
additional 48:22
55:4,7 56:20
153:24 164:7
171:13 173:6
255:14 300:13
332:1
address 18:12
32:6 36:17
58:24 59:6
120:13
addressed 129:2
158:5
adequate 24:6
71:12
adjacent 137:6
administering
2:16
advice 26:18
29:24
advise 19:5
advising 39:14

235:9,11
advisor 30:6 31:3
33:10
advisory 33:10
35:16 318:23,24
AE 324:13
AEC 38:24 42:10
62:15 101:10
117:19 118:5
140:2 145:4,14
145:15,18
149:17 151:10
155:15 162:1
170:25 210:1
221:5 234:8
236:18,21
256:22 257:2,11
282:5 284:22
285:12,17,19
288:4,10 296:21
296:23 297:2,5
297:18 299:10
324:9,13 325:2
330:2 337:8
AEC's 324:16
AERMOD 247:2,3
247:4,5,8 313:7
313:12 336:16
affect 104:11
affiliation 286:3
afraid 274:24
aftermath 138:14
agencies 29:12
29:14 78:11
109:2 128:8
319:3,24
agency 38:22
84:16 219:20
267:25 316:25
318:20,22
319:21
ago 20:14 33:24
36:22 52 14,14
56:19 159:15
244:11
agree 19:14 71:9
71:20 73:3 82:9
84:1 88:10
95:15 99:4,6
110:17,21 116:7
131:16 139:17
140:13 145:14
160:4 182:15
183:1,5 203:21
213:5 219:11
240:24 255:10
268:11,14
agreed 313:14

agreement 12:12
53:20 168:8
ahead 10:23 15:4
15:14 16:19
36:14 52:22
53:1,9 87:3,8
92:8 93:22 94:2
94:11 95:2
103:2 105:10
122:3 128:22
146:14 147:21
151:4 162:11
169:2 186:10,15
196:22 201:8
210:13 215:24
221:16
air 22:19,19 34:7
34:13 54:8
69:11 73:15
127:24 128:13
152:19 154:14
157:15 158:4,21
160:9 170:1
176:19 178:9
186:12,17,21
191:24 193:3,23
194:2 201:14
212:5 222:8
237:23 239:19
246:21,22
247:17,17 256:7
273:5 275:11
276:4 279:2
281:6,12 303:23
304:7 308:9
313:4 314:10
315:7 320:21
322:19 329:11
335:3,4 337:2
airborne 23:1,25
153:17 193:4
212:10 243:15
246:16 280:3
airport 6:4,11
7:10 54:5 83:25
84:2 146:6
151:17 171:1
177:17 178:8
195:21 210:1,6
219:24 221:6
225:11 277:23
293:15 294:7,10
294:13,17,18
al 1:6,9 5:14,15
6:23,24 8:8,8
44:17 262:11
ALARA 52:2,3,6
112:8,17 113:12

140:22 141:11
147:1 149:24
150:3 223:12
267:1,10,13
Alaska 270:17,21
Aldrich 27:13,14
27:15,22 28:1
28:15,16
allegations 43:17
44:12 45:18
allege 50:16
214:14
alleged 16:10
30:13 197:19
213:22
allegedly 31:4
113:12 132:8
133:6 155:12
alleging 148:8
allocate 191:7
219:5,13,19
259:8 262:19
allocated 310:4
allocating 293:22
allocation 215:6
216:6,24 217:10
218:14,25 219:4
221:8 238:22,25
239:2 259:7
260:20,24 264:6
264:14,24 294:4
294:25 295:2
327:3 331:10
334:18
allocations 219:9
220:19 264:8
allow 157:2
202:15,17,18
269:17,23
300:13
allowable 115:23
125:2
allowed 114:14
124:19 125:5,17
126:13 151:10
151:21 203:1
243:9 268:12
271:1,14
allowing 152:11
allows 191:7
alphanumeric
75:10,13,19
173:24 174:1
ambiguous 26:10
251:11
amend 55:3
Amended 5:10
America 88:13

90:23
American 19:21
ammunition
234:19
Amo 30:9,14,23
amount 22:8 25:7
64:18 88:23
136:2 137:9
177:4 183:24
187:24 191:7
193:11 233:11
251:13 263:18
311:13 318:5,6
334:5
analyses 132:11
183:8 237:21
250:10,17
272:13
analysing 282:1
analysis 44:7
57:16 99:20
132:15,15,17
153:17 186:20
207:20 208:25
214:9 220:4
237:22 240:25
243:17 250:8,9
252:18 253:5
254:5,22 255:12
258:4,5,8,10
261:5 263:1
269:3 282:2
311:11 317:19
318:19 319:20
319:22 320:1,4
320:13,16 336:7
336:9,17
analytical 246:25
analyze 50:5
214:6
analyzed 49:19
99:24 100:12
132:2,5 135:2
135:20 265:2
266:9
and/or 62:4
151:10 223:4
265:13 340:24
Anderson 215:15
anecdotal 216:11
Angeles 1:15 2:8
8:14
angle 204:21
Anne 2:14
annotated 245:23
annotations
337:13
annual 141:14

158:19,22
166:25 167:20
168:22 169:11
169:15 170:2
184:5 188:5
189:2,3 224:21
268:13 270:20
271:14
answer 10:14,17
26:12 27:5
32:22 36:14
70:3 92:8 94:5
94:11 99:12,15
101:13,16 108:2
108:23,24,25
117:4,5 125:15
125:22 135:8
140:20 152:13
168:17 199:7
213:13 220:15
239:8 240:7,9
240:11 241:17
242:18,25
247:24 261:10
271:17,19
272:25 273:9,22
286:24 287:1,1
292:8 299:7
312:12 322:25
325:22 331:1,2
334:20 338:3
answered 159:14
answering 96:8
241:14 281:8
292:24
answers 241:21
343:5
anticipated
282:24 283:2
anybody 55:10
78:10,10 145:10
apart 321:13,16
335:11,16
apologize 118:9
274:24 319:15
apparent 293:14
apparently 175:17
293:14
appear 35:8 69:19
91:11 92:12
152:3 196:21
218:14
appearances 8:22
appeared 267:22
267:24
appears 56:18
57:14 70:12
87:12 92:18

170:12 209:24
257:12 267:13
294:5
appendices 70:21
305:2,5 306:19
306:22 307:4
Appendix 15:15
110:5 113:7
115:1 116:1
129:2 140:24
169:25 188:21
189:9 194:3
201:9 212:10
306:25 307:7,8
307:10,15,22
applicable 67:13
110:4 138:10,11
215:14
application 285:1
285:2,3,6
applications
285:10,18
applied 111:5
123:16 141:24
160:21 203:13
284:23 297:5
298:6 318:14
applies 51:6
apply 22:15 51:16
116:3 117:11
121:10 126:19
131:4 168:15
188:23,25 189:8
213:8 215:10
264:12,15
283:24 297:18
297:25 331:11
340:22
applying 126:12
128:11 147:1
232:17 296:25
apportion 334:8
apportionment
336:20,22
appreciate 53:3
172:21 303:6
approach 296:19
313:14,15
329:22
approaches
316:12
appropriate 19:9
61:3,10 93:24
213:15 232:13
296:18 312:17
312:21 313:6
341:4
approximate 91:5

233:25 234:1
approximately
20:15 27:9,19
58:8 85:16 89:1
122:11 168:7
180:19 191:13
202:21 257:11
287:17 335:16
April 7:7 55:24,25
56:2 181:19
Archives 65:22
66:2
area 6:5 23:14
24:11 25:8 26:7
32:21 60:15,23
62:9 123:6
124:16 125:8
171:1 177:1
178:8 179:8
242:22 249:3,11
317:5
areas 60:22
105:21 139:8
302:3,5,18
arena 23:16
117:14
arguably 112:7,16
112:25
argue 125:1
Arizona 251:22
252:1
armor 231:8
Army 62:8 101:3
120:7,15 121:8
121:11 122:4,8
122:24 125:6
126:23 137:8
138:1 139:23
155:21 156:1,18
157:1 159:5
264:1 279:11
299:18
arrangements
287:9 293:4,7
arrive 41:17 250:5
320:4,10 334:17
arrived 245:13
arriving 296:17
art 23:15 252:15
ARTHUR 4:4
articulate 141:9
as-low-as-reas...
113:1
aside 14:18 165:1
asked 54:1,3,17
61:6 71:5,5,16
76:1 81:7 93:4
94:13 110:9

116:5 118:8
157:5 171:13
172:23 185:17
214:7 216:17
217:4 218:23,24
219:3,8 221:8
232:4 235:15
242:24 261:4,9
264:3,23 272:17
273:13,25 295:2
323:11 327:4
asking 79:3 82:16
91:16 121:11
158:1 231:9
253:17 280:17
281:9,10 296:3
asks 11:5
aspect 36:20,23
98:25
aspects 254:19
assert 26:2
assess 23:10
assessing 227:21
assessment 4:5
47:20 230:1
234:1 236:25
237:4 239:19
295:21
assignment 68:24
69:4,6 71:21
185:8 294:22
318:4
assisted 55:14
57:21 242:3
associated 7:9
8:16
Associates 20:8
20:11,19 21:19
27:9 29:4 48:22
associating 239:4
assume 77:25
78:4 130:2
202:3,5 260:25
313:17 314:3,8
314:12 325:21
325:22 327:4
assumed 314:5,9
314:15,21
assumes 213:11
assuming 24:17
40:22 103:25
131:24 142:1
156:4 253:2,7
253:10 286:18
295:3 338:12
assumption
131:7 142:2,6
190:13 191:11

193:1 203:19
207:22 218:25
219:3 240:24
243:4 254:1,4
256:9,12 261:4
261:8 264:3
298:15 312:15
312:19,22,23
313:5,19 315:7
326:21,24 327:1
327:2,9 334:23
**assumptions**
77:25 311:25
312:2,5,14
315:11,14
**Atomic** 7:4 40:18
84:19,20 87:10
88:14 90:23
100:12 101:21
113:9,19 142:8
142:21 143:10
144:20 145:7
148:17,22 149:1
149:13,21 150:1
156:1 160:6
199:18 219:6
225:10 263:22
287:25 289:25
325:25
**attached** 5:8 6:2
7:2 14:16,22
341:10 343:8
**attempt** 302:22
313:7
**attempting**
115:11
**attorney** 341:12
**attorneys** 10:13
47:12,16,18,21
**attributable**
216:17
**August** 6:25
54:24 67:4
**author** 64:11,14
74:13,15,17,19
237:6 238:19
242:1 253:11
**authored** 9:23
**authoritative**
100:5
**authorities** 21:7
67:16
**Authority** 151:17
219:24 221:6
225:12 294:11
**available** 54:4
55:4 62:15
63:22 69:7 78:5

135:3 155:3
171:17 224:20
281:16 300:24
301:2,7,9 320:9
336:18
**Avenue** 2:6 8:13
54:6 58:25 59:8
65:15 71:23
75:2 92:20,25
102:20 107:21
108:13 119:10
127:14 132:14
140:11 146:8
151:12 152:21
153:17 154:2,15
157:16 158:12
216:18 223:4
239:5,15,20
242:21 243:24
244:23 250:20
254:12,23 257:4
258:16 259:3
275:6 277:12,17
277:19 278:2,14
278:18 281:21
281:24 284:19
285:8 286:16,19
287:12,13,15
293:5 296:13
297:19 298:7
302:10 303:24
304:8 308:10
314:1 320:22
321:14 322:12
326:23 329:6
330:15,22
331:20 332:4,7
332:12,22
333:12,14,15
334:4 335:7,24
337:3,4
**average** 23:17,20
25:10 60:18
141:14 166:25
167:6,19 168:22
169:11 170:2
187:9 188:1
189:2,3,12
192:4 195:25
196:3,5,9
197:23 198:8,10
199:5,8,11,21
200:1,6,12
245:5 268:20
269:13,18,25
270:3,6,7,14,19
270:20,23 271:2
272:9,9,11,11

314:20
**averaged** 197:12
**averages** 25:13
197:17 198:1,5
268:13,15
269:24 271:14
272:5,7
**averaging** 268:23
**aware** 39:3 52:1,5
52:10 59:2 83:6
85:24 98:3,23
99:2 100:11
101:24 109:11
113:8,13,15,17
114:9 116:1
117:7,9 132:7
132:15,16
135:22 140:1,7
145:4 149:1
158:10 173:7
175:7,15 199:18
199:22 216:7
259:16 288:9,14
289:7,10,21
294:14 299:23
301:21 315:25
324:1 328:14
329:16 330:1,10
330:13,14,20
**awareness**
148:19

_____

## B

**B** 3:4 5:7 6:1,5 7:1
110:5 113:7
115:1 116:1
129:2 140:24
169:25 188:21
189:9 194:3
201:9 211:13
212:10 310:12
**bachelor's** 16:21
**back** 14:17 16:22
26:5 33:18 36:3
47:6 54:13
67:14 107:7
112:10 117:20
121:22 122:11
123:1 124:13
125:4 126:10,23
128:20 130:17
135:3 137:2
140:12 142:9,10
142:21 145:2
155:15 160:22
164:9 169:23
172:14 175:16
175:18 191:18

193:12 204:10
204:23 210:25
211:23 225:6
239:8 247:23
266:9 275:13
279:9 286:25
288:20 292:18
302:22 303:19
332:11
**back-calculating**
136:2
**Backfit** 5:24
**background**
16:20 55:16
67:6 81:16 82:7
82:18 137:20
249:24,25
306:25 307:1
328:5,13,19,22
**BACON** 3:14
**bad** 13:4
**balance** 115:11
**ball** 334:7,9,25
335:8 336:21
**bargains** 88:25
**barium** 65:14
75:16 322:12
**base** 237:19
239:13
**based** 69:2 75:13
90:16 93:13
96:15,15 123:13
131:7 141:4,8
142:1,5 143:4
147:13,24
164:16 174:18
186:20 188:18
189:14 194:9
197:23 210:14
213:5 214:11
217:10 220:23
221:1,2 281:15
295:25 316:18
316:21 329:17
330:5 334:18
337:24
**baseline** 311:11
**basic** 334:23
**basically** 72:15
87:18 187:6
192:15 228:4
239:12
**basin** 164:20
**basis** 67:8 95:16
112:2 129:14,20
173:8,10 185:19
209:4,10 243:19
267:17 327:1,2

327:3,8 328:2,3
334:11
**basket** 34:20
**Bates** 5:22,24 6:8
6:13 195:16,23
**Bates-labeled**
195:10
**Bear** 331:3
**bearing** 244:21,24
**Bechtel** 278:10
**becoming** 299:23
**beds** 45:2
**began** 107:18
109:3
**beginning** 13:16
52:18 198:4
282:19,22
**begins** 331:8
**behalf** 3:3,11,19
8:23,25 9:2,4
29:13,18 31:3
33:6,8 36:9
41:19,21 47:8
48:21 70:10
85:5 279:9
297:1 318:23
**belabor** 152:6
193:1
**Belcher** 87:10
**belief** 185:20
188:23 189:5
288:3
**believe** 10:16
11:15 12:6,11
12:15 13:7 14:8
14:11,14 15:15
16:17 20:5 22:3
29:25 30:1 32:1
34:14 38:23
47:12 49:9,15
49:21 51:15
53:21 55:13
59:11 60:21,21
60:24 61:3,11
67:21 74:4 84:6
87:6 98:20
102:4 113:24
114:1,2 121:16
134:16 138:9
149:9 156:9
157:17 159:2
164:21,25
168:18 169:5
174:12 180:8
184:3 197:16
199:6 208:8
224:6,18 228:19
233:20 248:22

249:15 260:5
263:16 266:4
267:12 268:7,10
271:3 278:20
280:8,10 282:11
287:23 289:18
296:18 299:14
305:5 307:2
326:11 330:24
334:7 337:14,24
**believed** 53:13
61:22 74:24
255:16
**benzene** 30:21
**best** 163:2 203:16
247:14 321:4
**better** 20:24
180:13 333:25
334:15
**beyond** 223:21
306:1 321:3
**biased** 240:17,20
240:23 241:1
**big** 41:10 43:14
59:19 72:14
110:8 181:9
269:4 313:21
**bill** 88:7,12 89:24
90:21,21 332:19
**billed** 57:10
**bimonthly** 323:6
323:22,25
**bins** 139:1
**bit** 12:10 44:23
52:15 53:9
54:15 65:4
72:21 83:14
88:6 111:19
169:16,18
184:23,24 198:4
206:7 207:1,13
211:22 214:6
221:22 225:3
240:23 248:7
**blame** 293:23
**blowing** 315:8
**board** 19:21 33:20
33:23 36:6
181:22 235:2,4
**Bockius** 2:5 3:21
8:13 226:19
**body** 87:16 198:9
205:14 208:1,7
266:17 308:4,6
**bogged** 157:25
**bold** 119:6
**bolts** 247:11
**book** 205:17

**bored** 45:6
**boring** 244:15
**bother** 57:7
**bottom** 44:24
136:5 151:4
162:18 165:8,14
165:20 182:5
197:10 210:19
211:3,7 216:22
290:4 310:9
**Boulevard** 3:15
**boundaries**
152:20
**box** 314:13,23,24
315:5,6,16
318:12,13,14
329:18
**Boy** 202:1
**branch** 84:18,19
**break** 45:6 46:15
80:13 134:1
150:14,16 151:1
154:18 162:2
214:20 215:1
226:10 303:6,11
**breakdown** 21:18
**breaking** 134:1
191:16
**brief** 283:25
**briefly** 59:10
154:11,12
**bring** 11:6,17 12:2
13:7,10 66:11
**broad** 24:7 50:15
60:4 65:3 84:13
108:21 117:12
312:3,7
**broader** 296:5
**broadly** 18:4,22
159:6 174:13,15
175:24 184:9
205:22 216:4
**Broadway** 8:17
**broken** 94:16
140:21 221:3
**brought** 5:16
11:13 12:5,6,11
12:14,22 14:11
26:15 52:23
53:1,11
**build** 248:8
293:14
**bulk** 22:4,7
**bulletins** 18:5
**bunch** 73:16
242:21
**buried** 119:24
274:10

**business** 130:1
313:18
**Butler** 1:6 8:7
49:18 73:9

---

**C**

**C** 3:1 4:1 5:1 8:1
**C-liner** 89:1,13
**calculate** 133:8
153:20 168:21
185:24 192:15
217:6 269:5
272:11 304:18
317:4
**calculated** 187:8
188:1 199:8
300:19
**calculating**
186:17 197:18
271:14 303:23
308:9,15 313:4
315:7
**calculation** 185:4
186:4 316:15
329:18,23
**calculations**
73:20,22 153:1
153:3 174:18,22
185:23 188:18
195:5 196:10
213:6,18 220:24
237:3,19,21
239:14 240:18
244:8,22 253:20
256:4 268:5,6,7
272:13 273:3
274:1 304:15,21
304:23,25
308:14 311:1,7
311:21 312:1,20
313:9,10,11,20
313:22 314:9,21
315:14 316:18
316:22 317:8
329:14,19
336:19,23
**California** 1:15
2:8,16 8:14 20:2
22:22 41:4
45:16,23 230:24
318:15
**call** 16:2 59:1
113:4 128:9
153:2 199:17
206:23 231:10
232:12,15
234:15,15
247:12 259:6
261:25 268:24

276:8 280:23
313:18
**called** 22:23 25:14
27:12,23 28:18
30:19 33:25
49:2 50:4 54:7
80:8 81:5
155:17 175:14
215:5,11 230:22
252:15 261:22
261:23
**calls** 57:5 99:10
99:13 105:1
112:20 125:13
144:1 147:16
259:5
**Campaign** 309:16
**Canon** 291:14
322:2,6,8
**canvas** 135:6
**capable** 173:16
207:23
**capacity** 40:12
**Capture** 5:18 6:7
6:12,17
**carbon** 162:23
**care** 51:5,7,11,16
51:20 52:7
54:18 67:12
116:3 128:10
130:19 133:17
133:19 283:15
283:17,23 284:1
285:16
**career** 49:19 67:7
**careful** 229:7
**carefully** 71:1
341:2
**Carnegie** 3:22
**carried** 129:3,4
**case** 1:6 8:7,9
9:20,24 13:14
13:24 15:10,25
16:3,4,5,6,7,9
16:14 18:19
20:5 22:11,16
23:2,4,8 25:9
32:2,19 33:4
34:24 35:3,21
36:21 41:13
44:11 46:1,8,10
48:5,13,17 49:4
49:8,10,12,18
49:19 50:13,22
51:6 52:16
53:17 54:2,3,22
54:25 56:14
58:9,15,18

61:18,23 62:3
63:11 65:1,5,6
67:2,10,20,23
68:12 69:19,21
70:10 73:9
77:16,22 79:9
80:3 81:9 82:4,7
89:14 90:13
103:17 109:25
110:1 111:5
116:1,4 118:2,6
118:11 119:18
120:9 128:11
129:1 151:20
160:6 199:15
203:22,22 204:9
215:15,17 216:8
216:13 217:19
218:2,4,8,9
219:10 220:2
221:9 230:10,19
231:17 235:12
238:5,6,8,11,23
248:6,7 264:4
274:18,20
292:18 295:10
312:18 323:23
324:14 334:3
336:14
**cases** 42:19,20,22
42:24,25 43:1,2
43:7,16,24,25
46:4,5 47:14,19
47:19,22 48:7
48:10,20,22
50:2,11 52:6
59:17 67:23
168:3 216:3,5
217:17 218:2
331:9
**category** 24:7
48:3 66:15
114:4 286:22
317:24
**cause** 50:13,21
206:8
**caused** 40:24
43:20 223:5
263:15 296:8,12
**caution** 212:25
**cavalierly** 115:7
**caveat** 122:17
126:18
**ceased** 108:6
**Center** 3:22
**centimeter** 188:14
**CERCLA** 42:22,23
43:2,4 50:11,11

79:11 98:6
121:18,20
217:16,19,20
218:2,2,4,9
262:2,5 264:8
**CERCLA-like**
40:14
**certain** 11:6,15
70:25 121:15
125:2 141:16
185:2 199:3
249:9 271:7
290:13 299:23
301:6 307:15,17
307:17 314:8
**certainly** 26:20
39:3 42:9 43:14
82:6 109:13
114:6 130:12
134:11 143:15
147:10 160:20
169:7 170:18
183:6 201:5
202:11 278:15
305:15 306:4,6
333:7,13
**certainty** 183:24
193:14
**certificate** 340:1
340:13,19
**certification**
340:21
**Certified** 340:1,2
**certify** 340:3
343:3
**certifying** 340:25
**CFR** 49:14,20
54:10 69:13
104:16 110:5,12
111:4 112:7
115:25 121:10
121:22 123:13
123:18 124:17
128:11 130:5,7
131:4 133:9,10
134:8 138:8
141:9 161:16,20
166:8 167:25
168:23 169:10
171:18 185:13
188:21 194:2,15
196:18 210:20
211:4 212:10
213:23 223:14
232:14 267:10
267:13 269:10
271:6 283:23
297:18 298:16

**chain** 299:22
**challenge** 317:4
**challenged** 49:1
**chance** 106:22
209:20
**change** 176:25
342:4
**changed** 54:12,15
285:25
**changes** 35:11,20
164:15 341:8
343:6
**chapters** 117:20
117:25
**characteristics**
72:22 75:6
245:4
**characterization**
20:23 25:21
156:16
**characterize**
42:18 73:11
122:20 159:11
208:11,20 252:3
**characterized**
74:4,25 128:15
208:22
**characterizing**
18:24 28:7 43:9
73:10 209:5
**charge** 58:4 221:8
**charged** 56:24
**chart** 187:3,13,15
220:18
**Chemetco** 22:23
22:23 23:4,8
248:7
**chemical** 45:16
84:25 204:24
205:3,3,5,8,19
206:1,13 207:14
207:18 208:25
229:10 231:12
231:24 248:13
248:15,20,23
249:10,13,17,21
249:24
**chemicals** 30:18
32:5 229:22,24
**chemist** 18:14
231:22
**chemistry** 236:4
**Cheremisinoff**
7:13
**chlorinated** 30:16
**chlorobenzene**
30:17

298:20,22 328:1
**choose** 237:18
**choosing** 142:17
**chose** 237:20
252:17
**chronologically**
33:17
**cinders** 257:13
**circumstance**
256:12
**circumstances**
255:18
**citation** 113:24
114:1 150:1
257:21
**citations** 63:13
113:16 114:10
**cite** 67:7 114:15
120:9,10,15
122:9 123:17,18
170:21 178:20
179:16 210:5,9
329:24
**cited** 66:17,23
67:2 78:23,25
112:5,14,23
113:3,10 125:16
156:14,15
172:20 178:22
279:20 301:10
**cites** 136:17
179:24
**citing** 170:16
294:4 309:1
325:2,6
**city** 3:16 45:21
86:10 291:14
322:2,7,8
**civil** 55:18
**civilian** 38:19
**claiming** 43:25
**clarified** 273:2
**clarify** 24:22
53:12 84:12
218:23 296:2
**Clarita** 34:20 41:3
41:18 42:3 46:1
46:10 48:3
230:23 233:8
**Clark** 7:14 45:21
59:18,21 68:14
68:16,17,20,22
69:3,14,15,16
69:18 70:7 78:8
118:20 295:18
295:20 303:22
304:4
**Clark's** 59:9,15,24
68:9 296:5,7,15

**classified** 173:24
203:16,19
290:12
**clause** 88:11
**clean** 46:12
114:21,21 121:4
122:6,20 123:25
127:1,7,8
**cleaned** 43:11
147:23,24 226:3
**cleaning** 19:9
43:12 127:9
**cleanup** 19:7
21:10 28:8
41:10,22 79:10
79:16 123:6,12
123:21,23 124:7
138:1 147:6,13
148:10 203:22
217:23 232:21
233:15,18,22
234:3 273:19
**cleanups** 28:22
**clear** 82:16
106:11 145:19
151:19 185:10
193:15 213:21
218:7 275:1
280:21 322:24
333:21
**clearly** 183:10
334:12
**clients** 18:13,22
19:5 21:5 57:7
297:1,16
**close** 230:11
277:8
**closed** 182:17,19
**closer** 186:4
278:17
**clumsy** 189:7
**coach** 125:19
**coaching** 126:1
271:20 292:10
292:16,20
**coarse** 72:18
**coarser** 73:6
244:9
**cocktail** 17:22
**code** 54:10 67:15
110:15 111:18
141:18 267:6,8
272:1
**coefficient** 208:14
208:16
**coefficients**
208:19
**coined** 267:21

268:1
**Coldwater** 50:19
54:20 136:9
137:12 160:2
223:6 224:2,4,6
225:7,19 277:16
301:2 327:23
331:12
**colleague** 55:14
118:15
**colleagues** 78:11
118:10
**collect** 142:16,23
265:16 270:14
272:10
**collected** 142:12
155:22 156:20
165:12 166:11
180:8 188:9
189:16 196:7
200:7 224:16
276:10 277:6,8
278:16
**collecting** 24:2
265:15 266:15
**collectively** 52:25
128:5 235:11
**College** 16:22
**Colorado** 291:15
309:10 322:2
**colored** 180:13
**column** 166:22
181:25 190:16
192:18 193:9,21
193:22 200:2,12
201:13 211:5
276:20 309:12
**columns** 166:13
194:4
**combination**
64:12,15
**combined** 187:5
**come** 14:17 47:19
51:20 71:16
75:1 100:25
121:16 125:20
139:14 204:21
204:23 222:19
262:17 265:25
267:4 315:2
316:7 335:22,25
336:10
**comes** 44:5 67:5
71:19 101:1
115:6 266:17
311:18
**comfortable** 94:1
**coming** 126:23

145:1 244:25
336:13
**comment** 319:13
**commercial** 23:3
38:15
**commingling**
132:18
**commission** 7:5
40:18,19 80:7,9
84:19,20 87:11
88:14 90:24
100:12 101:8,21
113:9,10,19,20
142:8,21 143:10
144:21 145:7
148:17,22 149:2
149:13,22 150:1
156:2 160:7
199:19 219:6
225:10 263:23
287:25 289:25
325:25 343:17
**Commission's**
62:13
**committed**
326:14
**Committee**
318:23
**common** 96:17
116:21 290:17
291:2
**commonly** 66:6
**communication**
56:24
**communities**
29:21,23
**community** 30:7
31:3 33:10
**companies** 286:1
286:18
**company** 20:12
27:23 33:24
38:17 45:16
50:5 84:22,25
87:14 88:16
107:25 108:4
236:12 237:5,7
260:16
**comparable** 72:11
317:2
**comparative**
203:12
**compare** 54:9
69:11 138:6
162:3 171:17
185:25 193:20
317:20
**compared** 65:5

206:11
**comparing**
167:24 168:23
300:18
**compilation**
253:21
**compilations**
309:6
**compile** 172:19
**complaint** 44:17
67:19
**complete** 13:22
70:17,19 166:1
222:18 280:9,11
280:13 284:1
**completed** 29:1
149:12
**completely** 183:5
**completeness**
204:5
**completion** 222:7
**complex** 316:11
316:14 317:19
336:16
**compliance** 26:24
39:1,7 42:10
49:20 113:10
121:21 123:1
143:7 317:1
319:4,21,25
320:7 325:18
328:7
**compliant** 115:19
**complicated** 83:7
161:18
**complied** 50:5
112:6
**complies** 180:14
**comply** 19:6
104:16 112:7,16
112:25 113:12
117:17 297:16
**complying** 104:4
112:14,23
**component** 45:25
113:12
**composition**
187:20
**compound** 30:19
201:18 207:1
231:1,19 232:16
241:12
**compounds** 32:5
129:18 233:10
235:25
**comprehensive**
158:10 159:1
**concentration**

23:20,20 60:13
73:14 136:1
161:24 168:4
169:12,15 178:9
185:9,24 188:10
189:10 195:24
198:8 212:9
268:5 276:15,22
278:16 317:19
**concentrations**
22:18 23:13,17
23:17 24:20
54:8 59:22 60:2
60:18 61:2 69:8
69:10 131:1,2
138:17,20
152:19 153:21
155:20 159:17
165:23 166:25
169:11 174:4
176:19 184:25
186:25 197:11
204:18 212:4
220:24 237:23
256:7 265:3
268:20 273:4
274:2 275:10,17
275:18 280:23
281:3,5,11,17
295:9,16,21
296:17 300:18
304:9,10,19
308:16 310:15
315:24 320:5,12
**concept** 25:14
51:22 114:10
**conceptual**
247:12
**concern** 31:1
33:12,15 64:8
231:20 273:17
321:3
**concerned** 171:22
**concerning** 232:6
286:16 300:1
307:24 315:11
**concluded** 136:6
252:19,19 339:8
**conclusion** 96:16
96:17 104:8
105:1 112:21
125:13 147:17
163:14,23
209:10 245:14
259:5,7 297:22
300:23 334:23
338:19
**conclusions**

253:4
**concurred** 312:24
**condemn** 41:24
**condemnation**
41:14
**condescending**
319:11
**condition** 110:10
**conditions** 69:8
164:13 165:3
**conduct** 20:23
216:5 258:3
**conducted** 33:22
158:19 159:6
227:19,22
233:12 234:11
238:22 279:8
308:14
**conducting**
237:22
**conferring** 180:4
**confidence** 25:15
25:25 60:19,25
61:4,12
**Confidential**
162:19 290:7,8
**confidentiality**
12:12 53:20
**confirm** 279:25
**confirmed** 279:23
280:1
**Congo** 309:9
**connected** 287:6
**connection**
284:14
**consequence**
148:12
**consequences**
217:24
**conservative**
203:17 211:19
256:3,8
**consider** 67:11
139:12 240:16
260:19 263:13
263:21,25 264:9
264:21 293:9
294:20 296:20
296:22,24
297:14
**consideration**
264:16
**considered** 30:25
219:2 262:13
264:5 273:19
295:5 312:23
**considering**
317:9

**consistent** 89:7
92:23 93:16
194:6 211:21
213:3
**constant** 192:13
**constituents** 31:1
273:17
**constrained**
173:9,11
**construct** 247:22
**constructed**
130:23 247:19
**construction**
151:12,22 294:6
**consultants**
74:18 299:13
**consulting** 27:12
27:25 28:17
34:4 237:8
**contact** 78:10
**contain** 15:11
79:11 96:25
**contained** 53:10
57:11 142:3
174:5 180:9
184:13,14
196:19 237:21
262:4,6 292:3
298:17,20,21,22
**contains** 195:16
197:3,5 266:16
**contaminant** 18:1
18:3,4 32:6
33:15 44:1
54:19 66:8,19
155:16 231:21
233:6 334:8
**contaminants**
18:5,11,13
22:18 30:13,16
30:22 33:12
34:21 38:4 69:9
127:21 128:14
129:12,13
153:18 193:3,3
229:2 233:9
289:16 335:4
**contaminated**
28:22 47:5
119:10 128:24
136:8,11 140:3
145:5 147:5,6
223:6 224:1,9
262:19 288:11
291:3 293:13
318:11 327:22
330:3 334:5
**contamination**

6:4 16:6,7,10
19:1,3 20:22,25
21:2,11 25:19
37:17 42:21
43:7,10,16
44:13,18 45:1
50:17 79:12
113:14,23
119:12 120:12
121:7 123:5
124:15 125:8
126:25 127:12
135:24 139:20
146:6 147:4
159:9 160:2
161:4 178:10
216:6 217:25
228:24 229:15
230:5 231:24
265:12 274:6
279:4 289:11
296:11 302:1,12
302:16 314:13
317:5,6,7 328:5
330:11,18,21
334:25 335:7
**contemplated**
283:7
**contemporane...**
72:4
**Contemporary**
104:2 284:10,14
326:12
**contend** 269:24
**content** 155:7
175:23 176:3
**contention** 184:6
**contents** 285:14
306:12,20
**context** 120:11
262:1 286:20
**Continental** 87:14
88:15 89:18
90:25 104:24
105:4 219:22,23
221:5,5 260:17
**continued** 4:1 6:1
7:1 13:21 164:6
173:14
**continuously**
314:19
**contract** 12:14
53:23 87:18
96:5,6 97:6
98:21,21,23
109:14 156:6
171:5 218:22
**contracted** 98:17

**contractor** 85:8
117:15 148:16
260:10
**contractors** 41:12
117:11,16
132:25 133:3
155:19
**contracts** 29:15
85:9 88:17 91:2
94:7,17,22
100:3 148:20
292:18
**contractual** 287:9
293:4,7
**contributed**
219:12
**contributing** 67:8
**control** 222:9
322:20 340:24
**controlled** 113:19
**conventional**
75:7 216:14
**conversation**
69:2
**conversions**
166:8
**converting** 194:5
317:18
**conveying** 88:15
**conveys** 88:25
**copies** 13:8 53:16
**Copper** 251:24
**copy** 12:11,14,18
12:20,22,23
13:8 15:9,11
53:22,22 70:13
70:20 118:23
162:23 209:25
305:1,16,18
307:22 338:21
340:11
**core** 74:21
**corners** 196:25
**Corporation** 3:19
4:5 7:5 9:5
104:2,24 226:20
226:22 237:1,4
284:11,15
**Corporation's**
322:1
**Corps** 62:8 101:4
120:7,15 121:8
121:12 122:5,8
122:24 125:6
126:23 137:8
138:1 139:23
155:21 156:19
157:1 159:5

264:1 279:11
299:18
**correct** 9:16,17
10:2 12:4,7,8
14:22 17:7,8,10
20:3,9,16 25:8
25:11 28:24
31:18 35:8
39:20 40:4 41:4
43:4,5 44:22
48:6,15 49:16
49:17 52:21
53:25 55:1
56:15 57:13,19
57:20,23,24
58:3,6 62:21
63:21 64:16
66:12,13 68:9
68:10 70:16
74:22,23 76:14
76:15 77:6,14
80:24 81:9,24
81:25 82:5
84:16,17 87:11
89:9 90:25 91:9
91:10 92:25
94:13 95:1
102:9 103:10
107:1,11,12
108:13,14 111:6
111:7 119:7,13
119:14,25 123:2
123:7,13 124:10
124:20 126:17
127:16,17,19,23
127:25 128:3,16
129:5,6 137:21
139:22 140:16
141:5,15 145:8
145:9,15 146:10
146:11 148:5,17
148:18 149:14
149:15,17
151:17,18
152:23 155:9
156:2,3,8,9,20
156:21 157:19
160:18,19
162:17 164:4,5
164:24 165:13
166:20 168:9
170:10,11,14,22
170:23 171:2,3
171:7,8 172:3,4
173:18 176:4,7
176:8,12,16
177:23,24 178:5
178:6,17,20

179:2,3,7,19
180:20 181:22
181:25 182:7
185:5,6,22
187:7 188:6,7
188:18,24 189:4
189:13,25
191:18,22
193:12,23,24
194:12 195:7,8
195:17,18,21
196:1,20 197:7
197:8,21 198:15
198:25 200:1,16
200:21,22,23
201:25 202:20
203:23,24 204:1
204:12 208:8
210:7,8,23
211:1,5,9,10,16
211:17,19,20
212:5,6,11
213:14,25 214:1
214:4,5,15
215:6,11,12
216:20 217:7
218:16,17
219:24,25 221:6
222:3,12,13,25
223:1,12,13,17
223:18 224:7,10
224:24 225:2,19
227:6,7,10,16
227:17 228:6,7
228:19 229:5,12
229:13,25 230:2
230:3,16,17
231:18 232:3
233:22 234:25
235:17,18 237:1
238:23,24
239:15 243:21
243:22 244:5,6
244:18,20,23
246:5,11,12
247:17 249:7,8
250:3,4 251:9
252:2,13,24
253:1,13,19,24
254:7 255:12,21
255:22,24
256:15,19,23
257:4 258:4,16
259:18,19,21
260:14,15 261:7
261:11,12 262:7
262:8,11,12,14
262:20,24,25

263:15 264:22
265:4,24 266:10
266:11,23 267:2
267:14,22 268:5
268:10,13,18
269:15,16,19
271:8 273:8
275:4,6 276:18
276:19,23,24
277:2,4,25
278:1,3,5,11,12
278:14,19 281:6
281:21,22 282:3
282:4 283:16
285:20,21 286:9
289:21 290:1
291:13,17 294:7
297:7,8,20,21
298:7,10,11
299:3 300:2,5
302:13,21,21
304:22 305:3
307:11 309:12
309:13,19
310:14,17,18
311:9 314:16
316:19 318:15
320:2,22 321:1
323:4,5,17,24
324:3,5 325:13
326:17,18
328:16,21
329:20,21 331:1
331:15,18 332:1
340:11 343:4
**corrected** 192:11
324:25
**corrections**
243:11 341:3,5
343:6
**correctly** 72:9
89:5 95:13
136:14 139:3,24
140:5 145:23
151:13 152:22
154:16 158:13
163:15 166:2
175:5 178:12
181:15 187:3
197:14 223:8
246:4 288:25
**correspondence**
323:4
**corresponds**
160:15 161:10
182:4
**cost** 57:4 233:18
233:23,24 234:4

233:15 337:4,7
**Cotter** 3:19 7:5
9:5 140:1 145:3
151:10 221:25
222:24 226:20
226:21 239:5
243:24 258:18
258:19,20,24
259:9,14,16
260:3,6,9,9,10
264:5 282:5,9
282:11,12,14
284:15,18
285:25 286:4,18
287:7,10,12
288:14 289:6,9
289:20 290:13
290:16,23 291:5
291:8 292:19
293:4,18 295:4
299:13 310:1
322:1 323:7,9,9
326:13,21
328:11 330:1,6
330:23,25
**Cotter's** 216:18
222:23 297:19
298:7 300:1,4
322:13 329:5
**COTTER000006...**
5:22
**COTTER000007...**
5:24
**counsel** 8:21
77:24 78:6 92:2
94:4 105:24
125:19 180:4
222:24 255:9
261:6,9 298:15
305:19,21 327:9
332:20
**country** 121:5
**county** 222:9,11
222:15,16
322:20 323:10
**couple** 54:18
63:12 74:8 79:3
123:2 131:21
135:14 136:16
139:13 146:4
169:9 203:2
228:14 233:6,7
311:17 329:2
**course** 107:19
109:20 247:1
**courses** 17:15,18
**coursework**
17:11,13

**court** 1:1 2:15
8:10,16,18,20
9:6 49:1 341:15
**court's** 305:21
**cover** 57:4 114:3
135:6 162:18
**covered** 134:7
140:24 141:25
146:15 293:6
**crack** 44:7 190:24
**create** 77:15
191:4
**created** 314:14
**creating** 224:3
**credentials**
238:19
**creek** 50:19 54:20
136:9,13 137:12
139:1 140:11
160:2 161:5
164:3 223:7
224:2,4,6,7,9
225:7,19,22,24
277:16 289:12
301:2 327:23
330:12 331:12
**crew** 137:5
**critical** 122:10
160:7
**criticism** 71:2
**criticisms** 60:6
222:16
**critique** 7:12
122:19
**cross-examine**
116:24
**crush** 206:24
**CSR** 1:25 340:18
**cubed** 193:10,21
194:1
**cubic** 188:14
**curiosity** 59:16
**current** 14:15
49:18 111:12
160:17,21
270:25 271:1
**currently** 20:7
22:3 48:16
**curriculum**
307:14
**cut** 207:12
**CV** 14:21 15:12,18
16:15,18 19:15
31:16 34:15,23
34:25 35:3,13
35:16 43:23
227:25 251:17
251:19

**CVs** 35:21,25

---

## D

**D** 3:13 8:1 277:22
**daily** 27:2
**damaged** 182:21
**damages** 43:18
43:19,19
**Dartmouth** 16:22
**data** 5:18 6:7,12
6:17 23:10,12
24:2,9,15,17,18
25:5 54:4,5,6
55:15 57:16
58:1 60:24 61:9
61:12 69:7
72:10 78:4
133:7 152:21
155:11,14,23
156:19,22
157:11 159:13
159:23,24,25
161:3 165:12,21
166:10,19,23
167:19 168:21
169:16,18 170:9
170:13 171:9,10
171:17,22,24
172:16,20 173:4
173:7 178:19
179:24 183:2
188:5,16,17
194:5 195:4,14
195:17,20 198:9
214:6,8 224:16
224:20 243:20
250:18 253:21
268:4,8,17,24
269:25 270:11
270:13 271:2
272:10 276:9
281:16 282:1
300:3,8,9,11,12
300:13,24 301:2
301:5,7,7,9,10
301:12,15 310:3
311:14,15
315:20,21 316:2
316:14 317:10
334:20 336:7
**database** 62:3
63:3,6,19,24
64:2,25 66:1
76:13,18,23
77:2,13 81:13
**dataset** 26:2
194:18 269:4
270:13,24

**date** 8:5 31:23
64:11,14 86:2
103:20 107:4
144:23,24
156:17 175:13
214:12 282:7
340:15 341:7
343:11
**dated** 15:10 53:19
162:16 256:24
**Daubert** 49:2
**daughter** 176:6
**day** 198:5 270:22
304:2 319:13
343:16
**days** 21:24 79:4
134:22,24
323:12,20
341:12
**DDT** 30:19
**deadline** 323:14
**deal** 114:20
**dealing** 31:4 32:5
**dealt** 32:19
**debris** 119:24
**decade** 125:7
**decades** 123:2
126:24 147:14
**decay** 176:6
**December** 103:22
104:1 270:18,18
**decent** 80:13
**decide** 199:10,10
**decided** 211:21
250:16 254:16
316:13 337:5
**deciding** 127:1
**Declassified**
290:9
**decommissioni...**
109:7,10,16
294:17
**decrease** 139:21
**deemed** 341:15
**deep** 123:20
**deeply** 117:22
**DEFENDANT** 3:11
3:19
**defendants** 1:10
47:8
**Defendants'**
223:3
**defense** 41:12
47:25
**define** 20:24
247:12 329:8,10
**defined** 327:25
**definitely** 69:22

307:10 321:9
**definition** 253:15
327:24 328:18
329:11
**definitively**
307:12
**degree** 13:15 29:2
125:2 152:5
174:5 183:24
186:7 193:13
206:4,5,16
228:25 262:23
263:13,17,20,21
263:25 264:21
264:24
**Del** 30:9,14,23
**demolition**
119:24 274:10
**Department** 222:9
222:15 322:21
323:10 337:19
**DePascale** 45:17
227:24
**depending** 51:20
**depends** 18:21
23:21,22 26:1
73:15,16 248:5
260:1
**depictions** 24:15
**depleted** 42:4
231:2,4,5,10,12
231:18,19
233:13,22 234:2
234:14,17
**depo** 78:25
**DEPONENT** 343:1
**deposing** 341:12
**deposit** 136:11
**deposited** 37:2
76:24 334:6
**deposition** 1:14
2:1 5:9,11,17
6:3 7:3 8:4,12
11:3,7 14:13
15:23 16:1,13
78:17,21 106:1
119:16 218:9
243:15 246:16
339:7 341:2,10
341:13,14
**depositions** 10:2
67:22 68:6
227:23
**derive** 153:24
192:9
**derived** 157:23
308:19 335:9

describe 17:23,24
17:25 37:12
65:14 127:6
129:11 204:16
276:13 284:21
303:22 304:6
314:23,24 325:1
described 18:19
72:24 75:3
114:11 200:11
235:16 272:17
314:1 325:11
337:8
describes 111:18
112:3 242:3
describing 228:23
246:4
description 60:11
91:5 92:12
180:18 267:17
323:2 328:24
332:14
descriptions
35:12 57:19
74:11 244:14
245:20
descriptive 114:5
115:6 124:24
126:19 134:10
140:22 141:23
designated 21:25
62:10 113:7
designation
75:13,19 174:2
designations
75:10 173:25
desire 267:18
detail 12:10 59:4
143:3 158:5
186:5 230:8
241:3 308:4
324:18
detailed 157:9
203:15 230:12
336:7,8
details 100:16
231:11
detected 188:10
detections 276:25
determine 23:13
23:19 26:7 54:8
110:2 155:2
157:2 178:9
204:11 232:9
299:15 304:16
determining 60:2
79:10 319:4
develop 13:17

26:6 40:2 41:22
46:24 186:23
developing 28:8
41:10 46:23
devising 235:23
dicarbonate
206:19
dicta 116:19
Diego 32:24
difference 125:24
125:25 126:4
177:8 246:19
251:4
different 30:2
31:16 34:20
38:3 51:19 60:8
60:22 69:9 75:6
83:14 101:3
122:25 124:4
125:17 128:7,8
139:13 152:1
164:12 170:18
174:9,9 187:10
187:20 198:19
205:10,18 245:3
260:25 264:15
266:14 270:1
286:1 311:14
313:1,2 316:12
318:12,17
319:23 331:14
differentiate 75:4
191:1
differently 155:1
difficult 202:1
280:21
dig 123:20
dimensional
24:15
dimensions 315:4
315:9
dioxide 207:2,4
direct 176:6
247:18,18
255:18 290:15
340:24
directed 221:25
222:24 247:4,7
247:8 261:6
directing 152:7
direction 183:17
183:19 243:18
312:8 336:3
directions 271:22
335:6,21 336:9
336:10
directly 55:11
59:18 95:11

136:12 282:12
dirt 135:12
disagree 71:14,24
85:21,23 182:10
243:2,7 256:1
257:14,16 272:3
272:4
disagreed 255:25
disagreeing 75:23
discharge 281:16
discharged 155:8
discharges
138:16 147:5
280:1,3 281:1
disciplines 36:16
discover 312:4
discovery 5:18
6:7,12,17 11:21
11:24 61:23
80:22 81:2,9
323:23
discrete 167:21
169:12
discuss 54:19
119:23 266:25
309:1
discussed 14:10
20:20 195:6
223:21 296:14
304:11 308:3
318:24
discusses 59:11
discussing 268:6
discussion 68:3
184:2 230:12
276:5,11 338:16
disintegrating
182:19
dismantling
340:12
dispense 10:5
dispersements
127:24 128:13
disposition
181:25 182:14
dispute 43:8 49:4
217:22 241:19
292:22
dissolve 207:1
dissolved 37:1
129:12,16,17,18
130:4 131:2
dissolves 205:16
dissolving 207:24
distance 321:15
distinction 81:1
132:16 332:8
distributed

231:25
distribution 71:21
72:1,6,13,13
73:1,11,17 74:1
75:21 243:5,12
245:5 246:14
250:19 255:17
256:4 312:16
314:12,15
distributions
243:10 256:11
District 1:1,2 8:10
8:11 264:2
ditch 225:20,21
226:1
ditches 109:4
137:6 140:10
144:13,15
156:16 223:7
225:18,22
327:24
divested 86:6
Division 1:3 5:23
8:11 222:8
322:19
divvy 217:23
docket 305:21
doctor 180:6
228:11
document 5:18
6:7,12,17 10:24
10:25 15:5,20
48:1 57:16 62:2
62:20 63:2,3,8
63:17,18,20
64:5,8,11,14
67:1 68:4 77:2,7
82:21 83:16
87:4,5,7,22 88:8
89:4,21 91:17
93:14 94:20
103:3,6,7,12,13
105:12 131:15
145:7,11,15,18
154:7 156:13
162:12,13,15
163:1 177:15,16
177:17 178:1
181:3 182:25
203:6 209:22
211:23 221:17
255:3,8 256:14
256:16,18,22
283:20 284:4
290:12,14,17
301:16,19 306:9
308:24
documentation

101:2 150:5
160:10 164:10
286:15 287:18
288:2 325:4
documented
167:13 279:11
documents 5:16
11:6,13,16,17
11:19,23 12:5
12:25 13:10
14:1,2,4,7,10
57:22 62:11,14
62:17,22,25
63:5,12,13,14
63:23 64:1,19
64:23,25 65:5,6
65:12,13,21
66:2 67:8 74:6
74:16 76:12,16
76:19,24 77:10
77:11,12 78:22
78:24 79:2,13
79:14 80:4,23
81:5,6,6,7,12,18
81:22,22 82:22
83:2,20 90:8,17
91:8,23 93:5
100:6,8 105:18
105:20 106:4
109:21 118:14
120:7 121:9,13
122:9 181:9
208:10,19
279:19 299:18
299:21,24 300:1
329:7
DOE 203:11
204:22 208:24
210:5 277:22
doing 28:6,23
38:14 64:9 69:1
74:21 90:7
91:23 105:22
110:7 117:1
130:16 132:9,24
138:10,12
151:24 204:8
243:10 249:10
272:13 315:19
316:11 317:17
321:8 341:6
dominant 76:10
190:11
dosage 76:5
dose 5:19 6:18
19:10 37:23,25
208:14,15,16,19
217:7,10

doses 7:8 38:2
216:17
double-check
249:14
downloaded 62:4
77:7
downstream
139:21 220:12
277:9,19
downtown 82:11
82:25 83:4,18
95:12,23 132:20
132:22 149:7
175:16 176:10
248:23 252:4
Dr 7:13,14 8:4
9:18 20:13 34:3
56:12 59:9,15
59:18,21,24
68:9,14,16,17
68:20,22 69:15
69:16,18,24
70:1,5,7 71:8,14
71:20 72:19
73:2,23 78:8,14
78:17 79:7
80:21 118:20
151:1 153:12,15
153:17 154:4,9
190:18 226:18
228:10,15 237:7
237:10 238:7
239:17,21,24
240:1,14 242:1
244:10,12 245:9
245:12 249:12
250:6,12 252:17
252:23 253:3,3
253:8,18,21,23
254:2,4,10,22
255:3,11 258:8
295:18,20 296:5
296:7,15 303:22
304:1,4,15,21
304:24 305:2,8
307:2,13,24
308:18 311:12
312:23 313:8,12
313:14 316:19
321:18 329:19
338:10
draft 13:20
drafted 289:24
drainage 109:4
drawn 163:14,23
dried 243:24
257:12 322:1
drilling 74:10

drillings 74:21
drinking 130:3
160:17,21
161:13 206:6
drivers 273:20
driving 229:9
drum 332:12
333:16
drummed 175:14
drums 175:17
182:17,17,19,19
183:9 332:8,9
332:10,14,21,24
332:25 333:1,3
333:11,13,14,20
dry 159:19
dryer 244:4,7,18
244:20,22
254:12 282:9,12
309:7,20,23
315:23
drying 153:18
222:10 239:19
242:20 254:23
304:13 308:17
313:2 334:4
337:11,23
due 113:14
153:18 334:24
duly 9:9 340:6
dust 72:15 127:25
193:2 279:1
334:5
duties 18:20
28:11,12 36:7
37:13 99:20,23
99:24 100:10
dynamics 139:13

_____

**E**

E 3:1,1 4:1,1 5:1,7
6:1 7:1 8:1,1
342:2
earlier 20:21
35:13,15 53:9
60:11 68:8
76:11 77:8 81:4
123:2 149:10
155:6 156:24
164:18,21 169:6
182:14 188:20
195:19 198:4
218:19 240:23
242:25 243:4,19
246:13 248:8
255:20 257:25
265:1 266:22
268:3 269:15

275:25 276:6
283:11 296:14
299:11,21 305:1
322:23
earliest 297:24,24
298:1
early 68:18
104:22 107:14
107:24 108:11
108:18 109:17
111:13 147:12
267:12 299:19
earth 16:22
easily 184:18
207:5
east 89:2
eastern 1:2,3 8:10
8:11 302:5,13
302:19
economic 99:14
99:14
Eddy 28:18,20
236:14
edging 117:13
edition 111:5,12
111:13
editions 111:8,11
editorial 118:13
118:16
educational 16:20
effect 44:1 147:25
298:3,4
effluent 54:9
69:12 110:4
124:5 128:24
129:9,11,15
130:9 138:17
142:2 152:18
153:20,21
154:12,14,21
155:4,9 157:15
157:21 158:4
166:7,14 168:23
169:9 170:1
171:18,25 172:2
172:6 186:24
188:22 191:23
193:23 194:2,15
200:20 201:23
202:16 203:11
204:18 214:13
214:16 223:15
267:18 271:14
281:5 297:5
298:9 300:19,21
302:24 304:9,10
304:18 308:10
308:15 309:25

310:3 316:8
317:20 320:11
320:21 328:23
329:13
effluents 128:6,9
128:15
effort 37:22 301:1
efforts 204:5
316:15
eight 27:16
either 19:18 20:22
21:7 24:10 25:4
46:6 57:15 67:3
72:7 77:11 83:3
83:18 85:11
158:11 236:18
236:21 238:5
250:15 266:17
295:18 315:21
elected 263:8
electronic 66:1
76:21
element 291:2
elements 157:23
234:12
elevated 137:11
137:13,15,19,20
137:25 138:24
144:12
emission 175:13
248:9 254:22
312:20 313:3
emissions 23:1
32:25 172:11
173:13 174:16
175:11 183:10
184:9 239:19
242:20 244:21
248:11 303:24
304:7,13 308:9
313:4 316:22
318:1,1,2,5,6
employed 73:1,23
94:8 247:6
employee 29:16
145:15
employees 37:19
38:2 282:12
employing 94:3
empty 333:20
EMS 74:18
encountered
49:23,24 74:12
ended 38:18
72:16,23 123:16
331:19 335:8
endpoint 318:18
energy 7:4 40:18

84:19,20 87:10
88:14 90:24
99:8 100:12
101:21 113:9,19
142:8,21 143:10
144:20 145:7
148:17,22 149:2
149:13,21 150:1
156:2 160:7
199:19 219:6
225:10 263:22
287:25 289:25
325:25
enforcement
324:17
engage 21:12
engineer 55:19
120:7,15 121:8
125:6 156:19
157:1 248:13
249:10,13,21
279:12 299:19
engineering
27:12,25 28:17
34:4 39:11 40:2
46:23 248:16,20
249:17,24
Engineers 62:8
101:4 121:12
122:5,9 126:23
137:8 139:24
155:22 159:6
264:1
Engineers'
122:25 138:1
English 91:18
ensures 283:22
ensuring 40:9
entire 67:6 70:22
70:25 172:12
201:4 254:6
264:6
entirely 107:19
entities 151:11
330:19
entitled 88:7
106:1,6 186:12
entity 41:24 74:14
144:22 287:19
environment 18:6
18:7 21:12
115:8 141:22
167:12 203:18
208:12 231:25
279:5
environmental
17:25 18:15
27:11,24,24

28:11,17 33:21
54:6 66:7 69:7,9
97:12,15 109:3
110:10,10
117:18 120:24
130:25 159:7
195:1 237:8
248:17 251:21
261:19 266:12
268:17 270:11
296:25 297:15
**EP** 265:23
**EPA** 25:17 29:15
29:18,19 31:3
40:15 62:10
64:22 74:14,16
79:8 265:25,25
266:2 298:19,23
299:8 301:15
313:13
**EPA's** 265:23
266:8
**equals** 211:15,15
**equations** 313:3
313:13
**equipment**
101:22
**equitable** 262:14
263:2
**era** 279:12
**err** 212:25
**errata** 341:4,6,9
341:11 343:8
**escape** 135:15
279:4
**escaped** 127:13
274:7
**escaping** 290:19
290:23 291:4
**especially** 136:10
**ESQUIRE** 3:4,12
3:13,20
**essence** 188:1
**essentially** 25:5
28:11 81:11
238:4 291:16
**establish** 96:24
**established**
218:18
**establishing**
319:21
**estimate** 58:10
61:9 62:24
69:10 190:2
192:8 198:10
237:23 243:9
244:13 245:4
256:3 270:24

304:18 310:3
316:7 317:9
318:7 320:5,11
334:11,13
335:14
**estimated** 152:20
310:22
**estimates** 186:24
233:25 244:9
336:13
**estimating** 304:7
308:15 316:22
**et** 1:6,9 5:14,15
6:23,24 8:8,8
44:17
**evaluate** 19:7
26:24 42:9
54:17 60:3 69:7
121:4 138:7
171:17 204:5
218:24 219:9
230:4 264:24
286:15 294:16
295:2,8,15
299:12 324:22
**evaluated** 125:7
148:21 232:23
**evaluating** 18:24
28:8 33:21
37:17 39:7
55:15 60:17
61:5 121:21
123:1 126:24
186:17 229:15
251:21 314:10
317:1
**evaluation** 36:21
37:7 38:6,25
61:15 204:9
230:8 234:1
277:13 280:24
**evaluations** 28:22
237:9
**event** 293:22
**events** 136:10
325:6
**eventually** 108:12
**Everett** 20:8,10,13
20:19 21:19
27:9 29:3 34:3
48:22 228:10,11
228:15
**evidence** 142:22
152:9 155:3
163:2 164:13
169:21 213:11
220:1 290:18,20
290:21 292:17

329:7
**evidencing** 329:8
**evolution** 79:16
**evolves** 110:24
**exact** 86:2 156:17
175:13 207:5
213:12 232:24
282:7 318:16
321:15
**exactly** 26:14 81:2
144:19 168:25
169:19 179:24
235:19 255:13
264:11 267:5,23
287:16 288:25
291:5 306:5
330:25
**examination** 5:2
9:11 226:16
340:8
**examined** 9:10
**example** 22:20
32:23 66:23
83:7 113:21
114:19 134:6
146:5 153:16
192:16 248:6
270:16 289:14
290:20 292:10
294:5 317:3
332:3
**examples** 35:1
304:14
**exceed** 114:25
126:14 140:16
157:21 194:15
233:16
**exceedance**
169:18 197:19
200:19
**exceedances**
155:5 169:21
177:21 185:13
213:22 214:3,14
223:16 271:15
310:8,9,11,20
310:22,24
**exceeded** 147:6
154:13,14,22
157:15 158:4
172:1,3,7
194:10 300:21
320:20
**exceeds** 160:16
170:4 189:10
328:23,23
329:12
**exception** 65:8

107:20
**excerpt** 181:5
**excess** 110:3
133:8 328:4,5
328:12 333:4
**excessive** 223:5
327:25 328:18
329:9,12
**excessively** 231:6
**exchanged** 61:22
81:8
**exclude** 156:23
**excluded** 49:7
**exclusively** 47:18
**excreted** 205:14
**excuse** 228:10
256:22 305:7
306:1 331:16
**exemption** 117:15
**exhaustive** 71:16
214:9
**exhibit** 10:19,23
11:1,5,5,10,11
14:12,12,24
15:3,6,8,9,11,15
53:4,8,10,23
55:21 86:23
87:2,9 95:3
102:23 103:2,20
104:1 105:6,10
105:13 106:23
108:1 118:24
151:3 152:17
162:6,10 163:11
171:21 177:9,13
177:14 178:15
180:9,23 181:2
194:20,24,25
195:1 196:13,17
196:19 209:12
209:16,23,24
210:11,17
211:23 221:11
221:15 227:2
254:24 255:4,5
256:15 274:6
275:22 284:6,7
284:8,9 289:18
290:3 305:9,13
305:25 306:2,13
307:5 321:19
**exhibits** 5:9 6:3
7:3 299:11
338:25 339:1
**Exide** 30:1 32:24
33:5,11 317:22
318:4,15
**exist** 100:4 266:8

**existed** 63:25
98:24 268:12
**existence** 266:1,2
299:23
**existing** 54:4
152:21
**expect** 55:5 139:8
139:16 143:16
143:24 220:13
**expectation** 186:6
**expected** 115:7
122:22
**expended** 233:21
**expensive** 41:23
**experience** 97:14
117:16 131:8
143:4 216:11
227:9,15 228:4
229:4 234:22
235:8,16 236:10
236:16 237:13
242:8 250:24
251:3,6,8,13,16
261:18 265:7,9
297:2 307:13
325:8
**experienced** 10:4
37:19 295:9,16
**expert** 5:12 6:21
9:19,23 15:9
18:1 21:25 22:1
54:16 57:16,25
70:10 85:3
88:17 91:2 94:5
94:7,17,22 96:9
99:15 105:22
221:19 222:7
228:6 230:9,13
231:21,23 238:5
238:23 239:13
245:23 247:17
253:12,15,18
261:17 296:20
296:23,24
297:10,12,14
**expert's** 13:5
240:17
**expertise** 17:23
19:13 32:21
60:15 91:17
232:6,10,12
242:23 246:22
246:24 248:15
248:19 249:3,5
249:11,17
**experts** 66:7
68:25 118:10
**expires** 343:17

explain 22:14
  61:23 73:13
  79:24 110:12
  120:21 166:4
  169:7 186:16
  191:23
explicit 315:13
explicitly 130:22
  219:19 239:17
  269:17
exposed 38:3
  43:17 44:12,18
  45:1 46:13
  50:17 220:2
  229:1
exposure 23:16
  23:19 25:21,24
  31:4 37:19
  43:24 44:1,14
  45:19,25 46:5,7
  47:14,18,22
  51:23 59:22
  60:2,13,17 61:1
  110:16 111:23
  124:9 136:7
  229:10 242:22
  280:14,16,18,19
  280:23 281:2,11
  295:21 296:17
exposures 61:5
  231:17 272:22
  272:25
expressed 72:10
  161:19 223:11
  321:2
extended 23:2
extending 330:19
  330:22
extensively 197:6
  197:17
extent 18:25
  20:25 37:17
  120:12 127:2
  132:24 135:24
  168:15 228:23
  229:15 230:5,9
extracting 292:2
extraction 233:11
eye 37:18

          F
fabricated 234:21
fabrication
  234:12,16
faced 317:3
facilities 97:11
  111:22 149:6,6
  234:23 235:24

236:17 237:25
facility 31:10,12
  95:12 96:4
  100:21 141:22
  146:24 224:25
  229:1 235:17
  251:22 316:23
  322:13 324:8
  325:11,18,23
  326:6 328:12
  329:6
fact 148:16 160:1
  165:2 199:17
  202:18 259:8
  265:1,17 268:4
  292:21 315:25
  335:5
factor 52:3 268:21
  336:5
factors 215:11,14
  216:4,7 217:15
  217:16,25
  261:22,25
  262:14,18 263:2
  264:9,13,14
  312:20 313:3,5
facts 77:25 78:1
  213:11
factual 82:18
faculty 36:15
  235:5,14
fail 341:14
fair 12:3,17 13:3,8
  14:13,14 21:16
  21:17 22:8
  24:21 25:2 40:7
  40:19 41:17
  42:11,13 43:13
  49:23 66:25
  70:15 81:3,19
  81:20 82:4
  83:13 93:18
  94:22,23,25
  95:18 98:21,22
  101:9 103:9
  109:17 114:15
  115:2,21 121:23
  124:1 126:14
  131:5 135:21,22
  139:10 142:4
  152:8 158:6
  159:24 166:24
  167:20 168:24
  172:22 177:6
  179:8,9 184:22
  186:19 187:5,11
  194:3,11,16
  196:11 197:20

198:21 207:15
  208:7 212:17
  219:13 222:1
  225:13,14
  239:12 241:5
  251:12 258:24
  261:13,19
  277:10
fairly 87:21
  159:10 173:9,10
  205:15 214:19
fairness 261:17
  261:20
fall 24:4 48:3
  66:15 286:22
falls 114:4 317:24
false 336:15
familiar 31:14
  50:24 51:2
  79:17 109:6
  117:19,22
  181:11 226:21
  237:12 249:16
  298:23 299:8
  324:16,19,20
  337:19
far 11:18 37:24
  152:11 166:15
  167:5 171:21
  193:9,22 208:10
  212:21 214:11
  243:6 321:13
  335:11
Farrington 3:5
  62:18 63:19,24
  64:24 305:23
Farrington's 62:2
  301:16,19
fate 18:1,3,4,16
  18:18 32:6,20
  32:22 37:25
  44:6 54:19 66:8
  66:19 231:21
  273:14
fault 219:13,17,17
February 107:1
  224:12
federal 6:15 21:7
  29:11,14 38:22
  40:6 49:15 50:6
  50:23 54:10
  67:15,17 84:16
  89:9,11 96:1
  97:3,17,21,22
  98:17 99:7
  104:16 109:2
  110:4,15 112:3
  115:19 116:2

117:9 120:24
  126:22 177:22
  204:12 267:6,8
  267:21 297:14
fee 56:24
feed 59:18
feel 93:25 106:11
  319:15
feet 179:18
  180:19
fence 69:10 73:15
  100:22 153:22
  155:13,23
  176:19 184:7,8
  187:1 204:19
  237:24 244:22
  281:11 303:24
  304:19 315:24
fences 291:1
field 29:9 39:19
  66:7 265:10
  334:25 336:21
fields 66:10 334:7
  334:9 335:8
fight 96:17
figure 187:16
  311:6,20
figured 189:17
figuring 187:13
file 5:16 52:22,25
  53:11,13
filed 67:20
files 76:21 322:25
fill 13:18 151:12
  151:22 152:12
  294:13 315:20
filter 129:22 130:9
filtered 265:20
  266:17,22
filtering 265:6
filtration 265:7,13
final 163:13,23
  233:18
financially 43:12
find 12:23,24 63:4
  69:1 72:4,7
  139:8 160:6
  166:11 190:18
  222:15 237:23
  240:22 241:1
  250:10,15,16
  254:19 258:13
  259:18 267:9
  277:1 287:5
  302:6 308:20
  316:2
finding 24:3 139:6
  139:11 144:12

194:17 301:4
findings 253:8
fine 119:20
  214:10 303:12
  321:8
finer 72:25 243:13
  256:5
finish 45:8 134:3
  242:18
finished 16:25
firm 12:15 27:12
  27:25 28:17,17
  48:8,11,17,21
  48:23 53:24
  56:14
firm's 76:18,23
  77:1,13 81:13
  81:23
first 9:9 12:6
  14:16,22 15:9
  15:17 35:7 43:9
  49:22,25 52:17
  54:22 56:1 62:5
  69:6 85:14 90:9
  93:15 94:12
  109:25 119:9,17
  121:2 124:14
  140:12 145:25
  152:24 154:20
  158:9 170:10,24
  172:14,14 178:7
  190:2,10 192:16
  197:25 216:23
  262:21 274:19
  274:19,21
  279:24 287:14
  290:3 291:8
  297:5,7 299:16
  304:16 321:24
  331:8 334:2
five 55:23 56:1,14
  103:5 200:15
  257:10 323:12
  323:20
five-day 323:17
flood 136:9,10
  139:12 165:6
Floor 2:7 8:14
flow 128:2 183:14
  236:4 277:16,17
  279:3
flowed 296:4
flowing 139:9
  161:5
fluvial 139:17
flux 153:18 160:3
  161:7 184:5
  185:4,7,23

**focus** 39:4
**focused** 59:3
**focusing** 223:24
**folks** 44:12 46:13
  53:13 130:22
  132:12 219:9
  262:17 265:11
  291:2 321:10
  336:14
**follow-ups** 226:5
**followed** 121:20
  271:23 299:22
**following** 144:10
  150:3
**follows** 9:10
  60:10 121:17
**foot** 330:23,25
**footnote** 95:4,7
  98:9 170:12
  210:5 294:10
**footnotes** 11:25
  67:3 166:21
  170:22
**force** 229:10
**foregoing** 340:4
  340:21 343:3
**foresee** 141:20
**form** 20:12 26:9
  50:25 52:8 65:2
  77:18 92:3
  93:10,19 94:4,7
  95:19 96:25
  99:9 104:7,25
  105:16,25
  108:20 109:18
  110:19 114:16
  115:3 116:9
  121:25 122:13
  124:21 125:12
  126:2,15 133:11
  137:22 140:17
  141:6 142:13
  160:24 167:4
  204:13,24 205:1
  205:3,5,6,13
  206:2,13 207:14
  207:16,18 209:8
  213:10 215:16
  219:14 223:6
  224:24 232:8
  240:21 241:11
  248:25 251:10
  252:6 258:6
  259:4,23 261:14
  269:20 271:9
  274:12 288:15
  295:11 296:8
  298:25 299:4

**309:25** 323:5
  333:5 343:7
**formal** 35:4 37:14
  273:12
**former** 30:18 35:5
  37:14 122:19
  209:25 227:5,9
  227:15 263:2,4
  263:6
**Formerly** 120:25
**forming** 67:1
  236:25 293:9
**forms** 173:21
  205:9,19,20
  264:14
**formulate** 301:8
**formulating** 238:1
**forth** 292:18 340:5
**found** 21:10 71:11
  72:9 110:4
  137:11,18
  213:23 220:12
  222:10 238:20
  254:18 259:13
  283:23 294:1
  299:17 300:20
  301:6 302:2,18
  311:8 318:11
  334:9,25
**foundation** 252:7
  333:6
**four** 96:7 188:8
  189:15 196:8
  198:15,16,19
  272:22 274:19
**four-sided** 315:6
**fourth** 44:23
  309:16
**fraction** 190:22
**fractions** 192:20
**frame** 36:12 92:22
  104:2 229:8
  284:23 323:17
**frankly** 167:12
  206:10 217:5
  219:23
**Frazier** 78:14,17
**freely** 334:21
**frequency** 24:14
**fresh** 79:15
**front** 118:24 284:2
  290:2
**fugitive** 317:25
**full** 131:20 151:7
  154:10 158:9
  178:7 222:6
  331:8 334:2
  338:22

**fully** 115:19 134:7
  159:11 161:7
  219:2
**funny** 188:13
**further** 145:17
  179:24 325:23
  338:4,7
**FUSRAP** 34:1
  37:12 38:5 62:9
  63:17,21 64:22
  120:6,17,22,24
  121:9,13,17
  122:9 123:11
  126:21 127:9
  155:22 156:20
  157:1 165:25
  203:25 226:3
  279:13 301:14
**FUSRAP's** 122:25
**future** 256:10

---

## G

**G** 8:1
**Gallagher** 34:15
  35:5,23 41:3
  230:14
**gamma** 333:17
**gap** 27:16
**gaps** 315:20,21
  334:20
**garage** 293:15
  294:12
**gardening** 29:7
**gas** 279:2 280:4
**gathering** 12:25
**Gaussian** 316:4
  316:10,19
**general** 51:23,23
  61:8 72:25 73:4
  81:16 82:1
  117:16 125:11
  126:9 127:3
  198:7 212:22
  265:14
**generally** 25:2
  28:2,4 32:20
  37:12 57:15,18
  66:9 77:8 78:3
  79:23 121:17
  139:17 142:15
  160:4 166:4
  186:16 229:20
  229:21 273:18
  298:21
**generated** 249:6
**generic** 24:25
**generically** 23:23
**genesis** 302:23

**geologist** 17:25
  18:15 20:2 38:1
  91:2 97:9
  248:18 257:19
**geology** 16:23,24
  17:7,9
**geomorphology**
  139:17
**getting** 45:5 63:10
  68:1 123:16
  150:10 214:22
  214:24 300:12
**give** 16:19 62:24
  90:3 167:15
  211:8 271:22
**given** 10:1,4 26:7
  31:17 32:15
  46:6 61:24 62:1
  67:23 129:7
  157:3,3 159:17
  172:24 182:22
  211:14 224:11
  298:15 299:16
  316:13 318:5
  335:2,3,5,13
  343:5
**gives** 120:11
**giving** 13:4 218:8
**glad** 273:2
**glamorous** 233:5
**go** 10:23 15:4,14
  16:19 26:23
  27:21 33:18
  36:3,14 37:24
  39:18 45:10
  52:22 53:1,9
  56:5 63:3,18
  65:20,24 66:1
  71:4 76:12 77:1
  77:21 87:3,8,16
  88:5,6,19 89:23
  92:8 93:22 94:1
  94:11 95:2
  103:2 105:10
  106:15 111:24
  118:14 120:3
  122:3 133:21
  142:9,23 143:2
  147:21 151:4
  152:16 158:8
  162:11 163:10
  163:19 165:8
  167:5 169:2
  175:20 178:14
  181:17 182:2
  186:10,15 188:3
  193:8 195:9
  196:22,22,25

**197:9,10** 201:8
  201:8 205:17
  210:13,16,21,25
  211:4,13,22,23
  212:7 215:3,24
  221:16 222:21
  223:2 243:6
  250:16 257:10
  270:16 306:5,12
  308:25 309:3
  313:25 331:9
  333:25
**goal** 112:3
**GoCo** 31:14
**goes** 92:6
**going** 10:16,22
  15:2 20:17
  24:19 25:6 26:5
  33:17 43:8,11
  45:10,10 46:16
  46:19 47:6 53:7
  56:6,9 58:7 64:7
  80:15,18 82:3
  84:10 87:1
  90:16 96:21,24
  103:1 105:20
  122:7 123:4,6
  123:24 133:14
  144:23 145:2
  148:8,9 149:13
  150:8,9,20,23
  155:15 157:17
  162:9 167:13
  177:12 180:6
  181:1 191:16
  194:23 198:7
  209:15 212:25
  217:6 221:14
  225:6 226:6,11
  226:14 255:8
  261:4 270:19
  292:19 303:14
  303:17 309:15
  313:2 338:11,17
**good** 50:14
  159:16 182:20
  214:20 217:3
  240:16 303:9
  304:6
**goodie** 44:21
**Gore** 215:11,14
  216:4,7 217:15
  217:16,25
  261:22,25
  262:11,18 263:3
  264:9,13,13
**gosh** 266:2
  274:13

governing 283:19
government
  38:15 41:23
  62:1,6 64:21
  65:19,21 77:11
  77:12 78:11
  80:23 81:18
  82:14 83:10
  84:9 85:1,6,8,10
  85:13,25 86:5
  88:24 89:9,11
  89:17 93:16
  97:24 98:18
  99:7 100:4
  101:19 109:3
  112:3 117:11,15
  117:16 125:6
  126:22 132:25
  163:22 164:6
  178:5
government's
  86:15
government-op...
  97:25
government-ow...
  89:2 96:3,4 97:5
  97:5
grab 142:9
grad 33:19 36:5
gradient 155:24
graduate 16:25
  17:2 29:10
  33:18 36:15
  234:24 235:3,6
  235:7,13
graduated 235:3
grain 71:21,25
  72:5,12,13 73:1
  73:11,17,23
  75:21 76:9
  243:5,9,12,13
  244:9 245:5
  246:3,11,13
  250:2,5,7,9,10
  250:14,17,19
  256:4,11 312:15
grained 72:25
  73:6 256:5
grains 72:17
  257:23
gram 138:21
grand 2:6 3:15
  8:13 206:11
gravel 313:1
great 215:10
  241:2
greater 197:12
  206:17 268:16

greatly 139:21
Greenfield 44:9
ground 10:6
groundwater 16:7
  18:8 20:22 24:1
  37:5 39:15
  40:10 128:2,14
  129:23 279:3
  317:6
group 33:10 35:17
  80:8
grouping 193:22
guess 31:22
  122:17 154:10
  160:15 178:14
  181:18 190:16
  196:23 207:8
  210:25 216:15
  220:17 222:5
  259:25 313:18
  331:1
guidance 130:1
  208:9,18 264:12
  313:13
guide 21:5 203:12
  211:14
guided 326:20
guideline 128:24
  157:21 210:20
  211:4
guidelines 265:18
  308:10
guides 212:10
gum 303:5
guy 18:16 38:1
  43:19 246:23
  300:11
guys 150:17
  303:1 333:25

_____

H

H 5:7 6:1 7:1
Haley 27:12,14,15
  27:22 28:1,14
  28:16
half 101:13 303:2
halfway 89:24
Han- 37:6
hand 10:22 15:2
  53:7 55:20
  57:12 87:1
  103:1 105:9
  162:9 177:12
  180:6 181:1
  194:23 196:16
  209:15 221:14
  247:16 255:8,9
handed 56:13

103:10,11
handful 235:5
  273:16 299:17
handing 90:8
handle 159:16
handled 263:14
handling 51:8,11
  51:16 260:4
  283:18,20
handwritten
  13:23 14:5
Hanford 33:22
  34:10 36:4,18
  37:7 234:23
happen 272:14
  293:24
happened 86:11
  86:15,18,20
  105:3 107:14
  108:16 120:2
  152:4 333:20
happening
  115:13
happens 208:1
happy 300:15
  315:18
hard 250:8
HARDY 3:14
haul 113:23
  128:19 131:10
  132:12 133:6
  225:3,4 242:17
hauling 134:13
Hawkins 49:13
hazardous 51:8
  51:11,17 283:18
  326:14
Hazelwood 7:11
head 174:4
  213:13
heading 212:4
health 17:15
  19:22,24 21:12
  34:8 44:1
  203:18 222:9,15
  285:11 322:20
  323:10
hear 112:9 227:12
  322:24
heard 117:14
  206:18,20
  317:14
heavily 176:3
height 314:8
held 2:1 8:12 66:6
  68:3 97:15
  147:11 236:17
  326:21 327:5

338:16
help 77:4
helped 20:12 27:8
  76:13
helping 40:1
  46:24 235:22
  254:3 297:15
helps 203:7
Hicksville 33:25
  34:10 37:12,14
  38:5,11,21
  227:6
high 21:11 175:25
  176:3 179:5
  195:24 317:11
  318:2 333:17
high-tech 135:9
higher 256:6
highest 139:20
  188:10,16
  189:17 200:14
highlighted 194:8
highlighter 180:7
highlights 14:6
highly 231:13
  270:24 336:16
hired 274:18
HISS 50:18 54:7
  139:21 175:4
  220:21,21,22
  239:3,5
historic 323:3
historical 55:15
  57:22 61:21
  62:14 63:17
  81:6 101:2,5
  150:5 245:19
  258:11 273:15
  281:1 283:5
  286:21
histories 58:24
  59:6
history 59:11
  110:11 130:25
  164:19 262:7,16
  333:19
hold 90:4 259:22
holder 199:14
home 44:10
homes 16:8
honestly 306:10
Hopefully 226:4
hopes 123:25
hot 317:11,24
hour 58:1 303:2
hours 58:9,11
  119:16 133:21
housed 62:22

102:2,17 104:6
Hu 69:24 70:1
Hu's 70:5
Huh 133:18
human 21:12
  25:18 34:8
  203:18 208:7
Humphrey 3:5
  62:2,18 63:18
  63:24 64:24
  301:16,19
  305:23
hundred 58:11
hydrocarbons
  30:20
hydrogeology
  66:8
hypothetical
  24:23 217:11
hypothetically
  213:16

_____

I

ICRP 79:17,20
  80:4 208:9,18
Idaho 34:4,11
  39:10,17,21
  40:2 46:22
  235:17
idea 46:11 62:23
  121:3 333:1
identification
  10:20 14:25
  53:5 86:24
  102:24 105:7
  162:7 177:10
  180:24 194:21
  196:14 209:13
  221:12 255:4,6
  305:7,10,13,25
  321:19
identified 11:24
  46:5 47:14,23
  76:10 80:23
  213:24 214:17
  227:5 232:20
  236:7 250:2
  279:14,17
  306:20 310:11
  310:21 332:21
  337:13
identify 47:24
  62:7 65:11
  71:13 96:1 97:3
  97:16,21 146:17
  146:19 149:16
  149:20,25 172:5
  214:2 225:8

227:8 243:2
245:21 277:22
281:24 308:11
308:23 310:8,20
316:24 324:22
329:7
**Identifying** 247:9
**Illinois** 16:2,5,9
16:14
**impact** 37:4
**impacted** 29:21
29:22 60:23
75:5 233:7
**impacting** 127:14
**impacts** 33:1
224:4 251:21
280:12 282:2
**impaired** 41:16
**imperative** 341:10
**implement** 247:14
**implemented** 121:2
**implementing** 235:23
**important** 19:2
72:14 112:1
120:8,10 128:25
136:7 192:5
238:16,18 250:3
283:13 336:5
**impossible-to-a...** 269:3
**impression** 215:13
**improves** 36:12
**improving** 26:19
**inadvertent** 115:12
**inappropriate** 152:10 293:1
**include** 30:20
70:20 74:9
129:15 141:23
142:3 148:10
158:20
**included** 165:22
166:5 192:3
234:14 256:5
262:13 320:24
**includes** 51:14
**including** 34:21
51:17 54:18
127:12 129:21
145:20 146:4
147:14 179:5
221:4 230:5
233:9 236:1
247:11 274:6

279:14
**incomplete** 155:4
**incorporate** 219:4
263:17 313:21
**incorporated** 267:6 313:19
**incorporating** 294:3
**incorrect** 107:8
133:12
**increased** 243:14
**Independence** 3:8
**independent** 29:23 258:3,5,8
258:10 295:20
313:9,9,11
**independently** 245:14
**index** 301:18,21
**indicate** 169:18
**indications** 109:22 161:4
**indicative** 183:10
184:8
**indirectly** 73:12
**individual** 59:6
161:21 167:23
174:18 187:17
191:17 217:11
308:16
**indoor** 34:7,13
40:23
**INEL** 235:22
**informal** 63:2
**information** 39:18
55:4 58:24 59:3
59:5 61:21
72:19,22 74:3
86:12 101:10,18
130:19,21
145:12 152:4,14
153:24 155:2
157:10 161:6
167:7 177:20
184:4,19 185:2
186:14 187:19
187:23,23 193:6
198:3 199:16
203:15 237:25
243:8 244:3,12
244:13,14 245:2
248:10,11
255:15 260:8,12
264:17,18
276:18 282:15
282:16,17 283:1
284:13,16

286:21 292:20
296:7 300:20
307:1,19,23
308:2,3,5
309:24 313:8
320:9 323:13
326:11 329:8
334:19 337:6
**informed** 66:19
**initial** 54:13
145:19 223:23
245:23 260:13
**initially** 110:7
**injury** 216:8,13
**input** 90:17
105:19 247:19
247:20 248:3
336:17
**inputted** 73:20
**inset** 138:19
**insolubility** 210:4
**insoluble** 200:24
201:24 202:6,14
202:16,25
203:17 206:14
208:12,22 209:2
211:16 212:24
213:8,17 302:24
**inspected** 287:24
288:3
**inspection** 143:1
145:20,25 146:1
146:7 149:11,12
256:23,25
286:20 324:12
324:15,24
325:17,19 326:4
326:5,16 337:9
337:12
**inspections** 288:2
324:21,21
**inspector** 142:9
257:18
**inspectors** 142:21
149:12 257:3,11
324:13
**install** 164:20
**instance** 17:22
50:10 63:16
113:8 120:4,15
205:21 206:18
**instant** 314:12
**Instantly** 314:16
314:17
**instructions** 78:6
341:1
**insulting** 319:7
**intend** 54:25

154:25 185:11
**intended** 67:7
**intent** 319:16
**intention** 97:8
141:10,10
**interact** 21:6
**interaction** 25:19
**intercom** 56:4
**interest** 23:14
25:8 86:6,16
226:6
**interested** 59:21
301:4
**interface** 64:3
**Interim** 7:11
**intermittently** 138:25
**internal** 77:3,10
**international** 80:1
80:6
**internet** 307:18,21
**interplay** 123:15
199:13
**interpret** 123:10
199:1
**interpretation** 155:10 200:5
**interpretations** 29:24
**interpreting** 52:13
232:16 296:24
297:14
**interrelated** 123:22
**interrupt** 292:8
**Interruption** 56:4
**intrinsically** 269:13
**intrusion** 229:3
229:12,17,20
230:1
**investigate** 245:16
**investigation** 74:7 137:10
151:9 227:21
244:16 293:21
**investigations** 28:21
**invoices** 12:6
53:17 55:13,20
55:24 56:1,13
56:14,20,23
57:11
**involve** 35:4 39:6
43:16 46:6
73:10 285:2
**involved** 34:1

43:6 44:25
45:18 46:10
69:21 96:8
135:19 232:22
234:5 260:4
261:1 264:20
282:18,21,22,23
284:25 286:19
**involvement** 107:23 259:14
259:15 260:1,2
262:23 263:14
263:17,20,22
264:1,21,25
282:14
**involves** 18:23,24
21:8 44:11
**involving** 34:12
42:20 231:17
234:23 316:25
**Island** 33:25
**isotopes** 190:12
191:4,9 231:13
231:14 232:2
**isotopic** 190:15
191:13
**issue** 30:22 34:7
42:3 75:22 76:9
76:10 89:14
103:16 145:4
203:22 210:4
225:6 229:17
265:8,14 280:8
288:9 289:7
330:1
**issued** 40:17
55:23 56:1,13
56:14,19,21
102:17 104:1,14
104:24 107:1
113:25 114:2,10
117:20 149:17
149:21
**issues** 22:25 32:1
32:19 82:3
97:12 106:5
140:2,8 223:21
**item** 14:15
**itemizing** 57:7
**items** 170:24

_____

**J**

**James** 1:14 2:1
5:2,12 6:22 8:4
9:8,15 339:8
343:11
**January** 151:16
**Jason** 3:12 8:25

**Jersey** 3:23
**Jim** 133:23 150:7
**job** 1:23 122:6,16
  271:20
**John** 3:20 9:4
  78:14 226:18
  319:6 321:2
  338:20
**Johnson** 44:24
**join** 215:21
**joint** 228:17
**joke** 13:4
**jokes** 192:1
**Jorge** 55:14
**journal** 238:3
  241:7,24
**judge** 10:16
  215:18
**judge's** 223:24
  272:19
**July** 98:18,24
  99:18,19 156:6
  171:6 175:10
  219:7 224:11
**jumbled** 146:18
**jump** 146:14
**June** 181:19
**jury** 10:15

**K**

**K** 175:19
**K-60** 181:13
**K-65** 175:15,20,23
  176:2,10,14
  178:10 179:11
  180:20 181:13
  181:21 182:3,10
  182:24,25
  183:11 184:16
  185:1 332:3,6
  332:10
**Kalisch** 4:6 8:15
**Kansas** 3:16
**keep** 100:20
  146:23 150:8
  328:8
**Ken** 8:24 52:24
  271:20 292:9
  321:6 335:25
  338:14
**Kennedy** 34:15
  35:5,23 41:3
  230:14
**KENNETH** 3:4
**kept** 51:24 111:23
**key** 192:7
**kilograms** 318:9
**kind** 10:5 13:20

20:18,20 22:6
22:20 25:20
28:19 29:17
30:3,17 33:3
34:20 37:18
43:18,19 44:5
50:1 57:14
59:11 60:25
63:1,14 75:9
79:15 81:15
84:13 94:16
100:17 114:19
114:21 118:13
129:25 132:12
136:2,24 143:2
157:9 159:5
167:16 169:14
184:19 187:8,11
187:16,18 189:1
190:1,3 191:7
192:7 199:13
203:13 204:3
205:10 206:3,24
219:2 220:4,12
243:17 254:13
259:25 261:3
264:16,17
267:17 276:3
277:13 290:17
290:17 293:24
294:4 299:22
311:10 312:22
317:23 318:12
319:7,13,22
336:15
**kinds** 38:3 152:1
  173:13
**Kirk** 44:19
**Klevin** 6:5
**knew** 63:4,8,25
  69:23 93:5
**know** 10:10 12:19
  13:1 16:18
  18:13 22:7
  23:23 24:3
  25:17 26:1 33:3
  37:25 38:20
  43:2,19 45:14
  45:14 47:19
  48:25 49:3,3,5
  49:10 50:3 51:5
  51:7,10 54:7
  56:16,20 57:5
  58:8,17 59:12
  60:15,18 61:6
  63:1,5,9 66:16
  67:6 69:19 70:1
  70:3 71:5,6,7,15

74:9 75:12,19
76:2,6 78:14
79:18 82:2,19
82:20 83:11
85:13 86:4,9,14
86:20 91:1,15
91:22 92:16
93:20 94:2,16
98:12 99:16
100:16,20 101:4
101:25 102:1,3
102:16,19,21
106:5,19,20
107:2 109:12
110:23,24
111:20 113:13
113:22 114:5
117:5,25 118:20
118:22 122:16
122:19 123:14
124:2,5 127:5
130:23 132:23
133:23 134:12
135:5,14 136:22
137:2 138:15
141:17 144:3,5
144:7 145:10
150:19 152:3
156:11,23 159:6
159:14 160:1,1
161:5 163:4,22
163:25 164:6,10
164:15,19
165:17 169:12
171:16 172:19
173:3,6,9,20,22
174:3 175:13,21
175:22,24
176:11 179:21
179:23 181:8,18
182:14,24 183:9
183:14,18,20
184:12,15,17
191:25 193:14
198:5 200:8
203:13 204:3
205:7 207:5,13
207:16,25 208:2
208:14,21 209:4
209:9,10 216:10
216:10,14
218:10 224:1,14
231:11,18
232:14 233:18
233:23 234:2,4
234:7,9,14
235:14 236:9
237:10 238:7,9

238:15,17
239:17,21,23,25
240:1,4,5,12,13
240:14,19 242:5
242:7,21 247:11
249:2,8,12,20
249:25 252:17
253:22 254:9,11
254:13,16
257:17,19
260:11 261:17
261:18 262:15
262:16 264:10
264:11 265:2
266:20,24 267:5
267:23 269:12
270:25 271:5
272:25 273:16
276:9 277:5
280:22 282:5,7
282:9,18 283:6
283:8,24 284:17
284:19,25
285:10,14,17,24
286:6,11,17
287:19,22,24
290:8,24 292:3
294:8 296:6,12
298:16,19
299:17 300:6,6
300:11,16,23
305:20 306:4
307:1,21 309:22
312:10,25 315:6
316:8,12 317:24
318:1,6 319:6
321:15 322:5,9
323:9,11,14,19
323:19 324:4,21
325:20,21,22
326:8,9 328:25
330:21,25 331:2
332:8,12,16
334:16 335:2,3
335:11,20 336:2
337:16,22
**knowledge** 40:20
  42:7 66:18 67:6
  86:21 97:13
  108:5 130:11
  131:6 149:8
  151:8 161:12
  220:11 233:17
  234:17,20 238:4
  241:22 244:2
  249:9,19 257:18
  258:13,19 287:8
  289:14 290:15

291:6 293:3,7
293:20,20
295:18 305:22
332:17
**known** 52:2 86:2
  128:6 184:19
  290:13,16
  300:18 334:14

**L**

**L** 20:8,10,19 21:19
  27:9 29:3 48:22
**lab** 34:4,11 39:11
  39:14,17,21
  40:2 129:24
  137:4 142:10
**label** 195:16,23
**labeled** 163:18
  192:18 193:9
  200:11 310:12
**laboratory** 46:23
  155:19 156:25
**laden** 265:20
  266:15,19
**lag** 334:14
**Lake** 48:19 65:6
  65:16,18 72:20
  74:4 75:14
  182:5,11 243:20
  243:24 244:15
  274:18,20,23
**land** 94:14
**landfill** 48:19 65:6
  65:16,18 72:21
  72:24 74:4,10
  75:14 244:15
  274:8,9
**language** 129:21
  169:19,20
  223:25 267:9
  268:15 271:3
  272:1 325:17
**large** 175:3
  233:11
**largely** 173:24
**larger** 177:1
  202:15,17,18
**late** 155:17 282:8
  304:2 319:13
**Latty** 54:6 58:25
  59:7 65:15
  71:23 75:1
  92:20,25 102:20
  107:20 108:13
  119:10 127:14
  132:14 140:11
  146:8 151:11
  152:20 153:16

154:1,15 157:16
158:11 216:18
223:4 239:5,15
239:20 242:20
243:24 244:23
250:20 254:11
254:23 257:4
258:16 259:3
275:6 277:12,17
277:19 278:2,13
278:18 281:20
281:24 284:19
285:7 286:16,19
287:12,13,15
293:5 296:13
297:19 298:7
302:10 303:24
304:7 308:9
314:1 320:21
321:14 322:12
326:23 329:6
330:15,22
331:20 332:4,7
332:12,22
333:11,14,15
334:4,9 335:7
335:24 337:2,4
**law** 48:8,11,17,21
48:23 50:23
76:18,22 77:1
77:13 81:13,23
96:1 97:3,17
**laws** 98:4
**lawsuit** 50:9
**lawyer** 97:9
292:11
**layers** 74:12 75:5
**layperson** 208:17
**leached** 65:14
75:16 322:12
**lead** 1:6 22:24
23:2 317:22
318:6,9
**leaf** 71:17
**learn** 147:3
**learned** 222:8
**learning** 235:8
**leather** 45:2,3
**leave** 128:5
247:21 303:1
**leaves** 329:3
**lecture** 32:23
**lectures** 31:17,21
32:14,15,18
**led** 147:5
**left** 184:16 309:12
**legacy** 23:1 121:6
**legal** 52:12 96:8,9

96:11,13,16
97:8 99:10
104:8 105:1
106:5 112:21
113:4 116:10,10
116:23,24
117:13 125:13
147:17 253:15
253:17 259:5,7
286:7
**legalities** 96:18
**legible** 103:21
**legislative** 262:6
262:16
**length** 314:4,6
**lengthy** 70:24
87:21 89:20
**Leslie** 1:25 2:14
8:19 340:18
**lesser** 206:17
**let's** 15:14 31:19
31:22 33:17
36:3,4 45:6,7,7
45:17,20 48:1
49:12 52:15
56:5 62:5 87:8
88:5,6 89:23
95:2 120:3
122:7,7 126:8
131:12 134:3,3
140:12 151:3
152:16 154:18
156:13,23 158:8
163:10 165:8
169:23 170:6
172:14 177:25
178:14,18
186:10 188:3
192:17 196:21
196:22 201:8
203:5 204:21
210:13,16
211:22 212:12
214:18,19
222:21 223:2
248:6,6 270:16
275:23 276:12
283:8 284:4
303:8,11 305:8
306:12 309:3
**letter** 5:21 53:18
87:9 151:16
166:21 178:2
294:10 323:8,14
**letterhead** 178:4
**level** 21:8 160:7
260:2 280:17
**levels** 21:10 25:22

34:7,13 40:23
123:7,12,23
136:1 137:11,14
137:15,19
138:25 139:20
144:12 155:16
174:4 220:12
292:3 302:1,11
302:16 333:17
**Lewis** 2:5 3:21
8:12 226:19
**Lexington** 3:6
**liabilities** 97:15
**liable** 147:11
**license** 5:21 31:11
39:1,2,7,8
102:16 103:25
104:10,14,23
106:25 199:14
260:13 283:6,19
283:22 284:2,23
285:4,23 286:18
326:10
**licensed** 20:1
38:21,23 42:5,7
102:2,19 107:25
108:4 111:21
**licensee** 104:14
112:5,14,23
113:3,10 114:13
114:24 115:6,18
116:8 117:8
258:20,23 282:6
283:7 284:9,10
285:22 287:22
293:5 325:2,20
326:9,11
**licensees** 268:13
271:1 286:4,12
287:6
**licenses** 20:4
103:15 234:5,8
236:18,21
283:12,14,15,25
285:7,19
**licensing** 284:22
285:17
**life** 318:7
**limit** 25:15,24,25
60:19,20,25
61:4,13 64:17
155:8 167:25
170:4 177:22
194:2,2,11
200:22,24,25
201:2,12 202:4
202:5,13,14,25
202:25 210:22

210:22 211:19
212:24 223:17
**limitation** 142:2
155:5 171:25
172:2,6 185:14
194:16 200:20
201:19,21,23
202:16 297:6
300:24 320:21
329:13
**limitations** 54:10
69:12 110:4
124:6,24,25
129:9,11,15
133:9 153:21
154:13,14,21
157:15 158:4
166:7,14 168:24
169:10,13,13,23
170:1 171:19
188:22,23
193:23 213:17
214:17 223:15
267:19 298:9
300:19,21 316:8
317:9,21 328:23
**limited** 49:7 218:2
224:23
**limits** 115:1
126:14,19
141:14 162:4
189:8 203:12
214:3 302:24
310:1,3
**line** 17:23 66:4
69:10 73:15
100:22 153:22
155:13,23
176:20 181:12
183:13 184:7,8
187:1 188:9
192:16,17
210:19 211:3
237:24 244:22
281:1,6,12
303:24 304:19
315:24 331:11
337:3 342:4
**lines** 204:19
257:10 321:25
327:21 331:9
**list** 16:16 31:16
43:22 47:15,23
71:17 92:19
205:18 227:23
320:17,23,24
**listed** 15:24 34:14
35:17 46:1

163:4 170:25
190:8 307:15
**lists** 162:24
178:16 310:16
**liter** 160:16,18
161:10 162:1
166:16,17,17
178:22 210:22
276:16
**literature** 190:17
250:16
**lithologic** 72:22
74:9,11
**litigants** 238:8
**litigation** 18:23
21:15 22:1,5
28:6 41:8 42:16
42:19 43:15
47:6 50:3
227:20 228:6
230:14,16,19
**little** 12:10 30:2
44:23 52:15
53:9 54:15 65:4
72:21 83:14
88:6 111:19
154:25 160:3
161:18 169:15
169:17 180:1
184:23,24 198:4
200:4 206:7,25
207:13 211:22
221:21 225:3
230:18 240:23
248:7
**LLP** 2:5 3:14 8:13
**load** 334:8
**loaded** 259:2
**loading** 135:16
**local** 21:8
**located** 8:17 89:2
139:1 179:21
**location** 198:14
198:20,22
**locations** 59:13
82:2 198:17,19
**logs** 74:9 244:15
**long** 20:10 27:14
33:25 36:22,25
37:3 69:22
114:25 123:8
126:13 140:15
172:8 173:14
265:10 266:12
306:4 319:12
323:9
**Long-Lived** 212:4
**longer** 45:9

108:17 168:8,13
**look** 10:23 15:4
 25:12,13,16
 31:22 35:3 48:1
 54:4 61:6 63:16
 67:11,16,25
 76:18 79:13
 80:4,10 82:7
 87:3,8 92:21
 95:2 103:2,15
 103:19 105:10
 106:22 111:8,11
 115:25 116:5
 118:2 134:9
 141:17 144:23
 148:12 151:4
 162:11 170:6,20
 177:14,25
 178:24 181:10
 181:12,18,24
 184:18 186:4,10
 190:18 192:19
 194:13 195:23
 203:3 207:6,8
 208:9,18 209:20
 211:11 213:16
 221:8,16 229:7
 229:11 230:11
 238:13,18,19
 245:15 246:1
 256:2,2 257:24
 258:11 259:15
 259:23 264:13
 271:18 272:12
 272:16 283:8
 290:2 293:25
 298:1,2 314:19
 320:3 322:5
 324:23
**look-** 228:23
**looked** 61:20 64:1
 65:1 70:8 72:6
 76:17 79:14
 80:21 81:17,21
 85:9 91:8 93:13
 109:19 111:12
 111:13 117:23
 117:24 118:1,3
 118:15 137:5
 138:5 149:11
 155:20 172:25
 189:22 201:4
 237:14 241:2
 245:18 250:7,10
 250:13 254:17
 256:8 259:20
 297:23 304:12
**looking** 22:17

25:18,20 40:8
 43:22 59:22
 63:20 64:18,24
 70:12 76:12
 77:3 81:23
 88:11 89:22
 92:11 122:20
 123:5 131:18
 135:24 138:13
 149:13 151:2
 157:16 163:16
 163:17 170:12
 182:23 185:9
 201:18 203:8
 204:17 229:9,24
 254:15 269:15
 276:21 280:25
 291:12 300:17
 305:24 309:11
 318:17 336:14
**looks** 55:23
 103:21 162:14
 189:21 196:3
 305:15
**Lorne** 20:13
**Los** 1:15 2:8 8:14
**lost** 135:21
 264:18
**lot** 23:6 60:14
 65:7 75:4 76:5
 80:22 120:6
 123:14 135:23
 155:23 161:4
 181:8 196:18
 229:14 235:13
 261:18 270:11
 270:12,13
 301:13 315:22
 334:19 336:17
 337:22
**lots** 316:9
**Louis** 6:11 7:10
 8:18 54:5 83:4
 83:18,25 84:2
 149:3 151:17
 210:1,6 218:5
 222:9,15 225:11
 277:23 293:15
 294:10,17
 322:20 323:10
**love** 321:7
**low** 51:24 111:20
 111:23 112:16
 112:18 114:6
 115:22 134:10
 146:24 328:8,25
**lower** 123:24
 124:3 200:15

**lunch** 133:14
 134:1 150:8,13
 150:16,22

-------

**M**

**M** 3:12
**magnitude** 62:25
 124:25 202:19
 202:21
**maintain** 76:21
 100:22 111:22
**maintaining**
 101:23
**maintenance**
 100:14,17,20
 101:7
**makeup** 174:18
**making** 131:7
 232:14 245:4
 253:25 329:22
 337:16
**Mallin-** 151:9
**Mallinckrodt** 1:9
 3:11 5:14 6:24
 8:8 9:1,3 82:11
 82:23 83:3,15
 83:17 84:2,4,8
 84:15,24 85:5,8
 85:10 89:16
 93:6 95:8,16
 96:2,5 97:4,6,18
 97:23 98:10,12
 98:17,25 99:18
 100:13 101:20
 101:22 102:6,7
 104:20,21
 107:10 108:6,9
 108:10,17
 109:14 116:4,8
 117:7 124:18
 125:4 126:10,11
 132:9,9,13,24
 133:1,6 135:18
 140:1,14 145:3
 145:10 147:11
 148:16,22
 149:22 150:2
 151:10,21 152:7
 152:9 156:8
 160:8,22 162:24
 168:8,13 195:3
 199:25 213:21
 218:15,20 222:1
 222:25 223:20
 224:23 225:1,9
 238:12 239:5,22
 240:3,5,6 245:1
 248:22 249:9

254:7 264:4
 269:14,18 288:9
 288:16,18,23
 289:6 295:4
 329:25 332:20
**Mallinckrodt's**
 95:10,11,23
 99:20 100:9
 107:15,23
 122:10 132:2,6
 149:5,6 156:4
 171:5 204:10
 216:19 222:16
 239:13 252:4
**manage** 97:7
 98:25 99:23
**managed** 102:8
 107:10
**management**
 99:25 109:25
 110:2 326:15
**managing** 104:21
 156:8
**mandate** 171:16
**Manhattan** 121:5
 264:2
**manner** 234:18
**manual** 117:19
**manufacturing**
 236:17
**map** 180:1,1,8
**maps** 24:13
**March** 5:15 15:10
 15:19 52:19,20
 53:19 54:13,23
 56:2 67:3 68:20
 110:1
**margins** 14:6
**mark** 52:25 180:7
**marked** 10:19,23
 14:24 15:2 53:4
 53:8 86:23 87:1
 102:23 103:1
 105:6,10 151:3
 162:6,9,19
 177:9,12 180:16
 180:23 181:1
 194:20,23
 196:13,17
 209:12,15
 221:11,14 255:5
 256:15 305:6,8
 305:9,12,25
 321:18
**marking** 255:3
**marks** 136:23
**mass** 136:2 160:3
 161:7,20,24

190:22 248:10
 254:15 311:18
 314:10 317:5
 318:8 322:5
**master's** 16:23
 17:3,4,6
**material** 5:21 31:5
 31:11 33:16
 37:4 38:8,10,20
 39:1 42:2,5,8
 46:7 51:18 67:1
 72:11,16,18
 73:18 74:2,5,22
 74:25 75:1,11
 75:12 82:10,12
 82:19,20,23,24
 82:25 83:3,11
 83:17 84:10
 85:1,11 86:16
 86:19,21 88:2,4
 89:14 91:5,12
 92:13,17,24
 93:2,7 94:19,25
 95:17 97:18,24
 102:2,17 103:16
 104:5 106:25
 107:24 108:3,12
 114:8,14,24
 115:20 124:19
 125:5 126:13
 132:3,8,23
 133:2,5 135:20
 138:25 141:21
 142:12 151:22
 152:12 167:1,2
 168:15,16 172:9
 172:25 173:22
 173:23 174:1,19
 174:24 175:1,7
 175:20,23
 176:10 182:16
 182:25 183:11
 183:21 184:13
 184:16 185:21
 202:15,17,19
 205:16 234:10
 243:23 244:4,17
 244:19,25
 245:20 246:4,14
 250:20 252:3
 257:3,12,22,23
 258:16,21 259:1
 260:3,5 274:10
 283:3 284:19
 285:7 287:20
 290:19,24 291:3
 291:6,12 294:6
 294:13 311:13

321:25 326:15
**materials** 6:10
16:11 30:24
34:2,21 35:25
37:1 46:11 47:1
47:3 51:8,12,13
51:14,17,22
53:12 61:24
67:12 75:6,8
80:10,22,22
81:2 82:7 83:9
91:9 92:19,22
99:8 100:21
104:15 107:17
115:8 119:11
120:8 127:13
137:12,17,19
139:6 146:24
152:11 160:5
168:19 174:5
176:23 177:1,6
192:20 203:16
205:13 207:22
232:20,22
235:20,21 243:6
245:16 248:24
252:9,20 263:15
264:20 274:7
283:18,20
287:14 291:8,17
322:6,7,11
331:13,19,19,21
332:1
**math** 58:8 192:21
213:13
**Matos** 55:14
57:21 76:13,17
77:4,15 78:13
118:12
**Matos'** 55:16
**matter** 5:13 6:23
30:1 33:5,11
34:15 35:6,24
41:3,18 42:11
55:11,24 57:10
68:15 70:14
73:9 78:9 206:3
265:17 280:8
315:24
**matters** 35:11,12
69:17
**max** 268:4 276:14
276:22 277:5,10
278:10
**maximum** 25:21
25:23 168:4
188:23 189:10
193:16,18

198:23 199:12
**maximums** 25:16
**McCLAIN** 3:4,5
8:23,24 12:18
13:1,4 26:9 27:1
36:11 44:21
45:2,5,9,14
50:25 52:8 53:1
62:18 63:19,24
64:24 65:2 68:1
77:18 90:7,12
90:15 91:14,20
92:1,4 93:10,19
93:23 94:6
95:19 96:7,13
96:20 99:9
101:12 104:7,25
105:16 106:2,13
106:19 107:2
108:20 109:18
110:19 112:9,20
114:16 115:3
116:9,14,16,19
116:23 119:15
121:25 122:13
124:21 125:9,12
125:16,23 126:3
126:15 133:11
133:18,20,23
134:2,18 135:6
137:22 140:17
141:6 142:13
143:18,21 144:1
147:16,22 150:7
150:19 159:3
160:24 163:1
165:2 204:13
207:7,10 213:10
215:16 219:14
232:4,8 240:4,8
240:12,19 241:8
241:13,18
251:10 258:5
259:4,22 261:14
263:4,8 269:20
271:9,16,21
275:12 291:21
291:24 292:15
292:25 295:11
298:25 299:4
303:1 312:2,6
315:2 319:6,10
321:2 333:25
335:13,22 338:8
338:13,15 339:1
339:3,6
**McClain's** 12:15
48:8,11,17,21

48:23 53:24
**McClurg** 5:13
6:23 274:19
**McGAHREN** 3:20
5:4 9:4,4 102:12
103:4 163:6,8
167:4 209:8,17
214:24 215:19
216:21 222:2
226:7,10,17,18
227:13 232:5,18
236:20 239:7,11
240:7,10,15
241:4,9,16,20
241:25 247:23
248:2 249:4
251:15 252:11
254:24 255:2,7
258:7 259:12
260:7 261:21
263:5,10 270:2
271:11,20 272:2
273:21,24
274:17 275:19
286:25 287:4
288:17,20,21
292:7,13,23
293:1,2 295:19
299:2,6 303:3,8
303:11,19,21
305:11 306:16
306:18 312:4,11
315:10 319:8,14
321:6,9,12
333:9 334:1
335:17,23,25
336:4 338:2,9
338:14,22 339:4
**mean** 21:19 25:15
27:2 30:3 44:3
54:5 57:18
59:16 60:13
65:24 74:15
78:3 91:15
95:21,24 106:12
107:4 113:21
114:19 117:12
117:14 123:8
124:3,4 133:20
134:21 135:23
136:21,23 137:1
155:15 175:24
176:24 183:6
184:18,24
199:13 200:5,15
204:2 205:1
206:1,4,23
217:21 238:13

240:8 245:11,13
246:9 248:5
250:8 253:6
260:1 264:10
265:17 269:2,5
269:23 271:21
273:13 280:20
282:21 290:18
296:3 306:6
311:22 313:19
314:19 315:4,17
318:16 322:10
322:10 325:14
325:16 331:19
332:23
**meaning** 43:25
85:25 94:20
96:5
**meaningful** 270:7
**means** 81:2 98:14
111:25 136:22
143:5 253:7
260:1 340:23
**meant** 88:4 124:7
124:8 129:11
189:1 274:16,25
325:22
**measurable**
111:25
**measure** 61:10
250:9 270:10,17
**measured** 155:16
161:23 166:23
250:18 312:16
**measurement**
19:18 157:24
160:15 161:9
166:19 170:9,13
171:22 172:16
184:7 186:20,23
188:5,16 189:10
189:17,19 191:5
192:10 193:11
193:16,18
195:25 196:9
198:22,23
199:12 200:21
270:22 276:7,7
**measurements**
72:5 155:11
167:24 170:17
171:10,14
172:10,15
174:15,22
178:25 179:5
198:13,20,24
199:4,20 250:14
255:19 256:11

258:12 315:22
333:16
**measures** 144:14
**measuring** 24:2
124:3
**mechanism** 229:2
**mechanisms**
231:23
**media** 69:9
141:16,17 159:8
198:12 224:15
273:5 275:11
276:4
**mediation** 19:7
**medical** 58:21
**medium** 23:21,25
**Medora** 6:8
**meet** 17:21 113:5
327:24
**meeting** 113:6
114:4 329:11
**meetings** 21:9
318:25,25
**member** 19:16,17
19:21 249:20
252:25 253:24
**members** 235:1,4
235:5,14 242:5
247:21 250:1
**memorialized**
195:6 213:7
**memos** 79:8
**mention** 35:24
89:16,22 128:18
131:9 160:12
196:6
**mentioned** 14:1
15:12 21:14
22:9 34:9,10,11
34:12 37:11
39:10 40:21
41:2 46:22
48:14 61:20
76:13 98:2,9
140:23 148:18
149:10,24
152:24 156:10
161:9 204:22
208:24 288:16
295:1 320:19
**mentor** 144:4
**met** 58:14 323:13
**metals** 30:21
104:2,24 105:4
119:11 127:13
219:23 221:5
233:13 272:12
272:14,16,20,23

273:4,14,15,16
274:2,7 284:10
284:15 326:12
**Metcalf** 28:18,20
236:14
**meter** 193:21
194:1
**meters** 314:4,11
**methodologies**
39:16 317:3
**methodology**
22:10,14,21
24:8 25:2 60:1
213:3 238:20
254:17 296:16
303:23 304:7,17
317:1
**MHP** 44:9
**microcuries**
188:12,14
201:22,25 202:7
**micrograms**
160:16,18
161:10,25
**middle** 27:17
166:13 212:3,12
288:8 290:9
292:24
**migrate** 18:6
**migrated** 50:19
233:6
**migrating** 100:21
**migration** 127:15
151:25
**miles** 233:7
321:16 335:16
**military** 231:7
**mill** 250:25 251:1
251:5,14 252:5
252:9,12,16,18
**milliliter** 201:22
201:25 202:7
**milling** 87:14
88:16 89:18
90:25 260:18
322:2
**million** 233:16,21
**mills** 251:7,8
**mind** 21:22 47:10
52:24 71:19
76:3 99:13
145:1 304:5
**minds** 130:22
141:19
**mine** 72:10 152:2
250:17,21,22
251:13,16,22,25
293:25 294:1

312:16
**mineral** 206:16,22
206:25 252:21
312:21 316:23
**mineralogical**
205:1,6,8
207:16
**mini** 338:23
**minimize** 144:14
**Mining** 87:14
88:15 89:18
90:25 219:22
221:5 260:17
**minus** 191:8
201:22 202:8
**minute** 45:6 103:2
302:9
**minutes** 215:2
**missed** 270:21
**missiles** 234:13
**Missouri** 1:2 3:8
3:16 8:11,18
89:3
**misspoke** 88:4
**mixed** 129:7
**mixes** 174:10
**mixing** 314:22
**mixture** 183:14
**MLCT_TParty**
195:10
**MLCT_TParty_...**
6:13
**mm-hmm** 25:3
190:9 246:15
**mobile** 44:10 73:7
**mobilized** 334:6
**model** 246:23
247:13,14,15,19
247:22 314:23
314:25 315:16
316:5,10,19
318:13,14,17
329:18
**modeled** 254:11
**modeler** 246:21
247:11,17,17,21
**modeling** 24:8,10
25:5 72:15
152:21,24,25
153:2,6,9,11,14
153:23 154:4,8
242:10,11,13,14
242:15,19,22
243:14 246:22
278:25 314:6
315:19 316:15
336:16
**models** 307:24

**modern** 265:18
**modification**
87:18
**modify** 331:16
**moisture** 37:2
39:15 47:4
337:5
**molecule** 329:3
**moment** 269:4
**moments** 244:11
**money** 29:5,6
88:24 291:21,25
292:16,19
**monitoring** 39:14
39:15 40:3
46:24,25 47:4
158:20 159:10
167:22 195:2
235:24 236:3
265:19 323:6
**monopoly** 99:7
**months** 54:14,14
**Montrose** 30:9,14
30:23
**Montrose's** 30:18
**Morgan** 2:5 3:21
8:12 226:19
**morning** 138:16
**motion** 90:16
**move** 273:22
338:3
**moved** 92:24 93:2
108:12 176:10
183:1 258:15,21
258:22 300:25
**moving** 35:10
44:23
**mud** 155:17
225:18
**multipage** 93:14
**multiple** 21:4,4
157:22 168:2
217:22 326:14
**multitude** 233:9
**municipal** 75:7

_____
**N**

**N** 3:1 4:1 5:1,1 8:1
**name** 8:15 9:13
49:10 226:18
230:21 340:14
**named** 273:17
**names** 9:15 75:9
285:25 286:1,13
**narrative** 141:23
328:24
**national** 34:4,11
39:10,17,21

40:2 46:23
65:22,22 66:2
80:9 137:4
155:19
**nationwide**
161:14
**natural** 40:24,25
134:1 137:20
139:1 190:14
191:13
**naturally** 139:10
**nature** 18:25
20:25 37:17
50:8 93:1
120:12 135:24
148:19 159:11
190:22 228:23
229:15 230:5,9
280:25 284:20
**NCRP** 80:8
**near** 139:20
155:23 184:7
188:9 204:18
276:15
**necessarily** 71:20
176:18 279:25
329:4
**necessary** 19:7
41:15 249:23
336:8 341:3
**need** 73:10 127:8
146:14 173:4
186:3 200:5
215:1 270:13,22
319:12 334:20
339:6
**needed** 121:4
317:20
**needing** 317:4
**needs** 15:17
16:15 18:21
26:7 43:10
147:23,24 159:9
272:9,10
**negative** 188:11
190:6 193:17
201:15,25 202:7
**neighborhood**
318:10
**neighborhoods**
23:3
**neighboring**
127:14
**never** 29:15 31:12
84:2 103:13
121:15 124:7
151:8 181:10
244:4,18 251:1

274:13 306:10
**nevertheless**
96:23 204:8
**new** 3:23 55:3
182:5,11 194:5
223:19,22 227:6
296:9
**newly** 257:12
**Nice** 271:20
**nine** 20:14
**NIOSH** 5:20 6:19
**nitpicky** 127:5
**non-detect**
276:22
**non-K-65** 177:5
**non-litigation**
21:15 22:12,15
22:22 26:5 50:3
**noncompliance**
149:17,21 324:9
325:6,12,15,24
**nonresponsive**
273:23 338:3
**normal** 10:5
**normally** 18:11
26:6,14 35:24
43:6 60:9
**north** 179:18
180:3 196:6
218:5
**northern** 302:4,12
302:19
**Notary** 343:19
**note** 14:15 19:15
20:1 109:24
110:23 119:15
119:18,22 136:6
138:18 139:19
219:4
**noted** 106:9 341:9
343:7
**notes** 13:13,15,23
14:5 215:6
216:23 218:14
340:11
**notice** 2:14 5:10
11:2 14:13
149:20 324:8
325:12,15
**noticed** 274:14
**notices** 149:16
325:24
**November** 6:6
162:16 181:19
256:25 323:21
**NR** 256:22
**NRC** 42:10 234:5
236:22 271:1

297:9,10,12
298:17,24
**nuclear** 40:18
62:13 99:8,8
113:9,20 231:22
234:10,23
235:20,21
236:16
**nuclides** 189:19
**nuisance** 42:25
**number** 6:16 8:9
14:15 75:9
127:15 163:6,18
178:25 179:1,2
179:16,18
180:11 182:4
198:20 199:4
200:2 210:14
211:13 221:22
222:22 223:3
232:24 247:5
254:25 267:1
278:13,15
304:23 322:15
327:16 329:25
333:1
**numbered** 163:12
**numbers** 89:24
163:12 190:19
196:23 250:6
270:4 277:11
308:19
**numerical** 247:15
**numerous** 81:21
**nuts** 247:11

_____
**O**
**O** 5:1 8:1
**Oak** 137:4 155:18
156:11,25
279:10
**oath** 2:17 226:25
**object** 26:9 50:25
52:8 65:2 77:18
90:9 91:14 92:2
93:10,19 94:4
95:19 99:9
101:12,12 104:7
104:25 105:16
105:24 108:20
109:18 110:19
114:16 115:3
116:9 121:25
122:13 124:21
125:9,12 126:1
126:15 133:11
137:22 140:17
141:6 142:13

160:24 204:13
213:10 215:16
215:25 219:14
222:2 232:8
240:21 241:11
248:25 251:10
252:6 258:6
259:4,22 261:14
269:20 271:9
274:12 288:15
295:11 298:25
299:4 333:5
**objected** 94:6
**objection** 96:7,25
106:9 112:20
144:1 147:16
159:3 163:1
167:4 209:8
215:19,20,21,22
222:23
**objections** 340:7
**objective** 111:19
111:21 279:25
**obligation** 101:7
123:10
**obligations**
104:11
**observation**
257:17,25
**observations**
257:2
**observed** 140:2
145:4 152:1
288:10 290:25
330:2
**obtain** 86:3
**obtained** 85:14,25
305:21
**obvious** 21:3
191:25 220:10
**obviously** 15:24
171:6
**occasion** 78:9
288:3
**occupied** 177:1
**occur** 139:2
310:25
**occurred** 156:7
183:3 214:14
225:11 258:25
298:3 318:7
**occurring** 172:11
224:19
**ocean** 266:18
**October** 1:16 8:5
22:4 55:6 56:19
57:10 214:13,13
340:15

**offer** 54:25 55:3
97:8 185:11
**offered** 107:9
**offering** 90:13
93:24 94:1,24
96:10,11,21
151:20 167:16
218:19 321:4
**office** 149:2
**officer** 31:8
**offices** 2:2
**official** 16:3 224:2
224:4,5
**officially** 95:8
98:10
**officiated** 2:16
**offsite** 23:2 50:19
100:22 109:4
113:14 129:4
141:22 144:14
144:15 152:12
152:18 155:8
167:1 183:1
189:16 219:12
276:15 280:12
289:15 295:2
296:11 299:12
330:10 335:3
**oftentimes** 19:1
21:1,8 24:12,12
25:14 26:14
247:20 315:19
**oh** 34:18 36:11
85:20 131:23
136:25 163:21
165:20 179:25
218:10 231:11
252:25 266:2
302:7 321:1,20
331:5 333:3
**okay** 10:1,18
11:19 12:21
13:10 14:9,17
14:20 15:11,25
16:13,18,21
17:21 19:12,15
20:7,15 22:3,9
23:12 25:3,4,23
26:5,22 27:8,18
27:21 28:7,13
29:6,8,17 30:5
30:13 31:2,22
32:18 33:11
34:9 35:2,10,18
35:20,23 36:3
38:5,10 39:6,10
40:15,21 41:2
41:21 42:2,16

43:3,22 44:4
45:7 46:4,9 47:6
47:13 48:4,7,16
48:20 50:2 52:5
52:12 53:15,21
54:21 55:6
56:12,18,23
57:14 58:7,12
60:8 61:11,17
62:17 64:17
65:11,19 68:8
69:2,14,18,24
70:7 73:8,14,25
75:18 76:11
77:15 78:7
79:23 80:6
81:11,15 83:21
84:1,7,23 85:7
85:18,24 86:4
86:14 87:8,16
88:10,19,23
89:7,23 90:2,5
90:11,14 91:4,8
91:19 92:21
93:4,13 94:21
95:2,7,15 96:20
96:23 98:2,16
99:17 100:11,24
101:6,21 102:1
102:4,11,22
103:7,19,25
104:13,19 105:9
105:12 106:8,22
106:25 107:7,22
108:8 109:13,24
110:12 111:14
112:19 114:13
115:15,17,24
116:7,15,17,22
117:2,9 118:5
118:17,23 120:3
120:5 121:19
122:8,24 123:4
123:23 126:9
127:11,18
129:19 131:3,9
131:19,23 132:1
132:2,19 133:5
134:2,3,5,24
135:2 136:4,16
137:18 138:4,18
139:5,19 140:7
140:12 141:3
143:6 144:10,25
145:25 146:9
147:10 148:1,15
149:1,20 150:17
151:7 152:16,24

153:3,6,14
154:10 155:6,25
156:10 157:13
158:8,25 159:22
160:5,12 162:18
163:21 165:1,10
166:13 167:19
167:23 168:6
169:2,4,8,23
170:24 171:21
172:2,13,21
173:10 174:8,23
177:19,25 178:4
178:14,19
179:14 180:14
180:18,22
181:12,17,24
182:9,22 183:16
186:10,19 187:2
188:3,8,15
189:14,21 190:5
190:23,23 191:2
191:10,14,23
192:24 193:8,20
194:7,13,19
195:4,9,13,19
195:23 196:8,22
196:24 197:2,9
197:16 198:21
199:3,10,18,24
200:13 201:10
201:11 202:3,7
202:12,18,23
203:21 204:4,21
205:8,25 207:2
207:9,17 208:3
208:9 209:11,23
210:2,11,13,15
210:16,18,19,25
211:3,7,18,22
212:2,7,16
213:20 214:10
215:3,13 216:7
216:15 217:15
218:12 219:11
220:7,17 221:10
221:20 222:14
222:21 223:2,10
224:5,22 225:6
225:17 227:4,18
227:23 228:17
228:20 229:4
230:23 231:1,9
231:16 237:18
239:12 240:16
243:23 244:1
245:15 249:12
249:20 255:3

256:18 257:2,8
258:24 263:1
265:25 266:5
268:20 273:1,10
274:22 275:1
276:2,21 278:9
281:4,15 284:5
284:21 286:7,11
289:2,24 290:2
293:12 301:25
303:13 305:16
306:12 307:9
308:8,18,24,25
309:3,11 310:7
310:11,19,24
311:3 313:25
319:2 320:19
323:3,8,21
324:4,16 326:6
327:12,19
329:17 331:3,7
331:22 333:10
335:20 336:24
337:15
**oldie** 44:21
**on-site** 119:23
282:14,17
**once** 71:15 75:25
89:20 91:1
144:4 172:18
182:13 192:8
206:15 207:4
239:16 253:25
268:14,23
297:11 301:13
335:4
**one-time** 199:12
**ones** 30:10,11
34:16 55:3
191:20 279:14
279:17 320:19
320:20
**online** 62:2,11,19
62:19 63:19
**Ontario** 182:5,11
**Oops** 166:17
**open** 190:24
227:2
**operate** 85:15
95:9 96:6 98:11
98:13,18,25
**operated** 84:5
96:4 146:23
219:7 225:1
260:6,6 282:9
292:6 295:4
**operating** 108:7
108:10,18

124:18 126:11
140:14 144:21
168:9,11,13
219:1 261:1
282:12 309:20
309:23 310:1,5
315:23 326:6
328:11
**operation** 95:23
99:17 100:15
107:15 122:11
153:19 222:10
222:17 239:20
242:20 254:23
286:16,19,22
287:13 297:19
304:13 308:17
309:7 312:22
313:6 329:5
**operational** 221:1
318:7 326:23
327:6 330:17
**operations** 100:9
111:22 156:4
216:18,19 231:7
245:19 283:21
294:16 298:3,7
313:1 334:4
**operator** 67:13
**operators** 97:11
327:4 330:14
337:4
**opine** 214:14
297:17 320:20
**opined** 252:23
**opining** 232:1
283:14,17
285:16
**opinion** 61:8
72:11 73:4
82:15,17 90:12
91:24 93:24
94:1,18,20
96:10,13 97:9
98:1 99:10,14
108:5,9 113:2
116:2,6,24
119:9,23 124:12
124:14 127:11
131:10 141:2,3
147:18,22
152:17 154:12
154:20 157:20
165:21 171:15
171:25 172:8,25
173:9,11,12
177:21 185:11
185:12,18

189:11 193:14
194:10 198:11
200:19 216:2,4
218:20 220:16
221:22 222:6,22
223:3,11,20
224:3,4,5 249:2
253:18 261:20
269:23 274:5
275:7 277:14
298:5,12,14
300:10,14 310:5
322:14,16 325:9
326:13,16
327:13,15,22
328:2,3,15,17
328:20 329:21
329:25 330:5,7
330:9,13,15,16
331:16 333:10
335:7
**opinions** 7:13
49:1,5,7 52:13
54:24 55:3
60:16 67:2,9
71:25 91:22
94:24 96:12,21
107:9 119:6,7
119:18 151:20
158:3 186:18
204:17 218:11
220:11 221:20
223:15 224:23
224:25 236:25
238:1 254:2
270:1 272:18,21
272:24 273:10
273:12 278:24
279:20 280:15
280:19 293:10
294:21 295:25
296:3,7,9,10
301:8 309:25
332:16
**opposed** 47:8
64:6 132:13,25
138:16 159:19
196:8 198:14
199:11 202:25
209:1 252:25
**ORAU** 5:19 6:18
**order** 26:8 35:10
62:24 74:5 88:6
109:25 110:2
159:11 178:8
199:5 202:19,21
203:17 216:17
223:24 232:25

269:5 270:13,23
272:19 327:17
**ordnance** 233:14
**ore** 250:23,25
322:1
**ores** 252:10
**organ** 216:17
217:7
**organic** 229:21,24
233:10 235:25
**organization**
79:25 80:1
**original** 119:2
151:3 171:16
223:25 340:12
341:11
**originally** 260:3
**originated** 19:4
95:23
**orphan** 264:9
**outline** 13:18,19
13:21
**outlined** 251:17
251:18
**outside** 18:23
249:2
**overlap** 32:4 65:5
65:12
**overly** 65:3
108:21
**oversight** 148:21
**owned** 82:14,19
82:20,23 83:3
83:17 84:2,6
89:8,10 93:6
95:17 97:24
225:1
**owner** 41:19,21
98:5
**owners** 97:11,14
**owners'** 48:5
**ownership** 82:15
83:6,11 85:3
86:1,16,22
94:18,25
**owning** 38:18
93:17
**owns** 94:8

――――――――
P
――――――――
**P** 3:1,1 4:1,1 8:1
**P.C** 3:5
**p.m** 150:21,24
226:12,15
303:15,18
338:18 339:9
**page** 5:2,9 6:3 7:3
11:4 45:13 87:9

88:7 89:22,23
95:4 102:7,12
102:14 103:20
104:20 119:5,22
120:4,19 131:13
131:18 136:4
138:18 146:20
150:6 151:2,4
152:16 158:8
162:19 163:10
163:17,17
164:11 165:9,14
165:19 170:7
174:24 178:1,15
186:11,13 187:2
188:3 190:8
192:3 195:10,16
195:24 196:23
196:23 197:3,5
203:8 210:3,14
210:14,17 211:1
211:24 212:3,13
215:8 216:15,21
216:23 218:13
220:18 256:21
257:7 274:5
278:21 288:5,8
290:3 293:12
301:22,25
304:12 308:25
311:4 313:25
321:21 322:15
327:15,16,20
331:5,7 333:22
336:25 342:4
**pages** 1:24 71:18
81:17,21 300:7
306:4 343:3
**paginated** 321:22
322:18
**paid** 33:23 239:21
240:2,5,6,13
**Pamela** 1:6 8:7
**panel** 36:6
**paper** 202:9
241:10
**papers** 31:20,23
32:1,4,8,11
**paragraph** 88:20
131:20 145:17
154:11 158:9
160:13 170:10
170:20 178:7
197:11 210:2
212:8 321:24
331:8 334:3
**paragraphs**
163:13

parameter 72:14
73:19 232:13
250:3
parameters 64:13
65:8 247:20
248:3 285:12
336:18
paraphrase 72:8
paraphrasing
136:24,25
Pardon 304:2
parent 174:6
parentheses
193:25
park 44:10
parking 293:15
294:12
part 26:14,20,22
37:6 43:14
66:19 67:10
80:3 90:10,12
91:24 104:16
108:2,24 110:8
110:22 111:15
111:17,18 112:7
118:12 121:10
121:22 123:13
124:17 129:8
133:9 155:8
156:20 157:14
171:15,20
174:21 195:2
213:23 234:2
249:23 253:22
267:14 269:10
297:18 298:16
298:20 310:10
318:4
partially 110:25
111:1
participate 15:22
particle 246:7,17
248:11 252:18
255:11,16
257:11 258:4
266:15
particles 135:15
255:23 258:2
particular 9:24
18:10 19:3
22:11 25:7 30:5
36:23 37:16
41:13 54:2,3
73:9,19 77:22
78:1 90:21
108:5 136:6
162:2 164:22
194:17 196:5

198:14 218:8
220:25 237:8
253:13 256:14
272:15 309:9
334:22
particulate 32:25
129:12 205:13
280:3 315:23
particulates 22:19
24:1 73:15
129:22 193:4
parties 81:8
217:23 221:4,9
239:1 260:25
263:14 264:4,9
264:19 293:8
parties' 74:18
partitioned
265:12
partly 111:14,15
partner 20:13
parts 70:25 79:6
154:19 241:1
243:1
party 17:22 219:1
219:10 225:9
262:23
pass 207:13 226:6
passageway
178:25 179:1,1
179:18
passed 101:19
passing 116:20
path- 279:22
pathway 54:20
136:7 151:25
280:18
pathways 127:15
279:4,22 280:1
280:8,10,13
pattern 201:6
paucity 316:14
Paul 6:5
Pause 56:8
pausing 26:13
67:24 80:25
170:15 220:9
paying 239:23
PCBA 30:19
peek 55:12
peer 59:23 118:10
peer-reviewed
238:2 241:6,15
241:23
pen 180:13
pending 8:9
people 37:22
43:17,20,25

44:18 45:1 98:4
110:16 130:2
144:5 217:14
235:2 251:6
254:3 270:1
people's 16:8
percent 21:20,20
21:24 22:6,8
25:14,24 57:1,2
60:19,25 61:4
61:10,12 179:4
179:6,17 192:19
192:22 196:4
198:5 220:20,21
220:21,22,22
233:1,20 334:8
334:10
percentage 47:7
184:15,17
232:21 255:21
322:7
perchlorate 233:4
233:12
perfectly 44:3
perform 19:10
20:19 23:4,7
38:25 59:23
100:13 101:7
152:25 174:17
315:15 320:13
performed 23:9
61:17 99:19
132:17 143:6
153:1 188:17
304:21 320:16
performing 29:2
160:9
perimeter 193:10
period 28:5
148:23 157:4
167:20 168:19
169:16,22
183:25 193:19
218:15,21
259:10 326:23
327:6
periods 197:12
198:12
permissible 199:9
permitted 140:15
140:18
persisted 119:12
230:6
person 118:17
217:11
personal 216:8,13
personally 23:7
44:3 58:12

247:3
perspective 122:6
176:2 257:24
300:22
pertain 277:11
278:2,13
pertained 319:2
328:11
pertinent 20:5
Peruses 15:5,20
48:1 68:4 87:5
103:6 105:12
131:15 154:6
156:13 162:13
203:6 209:22
284:4 308:24
Peter 4:6 8:15
petroleum 30:20
PG 5:13 6:22
Ph.D 1:14 2:1 5:2
9:8,16 16:24
17:2,3,4,9 55:17
55:18 228:12
339:8 343:11
PhD 5:13 6:22
phone 57:5
photocopying
57:5
physical 72:5
245:3
physically 65:24
physics 17:16
19:22,24
physiologist
207:24
picocurie 210:21
210:22
picocuries 138:21
166:15 178:21
193:10,21 194:1
276:16
pie 187:13,15,17
piece 43:15 202:9
pile 302:18
piles 119:12
140:10 158:12
158:17 159:18
165:13,18,24
166:12 169:17
173:15 193:7
263:18 274:16
275:3,5 301:3,6
302:2
place 130:18
134:14 147:13
148:11,14 276:2
340:5
placed 64:17

places 65:24 77:7
92:18 138:2
plaintiff 7:8 47:18
68:12 217:11
plaintiffs 1:7 3:3
8:24 9:19 47:8
50:16 58:14,17
59:6 70:10
220:2,5 272:22
274:19 280:7,14
280:16 295:9,17
plaintiffs' 47:11
47:16,21 58:20
58:23 59:12
77:24 282:3
plan 24:6 26:6
41:10,22 133:15
plane 136:10
planes 139:12
planned 55:8
planning 21:13
plans 26:19 28:8
plant 283:7
plating 231:8
play 24:4 51:20
139:14 336:11
please 8:21 9:7,13
10:10 96:25
247:24 287:1
292:11 341:2,6
pleased 316:1
plot 24:11,17,18
25:6
plume 316:4,10
316:19 317:6
PM10 309:7
Pohlman 8:16,19
point 10:8 13:5
14:18 18:7
23:16,19 40:7
55:1,5 59:22
60:2,13 61:1,1
70:13 80:14
83:13 86:4
96:22 102:1,18
105:23 128:23
133:15 134:1
151:25 152:6,8
164:19 168:12
176:11 182:20
193:1 198:25
263:9 268:4
275:20 280:23
281:2 296:17
300:16 303:10
317:11,25
pointing 288:22
293:23

points 169:9
    272:6
policy 25:17
    118:14
polite 106:14
Pollution 222:8
    322:20
pond 144:16,18
population 269:1
    269:2
portion 110:14
    112:8,15,24
    183:20 184:12
position 36:8
    154:22,23 155:7
    174:11,14
possess 243:7
possession 105:5
    223:3
possibility 25:18
possible 65:8
    104:22 113:4
    135:12,17 157:7
    186:23 273:13
possibly 23:2
    135:15 176:24
    274:22
post-1973 220:19
potential 44:25
    61:5 136:11
    159:12 218:24
potentially 29:21
    74:17 129:4
    221:4 225:10
practical 111:24
practice 26:21,22
    27:7 28:2,5
    129:22 130:14
    130:16 240:17
    247:1 269:7,9
practices 26:24
    32:12 37:8 38:7
    330:17
pre-1966 220:18
precautionary
    203:13
preceded 171:7
precise 157:12
    174:3 316:16
precisely 177:7
    238:9 315:5
precision 167:16
predates 265:9
predecessor
    38:17 286:2
predecessors
    285:25
predictions

278:25
predominantly
    30:8 72:17
preface 101:13
premise 334:24
premised 329:18
preparation 78:25
prepare 71:6
    240:2
prepared 236:25
    272:15 332:7
preparing 38:18
    58:2 240:18
    254:7
present 4:3
    169:17 190:14
    191:12 192:6
    193:4 263:18
presentations
    31:17 32:16,19
presented 277:24
    294:22
President 263:4,9
pretty 24:14 35:15
    70:23 72:18
    117:12 155:4
    206:12 279:19
    292:3 307:15,17
    307:22 312:3,7
prevailed 165:24
prevailing 117:17
    183:16,18
    335:20 336:3
prevent 100:21
    290:22
previous 35:21
    278:25
Price- 215:14
Price-Anderson
    50:23,24 51:6,9
    52:6,13 215:17
    216:3
primarily 233:4
Prime 44:24
Princeton 3:23
principal 22:24
    74:19 302:16
principally 42:4
    228:22 229:3
    302:1,17 310:21
principle 52:2,6
    113:1 147:1
    149:24 150:3
    203:14 212:22
    223:12
principles 66:10
print 14:2,3
printed 14:7

306:10
prior 97:19 98:24
    99:2,6 102:18
    105:13 158:12
    158:16 164:4
    261:10 286:4,18
    287:6 301:3,5
    330:14
private 84:21,25
probably 20:17
    21:23 65:17
    81:20 131:13
    133:22 147:8,14
    180:13 186:2,9
    201:7 203:8
    220:15 232:25
    264:11 266:18
    292:9 295:15
problem 18:14
    144:17 206:8
    219:16
problems 24:16
    324:22,24
procedure 90:9
    94:2 257:9
procedures 257:9
    285:11
proceeding 340:4
proceedings
    41:14 56:8
process 10:5 21:6
    82:24 91:21
    121:18,20 123:8
    127:3,6 190:2
    190:10 194:9
    248:20,23 249:6
    284:22 285:17
    324:17 325:8,10
processed 82:10
    83:4,18 234:18
processes 249:18
    252:4
processing
    231:12 234:10
    234:15 235:21
    250:23,25
    252:10,21 260:4
    283:7 312:21
    316:23 322:2
produced 11:20
    11:24 158:23
    177:5 182:24
producing 173:17
    177:2
product 77:16
    174:6 176:6
    250:23 253:23
production 30:19

176:15,17
profession
    262:17
professional
    19:16,17 97:14
    131:8 143:4
    247:1 325:7
program 29:19
    62:20 120:17,25
    121:1,2,17
    126:21 155:22
    156:20 159:10
    159:11 203:25
    279:13
progressively
    174:24 175:1
prohibition
    337:24
project 5:20 6:19
    22:21,22 26:15
    34:10 35:1 36:4
    37:7 38:5 39:11
    39:13,13 41:7,9
    76:21 121:6
    227:9,15,18,21
    230:15,18
    236:10,11
    251:19 294:6
    297:5 316:24
projects 21:25
    33:14 50:3
    151:12,23 247:5
    247:18
promptly 323:10
promulgated
    147:9
properties 59:1
    120:23 127:15
    136:12 244:25
    245:16 280:7
    282:3 302:5,13
    302:19
property 19:4
    39:22 41:17,19
    41:21,24 43:21
    48:4 83:9 86:1,6
    86:6,7,10,13
    87:19 88:1,4,15
    89:10 92:12
    93:17 94:14
    101:23 119:25
    179:22 183:13
    188:9 230:7
    281:1,6 330:19
    330:22
proposed 251:21
    251:24
proposing 297:11

proposition
    136:19
propounded
    343:6
protactinium-231
    310:23,25
protactinium-241
    320:15,25
protection 40:10
    67:17 80:7,9
    110:15
protective 21:11
    34:8 203:18
protocol 61:8
    144:8 265:15
    314:7
protocols 24:4
    143:3,14 265:21
    265:22 266:8
proven 279:4
provide 10:14
    26:18 100:19
    101:22 144:8
    198:9 200:1
    260:24 272:18
    273:3
provided 10:17
    11:16 15:18
    34:3 39:19
    195:25 199:24
    202:14 285:11
    309:6
provides 29:20
    141:13 166:6
    192:3 237:7
providing 30:7
proxies 124:8
proximity 334:24
proxy 72:12
    252:20 263:20
public 51:23,24
    111:23 318:25
    343:19
publication 31:23
    54:16
publications
    31:20,25 32:8
    32:11
published 69:12
    166:7 238:3
    241:6,23
pull 63:20 64:8
    66:2 77:2 173:7
    289:17 321:17
pulled 63:25
    64:23 77:12,13
    81:22 186:14
pulling 74:22

**purchaser** 88:25 90:24
**purely** 328:15
**purpose** 38:15 59:14 68:21 76:1,2 120:22 122:25 199:15 270:6,6 291:10 291:11 317:12 317:15 320:1,4 320:8
**purposely** 115:7
**purposes** 71:11 71:12 76:4,8 118:13 153:20 168:22 197:11 294:25 300:17 314:20 319:3,21 319:23,24
**Pursuant** 2:14
**purview** 19:12 100:19
**put** 58:9 77:3 130:18 144:18 147:13 148:10 155:3 168:25 169:2 176:2 184:21 206:25 249:7
**putting** 144:16

**Q**

**qualifications** 237:12 242:7 307:2,13,16,20
**qualitative** 47:20 111:1,15,16,17 257:24
**quantification** 276:3
**quantified** 281:2 281:5,7,11,15
**quantifies** 275:17
**quantify** 111:24 132:7 157:2 224:13,17,21 225:8 273:4 274:1 275:10 282:2
**quantifying** 232:15 276:8
**quantitation** 275:18
**quantitative** 21:23 110:18,22 110:25 111:15 112:6,15,24 113:6,11 114:2

115:10 134:8 141:1 203:15 214:16 267:18
**quantitatively** 47:10 129:1 140:24 141:25
**quantities** 91:6
**quantity** 91:12 135:20 160:8 177:4
**quarter** 309:8,12 309:15,16
**quarters** 309:14 309:21,23,25 310:4 311:2
**question** 10:8,13 10:14,17 26:10 27:3 36:24,24 44:14 51:1 52:9 65:3 77:19 81:16 83:7,13 84:13 92:9 93:8 93:11,20 94:11 95:20 96:9,24 98:14 99:10 101:14 104:8 105:1,17 108:3 108:21 109:19 110:20 112:10 114:17,21 115:4 115:15 116:10 116:11 117:4,12 119:17 122:1,14 124:22 125:13 126:4,6,16 133:12 134:4 137:23 140:18 141:7 142:14,20 146:18 148:3 159:14 160:4,25 186:19 204:14 213:11 215:17 219:15,17 232:9 240:11 241:17 242:25 251:2,11 258:6 259:5,23 261:11,15 263:11 269:21 271:10,12 273:1 275:12 281:9 287:1 288:18,20 289:1 292:24 295:12 299:1,5 302:14 304:6 312:3,7,12 319:2,9,17,18 331:2 336:24 338:1

**questioning** 106:6
**questions** 32:6 36:17,19 92:5 96:8 159:15 321:10 338:4 343:5
**quick** 67:25 80:12
**quickly** 209:21 214:19
**quite** 92:16 115:22 225:14 270:12 333:17
**quotation** 139:23
**quote** 136:20,22 136:23 138:19

**R**

**R** 3:1 4:1 8:1 180:2 342:2,2
**R51** 180:2
**Ra-226** 139:7
**RAC** 70:13 71:3,9 71:14 75:24 79:6 153:12,15 185:3 187:15,22 299:19
**RAC's** 70:14 185:23 187:4
**RAC028251** 6:9
**radi** 40:23
**radiation** 17:12,14 17:19 19:18,19 31:7 32:12 35:4 38:7 40:7 50:6 67:13,17 80:2,7 80:9 97:22 104:5 110:3,16 116:3 117:10 138:7 213:22 223:5 231:17 328:18 329:9,12 333:17
**radiation'** 327:25
**radio-** 232:2
**radioactive** 16:11 26:23 30:24 31:4,11 32:9 33:12,16 34:1 34:21 35:24 37:1 38:8,10,18 42:2 46:7,11 47:1,2 51:12,14 51:17,21 79:11 82:10 92:13 103:16 104:15 114:14 115:8 137:11,17,19

138:25 139:6 231:1,6,13 232:2,20,22
**radiologic** 127:12 274:7
**radiological** 119:11 141:21 146:24 209:25 210:6 277:22
**radiologically** 75:5
**radionuclide** 173:21 175:22 193:11 201:3
**radionuclides** 16:11 32:9 39:22 46:7 54:9 113:18 137:15 144:12 157:23 161:22 162:3 173:16 176:1 186:25 187:10 187:17 191:17 192:5,13 194:14 212:5,11,23 229:5,6,18 230:6,9 236:2 265:3 272:14,23 273:6 274:2 275:11 276:3 308:16 310:16 310:20 320:14 320:17 337:21 337:23
**radium** 182:2 206:6
**radium-226** 173:20 174:2,6 176:1,4,7 183:21 184:13 184:14,17 185:20 277:11 278:10
**radium-230** 157:21
**radium-bearing** 181:14,21 182:3
**radon** 34:6,7,12 40:21,24,24,25 127:25 170:7,13 170:17,21,25 171:11,13,22 172:7,11,17 173:13,17 175:10 176:15 176:18 177:17 177:22 178:9 182:24 183:7,15

185:4 220:2 223:16 229:19 279:2 280:4 320:14,24
**radon-222** 157:18 173:18,21 176:7 177:3,5 183:25 185:14 213:24 214:15
**raffinate** 309:9,10
**rainy** 159:19
**raise** 106:6
**raised** 106:12
**ramp** 293:14
**range** 138:21
**rapidly** 205:15
**rate** 57:25 170:3 248:11
**rates** 141:15 254:15,22
**ratio** 21:21 191:5 191:6 192:13
**rationale** 112:2
**ratios** 193:5
**razed** 119:24
**re-** 112:11
**re-engineering** 144:15
**reach** 295:25 297:22
**reached** 96:16 140:11 298:12
**reactors** 38:19
**read** 52:12 70:22 70:23,24,25 71:3 89:5,21 91:17,23 95:13 103:23 106:4 107:4 120:18 136:14 139:3 140:5 145:23 151:13 152:22 154:16 158:13 163:15 166:2 175:5 178:12 181:15 197:14 202:2 213:2 223:8 237:15 239:8,10 247:23 248:1 250:12 272:8 275:15 286:25 287:1,3 288:17,20,24 302:15 320:23 338:11 341:2 343:3
**readily** 135:11
**reading** 66:20

83:8 90:8 101:1
250:14 283:4
**readings** 178:17
**reads** 274:6
**ready** 78:20
150:13,15
**real** 209:21
232:17 270:8
**realized** 229:8
**really** 18:12,21
21:22 23:22,24
24:22 26:1 36:1
36:7,25 38:1
39:4,24,24
40:13 47:3
56:16 59:16
60:10 61:14
62:23 63:5
66:18 68:23
75:25 79:3
81:15 82:17
83:10 86:12
90:18 94:19
99:15 103:23
104:9 106:17
114:4 115:15
116:14,16
118:13,16
123:20 124:3,7
129:17 130:24
135:9 138:13
140:24 149:8
151:24 152:3
154:8 159:15
161:1 185:8,9
190:12 194:5
200:9 203:14
205:12 217:14
218:10 230:12
232:6 233:8
236:2 246:18
249:1,25 258:1
262:15 264:13
269:22 271:24
276:19 277:14
279:7 280:21,25
281:2 284:24
293:19 298:14
302:25 305:22
311:10,12,14,18
313:12 314:20
316:16 324:6
327:3 328:7
331:1 332:15
**realm** 60:14
253:15
**reason** 85:21,23
107:23 121:16

142:18 182:9
194:7 197:22
206:5 220:9
257:14,16
337:10,17 341:4
342:6,8,10,12
342:14,16,18,20
342:22,24
**reasonable** 25:21
25:23 115:11
183:23 186:24
191:12 193:13
252:20 254:1
255:17 256:12
270:23 296:19
312:17,24
313:15 314:6
315:6 317:9
320:11 329:22
334:7,18
**reasonably** 51:24
111:20 112:17
112:18 114:6
134:10 146:25
165:22 167:8,14
250:18 270:14
316:7 328:8,25
**reasons** 108:6
203:2 268:23
**rebuttal** 71:6
**recall** 22:12 35:22
36:1,23 64:9
75:23 83:8 93:8
122:15 181:7
185:7 192:2
242:25 277:7
283:4 286:1,13
287:16,17 300:3
300:8 306:9
307:10,12
**receipt** 341:13
**receive** 283:2
**received** 11:18
145:11 291:8
324:8 325:24
**receiver** 287:10
**receiving** 282:19
282:24 325:12
**recess** 46:18
80:17 150:22
226:13 303:16
**recipient** 162:25
284:18
**recipients** 163:4
**reclaiming** 291:19
**recognize** 10:24
10:25 11:1,2
15:6,7 87:4

103:3 162:12
177:15,16
221:17 226:24
227:14 254:3
273:18
**recognized**
141:19 291:3
**recollection** 40:13
123:18
**recommend**
208:10
**recommended**
41:25
**reconfigure** 34:23
**reconstruct** 161:7
167:11 169:14
184:4 199:16
**reconstructing**
157:9 204:18
**reconstruction**
5:20 6:19 7:8
19:10 333:19
**reconstructions**
76:6
**record** 8:3 9:14
46:16,19 56:5,6
56:9 68:3 80:15
80:18 94:17
96:24 106:9
119:19 140:21
150:20,23
182:15 226:11
226:14 239:9
247:25 258:12
273:15 275:14
287:2 293:13,21
303:14,17
338:16,17,19
**recorded** 340:8
**records** 58:21
222:15,19
250:11 258:15
**recover** 291:12
**recycling** 291:16
**redeveloped**
37:20 46:12
228:25 229:1
230:7
**redistribution**
136:8
**redo** 304:24
**reduce** 337:4,7
**reduced** 175:10
176:15,17,19
**refer** 49:14 66:5
149:18 151:16
210:16 256:21
257:7 276:12

278:21 288:5
293:12 294:9
301:22 311:3
321:21 322:14
322:19 327:12
331:5 333:22
**reference** 66:6
165:15 175:9
187:9 198:16
216:16 272:8
289:19 294:9
302:8,9 308:21
**references** 63:13
89:4 133:4
225:17 299:20
301:10
**referencing** 91:9
289:23
**referred** 138:5
153:4 203:11
267:1
**referring** 11:20
30:1 66:14,18
189:6 245:8
248:3 263:5
268:8 274:9,10
275:2,3,5 279:6
279:7 288:13
289:3,9,11
293:18,19 302:4
302:12,18
324:12,15 326:3
331:23
**refers** 276:17
**refine** 243:9
244:12 300:14
**refined** 256:9
**refining** 26:19
**reformat** 34:25
**regard** 35:13
60:12 316:14
**regarding** 9:22
62:12 67:12
71:25 89:17
94:25 124:15
137:3 158:23
309:25
**regardless** 23:24
**Register** 6:15
**regs** 298:10,23,24
**regulated** 319:23
**regulation** 49:15
49:23,24 50:1
97:22 232:16
**regulations** 19:6
26:25 39:8 40:6
40:9,11,14,15
40:17 42:10

100:6 104:17
110:5 116:3
117:10 121:10
121:22 124:17
126:12 130:18
145:21 146:13
146:16,17,20,21
148:5,7,14
204:12 213:23
222:11 267:22
268:12 269:9,11
269:17 271:1,13
296:21,23,25
297:1,3,6,9,10
297:12,15,18,25
298:2,6,17,19
299:9 328:10,16
328:20 337:20
**regulator** 199:15
**regulatory** 21:6,7
40:18 62:13
113:9,20 115:19
123:1 129:21
177:22 264:12
316:25 318:20
318:21 319:3,20
328:7
**reinforced** 296:10
**relate** 16:10 43:24
30:18 40:6,9
41:13 64:22
67:17,23 78:9
116:12 119:17
120:16 121:5
154:5 208:19
223:20 224:23
230:16 238:5
304:13 326:14
332:16
**relationship** 84:8
84:24 85:4
284:14,17
**relationships**
284:20
**relative** 85:11
258:1
**relatively** 175:25
**release** 18:7
114:14,24 115:7
115:20 124:10
124:19 125:2,5
125:17,18
126:13 133:9
141:15 159:12
159:12 162:4
167:25 168:14
168:16,22 170:2

170:4 183:25
188:24,25
194:10 202:15
202:17,19 203:1
254:15 327:25
328:19,22,24
**released** 18:5
135:25 141:21
155:12 220:25
223:5 242:16
310:15 311:14
**releases** 21:4
110:3 115:12
125:1 137:3
138:14 140:3,14
141:25 145:5
146:23 155:9
156:6 157:3,18
164:3 170:7,21
171:11 172:17
185:14 186:12
186:17 219:12
224:13,17,18
225:8,11 239:4
239:14 258:25
259:9 261:3
263:15 288:11
295:3,6 296:12
303:23 309:7
327:5,22 328:4
328:6,8,12
329:8,10,17
330:3,11,14
335:3 337:2
**relevance** 216:3
**relevant** 19:6 32:1
33:3 50:1
153:25 216:5
218:11 255:15
272:18 294:21
294:23 300:10
317:17 320:21
**reliable** 66:7
67:12,16 198:9
270:14 272:9
304:17
**reliably** 199:8
272:10
**reliance** 67:5
**relic** 274:22
**relied** 66:5,25
153:11 164:8
177:20 185:2
195:5 236:24
237:2 239:18
241:2 244:3
246:2 253:18,20
256:14,18

**relies** 336:23
**rely** 78:12 153:6,9
185:3 240:17
244:8 279:20
**relying** 171:24
174:21
**remain** 205:13
**remainder** 184:10
**remained** 83:9
172:9 175:3
228:24
**remaining** 107:16
184:13
**remedial** 21:13
120:25 165:25
**remediate** 26:8
**remediating**
109:15
**remediation**
28:21 37:22
204:1,2 227:22
**remember** 126:6
175:12 271:17
**remind** 10:7
**reminding** 34:19
**reminds** 144:3
**removal** 158:12
176:14 233:2
301:3
**remove** 151:11
291:6 337:5
**removed** 119:13
158:17 164:24
165:13,19,24
166:12 167:2
168:7 174:25
175:2,8,16
182:11,17
184:11
**removing** 301:5
**render** 272:24
**rep** 36:5
**repeat** 92:9
302:14
**repeating** 243:3
**rephrase** 148:3
271:12 273:1
289:1
**report** 5:12 6:21
7:7 13:16,17,20
13:22 14:22
15:10,19 22:9
29:25 49:14
54:17 57:16
58:1,2 59:24
66:4,15 67:3,4
67:25 68:12

262:20 304:22
70:12,14,17,19
70:22,24,25
71:3,6,9,9,10,14
72:3 73:21
75:24 76:5 79:6
79:7 90:10 95:3
102:5,7 104:20
109:24 110:1
111:3 115:24
116:13 118:11
119:1,2,5
122:10 128:23
136:5 138:19
143:25 146:5,15
148:4 149:16
151:2,3 152:17
153:4,13,15,25
154:5 155:15
156:7,14,16
158:6,9 162:22
162:25 163:5
164:7,22 165:9
171:20,21,23
172:20 174:21
174:23 175:9
178:20 179:17
179:24 181:6
183:6 184:21
185:3 186:8,11
186:22 187:4
188:4,6 189:16
190:18 191:19
195:2,7 199:24
200:9 202:23
203:5 204:16,22
208:24 210:3,12
213:7 215:5,8
218:13 219:18
221:19,21 222:7
223:23,25 225:4
228:18 229:23
230:10,13
236:24 237:3,6
237:16 238:2,5
238:11,23 240:2
240:18,22,25
241:1,6,23
242:1,10,11
243:1,13 250:13
250:15 252:24
253:3,5,9,13,23
254:7,19 256:23
256:24 257:1,5
262:3 263:19
272:15,17 273:5
274:23 276:14
277:15,24
278:10,22

279:15,18,21,23
280:22 282:2
288:6 289:13,17
289:19,22,24
293:13 295:8
296:4,7,8
297:17 299:10
299:20 300:17
301:11,23
304:11 305:2,6
305:8,12,14,17
305:18,20,24
306:7,10,24
308:4,6,9,13,18
308:23 309:1
310:8,13 311:3
314:1 319:1
321:18 323:6,21
323:22,25 324:7
324:15 325:17
325:19 326:4,25
327:21 330:6,9
331:6 333:23
336:20 337:9,12
**reported** 1:25
140:2 145:5
156:7 162:1
168:3,4 182:21
188:10 195:20
198:15 253:21
276:15 288:10
290:21 330:2
**reporter** 2:15 8:19
9:7 227:11
236:19 255:1
338:20,24 340:1
340:2,25
**reporter's** 340:13
**reporting** 8:17,20
193:19 276:9
**reports** 9:23
11:25 13:8
14:16 21:9
53:16 54:21
59:10,15 61:22
68:9 70:5,8 71:7
73:8 74:8,15,17
74:19 78:16,19
78:23,25 80:4
101:3,4 120:14
120:16,20
122:16 136:19
143:2,9 144:5
145:20,25 146:1
146:7,9 149:11
149:12 158:20
158:23 168:2
214:12 224:22

245:19,22,22,24
274:3 279:12
286:21 295:24
296:1,15 299:19
299:20 301:14
301:15 324:12
326:5,16
**repository** 99:23
301:17,19
**represent** 85:7
98:16 101:6
226:19 227:8,15
238:8,10,12
**representative**
33:19 165:22
167:6,9,14
172:10 173:13
174:13,16 183:3
184:9 227:9
236:9 250:19
260:9 262:11
263:3,7 269:1
269:25 270:15
270:20
**represented**
260:14
**representing**
53:11
**represents** 254:2
**reprocessing**
282:25 291:11
292:19
**reproduced**
311:16
**reproduction**
340:23
**requested** 11:14
100:13 101:8,10
239:9 247:25
260:23 275:14
287:2
**requests** 100:17
101:18
**require** 21:10 98:4
**required** 98:24
104:15 110:2
115:25 117:17
199:9
**requirement**
115:20 328:8
**requirements**
39:2 112:6
328:25
**research** 62:12
**researchers**
136:6
**Reservation**
33:22

reserve 55:2
residences 59:13
residential 23:3
  33:1 136:12
residuals 107:20
residue 181:14,21
  182:3
residues 7:9
  184:25
Resolution
  251:24
respect 37:13
  38:13 60:1 73:8
  83:15 84:9
  86:15 98:2
  99:17,25 104:19
  120:23 124:14
  127:18 130:17
  131:9 132:19,22
  133:5 157:13
  174:11,14
  177:20 192:13
  205:25 207:17
  210:2 213:21
  214:3 216:3
  218:12,13 220:5
  220:17 228:5
  229:17 235:17
  239:14 249:5
  251:7 253:12
  255:11 258:4,20
  268:8 272:21
  283:15,18
  296:21,23
  297:10 310:19
  325:8 329:5
respective 261:2
  264:6 295:5,7
respectively
  220:23
respond 323:10
  323:12
responded
  323:15,20
response 172:22
responsibilities
  99:21 217:24
responsibility
  97:12 104:4
  132:3,6 219:6
  219:20 259:9
  262:19 293:23
responsible 43:9
  43:12 74:18
  96:2 97:4,15,18
  97:23 98:5
  100:14 109:15
  147:12 217:23

218:20 219:2
221:4 225:12
253:8 261:2
264:5 295:6
326:22 327:5
responsive 10:17
  14:12
rest 194:13
restrictions
  337:25
restrictive 211:14
  212:9 213:1
restroom 80:13
result 147:4 193:8
  243:10 328:6
resulted 248:23
  328:4 330:11,18
results 23:9 73:22
  154:9 167:22
  243:14,18
  254:13 313:16
  317:18
resume 14:15
  227:3 236:6,8,9
  237:14 249:14
resuspension
  131:21 242:15
RETA 323:14,22
retained 9:19
  29:19 33:7
  52:17,18 53:23
  225:20,25
  274:20
retention 53:18
  54:13 68:19
retrieved 301:13
  301:16
retrospective
  204:9
return 341:11
returned 175:18
  332:11
returning 86:10
reverse 88:6
  248:19 249:17
review 5:19 6:8
  6:18 26:18
  57:17 59:24
  62:20 67:22
  68:5 77:4 78:16
  78:22,24 79:6
  109:21 118:5,10
  145:19 146:2
  154:6 160:5
  258:15 283:11
  283:14 285:3,6
  285:13,18,19
  287:5 295:23,24

296:14 299:15
299:25 300:5
302:22 304:16
306:23,25
313:14 322:25
reviewed 11:10
  58:20,23 59:10
  62:3 68:9 70:4
  75:24 79:2,7
  81:5 87:6 100:8
  103:7,10,11
  118:12,18,20
  120:14,19 121:9
  143:1,9 299:19
  301:20 307:16
  323:1,3 324:2
  326:4 330:6,8
reviewing 10:15
  57:22 58:1
  59:14 76:23
  78:19 100:3
  222:14 286:20
  286:21 306:9
  307:10,12
rewriting 154:24
RIASP 6:8
Ridge 137:4
  155:18 156:11
  156:25 279:10
right 12:9,13
  14:17 22:2,25
  27:20 28:9,10
  28:25 36:3 40:1
  40:16 41:5,6
  43:6 44:14
  46:14 52:4,15
  53:7 55:2 56:17
  56:17 57:21
  58:4 66:22 72:3
  80:21 82:1,8
  85:14 87:15
  88:3 89:12
  94:15 96:19
  114:23 118:23
  119:8 120:21
  124:11 126:21
  127:20 128:1,4
  129:3 131:17
  133:21 137:13
  141:16 143:15
  143:20 148:7,21
  149:10 151:15
  154:1,3,18
  157:10 158:15
  160:20 163:20
  165:8 166:18
  168:1 170:6
  176:5,13 179:10

179:20 180:11
180:21 181:16
181:24 182:1
183:8,9 188:19
189:23 190:1
191:21 193:9,20
193:22,25 194:4
195:12,21 196:3
196:12,16,25
197:2 198:18
200:18 203:4,9
205:17 210:9,10
210:24 211:2,11
212:12,19
214:18 215:1
217:9 219:8
221:10,25
223:18 251:19
262:22 266:24
267:23 276:14
278:7,8 285:22
302:20 309:18
321:5 331:11
right-hand 166:9
  166:15
RIM 75:5
risk 4:5 236:25
  237:4,8 243:3
  273:19 280:24
river 139:9,15
RME 25:22
Road 89:3
roads 113:23
  128:19 131:10
  131:22 132:4,8
  132:20 133:7
  225:3,5
Robinson 89:3
robust 159:10
  198:9
rock 190:24
rocks 40:25
role 33:9 38:13
  41:6 79:24
  228:22 229:11
  230:3,4 235:7
  235:13
ROOD 4:4
root 314:7
Rosa 45:21
rough 58:10
roughly 233:20
  266:6 306:8
Round 89:3
route 135:17
routes 132:13
  242:17
row 276:22

rows 311:17
RPR 1:25 340:18
rude 319:11,15
rules 10:6 141:10
  261:19
ruling 49:2
run 244:4,6,18,19
  247:2,3,22
  256:3 307:24
  313:7 316:19
running 167:1
  248:22
runoff 127:19
  128:12
runs 246:23

---

**S**

S 3:1 4:1,4 5:1,7
  6:1 7:1 8:1
  211:8,15
safety 17:19
  19:19 31:8
  32:12 37:8 38:7
  40:7 50:6 80:2
  97:22 104:5
  117:10 138:7
  213:22 285:11
sale 87:17,18,25
  88:1,7,12 89:17
  89:25 90:22
  332:19
salt 206:12
salts 205:22
sample 142:10,23
  165:6 180:2,8
  183:12 265:15
  266:15,16
  268:25 277:5
  278:10,16
sampled 225:21
samples 142:16
  163:14,24
  164:11,17
  165:17 168:2
  171:1 177:17
  183:7 188:8
  189:15 196:7
  200:6 265:2,8
  266:9,13,21,23
  269:15,19
sampling 24:6,10
  25:5 143:5,6,10
  158:11,15,18,20
  159:2,5,10
  162:14 166:10
  188:15 299:10
  299:13 300:1,4
  301:2,5

San 32:24
sand 72:17,25
74:5 75:11
255:21,23
257:13,22,22
258:1
sandy 74:25
Santa 34:19 41:3
41:18 42:3
45:21 46:1,10
48:3 230:23
233:8
saw 29:25 257:21
saying 12:19
22:12 92:11
103:9 129:14
134:25 142:11
160:20 161:2,2
163:23 209:5
252:22 312:7
331:25 332:2,4
332:6 333:18
says 72:2 88:20
88:24 89:24
102:10 120:1
130:8 136:5
151:7 154:20
163:13 165:21
178:7 179:17
181:13,23,25
182:3,8 197:10
198:1 210:20
211:3,7,14
212:4,8 222:6
240:4 268:15
269:6 272:5
289:4 290:7,8
302:15 309:12
310:15 322:15
323:18 325:18
327:17,21
331:10 334:3
337:3
scanned 70:24
scattered 159:13
scenario 114:3
141:20
Schaeffler 44:20
48:13
scheduling
216:16 272:19
327:17
scheme 206:11
218:25 259:8
260:24 327:3
334:18
school 29:10
33:18 235:3

science 33:20
66:8
sciences 16:22
scientific 183:24
193:14 238:3
240:17 241:7
246:25
scientifically
320:10
scientist 257:20
scope 36:7 54:12
68:24 172:19
screening 233:1
scroll 192:18
se 18:14 94:19
search 63:3,7
64:4,10,13
222:18
searches 64:6
Sears 7:14
season 159:19,20
second 45:12
54:23 56:2 90:3
101:13 124:12
127:11 140:12
154:10 157:13
163:10,16
177:25 181:12
190:16 192:17
193:22 222:5
272:8 274:5
311:2 320:6
327:15,20 331:3
337:3
secondary 22:23
secondly 43:11
section 54:11
69:13 110:5
111:21 123:18
124:6 134:8
141:9 161:21
166:7 169:10
170:7 171:18
186:11 197:4,5
197:7 215:5,10
232:14 267:10
271:6 283:24
307:20 321:21
328:1
sections 70:18
secured 29:15
61:25
security 336:15
sediment 60:24
129:16,16,18
130:10 138:5,20
138:24 139:14
140:3 142:3,12

142:24 143:12
143:24 144:13
145:6 152:19
155:7,12,20
164:24 224:7,13
225:6,7,23
265:20 266:19
279:3 288:11
290:22 327:23
330:3
sedimentation
164:20
sediments 18:9
54:20 128:25
129:3,7,23
136:9,11 137:4
137:12 138:6
140:23 147:6
223:6 224:1,9
242:16 243:13
256:5 265:6,13
279:2 280:3
289:12
see 11:8 15:21
31:19 33:17
45:4,17,20 48:2
49:12 52:22
54:7 56:23
69:10 81:10
88:8,21 89:18
89:22,25 90:4
91:4,6 92:6 95:5
95:6 103:22,23
123:5 131:11,12
136:23 138:22
138:23 143:24
144:16 156:13
160:10 161:19
163:18,19,20
164:13 165:19
178:2,18,24
180:1,16,16
192:16 195:24
196:21 197:9
203:5 208:10,20
211:1 212:12
221:23 227:24
257:21 259:7
269:10 275:23
280:22 284:4
289:3 290:3,9
290:18 293:16
302:7 306:19
307:14 322:3,21
324:9,23 326:1
327:18 332:19
seeing 93:15
131:17 156:14

seen 59:5,9 67:19
70:9 82:21,22
83:2,16,20
87:24 93:5,25
98:20 103:12,13
105:13 109:13
109:21 133:4
150:4 158:16,21
159:1,2,4,23
181:3,10 217:16
217:25 218:1
256:16 325:4
332:13
sell 86:18
sells 88:25
semi-quantitative
334:13
send 129:24
325:19
senior 20:13
237:6 253:11
sense 33:8 60:4
96:17 167:15
205:16 247:8
286:9 290:18
291:2 336:15
337:16
sent 137:4 162:22
323:8
sentence 139:25
151:7 157:14
158:1 212:8,14
216:23 222:6
286:3 288:17,22
289:3 302:6,15
331:22 334:2
separate 30:10,11
68:12 276:19
separated 309:8
separately 187:21
September 6:16
sequencing 286:6
series 157:11
176:7 316:21
serious 145:21
146:12,16,17,19
151:8
serve 33:9
served 33:19,23
64:5
server 76:22,25
77:4,10
Services 5:23
set 14:18 53:17
73:4 79:7
115:10 123:6,12
165:1 213:18
340:5

settle 139:10
settling 139:1
144:16,18
setup 125:11
126:9
seven 54:14
shaded 194:14
310:9
shape 315:1
Shaw 27:23 28:10
28:13
shed 178:11
179:1,1,2,8,11
179:13 183:9
sheds 180:20
sheet 341:5,6,9
341:11 343:8
shipment 337:20
shipped 287:11
287:14 322:1,6
322:7 337:22
shipping 57:4
287:20 337:4,7
SHOOK 3:14
short 303:6
shorthand 340:1
340:2,11
show 155:4 164:2
166:23 186:22
308:13,20,22
313:24
showed 333:17
showing 83:2
166:25 187:9
290:21
shown 89:3 180:2
190:15 212:8
279:1 299:11
332:20
shows 168:12
182:15
side 18:16 30:12
30:12 47:25
48:5 71:22 73:7
166:9,15 180:3
212:25 276:14
331:11
sides 165:23
sign 69:3 338:12
341:6
signed 12:12,16
12:19,20,23,23
significance
286:7
significant 137:9
signing 341:8
silent 130:11
131:6

silicates 205:23
silt 72:24 74:5
 75:11
silty 72:24 74:25
similar 22:20
 302:2,17 317:7
 317:23 327:3
simple 192:21
simply 159:22
single 71:10
 120:19 141:20
 158:22 170:4
 236:10 240:24
 268:4 269:3
sir 9:13 10:22
 241:17 281:9
 312:12 319:16
sit 22:4 55:6 65:16
 66:16,22 75:18
 157:6,10 184:20
 214:11 286:13
 300:6
site 6:11 7:11,12
 18:24 19:1,9
 20:23 21:9
 23:22 24:25
 26:8 28:21,22
 33:25 34:1,18
 34:19,22 35:4,5
 37:9,15,20,23
 38:8,21 41:10
 41:11,16 46:12
 50:18,18 51:21
 54:5,6,7 62:10
 63:22 65:15
 67:14 69:8
 71:23 74:7
 82:11,25 83:4,5
 83:19,25 84:3,5
 84:10 89:2
 92:20 93:2
 95:10 96:6 97:5
 97:25 98:13
 99:25 101:2,5,8
 102:8,20 104:21
 107:11 108:10
 108:16 109:4,10
 109:15,16
 110:11 114:25
 115:21 117:7
 122:7,21 124:1
 124:18,19
 126:11 128:6
 136:7 137:7
 140:14,15
 144:21 146:6,8
 149:7 153:17
 154:9 158:11,24

164:16,20 167:2
168:9,14 169:16
172:9 175:2,17
176:10 177:18
180:3 182:6,12
182:18 183:15
183:21 184:16
185:15,21
187:25 190:14
191:12 192:6,21
195:21 196:6,6
207:15,19 210:1
210:7 218:6
219:1 220:3
223:18 224:8,25
225:12 227:5,10
227:16,19,21
228:5,24 229:4
229:7,16 230:21
231:20 232:20
233:1,3,4,9,16
234:6,11,18
239:3,3,15,20
242:21 243:20
243:24 244:15
245:19 247:12
257:4 259:17
263:19 277:9,23
278:11,17,18
290:20,23,23
291:7,9 292:6
293:5 294:7,13
294:18 296:13
296:13 302:10
313:1,2,17,20
313:21 314:2,3
315:1,8 317:7
318:15 321:14
322:12 326:22
326:23 327:5,7
329:3 330:23,25
331:13,14
332:11,13,18
333:16 337:23
sites 20:21 26:23
 28:8,22 29:22
 30:5,9,14,23
 31:1 34:6,12
 40:21,23 50:18
 62:9,13 77:21
 79:11 119:10
 120:25 121:4
 126:24 127:9,14
 145:22 146:13
 146:22 149:14
 152:1,2 201:14
 216:14 218:5
 234:22 236:17

239:4 251:5,13
251:14,14,16,17
260:25 261:2
262:19 264:7,16
273:15 290:19
293:25 294:2
295:3,5,7 297:1
319:23 324:22
330:18 333:19
335:12
sits 246:23
sitting 170:16
 218:1 245:17
 266:20 267:20
 307:9 333:21
situation 113:14
 113:22 134:7,9
 289:15 315:18
situations 113:13
 113:18 290:24
six 54:14 196:7
 198:13,24
 199:19 200:6,13
 269:14,18
 321:25 331:9
sixth 331:11
sizable 292:3
size 71:21,25 72:5
 72:12,13,17
 73:1,11,17,24
 74:25 75:21
 76:9 243:5,10
 243:12 245:5
 246:3,7,11,13
 246:17 250:2,5
 250:8,9,10,14
 250:17,19
 252:18 255:11
 255:16,23 256:4
 256:11 257:12
 257:23 258:2,4
 312:15 313:17
 313:19 314:1,7
sizes 248:12
 258:2
skeletal 13:21
sketch 16:20
skewed 73:5
slag 89:1,13
SLAPS 50:18
 58:25 59:7
 71:22 75:8
 82:12 83:5,19
 83:21,24 84:3
 84:11 85:2,11
 85:14,15 86:1,8
 86:17 89:8 91:9
 91:12 92:14,15

92:17,23,24
93:7 95:9 96:6
98:11,13,19
99:1,18 100:14
101:2 102:2,8
102:17 104:6,21
107:11,15,18,24
108:7,16 109:10
117:6 119:9,24
124:18 126:11
126:24 127:13
132:13,14,20,23
137:7 139:20
140:11 148:23
151:11,21
152:11,20 154:5
154:9,15 155:13
156:5,8 157:16
157:17 158:5,11
158:16,23 167:3
168:16,16,20
169:16 170:8,21
171:5,11,23
172:7,17 173:16
174:16 175:3,8
175:11,18
176:14,15,18
177:22 182:10
182:18 183:17
183:25 185:15
186:5,12,18
188:9 191:24
192:20 204:25
207:15,19
213:21 214:4
216:19 218:22
219:7 220:20,21
220:22 222:17
223:4,18 224:8
224:13,24 239:3
239:6 245:17
249:7 250:20
258:16 259:1,2
259:11,17 260:3
260:6,6,10
268:9 274:11
275:6 277:9,11
277:17 278:7,11
278:17 281:25
290:20 296:13
321:13 331:20
332:1,11 333:2
334:10 335:1,10
335:24
slices 187:16
slight 246:19
sloughing 290:25
sludges 37:3

smelter 22:24
snowballs 63:14
societies 19:16
 19:17
Society 19:24
Soden 3:13 9:2,2
 180:12
soil 16:7 18:8
 20:22 33:1 37:2
 37:3 39:15
 40:24,25 47:4
 60:23 107:20
 109:5 147:5
 233:11 257:19
 293:13 317:6
 327:23
soils 50:20 318:11
sold 82:13 86:5
 89:13 93:18
 108:12
sole 230:3
solely 259:10
solid 250:9
solidified 129:16
solubility 205:11
 205:19 206:16
 207:5,17 208:4
 208:5 210:4
 212:18,20 232:2
 232:7,15
soluble 194:8,11
 197:19 200:21
 200:22,25 201:1
 201:12,20 202:4
 202:13,24
 203:11,16,20
 205:9,21,22,23
 206:2,4,7,7,12
 206:21,23 207:2
 207:23 208:2,7
 208:12,22 209:1
 209:6 211:8,15
 211:15 212:24
 223:17 276:13
 302:23
solvents 30:16
somebody 63:10
 87:13
somewhat 22:20
 257:13
soon 190:1
 265:11
Soper 53:24 59:20
sophisticated
 24:14
sorry 17:6 28:14
 35:5 55:25
 69:15 78:8

79:21 87:17
92:9 102:12
112:9 128:20
151:9 156:1
163:16 182:3
201:16 216:21
227:11 236:19
239:7 242:18
302:14 304:4
322:17
**sort** 13:18 51:22
57:6 60:11
99:13 112:2
117:13 120:12
132:12 138:14
160:11 180:3
205:6 209:10
269:2 318:8
**sorts** 24:4 141:24
172:11
**sound** 254:18,20
**sounds** 50:22
56:17 191:15
**source** 5:21 21:2
73:17 76:16
106:25 166:22
178:10,23 193:5
237:18,20
246:14 247:9
248:9 276:16,17
276:17 277:22
317:12,17,25
337:15
**sources** 21:4
38:19 175:14
183:15 277:21
**South** 2:6 8:13,17
**Southern** 22:22
**space** 341:4
**sparingly** 206:12
206:23 207:23
**sparse** 161:3
214:8 320:9
**spatial** 315:21
**speak** 68:25 76:7
143:13 199:22
217:13
**speaking** 175:25
267:9 268:25
**special** 78:6
**specialty** 30:18
**speciate** 190:11
**speciation** 190:3
**species** 190:4,25
**specific** 17:18
19:18 32:9,12
35:21 51:12
66:23 71:13

81:22 86:22
100:13 101:10
101:18 113:15
113:18 124:23
130:1 131:3
135:18 141:13
142:20 154:1
158:3 190:20,21
191:3 197:3,5
245:1 284:16
290:16 297:12
299:25 308:21
312:9,9 330:7,8
332:13,16
**specifically** 17:14
47:24 51:9 61:7
64:7 65:11
71:24 78:9 79:8
83:16 85:2
91:13 95:3
97:17 100:1,9
102:3 115:1
121:11 123:17
128:11 131:5
132:5 136:18
138:8 139:7
141:4 142:17
149:14 152:17
157:16 173:17
188:21 189:21
200:10 210:9
231:9,15 236:6
238:14 243:2
245:21 248:4
252:8,23 254:9
265:5 272:18
277:7 281:24
288:13 293:20
296:22 298:8
304:12 308:11
309:22 311:22
319:18 322:9
323:19 326:8
330:16
**specified** 65:9
**specify** 177:7
323:15
**spectrum** 30:15
**speculation** 144:2
**speed** 63:11 82:6
110:9 221:21
**spell** 284:1
**spend** 64:18
**spent** 21:24
**spill** 114:7 134:12
134:17,20
135:13
**spillage** 128:18

131:10,25
**spilled** 132:8
133:6
**spoke** 59:20
69:18 70:7 78:8
240:23
**spoken** 68:14,16
68:19 69:14,16
69:24 70:9
**Spray** 45:16,23
**spread** 16:8 18:6
19:3 113:14
**spring** 32:23
**square** 314:7
**St** 6:11 7:10 8:18
54:5 83:4,18,25
84:2 149:3
151:17 210:1,6
218:5 222:9,15
225:11 277:23
293:15 294:10
294:17 322:20
323:10
**stack** 248:9 318:2
**staff** 40:2
**stand** 204:15
225:5
**standard** 51:5,7
51:10,16 52:7
54:18 67:12
97:22 110:18,22
110:23,25 111:1
113:5 114:5
115:6,9 128:10
129:22 130:14
130:16,19
133:12 134:10
140:22 141:1
160:17,21
161:11,13,15,16
161:19,23 186:1
197:24 198:1
199:5 201:11
204:14 206:6
213:8 265:14,21
265:22 283:15
283:17,23 284:1
285:16 314:6
**standards** 50:6
51:19 67:17
79:10,16 100:6
104:5 113:6,11
114:3 115:10,22
116:3 117:10,18
123:15,16,21
124:8,10 130:3
130:3,4 134:8
138:2,8 147:7,8

147:13 148:10
161:20 208:6
**standing** 253:4
**stands** 44:10
121:1 254:5
**start** 23:23 27:8
63:11 156:5
191:16
**started** 13:20
27:18 93:4
151:1 171:5
**starting** 88:23
99:18 109:1
175:2 279:8
292:5 304:12
**starts** 154:11
161:17 193:15
215:8 327:17
**state** 2:15 8:21
9:13 20:2 21:8
30:4 33:6,7,9,20
36:9,17 43:1,4
49:4,8 50:11
102:6,7 112:11
115:24 145:18
146:12 150:6
174:12 183:23
199:3 217:19,19
230:7 235:9,11
263:19 297:15
301:25 341:3
**stated** 54:24
73:20 102:4
107:10 111:14
115:1 133:9
139:24 141:4
189:9 197:23
296:4 312:7
**statement** 95:22
95:24 96:15
98:3 104:19
107:8 108:9
109:14 114:18
145:2 289:20
302:11
**statements**
223:11
**states** 1:1 7:4
8:10 82:14 84:9
85:1,10 86:5
88:13,14 90:22
90:23 131:1
152:18 178:5
182:23 263:22
**stating** 141:14
150:2 199:19
292:21
**statistical** 25:13

167:16 269:7,8
269:13
**statistically**
268:25
**status** 86:22
**statute** 147:25
262:2,14
**statutes** 262:5
**stay** 225:25
**stenographically**
340:9
**step** 169:23
190:10 191:15
320:6
**stepped** 330:23
330:25
**steps** 191:15
290:22 325:1,5
329:2
**Steve** 9:2
**STEVEN** 3:13
**stick** 167:13 184:6
**stickler** 217:1
**stipulated** 241:8
241:13,15,18
**stomach** 208:2
**stop** 133:14
144:14 150:9,13
150:13
**stopped** 107:24
108:10,10
168:11
**stopping** 303:9
**storage** 6:5,11
7:10,12 146:6
178:11 182:5,11
210:1 332:13
333:16
**store** 332:10
**stored** 6:10 7:9
65:21 71:22
75:8 82:12
86:16 89:1
92:13,17 93:7
95:10 96:3
107:17 179:11
179:12 180:20
182:10,17
187:21 322:11
331:13,14 332:9
333:2,11,14,15
**straightforward**
115:16
**strain** 130:13
142:24 143:23
**strained** 142:11
**straining** 143:11
**strategies** 19:8

235:24
stream 60:23
strict 264:12
strike 42:17 49:6
  52:1 55:25 74:2
  83:1,1 99:5
  102:5 118:1
  124:13 130:5
  132:21 137:14
  146:18 162:22
  174:13,25
  183:21 187:13
  189:22 195:15
  202:4 208:4
  211:12 239:25
  273:21,22 280:6
  338:2,3
structures 119:23
stuck 315:19
student 33:19
  35:6 36:5
  234:24
students 36:15
  235:6,8,13
studied 273:14
studies 16:25
  17:2 137:1
  138:4 155:18
  193:2 278:25
  279:6,8
study 18:5 76:2
  186:5 302:9
stuff 116:25
  134:13 135:12
subject 221:9
  228:20 341:8
subjects 232:1
submissions
  319:3
submit 200:3
  228:17 336:12
submitted 285:18
  318:19,21
  319:20 323:6
subscribed
  340:14 343:14
subsequent 33:1
  164:16 267:18
  285:7 298:10
subsequently
  137:8 155:21
  230:17 262:17
substance 25:7
  68:21 343:7
substantial 334:5
subsurface 230:6
subtotal 309:17
sufficient 71:12

133:7 199:20
suggest 134:11
  142:22 249:22
  253:14 260:8
  300:14
suggested 82:22
  93:6 262:10
  263:2
suggesting
  106:14 147:10
  292:15
suggestion
  162:21
suggests 83:17
  283:2 284:13
Suite 3:7 8:18
sulfate 65:15
  75:16 322:13
sum 187:11
summaries 101:5
  283:5
summarize
  131:14 301:1
summarized
  74:16 101:3
summary 119:6
  166:6 278:24
summed 311:24
summer 270:21
super 159:8
Superfund 29:22
  30:5,9,14,23
  62:10 218:6
supervision
  340:25
supplement 88:7
  88:12
supplemental
  6:21 54:16
  67:25 221:18,20
  221:22 222:6,21
  223:2,20 245:23
  321:17 322:14
  322:16 327:13
  327:21 329:25
supply 233:7
support 18:23
  28:6 29:20 30:7
  41:9 96:21
  227:20 230:15
  230:20 289:20
  326:16 336:20
supports 136:19
supposed 75:12
  100:1,2 129:15
  130:9 170:2
  192:1
surcharge 57:1

sure 16:3 20:17
  24:5 25:3 31:19
  31:21 32:22
  35:15 44:2
  66:17,23 68:23
  70:3 79:15 81:1
  81:2,3 84:14,15
  92:11 98:14
  113:21 123:10
  128:9,21 135:1
  135:16 136:3,21
  139:11 144:19
  169:19 176:24
  180:10,12 181:4
  203:4 213:20
  217:21 231:15
  238:14 251:4,18
  252:14,22
  267:15 279:19
  286:23 296:2
  306:14 307:22
  314:24 317:16
  319:9,17 322:17
  335:18 336:9
surely 334:24
surface 18:8
  20:23 127:19,22
  128:12 129:23
  137:3 158:10,15
  158:18 159:1,1
  159:7 276:15
  277:1 279:2
  280:2,2 281:16
surrounding
  50:20
survey 178:8
  203:10 209:25
  210:6 277:23
  278:4
swear 9:7
sworn 9:9 340:6
  343:14
Sylvania 35:4,5
  37:14 38:17,18
  45:18 46:8
  227:5,10,16,19
  228:5
Sylvania's 38:13
synced 339:5
system 76:20

_____
        T
_____
T 1:14 2:1 5:1,1,2
  5:7,12 6:1,22
  7:1 9:8 339:8
  342:2 343:11
table 6:10 113:7
  124:5,6 130:23

140:25 165:16
  165:22 166:4,5
  166:6,24 168:12
  178:16 181:5,13
  187:7,9,12
  190:8 191:18,23
  192:3 193:9
  195:6 199:1
  201:5,13 206:12
  210:9,16,20
  211:1 212:9
  213:7 232:13
  236:5 275:16,20
  275:23,24
  276:12 281:18
  281:19 306:12
  306:20 308:13
  309:1,2,5,11
  310:7,10,13
  311:8,15,16,17
  311:24 320:18
tables 129:2
  141:14 186:14
  187:4
tabulated 168:5
  171:14 244:10
  311:15 313:23
  320:17
tabulation 166:10
tabulations
  157:22
tailing 152:2
  251:14,17
  293:25 294:2
tailings 72:10
  250:17,21,22
  251:22 252:5,9
  252:12,16,18
  312:17
tailored 319:19
take 10:23 15:4
  23:8 24:9 25:4
  25:10 36:25
  37:3 44:7 45:6
  46:14 47:19
  55:12 67:24
  71:17 80:12
  87:3,8 95:2
  103:2 105:4,10
  106:1 133:25
  142:10 144:13
  151:4 161:25
  162:11 170:6
  177:14,25
  185:23 186:4,10
  188:4 190:5
  207:7 209:20
  214:21 221:16

226:10 248:6
  270:16,19 290:2
  303:8,11 313:8
  314:7 320:8
  339:2,4
taken 17:11,13,15
  17:18 151:21
  152:12 164:12
  165:18 171:1
  183:8 186:21
  187:23 193:12
  258:14 266:13
  290:22 340:4
takes 191:18
talk 10:6 12:9 36:4
  52:15 62:5
  63:17 68:17
  79:10 86:9
  120:3,6 127:19
  127:24 131:1
  136:19 137:24
  137:25 148:20
  157:17 165:11
  165:17 172:14
  173:8 184:24
  185:1 186:7
  203:5 205:19
  207:25 208:3,5
  210:3 220:18
  246:16,17
  291:18 328:12
talked 34:16
  50:10 53:8,18
  61:21 64:22
  69:5 75:22 77:8
  78:7 108:8
  111:19 124:16
  126:18 148:15
  155:6 156:18
  164:18 169:5
  171:4 173:23
  186:8 195:19
  196:10 197:16
  198:3 213:6
  223:10,14
  224:14 225:2,18
  243:4 248:7
  254:8 270:10
  273:7 276:6
  295:13 312:15
talking 24:19,23
  25:1 68:22
  69:20,23 76:11
  81:4 82:3 84:11
  86:7 87:17 98:6
  103:24 106:13
  126:22 127:4
  130:2,4,8 131:2

131:24 137:20
138:15 140:8,9
145:6,18 146:1
146:3,10,16,17
146:20,22 148:5
153:3 160:13
162:15 173:4,18
183:7,12 189:2
192:2 196:18
197:4,6 205:11
205:12 208:6
217:14 230:19
232:19 236:3
246:13,18
254:21 257:25
265:6 269:8,9
272:20 280:11
280:12,18 286:5
296:6 331:10
**talks** 110:15
129:21 157:14
223:25 332:23
337:2
**tanks** 231:8
234:13
**tanning** 44:25
45:2,3
**tasked** 41:9 110:7
110:8
**tasks** 29:2
**TCE** 30:17
**team** 5:19 6:18
72:9 153:12
238:7 240:2
242:3,5 247:10
247:20 249:21
250:1 252:25
253:24 254:6
258:9 304:15,21
307:25 316:20
**team's** 329:19
**technical** 5:23
11:15,19,23
14:1,2,4,6,9
29:20,24 30:6
31:2 33:10
36:18,20,21
61:22 78:4 81:6
250:11 318:23
**techniques** 39:14
40:3
**technologies**
19:8
**technology** 46:24
46:25 135:2,9
**tell** 10:24 15:22
43:23 45:5
50:21 53:9 87:4

103:3 144:5,6
162:12 177:14
181:4 192:1
201:17 206:1
212:21 221:17
233:24 267:21
267:25 281:14
**tells** 160:2 182:25
193:10
**temperature**
270:17,20
315:12,14 318:2
**temporal** 286:5,9
315:21
**tends** 201:1
268:17
**term** 10:9 23:15
83:21 109:6
167:8 184:8
246:3,6,7 248:9
252:14 267:16
267:21 269:12
291:20
**terminated**
104:23 107:14
**terminology**
167:14 246:20
**terms** 47:20 100:3
116:21,23 128:7
136:1 139:15,16
159:8 205:6
247:9 272:12
298:8 311:7
**test** 142:24 170:4
**tested** 164:23
165:3 234:19,21
**testified** 9:10
43:24 182:13
228:22 229:11
243:19 244:11
255:10,13,20
265:1,22 266:21
268:3 305:1
322:23
**testify** 9:22
105:21 148:9
228:8,15,21
**testifying** 231:16
275:24
**testimony** 16:16
43:22 46:6
47:15,23 48:25
58:5 78:17
94:21 227:24
229:23 246:10
267:2 271:13,25
275:2 277:25
298:5 299:12

321:4 331:16
340:7
**testing** 23:5,6,9
61:18 109:3,3
130:25 155:25
156:10,25 157:1
159:24,25 160:8
160:14 162:1
164:7,16,17
165:11 171:6,9
171:10 173:4,6
173:11 174:15
175:9 177:19
182:22 183:2
185:19 188:5
189:16 195:4,20
207:20,21
212:17,19,23
234:16 236:2
**tests** 200:14,15
**text** 111:18 114:5
200:8,9 276:5
276:11
**textbook** 66:24
**texts** 66:6,11,14
66:17,20
**thank** 34:18 88:3
112:19 163:8
166:3 226:8,9
284:8 292:12
338:8,9,14
**thereof** 64:12
340:11,14
**thickness** 306:8
314:10
**thing** 10:7 15:21
25:19 44:19
47:9 71:10,19
117:14 190:2
192:25 200:18
206:8,24 228:2
229:14 246:18
270:9 278:9
281:4,10 293:24
326:3
**things** 18:9,17
22:17 23:18
24:13 30:21
33:2 41:14
44:11 54:18
57:6,8 59:19
73:16,16 100:22
109:5 111:25
120:16 123:19
124:4 139:16
146:4 159:20
187:25 205:23
206:4,10,11

207:6 208:1
220:13 229:13
231:8 234:13
266:14 268:22
291:1 303:6
312:10,25 318:3
319:7 324:23
**think** 11:18 12:16
12:24 13:25
44:7 46:2 48:12
48:24 53:8 59:9
61:15 65:17
66:21,21,22
69:5 72:9,18
74:18 76:9
78:18 79:21,24
85:17 87:25
88:1 93:23
94:12 112:1
113:3,4,21
114:3 117:13
118:22 120:8
121:1,3 122:4,5
126:19 127:6
129:10,10
131:16 134:6,20
134:21 135:10
135:17 137:4,17
141:24 152:13
153:2 154:23
156:3,15 157:7
157:8,8,11
158:22 164:9
167:7 168:7
172:21 179:23
179:25 180:21
186:8 188:20
189:2 190:17
191:11,18 196:6
198:3 199:7
203:7 209:3
213:15 216:12
217:18 218:1,4
218:11,18
219:18 224:15
224:19,19
225:18 228:13
229:20,21
230:12 234:15
235:12 236:8
237:6 238:16,18
243:7 254:1,8
259:6 260:11,17
261:13 264:10
265:5 270:5
271:6 276:8
280:4,11 282:8
283:13 288:19

288:24 292:20
293:6 295:1,13
297:4 298:4
317:22 321:18
321:22 323:7,12
323:18 331:4
334:15 336:5
337:9,17
**thinking** 98:8
121:14
**thinks** 215:18
**third** 44:9 56:3
87:9 88:20
178:15 309:15
311:2 327:12
**thirty** 341:12
**thor-** 302:16
**thorium** 206:18
207:2,4 276:25
**thorium-230**
138:20 139:7
157:18 174:7
192:17,22 194:8
194:10 197:19
200:20 201:13
201:20,24 202:6
202:24 204:24
205:5,9,18,25
206:2 207:14,19
208:11,20 209:1
210:5,21 211:5
212:17,20 213:8
213:24 214:15
220:8 223:16
232:3,7 276:13
276:21 277:3
302:1,17 310:21
320:14,24
329:11
**thought** 65:12
91:21 120:10
169:6 255:14
271:10 307:5
316:11 322:23
**thousand-acre**
41:11
**thousands** 81:17
300:7,7 333:8
**threat** 124:9
**three** 35:7 59:9
68:9 70:8
119:16 166:13
189:24 190:11
191:9 194:4
296:15
**three-** 24:14
**three-dimensio...**
24:16,18

**throw** 58:10 65:7
**thumbnail** 16:20
**THURSDAY** 1:16
**tight** 323:14
**Till** 71:14 72:19
  73:2,23 153:12
  153:15,17 237:7
  237:10 238:7
  239:17,21,24
  240:1,14 242:1
  244:10 245:9,12
  249:12 252:17
  252:23 253:3,18
  253:21 254:10
  255:11 258:8
  304:21 307:2,24
  311:12 312:23
  313:12 316:19
**Till's** 71:8,20 79:7
  154:4,9 190:18
  244:12 250:6,12
  253:3,8,23
  254:2,4,22
  304:15,24 305:2
  305:8 307:13
  308:18 313:8,14
  329:19
**time** 8:6 10:8 26:3
  26:3 33:18
  36:22 46:17,20
  49:22,25 55:1,2
  56:7,10,21 57:9
  64:18 69:15
  70:13 80:16,19
  86:5 90:9 92:22
  93:15 102:18
  104:2 105:19
  110:24 114:20
  138:17 141:1
  148:14,23
  150:10,21,24
  152:9 157:11
  161:11,14 168:9
  168:13,19
  169:22 172:12
  175:8 184:1
  198:12 207:7
  214:22 218:15
  220:25 221:2,2
  226:6,12,15
  229:8 236:15
  259:10 262:11
  263:6,18 266:6
  268:12 273:11
  284:22 298:3
  302:23 303:15
  303:18 315:22
  319:12 323:17

328:11 331:4
  338:5,18 340:5
  340:6,8
**timeline** 169:15
**times** 69:16
  149:25 161:6
  170:18 179:6
  188:11 190:5
  191:8 193:16
  201:15,21,24
  202:6,8 265:18
  267:1 310:6
  331:14
**tiresome** 271:22
**title** 16:3 64:11,14
  85:25 86:3
**titled** 170:20
  195:1
**today** 11:14,17
  12:2,6 13:11
  22:4 28:3,5
  66:12,16 78:21
  79:1 105:14
  130:16 246:10
  260:14 266:20
  267:2,20 277:24
  299:11 307:9
  332:19 333:21
**Today's** 8:5
**Todd** 1:25 2:14
  8:19 340:18
**told** 14:21 20:18
  68:8 85:18
  96:14 98:20
  144:4 164:21
  168:18 188:20
  327:9
**tolerance** 179:4,6
  179:17
**tonnage** 181:20
  311:18
**tons** 89:1 311:4
  318:8
**tool** 246:25
  262:18
**tools** 264:15
**top** 35:1 88:11
  89:25 181:18
  210:14 311:17
  311:17 327:17
**topic** 253:13
**total** 161:23
  186:21 187:16
  188:4 189:24
  191:5,7 192:10
  198:24 200:13
  233:23 234:4
  276:7 309:16

311:13,13,23
  334:8
**totality** 245:18
  279:7
**touch** 20:17
**toxicologist**
  19:13 220:16
**toxicology** 60:14
**track** 302:22
**tracked** 294:14
**tracking** 299:24
**transcribed**
  340:10
**transcript** 5:8 6:2
  7:2 10:15
  338:21 340:10
  340:12,22
  341:13,14
**transcription**
  343:4
**transfer** 65:14
  105:5 223:4
**transferred** 86:13
  92:14 107:18,19
  175:4 332:21
**transition** 80:13
**transport** 18:2,3,4
  18:16,18 32:2
  32:20,22 36:24
  38:1 44:6 54:20
  66:9,19 102:20
  132:19,24
  134:17 135:12
  136:8 138:6
  139:15 144:14
  144:15 159:9
  231:22 243:15
  246:17 273:14
  279:1,1,3 280:4
  280:4 289:15
**transportation**
  135:19 337:20
  337:25
**transported** 82:13
  92:18,19 95:11
  231:24 259:2,2
  322:13 335:5
**transporting**
  133:2
**travel** 132:22
**treatise** 238:3
  241:10
**treatises** 67:11
**trial** 46:6 58:5
  148:9 227:24
  228:8
**trials** 45:23
**tributaries** 225:22

**tributary** 223:7
  327:24
**tried** 132:12 165:5
  166:22
**troubling** 293:13
**trucker** 135:10
**trucking** 132:10
  135:17
**trucks** 114:8
  135:12
**true** 47:13 77:25
  114:18 123:3
  217:21 220:7
  239:18 292:17
  292:17 299:9
  340:10
**truth** 270:8,15
**try** 19:2 20:24
  21:5 41:15 71:6
  111:24 123:21
  126:8 157:8
  169:14 198:7
  214:19 221:21
  225:15 245:15
  318:4 336:15
**trying** 18:25 21:1
  22:25 41:24
  68:23 164:9
  167:10,11
  199:16 202:1
  216:5,25 237:22
  247:14 254:14
  262:18 270:10
  280:20 291:21
  291:24 292:16
  302:6 312:4
  315:20 316:6
  317:8 319:8
  324:6 334:17
  336:6
**turbulent** 183:14
**turn** 11:4 15:14
  210:13 256:10
  turns 250:12
**two** 9:23 13:7
  23:24 30:10,11
  35:1 45:23
  54:21 56:19
  125:7 133:22
  147:14 154:19
  170:21 187:4
  191:15 214:12
  224:22 260:24
  266:14 270:3
  272:6 321:16
  327:21 335:16
**two-step** 190:1
**type** 16:4 23:5

28:23 29:3 42:9
  43:7,25 51:21
  57:18 59:23
  62:19 75:12
  77:3,15 79:25
  91:11 92:24
  162:23 164:24
  168:21 174:17
  208:25 212:16
  216:6 217:6,10
  220:24 231:24
  242:13 245:2
  309:8 311:25
  312:2 319:20
**types** 42:19
  100:13 113:17
  189:25 316:12
**typically** 18:20
  47:7 63:12
  64:14 193:2
**typo** 274:15

---

**U**

**U** 189:24
**U-238** 139:7
  192:19 277:5,11
  277:20
**U.S** 83:10 85:6,13
  85:25 87:10
  89:17 93:16
  120:7 155:21
**UCL** 61:10
**UCLs** 198:6
**uh-uh** 78:2
**ultimate** 182:14
**ultimately** 82:12
  83:5 86:14
  92:14 107:18
**uncertainties**
  243:16 316:13
**uncertainty** 73:3
  186:7 266:25
  334:22
**unclear** 27:3
  200:4
**uncontained**
  177:2
**uncontrolled**
  140:3 145:5
  288:10 330:2
**uncovered**
  323:23
**underestimating**
  243:18
**undergraduate**
  29:1
**underlying** 37:4
  51:22 304:20

**underneath**
163:20 310:16
**undersigned**
340:2
**understand** 9:18
9:21 10:1,9,10
10:12,18 18:25
19:2 20:24 21:1
23:1 38:16
41:15,16 60:4
69:3 81:1,14
83:22 84:4,14
84:15 86:3,11
87:23 91:20
93:14 95:8
98:10 105:22,25
112:1 116:25
123:21 130:15
165:5 176:9
187:3 190:7
204:7 208:15,16
218:9 231:7
264:23 265:11
271:25 285:15
286:23 296:16
297:16 312:6
318:5 319:4,11
319:17
**understanding**
11:21,22 37:18
38:16 50:8,12
50:14,15 59:21
60:12 68:11,13
82:2,18 84:7,21
84:23 85:4
87:20 89:8 93:1
97:10 99:22
100:18,24 104:3
104:10,13 105:3
105:4 107:13,16
107:22 108:3,11
108:15 109:1
110:6 111:3
117:6 120:2
130:24 133:1
168:10 169:25
170:5 179:10,12
189:14 257:5
258:23 262:8
265:10 266:12
266:14 287:10
291:14 322:10
337:10
**understands**
319:9
**understood** 10:16
68:24 69:6 81:8
90:19

**undertook** 258:11
**underway** 26:16
**unexploded**
233:14
**unfiltered** 266:15
266:23
**unfortunate**
266:25
**unfortunately**
30:12
**uniform** 314:15
314:21
**unit** 166:8 188:13
**United** 1:1 7:4
8:10 82:14 84:9
85:1,10 86:5
88:13,14 90:22
90:23 178:5
263:22
**units** 161:19,20
161:21 191:6
194:6 317:19
**University** 16:24
35:6 36:6
**unknown** 207:18
332:18
**unloading** 135:16
**unmeasurable**
176:25
**unpaid** 36:8
**unrestricted**
124:1 201:14
**unsigned** 53:22
**unusual** 165:3
**updated** 15:18
16:15
**upper** 25:15,25
60:19,19,25
61:4,12
**Upstream** 278:18
**uranium** 6:4 38:12
38:14 42:4
72:10 83:9
146:5 152:2
157:24 160:17
161:13,23
186:21 188:4,10
189:25 190:3,12
190:13,25 191:5
191:9,12,20
192:11 206:9
231:2,4,5,5,10
231:18,19
233:13,22 234:2
234:14,18
250:17,21,22,23
250:25,25 251:1
251:5,7,8,14

252:5,9,10,12
252:16,17 268:8
276:6,7 292:4
293:25 294:1
312:16
**uranium-235**
189:22
**uranium-238**
189:22 192:9,12
192:14,23
**USA** 8:16,19
**use** 10:9 22:11,14
23:12,15 24:12
24:18 39:18
57:19 61:4,12
71:8 83:21
85:14 101:23
105:18,18 124:1
151:12 153:14
153:23 154:4,8
180:13 184:8
191:3 196:9
197:17,22 198:8
199:11,20
202:23,24
210:21 212:24
212:25 223:3
246:6,7 247:1,4
247:7 250:6
255:16 258:12
262:18 264:15
267:15 268:13
268:23 269:18
269:23 271:2
286:2 288:18
291:22 304:17
309:5,24 311:20
312:18 313:15
316:4 317:7
324:21 336:16
**useful** 237:22,25
238:21
**user** 63:2
**uses** 288:23
**usually** 13:17
63:11 64:10
122:18,19 130:1
247:10
**utilize** 232:13
264:8 311:6
**utilized** 41:12
120:25 250:18
272:5,7 284:22
305:14 308:8

**V**

**v** 1:8 5:14 6:23
**vadose** 36:24

235:23
**vague** 26:10
108:21 251:11
**validate** 316:3
**validation** 315:15
316:2
**value** 41:17
115:12 178:21
203:4 292:2
**values** 73:4,5
124:5 200:4
311:23
**vapor** 229:2,12,17
229:20 230:1
233:11
**variability** 270:12
336:10
**variable** 159:8
268:17 270:9,9
270:12,24 335:6
**variant** 50:11
**variations** 24:20
25:6
**variety** 36:16
242:14
**various** 34:12
36:25 62:1
74:12 75:9
109:2 189:18
295:3 319:24
**vary** 26:20
**vastly** 160:16
**velocity** 317:11
**verbiage** 225:4
**verify** 306:5,6
**version** 43:4
111:4 131:5
217:19 297:24
306:3,24 307:3
**versions** 35:16
**versus** 8:8 44:17
44:20,24 45:15
45:17,21,22
210:4 253:23
258:2 266:16
281:25 302:23
309:9
**Vice** 263:4
**vicinity** 59:1
302:5,13,19
**video** 338:19
339:4,6
**videographer** 4:6
8:3,16 9:6 46:16
46:19 56:6,9
80:15,18 150:20
150:23 226:11
226:14 303:14

303:17,20
338:17
**videotaped** 1:14
5:10 8:4
**view** 13:5 96:22
**violate** 170:3
**violated** 148:8
204:11
**violation** 146:21
148:13 150:2
189:11 213:9,14
222:10 323:2
325:3 328:20
329:4
**violations** 145:21
146:13,19 148:5
326:14 327:6
**virtually** 134:19
134:19 135:13
**visually** 290:25
**vitae** 307:14
**VOCs** 46:25 47:2
229:21
**voice** 106:12
**void** 340:13
**volatile** 229:18,21
229:24 233:10
235:25
**volume** 6:15
175:3 315:7
322:6
**voluminous**
181:9

**W**

**wait** 302:9
**Walk** 190:6
**want** 24:22 37:24
65:7 67:24
91:16 106:17
116:24 119:15
127:1,7 128:22
133:24 150:7,12
150:17 151:19
152:6 157:6
167:5,15 169:8
169:23 173:3
180:12 181:9
202:3,5,9
207:25 213:20
214:20,20 218:7
241:20 243:6
280:21 292:7
303:5 312:10
319:16 331:15
338:22
**wanted** 59:19
63:4 91:22

203:3 275:1
**warehoused** 83:5
83:19 168:20
**warehouses**
65:21
**warm** 68:1
**washing** 140:10
**Washington**
16:25 33:20
35:7 36:6,10
235:10,12
**wasn't** 12:16,22
33:23 39:4,22
71:5,5 72:4,7
75:25 84:19
95:17 167:12
172:18 217:4
221:7,7 233:3
233:12 244:6,19
272:20 279:25
319:16 322:24
338:1
**waste** 26:23 32:9
65:15 67:13
71:21 72:6,23
75:7,7,17 95:10
95:17,22 96:3
97:5,24 98:5
99:23 105:5
107:17 119:12
134:13,17,20
140:9,10 151:11
151:21 152:10
153:18 158:12
158:16 159:18
165:13,18,24
166:12 168:6,19
169:17 172:9
173:14 175:3,14
175:15,16
176:22,25
184:10 190:14
193:7 223:4
235:24 239:19
243:5 244:25
245:2,20 248:24
250:20,22 252:9
252:20 263:18
274:16 275:3,5
282:20 290:24
301:6 304:13
309:8 313:2
322:11 332:3,6
332:10 337:5
**wastes** 174:12
187:20 188:2
192:5 245:6
249:6 259:10

282:25 287:11
291:13 292:2
**wasting** 91:21
105:19
**water** 18:8 20:23
54:8 60:23
69:11 127:19,22
128:13 129:5,8
129:8,11,12,15
129:23 130:2,3
130:8 131:1
137:3 142:2,3
142:10,16,23,25
143:5,6,10
152:19 154:13
154:21 155:5,7
155:9 158:10,15
158:18,20 159:1
159:7 160:9,17
160:21 161:13
164:17,23
165:23 166:14
168:23 169:22
170:1 184:3
195:20 205:21
205:23,24 206:2
206:5,6,14,17
206:21,25 207:1
207:3,23,24
233:7 236:4,4
237:24 265:3,8
265:13,15,16
266:13,16,17
275:17,18 276:8
276:16 277:1,16
277:17 279:2
280:2,2 281:16
299:12 300:1,4
300:21 301:2,5
**waterway** 137:10
**way** 13:17,20
16:22 21:23
33:18 34:24
38:2 39:6 42:6
49:8 59:19
68:25 77:8
106:15 109:22
111:22 115:10
135:25 137:2,3
141:17 145:13
146:23 152:13
152:14 155:3
157:8 164:22
168:25 182:16
187:18 199:1,7
204:16 213:2,15
220:15 224:3,21
225:23 229:19

237:23 256:2
273:4 274:1
279:9 281:23
291:18 319:6
320:3
**ways** 23:24 316:9
**we'll** 12:9 20:25
21:12 26:15
80:12 172:13
204:23 303:3
321:9 339:2,4
**we're** 24:22 25:1
45:12 82:3
84:10 89:22
94:3 119:16
122:20 126:21
127:3 131:2
167:11 168:7
173:17 183:6
205:11,12 208:6
212:12,23,25
230:19 236:2,3
245:4 246:18
247:13 280:11
280:12 303:19
315:19,20 317:8
336:13
**we've** 14:10 29:13
78:7 108:8
124:16 126:18
138:15 148:15
152:1 162:15
171:4 173:23
186:8 197:4,5
197:16 223:10
223:14 224:14
273:6 305:6
312:14 319:12
**weapons** 234:16
**weather** 164:12
**website** 62:9,14
62:19 81:23
301:14,15
**websites** 62:1,6,7
64:21 65:20
77:12 80:24
81:18
**Wedron** 16:2,4,9
16:14
**week** 15:23 16:1
270:23
**weeks** 56:19
**weighted** 187:9
192:4,19 193:6
**welcome** 300:12
338:15
**wells** 1:14 2:1 5:2
5:9,12 6:3,22

7:3 8:5 9:8,15
9:18 56:12
80:21 151:1
226:18 233:8
255:3 265:19
304:1,4 321:18
338:10 339:8
343:11
**went** 27:23 62:6
63:23 65:20
72:9 77:9
176:11 186:16
321:3
**weren't** 40:5
258:14 331:25
**West** 3:6 48:19
65:6,16,18
72:20 74:3
75:14 243:20,23
244:15 274:18
274:20,23
**wheelhouse** 76:7
220:6
**Whittaker-Berm...**
230:22 232:19
233:3,16 234:6
**wide** 30:15
**wind** 183:16,18
335:5,6,21
336:3,9,10
**windblown**
127:25 279:1
**wisely** 141:19
**wishy-washy**
167:10
**witness** 2:17 5:17
9:7 12:22 13:3
22:1 44:22 45:3
45:15 51:2
52:10 65:4 68:4
94:5 95:21
103:6 104:9
105:2 107:4
109:20 110:21
114:18 115:5
116:18 122:15
124:23 125:20
126:1,17 133:25
134:5,19 137:24
141:8 142:15
144:3 150:10,15
159:4 161:1
163:3 167:5
180:14,14
204:15 207:9
209:9 213:12
214:22 215:1
216:25 219:16

222:3 226:7,9
232:11 240:13
240:22 241:22
249:1 251:12
252:8 259:6,25
261:16 269:22
271:24 274:13
275:16 288:19
291:22 292:1,23
295:13 303:5,9
303:13 315:3
321:7 333:7
335:15 336:2
340:6,7,14
341:1
**witnessed** 292:10
**witnesses** 10:6
271:22
**word** 64:6 70:23
137:16 219:17
219:18 245:7
246:11 267:13
286:2,8 288:18
288:23
**words** 29:14 35:2
37:21 39:21
40:15 42:1 43:3
84:18 86:17
88:18 91:3
92:21 100:1
112:4 114:23
121:19 122:24
123:4 131:21
136:24 139:5
164:2 169:3,7
186:22 217:9
224:24 225:9
**work** 17:23 18:10
18:11,12,18,22
20:7,19,20,21
21:1,15,15,18
21:24 22:5,5,6
22:12,15 26:6
26:17,18,19
28:19,23 29:3
29:17 30:3,8
33:4,21,21,23
34:9 35:6 36:4,8
36:18,21 37:6
37:11 39:5,6,19
42:17,19 43:15
44:6 47:7,7,16
47:17 50:1,10
52:16 54:12
55:7 59:17 60:3
60:5,6 65:17
67:10 71:8,11
72:20 73:10

77:16 78:3 80:3
101:7 121:7
135:23 138:10
154:6,9 172:19
204:16 208:15
227:22 229:14
230:15,15,18
235:14 236:13
239:18 247:16
249:23 253:2,23
279:9,10 297:13
329:19
**worked** 28:25
29:11,13 30:6
31:7,10,12
33:14,24 34:6
38:6 40:22
46:22 48:21,22
50:4 55:11
247:5 251:1,5,7
251:20 318:22
**workers** 228:25
**working** 13:14,24
22:21,25 33:6,8
36:23 37:22
38:8 40:5,11
41:19 47:11
48:16 57:15
85:5 108:17
236:12,14
239:17 247:10
251:19 254:6,10
**works** 84:25
243:17
**world** 232:17
270:8
**worry** 241:14
303:4
**worse** 292:9
**wouldn't** 22:7
42:23 43:2
56:16 86:2
122:22 138:11
143:15,23,24
176:18 213:14
223:22 249:19
252:15 259:24
298:2 316:16
**write** 13:16,17
57:15 95:7
122:16 136:4
138:24 154:11
158:9 174:23
188:8 202:10
257:11
**writers** 141:18
**writing** 21:9 87:13
144:4 149:25

**written** 13:18
54:22 118:14
145:15 148:4
324:13
**wrong** 133:13
**wrote** 68:11
238:11 288:22
**Wyatt** 44:16

_____
**X**
_____
**x** 1:5,11 5:7 6:1
7:1

_____
**Y**
_____
**yards** 136:12
**yeah** 23:15 24:12
26:13 34:18
38:2 44:16
55:22 57:3
69:22 73:12
75:3,15 79:5
121:13 133:22
134:18 135:1,16
136:25 150:15
158:2 162:14
163:19 165:20
178:22 179:15
179:25 180:10
180:17 182:15
182:20 185:6,16
186:2,3 187:6
189:20 191:22
191:22 193:13
194:4 196:21
199:2 200:3
202:9 205:3
208:17 210:12
212:14 216:1
221:7 228:13,19
242:19 247:10
262:25 266:7
275:21 278:23
288:7 289:23
291:23 303:25
309:4 317:2
327:19 332:23
333:24 335:15
335:19
**year** 27:17,21
52:19 157:3
159:17 172:5
195:2 197:13
198:1 224:11
267:11 268:16
**Year-end** 309:12
**years** 20:14 27:16
33:24 41:13
147:14 148:11

181:20 185:4
234:4 251:20
261:18 292:11
297:13
**Yep** 205:4 209:18
212:1,16
**yesterday** 12:25
**York** 182:5,11
227:6

_____
**Z**
_____
**Zager** 3:12 5:3
8:25,25 9:12
10:21 12:21
13:6 15:1 26:11
27:4 36:13 45:7
45:12 46:3,14
46:21 51:4
52:11,24 53:3,6
56:5,11 65:10
68:7 77:20
80:12,20 86:25
90:11,14,19,20
91:19,25 92:2,5
92:7 93:12,21
94:4,10 95:25
96:11,19,23
97:2 99:11
101:15 102:14
102:15,25 103:5
103:8 104:12
105:8,24 106:8
106:10,18,21
107:6 108:22
109:23 111:2
112:11,13,22
114:22 115:14
116:12,15,17,22
117:2,3 119:20
119:21 122:2,23
125:3,10,14,19
125:21,25 126:5
126:20 133:16
133:19,22 134:3
134:15,23 135:7
138:3 140:19
141:12 142:19
143:20,22 144:9
147:18,20 148:1
148:2 150:12,17
150:25 159:21
161:8 162:8
163:7,9 165:7
167:18 177:11
180:5,15,25
194:22 196:15
204:20 207:11
209:11,14,18,19

213:19 214:18
214:25 215:3,4
215:21,23
216:22 217:2
219:21 221:13
222:4 226:5
240:21 241:11
248:25 252:6
274:12 288:15
306:15 333:5
338:6,11 339:2
**zero** 134:17,20
181:21 220:20
**zone** 36:24 235:23

_____
**0**
_____
**0.04** 56:24
**0.2** 138:21
**00000657** 5:22
**00000710** 5:25
**0000519** 6:14
**028256** 6:9
**08540-6241** 3:23

_____
**1**
_____
**1** 1:24 5:10 6:6,10
6:25 10:19,23
11:1,5,11 14:12
119:23 163:20
165:16,22 166:4
166:6,24 168:12
178:25 191:15
201:13 221:22
222:6 275:23,24
276:12 281:18
281:19 307:20
309:16 322:15
322:16
**1,013** 192:22
**1.6** 196:5
**1/11/05** 6:20
**1:15** 150:24
**10** 5:11 6:12 8:17
49:14,20 54:10
69:13 104:16
110:5,12 111:4
112:7 115:25
121:10,22
123:13,18
124:17 128:11
130:7 131:4
133:9,10 134:8
136:4 138:8
141:9 161:16,20
166:8 167:25
168:23 169:10
171:18 185:13
188:11,21 190:5

191:8 193:16
194:2,15,20,24
194:25 195:1
196:18 201:15
201:21,24 202:6
202:8 210:20
211:4 212:10
213:23 215:2
220:21,22
223:14 232:14
233:1,20 267:10
267:13 269:10
271:6 274:5
283:23 297:18
311:20 314:11
328:1 334:8
**10-R51** 180:2
**10.25** 311:4,20
**10.46** 314:2 315:4
**10:03** 46:20
**10:17** 56:7
**10:19** 56:10
**10:52** 80:16
**100** 220:20
**102** 5:22
**105** 5:25
**11** 6:15 138:18
146:20 150:6
151:2,4 196:13
196:17,19 288:5
288:8 293:12
**11:00** 80:19
**12** 6:17 14:15
102:7,14 104:20
152:17 203:8
209:12,16,17,23
209:24 210:3,11
210:17 211:23
**12-4-70** 7:6
**12-month** 157:3
**12:25** 150:12,21
**13** 6:21 158:8
165:9,14,19
201:25 202:7,8
221:11,15
321:19
**14** 5:15 7:4 170:7
174:24 188:11
190:6 191:8
193:17 201:15
201:22 255:1,4
255:5 256:15
**1400** 8:18 138:21
**14th** 107:1 224:12
**15** 7:7 186:11
187:2 192:3
215:2 305:9,13
305:25 306:13

306:15,16,17
**16** 188:3 190:8
305:13 306:15
306:16
**162** 6:6
**17** 1:16 8:5 211:1
211:24,25 212:9
304:12 308:25
311:4 336:25
**174** 6:16
**177** 6:9
**17th** 55:6 214:13
256:25
**18** 313:25
**180** 6:11
**19** 99:4 210:9,16
215:8 216:15,23
**194** 6:14
**1940** 164:3
**1946** 85:19 218:15
218:21 219:7
**1947** 85:24
**1948** 6:6 85:16
140:4 145:7,11
145:18 146:5
155:15,25 156:7
156:23 158:19
160:14 162:2,14
162:16 164:3
170:14,25 171:6
171:9,23 172:3
172:5,17 173:5
173:11 174:15
175:8 177:17
182:12,23 183:1
183:2,6 184:8
185:4,19 265:3
266:22 279:9
288:12 289:13
289:17 290:21
299:10 330:4
**1949** 182:12
**1950** 184:1 185:12
**1950s** 67:14 175:2
204:10
**1953** 95:9 97:19
98:11,13,18,24
99:2,19 102:8
104:21 107:11
126:10 147:12
148:23 156:6
171:6 175:10
218:21 219:7
224:11
**1954** 99:7
**1958** 145:6
**1959** 181:19
**196** 6:16

**1960** 6:16 111:5,9
128:12 130:17
131:5 142:9,21
161:15 181:19
186:21 188:5
189:16 193:12
195:2 199:25
202:6 266:22
267:7,12,14
271:7,13 272:1
297:18 298:6
**1960s** 67:14
156:11 282:8
**1963** 103:22 104:1
104:23 260:14
282:22 283:6
284:2 285:23
**1965** 181:19
**1966** 92:22 102:8
102:18 104:22
105:5 107:1,11
107:14,24
108:11,18
109:17 122:12
125:4 126:10
147:12 148:24
167:1 168:7,11
174:17 175:4
184:1,10 185:12
220:19 224:12
282:23 283:3
325:25 326:7
334:9
**1967** 309:15
**1968** 287:18
309:16 311:2
324:9,14
**1970** 222:8 256:25
266:3 282:10,13
282:15 292:5
323:7,15,21
329:6
**1972** 266:4
**1973** 220:19
**1974** 121:3
**1979** 203:10
204:22 208:24
209:25 210:5
278:4
**1980** 330:6
**1981** 16:23
**1989** 151:16
**1990** 17:1
**1990s** 34:5 111:13
**1997** 79:9
**19th** 214:13
**1st** 54:24 67:4
162:16

**2**

**2** 5:12 14:24 15:3
15:6,8,9,11,15
95:3 113:7
118:24 124:5,6
130:23 131:10
140:25 151:3
163:18,20
171:21 179:1,18
191:18,23 193:9
195:2,6 201:13
213:7 222:22
227:2 232:13
274:6 275:7,22
321:21
**2,000** 210:22
**2,380** 179:6
**2:48** 214:25
**20** 21:20 54:11
69:13 104:16
111:21 121:10
121:22 123:13
123:18 124:6,17
130:5 133:10
134:8 141:9
151:16 161:21
166:7 169:10
171:18 210:20
213:23 218:13
232:14 267:10
267:14 269:10
271:6 283:24
297:18 328:1
333:22 343:16
**20.106** 49:15,20
112:7,15 114:13
114:24 115:1
138:8 140:16
141:4 143:7
161:16 162:4
169:24 170:3
185:25 189:9
194:15 196:19
197:7 199:3
201:9 214:3
223:14
**20.106(a)** 110:5
110:13 111:4
112:24 115:18
115:25 128:12
130:7 131:4
133:10 188:21
194:3
**20.160(a)** 185:13
**200** 179:18 180:19
**2000** 27:19 79:10
**2000s** 137:9
**2001** 27:19

**2005** 46:1
**2009** 227:24
**2010** 20:15 27:9
45:15
**2011** 44:24
**2015** 49:12
**2018** 7:7 153:12
153:15 154:5
187:4
**2019** 1:16 5:15
6:25 8:5 15:10
15:19 22:4
52:20 54:14,23
54:24 55:7,24
56:2,3,19 57:10
67:3,4 110:1
134:24 214:13
340:15
**206** 314:4
**209** 6:20
**20th** 98:18,24
99:18,19 156:6
171:6 175:10
219:7
**21** 95:4 331:5,7
**210** 178:21 179:17
**213918** 1:23
**22** 220:18
**221** 3:6 6:25
**226** 5:4
**22nd** 2:7 8:13
**23** 257:10
**230** 194:11 206:13
**25** 6:15 233:21
261:18 340:15
**25-plus** 297:13
**250** 233:16
**255** 7:6
**2555** 3:15
**275** 58:1
**29** 294:10

**3**

**3** 5:16 53:4,8,10
53:23 55:21
119:5 131:13,18
152:17 179:2
201:24 202:6,8
223:3 278:21
308:13 310:10
310:13 311:8,17
320:18 329:25
**3:00** 214:24
**3:03** 226:12
**3:10** 226:15
**30** 160:18 292:11
341:12
**300** 2:6 8:13 306:4

**305** 7:14
**31** 5:15 210:5
**31st** 15:10,19
54:23 67:3
110:1
**34** 170:22
**343** 1:24
**35** 170:22
**3500** 89:1
**3rd** 270:18

**4**

**4** 5:18 57:1,2
86:23 87:2,9
**4-33** 309:1,3,5,11
311:24
**4-34** 309:2
**4.33** 311:15,16
**4.5** 188:11 190:5
191:8 193:16
195:24 198:23
200:14,15
**4:12-CV-00361-...**
1:6 8:9
**4:55** 303:15
**40** 21:24 22:8
298:22
**400** 3:7
**40s** 121:23 147:7
**45** 95:4,7 98:9
**46** 135:3
**474-6550** 3:17
**48** 182:4 330:6
**49** 182:4 183:1
**4th** 56:19 57:10

**5**

**5** 5:21 102:23
103:2,4,20
104:1 256:21
257:7 284:7,8,9
**5:01** 303:18
**5:30** 321:3
**5:54** 338:18
**5:55** 339:9
**50** 89:3 183:3
**50,000** 333:4
**500** 58:4
**502** 3:22
**50s** 117:20 121:23
135:11 147:8
**5129** 1:25 2:15
340:19
**515** 195:10,11,16
195:24
**53** 5:17 122:11
125:4 135:3,4
160:22

**55** 135:4
**58** 210:14 211:1
**5th** 56:2 270:18

---
**6**

**6** 5:23 105:6,10,13
  106:23 108:1
  119:22 305:25
**6:00** 321:8,11
**60** 22:6 210:17
**609** 3:24
**60s** 117:21 121:23
  135:11 137:2
  146:7 155:17
  158:21 204:11
  279:10 297:25
**63** 285:4
**64051** 3:8
**64108-2613** 3:16
**65** 196:4
**66** 160:23 183:4
  218:15 326:15
**67** 137:5 325:25
  326:15
**68** 137:5

---
**7**

**7** 6:4,16 7:7 120:4
  162:6,10 163:7
  163:11 182:4
  289:18 290:3
**7,000** 160:15
  161:10,25
**7th** 53:19 55:24

---
**8**

**8** 6:7 56:2 177:9
  177:13,14
  178:15 180:9
  201:14,21
**8-6-04** 6:13
**80** 21:20 211:8
**816** 3:9,17
**836-5050** 3:9
**8599** 197:1
**86** 5:20

---
**9**

**9** 5:3 6:10 180:23
  181:2 301:22,25
**9:05** 1:17 8:6
**9:56** 46:17
**90** 220:21,22
  334:10
**90071** 2:8 8:14
**90s** 137:9
**919-6641** 3:24
**95** 25:14,24 60:19

60:25 61:4,10
61:12 198:5