# EXHIBIT H

> In its 1979 radiological survey of the SLAPS site, DOE used the "soluble" effluent limitations as a comparative guide, which I believe are the appropriate standards to use for the purpose of this report.

Dr. Wells' assertion that this 1979 radiological survey of the SLAPS site has anything to do with Cotter's activities at Latty Avenue as an AEC licensee is simply incorrect. As seen in the DOE report, DOE was reporting radionuclide concentrations in water samples from Coldwater Creek and drainage ditches. Obviously, if thorium dissolved in water is to be compared to Part 20 limits, the appropriate limit is for soluble thorium. However, as its title states, DOE was reporting on a radiological survey of the St. Louis Airport Site. Latty Avenue is not even mentioned in the report. Dr. Wells provided no rationale for why the limits cited by DOE for the water samples from Coldwater Creek and drainage ditches at SLAPS should apply to the thorium-230 emissions from the dryer at Latty Avenue.

By contrast, the RAC report states[125] "According to Duffey's analysis (1986), the $^{230}$Th and $^{232}$Th produced in the MCW [Mallinckrodt Chemical Works] process were insoluble." Further, the 1976 NRC investigation report, states that ". . . $U_3O_8$ combined with barium sulfate is known to be insoluble in water."[126]

Clearly, Dr. Wells should have based his choice of soluble versus insoluble limits on the available analysis of the actual material at Latty Avenue, not on an inference from a radiological survey of a different release mechanism (i.e., in water) at another location (i.e., the St. Louis Airport).

### Estimated Airborne Effluent Concentrations

Dr. Wells basis for estimated airborne effluent concentrations is flawed and unreliable.

First, consider what actually happened to the dryer effluent at Latty Avenue. The effluent from the dryer stack went up in the air and then moved with the prevailing wind across the site boundary. As this happened, the dryer effluent was diluted and dispersed by the wind. The direction and dispersion of this material varied almost minute by minute with the direction and speed of the wind, resulting in considerable variability in effluent concentration at the site boundary.

Dr. Wells estimated this effluent concentration with an extremely simple model based on the total volume of air passing over the site. He calculated the volume of air over the site by multiplying the area of the site by a modeling height which he chose to be 10 meters. He next assumed that the effluent leaving the site was uniformly distributed throughout this volume. He then multiplied this volume by the wind speed to estimate how many volumes of air passed over the site per quarter of a year. Finally, he divided this quarterly volume into the amount of effluent released per quarter to arrive at concentrations.