UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| PAMELA BUTLER, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:18-cv-01701-AGF |
| ) | |
| MALLINCKRODT LLC, et al., ) | Lead Case |
| ) | |
| Defendants. ) | |

### CASE MANAGEMENT ORDER NO. 5 REGARDING
### *BUTLER v. MALLINCKRODT LLC*, NO. 4:18-CV-01701-AGF, ET AL.

In accordance with the parties' consent motion to extend the deadline for reply briefs to *Daubert* motions (ECF No. 76),

**IT IS HEREBY ORDERED** that the following amended schedule shall apply in these cases:

1. *Daubert* motions with respect to common issues have already been filed. Responses were filed on **September 29, 2021**, and any reply shall be filed no later than **October 22, 2021**. *Daubert* motions and responses thereto may be up to 25 pages in length.

2. Any motions for summary judgment or motions for judgment on the pleadings with respect to common issues must be filed within **21 days** of the ruling on the last *Daubert* motion, if not filed sooner. Responses shall be filed within **28 days** of any motions, and any reply shall be filed within **14 days** of any response.

3. After the Court rules on dispositive motions on common issues, it will transfer any remaining cases back to the original judge(s) for individual discovery; *Daubert* and dispositive motions on individual issues, including damages; and/or for trial.

Except as modified herein, the previous Case Management Order entered by the Court shall remain in effect.

*[signature: Audrey G. Fleissig]*
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 5th day of October, 2021.