# UNITED STATES DISTRICT COURT
for the
Eastern District of Missouri

| PAMELA BUTLER | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   4:18-cv-01701-AGF |
| MALLINCKRODT LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Cotter Corporation (N.S.L.)   .

Date:   12/21/2021

/s/ Nacenté S. Seabury
*Attorney's signature*

Nacenté S. Seabury, #67248MO
*Printed name and bar number*

RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Ste. 2900
Chicago, Illinois  60602
*Address*

nseabury@rshc-law.com;docketdept@rshc-law.com
*E-mail address*

(312) 471-8700
*Telephone number*

(312) 471-8701
*FAX number*