**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| PAMELA BUTLER, et al., | ) |
| | ) |
| *Plaintiffs,* | ) Case No.  4:18-cv-01701-AGF |
| v. | ) |
| | ) Lead Case |
| MALLINCKRODT LLC, et al., | ) |
| | ) |
| *Defendants.* | ) |

## MOTION TO CONSOLIDATE BY DEFENDANT COTTER CORPORATION (N.S.L.)

Defendant Cotter Corporation (N.S.L.) ("Cotter") respectfully moves for pretrial consolidation of the action *Nikki Steiner Mazzocchio and Angela Steiner Kraus v. Cotter Corp., et al.*, Case No. 4:22-cv-00292-MTS ("*Mazzocchio*"), with these consolidated matters, *Butler v. Mallinckrodt LLC, et al.*, Case No. 4:18-cv-01701-AGF ("*Butler*").  Cotter moves for consolidation under (1) the Price-Anderson Act ("PAA"), 42 U.S.C. § 2210, *et seq.*; (2) Judge Sippel's Administrative Order Regarding Radionuclide Exposure Claims Against Mallinckrodt LLC and/or Cotter Corporation (N.S.L.) (Oct. 15, 2018), *McClurg v. Mallinckrodt LLC, et al.*, Case No. 4:12-cv-00361-AGF, ECF No. 742 ("Administrative Order"); and (3) and the recent decision of the Eighth Circuit in *In re Cotter Corporation (N.S.L.)*, 22 F.4th 788 (8th Cir. 2022). *See also* Fed. R. Civ. P. 42; E.D. Mo. L.R. 4.03.

Dated: March 17, 2022               Respectfully submitted,

                                    /s/ Brian O. Watson
                                    RILEY SAFER HOLMES & CANCILA LLP
                                    Brian O. Watson, #68678MO
                                    Lauren E. Jaffe, #6316795IL
                                    Jennifer Steeve, #308082CA
                                    Nacenté Seabury, #67248MO
                                    70 W. Madison St., Ste. 2900
                                    Chicago, Illinois 60602
                                    (312) 471-8700 (main)
                                    (312) 471-8701 (fax)
                                    bwatson@rshc-law.com
                                    ljaffe@rshc-law.com
                                    jsteeve@rshc-law.com
                                    nseabury@rshc-law.com
                                    docketdept@rshc-law.com

                                    **ATTORNEYS FOR DEFENDANT
                                    COTTER CORPORATION (N.S.L.)**

## <u>CERTIFICATE OF SERVICE</u>

I certify that on March 17, 2022, these papers were served upon all counsel of record via the Court's electronic filing system.

Respectfully submitted,

*/s/ Brian O. Watson*
RILEY SAFER HOLMES & CANCILA LLP
Brian O. Watson, #68678MO
Lauren E. Jaffe, #6316795IL
Jennifer Steeve, #308082CA
Nacenté Seabury, #67248MO
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
(312) 471-8700 (main)
(312) 471-8701 (fax)
bwatson@rshc-law.com
ljaffe@rshc-law.com
jsteeve@rshc-law.com
nseabury@rshc-law.com
docketdept@rshc-law.com

**ATTORNEYS FOR DEFENDANT
COTTER CORPORATION (N.S.L.)**