**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| PAMELA BUTLER, et al., | ) |
| | ) |
| *Plaintiffs,* | ) Case No. 4:18-cv-01701-AGF |
| v. | ) |
| | ) |
| MALLINCKRODT LLC, et al., | ) Lead Case |
| | ) |
| *Defendants.* | ) |

### JOINT MOTION TO EXTEND SUMMARY JUDGMENT DEADLINES

Plaintiffs and Defendants jointly move this Court to extend the deadlines to file summary judgment briefing as stated below.

1.　On October 5, 2021 the Court entered Case Management Order ("CMO") No. 5 to govern this matter. That order provides that summary judgment motions or motions for judgment on the pleadings with respect to common issues must be filed within 21 days of the ruling on the last *Daubert* motion. Responses shall be filed within 28 days of any motions, and any reply shall be filed within 14 days of any response.

2.　The Court's order on *Daubert* motions was entered on March 31, 2022. As such, the opening briefs for summary judgment motions or motions for judgment on the pleadings are due on April 21, 2022.

3.　The parties have conferenced regarding the schedule for filing, responding, and replying to anticipated motions for summary judgment or motions for judgment on the pleadings and jointly request the Court to extend the deadlines to the dates stated below:

- Motions for Summary Judgment shall be filed on or before May 6, 2022.

- Responses to Motions for Summary Judgment shall be filed on or before June 10, 2022.

- Any Reply shall be filed on or before June 31, 2022.

4847-6978-9644 v1

4. This request for extension arises from various scheduling conflicts among the parties and attempts to accommodate those conflicts without unnecessary delay. The parties make this request in good faith and not for any improper purposes.

Dated: April 20, 2022

By: */s/   Jonathan M. Soper*
HUMPHREY, FARRINGTON & McCLAIN, P.C.
Kenneth B. McClain, #32430MO
Jonathan M. Soper, #61204MO
Colin W. McClain, #64012MO
221 West Lexington, Suite 400
Independence, MO 64050
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com
jms@hfmlegal.com
cwm@hfmlegal.com

ATTORNEYS FOR PLAINTIFFS

Respectfully submitted,

By: */s/   Brian O. Watson*
RILEY SAFER HOLMES & CANCILA, LLP
Brian O. Watson, #68678MO
Edward Casmere, #64326MO
Jennifer Steeve, #308082CA
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701
bwatson@rshc-law.com
ecasmere@rshc-law.com
jsteeve@rshc-law.com

ATTORNEYS FOR DEFENDANT
COTTER CORPORATION (N.S.L)


By: */s/   David R. Erickson*
SHOOK, HARDY & BACON LLP
David R. Erickson, # 31532MO
Steven D. Soden, # 41917MO
Anthony R. Martinez, # 61791MO
2555 Grand Boulevard
Kansas City, MO  64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547
derickson@shb.com
ssoden@shb.com
amartinez@shb.com

ATTORNEYS FOR DEFENDANT
MALLINCKRODT LLC

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 20th day of April, 2022, I electronically filed the above with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

                                                    /s/   *David R. Erickson*