# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| PAMELA BUTLER, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| v.  ) | Case No. 4:18-cv-01701-AGF |
| ) | Lead Case |
| MALLINCKRODT LLC, et al., ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT COTTER CORPORATION (N.S.L.)'S
## MOTION FOR SUMMARY JUDGMENT

Cotter Corporation (N.S.L.) moves for summary judgment on each Plaintiff's public liability cause of action under Federal Rule of Civil Procedure 56.

Dated: May 6, 2022

Respectfully submitted,

/s/ Brian O. Watson
Brian O. Watson, #68678MO
Jennifer Steeve, #308082CA
Lauren E. Jaffe, #6316795IL
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
(312) 471-8700 (main)
(312) 471-8701 (fax)
bwatson@rshc-law.com
jsteeve@rshc-law.com
ljaffe@rshc-law.com

ATTORNEYS FOR DEFENDANT
COTTER CORPORATION (N.S.L.)

## CERTIFICATE OF SERVICE

I certify that on May 6, 2022, these papers were filed through the Eastern District of Missouri Court's CM/ECF system, which will automatically serve an electronic copy upon all counsel of record.

Dated:  May 6, 2022                                   Respectfully submitted,

/s/ Brian O. Watson
Brian O. Watson, #68678MO
Jennifer Steeve, #308082CA
Lauren E. Jaffe, #6316795IL
RILEY SAFER HOLMES & CANCILA LLP
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
(312) 471-8700 (main)
(312) 471-8701 (fax)
bwatson@rshc-law.com
jsteeve@rshc-law.com
ljaffe@rshc-law.com

ATTORNEYS FOR DEFENDANT COTTER CORPORATION (N.S.L.)