# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| PAMELA BUTLER, et al., | ) |
| | ) |
| *Plaintiffs*, | ) Case No. 4:18-cv-01701-AGF |
| v. | ) |
| | ) |
| MALLINCKRODT LLC, et al., | ) Lead Case |
| | ) |
| *Defendants.* | ) |

## JOINT MOTION FOR ONE-WEEK EXTENSIONS TO FILE RESPONSES TO, AND REPLIES IN SUPPORT OF, SUMMARY JUDGMENT MOTIONS

Plaintiffs and Defendants jointly move this Court to extend the deadlines to file summary judgment briefing as stated below.

1. Pursuant to this Court's April 21, 2022 Order (ECF No. 114), Defendants filed their Motions for Summary Judgment on May 6, 2022. Pursuant to the same Order, Plaintiffs' Responses are due June 10, 2022.

2. Due to a positive COVID test and subsequent illness and quarantine, Plaintiffs' counsel reached out to Defendants' counsel to see if they would object to a one-week extension to file Plaintiffs' Response to Defendants' Motions for Summary Judgment. Defendants' counsel agreed to such an extension, provided they also have a one-week extension to file their Replies in Support.

3. The parties therefore jointly and respectfully request the deadlines to the dates stated below:

- Responses to Motions for Summary Judgment shall be filed on or before June 17, 2022.

- Any Reply shall be filed on or before July 8, 2022.

4. This request for extension arises from COVID and will not cause unnecessary delay.

The parties make this request in good faith and not for any improper purposes.

Dated: June 3, 2022

By: */s/   Jonathan M. Soper*
HUMPHREY, FARRINGTON & McCLAIN, P.C.
Kenneth B. McClain, #32430MO
Jonathan M. Soper, #61204MO
Colin W. McClain, #64012MO
221 West Lexington, Suite 400
Independence, MO 64050
Telephone: (816) 836-5050
Facsimile: (816) 836-8966
kbm@hfmlegal.com
jms@hfmlegal.com
cwm@hfmlegal.com

ATTORNEYS FOR PLAINTIFFS

Respectfully submitted,

By: */s/   Brian O. Watson*
RILEY SAFER HOLMES & CANCILA, LLP
Brian O. Watson, #68678MO
Edward Casmere, #64326MO
Jennifer Steeve, #308082CA
70 W. Madison St., Ste. 2900
Chicago, Illinois 60602
Telephone: (312) 471-8700
Facsimile: (312) 471-8701
bwatson@rshc-law.com
ecasmere@rshc-law.com
jsteeve@rshc-law.com

ATTORNEYS FOR DEFENDANT
COTTER CORPORATION (N.S.L)


By: */s/    Steven D. Soden*
SHOOK, HARDY & BACON LLP
David R. Erickson, # 31532MO
Steven D. Soden, # 41917MO
Anthony R. Martinez, # 61791MO
2555 Grand Boulevard
Kansas City, MO  64108-2613
Telephone: 816.474.6550
Facsimile: 816.421.5547
derickson@shb.com
ssoden@shb.com
amartinez@shb.com

ATTORNEYS FOR DEFENDANT
MALLINCKRODT LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of June, 2022, I electronically filed the above with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to counsel of record.

/s/  Jonathan M. Soper